Robyn E. Bladow
KIRKLAND & ELLIS LLP
555 South Flower Street, Suite 3700
Los Angeles, CA 90071
Telephone: (213) 680-8400
robyn.bladow@kirkland.com

Martin L. Roth, P.C. (*pro hac vice*)
Alyssa C. Kalisky (*pro hac vice*)
Amelia H. Bailey (*pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
martin.roth@kirkland.com
alyssa.kalisky@kirkland.com
amelia.bailey@kirkland.com

Olivia Adendorff, P.C. (*pro hac vice*)
Rachael A. Rezabek
KIRKLAND & ELLIS LLP
4550 Travis Street
Dallas, TX 75205
Telephone: (214) 972-1770
olivia.adendorff@kirkland.com
rachael.rezabek@kirkland.com

*Attorneys for the Defendant*
*PowerSchool Holdings, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

EMILY CHERKIN, et al.,

Plaintiffs,

v.

POWERSCHOOL HOLDINGS, INC.,

Defendant.

CASE NO. 3:24-CV-02706-JD

**DECLARATION OF RACHAEL A. REZABEK IN SUPPORT OF THE MOTION TO DISMISS THE CLASS ACTION COMPLAINT**

Judge: The Hon. James Donato
Courtroom: Courtroom 11, 19th Floor
Date: November 7, 2024
Time: 10:00 a.m.

I, Rachael A. Rezabek, declare as follows:

1. I am an attorney at the law firm of Kirkland & Ellis LLP, a member in good standing of the bars of the States of California and Texas, and duly admitted to practice before this Court. I am counsel for Defendant PowerSchool Holdings, Inc. ("PowerSchool") in this matter, and am one of the firm's attorneys chiefly responsible for this representation.

2. I submit this declaration in support of PowerSchool's Motion to Dismiss the Class Action Complaint filed by Plaintiffs Emily Cherkin, on behalf of herself and as parent and guardian of her minor child, S.G., and David Concepción, on behalf of himself and as parent and guardian of his minor children, L.M.C. and M.M.C., in the above-captioned action.

3. I have personal knowledge of the matters in this declaration, and I am competent to testify as to the matters set forth below.

4. Attached hereto as Exhibit 1 is a true and correct copy of excerpts of PowerSchool's Global Privacy Statement, which Plaintiffs reference extensively in the Complaint. I last visited Exhibit 1, which is located at https://www.powerschool.com/privacy/, on July 21, 2024.

I declare under the penalty of perjury that the foregoing is true and correct. Executed on this 22nd day of July, 2024, in Frisco, Texas.

/s/ *Rachael A. Rezabek*
Rachael A. Rezabek

**CERTIFICATE OF SERVICE**

On July 22, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all persons registered for ECF. All copies of documents required to be served by Fed. R. Civ. P. 5(a) and L.R. 5-1 have been so served.

/s/ *Rachael A. Rezabek*
Rachael A. Rezabek