# Exhibit 1

# Global Privacy Statement

**Last Updated: July 1, 2024**

## I. Introduction

This Global Privacy Statement ("**Statement**") provides information to you on how PowerSchool Holdings, Inc., and its various operating subsidiaries ("**PowerSchool**") respects the privacy of the student educational records and personal information (referred to collectively as "**Customer Data**") provided to us by our K-12 or higher education institutional customers (educational institutions) to process on their behalf when they, their staff, parents/guardians, and students access and use our products, including mobile services. This Statement also provides information how PowerSchool may collect personal information ("**Collected Data**") when you visit and consent to use our publicly accessible products or websites, including https://www.powerschool.com/, (our "**Websites**"), (collectively, the "**PowerSchool Products**"). How we process the information provided or collected may differ based on our relationship with you and our contractual obligations to our customers and users. Below, we've detailed the different relationships we may have with you. References to "**us**," "**we**," "**our**," or "**PowerSchool**" in this Privacy Statement, are referring to PowerSchool.

### A. Data Categories

PowerSchool categorizes data into 3 categories: Customer Data, Collected Data and Transaction Data... more +

+

### B. Customer Data

PowerSchool customers are mainly K through 12 schools and districts, and higher education institutions. The makeup of Customer Data processed... more +

+

### C. Collected Data

Although most PowerSchool on-line services and products are used by customers for Customer Data collection, PowerSchool websites and some... more +

+

### D. Transaction Data

Transaction Data is not Customer Data, nor is it Collected Data. It is a different PowerSchool category of data. Transaction Data may contain copied... more +

+

### E. Commitment to Protecting Your Data

Whether PowerSchool is a collector or processor or your data, PowerSchool is committed to protecting your personal information. PowerSchool uses... more +

+

### F. Children's Privacy

Under the Family Educational Rights and Privacy Act (FERPA), PowerSchool acts as a "school official" with "legitimate educational interests" and... more +

+

### G. Data Subject Rights

In response to proper requests from Data Subjects (a natural person about whom a data controller holds personal information and who can be... more +

+

### H. Data Retention

We keep information collected on behalf of our Customers for as long as necessary to fulfill the purpose for which it was collected, pursuant to... more +

+

### I. Data Subprocessors

To comply with PowerSchool's obligations under applicable data protection laws and to our customers, we provide a list of significant... more +

+

### J. Legitimate Interest

PowerSchool 's legitimate interest to process personal data, whether Collected Data or Customer Data is addressed in our Legitimate Interest Statement.

### K. Bases of Processing

PowerSchool's base for processing student education records and personal data of data subjects is the contract we enter into with our customers. We may also base our processing on the consent from data subjects, or legal obligation.

### A. Data Categories

PowerSchool categorizes data into 3 categories: Customer Data, Collected Data and Transaction Data... less -

### B. Customer Data

PowerSchool customers are mainly K through 12 schools and districts, and higher education institutions. The makeup of Customer Data processed... more +

### C. Collected Data

Although most PowerSchool on-line services and products are used by customers for Customer Data collection, PowerSchool websites and some... more +

PowerSchool categorizes the data into 3 categories: Customer Data, Collected Data and Transaction Data.

Customer data which is the data received by PowerSchool from its customers and customer users and is processed by PowerSchool on behalf of the customer in our capacity as “data processor”. Collected data which means the personal information collected by PowerSchool directly from the users of our Publicly Accessible Products. Transaction data, also known as metadata, this data generated by PowerSchool software using PowerSchool Products and services and is proprietary to PowerSchool.

### A. Data Categories

PowerSchool categorizes data into 3 categories: Customer Data, Collected Data and Transaction Data... more +

### B. Customer Data

PowerSchool customers are mainly K through 12 schools and districts, and higher education institutions. The makeup of Customer Data processed... less -

### C. Collected Data

Although most PowerSchool on-line services and products are used by customers for Customer Data collection, PowerSchool websites and some... more +

PowerSchool customers are mainly K through 12 schools and districts, and higher education institutions. The makeup of Customer Data processed by PowerSchool can vary by PowerSchool service and a customer’s product configuration. PowerSchool provides a full spectrum of education-related services for customers to choose from. These include K-12 education technology products, higher education products, and administration products. Customers may have one or more of these PowerSchool products and services. Depending on the product or service, Customers may provide student data, employee data, or applicant data for PowerSchool processing. The mix of data provided by each customer may also vary based on how the customer configures the PowerSchool product or service for Customer Data collection (potential variations are discussed in more detail below). For this reason, it is impossible for PowerSchool to fully document the data that it will process for each customer until after the customer has fully implemented and configured the PowerSchool product and service. The configuration may also be dynamic in that the school or district may change its data collection configuration over time. If you have questions about which data is being collected by a customer connected to you, you should direct those questions directly to the PowerSchool customer that controls your data. The customer’s privacy policy may be another good source of information.

Many school districts are also obligated to parents to post information about the data that these institutions may collect. It bears mentioning again that PowerSchool processes the Customer Data under strict contractual obligations and privacy agreements signed with the customer. PowerSchool does not use or disclose Customer Data except as authorized and required by our customers and as provided for in our agreements with our customers. Because PowerSchool does not own or control Customer Data, any request for access, review, correction, or deletion of Customer Data must come directly from our customers. With our customer’s consent, PowerSchool may receive information from affiliates in our PowerSchool Group of companies, or third parties and combine that information with Customer Data.

### A. Data Categories

PowerSchool categorizes data into 3 categories: Customer Data, Collected Data and Transaction Data... more +

+

### B. Customer Data

PowerSchool customers are mainly K through 12 schools and districts, and higher education institutions. The makeup of Customer Data processed... more +

+

### C. Collected Data

Although most PowerSchool on-line services and products are used by customers for Customer Data collection, PowerSchool websites and some... less -

-

Although most PowerSchool on-line services and products are used by customers for Customer Data collection, PowerSchool websites and some PowerSchool products and services collect data directly from users of our website or those products and services. In these situations, PowerSchool is a "data controller" because PowerSchool determines the purposes for which and the way personal information is processed. Because PowerSchool is the collector and controls the configuration of these products and services, PowerSchool can provide more detail on the data collection. These websites, products and services are further detailed below.

We also collect device and usage information when you access and use PowerSchool Products, including information that your browser or the mobile app sends when you are using our products. This data may include your unique device identifier, IP address, your browser type and configuration, the date and time of your use of the product or service and cookie data. Learn more about our use of cookies in our Cookie Statement.

## D. Transaction Data

Transaction Data is not Customer Data, nor is it Collected Data. It is a different PowerSchool category of data. Transaction Data may contain copied... less -

-

## E. Commitment to Protecting Your Data

Whether PowerSchool is a collector or processor or your data, PowerSchool is committed to protecting your personal information. PowerSchool uses... more +

+

## F. Children's Privacy

Under the Family Educational Rights and Privacy Act (FERPA), PowerSchool acts as a "school official" with "legitimate educational interests" and... more +

+

Transaction Data is not Customer Data, nor is it Collected Data. It is a different PowerSchool category of data. Transaction Data may contain copied elements from Customer Data or Collected Data. For example, the logging of a user session may contain a unique id that identifies the user. The unique id is necessary for monitoring the health and security of PowerSchool applications.

The monitoring of PowerSchool systems and applications is a part of our standard business operations to protect Customer Data and Collected Data; comply with laws; be able to provide customer support, and monitor events related to Customer Data or Collected Data. The monitoring of events is essential in preventing data-related incidents and determining if a data-related incident has occurred or is occurring that requires immediate attention by PowerSchool's Incident Response Team. System and application events are monitored by the creation of artifacts or metadata about our systems, applications and their use. We call this "Transaction Data". Transaction Data is vital to our ability to improve our products; trouble shoot customer support questions; analyze the health and performance of our products; and maintain security of Customer Data and Collected data, and privacy investigations. Transaction Data may either contain personal information along with application data that does not directly or indirectly relate to a person; or application data without any personal information at all.

The storage and maintenance of Transaction Data is separate from the storage and maintenance of Customer Data and Collected Data with clear boundaries between the three types of data. In fact, Transaction Data is temporary. This means Transaction Data is permanently deleted on a regular rolling basis over time. This occurs regardless of whether Transaction Data contains any personal information or not. This is an implementation of the data minimization principle. Transaction Data which contains no personal information or Transaction Data containing even one element of personal information are all treated the same. Except for Service Providers acting as data subprocessors supporting our applications who are granted secure access to Transaction Data, PowerSchool does not share, disclose, sell or transfer such Transaction Data. Additionally, PowerSchool treats all Transaction Data as PowerSchool Restricted Information – meaning confidential and secured – and at the same level as Customer Data and Collected Data.

PowerSchool does work with various data subprocessors to support the operability of our products. For these vendors to service us as captured in our agreements with them, they do create metadata within their systems. In these cases, PowerSchool binds these vendors to privacy requirements to ensure any metadata is properly deleted as required by law.

PowerSchool respects our customers' privacy and data security requirements. Transaction Data is one way we fulfill that promise to our customers – educational institutions and individuals. Transaction Data provides us with the ability to service our customers properly.

## V. PowerSchool Websites, Webinars, Demos

For users of our publicly accessible Websites, we offer details on how PowerSchool collects and uses information from or about you. In this relationship, PowerSchool acts as a data collector (controller). This is because we collect aggregated information about your browser until and if you consent to provide us personal information about you when you wish to engage with PowerSchool directly to receive information about our webinars, white papers and product information.

***Information You Provide***: You may voluntarily provide us with information when you complete a form or survey on our Websites or subscribe to our blogs or newsletters. This may include some or all the following categories of information: name and role; job title; signature; profession; social media account name; username; telephone number; and email address. You may also provide information when you register for an account through a Website to log in to a PowerSchool Product, or submit a resume or other information through the Careers link.From the moment you first interact with one of our Websites, we may collect personal information. Sometimes we collect personal information automatically when you interact with our Websites and sometimes we collect the personal information directly from you. At times, we may collect personal information about you from other sources and third parties, even before our first direct interaction.

Note that if you use a PowerSchool application website to access a service or product, you may need to log in to make use of the functionality of the product.

Our Websites may offer publicly accessible community forums. You should be aware that any information you provide in these areas is public and may be read, collected, and used by others who access them and may remain on the public forum indefinitely. To request removal of your personal information from our community forums, please contact us via our Data Subject Access Form. In some cases, we may not be able to remove your personal information, in which case we will let you know if we are unable to do so and why. We encourage all users to exercise caution when providing personal information in community forums. If you provide information when you communicate through our PowerSchool community forums, we may link this information with your personal information.

***Information We Collect Automatically***. We collect information about the pages your device's browser visits and how your browser accesses and uses the Websites using cookies, tracking technologies and other third-party analytics tools. Specifically, we and our service providers use cookies and similar technologies such as local storage (HTML5), web beacons, JavaScript, and eTags on our Websites. This includes information about the devices you use to access the Websites including, but not limited to, unique device identifiers, IP address, operating system, browser, and cookies. Depending on your device settings, we may also collect information about your approximate geographical location. You can learn about our use of cookies, and set your preferences, in our Cookie Statement.

Information We Receive From Third Parties. PowerSchool works with third-party ad publishers to re-publish PowerSchool content on paid media platforms. We may receive personal information about users from these publishers, which we may use to provide user-requested information or to contact users regarding PowerSchool Products. We may also supplement the information we collect from you with information from PowerSchool Group affiliates and other third parties that we use to promote PowerSchool Products. For example, we may receive information from a third party about how well an online marketing or email campaign performed, or from conference and trade show organizers.

How We Use Your Information

In addition to the uses described above, we may collect and use your personal information for the following purposes:

1. Product Improvements, Analytics and Requested Communications. We may use your information collected to provide and improve our Websites and PowerSchool Products by using third-party analytics tools to help us understand how our Websites are used, analyze usage information for sales and marketing purposes, and to communicate with you in any manner that you have requested. We also use the information collected to communicate with you in any manner that you have requested.

2. Marketing. We conduct marketing to promote PowerSchool Products, but do not use or disclose student information (whether personal information or otherwise) provided by customers into our platforms for targeting of advertisements to students. When we conduct (or sponsor) events, conferences, and webinars, we will collect information about attendees, such as the session they attend and their contact information to provide them information about PowerSchool Products and other PowerSchool information. ***Marketing Preferences and Opt-Out*** Our marketing emails include an "unsubscribe" link so that you can change your preferences and opt-out of receiving marketing emails or communications from PowerSchool. You can also send us email at marketingops@powerschool.com to unsubscribe. Please note that even if you opt-out of marketing emails, we may still need to contact you with important information about your PowerSchool account.

3. Interest-based Advertising.
We use third party advertising tools to collect information about your device browser's visits to the Websites to provide targeted advertisements to you based on your browsing history on other websites or on other devices you may use. If you would prefer to not receive personalized ads based on your browser or device usage, you may generally express your opt-out preference to no longer receive tailored advertisements. Please note that you will continue to receive advertisements, but they will no longer be tailored to your interests.

To learn more or opt-out of interest-based advertising by participating companies in the following consumer choice mechanisms, please visit:

3. Interest-based Advertising.
We use third party advertising tools to collect information about your device browser's visits to the Websites to provide targeted advertisements to you based on your browsing history on other websites or on other devices you may use. If you would prefer to not receive personalized ads based on your browser or device usage, you may generally express your opt-out preference to no longer receive tailored advertisements. Please note that you will continue to receive advertisements, but they will no longer be tailored to your interests.

To learn more or opt-out of interest-based advertising by participating companies in the following consumer choice mechanisms, please visit:

- Digital Advertising Alliance (DAA)'s self-regulatory opt-out page (https://optout.aboutads.info/) and mobile application-based "AppChoices" download page (https://youradchoices.com/appchoices).
- European Interactive Digital Advertising Alliance (EDAA)'s consumer opt-out page (https://youronlinechoices.eu), if you're located in the EU
- Network Advertising Initiative (NAI)'s self-regulatory opt-out page (https://optout.networkadvertising.org/).

**Please note that we do not use student data for targeted advertising purposes, for example, by inhibiting these third-party advertising networks from collecting information for targeted advertising purposes when a student logs into the service through their student account. We do not provide any student data to any third parties for marketing purposes not related to legitimate educational interests.**

Show less -