Robyn E. Bladow
KIRKLAND & ELLIS LLP
555 South Flower Street, Suite 3700
Los Angeles, CA 90071
Telephone: (213) 680-8400
robyn.bladow@kirkland.com

Martin L. Roth, P.C. (*pro hac vice*)
Alyssa C. Kalisky (*pro hac vice*)
Amelia H. Bailey (*pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
martin.roth@kirkland.com
alyssa.kalisky@kirkland.com
amelia.bailey@kirkland.com

Olivia Adendorff, P.C. (*pro hac vice*)
Rachael A. Rezabek
KIRKLAND & ELLIS LLP
4550 Travis Street
Dallas, TX 75205
Telephone: (214) 972-1770
olivia.adendorff@kirkland.com
rachael.rezabek@kirkland.com

*Attorneys for the Defendant PowerSchool Holdings, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| EMILY CHERKIN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>POWERSCHOOL HOLDINGS, INC.,<br><br>Defendant. | CASE NO. 3:24-CV-02706-JD<br><br>**[PROPOSED] ORDER GRANTING MOTION TO DISMISS**<br><br>Judge: The Hon. James Donato<br>Courtroom: Courtroom 11, 19th Floor<br>Date: November 7, 2024<br>Time: 10:00 a.m. |

Before the Court is Defendant PowerSchool Holdings, Inc.'s Motion to Dismiss (the "Motion") the Class Action Complaint (the "Complaint") filed by Plaintiffs Emily Cherkin, on behalf of herself and as parent and guardian of her minor child, S.G., and David Concepción, on behalf of himself and as parent and guardian of his minor children, L.M.C. and M.M.C., in the above-captioned action. Having considered the briefs and the arguments of the parties, and with good cause appearing therefor, the Court hereby GRANTS the Motion and DISMISSES the Complaint (ECF. No. 1) with prejudice.

IT IS SO ORDERED.

Dated: ________________, 2024

________________________________
The Honorable James Donato