Robyn E. Bladow (SBN 205189)
KIRKLAND & ELLIS LLP
555 South Flower Street, Suite 3700
Los Angeles, CA 90071
Telephone: (213) 680-8400
robyn.bladow@kirkland.com

Martin L. Roth, P.C. (admitted *pro hac vice*)
Alyssa C. Kalisky (admitted *pro hac vice*)
Amelia H. Bailey (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
martin.roth@kirkland.com
alyssa.kalisky@kirkland.com
amelia.bailey@kirkland.com

Olivia Adendorff, P.C. (admitted *pro hac vice*)
Rachael A. Rezabek (SBN 298711)
KIRKLAND & ELLIS LLP
4550 Travis Street
Dallas, TX 75205
Telephone: (214) 972-1770
olivia.adendorff@kirkland.com
rachael.rezabek@kirkland.com

*Attorneys for Defendant PowerSchool Holdings, Inc.*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| EMILY CHERKIN, et al | CASE NO. 3:24-cv-02706-JD |
| Plaintiffs, | **DEFENDANT POWERSCHOOL HOLDINGS, INC.'S SUPPLEMENTAL CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1** |
| v. | |
| POWERSCHOOL HOLDINGS, INC., | |
| Defendant. | |

Pursuant to Federal Rule of Civil Procedure 7.1(b)(2) and Local Rule 3.2, Defendant PowerSchool Holdings, Inc. states that, on October 1, 2024, PowerSchool Holdings, Inc. ("PowerSchool") consummated a merger with BCPE Polymath Merger Sub, Inc., and is now a wholly owned subsidiary of BCPE Polymath Buyer, Inc. ("BCPE Buyer"), a Delaware corporation. BCPE Buyer is a wholly owned subsidiary of BCPE Polymath Intermediate, LLC, a Delaware limited liability company, whose sole member is BCPE Polymath Parent, LLC ("BCPE Parent"), a Delaware limited liability company. BCPE Parent's majority member is majority-owned by certain funds and entities advised by Bain Capital, a private equity firm based in Boston, Massachusetts. Certain of BCPE Parent's minority members are owned and controlled by funds affiliated with Vista Equity Partners, a private equity firm based in Austin, Texas, and Onex Corporation, a private equity firm based in Toronto, Canada. No publicly held corporation owns 10% or more of the aforementioned entities' interest.

| | | |
|---|---|---|
| 1 | DATED: October 28, 2024 | Respectfully submitted, |
| 2 | | KIRKLAND & ELLIS LLP |

/s/ Rachael A. Rezabek
Robyn E. Bladow (SBN 205189)
KIRKLAND & ELLIS LLP
555 South Flower Street, Suite 3700
Los Angeles, CA 90071
Telephone: (213) 680-8400
robyn.bladow@kirkland.com

Martin L. Roth, P.C. (admitted *pro hac vice*)
Alyssa C. Kalisky (admitted *pro hac vice*)
Amelia H. Bailey (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
martin.roth@kirkland.com
alyssa.kalisky@kirkland.com
amelia.bailey@kirkland.com

Olivia Adendorff, P.C. (admitted *pro hac vice*)
Rachael A. Rezabek (SBN 298711)
KIRKLAND & ELLIS LLP
4550 Travis Street
Dallas, TX 75205
Telephone: (214) 972-1770
olivia.adendorff@kirkland.com
rachael.rezabek@kirkland.com

*Attorneys for Defendant PowerSchool Holdings, Inc.*