Robyn E. Bladow (SBN 205189)
KIRKLAND & ELLIS LLP
555 South Flower Street, Suite 3700
Los Angeles, CA 90071
Telephone: (213) 680-8400
robyn.bladow@kirkland.com

Martin L. Roth, P.C. (admitted *pro hac vice*)
Alyssa C. Kalisky (admitted *pro hac vice*)
Amelia H. Bailey (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
martin.roth@kirkland.com
alyssa.kalisky@kirkland.com
amelia.bailey@kirkland.com

Olivia Adendorff, P.C. (admitted *pro hac vice*)
Rachael A. Rezabek (SBN 298711)
KIRKLAND & ELLIS LLP
4550 Travis Street
Dallas, TX 75205
Telephone: (214) 972-1770
olivia.adendorff@kirkland.com
rachael.rezabek@kirkland.com

*Attorneys for Defendant PowerSchool Holdings, Inc.*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| EMILY CHERKIN, et al ) | CASE NO. 3:24-cv-02706-JD |
| ) | |
| Plaintiffs, ) | **DEFENDANT POWERSCHOOL** |
| ) | **HOLDINGS, INC.'S SUPPLEMENTAL** |
| v. ) | **CERTIFICATION OF CONFLICTS** |
| ) | **AND INTERESTED ENTITIES OR** |
| POWERSCHOOL HOLDINGS, INC., ) | **PERSONS** |
| ) | |
| Defendant. ) | |

1  Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons,
2  associations of persons, firms, partnerships, corporations (including, but not limited to, parent
3  corporations), or other entities (i) have a financial interest in the subject matter in controversy or in a
4  party to the proceeding, or (ii) have a nonfinancial interest in that subject matter or in a party that
5  could be substantially affected by the outcome of this proceeding: BCPE Polymath Buyer, Inc.,
6  BCPE Polymath Intermediate, LLC, BCPE Polymath Parent, Inc, and funds affiliated with Bain
7  Capital Investors, LLC, Vista Equity Partners, and Onex Corporation.

SUPPLEMENTAL CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS     1     Case No. 3:24-cv-02706-JD

| | |
|---|---|
| DATED: October 30, 2024 | Respectfully submitted, |
| | KIRKLAND & ELLIS LLP |
| | |
| | /s/ Rachael A. Rezabek |
| | Robyn E. Bladow (SBN 205189) |
| | KIRKLAND & ELLIS LLP |
| | 555 South Flower Street, Suite 3700 |
| | Los Angeles, CA 90071 |
| | Telephone: (213) 680-8400 |
| | robyn.bladow@kirkland.com |
| | |
| | Martin L. Roth, P.C. (admitted *pro hac vice*) |
| | Alyssa C. Kalisky (admitted *pro hac vice*) |
| | Amelia H. Bailey (admitted *pro hac vice*) |
| | KIRKLAND & ELLIS LLP |
| | 300 North LaSalle |
| | Chicago, IL 60654 |
| | Telephone: (312) 862-2000 |
| | martin.roth@kirkland.com |
| | alyssa.kalisky@kirkland.com |
| | amelia.bailey@kirkland.com |
| | |
| | Olivia Adendorff, P.C. (admitted *pro hac vice*) |
| | Rachael A. Rezabek (SBN 298711) |
| | KIRKLAND & ELLIS LLP |
| | 4550 Travis Street |
| | Dallas, TX 75205 |
| | Telephone: (214) 972-1770 |
| | olivia.adendorff@kirkland.com |
| | rachael.rezabek@kirkland.com |
| | |
| | *Attorneys for Defendant PowerSchool Holdings, Inc.* |