Robyn E. Bladow (SBN 205189)
KIRKLAND & ELLIS LLP
555 South Flower Street, Suite 3700
Los Angeles, CA 90071
Telephone: (213) 680-8400
robyn.bladow@kirkland.com

Martin L. Roth, P.C. (admitted *pro hac vice*)
Alyssa C. Kalisky (admitted *pro hac vice*)
Amelia H. Bailey (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
martin.roth@kirkland.com
alyssa.kalisky@kirkland.com
amelia.bailey@kirkland.com

Olivia Adendorff, P.C. (admitted *pro hac vice*)
Rachael A. Rezabek (SBN 298711)
KIRKLAND & ELLIS LLP
4550 Travis Street
Dallas, TX 75205
Telephone: (214) 972-1770
olivia.adendorff@kirkland.com
rachael.rezabek@kirkland.com

*Attorneys for Defendant PowerSchool Holdings, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| EMILY CHERKIN, et al<br><br>Plaintiffs,<br><br>v.<br><br>POWERSCHOOL HOLDINGS, INC.,<br><br>Defendant. | CASE NO. 3:24-cv-02706-JD<br><br>**DEFENDANT POWERSCHOOL HOLDINGS, INC.'S STATEMENT OF RECENT DECISION** |

Pursuant to Civil Local Rule 7-3(d)(2), Defendant PowerSchool Holding Inc. ("PowerSchool") respectfully submits this Statement of Recent Decision regarding the Massachusetts Supreme Judicial Court's recent decision in *Vita v. New England Baptist Hospital*, No. SJC-13542, 2024 WL 4558621 (Mass. Oct. 24, 2024), attached as Exhibit A, in support of its Motion to Dismiss (ECF No. 37). In this opinion, published after PowerSchool's Reply was filed, all but one justice of the court agreed that Massachusetts's wiretap act does not prohibit "the tracking of a person's browsing of, and interaction with, published information on websites." *See id.* at *2. This opinion could serve as persuasive authority for Plaintiffs' claim under California's similarly worded California Invasion of Privacy Act. *See* Complaint ¶¶ 464–83 (ECF No. 1); Motion to Dismiss at 9–10 (ECF No. 37); Opposition at 6–7 (ECF No. 42); Reply at 5–6 (ECF No. 44).

DATED: October 30, 2024

Respectfully submitted,

KIRKLAND & ELLIS LLP

*/s/ Rachael A. Rezabek*

Robyn E. Bladow (SBN 205189)
KIRKLAND & ELLIS LLP
555 South Flower Street, Suite 3700
Los Angeles, CA 90071
Telephone: (213) 680-8400
robyn.bladow@kirkland.com

Martin L. Roth, P.C. (admitted *pro hac vice*)
Alyssa C. Kalisky (admitted *pro hac vice*)
Amelia H. Bailey (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
martin.roth@kirkland.com
alyssa.kalisky@kirkland.com
amelia.bailey@kirkland.com

Olivia Adendorff, P.C. (admitted *pro hac vice*)
Rachael A. Rezabek (SBN 298711)
KIRKLAND & ELLIS LLP
4550 Travis Street
Dallas, TX 75205
Telephone: (214) 972-1770
olivia.adendorff@kirkland.com
rachael.rezabek@kirkland.com

*Attorneys for Defendant PowerSchool Holdings, Inc.*