UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMILY CHERKIN, et al.,<br>　　　　Plaintiffs,<br>　　v.<br>POWERSCHOOL HOLDINGS, INC.,<br>　　　　Defendant. | Case No. 24-cv-02706-JD<br><br>**SCHEDULING ORDER** |

The Court sets the following case management deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10. The parties are advised to review and comply with the Court's Standing Order for Civil Cases, Standing Order for Discovery in Civil Cases, and Standing Order for Civil Jury Trials.

| **Event** | **Deadline** |
|---|---|
| Add parties or amend pleadings | February 3, 2025 |
| Complete mandatory settlement conference | April 7, 2025 |
| Fact discovery cut-off | August 11, 2025 |
| Expert disclosures | August 18, 2025 |
| Rebuttal expert disclosures | September 2, 2025 |
| Expert discovery cut-off | September 29, 2025 |
| Last day to file motion for class certification | October 23, 2025 |
| Last day to file opposition to class certification | November 20, 2025 |
| Last day to file replies in support of class certification | December 3, 2025 |

| Event | Deadline |
|---|---|
| Last day to file dispositive and *Daubert* motions | March 2, 2026 |
| Pretrial conference | Thursday, June 25, 2026, at 1:30 p.m. |
| Jury Trial | Monday, July 6, 2026, at 9:00 a.m. |

All dates set by the Court should be regarded as firm. Counsel may not modify these dates by stipulation without leave of court. Requests for continuances are disfavored, and scheduling conflicts that are created subsequent to the date of this order by any party, counsel or party-controlled expert or witness will not be considered good cause for a continuance. Sanctions may issue for a failure to follow a scheduling or other pretrial order. *See* Fed. R. Civ. P. 16(f)(1)(C).

**IT IS SO ORDERED.**

Dated: November 27, 2024

_____
JAMES DONATO
United States District Judge

2