| | |
|---|---|
| Leonard W. Aragon (*pro hac vice*) <br> LEONARD W. ARAGON <br> 11 West Jefferson Street, Suite 1000 <br> Phoenix, Arizona 85003 <br> Telephone: (602) 840-5900 <br> leonard@hbsslaw.com <br><br> Shana E. Scarlett (SBN 217895) <br> 715 Hearst Avenue, Suite 202 <br> Telephone: (510) 725-3000 <br> shanas@hbsslaw.com <br><br> Julie Liddell (*pro hac vice*) <br> Andrew Liddell (*pro hac vice*) <br> EDTECH LAW CENTER PLLC <br> P.O. Box 300488 <br> Austin, Texas 78705 <br> Telephone: (737) 351-5855 <br> julie.liddell@edtech.law <br> andrew.liddell@edtech.law <br><br> *Attorneys for Plaintiffs Emily Cherkin, et al.* | Robyn E. Bladow (SBN 205189) <br> KIRKLAND & ELLIS LLP <br> 555 South Flower Street, Suite 3700 <br> Los Angeles, California 90071 <br> Telephone: (213) 680-8400 <br> robyn.bladow@kirkland.com <br><br> Martin L. Roth, P.C. (*pro hac vice*) <br> Alyssa C. Kalisky (*pro hac vice*) <br> Zharna Shah (*pro hac vice*) <br> Taylor Rothman (admitted *pro hac vice*) <br> Amelia H. Bailey (*pro hac vice*) <br> KIRKLAND & ELLIS LLP <br> 333 West Wolf Point Plaza <br> Chicago, IL 60654 <br> Telephone: (312) 862-2000 <br> martin.roth@kirkland.com <br> alyssa.kalisky@kirkland.com <br> zharna.shah@kirkland.com <br> taylor.rothman@kirkland.com <br> amelia.bailey@kirkland.com <br><br> Olivia Adendorff, P.C. (*pro hac vice*) <br> Ethan Joel Levinton (*pro hac vice*) <br> KIRKLAND & ELLIS LLP <br> 4550 Travis Street <br> Dallas, TX 75205 <br> Telephone: (214) 972-1770 <br> oliva.adendorff@kirkland.com <br> ethan.levinton@kirkland.com <br><br> *Attorneys for Defendant* <br> *PowerSchool Holdings, Inc.* |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| EMILY CHERKIN, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> POWERSCHOOL HOLDINGS, INC., <br><br> Defendant | ) CASE NO. 3:24-CV-02706-JD <br> ) <br> ) **STIPULATED REQUEST FOR ORDER** <br> ) **CHANGING TIME** <br> ) <br> ) The Hon. James Donato <br> ) Courtroom 11, 19th Floor <br> ) COMPLAINT FILED: MAY 6, 2024 |

STIPULATED REQUEST FOR  
ORDER CHANGING TIME

CASE NO. 3:24-CV-02706-JD

**STIPULATED REQUEST FOR ORDER CHANGING TIME**

Pursuant to Local Rule of Civil Procedure 6-2, Plaintiffs Emily Cherkin, on behalf of herself and as parent and guardian of her minor child, S.G., and David Concepción, on behalf of himself and as parent and guardian of his minor children L.M.C. and M.M.C. (collectively, the "Plaintiffs"), and Defendant, PowerSchool Holdings, Inc. ("PowerSchool" and collectively, the "Parties") hereby stipulate and respectfully request that the Court extend the deadline to complete a mandatory settlement conference. In support of this request, the Parties state as follows:

1. On November 27, 2024, this Court entered a scheduling order, ECF No. 55 (the "Scheduling Order").

2. The Scheduling Order provided that the Parties are to complete a mandatory settlement conference by April 7, 2025.

3. The Parties have conferred regarding the settlement conference and selected a jointly agreeable mediator, Hon. Wayne R. Andersen (Ret.), who has experience with similar cases.

4. Judge Andersen has informed the Parties that he does not have availability for the mediation conference until May 2025.

5. To facilitate the Parties' settlement efforts, the Parties request that the Court extend the deadline for the Parties to complete a mandatory settlement conference to May 30, 2025.

6. This is the Parties' first request for an extension of any deadline in the Scheduling Order. Extending the deadline to complete a mandatory settlement conference does not alter any other deadline from the Court's Scheduling Order.

7. The Parties further agree that this request is made for good cause and not for purposes of delay and that no party will be prejudiced by the granting of this request.

WHEREFORE, the Parties respectfully request this Court to grant this request and enter an Order extending the deadline to complete a mandatory settlement conference from April 7, 2025 to May 30, 2025.

Dated: February 6, 2025                                    /s/ *Robyn E. Bladow*

Robyn E. Bladow (SBN 205189)
KIRKLAND & ELLIS LLP
555 South Flower Street, Suite 3700
Los Angeles, California 90071
Telephone: (213) 680-8400
robyn.bladow@kirkland.com

Martin L. Roth, P.C. (*pro hac vice*)
Alyssa C. Kalisky (*pro hac vice*)
Zharna Shah (*pro hac vice*)
Taylor Rothman (*pro hac vice*)
Amelia H. Bailey (*pro hac vice*)
KIRKLAND & ELLIS LLP
333 West Wolf Point Plaza
Chicago, IL 60654
Telephone: (312) 862-2000
martin.roth@kirkland.com
alyssa.kalisky@kirkland.com
zharna.shah@kirkland.com
taylor.rothman@kirkland.com
amelia.bailey@kirkland.com

Olivia Adendorff, P.C. (*pro hac vice*)
Ethan Joel Levinton (*pro hac vice*)
KIRKLAND & ELLIS LLP
4550 Travis Street
Dallas, TX 75205
Telephone: (214) 972-1770
oliva.adendorff@kirkland.com
ethan.levinton@kirkland.com

*Attorneys for Defendant*
*PowerSchool Holdings, Inc.*

Dated: February 6, 2025

/s/ *Leonard W. Aragon*

Leonard W. Aragon (*pro hac vice*)
LEONARD W. ARAGON
11 West Jefferson Street, Suite 1000
Phoenix, Arizona 85003
Telephone: (602) 840-5900
leonard@hbsslaw.com

Shana E. Scarlett (SBN 217895)
715 Hearst Avenue, Suite 202
Telephone: (510) 725-3000
shanas@hbsslaw.com

Julie Liddell (*pro hac vice*)
Andrew Liddell (*pro hac vice*)

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

EDTECH LAW CENTER PLLC
P.O. Box 300488
Austin, Texas 78705
Telephone: (737) 351-5855
julie.liddell@edtech.law
Andrew.liddell@edtech.law

*Attorneys for Plaintiffs Emily Cherkin, et al.*

## ATTESTATION

I, Robyn E. Bladow, am the ECF user whose ID and password are being used to file this Stipulated Request for Order Changing Time. In compliance with Local Rule 5-1(i)(3), I hereby attest that concurrence in this filing has been obtained from all signatories.

Dated: February 6, 2025                                        /s/ Robyn E. Bladow