Leonard W. Aragon (*pro hac vice*)
LEONARD W. ARAGON
11 West Jefferson Street, Suite 1000
Phoenix, Arizona 85003
Telephone: (602) 840-5900
leonard@hbsslaw.com

Shana E. Scarlett (SBN 217895)
715 Hearst Avenue, Suite 202
Telephone: (510) 725-3000
shanas@hbsslaw.com

Julie Liddell (*pro hac vice*)
Andrew Liddell (*pro hac vice*)
EDTECH LAW CENTER PLLC
P.O. Box 300488
Austin, Texas 78705
Telephone: (737) 351-5855
julie.liddell@edtech.law
andrew.liddell@edtech.law

*Attorneys for Plaintiffs Emily Cherkin, et al.*

Robyn E. Bladow (SBN 205189)
KIRKLAND & ELLIS LLP
555 South Flower Street, Suite 3700
Los Angeles, California 90071
Telephone: (213) 680-8400
robyn.bladow@kirkland.com

Martin L. Roth, P.C. (*pro hac vice*)
Alyssa C. Kalisky (*pro hac vice*)
Zharna Shah (*pro hac vice*)
Taylor Rothman (admitted *pro hac vice*)
Amelia H. Bailey (*pro hac vice*)
KIRKLAND & ELLIS LLP
333 West Wolf Point Plaza
Chicago, IL 60654
Telephone: (312) 862-2000
martin.roth@kirkland.com
alyssa.kalisky@kirkland.com
zharna.shah@kirkland.com
taylor.rothman@kirkland.com
amelia.bailey@kirkland.com

Olivia Adendorff, P.C. (*pro hac vice*)
Ethan Joel Levinton (*pro hac vice*)
KIRKLAND & ELLIS LLP
4550 Travis Street
Dallas, TX 75205
Telephone: (214) 972-1770
oliva.adendorff@kirkland.com
ethan.levinton@kirkland.com

*Attorneys for Defendant
PowerSchool Holdings, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| EMILY CHERKIN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> POWERSCHOOL HOLDINGS, INC., <br><br> Defendant. | CASE NO. 3:24-CV-02706-JD <br><br> **[PROPOSED] ORDER GRANTING STIPULATED REQUEST FOR ORDER CHANGING TIME** <br><br> The Hon. James Donato <br> Courtroom 11, 19th Floor <br> Complaint Filed: May 6, 2024 |

Having considered the parties' Stipulated Request for Order Changing Time, and for good cause shown,

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that the deadline to complete a mandatory settlement conference is extended from April 7, 2025 to May 30, 2025. All other deadlines in the Court's November 27, 2024 Scheduling Order remain unchanged.

IT IS SO ORDERED.

Dated: ___February 12___, 2025

_____
James Donato
United States District Judge