**DRURY LEGAL, LLC**
Scott R. Drury (State Bar No. 355002)
6 Carriage Lane
Highwood, Illinois 60040
Telephone: (312) 358-8225
E-Mail: scott@drurylegal.com

*Counsel for Putative Intervenor*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| EMILY CHERKIN, on behalf of herself and as parent and guardian of her minor child, S.G., and on behalf of all others similarly situated, DAVID CONCEPCION, on behalf of himself and as parent and guardian of his minor children, L.M.C. and M.M.C., and on behalf of all others similarly situated,<br><br>                                    Plaintiffs,<br>v.<br><br>POWERSCHOOL HOLDINGS, INC.,<br><br>                                    Defendant. | Case No. 3:24-CV-02706-JD<br><br>**DECLARATION OF SCOTT R. DRURY IN SUPPORT OF PUTATIVE INTERVENOR Q.J.'S NOTICE OF MOTION AND MOTION TO INTERVENE AND MOTION TO STAY OR, ALTERNATIVELY, TRANSFER ACTION PURSUANT TO FIRST-TO-FILE RULE**<br><br>Date:   June 26, 2025<br>Time:   10:00 a.m.<br>Courtroom:  11 – 19th Floor<br>Judge:  Hon. James Donato |

I, Scott R. Drury, declare as follows:

1. I am an attorney and the founding member of Drury Legal, LLC. I am licensed to practice law in the State of California and State of Illinois. I represent Putative Intervenor Q.J. in connection with his Motion to Intervene and Motion to Stay or, Alternatively, Transfer Action Pursuant to First-to-File Rule, filed contemporaneously herewith. I have personal knowledge of the facts set forth in this declaration and am competent to testify to its contents.

2. In addition to my work at Drury Legal, LLC, I am an Adjunct Professor of Law at the Northwestern Pritzker School of Law, where I teach Introduction to Trial Advocacy. I also served as an Assistant United States Attorney for the Northern District of Illinois between 2003 and 2011. I am a member of the Trial Bar of the United States District Court for the Northern District of Illinois.

3. I am counsel for Plaintiff Q.J. in the matter of *Q.J. v. PowerSchool Holdings LLC*, No. 1:23-cv-05689 (N.D. Ill.) (the "First-Filed Action").

4. On May 5, 2025, I sent an email to Leonard Aragon and Julie Liddell counsel for the plaintiffs ("Plaintiffs' counsel") in the above-captioned matter ("*Cherkin*") summarizing a meet and confer between Plaintiffs' counsel and me on May 1, 2025. **Exhibit A**, hereto, is a true and correct copy of the email chain containing my May 5, 2025 email.

5. **Exhibit B**, hereto, is a true and correct copy of a Joint Status Report filed in the First-Filed Action on May 6, 2024 and assigned ECF No. 161.

6. In the First-Filed Action, the plaintiff has not yet moved for class certification, and no summary judgment motions have been filed. Based on my review of the docket in *Cherkin*, the same is true in that case.

7. At present, fact discovery is ongoing in the First-Filed Action. Based on discussions with counsel for the defendant in *Cherkin*, the same is true in that case.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on May 12, 2025.

_____
SCOTT R. DRURY

-2-

DECL. OF SCOTT R. DRURY IN SUPPORT OF MOTION TO INTERVENE
AND MOTION TO STAY OR TRANSFER
CASE NO. 3:24-CV-02706-JD