UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| POWERSCHOOL HOLDINGS, INC., <br> Petitioner, <br> v. <br> LISA CLINE, <br> Respondent. | Case No. 25-mc-80139-PHK <br><br> ***SUA SPONTE* JUDICIAL REFERRAL ORDER** |

Petitioner PowerSchool Holdings, Inc. commenced this miscellaneous action on May 8, 2025 in the United States District Court for the District of Columbia, seeking to compel a third party, Respondent Lisa Cline, to comply with a subpoena served in connection with a case pending in this District, styled as *Cherkin et al. v. PowerSchool Holdings, Inc.*, No. 3:24-cv-02706-JD. [Dkt. 1]. On June 4, 2025, the instant action was transferred to this Court. [Dkt. 12]. Accordingly, under Civil Local Rule 3-12(c), the undersigned issues this referral to the Judge presiding over the earlier filed underlying case with the lower assigned case number.

Pursuant to Civil Local Rule 3-12(c), **IT IS HEREBY ORDERED** that the above captioned case is referred to Judge James Donato to determine whether this case is related to *Cherkin et al. v. PowerSchool Holdings, Inc.*, No. 3:24-cv-02706-JD.

**IT IS SO ORDERED.**

Dated: June 9, 2025

_____
PETER H. KANG
United States Magistrate Judge