Shana E. Scarlett (217895)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, California 94710
Telephone: (510) 725-3000
shanas@hbsslaw.com

Julie Liddell (*pro hac vice*)
Andrew Liddell (*pro hac vice*)
EDTECH LAW CENTER PLLC
P.O. Box 300488
Austin, Texas 78705
Telephone: (737) 351-5855
julie.liddell@edtech.law
andrew.liddell@edtech.law

Leonard W. Aragon (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
11 West Jefferson Street, Suite 1000
Phoenix, Arizona 85003
Telephone: (602) 840-5900
leonard@hbsslaw.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| EMILY CHERKIN, et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>POWERSCHOOL HOLDINGS, INC.,<br><br>        Defendant. | Case No.: 3:24-cv-02706-JD<br><br>**PLAINTIFFS' UNOPPOSED MOTION FOR ORDER CHANGING TIME**<br><br>Judge: The Honorable James Donato<br>Complaint Filed: May 6, 2024 |

Pursuant to Local Rule of Civil Procedure 6-2, Plaintiffs Emily Cherkin, on behalf of herself and as parent and guardian of her minor child, S.G., and David Concepción, on behalf of himself and as parent and guardian of his minor children, L.M.C. and M.M.C., (collectively, the "Plaintiffs"), hereby respectfully request that the Court extend the case schedule by 112 days. Defendant PowerSchool Holdings, Inc. does not oppose this Motion.[1] In support of this request, Plaintiffs state as follows:

1.    On November 27, 2024, this Court entered a scheduling order, Dkt. 55 (the "Scheduling Order"), setting forth the following case schedule:

| Event | Deadline |
| --- | --- |
| Add parties or amend pleadings | February 3, 2025 |
| Complete mandatory settlement conference | April 7, 2025 |
| Fact discovery cut-off | August 11, 2025 |
| Expert disclosures | August 18, 2025 |
| Rebuttal expert disclosures | September 2, 2025 |
| Expert discovery cut-off | September 29, 2025 |
| Last day to file motion for class certification | October 23, 2025 |
| Last day to file opposition to class certification | November 20, 2025 |
| Last day to file replies in support of class certification | December 3, 2025 |
| Last day to file dispositive and *Daubert* motions | March 2, 2026 |
| Pretrial conference | Thursday, June 25, 2026, at 1:30 p.m. |
| Jury Trial | Monday, July 6, 2026, at 9:00 a.m. |

2.    Plaintiffs have been working diligently to complete discovery but require more time to complete discovery for four reasons.

3.    First, the document production in this case has been voluminous. Defendants have identified, reviewed, and produced 541,888 pages of documents, as well as voluminous mixed media, including audio and video files. Many of the documents, 57,938 documents (or 249,115 pages), were produced after May 19, 2025, and many are dense, complex documents that take substantial time to review and digest. The process has taken longer than Plaintiffs anticipated. The additional time will allow the parties to continue to work in good faith to complete discovery.

---

[1] PowerSchool disagrees with certain factual assertions in this motion, including any insinuation that its productions were untimely or improperly burdensome and that coordination with the PowerSchool MDL (as defined below) is appropriate, as well as regarding the adequacy of Plaintiffs' discovery efforts.

4.      Second, the parties are still engaging in other forms of discovery and moving forward with depositions. Defendants have served third party subpoenas, and Plaintiffs have eight depositions scheduled, the first to begin on June 19. The parties are also in the process of scheduling Plaintiffs' depositions and are negotiating the form of those depositions as to Plaintiffs who are minor children. Plaintiffs have also prepared several third-party subpoenas to supplement Defendant's document production but have refrained from serving such subpoenas until they can determine if Defendant's document production contains the documents Plaintiffs seek. The document production, however, is not yet complete and large productions were only recently disclosed. The extension will allow the parties to continue to conduct discovery efficiently and in good faith.

5.      Third, there are two related cases that may require some level of coordination. The first, is the MDL that was recently opened in the Southern District of California, Case No. 3:25-md-03149 ("PowerSchool MDL"), pending before the Honorable Roger T. Benitez. The PowerSchool MDL involves dozens of putative class actions and individual cases arising from a massive data breach of PowerSchool's Student Information Systems in December 2024. Judge Benitez interviewed lead counsel applicants on June 6, 2025, and will soon appoint lead counsel. *See* PowerSchool MDL Dkt. 128. Once lead counsel is appointed, the parties will meet and confer regarding possible coordination of discovery between the two cases. The second case, *Q.J. v. PowerSchool Holdings LLC, et al.*, Case No. 1:23-cv-05689, is pending in the Northern District of Illinois. The *QJ* action is a putative class action involving Naviance, a college and career planning platform owned and operated by PowerSchool. *See QJ* Dkt. 119 (First Amended Complaint). The parties in *QJ*, despite pending motions to dismiss, recently started discovery and Defendant has indicated that some level of coordination may be helpful. Q.J. has also moved to intervene in this case. And although Plaintiffs oppose intervention, Plaintiffs understand that some level of coordination may be helpful. The extension will allow the various parties the opportunity to explore the possibility of efficient coordination between the cases.

6.      Fourth, the parties are still engaged with the mediator. There is no pending settlement, but the parties are exploring whether there is common ground for a resolution and exchanging information in good faith. The extension will allow the parties to continue that process.

7.      This is Plaintiffs' first extension request. It is, however, the Parties' second request for an

2

1    extension of a deadline in the Scheduling Order. The Court previously agreed to extend the deadline to

2    complete a mandatory settlement conference at Dkt. 64.

3        8.      Plaintiffs contend, and Defendant does not dispute, that this request will help further a

4    timely resolution of this case and is made for good cause, is not for purposes of delay, and that no party will

5    be prejudiced by the granting of this request.

6        WHEREFORE, Plaintiffs respectfully request this Court grant the motion and enter an Order

7    extending the deadlines as follows:

| Event | Original Deadline | New Deadline |
|---|---|---|
| Add parties or amend pleadings | February 3, 2025 | Passed |
| Complete mandatory settlement conference | April 7, 2025 | Passed |
| Fact discovery cut-off | August 11, 2025 | December 1, 2025 |
| Expert disclosures | August 18, 2025 | December 8, 2025 |
| Rebuttal expert disclosures | September 2, 2025 | December 23, 2025 |
| Expert discovery cut-off | September 29, 2025 | January 19, 2026 |
| Last day to file motion for class certification | October 23, 2025 | February 12, 2026 |
| Last day to file opposition to class certification | November 20, 2025 | March 12, 2026 |
| Last day to file replies in support of class certification | December 3, 2025 | March 25, 2026 |
| Last day to file dispositive and *Daubert* motions | March 2, 2026 | June 22, 2026 |
| Pretrial conference | Thursday, June 25, 2026 at 1:30 p.m. | Thursday, October 15, 2026 at 1:30 p.m., or such other time that the Court is available |
| Jury Trial | Monday, July 6, 2026 at 9:00 a.m. | Monday, October 26, 2026 at 9:00 a.m., or such other time that the Court is available |

Dated: June 11, 2025                    Respectfully submitted,

                                        HAGENS BERMAN SOBOL SHAPIRO LLP


                                        By  /s/ Leonard W. Aragon
                                        Leonard W. Aragon (*pro hac vice*)
                                        leonard@hbsslaw.com

Julie Liddell (*pro hac vice*)
Andrew Liddell (*pro hac vice*)
EDTECH LAW CENTER PLLC
P.O. Box 300488
Austin, Texas 78705
Telephone: (737) 351-5855
julie.liddell@edtech.law
andrew.liddell@edtech.law

Shana E. Scarlett (SBN 217895)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, California 94710
Telephone: 510.725.3000
shanas@hbsslaw.com

Attorneys for Plaintiffs

UNOPPOSED MOTION FOR AN ORDER TO CHANGE TIME                              3:24-cv-02706-JD