UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EMILY CHERKIN, et al., 

Plaintiff(s),

v.

POWERSCHOOL HOLDINGS, INC,

Defendant(s).

Case No. 3:24-02706-JD

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Elizabeth Tory Beardsley, an active member in good standing of the bar of Arizona, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Plaintiffs in the above-entitled action. My local co-counsel in this case is Shana E. Scarlett, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 217895.

11 West Jefferson Street, Suite 1000
Phoenix, Arizona 85003
MY ADDRESS OF RECORD

715 Hearst Avenue, Suite 202
Berkeley, California 94710
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

602-840-5900
MY TELEPHONE # OF RECORD

510-725-3000
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

toryb@hbsslaw.com
MY EMAIL ADDRESS OF RECORD

shanas@hbsslaw.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 031926.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

1  I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially
2  the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local
3  Rules.  I declare under penalty of perjury that the foregoing is true and correct.
4  Dated: 09/25/2025                                            Elizabeth Tory Beardsley
                                                                APPLICANT
5

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Elizabeth Tory Beardsley is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 9/26/2025

UNITED STATES DISTRICT JUDGE