# KIRKLAND & ELLIS LLP

Olivia Adendorff, P.C.
To Call Writer Directly:
+1 214 972 1758
olivia.adendorff@kirkland.com

Weir's Plaza
4550 Travis Street
Dallas, TX 75205
United States

+1 214 972 1770

www.kirkland.com

Facsimile:
+1 214 972 1771

December 8, 2025

The Honorable James Donato
U.S. District Court for the Northern District of California
San Francisco Courthouse, Courtroom 11, 19th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

**Re:** *Cherkin et al. v. PowerSchool Holdings, Inc.*, No. 3:24-cv-2706-JD (N.D. Cal.)

Dear Judge Donato:

PowerSchool Holdings, Inc. ("PowerSchool") seeks an order compelling Plaintiffs to produce third-party communications that have been improperly withheld from Plaintiff Emily Cherkin's production based on a baseless assertion of attorney-client privilege and work-product doctrine. PowerSchool is seeking to compel the production of 71 emails that were sent to and from non-parties—*i.e.*, a federal agency and other individuals that are neither a party, counsel to a party, nor a consultant hired for this case. Documents and communications with such third parties cannot be privileged; it is well-established that disclosure of communication to such third parties results in waiver. PowerSchool respectfully asks the Court to order Plaintiffs to produce the documents identified in PowerSchool's email to Plaintiffs in **Exhibit A**. PowerSchool has conferred via email and telephonically on December 8, 2025, and the parties are at an impasse.

**I.      Background.**

This action against PowerSchool was brought by Plaintiff Emily Cherkin in May 2024. Cherkin operates a consulting business where she advocates against EdTech. Additionally, she co-founded the "Student Data Privacy Project" (SDPP) in late 2019/early 2020 alongside three non-party activists: Lisa Cline (Maryland writer), Andy Liddell (Texas lawyer and counsel to Cherkin), and Joel Schwarz (New York law professor).

During the summer 2025, PowerSchool sought to compel Cline and Schwarz to produce documents. In connection with a motion to compel filed before this Court, these third parties confirmed repeatedly that they are third parties with no relation to this (or any) lawsuit. Cline submitted a declaration to the Court representing that she is "a third party" that has "not discussed [the case] substantively with … Cherkin … at all," and has been involved with Cherkin only through their "mutual advocacy work for … a non-profit." *See* Cline Decl., No. 3:25-mc-80139-JD (Dkt. 22-2). Cline represented that she and Cherkin were "merely aligned as parents and members of [another non-profit] organization." *Id.* Schwarz was equally insistent that he is an unrelated "third party" that has never "discussed the case substantively with … Cherkin," has "been dragged into this lawsuit … through [a] subpoena," and has participated in SDPP only for

**KIRKLAND & ELLIS LLP**

December 8, 2025
Page 2

general advocacy purposes, not as to a "specific EdTech provider." Schwarz Decl., No. 3:25-mc-80160-JD (Dkt. 19-3). And, in opposing PowerSchool's motion to compel, counsel for Cline and Schwarz (who also represents Plaintiffs) stated that Cline and Schwarz "are nonparties who have **nothing to do with the case**," are just "***friends with the plaintiff*** and putative class representative in the underlying Litigation, Emily Cherkin," and are "***nonparty privacy advocates***." Resp. Opp. to MTC at 1, 5, Nos. 3:25-mc-80139-JD, 3:25-mc-80160-JD (Dkts. 22, 19).

But when it came to producing Cherkin's documents, the same counsel (on behalf of Plaintiffs) contends that Cline and Schwarz – along with the ***Federal Trade Commission*** and other third parties – are somehow all part of a common-interest group that was jointly preparing documents in anticipation of litigation. Thus, Plaintiffs withheld an email from the FTC's Director of the Bureau of Consumer Protection, Samuel Levine, to Lisa Cline, Cherkin, and other SDPP members, with the subject "Meta Breach & EdTech's Turn," claiming that it was protected as "attorney-client privilege" and "attorney work product." Ex. A, Item #82. Plaintiffs also withheld an email from Lisa Cline to other SDPP Members titled, "EdTech hitlist," based on assertions of attorney-client privilege and work product. *Id.*, #148. Further, Plaintiffs withheld an email from Joel Schwarz to a third-party at the University of Colorado and a full google listserv based on the same assertions. *Id.*, #69. In all, Plaintiffs withheld 71 emails (not including any attachments) between Plaintiffs and third parties.

**II.    Argument.**

    **A.    Attorney-Client Privilege Is Waived.**

 "The attorney-client privilege protects confidential communications between attorneys and clients, which are made for the purpose of giving legal advice." *United States v. Sanmina Corp.*, 968 F.3d 1107, 1116 (9th Cir. 2020). Attorney-client privilege does not extend to non-legal advice, and it does not protect communications with third parties unless the third party was "engaged to assist the attorney in providing legal advice" or was "acting as agent" of the client. *Id.* Voluntary disclosure of privileged documents to third parties destroys attorney-client privilege. *Id.* at 1116-17 (privilege waived as to documents shared with law firm for valuation purposes).

Here, PowerSchool is seeking to compel production of documents shared with the FTC and other third-party activists who represented to the Court that they had "nothing to do with the case," were just "friends with … [P]laintiff [Cherkin]," and were "nonparty privacy advocates." Resp. Opp. to MTC at 1, 5, Nos. 3:25-mc-80139-JD, 3:25-mc-80160-JD (Dkts. 22, 19). Plaintiffs cannot show that such communications were privileged to begin with. Moreover, disclosure of even privileged documents to non-parties results in waiver of privilege.

    **B.    Plaintiffs Cannot Claim Work Product Protection.**

Plaintiffs also wrongly attempt to claim work product over nearly every document in which a third party was copied. Work product doctrine is highly limited, and it "shelters the mental processes of the attorney" by shielding from disclosure "material prepared by agents for the attorney as well as those prepared by the attorney himself." *Sanmina Corp.*, 968 F.3d at 1119. "[T]o qualify for [work-product] protection … documents must have two characteristics: (1) [] be

KIRKLAND & ELLIS LLP

December 8, 2025
Page 3

'prepared in anticipation of litigation or for trial' and (2) [] be prepared 'by or for another party or by or for that other party's representative.'" *In re Grand Jury Subpoena (Mark Torf/Torf Env't Mgmt.)*, 357 F.3d 900, 907 (9th Cir. 2004).

This is not a standard Plaintiffs can meet here given that Cline and Schwarz were clear that they had no involvement with this case, were "merely aligned as parents" and advocates, and were involved in general advocacy work rather than in pursuit of litigation against a "specific EdTech provider." Cline Decl., No. 3:25-mc-80139-JD (Dkt. 22-2); Schwarz Decl., No. 3:25-mc-80160-JD (Dkt. 19-3). Moreover, counsel for Plaintiffs (in representing Cline and Schwarz) was clear that Cline and Schwarz and were just "friends with the plaintiff." Resp. Opp. to MTC at 1, Nos. 3:25-mc-80139-JD, 3:25-mc-80160-JD (Dkts. 22, 19). Representations by Plaintiffs' counsel and Cline's and Schwarz's sworn declarations would be false if it now turns out—as Plaintiffs seem to contend—that Cline and Schwarz were actually preparing documents "in anticipation of litigation or for trial" for use by Cherkin or her representatives. *In re Grand Jury*, 357 F.3d at 907.

But even a cursory review of Plaintiffs' privilege log—copied in relevant part in Exhibit A—demonstrates that Plaintiffs simply took an overbroad (and erroneous) view of work-product. Plaintiffs are even trying to claim work product over disclosures to regulators like the FTC, which obviously had no involvement in Plaintiffs' lawsuit against PowerSchool.

### C. Common-Interest Doctrine Does Not Apply.

Although not asserted in their log, Plaintiffs claimed at the parties meet and confer that the documents they withheld were also protected by the common-interest privilege. This doctrine also does not apply. For one, common-interest doctrine is not a separate privilege; it is "a doctrine that prevents waiver of a pre-existing privilege if the privileged information is shared only with those with a common legal interest." *In re Cal. Bail Bond Antitrust Litig.*, 778 F. Supp.3d 1051, 1062-63 (N.D. Cal. 2025). As none of the documents challenged were ever privileged (all involve a third party on the face of the document), the common-interest doctrine has no application here. Further, common-interest doctrine only applies when the parties "have a 'common legal, as opposed to commercial, interest.'" *Id.* This is not a showing that Plaintiffs can make here, where Cline and Schwarz represented that they were involved with Cherkin for general advocacy purposes, not for litigation or for pursuing legal action. Cline Decl., No. 3:25-mc-80139-JD (Dkt. 22-2); Schwarz Decl., No. 3:25-mc-80160-JD (Dkt. 19-3).

### III. Conclusion.

For the foregoing reasons, the Court should compel full production of all documents that were sent to or from a third-party. At a minimum, the Court should review the documents in camera to determine if Plaintiffs meet all the requirements of attorney-client privilege, work-product, and common-interest.

**KIRKLAND & ELLIS LLP**

December 8, 2025
Page 4

                                                Sincerely,

                                                */s/ Olivia Adendorff*
                                                Olivia Adendorff, P.C.
                                                *Counsel for Defendant PowerSchool Holdings, Inc.*

# Exhibit A

**From:** Temchenko, Eugene
**To:** Leonard Aragon; Amy Nolan; Julie Liddell; Andrew Liddell; Lori Feldman; Tory Beardsley; Whitney K. Siehl
**Cc:** Bladow, Robyn E.; Adendorff, Olivia; Roth, Martin L.; Kalisky, Alyssa C.; Bailey, Amelia; Levinton, Ethan Joel; Shah, Zharna; Rothman, Taylor S.
**Subject:** Improperly Withheld and Redacted Documents, Cherkin, et al. v. PowerSchool
**Date:** Thursday, December 4, 2025 12:55:00 PM

Counsel—

We write concerning improperly withheld and redacted documents in Plaintiffs' document productions and privilege log. Plaintiffs appear to have withheld documents with numerous third parties on an erroneous assertion of attorney-client privilege and work product; as a third party was copied on each of the following documents and communications, attorney-client privilege and work product protection (if any existed) is waived as to the communication and all attachments. We would like to discuss this issue on our next meet and confer as well. Specifically:

- **Documents and emails to and from the FTC, Michelle Bodden-White, Roxana Marachi, and other third parties cannot be privileged.** The following emails clearly involve third parties and Plaintiffs cannot claim privilege or work product over such documents. They must all be immediately produced.

| Privilege Log No. | Bates | Date | Author | From | To | Cc | Bcc | Subject | Filename | Redacted/Witheld | Privilege Claim | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 82 | | 5/8/2023 | | "Levine, Samuel" slevine1@ftc.gov | Lisa Cline lisajeane@aol.com, "Wiseman, Benjamin" bwiseman@ftc.gov, "Magee, Peder" PMAGEE@ftc.gov, "Bonan, Genevieve" gbonan@ftc.gov | emilycherkin@gmail.com emilycherkin@gmail.com, waliddell@duanemorris.com waliddell@duanemorris.com, jschw@albanylaw.edu jschw@albanylaw.edu | | RE: Meta Breach & EdTech's Turn | | Withheld | Attorney-Client Privilege; Attorney Work Product | Email chain discussing litigation and FERPA in the educational technology industry; also includes report of educational technology platforms |
| 107 | CHERKIN_003625 | 3/7/2022 | | "Bodden-White, Michelle" mboddenwhite@albanylaw.edu | "Dr. Roxana Marachi" roxana.marachi@gmail.com, "Liddell, Andrew" waliddell@duanemorris.com | "Badr, Kauther S." badrk1@southernct.edu, Lisa Cline lisajeane@aol.com, "Schwarz, Joel" jschw@albanylaw.edu, joel.schwarz@mbltechnologies.com joel.schwarz@mbltechnologies.com, privacier@protonmail.com privacier@protonmail.com, emilycherkin@gmail.com emilycherkin@gmail.com, "Eagan, Dwight" deagan@albanylaw.edu, 0915lbc@gmail.com 0915lbc@gmail.com | | Re: Student Data Privacy Project - Next Meeting | | Redacted | Attorney-Client Privilege; Attorney Work Product | Attorney advice regarding potential for litigation |
| 109 | CHERKIN_034654 | 3/7/2022 | | "Dr. Roxana Marachi" roxana.marachi@gmail.com | "Liddell, Andrew" waliddell@duanemorris.com | "Badr, Kauther S." badrk1@southernct.edu, Lisa Cline lisajeane@aol.com, jschw@albanylaw.edu jschw@albanylaw.edu, joel.schwarz@mbltechnologies.com joel.schwarz@mbltechnologies.com, privacier@protonmail.com privacier@protonmail.com, emilycherkin@gmail.com emilycherkin@gmail.com, mboddenwhite@albanylaw.edu mboddenwhite@albanylaw.edu, deagan@albanylaw.edu deagan@albanylaw.edu, 0915lbc@gmail.com 0915lbc@gmail.com | | Re: Student Data Privacy Project - Next Meeting | | Redacted | Attorney-Client Privilege; Attorney Work Product | Attorney advice regarding potential for litigation |
| 69 | | 2/15/2024 | | "Schwarz, Joel" jschw@albanylaw.edu | Anna Segur Anna.Segur@colorado.edu, "screens-in-schools@googlegroups com" screens-in-schools@googlegroups.com | | | [screens-in-schools] Re: NY fines College board for selling student data | | Withheld | Attorney-Client Privilege; Attorney Work Product | Email discussing confidential legal advice regarding educational technology platforms and sale of data by those entities |
| 72 | | 11/13/2023 | | Kim Whitman kimberlydwhitman@hotmail.com | screens-in-schools@googlegroups.com screens-in-schools@googlegroups.com | | | [screens-in-schools] EdTech Litigation Opportunity | | Withheld | Attorney-Client Privilege; Attorney Work Product | Email providing confidential legal advice regarding litigation based on educational technology platform |
| 83 | CHERKIN_034519 | 5/8/2023 | | Lisa Cline lisajeane@aol.com | bwiseman@ftc.gov bwiseman@ftc.gov, slevine1@ftc.gov slevine1@ftc.gov, pmagee@ftc.gov pmagee@ftc.gov, gbonan@ftc.gov gbonan@ftc.gov | emilycherkin@gmail.com emilycherkin@gmail.com, waliddell@duanemorris.com waliddell@duanemorris.com, jschw@albanylaw.edu jschw@albanylaw.edu | | Meta Breach & EdTech's Turn | | Withheld | Attorney-Client Privilege; Attorney Work Product | Email chain discussing litigation and FERPA in the educational technology industry; also includes report of educational technology platforms |
| 106 | CHERKIN_034648 | 3/7/2022 | | "Schwarz, Joel" jschw@albanylaw.edu | "Dr. Roxana Marachi" roxana.marachi@gmail.com, "Liddell, Andrew" waliddell@duanemorris.com | "Badr, Kauther S." badrk1@southernct.edu, Lisa Cline lisajeane@aol.com, joel.schwarz@mbltechnologies.com joel.schwarz@mbltechnologies.com, privacier@protonmail.com privacier@protonmail.com, emilycherkin@gmail.com emilycherkin@gmail.com, "Bodden-White, Michelle" mboddenwhite@albanylaw.edu, "Eagan, Dwight" deagan@albanylaw.edu, 0915lbc@gmail.com 0915lbc@gmail.com | | RE: Student Data Privacy Project - Next Meeting | | Redacted | Attorney-Client Privilege; Attorney Work Product | Attorney advice regarding potential for litigation |
| 107 | CHERKIN_003625 | 3/7/2022 | | "Bodden-White, Michelle" mboddenwhite@albanylaw.edu | "Dr. Roxana Marachi" roxana.marachi@gmail.com, "Liddell, Andrew" waliddell@duanemorris.com | "Badr, Kauther S." badrk1@southernct.edu, Lisa Cline lisajeane@aol.com, "Schwarz, Joel" jschw@albanylaw.edu, joel.schwarz@mbltechnologies.com joel.schwarz@mbltechnologies.com, privacier@protonmail.com privacier@protonmail.com, emilycherkin@gmail.com emilycherkin@gmail.com, "Eagan, Dwight" deagan@albanylaw.edu, 0915lbc@gmail.com 0915lbc@gmail.com | | Re: Student Data Privacy Project - Next Meeting | | Redacted | Attorney-Client Privilege; Attorney Work Product | Attorney advice regarding potential for litigation |
| | | | | | | jschw@albanylaw.edu jschw@albanylaw.edu, joel.schwarz@mbltechnologies.com joel.schwarz@mbltechnologies.com, | | | | | | |

| Privilege Log No. | Bates | Date | Author | From | To | Cc | Bcc | Subject | Filename | Redacted/Withheld | Privilege Claim |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 108 | CHERKIN_034651 | 3/7/2022 | | "Liddell, Andrew" WALiddell@duanemorris.com | "Badr, Kauther S." badrk1@southernct.edu, Lisa Cline lisajeane@aol.com | privacier@protonmail.com privacier@protonmail.com, emilycherkin@gmail.com emilycherkin@gmail.com, mboddenwhite@albanylaw.edu mboddenwhite@albanylaw.edu, roxana.marachi@gmail.com roxana.marachi@gmail.com, deagan@albanylaw.edu deagan@albanylaw.edu, 0915lbc@gmail.com 0915lbc@gmail.com | | RE: Student Data Privacy Project - Next Meeting | | Redacted | Attorney-Client Privilege; Attorney Work Product | Attorney advice regarding potential for litigation |
| 152 | | 3/10/2024 | | "Schwarz, Joel" jschw@albanylaw.edu | screens-in-schools@googlegroups.com screens-in-schools@googlegroups.com | | | [screens-in-schools] QUOTE FROM NAVIANCE/VENTURE PARTNERS ABOUT VALUE OF DATA | | Withheld | Attorney-Client Privilege; Attorney Work Product | Email Chain discussing legal analysis of FTC compliance and Naviance product |

- **Lisa Cline is not a lawyer and she represented herself to have been a third party that was involved in advocacy work, not legal work.** Plaintiffs withheld, among other things, a February 29, 2024 email chain between Ms. Cline and Ms. Cherkin titled, "I sat through the 'PowerBuddy' Webinar and took notes…here they are," claiming that this is attorney-client privilege. As you know, Ms. Cline is not a lawyer. Indeed, Ms. Cline submitted a declaration to the Court representing to be "a third party," having "not discussed [the case] substantively with Ms. Cherkin … at all," and having been involved with Ms. Cherkin only through their "mutual advocacy work for … a non-profit." *See* Cline Decl., No. 3:25-mc-80139-JD (Dkt. 22). Ms. Cline represented to be "merely aligned as parents and members of the Fairplay organization." And to quote your opposition to a motion to compel, Ms. "Cline and [Mr.] Schwarz are nonparties who have nothing to do with the case," they are just "friends with the plaintiff and putative class representative in the underlying Litigation, Emily Cherkin," and are "nonparty privacy advocates." Resp. Opp. to MTC at 1, 5. There is thus no basis to claim that she is somehow providing or involved in providing Ms. Cherkin with legal advice or in planning litigation. All emails with or from Ms. Cline must be immediately produced, including each of the following.

| Privilege Log No. | Bates | Date | Author | From | To | Cc | Bcc | Subject | Filename | Redacted/Withheld | Privilege Claim |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 33 | | 2/29/2024 | | Lisa Cline lisajeane@aol.com | Emily Cherkin emilycherkin@gmail.com | | | Re: [screens-in-schools] I sat through the "PowerBuddy" Webinar and took notes…here they are | | Withheld | Attorney-Client Privilege |
| 37 | | 8/6/2021 | | Lisa Cline lisajeane@aol.com | emilycherkin@gmail.com emilycherkin@gmail.com, andy@ellodee.com andy@ellodee.com, jschw@albanylaw.edu jschw@albanylaw.edu | | | Re: Student Records Request Relating to FERPA | | Redacted | Attorney-Client Privilege; Attorney Work Product |
| 46 | | 6/17/2021 | | Lisa Cline lisajeane@aol.com | emilycherkin@gmail.com emilycherkin@gmail.com, jschw@albanylaw.edu jschw@albanylaw.edu, andy@ellodee.com andy@ellodee.com, gmcklveen@law.gwu.edu gmcklveen@law.gwu.edu | | | Re: Student Records Request Relating to FERPA | | Redacted | Attorney-Client Privilege; Attorney Work Product |
| 49 | | 4/30/2021 | | Lisa Cline lisajeane@aol.com | emilycherkin@gmail.com emilycherkin@gmail.com, jschw@albanylaw.edu jschw@albanylaw.edu, andy@ellodee.com andy@ellodee.com | | | Re: Student Records Request Relating to FERPA | | Redacted | Attorney-Client Privilege; Attorney Work Product |
| 50 | | 3/27/2021 | | Lisa Cline lisajeane@aol.com | emilycherkin@gmail.com emilycherkin@gmail.com, jschw@albanylaw.edu jschw@albanylaw.edu, andy@ellodee.com andy@ellodee.com | | | Re: Student Records Request Relating to FERPA | | Redacted | Attorney-Client Privilege; Attorney Work Product |
| 58 | | 3/13/2021 | | Lisa Cline lisajeane@aol.com | emilycherkin@gmail.com emilycherkin@gmail.com, jschw@albanylaw.edu jschw@albanylaw.edu, andy@ellodee.com andy@ellodee.com | | | Re: Student Records Request Relating to FERPA | | Redacted | Attorney-Client Privilege; Attorney Work Product |
| 83 | CHERKIN_034519 | 5/8/2023 | | Lisa Cline lisajeane@aol.com | bwiseman@ftc.gov bwiseman@ftc.gov, slevine1@ftc.gov slevine1@ftc.gov, pmagee@ftc.gov pmagee@ftc.gov, gbonan@ftc.gov gbonan@ftc.gov | emilycherkin@gmail.com emilycherkin@gmail.com, waliddell@duanemorris.com waliddell@duanemorris.com, jschw@albanylaw.edu jschw@albanylaw.edu | | Meta Breach & EdTech's Turn | | Withheld | Attorney-Client Privilege; Attorney Work Product |
| 93 | CHERKIN_002417 | 2/26/2024 | | Lisa Cline lisajeane@aol.com | Emily Cherkin emilycherkin@gmail.com | Julie Liddell julie@liddell.law, "Liddell, Andrew" waliddell@duanemorris.com, "Schwarz, Joel" jschw@albanylaw.edu | | Re: FTC COPPA NPRM Analysis (Table of Concepts and Language/Comments) | | Withheld | Attorney-Client Privilege; Attorney Work Product |
| 96 | | 2/21/2024 | | Lisa Cline lisajeane@aol.com | Julie Liddell julie@liddell.law, "Liddell, Andrew" waliddell@duanemorris.com, Emily Cherkin emilycherkin@gmail.com, "Schwarz, Joel" jschw@albanylaw.edu | | | Re: FTC COPPA NPRM Analysis (Table of Concepts and Language/Comments) | | Withheld | Attorney-Client Privilege; Attorney Work Product |
| 99 | | 2/15/2024 | | Lisa Cline lisajeane@aol.com | Julie Liddell julie@liddell.law, Emily Cherkin emilycherkin@gmail.com, "Liddell, Andrew" waliddell@duanemorris.com, "Schwarz, Joel" jschw@albanylaw.edu | | | Re: FTC COPPA NPRM Analysis (Table of Concepts and Language/Comments) | | Withheld | Attorney-Client Privilege; Attorney Work Product |
| 103 | | 2/15/2024 | | Lisa Cline lisajeane@aol.com | Emily Cherkin emilycherkin@gmail.com, Julie Liddell julie@liddell.law, "Liddell, Andrew" waliddell@duanemorris.com, "Schwarz, Joel" jschw@albanylaw.edu | | | Re: FTC COPPA NPRM Analysis (Table of Concepts and Language/Comments) | | Withheld | Attorney-Client Privilege; Attorney Work Product |
| 131 | | 2/9/2022 | | Lisa Cline lisajeane@aol.com | jschw@albanylaw.edu jschw@albanylaw.edu, WALiddell@duanemorris.com WALiddell@duanemorris.com | emilycherkin@gmail.com emilycherkin@gmail.com | | Re: Final Draft MCPS Naviance Petition for your Input | | Withheld | Attorney-Client Privilege; Attorney Work Product |
| 136 | | 2/9/2022 | | Lisa Cline lisajeane@aol.com | WALiddell@duanemorris.com WALiddell@duanemorris.com, jschw@albanylaw.edu jschw@albanylaw.edu | emilycherkin@gmail.com emilycherkin@gmail.com | | Re: Final Draft MCPS Naviance Petition for your Input | | Withheld | Attorney-Client Privilege; Attorney Work Product |
| 139 | | 2/9/2022 | | Lisa Cline lisajeane@aol.com | WALiddell@duanemorris.com WALiddell@duanemorris.com, jschw@albanylaw.edu jschw@albanylaw.edu | emilycherkin@gmail.com emilycherkin@gmail.com | | Re: Final Draft MCPS Naviance Petition for your Input | | Withheld | Attorney-Client Privilege; Attorney Work Product |
| 148 | | 1/24/2022 | | Lisa Cline lisajeane@aol.com | emilycherkin@gmail.com emilycherkin@gmail.com, WALiddell@duanemorris.com WALiddell@duanemorris.com | joel.schwarz@mbltechnologies.com joel.schwarz@mbltechnologies.com | | Re: EdTech hitlist | | Withheld | Attorney-Client Privilege; Attorney Work Product |
| 149 | | 2/1/2022 | | Lisa Cline lisajeane@aol.com | joel.schwarz@mbltechnologies.com joel.schwarz@mbltechnologies.com, emilycherkin@gmail.com emilycherkin@gmail.com, WALiddell@duanemorris.com WALiddell@duanemorris.com | | | Re: [External] EdTech hitlist | | Withheld | Attorney-Client Privilege; Attorney Work Product |
| | | | | Joel Schwarz <joel.schwarz@mbltechnologies.com>, | | | | Fwd: Student Records | | | |

| Privilege Log No. | Bates | Date | Author | From | To | Cc | Bcc | Subject | Filename | Redacted/Witheld | Privilege Claim | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 36 | | 8/18/2021 | | Emily Cherkin <emilycherkin@gmail.com> | Lisa Cline <lisajeane@aol.com>, Andy Liddell <andy@ellodee.com> | | | Request Relating to FERPA | | Redacted | Attorney-Client Privilege; Attorney Work Product | |
| 36 | | 8/18/2021 | | Emily Cherkin emilycherkin@gmail.com | Joel Schwarz joel.schwarz@mbltechnologies.com, Lisa Cline lisajeane@aol.com, Andy Liddell andy@ellodee.com | | | Fwd: Student Records Request Relating to FERPA | | Redacted | Attorney-Client Privilege; Attorney Work Product | Email chain seeking and providing confidential legal advice regarding record requests from educational institutions and record keeping |
| 38 | | 8/18/2021 | | Joel Schwarz joel.schwarz@mbltechnologies.com | Emily Cherkin emilycherkin@gmail.com, Lisa Cline lisajeane@aol.com, Andy Liddell andy@ellodee.com | | | RE: [External] Student Records Request Relating to FERPA | | Redacted | Attorney-Client Privilege; Attorney Work Product | Email chain seeking and providing confidential legal advice regarding record requests from educational institutions and record keeping |
| 39 | | 8/6/2021 | | Emily Cherkin emilycherkin@gmail.com | Andy Liddell andy@ellodee.com, Lisa Cline lisajeane@aol.com, "Schwarz, Joel" jschw@albanylaw.edu | | | Fwd: Student Records Request Relating to FERPA | | Redacted | Attorney-Client Privilege; Attorney Work Product | Email chain seeking and providing confidential legal advice regarding record requests from educational institutions and record keeping |
| 47 | CHERKIN_000325 | 6/17/2021 | | Emily Cherkin emilycherkin@gmail.com | "Schwarz, Joel" jschw@albanylaw.edu, Andy Liddell andy@ellodee.com, Lisa Cline lisajeane@aol.com, Gina McKlveen gmcklveen@law.gwu.edu | | | Fwd: Student Records Request Relating to FERPA | | Redacted | Attorney-Client Privilege; Attorney Work Product | Email chain seeking and providing confidential legal advice regarding record requests from educational institutions and record keeping |
| 48 | | 6/18/2021 | | "Schwarz, Joel" jschw@albanylaw.edu | Emily Cherkin emilycherkin@gmail.com, Andy Liddell andy@ellodee.com, Lisa Cline lisajeane@aol.com, Gina McKlveen gmcklveen@law.gwu.edu | | | RE: Student Records Request Relating to FERPA | | Redacted | Attorney-Client Privilege; Attorney Work Product | Email chain seeking and providing confidential legal advice regarding record requests from educational institutions and record keeping |
| 51 | CHERKIN_000348 | 3/26/2021 | | Emily Cherkin emilycherkin@gmail.com | "Schwarz, Joel" jschw@albanylaw.edu, Andy Liddell andy@ellodee.com, Lisa Cline lisajeane@aol.com | | | Fwd: Student Records Request Relating to FERPA | | Redacted | Attorney-Client Privilege; Attorney Work Product | Email chain seeking and providing confidential legal advice regarding record requests from educational institutions and record keeping |
| 52 | | 4/30/2021 | | "Schwarz, Joel" jschw@albanylaw.edu | Lisa Cline lisajeane@aol.com, emilycherkin@gmail.com emilycherkin@gmail.com, andy@ellodee.com andy@ellodee.com | | | RE: Student Records Request Relating to FERPA | | Redacted | Attorney-Client Privilege; Attorney Work Product | Email chain seeking and providing confidential legal advice regarding record requests from educational institutions and record keeping |
| 53 | | 4/30/2021 | | Emily Cherkin emilycherkin@gmail.com | "Schwarz, Joel" jschw@albanylaw.edu, Andy Liddell andy@ellodee.com, Lisa Cline lisajeane@aol.com | | | Fwd: Student Records Request Relating to FERPA | | Redacted | Attorney-Client Privilege; Attorney Work Product | Email chain seeking and providing confidential legal advice regarding record requests from educational institutions and record keeping |
| 56 | | 3/14/2021 | | "Schwarz, Joel" jschw@albanylaw.edu | Emily Cherkin emilycherkin@gmail.com, Lisa Cline lisajeane@aol.com | andy@ellodee.com andy@ellodee.com | | RE: Student Records Request Relating to FERPA | | Redacted | Attorney-Client Privilege; Attorney Work Product | Email chain seeking and providing confidential legal advice regarding record requests from educational institutions and record keeping |
| 59 | | 2/7/2021 | | "Schwarz, Joel" jschw@albanylaw.edu | Emily Cherkin emilycherkin@gmail.com, Andy Liddell andy@ellodee.com, Lisa Cline lisajeane@aol.com | | | RE: Student Records Request Relating to FERPA | | Redacted | Attorney-Client Privilege; Attorney Work Product | Email chain seeking and providing confidential legal advice regarding record requests from educational institutions and record keeping |
| 61 | | 3/14/2021 | | Emily Cherkin emilycherkin@gmail.com | Lisa Cline lisajeane@aol.com | jschw@albanylaw.edu jschw@albanylaw.edu, andy@ellodee.com andy@ellodee.com | | Re: Student Records Request Relating to FERPA | | Redacted | Attorney-Client Privilege; Attorney Work Product | Email chain seeking and providing confidential legal advice regarding record requests from educational institutions and record keeping |
| 62 | CHERKIN_034466 | 1/28/2021 | | Emily Cherkin emilycherkin@gmail.com | "Schwarz, Joel" jschw@albanylaw.edu, Andy Liddell andy@ellodee.com, Lisa Cline lisajeane@aol.com | | | Fwd: Student Records Request Relating to FERPA | | Redacted | Attorney-Client Privilege; Attorney Work Product | Email chain seeking and providing confidential legal advice regarding record requests from educational institutions and record keeping |
| | | | | | | | | | | | Attorney- | Email chain seeking and providing confidential legal |

| # | Bates | Date | | From | To | CC | | Subject | | Status | Privilege | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 63 | CHERKIN_034470 | 1/29/2021 | | "Schwarz, Joel" jschw@albanylaw.edu | Emily Cherkin emilycherkin@gmail.com, Andy Liddell andy@ellodee.com, Lisa Cline lisajeane@aol.com | | | RE: Student Records Request Relating to FERPA | | Redacted | Client Privilege; Attorney Work Product | advice regarding record requests from educational institutions and record keeping |
| 66 | CHERKIN_000350 | 3/13/2021 | | Emily Cherkin emilycherkin@gmail.com | "Schwarz, Joel" jschw@albanylaw.edu, Andy Liddell andy@ellodee.com, Lisa Cline lisajeane@aol.com | | | Fwd: Student Records Request Relating to FERPA | | Redacted | Attorney-Client Privilege; Attorney Work Product | Email chain seeking and providing confidential legal advice regarding record requests from educational institutions and record keeping |
| 82 | | 5/8/2023 | | "Levine, Samuel" slevine1@ftc.gov | Lisa Cline lisajeane@aol.com, "Wiseman, Benjamin" bwiseman@ftc.gov, "Magee, Peder" PMAGEE@ftc.gov, "Bonan, Genevieve" gbonan@ftc.gov | emilycherkin@gmail.com emilycherkin@gmail.com, waliddell@duanemorris.com waliddell@duanemorris.com, jschw@albanylaw.edu jschw@albanylaw.edu | | RE: Meta Breach & EdTech's Turn | | Wittheld | Attorney-Client Privilege; Attorney Work Product | Email chain discussing litigation and FERPA in the educational technology industry; also includes report of educational technology platforms |
| 94 | | 2/29/2024 | | "Schwarz, Joel" jschw@albanylaw.edu | 'Lisa Cline' lisajeane@aol.com, 'Emily Cherkin' emilycherkin@gmail.com | 'Julie Liddell' julie@liddell.law, "'Liddell, Andrew'" waliddell@duanemorris.com | | RE: FTC COPPA NPRM Analysis (Table of Concepts and Language/Comments) | | Wittheld | Attorney-Client Privilege; Attorney Work Product | Attorney analysis of COPPA |
| 95 | | 2/21/2024 | | "Schwarz, Joel" jschw@albanylaw.edu | Julie Liddell julie@liddell.law, Lisa Cline lisajeane@aol.com, "Liddell, Andrew" waliddell@duanemorris.com, Emily Cherkin emilycherkin@gmail.com | | | RE: FTC COPPA NPRM Analysis (Table of Concepts and Language/Comments) | | Wittheld | Attorney-Client Privilege; Attorney Work Product | Attorney analysis of COPPA |
| 97 | CHERKIN_002421 | 2/29/2024 | | "Schwarz, Joel" jschw@albanylaw.edu | Lisa Cline lisajeane@aol.com, Emily Cherkin emilycherkin@gmail.com | Julie Liddell julie@liddell.law, "Liddell, Andrew" waliddell@duanemorris.com | | RE: FTC COPPA NPRM Analysis (Table of Concepts and Language/Comments) | | Wittheld | Attorney-Client Privilege; Attorney Work Product | Attorney analysis of COPPA |
| 98 | CHERKIN_002426 | 2/16/2024 | | "Schwarz, Joel" jschw@albanylaw.edu | Julie Liddell julie@liddell.law, Lisa Cline lisajeane@aol.com, "Liddell, Andrew" waliddell@duanemorris.com, Emily Cherkin emilycherkin@gmail.com | "Schwarz, Joel" jschw@albanylaw.edu | | Re: FTC COPPA NPRM Analysis (Table of Concepts and Language/Comments) | | Wittheld | Attorney-Client Privilege; Attorney Work Product | Attorney analysis of COPPA |
| 100 | CHERKIN_002433 | 2/15/2024 | | "Schwarz, Joel" jschw@albanylaw.edu | Julie Liddell julie@liddell.law, Lisa Cline lisajeane@aol.com, Emily Cherkin emilycherkin@gmail.com, "Liddell, Andrew" waliddell@duanemorris.com | | | RE: FTC COPPA NPRM Analysis (Table of Concepts and Language/Comments) | | Wittheld | Attorney-Client Privilege; Attorney Work Product | Attorney analysis of COPPA |
| 102 | | 2/15/2024 | | "Schwarz, Joel" jschw@albanylaw.edu | Lisa Cline lisajeane@aol.com, Emily Cherkin emilycherkin@gmail.com, Julie Liddell julie@liddell.law, "Liddell, Andrew" waliddell@duanemorris.com | | | Re: FTC COPPA NPRM Analysis (Table of Concepts and Language/Comments) | | Wittheld | Attorney-Client Privilege; Attorney Work Product | Attorney analysis of COPPA |
| 104 | | 2/26/2024 | | Emily Cherkin emilycherkin@gmail.com | Lisa Cline lisajeane@aol.com | Julie Liddell julie@liddell.law, "Liddell, Andrew" waliddell@duanemorris.com, "Schwarz, Joel" jschw@albanylaw.edu | | Re: FTC COPPA NPRM Analysis (Table of Concepts and Language/Comments) | | Wittheld | Attorney-Client Privilege; Attorney Work Product | Attorney analysis of COPPA |
| 105 | CHERKIN_034646 | 9/22/2022 | | "Liddell, Andrew" WALiddell@duanemorris.com | Lisa Cline lisajeane@aol.com, laura.derrendinger@gmail.com laura.derrendinger@gmail.com, liddellwa@gmail.com liddellwa@gmail.com, emilycherkin@gmail.com emilycherkin@gmail.com | | | RE: Google classroom opt out question | | Redacted | Attorney-Client Privilege | Attorney advice regarding potential for litigation |
| 108 | CHERKIN_034651 | 3/7/2022 | | "Liddell, Andrew" WALiddell@duanemorris.com | "Badr, Kauther S." badrk1@southernct.edu, Lisa Cline lisajeane@aol.com | jschw@albanylaw.edu jschw@albanylaw.edu, joel.schwarz@mbltechnologies.com joel.schwarz@mbltechnologies.com, privacier@protonmail.com privacier@protonmail.com, emilycherkin@gmail.com emilycherkin@gmail.com, mboddenwhite@albanylaw.edu mboddenwhite@albanylaw.edu, roxana.marachi@gmail.com roxana.marachi@gmail.com, deagan@albanylaw.edu deagan@albanylaw.edu, 0915lbc@gmail.com 0915lbc@gmail.com | | RE: Student Data Privacy Project - Next Meeting | | Redacted | Attorney-Client Privilege; Attorney Work Product | Attorney advice regarding potential for litigation |
| 128 | | 2/10/2022 | | "Schwarz, Joel" jschw@albanylaw.edu | "Liddell, Andrew" WALiddell@duanemorris.com, Lisa Cline lisajeane@aol.com | emilycherkin@gmail.com emilycherkin@gmail.com | | Re: Final Draft MCPS Naviance Petition for your Input | | Wittheld | Attorney-Client Privilege; Attorney Work Product | Email chain containing confidential attorney advice and draft work product created by counsel related to EdTech |
| 129 | | 2/10/2022 | | "Schwarz, Joel" jschw@albanylaw.edu | "Liddell, Andrew" WALiddell@duanemorris.com, Lisa Cline lisajeane@aol.com | emilycherkin@gmail.com emilycherkin@gmail.com | | Re: Final Draft MCPS Naviance Petition for your Input | | Wittheld | Attorney-Client Privilege; Attorney Work Product | Email chain containing confidential attorney advice and draft work product created by counsel related to EdTech |
| 132 | | 2/10/2022 | | "Liddell, Andrew" WALiddell@duanemorris.com | "Schwarz, Joel" jschw@albanylaw.edu, Lisa Cline lisajeane@aol.com | emilycherkin@gmail.com emilycherkin@gmail.com | | RE: Final Draft MCPS Naviance Petition for your Input | | Wittheld | Attorney-Client Privilege; Attorney Work Product | Email chain containing confidential attorney advice and draft work product created by counsel related to EdTech |
| | | | | | | | | | | | Attorney- | Email chain containing confidential |

| | | | | From | To | Cc | | Subject | | Redacted/Witheld | Privilege Claim | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 133 | | 2/9/2022 | | "Liddell, Andrew" WALiddell@duanemorris.com | "Schwarz, Joel" jschw@albanylaw.edu, Lisa Cline lisajeane@aol.com | emilycherkin@gmail.com | | RE: Final Draft MCPS Naviance Petition for your Input | | Wittheld | Client Privilege; Attorney Work Product | attorney advice and draft work product created by counsel related to EdTech |
| 134 | | 2/9/2022 | | "Liddell, Andrew" WALiddell@duanemorris.com | Lisa Cline lisajeane@aol.com, jschw@albanylaw.edu jschw@albanylaw.edu | emilycherkin@gmail.com emilycherkin@gmail.com | | RE: Final Draft MCPS Naviance Petition for your Input | | Wittheld | Attorney-Client Privilege; Attorney Work Product | Email chain containing confidential attorney advice and draft work product created by counsel related to EdTech |
| 135 | | 2/9/2022 | | "Schwarz, Joel" jschw@albanylaw.edu | "Liddell, Andrew" WALiddell@duanemorris.com, Lisa Cline lisajeane@aol.com | emilycherkin@gmail.com emilycherkin@gmail.com | | Re: Final Draft MCPS Naviance Petition for your Input | | Wittheld | Attorney-Client Privilege; Attorney Work Product | Email chain containing confidential attorney advice and draft work product created by counsel related to EdTech |
| 137 | | 2/9/2022 | | "Schwarz, Joel" jschw@albanylaw.edu | "Liddell, Andrew" WALiddell@duanemorris.com, Lisa Cline lisajeane@aol.com | emilycherkin@gmail.com emilycherkin@gmail.com | | Re: Final Draft MCPS Naviance Petition for your Input | | Wittheld | Attorney-Client Privilege; Attorney Work Product | Email chain containing confidential attorney advice and draft work product created by counsel related to EdTech |
| 138 | | 2/9/2022 | | "Liddell, Andrew" WALiddell@duanemorris.com | "Schwarz, Joel" jschw@albanylaw.edu, Lisa Cline lisajeane@aol.com | emilycherkin@gmail.com emilycherkin@gmail.com | | Re: Final Draft MCPS Naviance Petition for your Input | | Wittheld | Attorney-Client Privilege; Attorney Work Product | Email chain containing confidential attorney advice and draft work product created by counsel related to EdTech |
| 141 | | 2/9/2022 | | "Schwarz, Joel" jschw@albanylaw.edu | Lisa Cline lisajeane@aol.com, WALiddell@duanemorris.com WALiddell@duanemorris.com | emilycherkin@gmail.com emilycherkin@gmail.com | | Re: Final Draft MCPS Naviance Petition for your Input | | Wittheld | Attorney-Client Privilege; Attorney Work Product | Email chain containing confidential attorney advice and draft work product created by counsel related to EdTech |

- **Joel Schwarz represented himself to have been a third party and was not involved in providing legal advice.** Mr. Schwarz submitted a declaration representing himself to be "a third party," having never "discussed the case substantively with Ms. Cherkin," having "been dragged into this lawsuit … through [a] subpoena," and having participated in SDPP only for general advocacy purposes, not as to a "specific EdTech provider." Cline Decl., No. 3:25-mc-80160-JD (Dkt. 19-3). Mr. Schwarz was unequivocal that a production of his files would simply implicate his privacy for "advocacy work" based on "personal concerns for the privacy of [his] children." *Id.* At no point did he claim to have acted as SDPP's (or its members) counsel and, in fact, Plaintiffs have already produced dozens of documents to and from Mr. Schwarz. And again, your opposition to a motion to compel production of their documents represented that Ms. "Cline and [Mr.] Schwarz are nonparties who have nothing to do with the case," they are just "friends with the plaintiff and putative class representative in the underlying Litigation, Emily Cherkin," and are "nonparty privacy advocates." Resp. Opp. to MTC at 1, 5. Remaining documents and communications to and from Mr. Schwarz must be immediately produced.

| Privilege Log No. | Bates | Date | Author | From | To | Cc | Bcc | Subject | Filename | Redacted/Witheld | Privilege Claim | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 38 | | 8/18/2021 | | Joel Schwarz joel.schwarz@mbltechnologies.com | Emily Cherkin emilycherkin@gmail.com, Lisa Cline lisajeane@aol.com, Andy Liddell andy@ellodee.com | | | RE: [External] Student Records Request Relating to FERPA | | Redacted | Attorney-Client Privilege; Attorney Work Product | Email chain seeking and providing confidential legal advice regarding record requests from educational institutions and record keeping |
| 48 | | 6/18/2021 | | "Schwarz, Joel" jschw@albanylaw.edu | Emily Cherkin emilycherkin@gmail.com, Andy Liddell andy@ellodee.com, Lisa Cline lisajeane@aol.com, Gina McKlveen gmcklveen@law.gwu.edu | | | RE: Student Records Request Relating to FERPA | | Redacted | Attorney-Client Privilege; Attorney Work Product | Email chain seeking and providing confidential legal advice regarding record requests from educational institutions and record keeping |
| 52 | | 4/30/2021 | | "Schwarz, Joel" jschw@albanylaw.edu | Lisa Cline lisajeane@aol.com, emilycherkin@gmail.com emilycherkin@gmail.com, andy@ellodee.com andy@ellodee.com | | | RE: Student Records Request Relating to FERPA | | Redacted | Attorney-Client Privilege; Attorney Work Product | Email chain seeking and providing confidential legal advice regarding record requests from educational institutions and record keeping |
| 55 | | 3/14/2021 | | "Schwarz, Joel" jschw@albanylaw.edu | Andy Liddell andy@ellodee.com | Emily Cherkin emilycherkin@gmail.com, Lisa Cline lisajeane@aol.com | | RE: Student Records Request Relating to FERPA | | Redacted | Attorney-Client Privilege; Attorney Work Product | Email chain seeking and providing confidential legal advice regarding record requests from educational institutions and record keeping |
| 56 | | 3/14/2021 | | "Schwarz, Joel" jschw@albanylaw.edu | Emily Cherkin emilycherkin@gmail.com, Lisa Cline lisajeane@aol.com | andy@ellodee.com andy@ellodee.com | | RE: Student Records Request Relating to FERPA | | Redacted | Attorney-Client Privilege; Attorney Work Product | Email chain seeking and providing confidential legal advice regarding record requests from educational institutions and record keeping |
| 59 | | 2/7/2021 | | "Schwarz, Joel" jschw@albanylaw.edu | Emily Cherkin emilycherkin@gmail.com, Andy Liddell andy@ellodee.com, Lisa Cline lisajeane@aol.com | | | RE: Student Records Request Relating to FERPA | | Redacted | Attorney-Client Privilege; Attorney Work Product | Email chain seeking and providing confidential legal advice regarding record requests from educational institutions and record keeping |
| 63 | CHERKIN_034470 | 1/29/2021 | | "Schwarz, Joel" jschw@albanylaw.edu | Emily Cherkin emilycherkin@gmail.com, Andy Liddell andy@ellodee.com, Lisa Cline lisajeane@aol.com | | | RE: Student Records Request Relating to FERPA | | Redacted | Attorney-Client Privilege; Attorney Work Product | Email chain seeking and providing confidential legal advice regarding record requests from educational institutions and record keeping |
| 69 | | 2/15/2024 | | "Schwarz, Joel" jschw@albanylaw.edu | Anna Segur Anna.Segur@colorado.edu, "screens-in-schools@googlegroups com" screens-in-schools@googlegroups.com | | | [screens-in-schools] Re: NY fines College board for selling student data | | Wittheld | Attorney-Client Privilege; Attorney Work Product | Email discussing confidential legal advice regarding educational technology platforms and sale of data by those entities |

| # | Bates | Date | | From | To | CC | | Subject | | Status | Basis | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 85 | | 2/1/2024 | | "Schwarz, Joel" jschw@albanylaw.edu | "Liddell, Andrew" waliddell@duanemorris.com, Emily Cherkin emilycherkin@gmail.com, lisajeane@aol.com lisajeane@aol.com | | | FW: LinkedIn COPPA Webinar | | Wittheld | Attorney-Client Privilege; Attorney Work Product | Attorney notes as to COPPA |
| 91 | | 2/29/2024 | | "Schwarz, Joel" jschw@albanylaw.edu | Emily Cherkin emilycherkin@gmail.com | Lisa Cline lisajeane@aol.com, Julie Liddell julie@liddell.law, "Liddell, Andrew" waliddell@duanemorris.com | | RE: FTC COPPA NPRM Analysis (Table of Concepts and Language/Comments) | | Wittheld | Attorney-Client Privilege; Attorney Work Product | Attorney analysis of COPPA |
| 94 | | 2/29/2024 | | "Schwarz, Joel" jschw@albanylaw.edu | 'Lisa Cline' lisajeane@aol.com, 'Emily Cherkin' emilycherkin@gmail.com | 'Julie Liddell' julie@liddell.law, "'Liddell, Andrew'" waliddell@duanemorris.com | | RE: FTC COPPA NPRM Analysis (Table of Concepts and Language/Comments) | | Wittheld | Attorney-Client Privilege; Attorney Work Product | Attorney analysis of COPPA |
| 95 | | 2/21/2024 | | "Schwarz, Joel" jschw@albanylaw.edu | Julie Liddell julie@liddell.law, Lisa Cline lisajeane@aol.com, "Liddell, Andrew" waliddell@duanemorris.com, Emily Cherkin emilycherkin@gmail.com | | | RE: FTC COPPA NPRM Analysis (Table of Concepts and Language/Comments) | | Wittheld | Attorney-Client Privilege; Attorney Work Product | Attorney analysis of COPPA |
| 97 | CHERKIN_002421 | 2/29/2024 | | "Schwarz, Joel" jschw@albanylaw.edu | Lisa Cline lisajeane@aol.com, Emily Cherkin emilycherkin@gmail.com | Julie Liddell julie@liddell.law, "Liddell, Andrew" waliddell@duanemorris.com | | RE: FTC COPPA NPRM Analysis (Table of Concepts and Language/Comments) | | Wittheld | Attorney-Client Privilege; Attorney Work Product | Attorney analysis of COPPA |
| 98 | CHERKIN_002426 | 2/16/2024 | | "Schwarz, Joel" jschw@albanylaw.edu | Julie Liddell julie@liddell.law, Lisa Cline lisajeane@aol.com, "Liddell, Andrew" waliddell@duanemorris.com, Emily Cherkin emilycherkin@gmail.com | "Schwarz, Joel" jschw@albanylaw.edu | | Re: FTC COPPA NPRM Analysis (Table of Concepts and Language/Comments) | | Wittheld | Attorney-Client Privilege; Attorney Work Product | Attorney analysis of COPPA |
| 100 | CHERKIN_002433 | 2/15/2024 | | "Schwarz, Joel" jschw@albanylaw.edu | Julie Liddell julie@liddell.law, Lisa Cline lisajeane@aol.com, Emily Cherkin emilycherkin@gmail.com, "Liddell, Andrew" waliddell@duanemorris.com | | | RE: FTC COPPA NPRM Analysis (Table of Concepts and Language/Comments) | | Wittheld | Attorney-Client Privilege; Attorney Work Product | Attorney analysis of COPPA |
| 102 | | 2/15/2024 | | "Schwarz, Joel" jschw@albanylaw.edu | Lisa Cline lisajeane@aol.com, Emily Cherkin emilycherkin@gmail.com, Julie Liddell julie@liddell.law, "Liddell, Andrew" waliddell@duanemorris.com | | | Re: FTC COPPA NPRM Analysis (Table of Concepts and Language/Comments) | | Wittheld | Attorney-Client Privilege; Attorney Work Product | Attorney analysis of COPPA |
| 106 | CHERKIN_034648 | 3/7/2022 | | "Schwarz, Joel" jschw@albanylaw.edu | "Dr. Roxana Marachi" roxana.marachi@gmail.com, "Liddell, Andrew" waliddell@duanemorris.com | "Badr, Kauther S." badrk1@southernct.edu, Lisa Cline lisajeane@aol.com, joel.schwarz@mbltechnologies.com joel.schwarz@mbltechnologies.com, privacier@protonmail.com privacier@protonmail.com, emilycherkin@gmail.com emilycherkin@gmail.com, "Bodden-White, Michelle" mboddenwhite@albanylaw.edu, "Eagan, Dwight" deagan@albanylaw.edu, 0915lbc@gmail.com 0915lbc@gmail.com | | RE: Student Data Privacy Project - Next Meeting | | Redacted | Attorney-Client Privilege; Attorney Work Product | Attorney advice regarding potential for litigation |
| 115 | CHERKIN_034666 | 6/7/2022 | | "Schwarz, Joel" jschw@albanylaw.edu | "Liddell, Andrew" WALiddell@duanemorris.com, Emily Cherkin emilycherkin@gmail.com | Lisa Cline lisajeane@aol.com | | RE: FERPA request | | Redacted | Attorney-Client Privilege/PII | Attorney analysis and advice & PII of unrelated third party |
| 126 | | 2/15/2022 | | "Schwarz, Joel" jschw@albanylaw.edu | "Liddell, Andrew" WALiddell@duanemorris.com | lisajeane@aol.com lisajeane@aol.com, Emily Cherkin emilycherkin@gmail.com | | RE: Final Draft MCPS Naviance Petition for your Input | | Wittheld | Attorney-Client Privilege; Attorney Work Product | Email chain containing confidential attorney advice and draft work product created by counsel related to EdTech |
| 128 | | 2/10/2022 | | "Schwarz, Joel" jschw@albanylaw.edu | "Liddell, Andrew" WALiddell@duanemorris.com, Lisa Cline lisajeane@aol.com | emilycherkin@gmail.com emilycherkin@gmail.com | | Re: Final Draft MCPS Naviance Petition for your Input | | Wittheld | Attorney-Client Privilege; Attorney Work Product | Email chain containing confidential attorney advice and draft work product created by counsel related to EdTech |
| 129 | | 2/10/2022 | | "Schwarz, Joel" jschw@albanylaw.edu | "Liddell, Andrew" WALiddell@duanemorris.com, Lisa Cline lisajeane@aol.com | emilycherkin@gmail.com emilycherkin@gmail.com | | Re: Final Draft MCPS Naviance Petition for your Input | | Wittheld | Attorney-Client Privilege; Attorney Work Product | Email chain containing confidential attorney advice and draft work product created by counsel related to EdTech |
| 130 | | 2/13/2022 | | "Schwarz, Joel" jschw@albanylaw.edu | "Liddell, Andrew" waliddell@duanemorris.com | lisajeane@aol.com lisajeane@aol.com, Emily Cherkin emilycherkin@gmail.com | | Re: Final Draft MCPS Naviance Petition for your Input | | Wittheld | Attorney-Client Privilege; Attorney Work Product | Email chain containing confidential attorney advice and draft work product created by counsel related to EdTech |
| 135 | | 2/9/2022 | | "Schwarz, Joel" jschw@albanylaw.edu | "Liddell, Andrew" WALiddell@duanemorris.com, Lisa Cline lisajeane@aol.com | emilycherkin@gmail.com emilycherkin@gmail.com | | Re: Final Draft MCPS Naviance Petition for your Input | | Wittheld | Attorney-Client Privilege; Attorney Work Product | Email chain containing confidential attorney advice and draft work product created by counsel related to EdTech |
| 137 | | 2/9/2022 | | "Schwarz, Joel" jschw@albanylaw.edu | "Liddell, Andrew" WALiddell@duanemorris.com, Lisa Cline lisajeane@aol.com | emilycherkin@gmail.com emilycherkin@gmail.com | | Re: Final Draft MCPS Naviance Petition for your Input | | Wittheld | Attorney-Client Privilege; Attorney Work Product | Email chain containing confidential attorney advice and draft work product created by counsel related to EdTech |
| 141 | | 2/9/2022 | | "Schwarz, Joel" jschw@albanylaw.edu | Lisa Cline lisajeane@aol.com, WALiddell@duanemorris.com WALiddell@duanemorris.com | emilycherkin@gmail.com emilycherkin@gmail.com | | Re: Final Draft MCPS Naviance Petition for your Input | | Wittheld | Attorney-Client Privilege; Attorney Work Product | Email chain containing confidential attorney advice and draft work product created by counsel related to EdTech |
| | | | | | | | | FW: How Google puts | | | | |

| | Bates | Date | Author | From | To | Cc | Bcc | Subject | Filename | Redacted/Witheld | Privilege Claim | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 144 | CHERKIN_005783 | 1/28/2022 | | "Schwarz, Joel" jschw@albanylaw.edu | Emily Cherkin emilycherkin@gmail.com, "Liddell, Andrew" WALiddell@duanemorris.com, lisajeane@aol.com | Joel Schwarz joel.schwarz@mbltechnologies.com | | you in control of your location data / IRS face recognition program raises hackles/ Apple's AirTag uncovers a secret German intelligence agency.Student Data Security and Privacy Must Be Taken More Seriously | | Redacted | Attorney-Client Privilege | Attorney analysis related to Illinois and CA student data privacy laws |
| 147 | | 2/1/2022 | | Joel Schwarz joel.schwarz@mbltechnologies.com | Emily Cherkin emilycherkin@gmail.com, "Liddell, Andrew" WALiddell@duanemorris.com | lisajeane@aol.com lisajeane@aol.com | | Re: [External] EdTech hitlist | | Wittheld | Attorney-Client Privilege; Attorney Work Product | Email chain discussing confidential legal advice as to educational technology platforms and litigation strategy |
| 152 | | 3/10/2024 | | "Schwarz, Joel" jschw@albanylaw.edu | screens-in-schools@googlegroups.com screens-in-schools@googlegroups.com | | | [screens-in-schools] QUOTE FROM NAVIANCE/VENTURE PARTNERS ABOUT VALUE OF DATA | | Wittheld | Attorney-Client Privilege; Attorney Work Product | Email Chain discussing legal analysis of FTC compliance and Naviance product |

| Privilege Log No. | Bates | Date | Author | From | To | Cc | Bcc | Subject | Filename | Redacted/Witheld | Privilege Claim | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 36 | | 8/18/2021 | | Emily Cherkin emilycherkin@gmail.com | Joel Schwarz joel.schwarz@mbltechnologies.com, Lisa Cline lisajeane@aol.com, Andy Liddell andy@ellodee.com | | | Fwd: Student Records Request Relating to FERPA | | Redacted | Attorney-Client Privilege; Attorney Work Product | Email chain seeking and providing confidential legal advice regarding record requests from educational institutions and record keeping |
| 39 | | 8/6/2021 | | Emily Cherkin emilycherkin@gmail.com | Andy Liddell andy@ellodee.com, Lisa Cline lisajeane@aol.com, "Schwarz, Joel" jschw@albanylaw.edu | | | Fwd: Student Records Request Relating to FERPA | | Redacted | Attorney-Client Privilege; Attorney Work Product | Email chain seeking and providing confidential legal advice regarding record requests from educational institutions and record keeping |
| 47 | CHERKIN_000325 | 6/17/2021 | | Emily Cherkin emilycherkin@gmail.com | "Schwarz, Joel" jschw@albanylaw.edu, Andy Liddell andy@ellodee.com, Lisa Cline lisajeane@aol.com, Gina McKlveen gmcklveen@law.gwu.edu | | | Fwd: Student Records Request Relating to FERPA | | Redacted | Attorney-Client Privilege; Attorney Work Product | Email chain seeking and providing confidential legal advice regarding record requests from educational institutions and record keeping |
| 51 | CHERKIN_000348 | 3/26/2021 | | Emily Cherkin emilycherkin@gmail.com | "Schwarz, Joel" jschw@albanylaw.edu, Andy Liddell andy@ellodee.com, Lisa Cline lisajeane@aol.com | | | Fwd: Student Records Request Relating to FERPA | | Redacted | Attorney-Client Privilege; Attorney Work Product | Email chain seeking and providing confidential legal advice regarding record requests from educational institutions and record keeping |
| 53 | | 4/30/2021 | | Emily Cherkin emilycherkin@gmail.com | "Schwarz, Joel" jschw@albanylaw.edu, Andy Liddell andy@ellodee.com, Lisa Cline lisajeane@aol.com | | | Fwd: Student Records Request Relating to FERPA | | Redacted | Attorney-Client Privilege; Attorney Work Product | Email chain seeking and providing confidential legal advice regarding record requests from educational institutions and record keeping |
| 54 | | 3/14/2021 | | Andy Liddell andy@ellodee.com | "Schwarz, Joel" jschw@albanylaw.edu | Emily Cherkin emilycherkin@gmail.com, Lisa Cline lisajeane@aol.com | | Re: Student Records Request Relating to FERPA | | Redacted | Attorney-Client Privilege; Attorney Work Product | Email chain seeking and providing confidential legal advice regarding record requests from educational institutions and record keeping |
| 62 | CHERKIN_034466 | 1/28/2021 | | Emily Cherkin emilycherkin@gmail.com | "Schwarz, Joel" jschw@albanylaw.edu, Andy Liddell andy@ellodee.com, Lisa Cline lisajeane@aol.com | | | Fwd: Student Records Request Relating to FERPA | | Redacted | Attorney-Client Privilege; Attorney Work Product | Email chain seeking and providing confidential legal advice regarding record requests from educational institutions and record keeping |
| 64 | CHERKIN_034474 | 2/1/2021 | | Emily Cherkin emilycherkin@gmail.com | "Schwarz, Joel" jschw@albanylaw.edu | Andy Liddell andy@ellodee.com, Lisa Cline lisajeane@aol.com | | Re: Student Records Request Relating to FERPA | | Redacted | Attorney-Client Privilege; Attorney Work Product | Email chain seeking and providing confidential legal advice regarding record requests from educational institutions and record keeping |
| 66 | CHERKIN_000350 | 3/13/2021 | | Emily Cherkin emilycherkin@gmail.com | "Schwarz, Joel" jschw@albanylaw.edu, Andy Liddell andy@ellodee.com, Lisa Cline lisajeane@aol.com | | | Fwd: Student Records Request Relating to FERPA | | Redacted | Attorney-Client Privilege; Attorney Work Product | Email chain seeking and providing confidential legal advice regarding record requests from educational institutions and record keeping |
| 90 | | 2/29/2024 | | Julie Liddell julie@liddell.law | "Schwarz, Joel" jschw@albanylaw.edu | Emily Cherkin emilycherkin@gmail.com, Lisa Cline lisajeane@aol.com, "Liddell, Andrew" waliddell@duanemorris.com | | RE: FTC COPPA NPRM Analysis (Table of Concepts and Language/Comments) | | Wittheld | Attorney-Client Privilege; Attorney Work Product | Attorney analysis of COPPA |
| 92 | | 2/29/2024 | | Emily Cherkin emilycherkin@gmail.com | "Schwarz, Joel" jschw@albanylaw.edu | Lisa Cline lisajeane@aol.com, Julie Liddell julie@liddell.law, "Liddell, Andrew" waliddell@duanemorris.com | | Re: FTC COPPA NPRM Analysis (Table of Concepts and Language/Comments) | | Wittheld | Attorney-Client Privilege; Attorney Work Product | Attorney analysis of COPPA |
| 96 | | 2/21/2024 | | Lisa Cline lisajeane@aol.com | Julie Liddell julie@liddell.law, "Liddell, Andrew" waliddell@duanemorris.com, Emily Cherkin emilycherkin@gmail.com, "Schwarz, Joel" jschw@albanylaw.edu | | | Re: FTC COPPA NPRM Analysis (Table of Concepts and Language/Comments) | | Wittheld | Attorney-Client Privilege; Attorney Work Product | Attorney analysis of COPPA |
| 99 | | 2/15/2024 | | Lisa Cline lisajeane@aol.com | Julie Liddell julie@liddell.law, Emily Cherkin emilycherkin@gmail.com, "Liddell, Andrew" waliddell@duanemorris.com, "Schwarz, Joel" jschw@albanylaw.edu | | | Re: FTC COPPA NPRM Analysis (Table of Concepts and Language/Comments) | | Wittheld | Attorney-Client Privilege; Attorney Work Product | Attorney analysis of COPPA |
| 101 | | 2/15/2024 | | Julie Liddell julie@liddell.law | "Schwarz, Joel" jschw@albanylaw.edu | Lisa Cline lisajeane@aol.com, Emily Cherkin emilycherkin@gmail.com, "Liddell, Andrew" waliddell@duanemorris.com | | Re: FTC COPPA NPRM Analysis (Table of Concepts and Language/Comments) | | Wittheld | Attorney-Client Privilege; Attorney Work Product | Attorney analysis of COPPA |
| | | | | | Emily Cherkin emilycherkin@gmail.com, Julie Liddell julie@liddell.law, "Liddell, Andrew" waliddell@duanemorris.com, | | | Re: FTC COPPA NPRM Analysis (Table of Concepts and | | | Attorney-Client Privilege; Attorney Work | Attorney analysis of |

| 103 | | 2/15/2024 | | Lisa Cline lisajeane@aol.com | "Schwarz, Joel" jschw@albanylaw.edu | | | Language/Comments) | | Wittheld | Product | COPPA |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 127 | | 2/14/2022 | | "Liddell, Andrew" WALiddell@duanemorris.com | "Schwarz, Joel" jschw@albanylaw.edu | lisajeane@aol.com lisajeane@aol.com, Emily Cherkin emilycherkin@gmail.com | | RE: Final Draft MCPS Naviance Petition for your Input | | Wittheld | Attorney-Client Privilege; Attorney Work Product | Email chain containing confidential attorney advice and draft work product created by counsel related to EdTech |
| 132 | | 2/10/2022 | | "Liddell, Andrew" WALiddell@duanemorris.com | "Schwarz, Joel" jschw@albanylaw.edu, Lisa Cline lisajeane@aol.com | emilycherkin@gmail.com emilycherkin@gmail.com | | RE: Final Draft MCPS Naviance Petition for your Input | | Wittheld | Attorney-Client Privilege; Attorney Work Product | Email chain containing confidential attorney advice and draft work product created by counsel related to EdTech |
| 133 | | 2/9/2022 | | "Liddell, Andrew" WALiddell@duanemorris.com | "Schwarz, Joel" jschw@albanylaw.edu, Lisa Cline lisajeane@aol.com | emilycherkin@gmail.com emilycherkin@gmail.com | | RE: Final Draft MCPS Naviance Petition for your Input | | Wittheld | Attorney-Client Privilege; Attorney Work Product | Email chain containing confidential attorney advice and draft work product created by counsel related to EdTech |
| 138 | | 2/9/2022 | | "Liddell, Andrew" WALiddell@duanemorris.com | "Schwarz, Joel" jschw@albanylaw.edu, Lisa Cline lisajeane@aol.com | emilycherkin@gmail.com emilycherkin@gmail.com | | RE: Final Draft MCPS Naviance Petition for your Input | | Wittheld | Attorney-Client Privilege; Attorney Work Product | Email chain containing confidential attorney advice and draft work product created by counsel related to EdTech |
| 140 | | 2/9/2022 | | "Liddell, Andrew" WALiddell@duanemorris.com | "Schwarz, Joel" jschw@albanylaw.edu, lisajeane@aol.com lisajeane@aol.com | Emily Cherkin emilycherkin@gmail.com | | RE: Final Draft MCPS Naviance Petition for your Input | | Wittheld | Attorney-Client Privilege; Attorney Work Product | Email chain containing confidential attorney advice and draft work product created by counsel related to EdTech |
| 149 | | 2/1/2022 | | Lisa Cline lisajeane@aol.com | joel.schwarz@mbltechnologies.com joel.schwarz@mbltechnologies.com, emilycherkin@gmail.com emilycherkin@gmail.com, WALiddell@duanemorris.com WALiddell@duanemorris.com | | | Re: [External] EdTech hitlist | | Wittheld | Attorney-Client Privilege; Attorney Work Product | Email chain discussing confidential legal advice as to educational technology platforms and litigation strategy |
| 150 | | 1/24/2022 | | "Liddell, Andrew" WALiddell@duanemorris.com | lisajeane@aol.com lisajeane@aol.com, Joel Schwarz joel.schwarz@mbltechnologies.com, emilycherkin@gmail.com emilycherkin@gmail.com | | | EdTech hitlist | | Wittheld | Attorney-Client Privilege; Attorney Work Product | Email chain discussing confidential legal advice as to educational technology platforms and litigation strategy |

- **Andy Liddell was not serving as legal counsel for Ms. Cherkin prior to 2022 and never served as legal counsel for SDPP.** Ms. Cherkin was clear that Mr. Liddell did not start serving as her legal counsel until 2022. *See* Cherkin Dep. 17:23-18:3. Discovery to date also confirms that Mr. Liddell was not serving as Ms. Cherkin's or SDPP members' counsel. Indeed, on February 7, 2022, he sent a note explaining that he was merely legal counsel to Fairplay—a non-party not represented here. *See* CHERKIN_010954, at '955 ("I cannot serve on the board [of SDPP] and also perform pro bono legal work. (Right now, I'm booking all my pro bono work through Fairplay, since this is legal advice to Fairplay members.)"). Indeed, Plaintiffs have already produced countless emails from and to Mr. Liddell, including CHERKIN_000012, CHERKIN_000059, CHERKIN_000061, CHERKIN_000063, and many others. We presume that Plaintiffs' decision to withhold the following documents is an error and ask that they are promptly produced.

| Privilege Log No. | Bates | Date | Author | From | To | Cc | Bcc | Subject | Filename | Redacted/Witheld | Privilege Claim | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 54 | | 3/14/2021 | | Andy Liddell andy@ellodee.com | "Schwarz, Joel" jschw@albanylaw.edu | Emily Cherkin emilycherkin@gmail.com, Lisa Cline lisajeane@aol.com | | Re: Student Records Request Relating to FERPA | | Redacted | Attorney-Client Privilege; Attorney Work Product | Email chain seeking and providing confidential legal advice regarding record requests from educational institutions and record keeping |
| 65 | CHERKIN_034479 | 2/1/2021 | | Andy Liddell andy@ellodee.com | Emily Cherkin emilycherkin@gmail.com | | | Re: Student Records Request Relating to FERPA | | Redacted | Attorney-Client Privilege; Attorney Work Product | Email chain seeking and providing confidential legal advice regarding record requests from educational institutions and record keeping |

Eugene Temchenko

**KIRKLAND & ELLIS LLP**
4550 Travis Street, Dallas, TX 75205
**T** +1 214 432 5072  **M** +1 413 579 7847
**F** +1 214 972 1771

eugene.temchenko@kirkland.com