| | |
|---|---|
| 1 | Robyn E. Bladow |
| 2 | KIRKLAND & ELLIS LLP |
|   | 555 South Flower Street, Suite 3700 |
| 3 | Los Angeles, CA 90071 |
|   | Telephone: (213) 680-8400 |
| 4 | robyn.bladow@kirkland.com |
| 5 | Martin L. Roth, P.C. (*pro hac vice*) |
|   | Alyssa C. Kalisky, P.C. (*pro hac vice*) |
| 6 | Zharna Shah (*pro hac vice*) |
| 7 | Taylor Rothman (*pro hac vice*) |
|   | KIRKLAND & ELLIS LLP |
| 8 | 333 West Wolf Point Plaza |
|   | Chicago, IL 60654 |
| 9 | Telephone: (312) 862-2000 |
|   | martin.roth@kirkland.com |
| 10 | alyssa.kalisky@kirkland.com |
| 11 | zharna.shah@kirkland.com |
|    | taylor.rothman@kirkland.com |
| 12 | |
|    | Olivia Adendorff, P.C. (*pro hac vice*) |
| 13 | Ethan Joel Levinton (*pro hac vice*) |
|    | Eugene Temchenko (*pro hac vice*) |
| 14 | KIRKLAND & ELLIS LLP |
|    | 4550 Travis Street |
| 15 | Dallas, TX 75205 |
| 16 | Telephone: (214) 972-1770 |
|    | olivia.adendorff@kirkland.com |
| 17 | ethan.levinton@kirkland.com |
|    | eugene.temchenko@kirkland.com |
| 18 | |
|    | *Attorneys for the Defendant PowerSchool* |
| 19 | *Holdings, Inc.* |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| EMILY CHERKIN, et al., | CASE NO. 3:24-CV-02706-JD |
| Plaintiffs, | **DECLARATION OF OLIVIA ADENDORFF IN SUPPORT OF DEFENDANT POWERSCHOOL HOLDINGS, INC.'S NOTICE OF MOTION AND MOTION TO AMEND ITS ANSWER** |
| v. | |
| POWERSCHOOL HOLDINGS, INC., | |
| Defendant. | |

I, Olivia Adendorff, declare as follows:

1. I am an attorney at the law firm of Kirkland & Ellis LLP, a member in good standing of the bars of the State of Texas and the District of Columbia, and am admitted *pro hac vice* to practice before this Court. I am counsel for Defendant PowerSchool Holdings, Inc. ("PowerSchool") in this matter, and am one of the firm's attorneys chiefly responsible for this representation.

2. I submit this declaration in support of PowerSchool's Notice of Motion and Motion to Amend its Answer.

3. I have personal knowledge of the matters in this declaration, and I am competent to testify as to the matters set forth below.

4. PowerSchool has produced over 100,000 documents in this action. PowerSchool made a total of 12 document productions by June 27, 2025, producing 106,219 documents spanning 644,663 pages. PowerSchool made additional productions from July 2025 through December 2025.

5. As of December 18th, the date of the most recent deposition from either party, the parties have conducted a total of 16 depositions. PowerSchool has taken 6 depositions, and Plaintiffs have taken 10 depositions.

6. PowerSchool has raised the basis for the proposed affirmative defense in its answer, motion to dismiss, and interrogatory responses. Attached hereto as **Exhibit A** is a true and correct copy of PowerSchool's Responses and Objections to Plaintiffs' Non-Uniform Interrogatories, dated November 13, 2024.

7. On July 2, 2025, Plaintiffs took the deposition of Mishka McCowan, Vice President, Chief Information Security Officer at PowerSchool. Attached hereto as **Exhibit B** is a true and correct copy of excerpts of Mishka McCowan deposition testimony, dated July 2, 2025, in the above-captioned matter.

8. On August 19, 2025, PowerSchool took the deposition of Plaintiff David Concepcion. Attached hereto as **Exhibit C** is a true and correct copy of excerpts of David Concepcion deposition testimony, dated August 19, 2025, in the above-captioned matter.

9. On September 17, 2025, Plaintiffs took the deposition of Shahzad Ahmad, Chief Cloud Officer and Senior Vice President of Cloud Operations at PowerSchool. Attached hereto as **Exhibit**

**D** is a true and correct copy of excerpts of Shahzad Ahmad deposition testimony, dated September 17, 2025, in the above-captioned matter.

10. On September 18, 2025, Plaintiffs took the deposition of Christopher Cirillo, Vice President of Strategic Partnerships at PowerSchool. Attached hereto as **Exhibit E** is a true and correct copy of excerpts of Christopher Cirillo deposition testimony, dated September 18, 2025, in the above-captioned matter.

11. On September 24, 2025, Plaintiffs took the deposition of Sujit Maharana, Vice President of Engineering at PowerSchool. Attached hereto as **Exhibit F** is a true and correct copy of excerpts of Sujit Maharana deposition testimony, dated September 24, 2025, in the above-captioned matter.

12. On October 16, 2025, Plaintiffs took the deposition of Saiprasad Rangarajan, Senior Vice President of Research and Development at PowerSchool. Attached hereto as **Exhibit G** is a true and correct copy of excerpts of Saiprasad Rangarajan deposition testimony, dated October 16, 2025, in the above-captioned matter.

13. On December 5, 2025, PowerSchool took the deposition of a third-party witness Judie Jaeger, a representative for Seattle Public Schools. Attached hereto as **Exhibit H** is a true and correct copy of excerpts of Judie Jaeger deposition testimony, dated December 5, 2025, in the above-captioned matter.

14. PowerSchool pursued a deposition of a representative of Seattle Public Schools as early as August 2024. Due to scheduling issues, the deposition did not take place until December 2025. The foregoing is true and correct to the best of my knowledge.

| | | |
|---|---|---|
| 1 | DATED: December 23, 2025 | Respectfully submitted, |
| 2 | | KIRKLAND & ELLIS LLP |
| 3 | | */s/ Olivia Adendorff* |
| 4 | | Olivia Adendorff, P.C. |