# EXHIBIT B

Page 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

---------------------------------X

EMILY CHERKIN, ET AL.,           :

            Plaintiffs,    :

                         Case No.:

  v.                              :

                         3:24-CV-02706-JD

POWERSCHOOL HOLDINGS, INC.,      :

            Defendant.     :

---------------------------------X


Deposition of MISHKA MCCOWAN

Conducted Remotely

Wednesday, July 2, 2025

10:30 a.m.




Reported by: Matthew Goldstein, RMR, CRR

_____

DIGITAL EVIDENCE GROUP

1730 M Street, NW, Suite 812

Washington, D.C. 20036

(202) 232-0646

Page 2

1     Deposition of MISHKA MCCOWAN, conducted remotely:

2

3

4

5

6

7

8     Pursuant to Notice, before Matthew Goldstein,

9  RMR, CRR, Notary Public in and for the State of

10  Maryland.

11

12

13

14

15

16

17

18

19

20

21

22

Page 3

```
 1           A P P E A R A N C E S
 2      ON BEHALF OF THE PLAINTIFFS, EMILY CHERKIN, ET
 3      AL.:
 4      LEONARD W. ARAGON, ESQUIRE
 5      Hagens Berman Sobol Shapiro LLP
 6      11 W Jefferson Street
 7      Suite 1000
 8      Phoenix, Arizona 85003
 9      602.840.5900
10
11      ON BEHALF OF THE DEFENDANT, POWERSCHOOL
12      HOLDINGS, INC.:
13      MARTIN L. ROTH, ESQUIRE
14      AUSTIN MICHAEL CLARK CARSH, ESQUIRE
15      KIRKLAND & ELLIS, LLP
16      333 West Wolf Point Plaza
17      Chicago, Illinois 60654
18      312.862.2000
19
20      ALSO PRESENT:
21      HENRY MARTE - VIDEOGRAPHER
22
```

Page 236

1   e-mail.  She can point you to the section of the

2   privacy statement that will give you details on

3   what we do with our data.  Linnette was the

4   privacy person at Hobsons.  She was employed by

5   DMGT, the parent company.  She would have -- it

6   was up to her to address the privacy portions of

7   that.

8   BY MR. ARAGON:

9        Q.   Okay.  So it's your testimony that you

10  weren't addressing the issue of whether student

11  information was being sold, used, or shared

12  elsewhere; right?

13       A.   I was addressing the security of it,

14  yes.

15       Q.   Okay.  And so there should be, from

16  someone copied on here, an answer to that

17  question; right?

18            MR. ROTH:  Object to form, foundation.

19            THE WITNESS:  Yeah, I would only assume

20  that she would have interacted with Linnette to

21  get the answer on the privacy portion.

22

```
 1   BY MR. ARAGON:
 2        Q.   Well, you weren't copied on an answer,
 3   you don't recall?
 4        A.   I don't.  I don't remember this one or
 5   if there were subsequent back-and-forth.
 6        Q.   Is it your understanding that
 7   PowerSchool and/or Hobsons doesn't sell student
 8   information, use, or share it elsewhere?
 9        A.   It is my understanding that we do not
10   sell student information.
11        Q.   What if that information is
12   de-identified, does PowerSchool then sell that
13   information?
14        A.   I've never heard it qualified.  All I
15   have -- my understanding is that we do not sell
16   student data.
17        Q.   So you don't know whether --
18             MR. ARAGON:  You can take this exhibit
19   down.
20   BY MR. ARAGON:
21        Q.   You don't know whether PowerSchool sells
22   student data that's de-identified?
```

Page 238

1            MR. ROTH:  Object to form,
2   mischaracterizes his testimony.
3            THE WITNESS:  From what -- my
4   understanding is that we do not sell student data.
5   I haven't heard it qualified -- you know,
6   qualified in any manner to be de-identified or
7   otherwise.
8   BY MR. ARAGON:
9       Q.   Okay.
10           MR. ARAGON:  Can we open up Tab 14.
11           (McCowan Deposition Exhibit 8 was marked
12   for identification and attached to the
13   transcript.)
14   BY MR. ARAGON:
15       Q.   This is an unruly spreadsheet, but I
16   will avow to you that it's my understanding that
17   this is a spreadsheet showing risks related to the
18   Intersect product.
19           Do you recognize this document?
20           THE WITNESS:  Can we scroll down a
21   little bit?  What I want to look at are the broad
22   categories highlighted in blue, like access

Page 265

1  STATE OF MARYLAND      )

2                         ss:

3  COUNTY OF MONTGOMERY   )

4

5          I, Matthew Goldstein, Notary Public within

6  and for the State of Maryland, do hereby certify:

7

8          That I reported the proceedings in the

9  within entitled matter, and that the within transcript

10 is a true record of said proceedings.

11

12         I further certify that I am not related to

13 any of the parties to the action by blood or marriage,

14 and that I am in no way interested in the outcome of

15 this matter.

16

17         IN WITNESS WHEREOF, I have hereunto set my

18 hand this 16th day of July, 2025.

19

20                    _____

21                         Matthew Goldstein, RMR, CRR

22