# EXHIBIT C

```
                                                                    1
 1              UNITED STATES DISTRICT COURT

 2            NORTHERN DISTRICT OF CALIFORNIA

 3                SAN FRANCISCO DIVISION

 4

 5   EMILY CHERKIN, et al.,

 6              Plaintiffs,

 7   vs.                            No. 3:24-CV-02706-JD

 8   POWERSCHOOL HOLDINGS, INC.,

 9              Defendants.
                                /
10

11

12

13     VIDEOTAPED DEPOSITION OF DAVID CONCEPCION

14

15

16           Stenographically Reported by

17        ANGELA SINCLAIR, CSR No. 13902

18           RDR, RMR, RPR, CRR, CCRR

19

20

21                 August 19, 2025

22

23

24

25
```

                                                                    2

1                          I N D E X

2

3    Examinations                                         Page

4    EXAMINATION BY MR. TEMCHENKO                           8

3

E X H I B I T S

| No. | Description | Page |
|---|---|---|
| Exhibit 1 | Resume of David Concepcion | 11 |
| Exhibit 2 | California Secretary of State website printout | 25 |
| Exhibit 3 | Privacy statement from the Office of the Public Defender | 35 |
| Exhibit 4 | Printout from the Somerset Academy web page | 56 |
| Exhibit 5 | Plaintiff David Concepcion's responses and objections to defendant's first set of interrogatories | 66 |
| Exhibit 6 | Text message notification (CONCEPCION_000349) | 77 |
| Exhibit 7 | Terms of service for ParentSquare | 79 |
| Exhibit 8 | Email notification (CONCEPCION_000001) | 84 |
| Exhibit 9 | Email notification (CONCEPCION_000063) | 89 |
| Exhibit 10 | Email notification (CONCEPCION_000156 to 158) | 91 |
| Exhibit 11 | Sign-in page | 94 |
| Exhibit 12 | PowerSchool sign-in page | 95 |
| Exhibit 13 | Screenshots of various online dashboards | 99 |
| Exhibit 14 | Email notification (CONCEPCION_000216 to 217) | 117 |
| Exhibit 15 | Consultant/Contract Services Summary | 154 |

1         Do I have that summary correct or is there
2    something else?
3         MS. SIEHL:  Object to the form.  Misstates
4    testimony.
5         You can answer.
6         THE WITNESS:  Doing those things without any
7    request by the company to the users, using
8    information to possibly sell it to other companies,
9    the information being leaked to who knows who who
10   knows where for who knows what.
11        Storing information without our consent,
12   keeping it and using it for other purposes other than
13   the school's recordkeeping.
14   BY MR. TEMCHENKO:
15      Q.  So I think I've got a number of categories
16   now.  So I've got developing products -- as I
17   understand it, developing new products, selling it to
18   others, allowing the data to be exposed to a data
19   breach, and then you also said generally storing
20   information without your express permission.
21        Does that fully sum up all of the reasons
22   for why you're suing PowerSchool?
23        MS. SIEHL:  Object to the form.  Calls for a
24   legal conclusion.
25        You can answer.

1         THE WITNESS:  Not fully but for the most
2    part, yes.
3    BY MR. TEMCHENKO:
4         Q.  Okay.  Is there -- what else did I miss from
5    that recitation?
6         A.  I'll have to think about it, but I think
7    those are generally most of the items that are of
8    concern to me.
9         Q.  Okay.  Let me take those one at a time
10   starting with storing information without your
11   permission.
12            What do you understand is the problem there?
13        A.  I believe that PowerSchool has taken
14   information and not held it only for the use or
15   solely for the use of West Contra Costa Unified
16   School District and the school that my children
17   attend but has used it and stored it for other
18   products that they may be producing or using it for.
19        Q.  Okay.  And so then if I'm understanding
20   correctly, the problem with storing information
21   without your consent is -- again goes to the misuse
22   of the information for selling, product development,
23   or those other issues you've discussed; is that
24   right?
25            MS. SIEHL:  Object to the form.

1        You can answer.

2        THE WITNESS:  Yes.

3   BY MR. TEMCHENKO:

4        Q.  You don't have a problem with PowerSchool

5   generally storing information on behalf of West

6   Contra Costa Unified School District for use by the

7   West Contra Costa Unified School District?

8        A.  I don't have a problem with them storing it

9   for the purposes of recordkeeping and maintenance of

10  records for my children's attendance and grade --

11  grading.

12       Q.  You also mentioned exposing -- you mentioned

13  a data breach.  In this case are you trying to claim

14  as your losses anything related to that data breach?

15       MS. SIEHL:  Objection.  Calls for a legal

16  conclusion.

17       You can answer.

18       THE WITNESS:  I don't know what was leaked

19  or how much was leaked or to who it was leaked.  I'm

20  just stating that as one of the things.  You asked me

21  what were the factors that are of concern to me.

22  That was one of the things that was of concern to me.

23       And the district sent us an email sometime

24  late last year or very early this year saying that

25  our district was one of the districts that was

1  breached by the data breach.

2  BY MR. TEMCHENKO:

3      Q.  And so if -- are you asking for a monetary

4  compensation or any other kind of remedy based on

5  that data breach in this case?

6          MS. SIEHL:  Object to the form.  Calls for a

7  legal conclusion.

8          You can answer.

9          THE WITNESS:  I am not talking about any

10 kind of monetary compensation for that.

11 BY MR. TEMCHENKO:

12     Q.  And so to be clear, you're not seeking any

13 kind of remedy, damages, money, or other based on the

14 data breach that happened I believe it was last year?

15         MS. SIEHL:  Object to the form.  Calls for a

16 legal conclusion.

17         You can answer.

18         THE WITNESS:  I did not say anything about

19 any kind of monetary compensation when I talked about

20 the data breach.

21 BY MR. TEMCHENKO:

22     Q.  And so just help me understand this because

23 there is one other case related to the data breach

24 specifically.

25         As part of this case, is it your intention

225

# REPORTER'S CERTIFICATE

I, ANGELA SINCLAIR, a Stenographic Certified Shorthand Reporter, holding a valid and current license issued by the State of California, duly authorized to administer oaths, do hereby certify:

That DAVID CONCEPCION, in the foregoing deposition named, was present and by me sworn as a witness in the above-entitled action at the time and place therein specified.

That said deposition was taken before me at said time and place, and was taken down in shorthand by me and was thereafter transcribed into typewriting, and that the foregoing transcript constitutes a full, true and correct report of said deposition and of the proceedings that took place.

The dismantling, unsealing, or unbinding of the original transcript will render the Reporter's Certificate null and void.

Should the signature of the witness not be affixed to the deposition, the witness shall not have availed himself/herself of the opportunity to sign or the signature has been waived.

I further certify that I am neither counsel for nor related to any party in the foregoing deposition and caption named nor in any way interested in the outcome thereof.

That before completion of the proceedings, review of the transcript was NOT requested pursuant to Federal Rule 30(e).

IN WITNESS WHEREOF, I have hereunder subscribed my hand this 3rd day of September 2025.

_____
ANGELA SINCLAIR, CSR No. 13902
RDR, RMR, RPR, CRR, CCRR
State of California