# EXHIBIT D

```
 1          UNITED STATES DISTRICT COURT

 2          NORTHERN DISTRICT OF CALIFORNIA

 3             SAN FRANCISCO DIVISION

 4   -----------------------------x
     EMILY CHERKIN, et al.,        :
 5                                 :
            Plaintiffs,   :   Case No.
 6                                 :
          vs.             : 3:24-cv-02706-JD
 7                                 :
     POWERSCHOOL HOLDINGS, INC.,   :
 8                                 :
            Defendant.    :
 9   -----------------------------x

10

11      VIRTUAL VIDEOTAPED DEPOSITION OF

12            SHAHZAD AHMAD

13       Wednesday, September 17, 2025

14       8:05 a.m. Pacific Daylight Time

15

16   REPORTER:   Dawn A. Jaques, CSR, CLR

17

18   _____

19         DIGITAL EVIDENCE GROUP

20       1730 M Street, NW, Suite 812

21         Washington, D.C.  20036

22            (202) 232-0646
```

Page 2

1   APPEARANCES:

2   On behalf of the Plaintiffs:

3       HAGENS BERMAN SOBOL SHAPIRO LLP

4       By:  Whitney K. Siehl, Esq.

5       455 North Cityfront Plaza Drive

6       Suite 2410

7       Chicago, Illinois  60611

8       (708) 628-4949

9       whitneys@hbsslaw.com

10

11   On behalf of the Defendant:

12       KIRKLAND & ELLIS LLP

13       By:  Taylor Rothman, Esq.

14       333 West Wolf Point Plaza

15       Chicago, Illinois 60654

16       (312) 862-3751

17       taylor.rothman@kirkland.com

18

19

20

21

22

Page 3

1  APPEARANCES (Continued):

2      KIRKLAND & ELLIS LLP

3      By:  Cara Yi, Esq.

4      555 California Street

5      27th Floor

6      San Francisco, California  94104

7      (415) 439-1524

8      cara.yi@kirkland.com

9

10     KIRKLAND & ELLIS LLP

11     By:  Mr. Eugene Temchenko, Esq.

12     4550 Travis Street

13     Dallas, Texas  75205

14     (214) 432-5072

15     eugene.temchenko@kirkland.com

16

17

18  VIDEOGRAPHER AND DIGITAL EXHIBIT TECHNICIAN:

19     Daniel Holmstock, Digital Evidence Group

20

21

22

Page 90

1  when a new customer is set up to a point where
2  we can start charging them the subscription
3  fee.  My team does that new customer setup for
4  all the new customers.
5     Q   We can put this exhibit down for a
6  little bit.  I see that we've been going for
7  another hour, so is now a good time to take a
8  break?
9         MS. ROTHMAN:  Sure.  You want to do
10    10 minutes?
11         MS. SIEHL:  Yep, that works for me.
12         THE VIDEOGRAPHER:  All right, the
13    time is 10:08 a.m., and we're back on --
14    going off the record.
15         (A break was taken.)
16         THE VIDEOGRAPHER:  The time is
17    10:20 a.m., and we're back on the record.
18         BY MS. SIEHL:
19     Q   All right, Mr. Ahmad, as the Chief
20  Cloud Officer, you can testify about
21  PowerSchool's cloud operations, right?
22     A   Yes.

Page 91

1    Q    Okay.  And you can testify about

2    PowerSchool's practices and procedures

3    regarding cloud operations?

4    A    Yes.

5    Q    Can you testify about cloud

6    governance?

7    A    What does that mean?

8    Q    So the way I'm defining it in my

9    mind is rules used to manage cloud resources,

10   but if it means something else to you, please

11   let me know.

12   A    Yep, rules to manage cloud resources

13   I can speak, yes.

14   Q    Are you able to testify regarding

15   data hosting and storage?

16   A    Yes.

17   Q    Are you able to tell me about the

18   location of customers' stored data?

19   A    Yes.

20   Q    And just -- I know we talked about

21   customers as schools, school districts,

22   potentially states.  And beyond those

Page 92

1  customers, is there data that you're aware of

2  that's collected by PowerSchool?

3      A   We don't collect any data other than

4  what our customers send us.

5      Q   Okay, so let me ask it another way.

6          Beyond the data that is sent to

7  PowerSchool by customers, is there other data

8  that PowerSchool is hosting?

9      A   No.

10     Q   So there's not any like third

11  parties that are providing data that

12  PowerSchool hosts?

13     A   No.

14     Q   Are you able to discuss the security

15  of the stored data?

16     A   Yes.

17     Q   Are you able to discuss how the data

18  is managed within the cloud?

19     A   Yes.

20     Q   Are you able to discuss how the data

21  finds its way to PowerSchool?

22         MS. ROTHMAN:  Objection, form.

Page 93

```
 1            THE WITNESS:  I can speak at a high
 2     level of how customers send us data and
 3     the technical terms, but that's it.
 4            BY MS. SIEHL:
 5       Q    Okay.  Are you able to discuss how
 6  long data is kept?
 7       A    Yes.
 8       Q    Are you able to discuss why
 9  PowerSchool holds data?
10            MS. ROTHMAN:  Objection, form.
11            THE WITNESS:  I can -- I can discuss
12     the -- for however long data stays with
13     us, yes.
14            BY MS. SIEHL:
15       Q    Okay.  Can you tell me generally
16  where and how PowerSchool's customer data is
17  stored?
18       A    Where and how?
19       Q    Yes.
20       A    Where is the cloud, depending on
21  each app, whether they are AWS or Microsoft
22  Azure, and how is in the databases.  So data
```

1   SIS customer, so we use Microsoft Azure,

2   West Coast Region.

3       Q    And based on your investigation,

4   does PowerSchool host any data for West Contra

5   Costa Unified School District in California?

6       A    No.  I believe their final data

7   center location is Seattle.

8       Q    And now as to Seattle Public

9   Schools, does PowerSchool host SIS for

10  Seattle, or is it on prem?

11      A    It's on premise.

12      Q    And based on your investigation,

13  does PowerSchool host any data for Seattle

14  Public Schools in California?

15      A    No.

16      Q    So shifting from where the data is

17  stored, let's talk a bit about how a data

18  processing provider like PowerSchool gets

19  access to student data.

20           So who decides whether a data

21  processing provider gets access to student

22  data?

Page 310

1    A    Our customers.

2    Q    And in your experience, has

3  PowerSchool ever accessed its customers' data

4  without the school's permission?

5    A    Never.

6    Q    And in your experience, has

7  PowerSchool ever accessed student data without

8  the school's permission?

9    A    Never.

10    Q    Now, Plaintiffs allege that

11  PowerSchool monetizes student data.

12         Does PowerSchool sell student data

13  at all?

14    A    No.

15    Q    Does PowerSchool sell access to

16  student data?

17    A    No.

18    Q    Does PowerSchool use data from one

19  school to build a product used for another

20  school?

21    A    No.

22    Q    Does PowerSchool use data from one

1  school to improve a product used by another
2  school?
3     A   No.
4     Q   Does PowerSchool use data from any
5  school to develop a new product?
6     A   No.
7     Q   Does PowerSchool use data from any
8  school to power its AI products?
9     A   No.
10    Q   Did PowerSchool create an AI product
11 using student data?
12    A   No.
13    Q   Does PowerSchool sell AI products
14 that were trained on student data back to
15 schools?
16    A   No.
17    Q   And does PowerSchool use student
18 data to develop AI products used to make
19 predictions about students?
20    A   No.
21        MS. ROTHMAN:  Thank you, that's all
22    I have.

1        CERTIFICATE OF NOTARY PUBLIC

2        I, DAWN A. JAQUES, a Notary Public in and for

3   the Commonwealth of Virginia, before whom the

4   foregoing deposition was taken, do hereby certify

5   that witness whose testimony appears in the

6   foregoing pages was duly sworn by me; that the

7   testimony of said witness was taken by me in

8   shorthand at the time and place mentioned in the

9   caption hereof and thereafter reduced to typewriting

10   under my supervision; that said deposition is a true

11   record of the testimony given by said witness; that

12   I am neither counsel for, related to, nor employed

13   by any of the parties to the action in which this

14   deposition is taken; and, further, that I am not a

15   relative or employee of any attorney or counsel

16   employed by the parties thereto, nor financially or

17   otherwise interested in the outcome of the actions.

18

19   _____
     Dawn A. Jaques, CSR, CLR
     Notary Public in and for
20   Commonwealth of Virginia

21   My commission expires:
     August 31, 2027
22   Registration No. 132328