# EXHIBIT E

```
 1                UNITED STATES DISTRICT COURT

 2              NORTHERN DISTRICT OF CALIFORNIA

 3                   SAN FRANCISCO DIVISION

 4    ------------------------------x
     EMILY CHERKIN, et al.,          :
 5                                   :
                  Plaintiffs,        :    Case No.
 6                                   :
         vs.                         :    3:24-cv-02706-JD
 7                                   :
     POWERSCHOOL HOLDINGS, INC.,     :
 8                                   :
                  Defendant.         :
 9   ------------------------------x

10                  **  CONFIDENTIAL  **

11         VIRTUAL VIDEOTAPED DEPOSITION OF

12             CHRISTOPHER BRIAN CIRILLO

13           Thursday, September 18, 2025

14         10:58 a.m. Eastern Daylight Time

15

16   REPORTER:   Dawn A. Jaques, CSR, CLR

17   _____

18
                   DIGITAL EVIDENCE GROUP
19
              1730 M Street, NW, Suite 812
20
                 Washington, D.C.  20036
21
                     (202) 232-0646
22
```

Page 2

```
 1   APPEARANCES:

 2   On behalf of the Plaintiffs:

 3        HAGENS BERMAN SOBOL SHAPIRO LLP

 4        By:  Leonard W. Aragon, Esq.

 5        11 West Jefferson Street

 6        Suite 1000

 7        Phoenix, Arizona  85003

 8        (602) 840-5900

 9        leonard@hbsslaw.com

10

11   On behalf of the Defendant:

12        KIRKLAND & ELLIS LLP

13        By:  Alyssa C. Kalisky, Esq.

14        333 West Wolf Point Plaza

15        Chicago, Illinois 60654

16        (312) 862-2506

17        alyssa.kalisky@kirkland.com

18

19

20

21

22
```

Page 3

```
 1   APPEARANCES (Continued):

 2        KIRKLAND & ELLIS LLP

 3        By:  Sofia Michael, Esq.

 4        401 Congress Avenue

 5        Austin, Texas  78701

 6        (512) 355-4441

 7        sofia.michael@kirkland.com

 8

 9        KIRKLAND & ELLIS LLP

10        By:  Ethan Joel Levinton, Esq.

11        4550 Travis Street

12        Dallas, Texas  75205

13        (214) 972-1827

14        ethan.levinton@kirkland.com

15

16

17   VIDEOGRAPHER:

18        Daniel Holmstock, Digital Evidence Group

19

20

21

22
```

09/18/2025        Emily Cherkin, et al. vs PowerSchool Holdings, Inc.   Christopher B. Cirillo
Confidential

Page 317

```
 1              Do you recall looking at a document
 2   with those words and questions around that?
 3       A    Yes.
 4       Q    Okay.  Can you explain what you
 5   understand to mean when it comes to how a
 6   school district's data is stored and accessed
 7   within the PowerSchool ecosystem?
 8       A    So each school district gets their
 9   own tenant in the products, and that product's
10   data is within that school district's tenant,
11   and where applicable, if they own multiple
12   products, they can use integrations between
13   those products.
14       Q    Okay.  So to make sure it's clear,
15   when we talk about -- or when you testified
16   about the unification of data across the
17   PowerSchool ecosystem, you're not talking
18   about the unification of school districts --
19   multiple school districts' data; is that
20   right?
21       A    Correct.  I'm talking about a school
22   district's data being unified in Connected
```

Page 318

```
 1   Intelligence specifically.  That's the only
 2   time where the products' data come together.
 3       Q    Are you aware of any circumstance in
 4   which a school district can access another
 5   school district's data on any PowerSchool
 6   product?
 7       A    No, I'm not aware of any.
 8       Q    To your knowledge, does PowerSchool
 9   use student data from one district to build a
10   product used for another district?
11       A    No, not to my knowledge.
12       Q    To your knowledge, has your team
13   ever used any student data to develop a new
14   product?
15       A    No, we do not use student data to
16   develop a new product.
17       Q    Has your team ever used any student
18   data to build a new product?
19       A    No, we do not use the data.
20       Q    To your knowledge, does PowerSchool
21   ever sell student data?
22       A    No, not to my knowledge.
```

```
 1              MS. KALISKY:  No further questions.
 2   FURTHER EXAMINATION BY COUNSEL FOR PLAINTIFFS
 3            BY MR. ARAGON:
 4       Q    I have a couple questions.
 5            You agree that they sell access to
 6   student data though, right, through the
 7   Connected Intelligence program, right?
 8            MS. KALISKY:  Object to the form.
 9            THE WITNESS:  We sell products to
10       the school district so that the school
11       district can have direct raw access to
12       the data.
13            BY MR. ARAGON:
14       Q    And if the school district didn't
15   pay PowerSchool, they wouldn't have access to
16   all the PowerSchool data within Connected
17   Intelligence, right?
18       A    If they were not a Connected
19   Intelligence customer, the data would not be
20   in Connected Intelligence, but within the
21   given product, like Schoology or Performance
22   Matters, they do have the ability to either
```

```
 1                CERTIFICATE OF NOTARY PUBLIC

 2        I, DAWN A. JAQUES, a Notary Public in and for

 3   the Commonwealth of Virginia, before whom the

 4   foregoing deposition was taken, do hereby certify

 5   that witness whose testimony appears in the

 6   foregoing pages was duly sworn by me; that the

 7   testimony of said witness was taken by me in

 8   shorthand at the time and place mentioned in the

 9   caption hereof and thereafter reduced to typewriting

10   under my supervision; that said deposition is a true

11   record of the testimony given by said witness; that

12   I am neither counsel for, related to, nor employed

13   by any of the parties to the action in which this

14   deposition is taken; and, further, that I am not a

15   relative or employee of any attorney or counsel

16   employed by the parties thereto, nor financially or

17   otherwise interested in the outcome of the actions.

18                                 [signature: Dawn A. Jaques]
                                   _____
19                                 Dawn A. Jaques, CSR, CLR
                                   Notary Public in and for
20                                 Commonwealth of Virginia

21   My commission expires:
     August 31, 2027
22   Registration No. 132328
```