# EXHIBIT F

1         STATES DISTRICT COURT

2       NORTHERN DISTRICT OF CALIFORNIA

3         SAN FRANCISCO DIVISION

4   _____

5   EMILY CHERKIN, et al.,      )

6           Plaintiff, )

7       v           ) Case No. 3:24-CV-02706-JD

8   POWERSCHOOL HOLDINGS, INC.,   )

9           Defendant. )
    _____)
10

11      VIDEOTAPED DEPOSITION OF SUJIT MAHARANA

12           APPEARING REMOTELY

13         September 24, 2025

14       11:10 a.m. (Central Time)

15

16  Reported by: Eileen Mulvenna, CSR/RMR/CRR/RDR

17  Job No. 00170367

18  _____

19       DIGITAL EVIDENCE GROUP
         1730 M Street, NW, Suite 812
20       Washington, D.C. 20036
           (202) 232-0646
21

22

Page 2

1      REMOTE VIDEOTAPED DEPOSITION of

2   SUJIT MAHARANA, a witness on behalf of the Defendant

3   in the above-titled action, held on September 24,

4   2025, commencing at approximately 11:10 a.m., before

5   Eileen Mulvenna, CSR/RMR/CRR/RDR, Certified

6   Shorthand Reporter, Registered Merit Reporter,

7   Certified Realtime Reporter, Registered Diplomate

8   Reporter, and Notary Public of the State of New

9   York.

10

11

12

13

14

15

16

17

18

19

20

21

22

1   A P P E A R A N C E S:

2

3   WHITNEY K. SIEHL, ESQUIRE

4   Attorneys for Plaintiffs

5   Hagans Berman Sobol Shapiro LLP

6   455 North Cityfront Plaza Drive, Suite 2410

7   Chicago, Illinois 60611

8   708.628.4949

9   whitneys@hbsslaw.com

10

11   OLIVIA ARDENDORFF, ESQUIRE

12   EUGENE TEMSHENKO, ESQUIRE

13   Attorneys for Defendant

14   Kirkland & Ellis LLP

15   4550 Travis Street

16   Dallas, Texas 75205

17   214.972.1770

18   olivia.adendorff@kirkland.com

19   eugene.temchenko@kirkland.com

20

21   ALSO PRESENT:

22   Henry Marte, Videographer

Page 291

1  parents?

2      A.    No, we don't have parent data at all.

3      Q.    Are you aware of any school

4  districts --

5            (The reporter seeks clarification.)

6            THE WITNESS:  We don't have parent

7  data model or parent data at all,

8  essentially.  That data has to be provided by

9  the schools.  I'm not aware of any schools

10  providing any parent data to Unified

11  Insights.  So we don't have parent data at

12  all.

13  BY MS. ADENDORFF:

14      Q.    Does PowerSchool decide the criteria

15  for the school districts' analytics?

16      A.    No, it's the customers.

17      Q.    Let's talk about Risk Analysis

18  specifically.

19            Does PowerSchool review a specific

20  customer's historical data to decide what it means

21  for a student to be at risk?

22      A.    The decision is on the customer.

Page 292

1    Q.    As for the term "risk analytics," what

2    risk are you talking about, typically?

3    A.    An example would be on-time

4    graduation, and it's up to the customer if they want

5    to add any other analytics to it.

6    Q.    Are there any analytics in Insights

7    product that were developed, improved, or trained

8    using student data?

9    A.    No.

10   Q.    And are there any analytics in

11   Insights products that were developed, improved, or

12   trained using parent data?

13   A.    No.

14   Q.    Does PowerSchool sell student data?

15   A.    No.

16   Q.    Does PowerSchool sell insights on

17   students?

18   A.    No.

19   Q.    What if the plaintiffs' counsel asked

20   you, But don't you sell insights back to the school

21   that bought your Unified Insights --

22          (The reporter seeks clarification.)

BY MS. ADENDORFF:

Q. What if the plaintiffs' counsel asked you, But don't you sell insights back to the school that bought your Unified Insights suite of products?

A. No, we don't sell insights to the customers. What we sell is the license to the platform or the software to the customers. We don't sell the data. That data is theirs. The insights that they gather is theirs. They decide what insights they need.

Q. Does PowerSchool provide anyone other than the school district customer access to any analytics or insights generated in that district's Unified Insights?

A. No.

Q. Does PowerSchool use data from one district to build a product that's used by another district?

A. No.

Q. Does PowerSchool use data from one district to improve a product that's used by another district?

1   STATE OF NEW YORK         )

2                             ss:

3   COUNTY OF WESTCHESTER     )

4

5        I, EILEEN MULVENNA, CSR/RMR/CRR/RDR, a
   Certified Court Reporter, Registered Merit Reporter,
6  Certified Realtime Reporter, Registered Diplomate
   Reporter, and Notary Public in and for the State of
7  New York, do hereby certify:
             That I reported the taking of the
8  deposition of the witness, SUJIT MAHARANA,
   commencing on the 24th day of September, 2025, at
9  the hour of 11:10 a.m.
             That prior to being examined, the witness
10 was duly sworn by me to testify to the truth, the
   whole truth, and nothing but the truth.
11           That I thereafter transcribed my said
   shorthand notes into typewriting and that the
12 typewritten transcript of said deposition is a
   complete, true and accurate transcription of my
13 said shorthand notes taken down at said time, and
   that a request has been made to review the
14 transcript.
             I further certify that I am not a relative
15 or employee of an attorney or counsel of any of the
   parties, nor a relative or employee of any attorney
16 or counsel involved in said action, nor a person
   financially interested in the action.
17           IN WITNESS WHEREOF, I have hereunto
   set my signature this 24th day of October, 2025.
18

19      _____

20           EILEEN MULVENNA, CSR/RMR/CRR

21

22