# EXHIBIT G

```
 1                UNITED STATES DISTRICT COURT

 2              NORTHERN DISTRICT OF CALIFORNIA

 3                    SAN FRANCISCO DIVISION

 4   _____

 5   EMILY CHERKIN, et al.,         )

 6                   Plaintiff,     )

 7        v                         ) Case No. 3:24-CV-02706-JD

 8   POWERSCHOOL HOLDINGS, INC.,    )

 9                   Defendant.     )
     _____)
10

11    VIDEOTAPED DEPOSITION OF SAI PRASAD RANGARAJAN

12                    APPEARING REMOTELY

13                    October 16, 2025

14         8:59 a.m. (Pacific Daylight Time)

15

16   Reported by: Eileen Mulvenna, CSR/RMR/CRR/RDR

17   Job No. 00170374

18   _____

19            DIGITAL EVIDENCE GROUP
            1730 M Street, NW, Suite 812
20             Washington, D.C. 20036
                  (202) 232-0646
21

22
```

Page 2

```
 1              REMOTE VIDEOTAPED DEPOSITION of
 2    SAI PRASAD RANGARAJAN, a witness on behalf of the
 3    Defendant in the above-titled action, held on
 4    October 16, 2025, commencing at approximately 8:59
 5    a.m., before Eileen Mulvenna, CSR/RMR/CRR/RDR,
 6    Certified Shorthand Reporter, Registered Merit
 7    Reporter, Certified Realtime Reporter, Registered
 8    Diplomate Reporter, and Notary Public of the State
 9    of New York.
10
11
12
13
14
15
16
17
18
19
20
21
22
```

Page 3

```
 1   A P P E A R A N C E S:

 2

 3   TORY BEARDSLEY, ESQUIRE

 4   Attorneys for Plaintiffs

 5   Hagens Berman Sobol Shapiro LLP

 6   11 West Jefferson Street, Suite 1000

 7   Phoenix, Arizona 85003

 8   602-840-5900

 9   toryb@hbsslaw.com

10

11   TAYLOR ROTHMAN, ESQUIRE

12   Attorneys for Defendant

13   Kirkland & Ellis LLP

14   333 West Wolf Point Plaza

15   Chicago, IL 60654

16   312.862.3751

17   taylor.rothman@kirkland.com

18

19   -and-

20

21

22
```

1      A.     Yeah, when I answered the question
2  about the lead engineer or engineer, it applies to
3  all of them.  So it applies to core or compliance.
4  It's different parts of the product.
5      Q.     Okay.  What other parts of the
6  PowerSchool SIS product are you referring to?
7      A.     There are -- I would broadly classify
8  them into two broad buckets, the core SIS and the
9  other one is compliance.  All the functionality I
10 described, scheduling, report card generation, all
11 of that is considered -- attendance taking, all of
12 that is considered part of core SIS.
13             The compliance part is really dealing
14 with the compliance needs of every state, and there
15 are regulatory rules of sending compliance reports
16 periodically with various rules to the Department of
17 Education by the school district in each state.
18             So we have solutions for each state
19 that PowerSchool has customers in, and that's what I
20 refer to as compliance.
21     Q.     And the people on the compliance team
22 are engineers?

Page 29

```
 1        A.    Yeah.
 2        Q.    Are there any attorneys on the
 3   compliance team?
 4        A.    No.
 5        Q.    So the engineers on the PowerSchool
 6   SIS compliance team are the persons that are
 7   responsible for understanding the state regulations
 8   and ensuring that PowerSchool is complying with
 9   those regulations?
10        A.    Yes, we have a product management
11   organization.  And the product managers, they're the
12   ones who typically produce requirements for the
13   engineering team on what to build.
14              And they're the ones who work with the
15   state DOEs to understand the compliance requirements
16   and what kind of reports have to be generated.
17              They document those requirements, and
18   the engineers use those requirements to produce the
19   reports.
20        Q.    Okay.  And am I correct in my
21   understanding that PowerSchool takes a
22   state-by-state approach when it comes to SIS
```

Page 30

1   compliance rather than just, you know, finding out
2   what the strictest compliance standards are and
3   adhering to those across all 50 states?
4        A.   Yes, there is -- it's very unique to
5   every state.  There are some other compliance
6   requirements of the federal level where federal
7   compliance reports are supposed to be sent once
8   every two years.  I believe it's referred to as
9   CRDC.
10            So those are kind of common that would
11  apply to all states.  Other than that, the
12  compliance rules and frequency and the reports and
13  the data collected is very different -- is quite
14  different for each state.
15       Q.   How do the compliance engineering
16  teams or the persons on the compliance engineering
17  team and the people on the core SIS engineering team
18  interact with each other when building an SIS
19  product for a customer?
20       A.   Yeah, the interaction is typically at
21  the management level to understand any dependencies,
22  release dependencies.  And, you know, they work

Page 31

 1   together in identifying any dependencies of things
 2   that have to be fixed in the core for the compliance
 3   team to then work on something.  So that's how they
 4   interact.  And that's --
 5          Q.    Can you -- I apologize.
 6          A.    No problem.  I think that was about
 7   what I was going to say.
 8          Q.    Okay.  Can you please give an example
 9   of a dependency that might have to be fixed in the
10   core for the compliance team to be in compliance
11   with a given regulation?
12          A.    It's not necessarily specific to a
13   given regulation, but -- let me think about it.
14                Yeah, compliance involves -- every
15   state compliance involves customer -- leveraging of
16   something called a customization framework that
17   exists in the core product.
18                And one of the compliance requirements
19   would be add these two fields and produce a new
20   report that contains some computation of those two
21   fields.
22                Now, those two fields will be added by

Page 153

```
 1   STATE OF NEW YORK              )

 2                                  ss:

 3   COUNTY OF WESTCHESTER          )

 4

 5           I, EILEEN MULVENNA, CSR/RMR/CRR/RDR, a
     Certified Court Reporter, Registered Merit Reporter,
 6   Certified Realtime Reporter, Registered Diplomate
     Reporter, and Notary Public in and for the State of
 7   New York, do hereby certify:
             That I reported the taking of the
 8   deposition of the witness, SAI PRASAD RANGARAJAN,
     commencing on the 16th day of October, 2025, at the
 9   hour of 8:59 a.m.
             That prior to being examined, the witness
10   was duly sworn by me to testify to the truth, the
     whole truth, and nothing but the truth.
11           That I thereafter transcribed my said
     shorthand notes into typewriting and that the
12   typewritten transcript of said deposition is a
     complete, true and accurate transcription of my
13   said shorthand notes taken down at said time, and
     that a request has been made to review the
14   transcript.
             I further certify that I am not a relative
15   or employee of an attorney or counsel of any of the
     parties, nor a relative or employee of any attorney
16   or counsel involved in said action, nor a person
     financially interested in the action.
17           IN WITNESS WHEREOF, I have hereunto
     set my signature this 29th day of October, 2025.
18
                    [signature: Eileen Mulvenna]
19           _____

20              EILEEN MULVENNA, CSR/RMR/CRR

21

22
```