# EXHIBIT H

1

```
 1            UNITED STATES DISTRICT COURT
 2            NORTHERN DISTRICT OF CALIFORNIA
 3              SAN FRANCISCO DIVISION
 4     ---------------------------------------
 5     EMILY CHERKIN, et al.,
 6          Plaintiffs,      Case No.
 7       vs.                 3:24-CV-02706-JD
 8     POWERSCHOOL HOLDINGS, INC.,
 9          Defendant.
10     ---------------------------------------
11
12
13     REMOTE VIDEO DEPOSITION OF JUDITH JAEGER
14
15            Friday, December 5, 2025
16               9:36 a.m. (PST)
17
18
19
20
21
22
23     Reported by:
24     Jaclyn Urzia, RPR, CRR
25     Job No. 2025-1004246
```

2

1
2
3       December 5, 2025
4       9:36 a.m. (PST)
5
6
7
8
9     Video Deposition of
10    JUDITH JAEGER, held remotely
11    via Zoom, before Jaclyn Urzia, a
12    Registered Professional Reporter,
13    Certified Stenographic Realtime
14    Reporter and Notary Public.
15
16
17
18
19
20
21
22
23
24
25

3

1  REMOTE APPEARANCES:

2

3  Attorneys for The Witness:

4  KEATING BUCKLIN & MCCORMACK, INC.

5      1201 3rd Avenue

6      Seattle, Washington 98101

7  BY:    AUDREY M. AIRUT MURPHY, ESQ.

8

9

10  Attorneys for Plaintiffs:

11  HAGENS BERMAN

12      455 North Cityfront Plaza Drive

13      Suite 2410

14      Chicago, Illinois 60611

15  BY:    WHITNEY K. SIEHL, ESQ.

16         LEONARD ARAGON, ESQ.

17

18

19

20

21

22

23

24

25              (Continued)

1  Q. Okay. So about eight employees
2  manage the data of about 50,000 students,
3  is that right?
4  A. That's not entirely right. We
5  also have another department that supports
6  student data through our student
7  information system. So I also play a role
8  in managing the data and supporting it.
9  Q. All right. Does SPS use EdTech
10 to help manage student data?
11 A. How do you define EdTech?
12 Q. That's a good question. Let me
13 ask that to you first.
14    How would you define EdTech?
15 A. In my opinion, the way I think
16 about EdTech is more on the instructional
17 side of applications that support student
18 learning, but I suppose one could also
19 consider any technology that houses
20 student data to be EdTech. I mean, it
21 just depends on your definition.
22 Q. Understood. If we were to take
23 that second definition that you said for
24 providers who house student data, does SPS
25 use those kinds of EdTech providers to

15

1  help manage student data?
2  A.  Yes, we do use technology
3  platforms to manage student data.
4  Q.  Okay.  And if I refer to EdTech,
5  will you understand that to refer to
6  that -- to that definition of technology
7  platform provider?
8  A.  So when you refer to EdTech it's
9  going to be that narrow definition, not
10 including instructional applications.  The
11 reason I'm making the distinction is
12 there's a separate group that doesn't work
13 within technology that's under academics
14 that does educational technology.  And so
15 the purview is under academics for that
16 side of the house.
17 Q.  Got it.  Thank you for that
18 clarifying question.  Let's refer to -- if
19 I refer to EdTech, will you understand
20 that to mean both the academic side and
21 the technology platform?
22 A.  Yes.
23 Q.  Okay.  Great.
24    Could you tell me generally how
25 SPS relies on EdTech to help the school

1    function and help students get an
2    education?
3         A.   Sure.  Just very broadly, the
4    technology platforms EdTech allow us to
5    hold a central repository and one version
6    of truth of -- for student data, you know,
7    throughout the whole school district.  So
8    as I said, you know, it's roughly 50,000
9    students.
10             So there's a lot of information
11   that needs to be stored, tracked, and kept
12   safe.  And this central repository allows
13   for critical functions at the school
14   district for student learning.  It allows
15   for teachers to take attendance, to give
16   assignments and, you know, receive the
17   assignments back from students and
18   grading.
19             It allows for parents to log into
20   a portal and to check and make sure their
21   child is completing their assignments,
22   look at grades, look at assessment scores.
23   It allows for central office
24   administrators to look at trends in data
25   and look at our, you know, district

1  measures and goals and track progress
2  towards that.  There are many, many
3  functions that it serves.
4       Q.   Okay.  I wanted to -- let's break
5  that apart.  So one of the things that you
6  mentioned was -- or one of the topics that
7  we've been talking about so far has been
8  data reporting.
9            So going further into that, does
10 SPS have specific data reporting
11 obligations to the state?
12      A.   Yes.
13      Q.   And when we refer to data
14 obligations to the state, is that to a
15 particular office at the state level?
16      A.   Yes.  Yes.
17      Q.   Do you know how many different
18 offices at the state level SPS reports to?
19      A.   I do not know exactly the number.
20      Q.   Would you say it's more than one
21 office?
22      A.   Yes.
23      Q.   Okay.  So there are multiple
24 state offices that SPS reports student
25 data to?

22

1    A.   Yes.
2    Q.   I have a few questions on this
3 first paragraph under that section.  Feel
4 free to read more than that, but let me
5 know when you've finished.
6    A.   Okay.  I've finished reading the
7 reporting section.
8    Q.   Great.  So this references the
9 comprehensive education data and research
10 system or CEDARS, right?
11    A.   Mm-hmm.
12    Q.   And you're familiar with SPS
13 reporting data to CEDARS?
14    A.   Yes.
15    Q.   How frequently does SPS submit
16 CEDARS reports to the state?
17    A.   My understanding was that it was
18 monthly.  It may be that staff are running
19 weekly and looking for errors and doing
20 cleanup.
21    Q.   Okay.
22    A.   We do have one resource that's
23 responsible for state reporting, and he's
24 constantly doing validation checks and
25 looking for errors.  And I've never seen

23

1  this report before today.
2  　　Q.　Got it.  And you mentioned that
3  there's an employee who is constantly
4  looking at this data, right?
5  　　A.　Yeah.  His whole job is state
6  reporting.
7  　　Q.　Okay.  And is -- do you know the
8  reason why he -- or what his
9  responsibilities are in relation to state
10 reporting?
11 　　A.　To pull the data out of
12 PowerSchool to run validation checks, to
13 work with other departments to confirm
14 data accuracy and to actually do the
15 submission to the data to the state.
16 　　Q.　You mentioned PowerSchool.
17 　　　　How does SPS use PowerSchool to
18 prepare or run these reports to send to
19 the state?
20 　　A.　Specifically for state reporting,
21 there's a state reporting module or area
22 within PowerSchool and we've had that
23 since we implemented many years ago.  So
24 there is a CEDARS report in PowerSchool
25 that can be run.  And so that is run and

24

1   it's extracted, and then there's some
2   validation checks and data cleansing that
3   occurs before it's prepared and submitted,
4   is my high-level understanding.
5       Q.   Okay.  Thank you.
6            Do you know when SPS started
7   using PowerSchool to assist with the state
8   data reporting?
9       A.   I know we started right at go
10  live and the exact year escapes me.  I can
11  give you an approximate, like I think it
12  was about 11 or 12 years ago.
13      Q.   Okay.  So if I'm understanding
14  correctly, PowerSchool developed a
15  specific CEDARS reporting module for SPS
16  to use for its state data reporting
17  obligations?
18           MR. ARAGON:  Objection.  Form.
19      Foundation.
20      A.   I don't know if it was developed
21  specifically for Seattle Public Schools.
22  I do know that other PowerSchool users in
23  the state also make use of these same
24  reports.
25      Q.   Okay.  Do you know -- actually,

25

1   let me ask you this.  How do you know that
2   other PowerSchool users in the state also
3   make use of the CEDARS report tool in
4   PowerSchools?
5       A.   The resource that I mentioned who
6   does the state reporting has been part of
7   a PowerSchool user group from our region.
8   And so I just recall in years past him
9   mentioning, I believe it was Spokane, as
10  one example.
11      Q.   Okay.  Do you know how this
12  particular CEDARS report tool was -- or
13  started to get implemented at SPS and at
14  other schools like Spokane?
15      A.   Can you clarify the question a
16  bit?
17      Q.   Sure.
18      A.   How it got started or how it got
19  implemented I'm not quite clear.
20      Q.   Yeah, let me ask you a better
21  question.
22           Do you know the factors that went
23  into the decision to implement the CEDARS
24  reporting tool in PowerSchools?
25      A.   Well, it's my understanding that

26

1  Seattle Public Schools was very strong in
2  their opinion that we needed to have a
3  system that could handle instate reporting
4  and federal reporting. So that was like a
5  key requirement for a new system at that
6  time.
7      Q.   Before SPS used the CEDARS
8  reporting tool, what did SPS use for state
9  reporting?
10     A.   I couldn't speak to that
11 directly. I know there was a different
12 student information system, but I don't
13 know whether that system was used for
14 reporting or if the data was compiled in
15 some other way. So I couldn't really
16 speak to that.
17     Q.   All right. Does PowerSchool help
18 SPS meet its data reporting obligations to
19 the state?
20     A.   Yes.
21     Q.   What are the burdens on your
22 department specifically and SPS generally
23 if SPS cannot immediate or cannot use
24 PowerSchool to meet its data reporting
25 obligations?

27

1        MR. ARAGON:  Objection.  Form.
2     Foundation.
3     A.    If we couldn't use PowerSchool to
4  meet our state data reporting obligations,
5  it would be very, very difficult to
6  provide data to the state.  I think it
7  would be a hardship and, yeah, very
8  difficult.
9     Q.    And if SPS is not able to provide
10 data to the state, do you know what would
11 happen?
12        MR. ARAGON:  Objection.  Form.
13    A.    I don't know exactly the
14 consequences of failure to provide.
15    Q.    You mentioned that --
16    A.    Funding.  Probably funding loss.
17    Q.    All right.  And that would be
18 loss of government funding for SPS?
19    A.    Correct.
20    Q.    You mentioned that it would be a
21 hardship to SPS if SPS was not able to use
22 PowerSchool for its data reporting
23 obligations.
24        Can you describe what some of
25 those hardships are?

28

1   A.   Yes.  If it was deemed we were
2   unable to continue using PowerSchool for
3   our student information system, we would
4   have to find a different system to use,
5   which is a lengthy bureaucratic process.
6   It takes time and money to go out for RFP
7   and follow our procurement processes.  And
8   it would be a costly and time intensive to
9   switch any large platform, irrespective of
10  which one it is.
11      Q.   And in between -- if -- strike
12  that.
13           If PowerSchool were unable to
14  provide data reporting services for SPS
15  and SPS had to go through that RFP process
16  in that in-between interim period, what
17  would be the hardship to SPS?
18      A.   Can you repeat the question,
19  please?
20      Q.   Sure.  If SPS was not able to use
21  PowerSchool, you mentioned that SPS would
22  go through a time intensive, cost
23  intensive RFP process to find another
24  provider.  Right?
25      A.   Mm-hmm.

29

1   Q.   And one of those factors you
2   mentioned is it takes a long time, right?
3   A.   Yes.
4   Q.   To find a replacement.
5       In that interment period where
6   there is no provider, what would be the
7   hardship to SPS to meet its data reporting
8   obligations?
9   A.   I think it would be -- we
10  wouldn't have the data stored in that
11  central, you know, repository, the student
12  information system.  I think the hardships
13  would also exist out of the schools for,
14  you know, for assigning homework for
15  students doing their coursework, grades,
16  taking attendance, you know, tracking
17  enrollment at the central office, all the
18  different functions that are critical for
19  the operations of schools and the
20  district.
21  Q.   So fair to say that if SPS was
22  not able to use PowerSchool or any other
23  EdTech provider for these data reporting
24  obligations, there would be concerns about
25  data accuracy?

30

1  A. Yes.

2  Q. And there would be concerns about
3  school operations?

4  A. Yes.

5  Q. There would be concerns about
6  classroom and instructional operation and
7  learning?

8  A. Yes.

9  Q. We've been talking a bit about
10  student data that's reported to the state.
11       Could you describe
12  approximately -- or could you describe in
13  general terms approximately -- or I don't
14  know if this is an approximate kind of
15  question, but how much data is reported to
16  the state?

17  A. Many, many data elements per
18  student.

19  Q. Okay. If you were to ballpark --
20  A. Pages. Pages worth of data
21  elements, you know, of a Word document,
22  yeah.

23  Q. Okay. Who determines these data
24  elements that are reported about each
25  student?

31

1   A.   OSPI does.
2   Q.   And OSPI refers to a state
3   regulator?
4   A.   Yes.
5   Q.   Do the state data reporting
6   requirements or the specifications on what
7   data elements are reported, does that
8   correspond with what data is collected at
9   SPS?
10        MR. ARAGON:  Objection.  Form.
11   Foundation.
12   A.   Can you repeat the question,
13   please?
14   Q.   Sure.
15        Does the state data reporting
16   requirements specifications on which data
17   elements are reported about each student,
18   does that correspond with the data that's
19   collected about each student at SPS?
20        MR. ARAGON:  Objection.  Form.
21   Foundation.
22   A.   I would say overall, yes.
23   Q.   Can SPS unilaterally decide which
24   data to report to comply with its data
25   reporting obligations?

79

| | |
|---|---|
| 1 | REPORTER CERTIFICATE |
| 2 | |
| 3 | I, JACLYN URZIA, do hereby |
| 4 | certify: |
| 5 | That said proceedings were taken |
| 6 | at the time and place herein named; |
| 7 | and that the transcript is a true |
| 8 | record of the testimony as reported by |
| 9 | me, a disinterested person, and was |
| 10 | thereafter transcribed. |
| 11 | I further certify that I am not |
| 12 | interested in the outcome of the said |
| 13 | action, nor connected with, nor |
| 14 | related to any of the parties in said |
| 15 | action, nor to their respective |
| 16 | counsel. |
| 17 | IN WITNESS WHEREOF, I have |
| 18 | hereunto set my hand this 12th day of |
| 19 | December, 2025. |
| 20 | |
| 21 | |
| 22 | _____ |
| 23 | JACLYN URZIA, RPR, CRR |
| 24 | |
| 25 | |