Robyn E. Bladow
KIRKLAND & ELLIS LLP
555 South Flower Street, Suite 3700
Los Angeles, CA 90071
Telephone: (213) 680-8400
robyn.bladow@kirkland.com

Martin L. Roth, P.C. (*pro hac vice*)
Alyssa C. Kalisky, P.C. (*pro hac vice*)
Zharna Shah (*pro hac vice*)
Taylor Rothman (*pro hac vice*)
KIRKLAND & ELLIS LLP
333 West Wolf Point Plaza
Chicago, IL 60654
Telephone: (312) 862-2000
martin.roth@kirkland.com
alyssa.kalisky@kirkland.com
zharna.shah@kirkland.com
taylor.rothman@kirkland.com

Olivia Adendorff, P.C. (*pro hac vice*)
Ethan Joel Levinton (*pro hac vice*)
Eugene Temchenko (*pro hac vice*)
KIRKLAND & ELLIS LLP
4550 Travis Street
Dallas, TX 75205
Telephone: (214) 972-1770
olivia.adendorff@kirkland.com
ethan.levinton@kirkland.com
eugene.temchenko@kirkland.com

*Attorneys for the Defendant PowerSchool Holdings, Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| EMILY CHERKIN, et al., | CASE NO. 3:24-CV-02706-JD |
| Plaintiffs, | **DECLARATION OF OLIVIA ADENDORFF IN SUPPORT OF DEFENDANT POWERSCHOOL HOLDINGS, INC.'S REPLY TO PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION TO AMEND ITS ANSWER** |
| v. | |
| POWERSCHOOL HOLDINGS, INC., | |
| Defendant. | |

I, Olivia Adendorff, declare as follows:

1.  I am an attorney at the law firm of Kirkland & Ellis LLP, a member in good standing of the bars of the State of Texas and the District of Columbia, and am admitted *pro hac vice* to practice before this Court. I am counsel for Defendant PowerSchool Holdings, Inc. ("PowerSchool") in this matter, and I am one of the firm's attorneys chiefly responsible for this representation.

2.  I submit this declaration in support of PowerSchool's Reply to Plaintiffs' Opposition to Defendant's Motion to Amend its Answer.

3.  I have personal knowledge of the matters in this declaration, and I am competent to testify as to the matters set forth below.

4.  Plaintiffs served Plaintiff S.G.'s Responses and Objections to Defendant PowerSchool Holding, Inc.'s First Set of Interrogatories on February 28, 2025. Attached hereto as **Exhibit A** is a true and correct copy dated February 28, 2025.

5.  Plaintiffs served Plaintiff David Concepción's Responses and Objections to Defendant PowerSchool Holding, Inc.'s First Set of Interrogatories on February 28, 2025. Attached hereto as **Exhibit B** is a true and correct copy dated February 28, 2025.

6.  Plaintiffs served Plaintiff Emily Cherkin's Responses and Objections to Defendant PowerSchool Holding, Inc.'s First Set of Interrogatories on February 28, 2025. Attached hereto as **Exhibit C** is a true and correct copy dated February 28, 2025.

7.  Plaintiffs served Plaintiff L.M.C.'s Responses and Objections to Defendant PowerSchool Holding, Inc.'s First Set of Interrogatories on February 28, 2025. Attached hereto as **Exhibit D** is a true and correct copy dated February 28, 2025.

8.  Plaintiffs served Plaintiff M.M.C.'s Responses and Objections to Defendant PowerSchool Holding, Inc.'s First Set of Interrogatories on February 28, 2025. Attached hereto as **Exhibit E** is a true and correct copy dated February 28, 2025.

9.  On December 1, 2025, Plaintiffs took the deposition of Darron Flagg. Attached hereto as **Exhibit F** is a true and correct copy of excerpts from Darron Flagg's deposition testimony, dated December 1, 2025, in the above-captioned matter.

10. On September 15, 2025, Plaintiffs took the deposition of Joseph Swingle. Attached hereto as **Exhibit G** is a true and correct copy of excerpts from Joseph Swingle's deposition testimony, dated September 15, 2025, in the above-captioned matter.

11. On September 26, 2025, Plaintiffs took the deposition of Paul Brook. Attached hereto as **Exhibit H** is a true and correct copy of excerpts from Paul Brook's deposition testimony, dated September 26, 2025, in the above-captioned matter.

12. On September 13, 2024, Plaintiffs served PowerSchool with Requests for Production of Documents, Set One. Attached hereto as **Exhibit I** is a true and correct copy of Plaintiffs' Requests for Production of Documents, Set One, dated September 13, 2024, in the above-captioned matter.

13. On September 12, 2025, PowerSchool took the deposition of Emily Cherkin. Attached hereto as **Exhibit J** is a true and correct copy of excerpts from Emily Cherkin's deposition testimony, dated September 12, 2025, in the above-captioned matter.

14. On December 5, 2025 and December 18, 2025, PowerSchool took the deposition of a third-party witness, Judie Jaeger, a representative for Seattle Public Schools. Attached hereto as **Exhibit K** is a true and correct copy of excerpts from Judie Jaeger's deposition testimony, dated December 5, 2025 and December 18, 2025, in the above-captioned matter.

15. The Seattle Public Schools deposition took place in two parts—the first part occurred on December 5, 2025, and the second part occurred on December 18, 2025.

16. PowerSchool sought the deposition of a representative of Seattle Public Schools as early as August 2024. Due to scheduling issues, the deposition did not take place until December 2025. The scheduling issues were logistical challenges, including finding the right person at Seattle Public Schools to discuss potential dates with and finding a date that worked for the deposition. The foregoing is true and correct to the best of my knowledge.

1

DATED: January 13, 2026

2

Respectfully submitted,

KIRKLAND & ELLIS LLP

3

4

*/s/ Olivia Adendorff*

Olivia Adendorff, P.C.

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28