# Exhibit F

Page 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

_____

EMILY CHERKIN, et al.,            )

                Plaintiff, )

     v                             ) Case No. 3:24-CV-02706-JD

POWERSCHOOL HOLDINGS, INC.,       )

                Defendant. )
_____)


VIDEOTAPED DEPOSITION OF DARRON JAMES FLAGG

APPEARING REMOTELY

December 1, 2025

9:00 a.m. (Pacific Daylight Time)


Reported by: Eileen Mulvenna, CSR/RMR/CRR/RDR

_____

DIGITAL EVIDENCE GROUP
1730 M Street, NW, Suite 812
Washington, D.C. 20036
(202) 232-0646

Page 47

1   its students and parents?

2         A.    I don't know for sure.  What I can

3   tell you is that this list was put in in answer to a

4   question of what are the standard data fields that

5   are utilized in SIS.

6               Again, the goal of the DPIA was to be

7   transparent, and let a perspective customer have a

8   feel of what type of data elements would normally be

9   processed by a school in our product.

10        Q.    What is the core educational function

11  of the PowerSchool SIS product?

12              MS. ADENDORFF:  Objection to form.

13              THE WITNESS:  Well, the -- oop, sorry,

14        the screen's -- okay.

15              The -- the core educational purpose is

16        as defined by the school district.  Our job

17        has been to develop a tool that they can use,

18        and then the school district decides what

19        that educational purpose is.

20              As you can tell by the -- many of the

21        fields here, they're all related to students

22        and -- and supporting their activities in the

Page 48

 1           educational institution.
 2                   But really to your question, that's
 3           a -- a school's determination as to what the
 4           educational purpose is.  Our job is to
 5           support them to do that with tools that
 6           are -- are helpful for them.
 7   BY MR. ARAGON:
 8           Q.    Okay.  I'm a little confused by that
 9   answer.
10                   So can you give me examples of what
11   schools have defined the core educational purpose
12   of -- or function of PowerSchool SIS as?
13                   MS. ADENDORFF:  Objection, calls for
14           speculation.
15   BY MR. ARAGON:
16           Q.    And I'm not -- I'm not -- I'm
17   asking -- I'm asking -- you just told me that they
18   define it.  How do they define core educational
19   functions of the PowerSchool SIS product?
20           A.    I'm sorry.  Yeah, I don't -- it's sort
21   of a compound question in ways.  If you're asking
22   me, what are schools' statements around their

Page 49

1   educational purpose, in general I can say, when I
2   speak to our customers, their goal is to provide the
3   best education for their -- for their constituents.
4              With regard to SIS --
5        Q.    Right.
6        A.    -- and what the educational purpose
7   is, school districts will say, SIS is an amazing
8   product that allows us to support our students and
9   our administrators and staff by being the database
10  of record for us.  That's what I've heard, and
11  that's what they've told me.
12       Q.    Okay.  So can we see that the core
13  educational function of PowerSchool SIS is
14  provide -- is to provide an educational record
15  repository for schools and school districts?
16       A.    That's definitely a way to say it.  I
17  would look at 2C in the DPIA, which talks about the
18  general functionality.  If we can scroll up --
19       Q.    Sure.
20       A.    -- to page -- page 3, I believe,
21  Section 2C, the general purpose of functionality.
22  And I think that captures what we really view as

Page 50

1   that.  It's a -- it's an application that stores and
2   manages the student data within a school district
3   for their system.  And I think that's really our
4   expression for SIS, what the purpose of this product
5   is.
6       Q.    Okay.  That's a better way of asking,
7   the purpose of the product.
8             And you're saying that's -- that's
9   generally defined in Section 2C of Exhibit 2;
10  correct?
11      A.    Yes.
12      Q.    And does PowerSchool collect more data
13  than is necessary for the general purpose of
14  functionality for PowerSchool SIS?
15      A.    So, first of all, again, PowerSchool
16  doesn't collect --
17      Q.    Process.
18      A.    -- data.
19      Q.    Process.
20      A.    Yeah, we process.
21            MS. ADENDORFF:  Sorry, hang on.
22            THE WITNESS:  Yeah.

Page 431

```
 1   STATE OF NEW YORK            )

 2                                ss:

 3   COUNTY OF WESTCHESTER        )

 4

 5           I, EILEEN MULVENNA, CSR/RMR/CRR/RDR, a
     Certified Court Reporter, Registered Merit Reporter,
 6   Certified Realtime Reporter, Registered Diplomate
     Reporter, and Notary Public in and for the State of
 7   New York, do hereby certify:
             That I reported the taking of the
 8   deposition of the witness, DARRON JAMES FLAGG,
     commencing on the 1st day of December, 2025, at the
 9   hour of 9:00 a.m.
             That prior to being examined, the witness
10   was duly sworn by me to testify to the truth, the
     whole truth, and nothing but the truth.
11           That I thereafter transcribed my said
     shorthand notes into typewriting and that the
12   typewritten transcript of said deposition is a
     complete, true and accurate transcription of my
13   said shorthand notes taken down at said time, and
     that a request has been made to review the
14   transcript.
             I further certify that I am not a relative
15   or employee of an attorney or counsel of any of the
     parties, nor a relative or employee of any attorney
16   or counsel involved in said action, nor a person
     financially interested in the action.
17           IN WITNESS WHEREOF, I have hereunto
     set my signature this 4th day of December, 2025.
18
                     [signature: Eileen Mulvenna]
19           _____

20           EILEEN MULVENNA, CSR/RMR/CRR

21

22
```