# Exhibit G

```
 1              UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF CALIFORNIA
 2                  SAN FRANCISCO DIVISION


 3


 4   EMILY CHERKIN, et al.

 5        Plaintiffs,
                                       Case No.
 6     v.                              3:24-cv-02706-JD

 7   POWERSCHOOL HOLDINGS, INC.,

 8        Defendants.

 9
     _____)
10

11           VIDEOTAPED DEPOSITION OF
                  JOSEPH SWINGLE
12


13


14            September 15, 2025

15           11:04 a.m. Eastern Time

16


17


18


19


20


21   Reported by:  Lori J. Goodin, RPR, CRR, RSA,
                   California CSR #13959
22   Job No. 00170381
```

Page 188

1   Connected Intelligence?

2        A.   Gosh, I we have one contract with

3   the Arkansas Department of Education.  So, that

4   is one that comes to mind.

5        Q.   Anyone else?

6        A.   I would be, I am not -- I am not

7   sure.

8        Q.   In general -- you can speak in

9   general terms.

10            How does the Arkansas Department of

11  Education utilize Connected Intelligence?

12       A.   They have our eFinancePlus product.

13  So, it is managing finances for districts in

14  Arkansas.

15       Q.   And they use Connected Intelligence

16  to manage finances?

17       A.   So, giving insights across all of

18  the different school districts, yes.

19       Q.   The first bubble on this chart says

20  Unify and Integrate Data NS3.

21            What is NS3?

22       A.   Say that again?  Sorry.

Page 370

```
 1              CERTIFICATE OF NOTARY

 2                  *   *   *   *   *

 3              I, LORI J. GOODIN, RPR, CRR, RSA,

 4   CA CSR # 13959 the Notary for this proceeding, do

 5   hereby certify that the witness whose testimony

 6   appears in the foregoing proceeding was sworn by

 7   me; that I am neither counsel for, related to,

 8   nor employed by any of the parties to the action

 9   in which this deposition was taken; and, further,

10   that I am not a relative or employee of any

11   attorney or counsel employed by the parties

12   hereto, or financially or otherwise interested

13   in the outcome of this action.

14                       _____

15                       LORI J. GOODIN, RPR, CRR, RSA

16                       CA CSR# 13959

17   Notary Public in and for:

18   STATE OF FLORIDA, COUNTY OF SARASOTA
     Notary Commission Number:  GG987804
19   My Commission expires:  May 12, 2028

20   STATE OF CALIFORNIA, CA CSR# 13959
     My Commission expires:  February 22, 2026
21
     DISTRICT OF COLUMBIA, WASHINGTON DC
22   My Commission expires:  June 1, 2026
```