# Exhibit H

```
 1                UNITED STATES DISTRICT COURT

 2                NORTHERN DISTRICT OF CALIFORNIA

 3                   SAN FRANCISCO DIVISION

 4    _____

 5    EMILY CHERKIN, et al.,         )

 6                    Plaintiff,     )

 7         v                         ) Case No. 3:24-CV-02706-JD

 8    POWERSCHOOL HOLDINGS, INC.,    )

 9                    Defendant.     )
      _____)
10

11          VIDEOTAPED DEPOSITION OF PAUL BROOK

12                   APPEARING REMOTELY

13                  September 26, 2025

14         9:00 a.m. (Pacific Daylight Time)

15

16    Reported by: Eileen Mulvenna, CSR/RMR/CRR/RDR

17    Job No. 00170377

18    _____

19              DIGITAL EVIDENCE GROUP
             1730 M Street, NW, Suite 812
20              Washington, D.C. 20036
                   (202) 232-0646
21

22
```

Page 58

```
 1   assisting schools and districts to meet their both

 2   federal and state compliance reporting asks.

 3        Q.     How is PowerSchool SIS used to assist

 4   in registration?

 5        A.     When a new kid comes -- goes to a

 6   school, they need to register for that school.  And

 7   the school administrator or secretary would then

 8   enter that information through the registration

 9   forms into PowerSchool.

10        Q.     How does PowerSchool SIS assist

11   schools and districts in terms of, excuse me,

12   meeting their federal and state compliance --

13   reporting compliance obligations?

14        A.     Because the customer is -- we are --

15   their data resides -- their process data resides in

16   our PowerSchool system.  And then the school would,

17   based on their state or federal requirements,

18   leverage PowerSchool to send those reports or that

19   data to their federal or state -- whoever in federal

20   or state are requesting that, typically the

21   Department of Education.

22        Q.     Is PowerSchool SIS where students'
```

Page 122

1   STATE OF NEW YORK              )

2                                  ss:

3   COUNTY OF WESTCHESTER          )

4

5           I, EILEEN MULVENNA, CSR/RMR/CRR/RDR, a
    Certified Court Reporter, Registered Merit Reporter,
6   Certified Realtime Reporter, Registered Diplomate
    Reporter, and Notary Public in and for the State of
7   New York, do hereby certify:
            That I reported the taking of the
8   deposition of the witness, PAUL BROOK,
    commencing on the 26th day of September, 2025, at
9   the hour of 9:00 a.m.
            That prior to being examined, the witness
10  was duly sworn by me to testify to the truth, the
    whole truth, and nothing but the truth.
11          That I thereafter transcribed my said
    shorthand notes into typewriting and that the
12  typewritten transcript of said deposition is a
    complete, true and accurate transcription of my
13  said shorthand notes taken down at said time, and
    that a request has been made to review the
14  transcript.
            I further certify that I am not a relative
15  or employee of an attorney or counsel of any of the
    parties, nor a relative or employee of any attorney
16  or counsel involved in said action, nor a person
    financially interested in the action.
17          IN WITNESS WHEREOF, I have hereunto
    set my signature this 8th day of October, 2025.
18

19  _____

20          EILEEN MULVENNA, CSR/RMR/CRR

21

22