# Exhibit J

Confidential                    Emily Cherkin - September 12, 2025

```
                                                                    1
 1              UNITED STATES DISTRICT COURT

 2             NORTHERN DISTRICT OF CALIFORNIA

 3                  SAN FRANCISCO DIVISION

 4  _____

 5   EMILY CHERKIN, et al.,              )
                                         )
 6   Plaintiffs,                         )
                                         )
 7          vs.                          )No. 3:24-CV-02706-JD
                                         )
 8   POWERSCHOOL HOLDINGS, INC.,         )
                                         )
 9   Defendant.                          )

10  _____

11           Deposition Upon Oral Examination Of

12                     EMILY CHERKIN

13                  *** CONFIDENTIAL ***

14  _____

15

16

17

18                      9:01 a.m.

19                  September 12, 2025

20                  1301 Second Avenue

21                  Seattle, Washington

22

23

24

25  REPORTED BY:  Yvonne A. Gillette, RPR, CCR No. 2129.
```

```
 1   A          Yes.
 2   Q          Do you see all that?
 3   A          Yes.
 4   Q          And as we already discussed, you were
 5   present at at least some of the board meetings where
 6   approval of this contract was discussed, right?
 7   A          Yes.
 8   Q          Now, in your book, you acknowledge there are
 9   some benefits to technology in the classroom, right?
10   A          Yes.
11   Q          What are some of those benefits?
12   A          Are you connecting that to this --
13   Q          No.  Sorry.  Any benefits that you see with
14   technology in the classroom.
15   A          I believe that children need technology
16   education.  I do not believe they need educational
17   technology.  And I make a distinction between that
18   because there are absolutely technical skills that
19   children need in modern age, like media literacy,
20   identifying mis and disinformation, knowing what an
21   algorithm is, understanding how data is collected and
22   stored, understanding persuasive design, typing.  I
23   mean, basic research skills, citation, all of that.
24   None of that requires the internet or a digital
25   product to teach.  I think teachers are capable of
```

174

1  teaching this information the way teaching has always
2  happened with a -- could be a smartboard, but it could
3  also be a whiteboard.  It could be handouts and
4  materials.  So that is how I see technology's purpose
5  in school.
6              I could see it also as a tool to support
7  school systems.  I can imagine a registrar trying to
8  make the schedule of a thousand middle school students
9  would be greatly benefited by a digital tool, and I
10 support that completely.  I have a lot of objections
11 to the use of educational technology in the name of
12 improving education and learning because I do not
13 believe it does that, in addition to questions about
14 safety and legality about data collection.  When it
15 comes to adult-facing tools for technology, I don't
16 necessarily disagree that schools have student
17 information systems or use registration or
18 transportation platforms.  The objection I have is how
19 that information is stored collected, used, sold, et
20 cetera.
21 Q       So did I hear you correctly that you do not
22 have any objections to schools using a student
23 information system?
24 A       If it is used safely, effectively, and
25 within the law, and given opportunities for parents to

1  give informed consent about how their children's data
2  is used, then at a bare minimum, no, I don't.
3  Q         And you understand that there are obvious
4  administrative benefits to storing information on a
5  digital platform as compared to, you know, trying to
6  store student records on paper, right?
7  A         I can see there definitely could be
8  advantages.
9  Q         Okay.  And, in fact, your school district
10 has even quantified some of those types of benefits on
11 page 2 of Exhibit 11, for instance, in the third
12 paragraph, referring to a savings of a hundred
13 thousand dollars per year in enrollment services staff
14 overtime and additional hourly substitute time that
15 was previously required when entering enrollment forms
16 manually.  Do you see that?
17 A         I do.
18 Q         When you talk about you have no issue with a
19 student -- a school using a student information system
20 so long as it's done safely, what do you mean by
21 safely?
22 A         I think I said effectively, safely, and
23 legally.  So, I mean, safely certainly would be a bare
24 minimum protecting privacy of student information.  So
25 that's a -- it stays within the school itself.  When I

1    speak about safety in children-facing products, I'm
2    talking about them accessing pornography or being
3    groomed or violent content or social media platforms
4    or gaming or excessive screen use, which is known to
5    be harmful to children, so --
6    Q        When you talk about protecting privacy on
7    the student information system, are you talking about
8    from you know, bad actors, that kind of thing?
9    A        I'm talking about from bad actors and from
10   companies that would take the data, sell it, and
11   profit from it.
12   Q        If your school, for instance, is storing all
13   information within the school on premises, you would
14   be comfortable with that, right?
15   A        I am not an expert in data storage for
16   schools, so I would defer to experts on how to best
17   safely secure that within a school environment.  I
18   don't know what systems -- I don't know what options
19   are out there.  And I don't know enough about it to
20   say one way or another.  My problem, again, is about
21   consent, collection, and sale of the data.
22   Q        Do you know how Seattle Public Schools
23   stores its student information system data?
24   A        I do not.
25   Q        Okay.  In all of the time that you have

                                                                    325

1                        C E R T I F I C A T E

2    State of Washington    )

3                           ) ss.

4    County of King         )

5

6            I, the undersigned Registered Professional
     Reporter and Washington Certified Court Reporter, hereby
     certify that the foregoing deposition upon Oral examination
7    of EMILY CHERKIN was taken before me on September 12, 2025
     and transcribed under my direction;
8
             That the witness was duly sworn by me pursuant to
9    RCW 5.28.010 to testify truthfully; that the transcript of
     the deposition is a full, true, and correct transcript to
10   the best of my ability; that I am neither attorney for, nor
     a relative or employee of, any of the parties to the action
11   or any attorney or counsel employed by the parties hereto,
     nor financially interested in its outcome.
12
             I further certify that in accordance with CR
13   30(e), the witness was given the opportunity to examine,
     read, and sign the deposition, within 30 days, upon its
14   completion and submission, unless waiver of signature was
     indicated in the record.
15
             IN WITNESS WHEREOF, I have hereunto set my hand
16   and seal this date, September 29, 2025:

17

18

19                              /S/Yvonne A. Gillette
                                _____
20                              Yvonne A. Gillette

21                              Washington Certified Court Reporter

22                              License No. 2129