# Exhibit K

```
                                                                    1
 1              UNITED STATES DISTRICT COURT

 2            NORTHERN DISTRICT OF CALIFORNIA

 3              SAN FRANCISCO DIVISION

 4    ----------------------------------------

 5   EMILY CHERKIN, et al.,

 6           Plaintiffs,         Case No.

 7      vs.                      3:24-CV-02706-JD

 8   POWERSCHOOL HOLDINGS, INC.,

 9           Defendant.

10    ----------------------------------------

11

12

13    REMOTE VIDEO DEPOSITION OF JUDITH JAEGER

14

15           Friday, December 5, 2025

16              9:36 a.m. (PST)

17

18

19

20

21

22

23   Reported by:

24   Jaclyn Urzia, RPR, CRR

25   Job No. 2025-1004246
```

23

1  this report before today.
2      Q.   Got it.  And you mentioned that
3  there's an employee who is constantly
4  looking at this data, right?
5      A.   Yeah.  His whole job is state
6  reporting.
7      Q.   Okay.  And is -- do you know the
8  reason why he -- or what his
9  responsibilities are in relation to state
10 reporting?
11     A.   To pull the data out of
12 PowerSchool to run validation checks, to
13 work with other departments to confirm
14 data accuracy and to actually do the
15 submission to the data to the state.
16     Q.   You mentioned PowerSchool.
17          How does SPS use PowerSchool to
18 prepare or run these reports to send to
19 the state?
20     A.   Specifically for state reporting,
21 there's a state reporting module or area
22 within PowerSchool and we've had that
23 since we implemented many years ago.  So
24 there is a CEDARS report in PowerSchool
25 that can be run.  And so that is run and

24

```
 1   it's extracted, and then there's some
 2   validation checks and data cleansing that
 3   occurs before it's prepared and submitted,
 4   is my high-level understanding.
 5        Q.    Okay.  Thank you.
 6              Do you know when SPS started
 7   using PowerSchool to assist with the state
 8   data reporting?
 9        A.    I know we started right at go
10   live and the exact year escapes me.  I can
11   give you an approximate, like I think it
12   was about 11 or 12 years ago.
13        Q.    Okay.  So if I'm understanding
14   correctly, PowerSchool developed a
15   specific CEDARS reporting module for SPS
16   to use for its state data reporting
17   obligations?
18              MR. ARAGON:  Objection.  Form.
19        Foundation.
20        A.    I don't know if it was developed
21   specifically for Seattle Public Schools.
22   I do know that other PowerSchool users in
23   the state also make use of these same
24   reports.
25        Q.    Okay.  Do you know -- actually,
```

25

1   let me ask you this.  How do you know that
2   other PowerSchool users in the state also
3   make use of the CEDARS report tool in
4   PowerSchools?
5       A.   The resource that I mentioned who
6   does the state reporting has been part of
7   a PowerSchool user group from our region.
8   And so I just recall in years past him
9   mentioning, I believe it was Spokane, as
10  one example.
11      Q.   Okay.  Do you know how this
12  particular CEDARS report tool was -- or
13  started to get implemented at SPS and at
14  other schools like Spokane?
15      A.   Can you clarify the question a
16  bit?
17      Q.   Sure.
18      A.   How it got started or how it got
19  implemented I'm not quite clear.
20      Q.   Yeah, let me ask you a better
21  question.
22           Do you know the factors that went
23  into the decision to implement the CEDARS
24  reporting tool in PowerSchools?
25      A.   Well, it's my understanding that

26

```
 1   Seattle Public Schools was very strong in
 2   their opinion that we needed to have a
 3   system that could handle instate reporting
 4   and federal reporting.  So that was like a
 5   key requirement for a new system at that
 6   time.
 7        Q.    Before SPS used the CEDARS
 8   reporting tool, what did SPS use for state
 9   reporting?
10        A.    I couldn't speak to that
11   directly.  I know there was a different
12   student information system, but I don't
13   know whether that system was used for
14   reporting or if the data was compiled in
15   some other way.  So I couldn't really
16   speak to that.
17        Q.    All right.  Does PowerSchool help
18   SPS meet its data reporting obligations to
19   the state?
20        A.    Yes.
21        Q.    What are the burdens on your
22   department specifically and SPS generally
23   if SPS cannot immediate or cannot use
24   PowerSchool to meet its data reporting
25   obligations?
```

27

```
 1              MR. ARAGON:  Objection.  Form.
 2       Foundation.
 3       A.    If we couldn't use PowerSchool to
 4  meet our state data reporting obligations,
 5  it would be very, very difficult to
 6  provide data to the state.  I think it
 7  would be a hardship and, yeah, very
 8  difficult.
 9       Q.    And if SPS is not able to provide
10  data to the state, do you know what would
11  happen?
12              MR. ARAGON:  Objection.  Form.
13       A.    I don't know exactly the
14  consequences of failure to provide.
15       Q.    You mentioned that --
16       A.    Funding.  Probably funding loss.
17       Q.    All right.  And that would be
18  loss of government funding for SPS?
19       A.    Correct.
20       Q.    You mentioned that it would be a
21  hardship to SPS if SPS was not able to use
22  PowerSchool for its data reporting
23  obligations.
24              Can you describe what some of
25  those hardships are?
```

28

```
1        A.    Yes.  If it was deemed we were
2    unable to continue using PowerSchool for
3    our student information system, we would
4    have to find a different system to use,
5    which is a lengthy bureaucratic process.
6    It takes time and money to go out for RFP
7    and follow our procurement processes.  And
8    it would be a costly and time intensive to
9    switch any large platform, irrespective of
10   which one it is.
11       Q.    And in between -- if -- strike
12   that.
13             If PowerSchool were unable to
14   provide data reporting services for SPS
15   and SPS had to go through that RFP process
16   in that in-between interim period, what
17   would be the hardship to SPS?
18       A.    Can you repeat the question,
19   please?
20       Q.    Sure.  If SPS was not able to use
21   PowerSchool, you mentioned that SPS would
22   go through a time intensive, cost
23   intensive RFP process to find another
24   provider.  Right?
25       A.    Mm-hmm.
```

29

1   Q.   And one of those factors you
2   mentioned is it takes a long time, right?
3   A.   Yes.
4   Q.   To find a replacement.
5        In that interment period where
6   there is no provider, what would be the
7   hardship to SPS to meet its data reporting
8   obligations?
9   A.   I think it would be -- we
10  wouldn't have the data stored in that
11  central, you know, repository, the student
12  information system.  I think the hardships
13  would also exist out of the schools for,
14  you know, for assigning homework for
15  students doing their coursework, grades,
16  taking attendance, you know, tracking
17  enrollment at the central office, all the
18  different functions that are critical for
19  the operations of schools and the
20  district.
21  Q.   So fair to say that if SPS was
22  not able to use PowerSchool or any other
23  EdTech provider for these data reporting
24  obligations, there would be concerns about
25  data accuracy?

30

```
 1      A.   Yes.
 2      Q.   And there would be concerns about
 3  school operations?
 4      A.   Yes.
 5      Q.   There would be concerns about
 6  classroom and instructional operation and
 7  learning?
 8      A.   Yes.
 9      Q.   We've been talking a bit about
10  student data that's reported to the state.
11           Could you describe
12  approximately -- or could you describe in
13  general terms approximately -- or I don't
14  know if this is an approximate kind of
15  question, but how much data is reported to
16  the state?
17      A.   Many, many data elements per
18  student.
19      Q.   Okay.  If you were to ballpark --
20      A.   Pages.  Pages worth of data
21  elements, you know, of a Word document,
22  yeah.
23      Q.   Okay.  Who determines these data
24  elements that are reported about each
25  student?
```

79

1        REPORTER CERTIFICATE

2

3        I, JACLYN URZIA, do hereby

4   certify:

5        That said proceedings were taken

6   at the time and place herein named;

7   and that the transcript is a true

8   record of the testimony as reported by

9   me, a disinterested person, and was

10  thereafter transcribed.

11       I further certify that I am not

12  interested in the outcome of the said

13  action, nor connected with, nor

14  related to any of the parties in said

15  action, nor to their respective

16  counsel.

17       IN WITNESS WHEREOF, I have

18  hereunto set my hand this 12th day of

19  December, 2025.

20

21                  *Jaclyn Urzia* (signature)

22       _____

23              JACLYN URZIA, RPR, CRR

24

25

```
                                                                1
 1                UNITED STATES DISTRICT COURT

 2               NORTHERN DISTRICT OF CALIFORNIA

 3                   SAN FRANCISCO DIVISION

 4    --------------------------X

 5    EMILY CHERKIN, et al.,     :

 6                 Plaintiffs,:   Case No.

 7         v.                :   3:24-CV-02706-JD

 8    POWERSCHOOL HOLDINGS, INC.,  :

 9                 Defendant.:

10    --------------------------X

11                        VOLUME II

12      REMOTE VIDEOTAPED STENOGRAPHIC DEPOSITION OF

13                      JUDIE JAEGER

14               Thursday, December 18, 2025

15                   9:45 a.m. Pacific Time

16

17

18

19

20

21    Job No.:  2025-1007987

22    Pages:  1 - 160

23    STENOGRAPHICALLY REPORTED BY:

24    GISELLE MITCHELL-MARGERUM, RPR, CRI, CCR, LCR, ACCR, CSR

25    CALIFORNIA CSR 14424
```

70

1         ATTORNEY AIRUT MURPHY:  Objection.  Form.
2         THE WITNESS:  I guess my reaction would be
3    dependent on why.  Why that judgment came down.
4    I feel very strongly about protecting student
5    data.  And so, any decisions or actions, I
6    think we need to keep student data safe.
7 BY ATTORNEY YI:
8    Q.   What would be the impact to -- to your
9 department if SPS was not able to use -- if SPS was
10 not able to use any PowerSchool products or
11 services?
12         ATTORNEY ARAGON:  Objection.  Form.
13    Foundation.
14         THE WITNESS:  So, what would be the impact
15    if -- like all of a sudden, tomorrow we
16    couldn't?  Or we are got -- given a date a year
17    in the future?  I think the impact would be
18    different.
19         ATTORNEY YI:  Okay.
20 BY ATTORNEY YI:
21    Q.   Let's explore both of them.  So, if SPS
22 wasn't able to use the products starting tomorrow,
23 what would be the impact?
24    A.   Yeah.
25         ATTORNEY ARAGON:  Objection.  Form.

71

1          THE WITNESS:  That would be severely
2     detrimental to school operations.
3  BY ATTORNEY YI:
4     Q.   How would educational -- or how would
5  classroom learning be affected by that kind of
6  outcome?
7          ATTORNEY ARAGON:  Objection.  Form.
8     Foundation.
9          THE WITNESS:  Everything would move to
10    paper processes, which would be difficult for
11    everyone to manage, and cumbersome.  And there
12    wouldn't be a central view into what was going
13    on.
14 BY ATTORNEY YI:
15    Q.   Would it affect decision-making for
16 resource allocation, and other ways that SPS uses
17 data analytics?
18         ATTORNEY ARAGON:  Objection.  Form.
19    Foundation.
20         THE WITNESS:  Yes.  It could impact
21    decision-making.
22 BY ATTORNEY YI:
23    Q.   Let's actually switch to a different
24 scenario.  So if -- if PowerSchool was not able to
25 provide services to SPS unless PowerSchool satisfied

```
                                                            158
 1                  REPORTER'S   CERTIFICATE

 2


 3         I, GISELLE MITCHELL-MARGERUM, the undersigned, a
      Registered Professional Reporter, Certified Reporting
 4    Instructor, Licensed Court Reporter, and Certified Court
      Reporter, do hereby certify:
 5
           That the witness, JUDIE JAEGER, before examination
 6    was remotely duly sworn to testify to the truth, the
      whole truth, and nothing but the truth.
 7
           That the foregoing deposition was taken remotely
 8    stenographically by me on Thursday, December 18, 2025,
      and thereafter was transcribed by me, and that the
 9    deposition is a full, true, and complete transcript of
      the testimony, including questions and answers, and
10    objections, motions and exceptions made by counsel.

11         That reading and signing was not requested; and
      that I am neither attorney nor counsel for, nor related
12    to or employed by, any of the parties to the action in
      which this deposition was taken; and that I have no
13    interest, financial or otherwise, in this case.

14

15         IN WITNESS WHEREOF, I have hereunto set my
      hand this 2nd day of January, 2026.
16

17

18

19

20

21

22    GISELLE MITCHELL-MARGERUM, RPR, CRI, CCR, LCR, ACCR, CSR

23    CALIFORNIA CSR 14424

24

25
```