| | |
|---|---|
| 1 | Robyn E. Bladow |
| 2 | KIRKLAND & ELLIS LLP<br>555 South Flower Street, Suite 3700 |
| 3 | Los Angeles, CA 90071<br>Telephone: (213) 680-8400 |
| 4 | robyn.bladow@kirkland.com |
| 5 | Martin L. Roth, P.C. (*pro hac vice*) |
| 6 | Alyssa C. Kalisky, P.C. (*pro hac vice*)<br>Zharna Shah (*pro hac vice*) |
| 7 | Taylor Rothman (*pro hac vice*)<br>KIRKLAND & ELLIS LLP |
| 8 | 333 West Wolf Point Plaza<br>Chicago, IL 60654 |
| 9 | Telephone: (312) 862-2000<br>martin.roth@kirkland.com |
| 10 | alyssa.kalisky@kirkland.com |
| 11 | zharna.shah@kirkland.com<br>taylor.rothman@kirkland.com |
| 12 | Olivia Adendorff, P.C. (*pro hac vice*) |
| 13 | Ethan Joel Levinton (*pro hac vice*)<br>Eugene Temchenko (*pro hac vice*) |
| 14 | KIRKLAND & ELLIS LLP<br>4550 Travis Street |
| 15 | Dallas, TX 75205<br>Telephone: (214) 972-1770 |
| 16 | olivia.adendorff@kirkland.com |
| 17 | ethan.levinton@kirkland.com<br>eugene.temchenko@kirkland.com |
| 18 | |
| 19 | *Attorneys for the Defendant PowerSchool Holdings, Inc.* |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| EMILY CHERKIN, et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>POWERSCHOOL HOLDINGS, INC.,<br><br>        Defendant. | CASE NO. 3:24-CV-02706-JD<br><br>**DECLARATION OF OLIVIA ADENDORFF IN SUPPORT OF DEFENDANT POWERSCHOOL HOLDINGS, INC.'S NOTICE OF MOTION AND MOTION FOR SANCTIONS** |

DECLARATION OF OLIVIA ADENDORFF        CASE NO. 3:24-CV-02706-JD

I, Olivia Adendorff, declare as follows:

1. I am an attorney at the law firm of Kirkland & Ellis LLP, a member in good standing of the bars of the State of Texas and the District of Columbia, and am admitted *pro hac vice* to practice before this Court. I am counsel for Defendant PowerSchool Holdings, Inc. ("PowerSchool") in this matter, and am one of the firm's attorneys chiefly responsible for this representation.

2. I submit this declaration in support of PowerSchool's Notice of Motion and Motion for Sanctions (the "Motion").

3. I have personal knowledge of the matters in this declaration, and I am competent to testify as to the matters set forth below.

4. On January 23, 2026, PowerSchool's counsel served the Motion on Plaintiffs' counsel.

5. Attached hereto as **Exhibit A** is a true and correct copy of excerpts of Plaintiff David Concepción's Responses and Objections to Defendant PowerSchool Holdings, Inc.'s First Set Interrogatories, dated February 28, 2025.

6. Attached hereto as **Exhibit B** is a true and correct copy of excerpts of Plaintiff L.M.C.'s Responses and Objections to Defendant PowerSchool Holdings, Inc.'s First Set of Interrogatories, dated February 28, 2025.

7. Attached hereto as **Exhibit C** is a true and correct copy of excerpts of Plaintiff M.M.C.'s Responses and Objections to Defendant PowerSchool Holdings, Inc.'s First Set of Interrogatories, dated February 28, 2025.

8. Attached hereto as **Exhibit D** is a true and correct copy of Plaintiff David Concepción's Verification of Plaintiff David Concepción's, L.M.C.'s, and M.M.C.'s Responses and Objections to Defendant PowerSchool Holdings, Inc.'s First Set Interrogatories, dated February 28, 2025.

9. Attached hereto as **Exhibit E** is a true and correct copy of the West Contra Costa Unified School District Board of Education Agenda for its October 7, 2020 meeting.

10. A search for the word "Schoology" in Plaintiffs Concepción's, L.M.C's, and M.M.C.'s document productions returned zero results.

11. On August 19, 2025, PowerSchool took the deposition of Plaintiff David Concepción. Attached hereto as **Exhibit F** is a true and correct copy of excerpts of David Concepción deposition testimony, dated August 19, 2025, in the above-captioned matter.

12. Attached hereto as **Exhibit G** is a true and correct copy of Defendant PowerSchool Holdings, Inc.'s Second Set of Requests for Admission to Plaintiffs L.M.C. and M.M.C., dated September 29, 2025.

13. On November 24, 2025, PowerSchool took the deposition of Plaintiff L.M.C. Attached hereto as **Exhibit H** is a true and correct copy of excerpts of L.M.C. deposition testimony, dated November 24, 2025, in the above-captioned matter.

14. On November 24, 2025, PowerSchool took the deposition of Plaintiff M.M.C. Attached hereto as **Exhibit I** is a true and correct copy of excerpts of M.M.C. deposition testimony, dated November 24, 2025, in the above-captioned matter.

15. Attached hereto as **Exhibit J** is a true and correct copy of Plaintiffs L.M.C. and M.M.C.'s Responses to Defendant PowerSchool Holdings, Inc.'s Second Set of Requests for Admission, dated October 29, 2025.

16. PowerSchool served Plaintiffs Concepción, L.M.C., and M.M.C. with a collective 194 written discovery requests.

17. On February 13 and 19, 2026, counsel met and conferred regarding the Motion. Plaintiffs' counsel stated in that meet and confer that Plaintiffs may file an amended complaint that removes the false statements raised in the Motion, but did not provide a date certain by which they would do so.

18. Attached hereto as **Exhibit K** is a true and correct copy of West Contra Costa Unified School District Item C.16 of the June 23, 2021, Board of Education Regular Meeting, the motion to Approve Amendment to Contract with PowerSchool for Pilot of Hoonuit Data Warehouse and Analytics Platform.

19. Attached hereto as **Exhibit L** is a true and correct copy of an excerpt of a document from PowerSchool's production, namely PWRSCHL_00008714.

20. After receiving permission from L.M.C and M.M.C's school district, West Contra, PowerSchool searched the data it hosts for the district and found no data related to an analytics product, including Unified Insights, for L.M.C. or M.M.C. Counsel for PowerSchool invited Plaintiffs' counsel to search the data PowerSchool hosts for West Contra, but Plaintiffs' counsel declined.

21. Attached hereto as **Exhibit M** is a true and correct copy of an email chain with Plaintiffs' counsel regarding the Motion.

DATED: February 27, 2026

Respectfully submitted,

KIRKLAND & ELLIS LLP

*/s/ Olivia Adendorff*
Olivia Adendorff, P.C.