# Exhibit D

**VERIFICATION**

I, David Concepción, declare under penalty of perjury that the information provided in Plaintiff's and his minor children L.M.C. and M.M.C.'s Responses and Objections to Defendant PowerSchool Holdings, Inc.'s First Set of Interrogatories in the matter of *Cherkin, et al. v. PowerSchool Holdings, Inc.* is based on information reasonably available to me and is true, correct, and complete to the best of my knowledge, information, and belief.

DATED this 28th day of February 2025.

David Concepción