# Exhibit E

## E. 4. Data and Reporting (15 Min)

**Item Type**

Discussion

**Contact Person**

Tony Wold, Ed.D., Associate Superintendent, Business Services
Tracey Logan, Associate Superintendent, Chief Technology Officer

**Recommendation**

To move the District forward, a long-term investment in appropriate data systems is essential. These systems will need to be thoughtfully designed to be able to be maintained by District staff to reduce the long-term reliance on outside vendors. To get to that place however, the initial data validation and design work must be done first in order to first pour a solid cement foundation. The first step in that process is to audit our SIS and MIS to ensure that we are using them to their fullest potential. This work is currently underway.

Data reporting beyond compliance and data driven decisions reliant on more than one system continue to be a challenge for us. Currently the staffing allocation process requires coordination of information from multiple data sources that do not connect together. Google Sheets for each school are used to incorporate enrollment projections with staffing formulas. A second sheet by school connects staffing assignments to student assignments. A third sheet connects teacher assignments to credentialing requirements. Another sheet is maintained to track vacancies and overages of staffing. Another sheet is then used to track actual ADA. All of these sheets are maintained and reconciled by staff. Making an error of just one FTE too many or too few for a teaching assignment results is a $100,000 cost to the District. The integrity, validity, and verification of this data is essential to avoid significant financial exposure.

Tonight, in the contracts we are bringing forward three (3) contracts to begin addressing the needs of our district in respect to creating the foundation for data reporting.

One contract is to begin the creation of “data placemats.” These are the infographic reports of performance data that will allow us to present Annual Measurement Objectives (AMO) results in easy to understand reports. This proof of concept contract will connect some of our most common programs to a reporting module to ensure that we can continue to support BB 9320 appropriately to be able to make fiscal decisions that support programs that effectively meet our adopted priorities.

The second contract is to create a BI (Business Intelligence) dashboard that will allow, in phase 1, staff to be able to audit and report MUNIS data in a much more user-friendly manner. This Power BI is being implemented at the Contra Costa County Office of Education for their MUNIS application as well. The ability to connect this data into ready to view dashboards and reports will

allow us to move away from the Google sheets that currently serve as the site and department budget over a period of time. Once Phase 1 is implemented and users are trained to utilize the data we will be able to work with the development team to create customized reports as well. This is essential to move to the goal of having up-to-date Position Control and Cash Flow as well as budget to actual reports available in a more timely and accurate manner.

Both of these projects are dependent upon the ability to ensure that the data inputted into both the SIS and MIS is accurate. In addition, there are other systems that are used by specific departments such as SEIS for Special Education, Document Tracking for the LCAP and LCP, and different assessment and survey tools that need to be linked to "talk" to each other. The proof of concept work with our third contract will create a data validation process to ensure that our budget and staffing are aligned in position control and that teachers credentialing is aligned to allocations and students needs and class size ratios are monitored. In addition, this linking will allow for more accurate vacancy reports connected back to the root assignment. Phase 1 will build links from the SIS to the MIS and bring the Google Sheets listed above into a dynamic dashboard that will not rely on human data input (ten-key) from a printed report for the other systems. This is the most complex part of working toward our goal of transparent data. The proof of concept will allow us to model the matching and links and complete data validation. Once that is met, the District will move to Phase 2 to operationalize these functions of enrollment, staffing, and budget. The detail work for this project is much more complex than the output reporting of the first two, but this work is the most essential part of the entire initiative.

We are excited to be able to begin to create solutions that address the long-standing data integrity and reporting issues with this work.

**Financial Impact**

The costs of the contracts are being covered with the CARES act funding which allows us to utilize the one-time funding to build a long-term solution.

**Supporting Documents**

Data Reporting Foundation_10.7.20.pdf

**Custom 1**

The District has been evaluating all of our internal and external data systems over the past year. Several of the key issues that have been identified as needs by the board and community is the access to readable, understandable and accurate information. This need crosses divisions.

The District currently uses PowerSchool as the Student Information System (SIS) with the add-on InfoSnap for enrollment. For the Management Information System (MIS) the District utilizes MUNIS with some budget data available through the Budget Transparency Tool. Both of these systems house essential data for required state submissions. However, the data in each system is not connected together which is essential for many functional requirements such as staffing allocation, program evaluation, and measurable outcomes. Neither system is configured with

reporting tools that provide information in formats that can be analyzed effectively by users.

The District does significant collaborative work through the utilization of Google Documents and Sheets, but again these are limited to the input of individuals. With the move to aligning Annual Measure Objectives to Contracts, the desire to have up-to-date Position Control and other Data available, and the need to produce reports and dashboards with community-friendly infographics, it is clear that our current suite of technologies is insufficient to meet our needs.

Created on 10/1/2020 at 2:55 PM PT by Debbie Haynie
Last Modified on 10/2/2020 at 12:00 PM PT by Debbie Haynie

**Board of Education Regular Meeting**
**10/07/2020 - 06:30 PM**
ZOOM WEB CONFERENCE
https://zoom.us/j/443916491

MEETING MINUTES

**Board Agenda Packets and Information:**
Board meeting agendas are available for review at the Administration Building, as well as available online at: http://www.wccusd.net

Documents that are public records and are provided to a majority of the governing board regarding an open session item on this agenda will be made available for public inspection in the District office located at 1108 Bissell Avenue, Richmond, CA 94801 during normal business hours. In addition, such writings and documents may be posted on the District's website as noted above.

**Viewing the Board Meetings:**
As authorized by the Governor's Emergency Executive Order issued on March 17, 2020, the West Contra Costa Unified School District Board of Education will conduct Board of Education meetings via video conference/teleconference until further notice. The meeting will be streamed via Zoom using the following link:

By computer, please click the link below to join the webinar:
https://zoom.us/j/443916491

Or by Telephone:
US: (669) 900 6833
Webinar ID: 443 916 491

**Participating in Board Meetings:**
As authorized by the Governor's Emergency Executive Order issued on March 17, 2020, the West Contra Costa Unified School District Board of Education will conduct Board meetings via video conference/teleconference until further notice.

Closed Session: 5:00 PM
Public Session: 6:30 PM

HOW TO ADDRESS THE BOARD: Due to the ongoing COVID-19 crisis, the manner in which Board of Education meetings are conducted has changed. Thank you in advance for your understanding and cooperation as we experiment with new ways to conduct the people's business while allowing for maximum participation and adhering to our values of respect and safety for the community.

This meeting will provide public comment opportunities through the Zoom app or by telephone. To indicate your desire to speak on an agenda item, "raise your hand" by clicking on the appropriate icon in the Zoom app or by pressing *9 if accessing the meeting by phone. In order to be recognized to speak, your hand must be "raised" before public comment begins for the item.

Due to the Brown Act, Board members cannot discuss items that are not on the agenda and do not usually respond to items presented in Public Comment.

Order of Business: ORDER OF BUSINESS MAY BE CHANGED WITHOUT NOTICE

SCAN ME

Scan the above QR code with your phone to view this meeting agenda on your phone.

**Attendance**

**Voting Members**
Stephanie Hernandez-Jarvis, President
Consuelo Lara, Clerk
Valerie Cuevas, Board Member
Tom Panas, Board Member
Mister Phillips, Board Member

**A. CLOSED SESSION**

President Hernández-Jarvis called the virtual meeting to order at 5:02 PM. The Board recessed into Closed Session.

**1. CALL TO ORDER**

**2. DISCLOSURE OF ITEMS TO BE DISCUSSED IN CLOSED SESSION - (Government Code 54957.7)**

**3. RECESS TO CLOSED SESSION AS SCHEDULED**

**1. Conference with Legal Counsel Regarding Anticipated Litigation**

**2. Conference with Labor Negotiators**

**3. Public Employee Appointment**

**4. Public Employee Discipline/Dismissal/Release/Complaint**

**5. Adjourn Closed Session and Reconvene Open Session**

**B. OPENING PROCEDURES**

President Hernández-Jarvis called the Public Session to order at 6:32 PM with the Pledge of Allegiance.

**1. Pledge of Allegiance**

**2. Welcome and Meeting Procedures**

President Hernández-Jarvis offered welcome and instructions to the public regarding the video conference meeting.

**3. Roll Call**

**Board Members Present:** Stephanie Hernández-Jarvis, Consuelo Lara, Tom Panas, Mister Phillips
**Board Members Absent:** Valerie Cuevas
**Student Representatives:** Caden Cotton-Blake; Stephanie Garcia-Avila

**Staff Present:** Rubén Aurelio, Chief Academic Officer; Matthew Duffy, Superintendent; Otilia Espinoza, Translator; Luis Freese, Associate Superintendent Maintenance & Operations; Kristen Hardy, SELPA Director; Debbie Haynie, Executive Secretary; Robert Jordan, Communications Director; Tracey Logan, Chief Technology Officer; David Oliver, IT Operations Supervisor; Roxanna Molina, Translator; Marci Williams, Chief Personnel Officer; Tony Wold, Associate Superintendent Business Services

**4. Report/Ratification of Closed Session**

Discussion took place regarding outcomes from Closed Session. The Board recessed back into closed session to confer.

Superintendent Duffy said there was nothing to report from Closed Session.

**5. Agenda Review and Adoption (Public Comment)**

The agenda was reordered and item E.1 recommended tabled until the next meeting.

**MOTION: Mr. Panas moved approval of the agenda as amended, including tabling item E.1 to the next meeting. Ms. Lara seconded. Ms. Lara, Mr. Panas, Mr. Phillips, Student Representatives Cotton-Blake and Garcia-Avila (advisory vote only), and President Hernández-Jarvis voted yes, with no abstentions and Ms. Cuevas absent. Motion carried 4-0-0-1.**

Motion made by: Tom Panas
Motion seconded by: Consuelo Lara
Voting:
Stephanie Hernandez-Jarvis - Yes
Consuelo Lara - Yes
Valerie Cuevas - Not Present
Tom Panas - Yes
Mister Phillips - Yes

**6. Approval of Minutes: September 9, 2020; September 16, 2020; September 23, 2020**

**MOTION: Mr. Panas moved approval of the minutes for September 9, 2020. Ms. Lara seconded. Ms. Lara, Mr. Panas, Mr. Phillips, Student Representatives Cotton-Blake and Garcia-Avila (advisory vote only), and President Hernández-Jarvis voted yes, with no abstentions and Ms. Cuevas absent. Motion carried 4-0-0-1.**

**MOTION: Mr. Panas moved approval of the minutes for September 16, 2020. Ms. Lara seconded. Ms. Lara, Mr. Panas, Mr. Phillips, Student Representatives Cotton-Blake and Garcia-Avila (advisory vote only), and President Hernández-Jarvis voted yes, with no abstentions and Ms. Cuevas absent. Motion carried 4-0-0-1.**

**MOTION: Mr. Panas approval of the minutes for September 23, 2020. Ms. Lara seconded. Ms. Lara, Mr. Panas, Mr. Phillips, Student Representatives Cotton-Blake and Garcia-Avila (advisory vote only), and President Hernández-Jarvis voted yes, with no abstentions and Ms. Cuevas absent. Motion carried 4-0-0-1.**

Motion made by: Tom Panas
Motion seconded by: Consuelo Lara
Voting:
Stephanie Hernandez-Jarvis - Yes
Consuelo Lara - Yes
Valerie Cuevas - Not Present
Tom Panas - Yes
Mister Phillips - Yes

**7. Resolution No. 26-2021: In Support of National Principals Month October 1-31, 2020**

**MOTION: Mr. Panas moved approval of Resolution No. 26-2021 In Support of National Principals Month. Ms. Lara seconded. Ms. Lara, Mr. Panas, Mr. Phillips, Student Representatives Cotton-Blake and Garcia-Avila (advisory vote only), and President Hernández-Jarvis voted yes, with no abstentions and Ms. Cuevas absent. Motion carried 4-0-0-1.**

Motion made by: Tom Panas
Motion seconded by: Consuelo Lara
Voting:
Stephanie Hernandez-Jarvis - Yes
Consuelo Lara - Yes
Valerie Cuevas - Not Present
Tom Panas - Yes
Mister Phillips - Not Present

**8. Resolution No. 27-2021: In Recognition of National Bullying Prevention Month**

Mr. Panas read the resolution aloud.

**MOTION: Mr. Panas moved approval of Resolution No. 27-2021: In Recognition of National Bullying Prevention Month. Mr. Phillips seconded. Ms. Lara, Mr. Panas, Mr. Phillips, Student Representatives Cotton-Blake and Garcia-Avila (advisory vote only), and President Hernández-Jarvis voted yes, with no abstentions and Ms. Cuevas absent. Motion carried 4-0-0-1.**

Motion made by: Tom Panas
Motion seconded by: Mister Phillips
Voting:
Stephanie Hernandez-Jarvis - Yes
Consuelo Lara - Yes
Valerie Cuevas - Not Present
Tom Panas - Yes
Mister Phillips - Yes

**9. Resolution No. 28-2021: In Recognition of National School Lunch Week**

**MOTION: Mr. Panas moved approval of Resolution No. 28-2021: In Recognition of National School Lunch Week. President Hernández-Jarvis seconded. Ms. Lara, Mr. Panas, Mr. Phillips, Student Representatives Cotton-Blake and Garcia-Avila (advisory vote only), and President Hernández-Jarvis voted yes, with no abstentions and Ms. Cuevas absent. Motion carried 4-0-0-1.**

Motion made by: Tom Panas
Motion seconded by: Stephanie Hernandez-Jarvis
Voting:
Stephanie Hernandez-Jarvis - Yes
Consuelo Lara - Yes
Valerie Cuevas - Not Present
Tom Panas - Yes
Mister Phillips - Yes

**10. Resolution No. 29-2021: In Recognition of Indigenous Peoples' Day**

Student Representative Garcia-Avila read the resolution aloud.

**MOTION: Mr. Panas moved approval of Resolution No. 29-2021: In Recognition of Indigenous Peoples' Day. Mr. Phillips seconded. Ms. Lara, Mr. Panas, Mr. Phillips, Student Representatives Cotton-Blake and Garcia-Avila (advisory vote only), and President Hernández-Jarvis voted yes, with no abstentions and Ms. Cuevas absent. Motion carried 4-0-0-1.**

Motion made by: Tom Panas
Motion seconded by: Mister Phillips
Voting:
Stephanie Hernandez-Jarvis - Yes
Consuelo Lara - Yes
Valerie Cuevas - Not Present
Tom Panas - Yes
Mister Phillips - Yes

**11. Resolution No. 39-2021: Week of the School Administrator - October 11-17, 2020**

**MOTION: Mr. Panas moved approval of Resolution No. 39-2021: Week of the School Administrator – October 11-17, 2020. President Hernández-Jarvis seconded. Ms. Lara, Mr. Panas, Mr. Phillips, Student Representatives Cotton-Blake and Garcia-Avila (advisory vote only), and President Hernández-Jarvis voted yes, with no abstentions and Ms. Cuevas absent. Motion carried 4-0-0-1.**

Motion made by: Tom Panas
Motion seconded by: Stephanie Hernandez-Jarvis
Voting:
Stephanie Hernandez-Jarvis - Yes
Consuelo Lara - Yes
Valerie Cuevas - Not Present
Tom Panas - Yes
Mister Phillips - Yes

Dr. Wold offered an apology for offensive language at a separate meeting, acknowledged the inappropriateness, and thanked a colleague for pointing out his wrongdoing.

**12. WCCUSD Public Comment**

Estela DePaz, Zelon Harrison

**C. BUSINESS ITEMS - CONSENT ITEMS**

**MOTION: Mr. Panas moved approval of Consent Items C.2, C.3, C.4, C, 7 - C.9. Ms. Lara seconded. Ms. Lara, Mr. Panas, Mr. Phillips, Student Representatives Cotton-Blake and Garcia-Avila (advisory vote only), and President Hernández-Jarvis voted yes, with no abstentions and Ms. Cuevas absent. Motion carried 4-0-0-1.**

Motion made by: Tom Panas
Motion seconded by: Consuelo Lara
Voting:
Stephanie Hernandez-Jarvis - Yes
Consuelo Lara - Yes
Valerie Cuevas - Not Present
Tom Panas - Yes
Mister Phillips - Yes

**1. Contracts**

This item was pulled for separate discussion and action.

Mr. Panas had questions about budget information, funding and annual measurements of outcomes. Dr. Wold provided the information requested regarding funding. Mr. Panas asked that the contracts regarding Calculus Round Table and Equal Opportunity Schools be pulled from this action for revision.

**MOTION: Mr. Panas moved approval of Consent Item C.1 Contracts with the exception of Calculus Roundtable and Equal Opportunity Schools to allow for revisions. Mr. Phillips seconded. Ms. Lara, Mr. Panas, Mr. Phillips, and President Hernández-Jarvis voted yes, with no abstentions and Ms. Cuevas absent. Motion carried 4-0-0-1.**

Motion made by: Tom Panas
Motion seconded by: Mister Phillips
Voting:
Stephanie Hernandez-Jarvis - Yes
Consuelo Lara - Yes
Valerie Cuevas - Not Present
Tom Panas - Yes
Mister Phillips - Yes

**2. CalPERS Retiree Health Care Resolutions- for those retiring after December 31, 2006 and before July 1, 2010**

**3. CalPERS Retiree Benefits Resolutions- for those retiring prior to January 1, 2007**

**4. Approve Resolution No. 40-2021 To Join School Employers of California (SEAC) Joint Powers Authority**

**5. Acceptance of Agreements for Placement of Student and/or Teacher Interns**

This item was pulled for separate discussion and action.

Mr. Phillips inquired about how placement of student interns was determined. Ms. Williams will provide more information in a Friday Letter.

**MOTION: Mr. Phillips moved approval of Consent Items C.5 Acceptance of Agreements for Placement of Student and/or Teacher Interns. Mr. Panas seconded. Ms. Lara, Mr. Panas, and President Hernández-Jarvis voted yes, with no abstentions and Ms. Cuevas absent. Motion carried 4-0-0-1.**

Motion made by: Mister Phillips
Motion seconded by: Tom Panas
Voting:
Stephanie Hernandez-Jarvis - Yes
Consuelo Lara - Yes
Valerie Cuevas - Not Present
Tom Panas - Yes
Mister Phillips - Yes

**6. Apple Technology for Stege with T-Mobile Data**

This item was pulled for separate discussion and action.

Mr. Phillips asked about using iPads at this school when other schools used Chromebooks. Ms. Logan explained a 2014 opportunity through ConnectEd for Stege for infrastructure upgrades, devices and professional development to become an Apple school. Since that time the school has invested in the technology and wanted to continue with those devices and applications. Mr. Phillips asked how it had made a difference. Ms. Logan said there was not much of a cost difference, being essentially the same with Wi-Fi enabled devices so the District is not spending on hotspots. Mr. Aurelio spoke about Stege coming off the CSI list in 2018-2019 and having improved academically.

Mr. Panas asked about software systems that cannot be used by iPads. Ms. Logan responded that there was essentially the same compatibility.

Mr. Phillips had comments about the investment to the school and asked for a Board presentation to share the outcomes and improvements.

**MOTION: Mr. Phillips moved approval of Consent Item C.6 Apple Technology for Stege with T-Mobile Data. Mr. Panas seconded. Ms. Lara, Mr.**

**Panas, Mr. Phillips, and President Hernández-Jarvis voted yes, with no abstentions and Ms. Cuevas absent. Motion carried 4-0-0-1.**

Motion made by: Mister Phillips
Motion seconded by: Tom Panas
Voting:
Stephanie Hernandez-Jarvis - Yes
Consuelo Lara - Yes
Valerie Cuevas - Not Present
Tom Panas - Yes
Mister Phillips - Yes

**7. Ratification of Negotiated Bond Change Orders**

**8. Ratification of Negotiated Non-Bond Change Orders**

**9. Citizens' Bond Oversight Committee (CBOC) Appointment: Maisha Cole**

**D. COMMITTEE COMMUNICATION**

**1. Superintendent's Report**

Superintendent Duffy provided a report of activities and events in the District.

**2. Student Board Member Report**

Student Representative Cotton-Blake shared about school and classes, as well as work with Director William McGee on a program to be integrated into Friday Wellness regarding financial literacy opportunity information for students.

**3. Standing Reports**

African American Site Advisory Team (AASAT). Zelon Harrison clarified her request for data in order to provide to parents.

Citizens' Bond Oversight Committee (CBOC). Chairperson Don Gosney spoke about reports made available to the public and about the recent joint meeting held via zoom. He spoke of the value of meetings to provide opportunity to discuss issues and recapped topics discussed. He also spoke about incoming board members, vacant seats on the committee, compliance, and the CBOC website. The next meeting was scheduled for October 19, 2020, 2:00 PM.

West Contra Costa Administrators Association (WCCAA). Jose DeLeon thanked school administrators for their work to support students, teachers, parents and classified staff. He also thanked staff for the long hours to support the race and equity work. He acknowledged the recent WCCAA candidate night which was also available on the organization's website for viewing. He concluded by saying that administrators would continue the work on behalf of students.

Student Representatives Cotton-Blake and Garcia-Avila left the meeting for the evening.

**E. DISCUSSION ITEMS AND REPORTS**

**1. Practices for African American Student Support & Services (PAASSS) Update (30 Min)**

This item was tabled to the next meeting.

**2. Special Education: Update Local Plan Board Policy and Introduce Significant Disproportionality (30 Min)**

Ms. Kristen Hardy provided background regarding the District's Special Education Local Plan Area and changing legislation that resulted in a revision to Board Policy 6159.2 Nonpublic, Nonsectarian School and Agency Services for Special Education. She also provided information regarding the status of significantly disproportional for African American students as eligible for special education. She spoke about the process to address and correct along with a timeline for submission of a report to the California Department of Education.

**Public Comment:**
Zelon Harrison, Ada Narvaez

**Board Comment:**
President Hernández-Jarvis spoke about the federal program monitoring guidelines and services provided to English Language Learners along with this matter, and said she would discuss holding a special meeting to address how to provide the best education for African American and ELL students.

Mr. Panas talked about his disappointment in learning about this finding after such a length of time had passed. Superintendent Duffy responded with information regarding disproportional findings for the District and County Office of Education guidance. Mr. Panas continued to remark about sharing with the Board in order to provide appropriate to support in decision making. He inquired about the next steps. Ms. Hardy responded and shared information regarding the work ahead, assembling of data and generation of action steps. She shared her experience in going through this process in other districts. Mr. Panas had additional questions about stakeholder involvement to which Ms. Hardy responded.

Ms. Lara facilitated while President Hernández-Jarvis stepped away.

Mr. Phillips spoke about the District finding itself facing problems and bringing to the Board in a timely manner. He continued to speak about students being overidentified as emotionally disturbed and conversations regarding mental health services. He talked about overidentifying African American students as emotionally disturbed and the labeling of students. He continued to speak about an outside facilitator to manage the race and equity work taking place in the District. He said he thought a structural problem existing and not having the ability to lead the discussion ourselves.

President Hernández-Jarvis returned to the meeting.

Ms. Lara talked about her teaching experience and this issue as an ongoing matter for concern. She spoke about seeing specifics and expressed interest in the root cause analysis. She supported the active engagement of staff and the community of practices with key people, along with communication about the work.

President Hernández-Jarvis asked specific questions from the presentation for clarity. Ms. Hardy responded and offered to provide written information to the Board. Dr. Wold provided information about the federal apportionment funding secured for this focused work as implementable and sustainable. President Hernández-Jarvis asked for additional information about the root cause analysis in order to provide better awareness.

**3. First Reading: Revisions to Board Bylaw 9270 (10 Min)**

Dr. Wold spoke about the recent Citizens' Bond Oversight Committee meeting, audit findings, and a business ethics expectations policy to address vendors, contractors and others doing business with the District. He noted the current Conflict of Interest bylaw revision to accommodate this information requirement. He pointed out the revisions and said once approved it will validate the closure of one of the Forensic Investigation Recommendations. Dr. Wold asked the Board to review, saying the policy would return to the next meeting for approval.

**Public Comment:**
None

**Board Comment:**
Mr. Panas shared his thoughts about the revised policy and inquired about disclosure of campaign contributions. He suggested another approach and provided some language based on campaign finance reform legislation regarding a district policy about not doing business with vendors or organizations that had made donations to specific activities involved with the District. Mr. Panas asked the Board to consider that kind of approach rather than based only on disclosure of contributions. Dr. Wold cautioned about prescriptive language and entities that might be unintentionally folding into a long list. Dr. Wold said he thought disclosure allowed for nuances to be addressed prior to entering into any contract.

Mr. Phillips had comments regarding individuals knowingly being a member of an organization that made a contribution and the constitutional right of companies to make direct donations. He continued to say that there was a need to look at how funds are funneled between organizations and how organizations support candidates.

Ms. Lara remarked about contributions to candidates for Board of Education seats and appropriateness of donors to sit on committees. She spoke about guarding school funds and processes, modeling ethical standards. She said she supported looking into campaign contributions and having further conversation.

President Hernández-Jarvis suggested a second reading or taking the policy to Governance Committee for review. She also wanted to provide opportunity for Ms. Cuevas to weigh in with her thoughts. Dr. Wold asked to bring it to the next meeting for further discussion in order to keep before the Board during the election season. He asked Trustees to send proposed revisions to be incorporated in to the policy for further discussion.

Board member discussion continued.

**4. Data and Reporting (15 Min)**

Ms. Logan provided a proposal regarding proof of concept investments to solidify data reporting. She said the areas of focus included understanding current data and what data was needed, and organizing data and building trust in the data. She continued to note the challenge of data reporting beyond compliance and reliance of multiple systems. She talked about the current technology systems used. Dr. Wold spoke about use and current challenges. He shared information about systems that would fit into a larger plan. Ms. Logan concluded about multi-year processes and work this year to focus on data inputs and data outputs with onetime investments.

**Public Comment:**
Petronila Fernandes, Zelon Harrison, Estela DePaz, Ada Narvaez

**Board Comment:**
Mr. Panas had specific questions from the presentation. Dr. Wold provided clarification for tying PowerSchool and Munis employee systems to enable dynamic reports. Ms. Logan and Ms. Williams talked about the year-long upgrade to Munis that will become effective in December. Mr. Panas asked about anticipated investment over the next three years. Dr. Wold shared information about training for internal staff and a similar annual investment over the three years.

Mr. Phillips recalled meeting with parents several years ago regarding development of a data resolution and noted the slow progress. He talked about the necessity and implementation with fidelity to last for a long period of time. He acknowledged the frustration expressed by some of the public comment and said he supported the direction.

Ms. Lara talked about distance learning making everyone aware of the shortcomings of current technology and the need to be address. She agreed that about the necessity and appreciated the in-house maintenance and training.

President Hernández-Jarvis said she appreciated the clarification around the use of data and current limitations, and looked forward to making data more accessible for doing business. She talked about data in a way that was shareable and useful but expressed concern about funding. Dr. Wold provided information for clarification about use of CARES Act funds.

**F. ACTION ITEMS**

**1. Public Hearing and Approval of Resolution No. 25-2021: Grades Transitional Kindergarten-12 Textbook and Instructional Materials Compliance for Fiscal Year 2020-2021 (15 Min)**

Mr. Aurelio spoke about how this year was different with the distance learning format and inability to count textbooks in classrooms, but rather relying on teacher submitted verifications as well as online components.

President Hernández-Jarvis opened the public hearing.

**Public Comment:**
Petronila Fernandes, Zelon Harrison

President Hernández-Jarvis closed the public hearing.

**Board Comment:**
Mr. Panas inquired about instructional materials not picked up by students. Mr. Aurelio responded with information about the use of First Student to deliver supplies. Mr. Aurelio also responded about electronic devises and curriculum through engagement tracking. Mr. Panas asked about students not engaged in distance learning. Mr. Aurelio responded that all enrolled students were engaged.

Mr. Phillips asked Ms. Logan whether every student had internet connectivity. Ms. Logan responded that anyone that did not have connectivity had access to a hotspot. He continued to speak about communities where hotspots did not work well and public housing were connectivity was lacking. Ms. Logan responded with information about swapping devices with those of another carrier for better connectivity and providing individual devices per student. She asked that any student still needing connection to please contact her, saying that inventory was available for any student having issues. Mr. Phillips continued with questions about any child that had not signed in. Ms. Logan affirmed that all students have signed in through attendance engagement and their Chromebook connectivity. Mr. Phillips asked whether any students were still missing. Dr. Wold provided clarification about over anticipated kindergarten numbers and students who had never enrolled. Superintendent Duffy clarified that every child enrolled has been engaged in learning. Discussion continued with Mr. Phillips talking about students and families challenged with use of devices. He requested providing an independent study option for families and opening of pods at school district sites.

Ms. Lara talked about school buildings closed for seven months and staff doing a great job.

President Hernández-Jarvis asked about measuring sufficiency in distance learning and collection of teacher materials acknowledgments. Mr. Aurelio clarified this sufficiency was based on the adopted core list of materials and access components. He provided additional clarification. President Hernández-Jarvis had additional questions and Mr. Aurelio responded about a list of adopted core materials.

**MOTION: President Hernández-Jarvis motioned to extend the meeting to 10:45 PM. Mr. Panas seconded. Mr. Panas, Mr. Phillips and President Hernández-Jarvis voted yes, Ms. Lara voted no, with no abstentions and MS. Cuevas absent. Motion carried 3-1-0-1.**

**MOTION: Mr. Panas moved approval of Resolution No. 25-2021: Grades Transitional Kingerten-12 Textbooks and Instructional Materials Compliance for Fiscal year 2020-2021. Ms. Lara seconded. Ms. Lara, Mr. Panas, Mr. Phillips, and President Hernández-Jarvis voted yes, with no abstentions and Ms. Cuevas absent. Motion carried 4-0-0-1.**

<u>Motion made by:</u> Tom Panas
<u>Motion seconded by:</u> Consuelo Lara
<u>Voting:</u>
Stephanie Hernandez-Jarvis - Yes
Consuelo Lara - Yes
Valerie Cuevas - Not Present
Tom Panas - Yes
Mister Phillips - Yes

2. **Administrative Building Exterior Painting (5 Min)**

Mr. Freese reported that unforeseen work at site resulted in the ten percent change order.

**Public Comment:**
None

**Board Comment:**
None

**MOTION: Mr. Panas moved approval of Administrative Building Exterior Painting. Mr. Phillips seconded. Ms. Lara, Mr. Panas, Mr. Phillips, and President Hernández-Jarvis voted yes, with no abstentions and Ms. Cuevas absent. Motion carried 4-0-0-1.**

<u>Motion made by:</u> Tom Panas
<u>Motion seconded by:</u> Mister Phillips
<u>Voting:</u>
Stephanie Hernandez-Jarvis - Yes
Consuelo Lara - Yes
Valerie Cuevas - Not Present
Tom Panas - Yes
Mister Phillips - Yes

The agenda returned to remaining consent items.

## G. COMMENTS FROM THE BOARD OF EDUCATION AND FUTURE AGENDA ITEMS

Mr. Panas said he enjoyed the recent UC Berkeley grading for equity training, noting another training coming up in the next week. He also commented on involvement in community events.

Mr. Phillips bid everyone a good night.

President Hernández-Jarvis reminded the public to observe social distancing guidelines and supporting one another, supporting students through distance learning.

## H. THE NEXT SCHEDULED BOARD OF EDUCATION MEETING

Video Conference - October 21, 2020

**I. ADJOURNMENT**

President Hernández-Jarvis adjourned the meeting at 10:46 PM.

# Building the foundation for Data Reporting

## October 7, 2020

# Building a strong data foundation

To be data-driven, we need a strong data foundation focused on 3 areas:

- **Understanding the data we have and the data we need**—and what key problems we are trying to solve to drive data-based insights.
- **Organizing that data**. After we have the right data, we need to streamline, organize and integrate it—which typically involves data in the cloud and other emerging data storage and integration technologies.
- **Building trust in the data**. It needs to be transparent and secure, with good data governance, data quality and data cleansing processes in place.

# Our Challenge

Data reporting beyond compliance and data driven decisions reliant on more than one system continue to be a challenge for us

# Data Systems in WCCUSD



# Data Inputs vs. Outputs



# Challenge use case: Staffing Allocations

Currently the staffing allocation process requires coordination of information from multiple data sources that do not connect together.

1. A Google Sheet per school is used to incorporate enrollment projections w/ staffing formulas.
2. A second sheet by school connects staffing assignments to student assignments.
3. A third sheet connects teacher assignments to credentialing requirements.
4. Another sheet is maintained to track vacancies and overages of staffing.
5. Another sheet is then used to track actual ADA.

All of these sheets are maintained and reconciled by staff. Making an error of just one FTE too many or too few for a teaching assignment results isn a $100,000 cost to the District. The integrity, validity, and verification of this data is essential to avoid significant financial exposure.

# Suite of 3 tools we need to build our data reporting foundation (outputs)



# 1: Data Placemats




**<u>What</u>** Annual Measurable Outcome results in easy to understand infographic reports

**<u>Why</u>** Allow us to make fiscal decisions aligned to our priorities

WCCUSD 10/7/2020 Page 19 of 24

# 2: Business Intelligence Dashboard




**What** Audit and report MUNIS HR & Finance data in a user friendly format

**Why** Move away from Google sheets

Contra Costa County Office of Ed is currently implementing

# 3: Data validation process



**What** Build links from PowerSchool to Munis and bring staffing, budget, and enrollment data into visual dynamic dashboard for data validation

**Why**

Ensure data accuracy in real time

- Budget and staffing are aligned in Position Control
- Teacher credentialing is aligned to allocations
- Student needs and class size ratios are monitored

# A multi-year process: Our work this year

Focus on the data inputs:

- Audit our two primary data systems PowerSchool & Munis ✓
- Upgrade Munis in December ✓
- Process map cross-departmental processes to identify gaps and opportunities for increasing data accuracy ✓
- Build PowerSchool eCollect to tag and track student interventions ✓

Focus on the data outputs:

- Align with CC County to build Munis Finance & HR PowerBI report dashboard
- Build data validation audit for PowerSchool and Munis data to help central leaders to make real time staffing and financial decisions
- Build data placemats focused on AMO results
- Pilot internal PowerBI student data dashboards semester 2
- Build sustainability plan and internal staff capacity building

# A multi-year process: Next Year

<u>Inputs:</u>

- Decrease the number of data silos: Collapse one-off data collection into our two primary data systems SIS & MIS
- Strengthen systems (MUNIS, PowerSchool) to address end-user needs
- Focus on data governance and data accuracy beyond compliance

<u>Outputs:</u>

- Build out districtwide internal student data reporting dashboards using PowerBI
- Build out data linking for all major district data systems (PS, Munis, SEIS, Ren Learn, etc)
- Build <u>public</u> dashboards using PowerBI aligned to Roadmap
- Expand and scale Data Placemats for AMO program evaluation
- Continue to build internal staff capacity

# Thank you for helping us meet our challenge