# Exhibit F

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

EMILY CHERKIN, et al.,
Plaintiffs,
vs. No. 3:24-CV-02706-JD
POWERSCHOOL HOLDINGS, INC.,
Defendants.
/

VIDEOTAPED DEPOSITION OF DAVID CONCEPCION

Stenographically Reported by
ANGELA SINCLAIR, CSR No. 13902
RDR, RMR, RPR, CRR, CCRR

August 19, 2025

its communication platform?
A. Yes.
Q. And I believe I might have just asked this, but other than what we've discussed here today, do you recall ever receiving any other kind of email from PowerSchool or that you believe is attributed to PowerSchool?
A. I receive regular emails from the district, and I've never even noticed if it's coming from PowerSchool or ParentSquare or Rackspace. But just in the last week we've received at least six emails between the school district, the parent -- the superintendent, the principal, the teacher.
Q. One other way that you mentioned you've used PowerSchool is to look up school grades, track attendance, and fill what I think are called annual school forms?
A. Yes.
Q. Is that --
A. I didn't say that I look up school grades through there but they are available through there. I look up attendance and I do the parent forms through there.
Q. Okay. And is that all via the ParentSquare app on your phone?

A. Yes.
Q. Sorry, I got a little bit behind.
Let me show you what we're going to mark as Exhibit 11, and this is Tab 12.
(Defendant's Exhibit 11 was marked.)
BY MR. TEMCHENKO:
Q. Does this sign-in page look familiar to you at all?
A. I can't say it does. I. . .
Q. So you don't recall ever going on a sign-in page that looks like it?
A. I don't even recall what it looks like. I don't even recall my username for my app 'cause it's connected to my face.
Q. Do you ever recall visiting wccusd.powerschool.com/public?
A. I recall using the school district website. I don't recall specifically looking at that website.
Q. So I'm not going to ask you to demonstrate this, but basically if you wanted to check everything that we've done, everything that we've talked about, communicate with the teachers, please describe for me the steps that you would go through.
A. I flip open my phone, I go to the ParentSquare app, it opens up with my facial

recognition or it might be even memorized on my -- my username and password maybe probably are already stored in my phone, and then I go through the app to send a communication or to look up whatever I'm looking up.

Q. Let me go ahead and show you one more exhibit that we're going to mark. This is going to be Defendant's Exhibit 12.

(Defendant's Exhibit 12 was marked.)

BY MR. TEMCHENKO:

Q. I believe I know the answer to this question, but does this sign-in page look familiar to you?

A. I'm going to say no. It looks very similar to the previous one just with the logo from the school, but I don't recall that website, that sign-in page.

Q. Other than what we discussed today, can you think of any other way that you've interacted with what you think might be a PowerSchool product?

MS. SIEHL: Object to the form.

You can answer.

THE WITNESS: I don't believe so.

BY MR. TEMCHENKO:

Q. Okay. Let's now focus on your children.

us to make sure that they put their information through the Schoology or the Schoology program.

Q. Other than Schoology, can you name any PowerSchool product that L.M.C. or M.M.C. may have used?

A. I don't know what other products they own or produce. I know that they make a couple, but I don't know which ones they are.

Q. Well, can you think of any that L.M.C. or M.M.C. may have used that you believe might be associated with PowerSchool?

A. Not off the top of my head.

Q. Can you describe for me generally how do they use Schoology, how do they log in, what does it look like?

A. So they log in through their school login and username which is the one that they access to use their school laptops.

Q. Do they log in, is it like a Google sign-in page, is it a different sign-in page? What does it look like? Do you recall?

A. I know they use Google for a lot, so it might be a Google sign-in page. I'm not sure.

Q. Have you seen them use this product?

A. Yes.

Q. Let me go ahead and show you what we're going to mark as Exhibit 13.

(Defendant's Exhibit 13 was marked.)

BY MR. TEMCHENKO:

Q. And this is Tab 19. So this is a set of screenshots that we just pulled online of various dashboards, and I'd like you to take a look at the four of them on the first page, second page, third page, and fourth page.

Do any of these resemble the dashboard that your kids use?

A. Yes. I don't know the name or the -- one, two, three, four. Page 4.

Q. Okay. So the last page is the one that they use?

A. Right.

Q. Do any of these other ones look remotely familiar?

A. Page 1 does or -- page 1 does look familiar, but page 4 is the one that I believe that they use the -- that looks most like what they've been using for the past five or six years or I guess throughout their whole life at this school.

Q. Can you please describe for me how L.M.C. and M.M.C. use this classroom product?

A. They access it to sometimes communicate with their teacher. They use it to find out what their assignments are for the day or the week or throughout the year.

Sometimes we -- they receive, what is it? -- a transportation form for a school trip and then we have to fill it out and sign it. They submit homework assignments through it as well. So either they'll do the homework on one of these apps that are on this program or they'll take a picture of it after they write it with their laptop and submit it through the app.

And I'm not sure if there's any other ways, but. . .

Q. Do your kids use any other kind of electronic or digital software app or otherwise to submit information or receive information from the school?

A. They have a school-assigned email address. I'm not sure if that's what you're asking, but. . .

Q. Other than the school-assigned email address and this classroom app that they use, is there any other app that you believe they use to submit information to the school or receive information from the school?

A. Not to my knowledge.

Q. The information that your kids submit to the school, can you describe generally what kind of -- is there anything private there, is there anything personal to them, any of their private information that they submit?

MS. SIEHL: Object to the form.

You can answer.

THE WITNESS: Yes. L.M.C. in particular has written poems that are very personal to her and has submitted that to the teacher for processing and for grading. They've written stories about their family composition, they've written stories about personal trips that we've done or interactions with family members. That is personal information.

BY MR. TEMCHENKO:

Q. And all of that information to the best of your knowledge is submitted through this classroom app that is pictured as page 4 of Exhibit 13; is that correct?

A. Sometimes. Not always, but yes, they have used the app for that.

Q. What else have they used to submit essays, poems, and homework on these personal topics?

A. They'll just write it and submit it manually

announces StudentSquare; is that right?

A. Yes.

Q. Do you know what StudentSquare is?

A. I don't because when this email was sent out, my kids were not in sixth through twelfth grade.

Q. So your kids have not used StudentSquare for communication?

A. No. My daughter will be using it this year.

Q. In the second paragraph under "Why is WCCUSD launching StudentSquare?" -- and, by the way, do you guys call it WCCUSD? Is there like a faster --

A. Yeah, that's it. No, that's the shortest it gets.

Q. That's still terribly long.

So under the second paragraph "Why is WCCUSD launching StudentSquare?" it says, "Students already receive direct communication from teachers through Google Classroom but do not have a direct, digital way of receiving communication from school administrators about key topics like safety updates and academic planning."

Do you recall your children using Google Classroom?

A. Yes.

Q. What do they use Google Classroom for?

A. They use it for -- similar to this app, they've used it in the past when -- during the pandemic specifically to communicate with the teachers, to submit information. Some of the teachers didn't know how to use an app at the beginning of COVID so they would use only Google, and that's what they would use.

Q. So aside from Google Classroom and this app that's pictured on page 4 of Exhibit 13, have your kids used any other classroom app, communication app, or school-issued app?

A. I don't know.

Q. Do you believe that Google Classroom is affiliated with PowerSchool?

A. I don't know that.

Q. Have you asked your school about any relationship between Google Classroom and PowerSchool?

A. I have not.

Q. Other than what we discussed today, can you think of any text or email that you sent to your school via PowerSchool app?

A. I'm sure there are many, but I don't -- I can't recall any additional ones.

Q. And would they all be through the

ParentSquare app?

A. Yes.

Q. Can you think of any text or email address that L.M.C. or M.M.C. would have sent to the school that you believe was done through a PowerSchool app?

MS. SIEHL: Objection. You can answer.

THE WITNESS: Can you repeat the question?

BY MR. TEMCHENKO:

Q. Yeah. Can you think of any text or email that L.M.C. and M.M.C. have sent to your school that you believe has been through a PowerSchool app other than what we've discussed here today?

A. Oh, no, not other than what we've discussed.

Q. And other than what we've discussed today, have your children had any other interaction with PowerSchool as far as you know?

MS. SIEHL: Object to the form.

You can answer.

THE WITNESS: Not as far as I know.

BY MR. TEMCHENKO:

Q. Can you think of any EdTech product, you know, any kind of digital product, classroom product, information system, communication system that your school uses that has AI features built into it that L.M.C. or M.M.C. have used?

A. I'm not familiar with a lot of these, so I don't know if they're vendors or not. But if you're saying that. . .

Q. Well, do you see that's -- and this is from 2020. Do you see that in 2020 the communications provider for West Contra Costa Unified School District was Blackboard? That's right in the middle of the page.

Do you see that?

A. I do see that.

Q. Do you believe there's any affiliation between PowerSchool and Blackboard?

MS. SIEHL: Object to the form.

You can answer.

THE WITNESS: I don't know. I can't make that assumption.

BY MR. TEMCHENKO:

Q. Do you believe that PowerSchool was responsible for district communication at this time?

A. I don't know. I can't make that assumption either.

Q. On the right side under "Teaching and Learning," do you see there's a green box that lists several vendors or several boxes with names in 'em?

A. Yes.

Q. Do you see that one of them is Clever?
A. Yes.
Q. Are you familiar with Clever?
A. Yes.
Q. What is Clever?
A. It's another platform that the students used and still use with different programs for them to learn different things, different subjects.
Q. Do you see Schoology listed anywhere on this -- on this page?
A. I do not.
Q. Have you seen any reference to Schoology in any of the documents from your school or concerning your school?
MS. SIEHL: Object to the form.
You can answer.
THE WITNESS: On this record, on this document? No.
BY MR. TEMCHENKO:
Q. And more generally, when you were handing over documents to your -- to your lawyers, did you see any reference to Schoology? Are you aware of any document that references Schoology?
MS. SIEHL: Same objection.
THE WITNESS: I don't recall.

BY MR. TEMCHENKO:

Q. If PowerSchool is not actually providing Schoology to West Contra Costa Unified School District, would that surprise you?

A. I'm not aware. So I don't know.

Q. Okay. Let me go ahead and show you what we're going to mark as Exhibit 17?

MS. YI: 17.

MR. TEMCHENKO: 17. That's Tab 25.

(Defendant's Exhibit 17 was marked.)

BY MR. TEMCHENKO:

Q. I want to talk a little bit about data sharing in a little bit more detail.

A. Thank you.

Q. So this is another summary of contracts for approval for the board also from 2020. And the one I'd like you to focus on is on the second page. The name of the contractor vendor is Beauty Scholars.

And so I'll represent to you that this is also from your school board's website. This is a list of vendors that they wanted to hire and they were asking the board to approve, and this is the summary that they were providing.

If you look for what's their summary of the services that they're providing from the bottom, it

A. Yes.
Q. Okay. When did you go to www.PowerSchool.com?
A. I believe that's the website when I initially got the app that I was redirected to or directed to.
Q. Okay. And so -- and by "the app" are we talking about the ParentSquare app, or is there another app?
A. The ParentSquare app.
Q. Okay. And so you believe that when you were installing that app it directed you to www.PowerSchool.com?
A. Possibly. And if not, the links that come through on the text messages from the school direct me through PowerSchool.com.
Q. Okay. And so when we're talking about, then -- sorry. Let me restart that.
So when I say www.PowerSchool.com, are you thinking of then the Parent Portal or are you thinking of something else?
A. (No verbal response.)
Q. You know, let me, actually --
A. I'm probably -- yeah, you're right. I'm probably thinking about the Parent Portal.

Q. Well, you know, let me actually try to use this nice laptop that was prepared for once and I will pull up the web page.

I'm typing in www.PowerSchool.com into the browser, and I just would like to know if you have gone to this page before.

A. I don't believe I have.

Q. Okay. And just for the record to confirm, what's currently in front of you is a web page with the address www.PowerSchool.com.

And it is your testimony that you do not believe that you have visited this page before; is that correct?

A. Correct.

Q. Let me go ahead and show you what we're going to mark as Defendant's Exhibit 19.

(Defendant's Exhibit 19 was marked.)

MR. TEMCHENKO: It's a big one.

MS. SIEHL: Heavy.

BY MR. TEMCHENKO:

Q. Now, sir, do you know what this document is?

A. Do I -- have -- do I know what the title is or have I seen this document or. . .

Q. You know, let me start with that. Have you seen this handbook before?

REPORTER'S CERTIFICATE

I, ANGELA SINCLAIR, a Stenographic Certified Shorthand Reporter, holding a valid and current license issued by the State of California, duly authorized to administer oaths, do hereby certify:

That DAVID CONCEPCION, in the foregoing deposition named, was present and by me sworn as a witness in the above-entitled action at the time and place therein specified.

That said deposition was taken before me at said time and place, and was taken down in shorthand by me and was thereafter transcribed into typewriting, and that the foregoing transcript constitutes a full, true and correct report of said deposition and of the proceedings that took place.

The dismantling, unsealing, or unbinding of the original transcript will render the Reporter's Certificate null and void.

Should the signature of the witness not be affixed to the deposition, the witness shall not have availed himself/herself of the opportunity to sign or the signature has been waived.

I further certify that I am neither counsel for nor related to any party in the foregoing deposition and caption named nor in any way interested in the outcome thereof.

That before completion of the proceedings, review of the transcript was NOT requested pursuant to Federal Rule 30(e).

IN WITNESS WHEREOF, I have hereunder subscribed my hand this 3rd day of September 2025.

ANGELA SINCLAIR, CSR No. 13902
RDR, RMR, RPR, CRR, CCRR
State of California