# Exhibit H

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

-----------------------------------------

EMILY CHERKIN, et al.,
Plaintiffs,
vs.
Case No. 3:24-CV-02706-JD

POWERSCHOOL HOLDINGS, INC.,
Defendant.

-----------------------------------------

REMOTE VIDEO DEPOSITION OF L.M.C.

Monday, November 24, 2025
9:11 a.m. (PST)

Reported by:
Jaclyn Urzia, RPR, CRR
Job No. 2025-1004245

personal laptop.

Q Okay. So it's just like Google? Do you use some kind of apps, some kind of web pages for it?

A Only Google.

Q Okay. Only Google.

How about your iPad, when you use your iPad for homework, how do you use it? Are there apps? Is there web pages?

A I just use Google again.

Q Okay. Just -- sorry, go ahead.

A It's kind of like blocked and restricted. So I don't really use my iPad for school work, only my personal computer.

Q Okay. Only your personal computer.

And what about your Apple Watch, do you use that for homework?

A No.

Q Okay. And when you go on Google, is it just like -- are there any other -- is there like a Google classroom web page that you go to? Is there like a school web page, Wikipedia? Like is there -- where do you -- just give me a

little bit more detail on how you use that.
A On my school computer, I go to Google Classroom, and that's how I go to like Clever and all that.
Q Okay. And, I'm sorry, I asked you a bad question.
On your personal laptop, when you use your personal laptop for homework, do you also go on Google Classroom, or is it -- I know like googling what's 500 million times 335,000, things like that?
A No, because like I'm still on my kindergarten account on my personal computer, so I don't use it.
Q Okay. Okay. Then I might have just been mistaken.
What about your -- do you use your iPad to do classwork, like during class do you take it out and use it?
A No.
Q Okay. How about your Apple Watch, do you use that during class to do classwork?
A No.

Q And do you bring your personal laptop to school to do classwork?
A No.
Q Okay. Do you use your personal laptop to take tests, like, you know, tests, exam, pop quizzes?
A No.
Q Do you use your personal iPad to take tests, quizzes, exams and those kinds of things?
A No.
Q And do you use your Apple Watch to take exams, quizzes, tests and things like that?
A No.
Q Okay.
Okay. So aside from using your personal laptop to Google things for homework, would I be right that you use mostly your school-assigned laptop for school-related stuff?
A Yeah.
Q Okay.
All right. Now, I think we touched on this briefly, but can you just

give me at a high level how you use your Google -- your -- sorry, your school laptop at school, like what web pages do you use, are there apps that your teachers -- you know, just give me a little bit of detail about that.

A Okay.

I use Google Classrooms, Slides, Google Docs and that's like basically all the school apps that I use.

Q Okay. Are there any kind of online quizzes that your teachers make you go to -- I don't know -- any kind of games that they make you play in school on your laptops, those kinds of things?

A Only Amplify.

Q Amplify. Okay.

Can you think of any other web pages, apps, things that they make you go online other than Google Classroom, Google Docs and Amplify?

MS. SIEHL: Object to the form.

You can answer.

THE WITNESS: Okay.

MS. SIEHL: You're good, you can

answer.
A I use -- I also use Khan Academy and Canva. Those are school things that I kind of use.
Q Khan Academy and Canva.
Okay. So I've got Amplify, Google Classroom, Google Docs, Khan Academy and Canva.
Any others that you can think of?
And it's okay if you don't remember right now, but anything else you can think of right now.
A No.
Q Okay. Can you tell me generally what you use Google Classroom for?
A What?
Q Can you explain generally like what's Google Classroom, how does it work, what do your teachers ask you to do on it, things like that?
A I use like it -- I use it for like how to get to like the quizzes and how to get to my schoolwork, and that's like basically it.

A It's like the same button thing.
Q Let me just make sure that we got that.
And so for Google Classroom, it is also like a button that you click to send a message, just like for Clever, right?
A Yeah, all you've got to do is press on your assignment and then you can just text the teacher.
Q Okay. Great.
Have you ever heard of PowerSchool?
A Yeah.
Q Okay. Where did you first hear about PowerSchool?
A I heard about it two years ago when my dad was asking me questions about it.
Q Okay. So just tell me, what do you know about PowerSchool?
A It has like your -- like data on it.
Q Other than that PowerSchool might have your data on it, have you heard

anything else about it?

A No.

Q Okay. Have you ever heard of Schoology?

A Yes.

Q Okay. And where did you first hear about Schoology?

A The same time I learned about PowerSchool.

Q Okay. And what do you know about Schoology?

A I don't really know that much about Schoology.

Q Okay. Do you recall ever going on an app or website that had Schoology written on it?

A No, I don't remember.

Q Okay.

MR. TEMCHENKO: Okay. I know we've been going for 13 minutes, and I know that you've asked for frequent breaks.

Do you want to keep going? Do you -- like I'm fine either way. I just don't know. I want to make sure

Q Okay. And why did you go on this website about two years ago on your school laptop?
A Because my dad wanted me to see what it was, too.
Q Okay. And other than those two times two years ago when your dad wanted to see the website and then last week, have you ever seen this website before?
A No.
Q Okay. So as part of going to school, you know, your regular school activities, homework, classwork, you don't recall ever going on this website?
A No.
Q Okay. I'm going to take the PowerSchool website down.
A few other just check-the-box questions.
Does a website called Naviance sound familiar to you?
A No.
Q How about MyPowerHub, does that sound familiar at all?
A No.

REPORTER CERTIFICATE

I, JACLYN URZIA, do hereby certify:

That said deposition was taken at the time and place herein named; and that the transcript is a true record of the testimony as reported by me, a disinterested person, and was thereafter transcribed.

I further certify that I am not interested in the outcome of the said action, nor connected with, nor related to any of the parties in said action, nor to their respective counsel.

IN WITNESS WHEREOF, I have hereunto set my hand this 3rd day of December, 2025.

JACLYN URZIA, RPR, CRR