# Exhibit I

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

----------------------------------------

EMILY CHERKIN, et al.,
Plaintiffs,
vs.
Case No. 3:24-CV-02706-JD

POWERSCHOOL HOLDINGS, INC.,
Defendant.

----------------------------------------

REMOTE VIDEO DEPOSITION OF M.M.C.

Monday, November 24, 2025
10:15 a.m. (PST)

Reported by:
Jaclyn Urzia, RPR, CRR
Job No. 2025-1004245

your school laptop for school-related stuff?
A Yes.
Q Again, just tell me generally, like what do you use? What kind of websites do you go to? Are there any apps the school makes you use? Just very high-level stuff.
A I use Google Docs, Slides. We do this vocab and spelling thing, and I sometimes do my reading log on it.
Q Okay. So you mentioned Google Docs and Google Slides.
Can you think of any other websites or web pages or apps that you use on your school laptop?
A YouTube sometimes.
Q Sometimes YouTube.
Other than YouTube, Google Docs, Slides, anything else comes to mind?
A Does Google Classroom count?
Q Yeah, sure. Google Classroom, that one counts.
Anything else?
A Clever.

Q Clever?
A Prodigy.
Q Prodigy. That's -- okay.
Anything else?
A Nothing that I can think of, no.
Q Do you use Canvas?
A Canvas? No, I don't think so.
Q Khan's Academy?
A No.
Q Amplify?
A No.
Q Okay. For vocab and spelling, is there like a website you go to? Is there like a game? Like how is that one done?
A It's just done -- she assigns it on like the Google Classroom. I don't know where she gets it, but we do it. It's like an answer sheet thing.
Q Okay. And so just, you know, help me try to imagine this.
So do you like -- do you answer it in Google Classroom? Do you like download it and just go on your laptop and then put it back into Google Classroom?

a sign-in website?
A No, not really.
Q Okay. Do you think that you've ever used a website or like an app that was called PowerSchool?
A I --
MS. SIEHL: Object to form.
You can answer though.
You can answer.
A I think I might have.
Q Okay. And just as best as you can recall, tell me when you think you might have used it?
A Like last year or something.
Q Okay. And what did you use it for?
A I don't know, but my teacher was telling us about it. He wanted us to sign in and stuff, and we did it, and he showed us like what it was used for and stuff.
Q Okay. And what do you remember for what it's used for?
A Like it keeps your like history and data and like your records and stuff, like when you're there and when you're

absent.

Q Okay. Do you -- have you ever heard the word "Schoology" or an app called Schoology?

A I've heard of it, but I don't really know about it.

Q Okay. Do you think you've ever used Schoology?

A I don't think so, no.

MR. TEMCHENKO: Okay. I'm going to go ahead and introduce what is going to be M.M.C. Exhibit 1.

(Exhibit 1, Screenshots, were remotely introduced and provided electronically to the reporter, as of this date.)

BY MR. TEMCHENKO:

Q And what this means is I'm going to put up something on that screen for you to take a look at and then I'm going to ask some questions.

MR. TEMCHENKO: This is the same exhibit as what we just showed L.M.C., so does anybody want to take a look at it before it goes up?

Q Yeah. So let me rephrase that.
Do any of the websites or apps that you use for school, do any of them like make you feel bad or cause you any harm or injury, anything of that kind of stuff?
MS. SIEHL: Same objection.
You can answer.
A No.
Q Okay. Have you ever heard of an app called Naviance?
A No.
Q How about MyPowerHub?
A No.
Q And how about Headed2?
A No.
Q Okay. Now, I know this is going to be hard, but I need you to try to take yourself back to two years ago when your teacher was showing that and, you know, just help me out here with as much detail as you can remember.
Did just your teacher log in? Did everybody log into this app?
Like just give me as much detail

as you can remember.

MS. SIEHL: Object to the form.

But you can answer.

A I think just my teacher.

Q Okay. Do you remember ever logging in yourself?

A No.

Q Okay. Do you remember any of the other kids logging in?

A No.

Q Okay. Other than that one time that your teacher like logged into that P with a line and circle, do you remember ever else trying to log into that PowerSchool with the circle?

A This Friday.

Q This Friday? Okay.

I have a feeling I know what the answer is, but I'm -- was that also with your dad?

A Yes.

Q Okay. Other than this Friday, do you ever recall doing it -- logging into the P with -- other than that Friday?

A No.

REPORTER CERTIFICATE

I, JACLYN URZIA, do hereby certify:

That said deposition was taken at the time and place herein named; and that the transcript is a true record of the testimony as reported by me, a disinterested person, and was thereafter transcribed.

I further certify that I am not interested in the outcome of the said action, nor connected with, nor related to any of the parties in said action, nor to their respective counsel.

IN WITNESS WHEREOF, I have hereunto set my hand this 3rd day of December, 2025.



JACLYN URZIA, RPR, CRR