# Exhibit L

| account_name | product | product_category | sub_product | period | year | account product start date | account product end date |
|---|---|---|---|---|---|---|---|
| West Contra Costa Unified School District | Student Information System | SIS | PowerSchool SIS Maintenance and Support | 2023 | 2023 | 11/17/2015 | 11/16/2024 |
| West Contra Costa Unified School District | Student Information System | SIS | PowerSchool SIS Maintenance and Support | 2021 | 2021 | 11/17/2015 | 11/16/2024 |
| West Contra Costa Unified School District | Student Information System | SIS | PowerSchool SIS Maintenance and Support | 2022 | 2022 | 11/17/2015 | 11/16/2024 |
| West Contra Costa Unified School District | Student Information System | SIS | PowerSchool SIS Hosting | 2023 | 2023 | 11/17/2015 | 11/16/2024 |
| West Contra Costa Unified School District | Student Information System | SIS | PowerSchool SIS Hosting | 2021 | 2021 | 11/17/2015 | 11/16/2024 |
| West Contra Costa Unified School District | Enrollment | Registration | PowerSchool Enrollment Registration | 2023 | 2023 | 6/15/2016 | 6/30/2024 |
| West Contra Costa Unified School District | Enrollment | Registration | PowerSchool Enrollment Registration | 2022 | 2022 | 6/15/2016 | 6/30/2024 |
| West Contra Costa Unified School District | Enrollment | Registration | PowerSchool Enrollment Registration | 2021 | 2021 | 6/15/2016 | 6/30/2024 |
| West Contra Costa Unified School District | Student Information System | SIS | PowerSchool SIS Hosting | 2022 | 2022 | 11/17/2015 | 11/16/2024 |
| West Contra Costa Unified School District | Analytics | Insights | Enrollment Analytics Hosted Subscription | 2023 | 2023 | 7/1/2020 | 11/16/2023 |
| West Contra Costa Unified School District | Analytics | Insights | Platform Hosted | 2022 | 2022 | 7/1/2020 | 11/16/2023 |
| West Contra Costa Unified School District | Analytics | Insights | Platform Hosted | 2021-Q2 | 2021 | 7/1/2020 | 11/16/2023 |
| West Contra Costa Unified School District | Absence Management | Talent Management | SmartFind Express Sub Eligible | 2023 | 2023 | 7/1/2018 | 6/30/2024 |
| West Contra Costa Unified School District | Absence Management | Talent Management | SmartFind Express Sub Eligible | 2022 | 2022 | 7/1/2018 | 6/30/2024 |
| West Contra Costa Unified School District | Enrollment | Registration | PowerSchool Ecollect Forms | 2021 | 2021 | 9/14/2020 | 11/16/2024 |
| West Contra Costa Unified School District | Enrollment | Registration | PowerSchool Ecollect Forms | 2022 | 2022 | 9/14/2020 | 11/16/2024 |
| West Contra Costa Unified School District | Enrollment | Registration | PowerSchool Ecollect Forms | 2023 | 2023 | 9/14/2020 | 11/16/2024 |
| West Contra Costa Unified School District | Analytics | Insights | Student Analytics Hosted | 2022 | 2022 | 7/1/2020 | 11/16/2023 |
| West Contra Costa Unified School District | Analytics | Insights | Student Analytics Hosted | 2021-Q2 | 2021 | 7/1/2020 | 11/16/2023 |
| West Contra Costa Unified School District | Analytics | Insights |  | 2021 | 2021 | 7/1/2020 | 11/16/2023 |
| West Contra Costa Unified School District | Analytics | Insights | Enrollment Analytics Hosted Subscription | 2022 | 2022 | 7/1/2020 | 11/16/2023 |
| West Contra Costa Unified School District | Absence Management | Talent Management | SmartFind Express Sub Eligible | 2021 | 2021 | 7/1/2018 | 6/30/2024 |
| West Contra Costa Unified School District | Analytics | Insights | Risk Analysis Hosted Subscription | 2022 | 2022 | 7/1/2020 | 11/16/2023 |
| West Contra Costa Unified School District | Analytics | Insights | Risk Analysis Hosted Subscription | 2021-Q2 | 2021 | 7/1/2020 | 11/16/2023 |
| West Contra Costa Unified School District | Student Information System | SIS | PowerSchool SIS Maintenance and Support | 2023-Q4 | 2023 | 11/17/2015 | 11/16/2024 |
| West Contra Costa Unified School District | Student Information System | SIS | PowerSchool SIS Maintenance and Support | 2022-Q4 | 2022 | 11/17/2015 | 11/16/2024 |
| West Contra Costa Unified School District | Student Information System | SIS | PowerSchool SIS Maintenance and Support | 2021-Q4 | 2021 | 11/17/2015 | 11/16/2024 |
| West Contra Costa Unified School District | Enrollment | Registration | PowerSchool Enrollment Registration | 2023-Q3 | 2023 | 6/15/2016 | 6/30/2024 |
| West Contra Costa Unified School District | Student Information System | SIS | PowerSchool SIS Hosting | 2022-Q4 | 2022 | 11/17/2015 | 11/16/2024 |
| West Contra Costa Unified School District | Enrollment | Registration | PowerSchool Enrollment Registration | 2022-Q3 | 2022 | 6/15/2016 | 6/30/2024 |
| West Contra Costa Unified School District | Enrollment | Registration | PowerSchool Enrollment Registration | 2021-Q3 | 2021 | 6/15/2016 | 6/30/2024 |
| West Contra Costa Unified School District | Student Information System | SIS | PowerSchool SIS Hosting | 2021-Q4 | 2021 | 11/17/2015 | 11/16/2024 |
| West Contra Costa Unified School District | Absence Management | Talent Management | SmartFind Express Sub Eligible | 2023-Q3 | 2023 | 7/1/2018 | 6/30/2024 |
| West Contra Costa Unified School District | Enrollment | Registration | PowerSchool Ecollect Forms | 2023-Q4 | 2023 | 9/14/2020 | 11/16/2024 |
| West Contra Costa Unified School District | Absence Management | Talent Management | SmartFind Express NonSub Eligible | 2023 | 2023 | 7/1/2018 | 6/30/2024 |
| West Contra Costa Unified School District | Enrollment | Registration | PowerSchool Enrollment Additional Language | 2021 | 2021 | 6/15/2016 | 6/30/2024 |
| West Contra Costa Unified School District | Enrollment | Registration | PowerSchool Enrollment Additional Language - Spanish | 2022 | 2022 | 6/15/2016 | 6/30/2024 |
| West Contra Costa Unified School District | Absence Management | Talent Management | SmartFind Express Sub Eligible | 2022-Q3 | 2022 | 7/1/2018 | 6/30/2024 |
| West Contra Costa Unified School District | Absence Management | Talent Management | SmartFind Express NonSub Eligible | 2022 | 2022 | 7/1/2018 | 6/30/2024 |
| West Contra Costa Unified School District | Enrollment | Registration | PowerSchool Enrollment Additional Language - Spanish | 2023 | 2023 | 6/15/2016 | 6/30/2024 |
| West Contra Costa Unified School District | Absence Management | Talent Management | SmartFind Express NonSub Eligible | 2021 | 2021 | 7/1/2018 | 6/30/2024 |
| West Contra Costa Unified School District | Enrollment | Registration | PowerSchool Ecollect Forms | 2022-Q3 | 2022 | 9/14/2020 | 11/16/2024 |
| West Contra Costa Unified School District | ERP | ERP | eFinancePlus MKS SysAdmin Toolkit M/S | 2023 | 2023 | 9/27/2019 | 9/26/2024 |
| West Contra Costa Unified School District | Analytics | Insights | Enrollment Analytics Hosted Subscription | 2022-Q3 | 2022 | 7/1/2020 | 11/16/2023 |
| West Contra Costa Unified School District | Absence Management | Talent Management | SmartFind Express Sub Eligible | 2021-Q3 | 2021 | 7/1/2018 | 6/30/2024 |
| West Contra Costa Unified School District | Enrollment | Registration | PowerSchool Ecollect Forms | 2021-Q3 | 2021 | 9/14/2020 | 11/16/2024 |
| West Contra Costa Unified School District | Student Information System | SIS | PowerSchool SIS Hosting | 2023-Q4 | 2023 | 11/17/2015 | 11/16/2024 |
| West Contra Costa Unified School District | ERP | ERP | BusinessPlus Microfocus NetExpress Test M/S | 2023 | 2023 | 9/27/2019 | 9/26/2024 |
| West Contra Costa Unified School District | Analytics | Insights | Enrollment Analytics Hosted Subscription | 2021-Q3 | 2021 | 7/1/2020 | 11/16/2023 |
| West Contra Costa Unified School District | ERP | ERP | eFinancePlus MKS SysAdmin Toolkit M/S | 2022 | 2022 | 9/27/2019 | 9/26/2024 |
| West Contra Costa Unified School District | College, Career & Life Readiness | CCLR | Headed2 Software Subscription | 2023 | 2023 | 7/1/2020 | 6/30/2024 |
| West Contra Costa Unified School District | ERP | ERP | eFinancePlus MKS SysAdmin Toolkit M/S | 2021 | 2021 | 9/27/2019 | 9/26/2024 |
| West Contra Costa Unified School District | ERP | ERP | eFinancePlus MKS SysAdmin Toolkit M/S | 2022-Q3 | 2022 | 9/27/2019 | 9/26/2024 |
| West Contra Costa Unified School District | ERP | ERP | BusinessPlus Microfocus NetExpress Test M/S | 2022 | 2022 | 9/27/2019 | 9/26/2024 |
| West Contra Costa Unified School District | ERP | ERP | BusinessPlus Microfocus NetExpress Test M/S | 2021 | 2021 | 9/27/2019 | 9/26/2024 |
| West Contra Costa Unified School District | ERP | ERP | BusinessPlus Microfocus NetExpress Test M/S | 2022-Q3 | 2022 | 9/27/2019 | 9/26/2024 |
| West Contra Costa Unified School District | Student Information System | SIS | PowerSchool SIS Hosting SSL Certificate | 2023 | 2023 | 11/17/2015 | 11/16/2024 |
| West Contra Costa Unified School District | Student Information System | SIS | PowerSchool SIS Hosting SSL Certificate | 2022 | 2022 | 11/17/2015 | 11/16/2024 |
| West Contra Costa Unified School District | Student Information System | SIS | PowerSchool SIS Hosting SSL Certificate | 2021 | 2021 | 11/17/2015 | 11/16/2024 |
| West Contra Costa Unified School District | Absence Management | Talent Management | SmartFind Express NonSub Eligible | 2023-Q3 | 2023 | 7/1/2018 | 6/30/2024 |
| West Contra Costa Unified School District | Enrollment | Registration | PowerSchool Enrollment Additional Language - Spanish | 2023-Q3 | 2023 | 6/15/2016 | 6/30/2024 |
| West Contra Costa Unified School District | Absence Management | Talent Management | SmartFind Express NonSub Eligible | 2022-Q3 | 2022 | 7/1/2018 | 6/30/2024 |
| West Contra Costa Unified School District | Enrollment | Registration | PowerSchool Enrollment Additional Language - Spanish | 2022-Q3 | 2022 | 6/15/2016 | 6/30/2024 |
| West Contra Costa Unified School District | Absence Management | Talent Management | SmartFind Express NonSub Eligible | 2021-Q3 | 2021 | 7/1/2018 | 6/30/2024 |
| West Contra Costa Unified School District | ERP | ERP | eFinancePlus MKS SysAdmin Toolkit M/S | 2023-Q3 | 2023 | 9/27/2019 | 9/26/2024 |
| West Contra Costa Unified School District | ERP | ERP | BusinessPlus Microfocus NetExpress Test M/S | 2023-Q3 | 2023 | 9/27/2019 | 9/26/2024 |
| West Contra Costa Unified School District | ERP | ERP | eFinancePlus MKS SysAdmin Toolkit M/S | 2022-Q3 | 2022 | 9/27/2019 | 9/26/2024 |
| West Contra Costa Unified School District | ERP | ERP | BusinessPlus Microfocus NetExpress Test M/S | 2022-Q3 | 2022 | 9/27/2019 | 9/26/2024 |
| West Contra Costa Unified School District | ERP | ERP | eFinancePlus MKS SysAdmin Toolkit M/S | 2021-Q3 | 2021 | 9/27/2019 | 9/26/2024 |
| West Contra Costa Unified School District | Student Information System | SIS | PowerSchool SIS Hosting SSL Certificate | 2023-Q4 | 2023 | 11/17/2015 | 11/16/2024 |
| West Contra Costa Unified School District | ERP | ERP | BusinessPlus Microfocus NetExpress Test M/S | 2021-Q3 | 2021 | 9/27/2019 | 9/26/2024 |
| West Contra Costa Unified School District | Student Information System | SIS | PowerSchool SIS Hosting SSL Certificate | 2022-Q4 | 2022 | 11/17/2015 | 11/16/2024 |
| West Contra Costa Unified School District | Student Information System | SIS | PowerSchool SIS Hosting SSL Certificate | 2021-Q4 | 2021 | 11/17/2015 | 11/16/2024 |
| West Contra Costa Unified School District | Enrollment | Registration | PowerSchool Enrollment Additional Language - Spanish | 2021-Q3 | 2021 | 6/15/2016 | 6/30/2024 |
| West Contra Costa Unified School District | Analytics | Insights | Enrollment Analytics Hosted Subscription | 2022-Q3 | 2022 | 7/1/2020 | 11/16/2023 |
| West Contra Costa Unified School District | Enrollment | Registration | PowerSchool Enrollment Additional Language - Spanish | 2022-Q3 | 2022 | 6/15/2016 | 6/30/2024 |

PWRSCHL_00008714 (Excerpted)

| account_name | product | product_category | sub_product | period | year | account product start date | account product end date |
|---|---|---|---|---|---|---|---|
| West Contra Costa Unified School District | ERP | ERP | BusinessPlus Microfocus NetExpress Test M/S | 2023-Q3 | 2023 | 9/27/2019 | 9/26/2024 |
| West Contra Costa Unified School District | College, Career & Life Readiness | CCLR | Headed2 Software Subscription | 2023-Q3 | 2023 | 7/1/2020 | 6/30/2024 |
| West Contra Costa Unified School District | ERP | ERP | eFinancePlus MKS SysAdmin Toolkit M/S | 2023-Q3 | 2023 | 9/27/2019 | 9/26/2024 |
| West Contra Costa Unified School District | Analytics | Insights | Enrollment Analytics Hosted Subscription | 2021-Q3 | 2021 | 7/1/2020 | 11/16/2023 |
| West Contra Costa Unified School District | Enrollment | Registration | PowerSchool Ecollect Forms | 2021-Q3 | 2021 | 9/14/2020 | 11/16/2024 |
| West Contra Costa Unified School District | Enrollment | Registration | PowerSchool Ecollect Forms | 2022-Q3 | 2022 | 9/14/2020 | 11/16/2024 |
| West Contra Costa Unified School District | Enrollment | Registration | PowerSchool Enrollment Registration | 2022-Q3 | 2022 | 6/15/2016 | 6/30/2024 |
| West Contra Costa Unified School District | Enrollment | Registration | PowerSchool Enrollment Registration | 2021-Q3 | 2021 | 6/15/2016 | 6/30/2024 |
| West Contra Costa Unified School District | Student Information System | SIS | PowerSchool SIS Hosting | 2021-Q4 | 2021 | 11/17/2015 | 11/16/2024 |
| West Contra Costa Unified School District | Student Information System | SIS | PowerSchool SIS Maintenance and Support | 2021-Q4 | 2021 | 11/17/2015 | 11/16/2024 |
| West Contra Costa Unified School District | Analytics | Insights | Risk Analysis Hosted Subscription | 2022-Q3 | 2022 | 7/1/2020 | 11/16/2023 |
| West Contra Costa Unified School District | Analytics | Insights | Student Analytics Hosted | 2022-Q3 | 2022 | 7/1/2020 | 11/16/2023 |
| West Contra Costa Unified School District | Analytics | Insights | Platform Hosted | 2022-Q3 | 2022 | 7/1/2020 | 11/16/2023 |
| El Cerrito Senior High School | College, Career & Life Readiness | CCLR | Naviance for High School | 2022 | 2022 | 5/1/2021 | 4/30/2026 |
| El Cerrito Senior High School | College, Career & Life Readiness | CCLR | Naviance for High School | 2023 | 2023 | 5/1/2021 | 4/30/2026 |
| El Cerrito Senior High School | College, Career & Life Readiness | CCLR | Naviance Course Planner | 2022 | 2022 | 5/1/2021 | 4/30/2026 |
| El Cerrito Senior High School | College, Career & Life Readiness | CCLR | Naviance Course Planner | 2023 | 2023 | 5/1/2021 | 4/30/2026 |
| El Cerrito Senior High School | College, Career & Life Readiness | CCLR | Naviance eDocs | 2022 | 2022 | 5/1/2021 | 4/30/2026 |
| El Cerrito Senior High School | College, Career & Life Readiness | CCLR | Naviance eDocs | 2023 | 2023 | 5/1/2021 | 4/30/2026 |