Robyn E. Bladow
KIRKLAND & ELLIS LLP
555 South Flower Street, Suite 3700
Los Angeles, CA 90071
Telephone: (213) 680-8400
robyn.bladow@kirkland.com

Martin L. Roth, P.C. (*pro hac vice*)
Alyssa C. Kalisky, P.C. (*pro hac vice*)
Zharna Shah (*pro hac vice*)
Taylor Rothman (*pro hac vice*)
KIRKLAND & ELLIS LLP
333 West Wolf Point Plaza
Chicago, IL 60654
Telephone: (312) 862-2000
martin.roth@kirkland.com
alyssa.kalisky@kirkland.com
zharna.shah@kirkland.com
taylor.rothman@kirkland.com

Olivia Adendorff, P.C. (*pro hac vice*)
Ethan Joel Levinton (*pro hac vice*)
Eugene Temchenko (*pro hac vice*)
KIRKLAND & ELLIS LLP
4550 Travis Street
Dallas, TX 75205
Telephone: (214) 972-1770
olivia.adendorff@kirkland.com
ethan.levinton@kirkland.com
eugene.temchenko@kirkland.com

*Attorneys for Defendant PowerSchool Holdings, Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | | |
|---|---|---|
| EMILY CHERKIN, et al | ) | CASE NO. 3:24-cv-02706-JD |
| | ) | |
| Plaintiffs, | ) | **[PROPOSED] ORDER GRANTING DEFENDANT POWERSCHOOL HOLDINGS, INC.'S MOTION FOR SANCTIONS** |
| v. | ) | |
| POWERSCHOOL HOLDINGS, INC., | ) | |
| | ) | Judge: Hon. James Donato |
| Defendant. | ) | Hearing Date: April 9, 2026 |
| | ) | Time: 11:00 a.m. |
| | ) | Courtroom: 11, 19th Floor |

**[PROPOSED] ORDER**

Before the Court is Defendant PowerSchool Holdings, Inc.'s ("PowerSchool") Motion for Sanctions (the "Motion"). The Motion came on regularly for hearing on April 9, 2026. The Court, having considered the parties' submissions and oral argument in connection with the Motion, finds that sanctions should be imposed on Plaintiffs under Federal Rule of Civil Procedure 11(c).

Good cause appearing, IT IS HEREBY ORDERED that:

1. The claims of Plaintiffs David Concepción, L.M.C., and M.M.C. are dismissed with prejudice.

2. Monetary sanctions are imposed on Plaintiffs David Concepción, L.M.C., and M.M.C. and their counsel.

3. PowerSchool is awarded its reasonable attorneys' fees and other expenses it incurred defending the allegations of Plaintiffs David Concepción, L.M.C., and M.M.C.

**IT IS SO ORDERED.**

DATED: ______________, 2026

_______________________________________
HON. JAMES DONATO
UNITED STATES DISTRICT JUDGE