# Exhibit A

```
 1              UNITED STATES DISTRICT COURT

 2            NORTHERN DISTRICT OF CALIFORNIA

 3              SAN FRANCISCO DIVISION

 4   ----------------------------------------

 5   EMILY CHERKIN, et al.,

 6                        Plaintiffs,

 7           vs.

 8                        Case No.
                          3:24-CV-02706-JD
 9

10   POWERSCHOOL HOLDINGS, INC.,

11                        Defendant.

12   ----------------------------------------

13

14

15   REMOTE VIDEO DEPOSITION OF CATHERINE O'NEIL

16

17           Wednesday, February 25, 2026

18               9:02 a.m. (PST)

19

20

21

22

23   Reported by:

24   Jaclyn Urzia, RPR, CRR

25   Job No. 2026-1013470
```

20

1   lawsuit is about?

2       A     My understanding is that this

3   lawsuit is about the fact that data is

4   being absorbed and used with predictive

5   algorithms without the understanding and

6   knowledge of parents and children in

7   possibly risky ways.

8       Q     And when you say that "data is

9   being absorbed and used," who or what

10  entity do you believe is using that data?

11      A     Well, I think PowerSchools

12  provides a platform, and the school systems

13  put data onto the platform and then that

14  data is being absorbed by the platform and

15  used for predictions about the students.

16      Q     So you understand that the

17  schools own that data, fair?

18          MR. LIDDELL:  Objection.  Form.

19  BY MS. LOGAN:

20      Q     You can answer.

21      A     I don't -- I don't agree to the

22  notion of owning data.  I don't think that

23  makes sense actually.

24          Once data is out there, the

25  question isn't who owns it, the question is

1    how is it used and by whom and for what

2    purposes.   It's more complicated than

3    ownership.

4              Like you might think that we own

5    our health data, but that doesn't make

6    sense.   It's just -- I just don't think

7    it's a relevant way of describing data.

8        Q     I appreciate that.

9              You also mentioned that you

10   think the lawsuit is about data being used

11   with predictive algorithms.

12             Based on your understanding, who

13   or what entity is creating predictive

14   algorithms?

15       A     I'm sorry, what's the question?

16       Q     Who or what entity do you

17   believe is creating predictive algorithms

18   related to this case?

19       A     See, that's a little bit tricky

20   to answer because I think there's a lot of

21   work being done by PowerSchool to make it

22   seem like that the school systems are

23   creating the algorithm, the final

24   algorithm, but I think PowerSchool is

25   providing all of the basic building blocks

Catherine O'Neil - February 25, 2026

22

```
1    of the algorithm.
2              And so from the perspective of a
3    person like myself who builds algorithms, I
4    think that it's PowerSchool that's
5    providing the algorithm, and the school
6    systems are choosing, you know, final --
7    making final choices to make the algorithms
8    work with their data.
9              You know, so they're doing the
10   final polishing things, but -- so again,
11   like I guess I'm suggesting that the word
12   who's building -- I don't know exactly how
13   you phrased it.
14             Can you repeat the question?
15        Q    Yeah.
16             I think I said who is creating
17   the algorithms.
18        A    Yeah.
19             So I think it's both PowerSchool
20   and the school district in different ways,
21   but I think the bulk of the building of the
22   algorithms is PowerSchools.
23        Q    What basic building blocks do
24   you understand PowerSchool is providing for
25   those algorithms?
```

Catherine O'Neil - February 25, 2026

23

```
1        A      The entire infrastructure of

2   what it means to build, for example, an

3   early warning system, which is to say like

4   the notion of risk factors and a threshold,

5   the threshold being like, you know, when is

6   something risky enough -- so it's kind of a

7   risk score, like with various possible

8   ingredients for that risk score, and then

9   the notion of like having a risk score

10  that's high enough to set off an alarm or a

11  threshold that would be the early warning.

12              So that's a lot of

13  infrastructure.

14       Q      So it's your understanding that

15  PowerSchool is providing the risk factors

16  for the early warning systems.

17              Did I hear that correctly?

18       A      They're providing a list of risk

19  factors, and they're providing the

20  infrastructure for that to be built into an

21  early warning system, which is to say they

22  have a way of delivering the early warning,

23  they have a way of displaying, you know,

24  the students that are setting off that

25  early warning system.  It's like the whole
```

Catherine O'Neil - February 25, 2026

24

1    delivery of the early warning system.

2        Q    And then you said that you

3    believe PowerSchool is providing the

4    threshold for the warnings.

5            Did I hear that correctly?

6        A    They're providing the

7    infrastructure for that threshold.

8            I would love to know more, but I

9    haven't been shown how it actually works, I

10   haven't been given a demo, but my

11   understood is that they're offering an

12   early warning system, so it means they're

13   offering the entire delivery system of

14   that.

15           It doesn't necessarily mean that

16   they're choosing threshold.  They might be

17   letting the student -- the school system do

18   that.

19           It doesn't necessarily mean

20   they're choosing exactly what the

21   ingredients are, which are the risk factors

22   are chosen for this particular early

23   warning system, but it means that they are,

24   you know, offering a set of factors that

25   can be chosen.

Catherine O'Neil - February 25, 2026

25

```
 1            So it's the infrastructure, if
 2    you see what I mean.
 3        Q    So --
 4        A    It's like -- like, you know,
 5    like Expedia will offer you to choose a
 6    flight and it will tell you how much it
 7    costs and it will -- but you get to decide
 8    which flight and like whether you wanted to
 9    fly coach or first class.  Like it's
10    facilitating those choices.
11            So it's providing the
12    infrastructure for buying an airplane
13    ticket, like that's the same kind of idea.
14        Q    So it's your understanding that
15    PowerSchool is facilitating the schools
16    making the choice of what goes into these
17    early warning systems?
18        A    I mean, for that matter, I would
19    be very interested to know whether there is
20    a default choice, but I don't know.  I
21    mean, I -- here's the thing.  Like most
22    school systems, if they are making real
23    choices, they're going to have the
24    expertise to make wise choices.
25            So I think it's pretty likely
```

Catherine O'Neil - February 25, 2026

26

1    that the school systems are being steered

2    towards certain choice by PowerSchool, but

3    yes, to answer your question, I think

4    that -- that the student -- the school

5    systems are probably making final choices

6    to decide exactly how those early warning

7    systems work.

8        Q    Did you ask whether there's any

9    defaults provided to schools?

10       A    Yes.  I asked Andy.

11       Q    And what response did you get to

12   that question?

13       A    My memory -- if memory serves,

14   he said that they don't know, and that they

15   asked, but they don't know.

16       Q    So --

17       A    I certainly didn't hear a yes.

18       Q    Did you ask any schools whether

19   there's a default provided?

20       A    I didn't talk to any schools.

21       Q    And you said you haven't been

22   given a demo.

23            Did you ask for a demo?

24       A    Yes.

25       Q    And what was the response to

Catherine O'Neil - February 25, 2026

27

1    that request?

2         A      It wasn't available.

3         Q      Do you know why it wasn't

4    available?

5         A      No.

6         Q      Do you know if a demo exists?

7         A      I assume a demo exists.  It's a

8    product that people want to sell.  So I'm

9    guessing there is a demo.

10        Q      So you assume a demo exists, but

11   you don't know for certain, is that fair?

12        A      Yeah.

13        Q      What is your basis for your

14   statement that PowerSchool is steering the

15   choices that schools are making with

16   respect to these early warning risk

17   factors?

18        A      My basis is only that people who

19   are not actual modelers don't make

20   well-informed choices to build models.

21              This is a model.  PowerSchool's

22   offering -- my understanding is that

23   PowerSchool offers school systems sort of

24   the last few steps of configuring a model,

25   and I'm -- my experience with the general

28

1    public and talking about models is that

2    they have no idea how to build a model.

3            So the only way I could imagine

4    that working out is if the PowerSchool

5    representative who's helping configure the

6    whole setup is also helping to configure

7    the model.

8            That's what I mean by steerage.

9        Q    Do you know if any schools have

10   modelers?

11       A    Very few schools have modelers.

12           I mean, I have a lot of friends

13   in education, and the biggest problem they

14   have is that they're afraid of modeling.

15   They're afraid of AI.  They're afraid of

16   technology.  Most of the teachers are

17   afraid of that stuff.

18           So I spend a lot of time talking

19   to educators about how to get teachers and

20   administrators less afraid of technology

21   and less afraid of modeling.  So I know

22   that, from my experience, they're going to

23   defer to someone who seems like an expert.

24       Q    You said very few schools have

25   modelers.

29

```
1              Are you aware of any schools
2   that do have modelers?
3        A    I'm sure there must be some
4   schools at some level, right?
5              In fact, I wasn't looking at the
6   Massachusetts job site because I
7   desperately want a job with a pension, and
8   there was like a data science -- head of
9   data science for like, you know, the school
10  system.
11             So at that highest level, I
12  think there are modelers at the high level
13  of school systems but, you know, in a given
14  school, you know, it's very -- I would
15  expect it to be extremely rare.
16       Q    Some school systems have
17  modelers, fair?
18       A    I'm guessing that's true.
19             I mean, school systems -- I
20  mean, I already said there's like -- at
21  least the Massachusetts level school system
22  has a modeler.  So yes.
23       Q    In your report, you talk about
24  how an algorithm has two ingredients, is
25  that right?
```

34

1    assist in drafting this report?

2        A    I mean, it's possible that he --

3    I think what actually happened was he like

4    looked it over and made comments.  He might

5    have formatted it.  But I did the writing,

6    and it look a long time.

7        Q    What's Mr. Appel's job title?

8        A    He's chief -- oh, my God.

9             I forgot his -- forget his

10   title.  It's on the website.  I can look at

11   it.

12       Q    His job title is on the ORCAA,

13   O-R-C-A-A, website, correct?

14       A    Correct, yeah.

15       Q    Did anyone else assist you in

16   drafting this report?

17       A    No.

18       Q    I know you said it took a long

19   time.  Do you have an estimate of how long

20   it took to draft this report?

21       A    I mean, I can look in the hours

22   I charged for my time, but I would say on

23   the order of like 12 hours.

24       Q    Has anyone else assisted with

25   any other part of your engagement as an

35

1   expert in this case?

2       A    No.

3       Q    Have you conducted any analysis

4   of any data as part of this litigation?

5       A    No.

6       Q    Did counsel provide you with any

7   assumptions to make in drafting this

8   report?

9       A    Counsel provided me with some of

10  the information in this report --

11      Q    What --

12      A    -- which I asked for.

13      Q    What information did counsel

14  provide you with that's in this report?

15      A    Like excerpts from the website

16  and references to the DPIA about the

17  various products --

18      Q    Did --

19      A    -- but I wrote the report and I

20  did the screenshots myself.

21      Q    Did counsel provide you with the

22  entire website and entire DPIAs?

23      A    Well, I mean, I found the

24  website on my own, but they did provide me

25  with some documentation, including the

Catherine O'Neil - February 25, 2026

36

1    DPIAs, for these products --

2        Q    Were you asked --

3        A    -- and I asked for the

4    transcript of one of the other depositions.

5        Q    And that was the deposition of

6    Mr. Flagg, is that correct?

7        A    I don't remember his name, but

8    it's in this report, like I referred to the

9    deposition, because it was -- the important

10   part for me was the fact that in the

11   deposition, that person said that they

12   don't do testing.

13       Q    We'll take a look at that in

14   just a second.

15            Were you asked to assume that

16   PowerSchool uses predictive algorithms for

17   this report?

18       A    No.  I mean, no, I wasn't asked

19   to assume that.

20       Q    And what --

21       A    And I wouldn't assume that, by

22   the way.  Like that was the biggest

23   conversation I had with them, is like, when

24   I first looked at the website, which I did

25   on my own, I didn't -- I didn't see proof

37

```
 1    that there was -- there were predictive
 2    algorithms being used by PowerSchool, and I
 3    didn't know if I could be an expert
 4    witness.
 5         Q    So you didn't see proof from the
 6    website that PowerSchool was using
 7    predictive algorithms, is that right?
 8         A    Not on the first look.  And then
 9    I looked more carefully with their help and
10    I was like, oh, no, really looks like there
11    is stuff here.
12         Q    Were --
13         A    So --
14         Q    Were you asked to assume that
15    any algorithms were harmful?
16         A    No.  I would not assume that.
17         Q    Sitting here today, are there
18    any changes you would make to your report?
19         A    No.
20         Q    Stand behind everything that's
21    in this report?
22         A    Yes.
23         Q    Does this report contain all of
24    the opinions that you intend to offer in
25    this case?
```

Catherine O'Neil - February 25, 2026

38

1        A      For now, yes.

2        Q      For now?

3        A      I mean, I'm eager to get a demo.

4    I'm eager to audit the actual algorithms.

5    You know, if I were given more access, then

6    I would have more to say.

7        Q      So you haven't been given a

8    demo, correct?

9        A      That's correct.

10       Q      And you haven't audited any

11   algorithms related to PowerSchool's

12   products, correct?

13       A      That's correct.

14       Q      Do you understand that discovery

15   in this case is closed?

16       A      I did not know that.

17       Q      Are there any additional

18   opinions you intend to offer in this case?

19       A      I mean, not right now.

20              I guess if you're saying that

21   discovery is closed, that means there'll

22   never be more, you know, opportunities to

23   like learn about stuff, but...

24       Q      So --

25       A      Could you repeat the question?

39

1    Sorry.

2         Q     Sure.

3              Sitting here today, are there

4    any additional opinions you plan to offer

5    in this case beyond what is in your report?

6         A     I don't plan to offer anything

7    more unless I get more information from

8    PowerSchools.

9              Is that a fair -- is that

10   sufficient for you?

11        Q     Yeah, I think that's fair.

12   And --

13        A     Like suppose discovery gets

14   reopened, so, you know, it's possible that

15   you guys would reopen discovery and then

16   I'd get more data and then I'd have more

17   things to say.

18        Q     I hope not, but we'll see.

19              Did you form any opinions that

20   plaintiffs' counsel asked you not to

21   disclose in this case?

22        A     No.  I would not like agree to

23   work with people who did that.

24        Q     I respect that.

25              Did you form any opinions that

41

1    Q    You can give me a month or if it

2  was --

3    A    I want to say like late

4  November, early December is what I want to

5  say.  It was before the Christmas break.

6    Q    Was anyone else present on that

7  call with Mr. Schulte?

8    A    Yeah.  I think it was Andy here

9  and Leonard Aragon.

10        I'm not sure Leonard was there,

11  but I know Andy was there.

12    Q    And what was discussed in that

13  conversation?

14    A    Like what he wanted to leave to

15  me to be an expert on, and that was -- the

16  gist of that was that these products

17  require student data.

18    Q    And when you say, "he," you mean

19  what Mr. -- sorry, Dr. Schulte wanted to

20  leave to you --

21    A    Yes.

22    Q    -- for your expert analysis?

23    A    Yes, exactly.

24    Q    Did you take any notes from that

25  conversation?

42

1     A     No, because it was very simple.

2     Q     Did you review Mr. Schulte's

3  report?

4     A     No, I did not.

5     Q     Other than with counsel, did you

6  speak with anyone about what student data

7  is used by PowerSchool's products?

8     A     No.

9     Q     Other than with counsel, did you

10  speak with anyone about algorithms that

11  PowerSchool products may or may not use?

12     A     No.

13     Q     Did you speak with anyone about

14  any harm suffered on account of PowerSchool

15  products?

16     A     No.

17     Q     Did you speak with anyone else

18  about preparing this expert report?

19     A     No.

20           I mean, except Jake, my

21  colleague.

22     Q     Sure.

23           Have you read any expert reports

24  that were submitted in this case other than

25  your own?

Catherine O'Neil - February 25, 2026

43

1      A      No.

2      Q      You haven't read Dr. Bartlett's

3  opening report?

4      A      No.

5      Q      You haven't read Mr. White's

6  opening report?

7      A      No.

8      Q      Have you read Dr. Bartlett's

9  rebuttal report?

10      A      Nope.

11      Q      Have you read Mr. White's

12  rebuttal report?

13      A      Nope.

14      Q      Can we turn to Appendix A of

15  your report?

16            Which this is Exhibit 1.

17            And this appendix doesn't have a

18  page number, but it's towards the end.

19            There we are.  Can you scroll

20  back up a little bit?

21            Okay.  Appendix A is titled

22  "Materials Considered," correct?

23      A      Well, this is stuff that they

24  sent me, but it's not -- I didn't read it

25  all.

Catherine O'Neil - February 25, 2026

44

1    Q    Okay.  What documents on this

2    list did you not read?

3    A    Did I not read?

4    Q    Correct.

5    A    Oh, my God.

6         I read the DPIAs.

7         I went to the PowerSchool.com.

8         I'm just going to have to go

9    through it one at a time I'm afraid.

10   Q    That's okay.

11        Did you -- so you looked at

12   PowerSchool.com, correct?

13   A    Yeah, for sure --

14   Q    Did you --

15   A    -- because I did all those

16   screenshots.

17   Q    Did you review the second link,

18   uc.powerschool-docs.com?

19   A    Yeah, because a lot of the -- a

20   lot of the data stuff I got from that, like

21   the references within the text of my

22   report.

23   Q    Did you review the PowerSchool

24   SIS DPIA?

25   A    Yeah, all the DPIAs, I think I

Catherine O'Neil - February 25, 2026

45

1    looked at all of them.

2         Q    And for the DPIAs, did you look

3    at the whole document or only excerpts

4    provided by counsel?

5         A    I scanned them all.  I scanned

6    all of them thoroughly.  I thoroughly

7    scanned each of them and then I certainly

8    looked more carefully at the data element

9    part of it.

10        Q    And when you say you scanned all

11   of them, you read all of them?

12        A    Yeah.  I mean, a lot of it was

13   gibberish to me to be clear.  So when you

14   say I read it, it doesn't mean I understood

15   it all.

16        Q    Do you recall what about it --

17   or about the DPIAs was gibberish?

18        A    A lot of the stuff was talking

19   about sort of pipelines like of computer --

20   the computer setups, which I don't

21   understand because that's not my expertise.

22        Q    Fair.

23             So some parts of the DPIAs were

24   gibberish to you?

25        A    Mm-hmm.

Catherine O'Neil - February 25, 2026

46

1      Q      There were certain parts of the
2   DPIAs that you didn't quite understand,
3   fair?
4      A      I didn't understand the stuff
5   about how the computers were set up, but I
6   certainly understood the data elements part
7   of each of them.
8      Q      And I know you list them here as
9   "PowerSchool Data Processing Impact Report
10  (DPIA)."
11           Those documents are the data
12  privacy impact assessments, correct?
13     A      Are you saying that I got the
14  acronym wrong?
15     Q      Maybe.
16     A      I apologize.  I'm very bad with
17  that kind of thing.
18     Q      That's okay.
19     A      DPIAs, yeah.
20           So instead of processing, it
21  should be privacy?
22     Q      Data privacy impact
23  assessment --
24     A      Got it.
25     Q      -- does that sound correct?

Catherine O'Neil - February 25, 2026

47

1    A    I mean, I believe you.  I guess
2  I got that wrong in my bibliography.
3    Q    And you looked at the DPIA for
4  PowerSchool SIS, Schoology Learning,
5  Performance Matters, Naviance, PowerSchool
6  MTSS, Behavior Support, Attendance
7  Intervention, Analytics and Insights and
8  Connected Intelligence, correct?
9    A    Correct.
10    Q    Did you look at any other DPIAs?
11    A    I don't think so.  I think I
12  would have listed it here if I looked at
13  it.
14    Q    How did you decide which DPIAs
15  to review?
16    A    Well, whichever of the products
17  that I was looking into.
18    Q    How did you decide which
19  products to look into?
20    A    That was part of what the -- my
21  counsel helped me with.
22    Q    So plaintiffs' counsel told you
23  which PowerSchool products to look into,
24  fair?
25    A    Well, they encouraged me to look

Catherine O'Neil - February 25, 2026

48

1    into certain ones, and I looked into those.

2         Q      Did you review number 12 on this

3    list, schoolcounselor.org?

4         A      I can't remember reviewing that.

5         Q      You don't know one way or

6    another whether you reviewed number 12,

7    correct?

8         A      Right.  These are the -- I mean,

9    correct.  Unless it's -- if it's in my

10   report as a reference, then I did.

11              I don't -- of course, when I

12   look at websites -- this looks like a

13   URL -- I don't memorize the URL.  If you

14   showed me what the website looks like, I

15   might remember reading it.

16              But actually, this -- this, now

17   that I'm looking at

18   ASCA-Mindsets-Behavior-for-Student-Success,

19   I believe that I did look at this website

20   because this was like one of the things

21   that was touted on PowerSchool's website as

22   like a standard that was being used.

23              So I think I did look at this.

24              But I can't promise you that I

25   looked at this particular reference for

Catherine O'Neil - February 25, 2026

49

```
 1   ASCA.  But, you know, if it's in my report,
 2   that's why I listed it here.
 3        Q     Do you recall reviewing
 4   number 13, redefiningready.org?
 5        A     And this is probably the same
 6   thing as the ASCA thing, which is like I
 7   was trying to understand sort of references
 8   that were started -- that started on
 9   PowerSchool.com, and I was like looking
10   into them, which is why I went to this
11   link.  And I probably reference it in my
12   report and sent the link like as a
13   footnote.
14             So I was there, if that's the
15   case.
16        Q     Did you review number 14,
17   casel.org?
18        A     I think that's the same exact
19   situation as the previous two.
20        Q     Number 15 is the deposition of
21   Darron James Flagg, is that correct?
22        A     That looks like it.
23        Q     That's the one deposition you
24   mentioned you reviewed earlier, correct?
25        A     Yeah.
```

Catherine O'Neil - February 25, 2026

50

1    Q    Why did you select Mr. Flagg's

2  deposition to review?

3    A    Because it had the statement

4  about not doing testing.

5    Q    Did you review Mr. Flagg's

6  deposition in its entirety?

7    A    I did -- I spent a couple hours

8  with it.  I'm not sure I finished the

9  entire thing, it was really quite lengthy

10  but I did spend a few hours with it, and I

11  do remember getting to that point.

12    Q    And did you find that point that

13  you're referencing or did plaintiffs'

14  counsel point it out to you?

15    A    I think both.  I think

16  plaintiffs' counsel suggested I read this

17  deposition -- I think it was Leonard,

18  because maybe Leonard took this

19  deposition -- and I read it and found it.

20        And then at some point, I also

21  asked him to like remind me of where

22  exactly it was because I lost track.

23        So it might have been both.

24    Q    Did plaintiffs' counsel suggest

25  that you read any other depositions in this

Catherine O'Neil - February 25, 2026

51

1    case?

2        A    I mean, they suggested I read a

3    lot of things, but I didn't actually read

4    most of those things.

5        Q    Is there anything that

6    plaintiffs' counsel suggested you read that

7    you decided not to?

8        A    Let me put it this way:  They

9    sent me a bunch of stuff at the beginning,

10   and I was like, oh, my God this is way too

11   much stuff.  So I didn't read it all.

12            I sound like a bad expert, but

13   like I just -- I just didn't think I needed

14   to read it all, so I didn't.

15       Q    Okay.  I'm just trying to

16   understand what all you've been through.

17            Are you aware that 16 witnesses

18   have been deposed in this case?

19       A    Nope.

20       Q    And of those 16 depositions,

21   you've only reviewed this one deposition of

22   Mr. Flagg, correct?

23       A    Yes.

24       Q    Did you ask to review any other

25   depositions?

Catherine O'Neil - February 25, 2026

52

1      A    No.

2      Q    Why not?

3      A    Because I didn't think I needed

4   other depositions.

5      Q    Were you given any overview of

6   who has provided a deposition in this case?

7      A    No, but I didn't ask for that.

8      Q    You didn't review the

9   depositions of any of the named plaintiffs

10  in this case, correct?

11     A    Correct.

12     Q    You --

13     A    I mean, unless Flagg is a named

14  plaintiff.

15     Q    He is not.  I'll represent to

16  you that he is a PowerSchool affiliate.

17          So you did not review the

18  depositions of any named plaintiffs in this

19  case, correct?

20     A    That's right.  That's right.

21     Q    You did not review the

22  depositions of any other PowerSchool

23  employees in this case, correct?

24     A    This is the only deposition I

25  reviewed.

Catherine O'Neil - February 25, 2026

53

```
 1        Q      You did not review the
 2   deposition of Joseph Swingle, correct?
 3        A      Correct.
 4        Q      You did not review the
 5   deposition of Sujit Maharana, correct?
 6        A      Correct.
 7        Q      You mentioned Analytics and
 8   Insight product in your report.
 9               Does that sound familiar?
10        A      Yes.
11        Q      And Analytics and Insights is
12   one of the DPIAs, number 10, on your
13   materials considered list, correct?
14        A      That's correct.
15        Q      Would it be helpful for your
16   analysis of Analytics and Insights to
17   review the deposition of the lead engineer
18   for Analytics and Insights?
19        A      It might be.
20        Q      It might provide some insight
21   into what that product does, fair?
22        A      Yes.
23        Q      And part of your opinion is
24   about what the Analytics and Insights
25   product provides, correct?
```

Catherine O'Neil - February 25, 2026

54

1        A        Yes.

2        Q        You didn't review the deposition

3    of any third-party witnesses in this case,

4    correct?

5        A        That's correct.

6        Q        Number 24 on this list is

7    "PowerSchool Responses and Objections to

8    Non-Uniform Interrogatories; Supplemental

9    Responses and Objections to Non-Uniform

10   Interrogatories 2, 3, 7, 8; PowerSchool

11   Supplemental Responses and Objections to

12   Non-Uniform Interrogatories 1, 4, 5."

13              Did I read that correctly?

14       A        Yes.

15       Q        You didn't review any other

16   written discovery provided by PowerSchool

17   in this case, correct?

18       A        Say that again, please.

19       Q        You did not review any other

20   written discovery provided by PowerSchool

21   in this case other than the interrogatory

22   responses listed in number 24?

23              MR. LIDDELL:  Objection.  Form.

24       A        I don't really know what you

25   mean, I'm afraid.  It's like too much of a

56

1    Destruction book, because I have an example

2    of like cooking dinner as an algorithm.

3         Q     So you considered your Weapons

4    of Math Destruction book, correct?

5         A     For example, yes.

6         Q     Any other publications you

7    recall specifically considering in drafting

8    your report?

9         A     Not that I can remember.

10        Q     And if it's helpful, we can

11   scroll down to the next page, which is

12   Appendix B.  And then the second page of

13   Appendix B, there's a list of publications,

14   correct?

15        A     Mm-hmm.

16        Q     Do you -- other than Weapons of

17   Math Destruction, did you rely on any other

18   publications in this list specifically in

19   drafting this report?

20        A     No.

21        Q     Your book Weapons of Math

22   Destruction, is that publication related to

23   educational technologies, or EdTech?

24        A     It's a very general book.

25   Different chapters have to do with

57

1    algorithms in college admissions and

2    insurance and the justice system, hiring

3    teachers, teacher evaluations.

4            So I guess you could consider

5    that EdTech.

6        Q    Does that section reference any

7    educational technology specifically?

8        A    I mean, I think like the

9    intersection of the college admissions

10   chapter and like Naviance is nontrivial

11   because like Naviance had like that

12   college-readiness stuff.

13       Q    Does Weapons of Math Destruction

14   mention Naviance specifically?

15       A    I don't think so.

16       Q    Is any part of Weapons of Math

17   Destruction specifically related to

18   K-through-12 students?

19       A    Yeah, because I was talking

20   about getting into college, and I was

21   talking about teaching to the test and like

22   teacher evaluations of K-through-12

23   students.

24       Q    Going back to Appendix A -- so

25   if we can go back up a few pages...

58

1          Other than the DPIA reports, the

2    deposition of Mr. Flagg, and PowerSchool's

3    discovery responses, the items on this list

4    that you considered are publicly available

5    sources, is that correct?

6          MR. LIDDELL:  Objection to form.

7     A     I mean -- so some of these

8    things I got to on my own through browser,

9    many of these things, like certainly the

10   tampabay.com links and stuff, and the

11   PowerSchool stuff.

12          And the DPIAs I was sent.  The

13   deposition I was sent.  The settlement

14   agreement I was sent.  The number 24 thing

15   presumably I was sent.

16    Q     You have not reviewed any

17   proprietary data from any PowerSchool

18   product, correct?

19    A     By the way, I just want to -- if

20   you don't mind, could I make a comment --

21    Q     Sure.

22    A     -- to one of your earlier

23   points?

24          Like it's possible that there is

25   a reference in this report to that number

Catherine O'Neil - February 25, 2026

59

1    24, it's just I'm not very -- I don't have

2    a perfect memory for legalese.

3            So like it just -- it's possible

4    I did, in fact, look into that and it's

5    listed in my report, but I -- unless I go

6    through my report and look at all the

7    footnotes, I won't know.

8            I'm just saying that because I

9    realized that like at first number 12

10   looked unfamiliar, but then I looked at it

11   more and I was like, oh, no that is

12   something I referred to in my report.  So I

13   don't want to be making that mistake with

14   one of these other ones.

15           Would you repeat your previous

16   question?

17       Q    You have not reviewed any

18   proprietary data from any PowerSchool

19   product, correct?

20       A    That's true.

21       Q    And with respect to number 24,

22   those interrogatory responses, you don't

23   know whether or not you reference those

24   interrogatory responses in this report,

25   correct?

Catherine O'Neil - February 25, 2026

60

1      A      I could look.  I haven't

2   memorized the footnotes of my report.

3      Q      You have not reviewed any source

4   code for any PowerSchool product, correct?

5      A      That's correct.

6      Q      You have not reviewed any

7   algorithm that you claim the schools that

8   use PowerSchool's products use, fair?

9      A      I'm sorry, could you say that

10   again?

11      Q      You have not reviewed any

12   algorithm for this case, fair?

13      A      That's correct.

14      Q      Did you rely on any other

15   materials that are not listed in Appendix A

16   of your report?

17      A      I guess I would like to just ask

18   if this is a list of all of my footnotes?

19          Because I'm absolutely sure the

20   footnotes are a full listing of the things

21   that I relied on for this report, but I

22   don't know if this is the same list.

23      Q      Did you prepare this Appendix A?

24      A      I did not.

25      Q      Did you check whether everything

Catherine O'Neil - February 25, 2026

61

1    included in the footnotes of your report

2    was included in Appendix A?

3        A    No.

4        Q    Other than -- so you can only

5    say for certain that you reviewed the

6    materials in the footnotes of your report,

7    fair?

8        A    That's fair, yes.

9             And I can check right now, but I

10   didn't actually already check appendix -- I

11   asked those guys, the counsel, Andy and

12   Leonard, to do the formating for this for

13   me.

14       Q    I won't make you go through that

15   exercise right now.

16       A    Okay.  Thank you.

17       Q    So we'll focus on the footnotes

18   of your report.

19       A    I appreciate that.

20       Q    Yes.

21            Is there anything that you

22   considered in drafting this report that's

23   not included in a footnote of your report?

24       A    No.  I mean, except my own

25   brain.

Catherine O'Neil - February 25, 2026

62

1          Q       Fair.

2                  Are there any materials you

3      asked for but were not given?

4          A       I asked for a demo.  I asked for

5      the data so that I could audit these

6      things, but those weren't available.

7          Q       Anything else that you asked for

8      and were not given?

9          A       I asked if they knew of actual

10     harm that had been perpetrated by some of

11     these algorithms or actual stories of harm

12     or actual use cases for these.

13                 And they didn't have them for

14     me.

15         Q       They didn't have any examples of

16     actual harm caused --

17         A       Correct.

18         Q       -- by a PowerSchool product,

19     correct?

20         A       Right.  That's right, which is

21     why I don't have a claim that there has

22     been actual harm in this report.

23         Q       So you're not providing an

24     opinion that there has been actual harm

25     from any PowerSchool product, correct?

63

```
 1        A     That's correct.
 2              MR. LIDDELL:  Objection.  Form.
 3   BY MS. LOGAN:
 4        Q     And looking at these DPIAs,
 5    these are the PowerSchool products that you
 6    analyzed for the purposes of this report,
 7    correct?
 8        A     I'm going to assume these are
 9    the same as the footnotes, DPIAs, and say
10    yes.
11        Q     Did you read the complaint in
12    this case?
13        A     I might have read the complaint
14    at the very beginning.
15        Q     You don't recall specifically
16    reading the complaint in this case?
17        A     I don't.
18              I certainly talked to the
19    counsels about it.
20        Q     Did you have any communications
21    with fact witnesses?
22        A     No.
23        Q     Did you have -- did you ever
24    speak to the named plaintiffs in this case?
25        A     No.
```

64

1      Q      Do you know the names of the

2  named plaintiffs in this case?

3      A      Nope.

4      Q      Do you know where any of the

5  students who are plaintiffs in this case

6  attended school?

7      A      Nope.

8      Q      Do you know how old any of the

9  student plaintiffs in this case are?

10      A      No.

11      Q      Do you know what states the

12  plaintiffs in this case live in?

13      A      No.

14      Q      Do you know -- or have you

15  reviewed any records for any plaintiffs'

16  attendance or behavioral history at school?

17      A      No.

18      Q      Some of your opinions relate to

19  racial bias, correct?

20      A      Yes.

21      Q      Do you know the race of any

22  plaintiff in this case?

23      A      No.

24      Q      Do you know which PowerSchool

25  products the plaintiffs in this case used?

69

1    chances of graduating and on an algorithm

2    for early warning systems, correct?

3        A    Each early warning system is an

4    algorithm.

5        Q    Do you know how many early

6    warning systems there are?

7        A    Well, we have the Attendance

8    Intervention product, which is spotting

9    early warning signs of absenteeism.  I'm

10   just -- this is a quote.

11            And then there's Performance

12   Matters which can be configured to display

13   early warning indicators for categories,

14   including attendance, behavior and

15   mobility.

16            And then the Analytics and

17   Insights product is a warning system to

18   identify students at risk of not

19   graduating.

20            So those are all the different

21   productive algorithms that I am claiming

22   carry a lot of risk.

23       Q    Are there any other algorithms

24   that you are offering opinions on in this

25   case?

1        A      Not specifically.

2        Q      Generally --

3        A      But --

4        Q      -- are there any other

5    algorithms that you're offering opinions on

6    in this case?

7        A      Well, for example, when I quoted

8    that thing -- that second part, that

9    Performance Matters, it can be configured

10   to just like quote early warning indicators

11   for a category including the three I

12   mentioned, ███████████████████████

     ████████████████

14             But there could be others.  You

15   know, I would be worried about any early

16   warning indicator.  Any of those would like

17   comprise of risky thing that should be

18   monitored and audited.

19             So yeah, I want to keep it

20   general in that sense.

21       Q      When you say that Performance

22   Matters can be configured to display these

23   early warning indicators including

24   ████████████████████████████████ are you

25   aware of whether every school configures

71

1  early warning indicators to include

2  ███████████████████████████████

3      A     I don't know the answer to that

4  question.  It might not be every school.

5            But the fact that it is

6  available is what I'm interested in.

7      Q     Are you aware of any school that

8  configures Performance Matters to display

9  early warning indicators of ████████████

   ████████████████████████████

11     A     I'm not aware of any school that

12  does that.

13     Q     Is it possible that some schools

14  do not configure Performance Matters to

15  display, for example, ██████████████

16     A     Yes, that's possible.

17            MR. LIDDELL:  Objection.  Form.

18     A     That's possible.

19     Q     Is it possible some schools do

20  not collect the data required for certain

21  of those early warning indicators?

22            MR. LIDDELL:  Objection.  Form.

23     A     That's possible.

24     Q     Would you agree that the data

25  elements stored for any given product will

72

1    vary based on the school?

2                    MR. LIDDELL:  Objection.  Form.

3        A      I very much assume it does vary.

4        Q      Would you agree that the data

5    elements stored for any given product would

6    vary based on the student?

7                    MR. LIDDELL:  Objection.  Form.

8        A      I mean, different students in

9    different schools or different students in

10   the same school?

11       Q      We can start with different

12   students at different schools.

13       A      Right.  So the answer is yes

14   because I assume different schools do it

15   differently.  So obviously for a given

16   student in different schools like it would

17   be different.

18                  For two students at the same

19   school, it probably would be less

20   different, but there might be differences.

21       Q      There might be differences in

22   the data elements stored for a given

23   product between students at the same

24   school?

25                    MR. LIDDELL:  Objection.  Form.

82

1       A       Could you repeat the question?

2       Q       You don't know one way or

3    another whether those early warning

4    indicators are based on a predictive model,

5    is that fair?

6       A       No, that's not fair.

7       Q       What's your basis for stating

8    that these early warning indicators are

9    based on a predictive model?

10      A       My basis is that an early

11   warning indicator is a predictive model.

12      Q       Could you explain that for me?

13      A       The only reason you would know

14   whether something warned -- this is just

15   speaking in plain English.

16              The only reason you'd know

17   something is an early warning is if you had

18   notion that something is to come and this

19   is a bad sign for that thing if it's a bad

20   thing that might come.

21              That is based on a prediction,

22   based on historical information, like when

23   I saw this red flag, then later on it

24   turned out bad things happened.

25              But the notion of a red flag

83

1   means you're using historical information

2   to train your future predictions.  So early

3   warning indicators are predictive

4   algorithms.  They might be very simple but

5   they're very predictive.

6        Q     You haven't conducted any

7   analysis of any algorithm underlying an

8   early warning indicator, fair?

9        A     You mean for PowerSchools?

10        Q     Correct.

11        A     I have not done any analysis on

12   PowerSchool's algorithms.

13        Q     Is there a difference between a

14   predictive algorithm and a rule-based

15   model?

16        A     It depends on what the

17   rule-based model does.

18        Q     What do you understand a

19   rule-based model to be?

20        A     I mean, you could think of a

21   recipe to cook meatloaf as a rule-based

22   model and then there wouldn't be a

23   predictive algorithm.

24        Q     Would an example --

25              (Simultaneous crosstalk.)

Catherine O'Neil - February 25, 2026

84

1    A       -- instructions.

2            Sorry, go ahead.

3    Q       Apologies for cutting you off.

4            Would an example of a rule-based

5    model be if X happens 10 times, then Y

6    results, is that rule-based?

7            MR. LIDDELL:  Objection.  Form.

8    Q       Sorry, what was your answer?

9    A       I don't -- I don't know.  It

10   depends on whether Y is a necessary

11   consequence of X happening 10 times or

12   whether it's a prediction -- or actually,

13   if you're talking about a rule -- I don't

14   really know what you mean by a rule-based

15   model.  I'm sorry.  You'll have to be more

16   precise.

17   Q       You said there's a difference

18   between whether there's -- whether it's a

19   necessary consequence or a prediction.

20           Did I hear that correctly?

21   A       But I was answering it -- the

22   question that I thought you asked, which is

23   not the question you actually asked.  So

24   like you'll have to ask a question.

25           So that wasn't really an answer.

Catherine O'Neil - February 25, 2026

85

1       Q      Could you explain for me the

2    difference between a necessary consequence

3    versus a prediction?

4       A      Yeah.  I mean, let me just

5    differentiate, as I did for the counsels

6    that I'm working with, like the difference

7    between a descriptive statistic and a

8    predictive statistic.

9             A descriptive statistic is

10   something like Johnny went -- Johnny missed

11   school last week.  Johnny missed geography

12   class on Tuesday of last week.  That's just

13   a description.  That happened.

14            And you could also even count

15   how many times did Johnny miss geography in

16   the last semester.  That would be a

17   descriptive statistic.

18            But as soon as you say, this is

19   a warning sign, or this is an early warning

20   sign, or this is a bad sign, or this -- as

21   soon as you're saying something along those

22   lines, you're saying, This is meaningful

23   for the future, that's prediction.  That's

24   predicting.

25            Now, it's a vague prediction

Catherine O'Neil - February 25, 2026

86

1    right now, but when you implement it as an

2    early warning system, then it becomes a

3    very precise prediction.

4              So does that help?

5      Q     That helps.

6              And I know we talked a bit

7    earlier about whether you were aware of any

8    actual harm as a result of PowerSchool

9    products.

10             Do you remember that

11   conversation?

12     A     Yeah.

13     Q     In your report, you're providing

14   opinions on the risk of future harm, is

15   that fair?

16     A     I'm definitely providing my

17   opinion on risk.

18             To be clear, I don't know there

19   hasn't been harm either.  So I don't want

20   to just focus on the future.  There could

21   have been risk -- there could have been

22   harm in the past or presently.

23             But I definitely think there's

24   risk.  There is risk present.  That is my

25   report.  I'm a risk -- that's my job is to

87

1    understand and to measure risk, and I

2    definitely -- I definitely find risk in

3    this product.  That's what I'm talking

4    about here.

5            So to be clear, I'm not claiming

6    there has been harm or there will be harm,

7    I'm claiming there is a lot of risk for

8    harm, and there could have been harm

9    already.

10       Q    So your opinions are related to

11   the risk for harm, correct?

12       A    That's correct.

13       Q    And it's the risk of harms that

14   may occur in the future, fair?

15       A    Or may have occurred in the

16   past, yes.

17       Q    What risks specifically are you

18   providing opinions on in this case?

19       A     There's a lot of different --

20   there's three categories of risk, but I

21   don't want to -- yeah, let me just talk

22   about the categories of risk, and we can go

23   into those if you'd like.

24            There's the risk of inaccuracy,

25   but it's just a bad -- it's a bad

88

1    prediction, you know, that you're just

2    getting it wrong, that PowerSchool is not

3    doing a good job of predicting things.

4    That's inaccuracy.

5            There's one category, and

6    there's harms that could come out of that.

7    We could talk about that.

8            And the second category of harm

9    is that it's biased.  So it is more likely

10   to alert people to a type of risk for

11   certain types of students and not other

12   students, and there's harm -- there's

13   different kinds of harms associated to

14   bias.

15           And then the third type of

16   category is usage, which is to say that

17   this -- these things, even if they're

18   completely accurate and even if they're

19   completely unbiased, they could still harm

20   students depending on how they're used.

21           So we could talk about that as

22   well.

23      Q    I would like to talk about each

24   of those.

25           Starting with the first category

Catherine O'Neil - February 25, 2026

89

1    you listed, that was the risk of

2    inaccuracy, is that correct?

3        A    Yes.

4        Q    What harms, in your opinion,

5    would result from an algorithm being

6    inaccurate?

7        A    To be clear, all of the answers

8    to these harms questions are going to

9    depend on the usage.  So I can't really

10   talk about harms without stipulating a way

11   it's being used because it's not harmful

12   abstractly.

13           Abstractly -- you know, truly

14   abstractly, if a scoring system or an early

15   warning system goes off and no one pays

16   attention, there's absolutely no harm to

17   it.  It's just a computer talking to

18   itself.

19           So the only possible way it

20   could be harmful to a student is if a

21   teacher or an administrator acts on it in a

22   certain way.

23           So I have to imagine that they

24   care enough about these early warning

25   systems to act on them in some way.

90

1          So with that stipulation, if you

2    want me to go into what could go wrong if

3    it's inaccurate -- would you like me to do

4    that?

5        Q    I guess, first -- so it's your

6    opinion that all of the harms that could

7    result from these categories depends on

8    what the school systems or the

9    administrators do with the information, is

10   that correct?

11       A    Yeah.

12            And by the way, could we get rid

13   of this for this part of the conversation

14   so I could see your face?

15       Q    Yes.  Yes.

16       A    I appreciate that.

17       Q    Thank you.

18       A    Thanks.

19            Yes, I agree with that.  It all

20   depends on how it's being used.

21       Q    And it depends on how it's being

22   used by the school, fair?

23       A    Yes.

24            Or, I mean, or anybody who has

25   access to it.  Like if the police

Catherine O'Neil - February 25, 2026

91

1   department has access to it, it could be

2   used badly by them, too.

3        Q    The police department would have

4   access to it if the school shared it with

5   the police department, fair?

6        A    Yes.

7        Q    Are you aware of any schools

8   that have shared information from a

9   PowerSchool product with a police

10  department?

11       A    Not from a PowerSchool product,

12  but I do think in my report I refer to a

13  different school system that did share such

14  type of information about attendance and so

15  on with a police department and that was

16  really scary.

17            So I know that kind of thing

18  happens.

19       Q    Going back to inaccuracy, what

20  harms could result from an algorithm being

21  inaccurate?

22       A    Okay.  Well, there's three types

23  of harms I would start out with, and I

24  wouldn't end with, but I'll start out with

25  over reaction or underreaction or misguided

Catherine O'Neil - February 25, 2026

92

1    reaction.

2              So, for example, if it's

3    inaccurate because it just doesn't -- it

4    scores people too low on average, then

5    not -- and if the teachers and

6    administrators trust it, then they would

7    underreact.

8              Similarly, if it scored people

9    way too high, they would overreact.  And

10   then it's possible that they just -- it's

11   like random.  It's not -- it's like it

12   doesn't -- it doesn't pertain to the

13   correct type of outcome.

14             And then it would just be all

15   over the place and they would be wasting

16   their energy on calling parents to warn

17   them of their kid not graduation --

18   graduating when it was completely

19   irrelevant to what's actually happening

20   with the kid.

21             So it's just misdirection.

22      Q    So the --

23      A    Sorry, I just should have

24   finished by saying that's assuming that

25   that's how the teachers and the

Catherine O'Neil - February 25, 2026

93

1    administrators would respond to that.

2                    There are worse case scenarios

3    where the harm is greater.

4        Q     The risk of inaccuracy here

5    comes from how the schools or school

6    systems respond, fair?

7                    MR. LIDDELL:  Objection.  Form.

8        A     Say that again, please.

9        Q     The -- this risk from inaccuracy

10   comes from how the schools or the school

11   systems respond, correct?

12       A     No.

13                   MR. LIDDELL:  Objection.  Form.

14       A     I wouldn't -- that's not the

15   characterization I would give what I'm

16   trying to describe.

17                   It's the whole thing.  The risk

18   comes from the fact that it's a score --

19   it's a scoring system with a threshold, so

20   it's a predictive algorithm.  It's a

21   warning system built by a company that is

22   filled with experts and that the school

23   system is being given, and it's described

24   as an early warning system and it's been

25   configured.  And so it has already a lot of

Catherine O'Neil - February 25, 2026

94

1     trust engendered in it.

2          And then the school system gets

3     to decide how to use it.  And the trust

4     might lead it to use it in very high-stakes

5     ways, but I don't think it's -- I wouldn't

6     blame the school system for using it, I

7     would blame the system itself for not being

8     accurate.  And for engendering trust that

9     is not deserved.

10    Q    So the risk comes in part from

11    how the school system uses that

12    information, fair?

13         MR. LIDDELL:  Objection.  Form.

14    A    It's all of a piece.  Like you

15    can't talk about what the harm looks like

16    unless you know exactly how it's being

17    used.  I'll give you that.

18    Q    And how it's being used is how

19    the school is using it, fair?

20    A    How the school is using it, yes.

21         And I would just add that like

22    one of the things I would like to see in

23    any setup like this where it is high risk

24    is not only an audit for accuracy and an

25    audit for bias, but also a very clear

95

1    description of the use cases that are

2    reasonable versus unreasonable or

3    inappropriate.

4              So in other words, I would like

5    some of it -- some of or if not many --

6    much of the accountability for usage to be

7    on the company that is providing these

8    predictive algorithms.

9        Q    Do you know -- I guess on your

10   last point about accountability for usage,

11   who decides or determines that usage?

12       A    I don't know, but I'm supposing

13   that the school systems do ultimately.

14       Q    With respect to the risk of

15   inaccuracy, do you know whether that risk

16   has materialized for any named plaintiff in

17   this case?

18       A    I don't know.

19       Q    Do you know whether that risk of

20   inaccuracy has materialized for any student

21   at any school that uses a PowerSchool

22   predict?

23       A    I just want to say that every

24   algorithm has some inaccuracy.  So, you

25   know, it doesn't make sense for me to say

Catherine O'Neil - February 25, 2026

96

```
 1    that there's -- that I'm not aware of any
 2    accuracy because every algorithm has
 3    inaccuracy, right?  So it's just like --
 4    but I don't know of a specific instance of
 5    inaccuracy.
 6         Q     You're not aware of any specific
 7    instance of inaccuracy causing harm to a
 8    student related to PowerSchool, fair?
 9         A     Correct.  That's fair, yes.
10         Q     Okay.  Your second category was
11    the risk of bias, correct?
12         A     That's correct.
13         Q     What -- can you explain what you
14    mean by a risk of bias?
15         A     Yeah.  There's a very famous
16    article in ProPublica about recidivism risk
17    algorithms being biased against black
18    defendants where their risk scores were
19    much higher on average, and there were
20    examples where a black defendant got a high
21    risk score and -- even though they had much
22    less of a record than a white defendant and
23    they didn't actually recidivate but the
24    black -- the white defendant who had like a
25    longer rap sheet did, and he got out
```

Catherine O'Neil - February 25, 2026

97

1    earlier, the white did -- the whiter

2    defendant did because his risk score was

3    lower.

4            So it's -- that's just an

5    example that's really well-known, it's

6    public.  But to be honest, like I'm an

7    algorithmic auditor, so I measure this all

8    the time.  This is kind of my job.

9            And it's endemic.  It's like

10   every time you look for a racial bias, you

11   find it.

12        Q    And are you aware of any racial

13   bias in any PowerSchool product

14   specifically?

15        A    I'm not aware of any -- I have

16   not investigated and -- because I haven't

17   had access to it.

18        Q    Where does the risk of bias come

19   from?

20        A    Historical prejudice in ways

21   that people aren't even aware of

22   themselves.

23            I think I referred in my report

24   to the fact that the same behavior

25   displayed by white or black students will

98

1    be more likely to get reprimanded if

2    they're black.

3           So, you know, when I look at

4    information such as, you know, early like

5    behavioral data and early warning signs

6    about behavior, I worry that it might be

7    biased against black kids.

8       Q      You mentioned the risk of being

9    reprimanded.

10          Is that something the school

11   would do?

12      A      Presumably, yes.

13      Q      So the risk of bias comes from,

14   in part, the school, fair?

15          MR. LIDDELL:   Objection.   Form.

16      A      This is a well-known fact about

17   student behavioral data.   So I would like

18   to think about it at a holistic level.

19          Anybody who's dealing in

20   behavioral statistics or students would be

21   aware of this.   I would have to monitor for

22   this problem, would have to alert anybody

23   who's using algorithms based on behavioral

24   data, there's a likelihood of a racial bias

25   here, we have to keep track of it.   We have

Catherine O'Neil - February 25, 2026

99

1    to monitor it.  We have to mitigate it if
2    it's there.
3            So I don't want to, you know,
4    place the blame for this society-wide
5    historical problem at the feet of teachers.
6        Q    You have not analyzed any model
7    used by a PowerSchool product for the risk
8    of racial bias, correct?
9        A    That's correct.
10       Q    Are you providing any opinion on
11   a risk of racial bias against any students
12   other than black students?
13       A    Certainly like Hispanic students
14   would be part of that.
15       Q    Do you know whether the risk of
16   racial bias has materialized for any named
17   plaintiff in this case?
18       A    I do not know.
19       Q    Do you know whether the risk of
20   racial bias has materialized for any
21   student in the potential classes in this
22   case?
23       A    I do not know.
24       Q    So you don't know whether any
25   harms have occurred from the risk of racial

Catherine O'Neil - February 25, 2026

100

1    bias for any named plaintiff in this case,

2    correct?

3        A    That's correct.

4        Q    And you don't know whether any

5    harms from the risk of racial bias have

6    occurred for any specific student in a

7    potential class in this case, correct?

8        A    Correct.

9        Q    The third risk category you

10   mentioned was usage, which I think we've

11   talked about a little bit in the context of

12   the rest of these, that risk of usage is --

13   you said it depends on how the analysis is

14   used, correct?

15       A    Correct.

16       Q    And as we've discussed when

17   we're talking about how the analysis is

18   used, that's how it's used by schools,

19   correct?

20       A    That's right.

21       Q    So the risk of usage comes from

22   how the school uses the analysis, fair?

23       A    I agree.

24            And I also want to remind us

25   that like I think it would be only

Catherine O'Neil - February 25, 2026

101

1    appropriate and should be required that

2    PowerSchools would suggest inappropriate or

3    appropriate use cases for these powerful,

4    high-stakes algorithms.

5              And I used -- I suggested

6    something in my report for the graduation

7    algorithm -- prediction algorithm where it

8    doesn't have to do with bias or accuracy.

9    I could assume it's completely accurate and

10   completely unbiased, which, of course,

11   nothing is completely inaccurate --

12   completely accurate and nothing is

13   completely unbiased.

14             But even imagining that in some

15   kind of idealized situation, like you could

16   still have an inappropriate usage for the

17   graduation prediction algorithm in the

18   sense of like deciding which students to,

19   you know, pay attention to to get them over

20   the hump and get them to graduate and

21   ignoring student that's fall below that

22   threshold, that would -- that would

23   punish -- unfairly punish the students that

24   fall just below that threshold.

25        Q    Are you aware of any

Catherine O'Neil - February 25, 2026

102

1    inappropriate usage of that graduation

2    likelihood analysis for any student?

3         A    For the PowerSchool version of

4    that algorithm, is that what you're

5    referring to?

6         Q    Correct, yes.

7         A    I'm not aware of that being done

8    using PowerSchool products, but I certainly

9    think that it has been done in the past to

10   get -- to optimize to graduation rate at

11   the -- like in harming the students.

12            So it is a kind of thing that

13   happens.

14        Q    And those past use cases you're

15   discussing have nothing to do with

16   PowerSchool, fair?

17        A    That's fair.

18        Q    So between the risk of

19   inaccuracy, the risk of bias and the risk

20   that comes from usage of algorithms, you're

21   not aware of any harm to the plaintiffs in

22   this case resulting from PowerSchool

23   product from any of those categories,

24   correct?

25        A    Correct.

106

1      Q     I want to look at page 25 of
2  your report, which is Exhibit 1.
3           And in the first paragraph of
4  Section V, you say:  "In some statements,
5  it might seem that PowerSchool does not
6  provide ready-made algorithms, but only
7  provides a platform with which school
8  systems can build their own predictions for
9  graduation rates or likelihoods for
10 individual students."
11          Did I read that correctly?
12     A     Yeah.
13     Q     What do you mean by a
14 "ready-made algorithm"?
15     A     Like algorithms that are ready
16 to like plug and play with student data.
17     Q     What do you need to plug -- so
18 it's the student data that you would need
19 to plug into the algorithm?
20     A     Well, that and a few
21 configuration issues, but yes.
22     Q     What would a ready-made
23 algorithm already contain?
24     A     The underlying logic of what to
25 do with the data and how to build a score

1    and whether it, you know -- once it knows

2    with the threshold, like whether -- how to

3    make a red flag and how to make that

4    apparent or like how to display those

5    results to the user.

6        Q      So in order for the algorithm to

7    work, it needs a threshold, a way to know

8    what the red flag is, correct?

9        A      Yes.

10       Q      And it needs the data, correct?

11       A      Yes.  And it might need a couple

12   more things, too.

13       Q      In your report, this first

14   paragraph, you go on to say:  "However,

15   there is also evidence that they do in fact

16   provide algorithms.  There are two sources

17   of evidence for this.  First, their own

18   webpage, and ███████████████████████

   ██████████████████████████████████████

   ██████████████████████████

21              Did I read that correctly?

22       A      Yeah.

23       Q      And we've spoken a bit about the

24   webpage.  I want to talk about this second

25   bit, ████████████████████████████



108

1      ▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮

8          Did I read that correctly?

9      A    Yes.

10     Q    And that's from the deposition

11 of Mr. Darron Flagg, correct?

12     A    Can you scroll down to the

13 bottom of the page, please?

14          Yeah, that's the Flagg

15 deposition.

16      ▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮

▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮



110

1  ██████████████████████████████

██████████████████

███████████████████████████████

███████████████████████████████

███████████████████████████████

██████████████████████

████████████████

8       Q      In your opinion, algorithms, as

9   we said, require historical data, correct?

10      A      Yes.

11      Q      Does the historical data need to

12  be specific to the customer in order to be

13  accurate?

14      A      What do you mean by that?

15      Q      If an algorithm was trained on

16  de-identified data, would it affect the

17  accuracy of the algorithm?

18      A      I think you're missing part of

19  the notion.  Like if you're trying to train

20  it on de-identified historical data and

21  then apply it to a school a thousand miles

22  away -- so you mean accurate on those new

23  students in the new school?

24      Q      Yes.

25      A      Yeah, that could be a problem

111

1   for sure.

2              So, I mean, that's an example of

3   one of the reasons that recidivism risk

4   algorithms are problematic, is that they

5   train them on populations of -- in New

6   Mexico of female prisoners in 1954 and then

7   they're still using them on men in

8   Pittsburgh.

9              You know, so it's just like

10  irrelevant, old data.  It's definitely a

11  problem for accuracy.

12     Q     In your report, you say there's

13  no reason to build a de-identified dataset

14  other than to train algorithms.

15             Are there any other reasons to

16  build a de-identified dataset in your

17  opinion?

18     A     Well, I mean, it occurred to me

19  that you could -- you could be just using

20  it for the descriptive types of statistics

21  that we talked about earlier, but that's

22  not really -- that's so dumb.

23             That's kind of like as dumb as

24  like an Excel spreadsheet, you know.  It's

25  like making a bunch of artificial data in

Catherine O'Neil - February 25, 2026

112

1   an Excel spreadsheet to show that you could

2   add things up.

3          So I don't think anybody would

4   bother to build a de-identified historical

5   dataset with consent, which is also part of

6   this paragraph, that the students gave

7   consent to be part of this.  I don't think

8   anybody would bother to do that for

9   descriptive, statistic-type testing.

10      Q    It's possible -- sorry.

11      A    It's possible.  It's possible,

12  but I think it's very unlikely that that's

13  the only way it was used.  So that's why I

14  wrote this.

15      Q    It's possible that a

16  de-identified dataset could be used for

17  purposes other than training algorithms,

18  fair?

19      A    I think it's unlikely that it

20  was only used for that.

21      Q    But it's possible that a

22  de-identified dataset could be used for

23  purposes other than training algorithms,

24  correct?

25              MR. LIDDELL:  Objection.  Form.

113

1          A      It is possible.

2          Q      Did you consider any other

3    deposition testimony or documents to draw

4    this conclusion that there would be no

5    reason to build a de-identified dataset

6    other than to train an algorithm?

7          A      I did not.

8          Q      Could a de-identified dataset be

9    used for performance testing?

10         A      Yes.  But also, you could just

11   put in random number and do performance

12   testing and that would be a lot cheaper and

13   a lot easier.

14              So I firmly believe that that's

15   not the only reason it was built.  This is

16   a -- this is a difficult thing to build

17   with a lot of work, with getting people to

18   consent.  It requires legal help.  It

19   requires a lot of work.  And if you just

20   wanted to do performance testing, you would

21   just fill stuff up with synthetic data and

22   test it that way.

23              ████████████████████████████
████████████████████████████████████████
████████████████████████████████

114



17     Q     And that's from this deposition

18  testimony of Mr. Flagg, correct?

19     A     Correct.

20     Q     And those are each performance

21  testing, feature testing, demos, purposes

22  other than training algorithms, correct?

23     A     I think the features are

24  algorithmic.  So I don't think that's

25  different from what I'm saying.

Catherine O'Neil - February 25, 2026

115

1    Q    You think that the product

2 features are algorithmic, is that what

3 you're saying?

4    A    I'm saying that the product

5 features, in my opinion, include the

6 algorithms that I've been talking about,

7 like the early warning systems.

8    Q    What is your basis for that

9 opinion?

10    A    Because that's what you would

11 need the historical data to train your

12 model to make sure it was working in a

13 reasonable way before selling it.

14         By the way, I would consider it

15 inappropriate for them not to test these

16 algorithms that they're selling.

17    Q    Sure.

18         I'm talking about the

19 PowerSchool products, even features other

20 than algorithms, and whether this

21 de-identified dataset could be used for

22 demoing other features.

23    A    It could be used for demoing

24 other features.

25    Q    That are unrelated to

116

1  algorithms, fair?

2      A      Yes.

3             But I don't think that's why it

4  was built.

5      Q      And you don't think that's why

6  it was built...

7      A      That's right.

8      Q      Just based on your general

9  understanding?

10     A      My general understanding of --

11 yes, of -- like I do this kind of thing

12 myself and I -- if I wanted to do something

13 just for a demo, I would not go to the

14 trouble of getting consent from a bunch of

15 students and de-identifying their data.  I

16 would just make synthetic data and display

17 it in a demo.

18     Q      Did you speak to anyone at

19 PowerSchool about why this dataset was

20 built?

21     A      No, I did not.

22     ████████████████████████████████████

   ████████████████████████████████████

   ████████████████████████████████████████

25             MR. LIDDELL:  Objection to form.

117

1          A      I did not.

2          Q      Are you aware that California

3    and other states' laws actually allow

4    EdTech providers to use de-identified data

5    to improve educational products?

6                 MR. LIDDELL:  Objection.  Form.

7          A      I did not.

8          Q      Are you aware that California

9    and some other states' laws allow EdTech

10   providers to use de-identified data to

11   demonstrate the effectiveness of products?

12                MR. LIDDELL:  Objection.  Form.

13         A      I do not -- I don't know the

14   law.  I'm not a lawyer.

15



119

1 ███████████████████████████████████

███████████████████████████████████

███████████████████████████████████

4          What does it mean to make sure

5  that it's working well if not testing?

6      Q    When you say, "it's working

7  well," isn't there other features in

8  PowerSchool products, algorithms aside,

9  that could be tested using de-identified

10  data, correct?

11     A    Yeah.

12          I mean, I have to read the law,

13  but I'm just saying that it like -- it

14  points to the idea of making sure things

15  are accurate, which is to say an algorithm.

16          MS. LOGAN:  I'm in a good place

17      to stop, if we want to take our lunch

18      break.  I know it will be a little

19      longer because of your doctor's

20      appointment.

21          We can go off the record.

22          THE VIDEOGRAPHER:  The time is

23      11:35 a.m., and we're going off the

24      record.

25          (Whereupon, a brief recess was

Catherine O'Neil - February 25, 2026

120

1          taken from 11:35 a.m. to 1:03 p.m.)

2                  THE VIDEOGRAPHER:  This begins

3          media 3.  The time is 1:03 p.m.  We're

4          back on the record.

5     BY MS. LOGAN:

6          Q     Dr. O'Neil, before the lunch

7      break, we were talking about ready-made

8      algorithms.

9                  Do you remember that discussion?

10         A     Yeah.

11         Q     Could you help me understand the

12     difference between a ready-made algorithm

13     and an algorithm generally?

14         A     I mean, there's really -- I

15     mean, a ready-made algorithm is an

16     algorithm.  It just means that it's like

17     nearly implemented.  It just -- it requires

18     the last few things, which in this case

19     means like the data -- the input data

20     itself and some configurations about hyper

21     parameters and factors.

22                 So like last-minute choices and

23     then you implement it.  Like it's basically

24     ready to go.  So it's an algorithm.

25                 I mean, if I use the phrase

Catherine O'Neil - February 25, 2026

121

1    "algorithm" without saying "ready made," it

2    could be an abstract notion rather than

3    something that's been implemented on a

4    machine.

5         Q    What configurations would be

6    left to determine?

7         A    Like which particular factors

8    are going to be used for the graduation

9    alert system.

10         As you pointed out earlier, not

11    every school is going to collect the same

12    exact data elements, so the choice of the

13    data elements, the weightings of the data

14    elements, how much do we care about this

15    versus that, the threshold and, of course,

16    the students' data.

17         Those are most obvious choices,

18    but there's probably other configurations,

19    like how it's presented, whether it's a

20    daily report or a monthly report, or is it

21    an e-mail to a teacher or is it an e-mail

22    to the principal.  Is it -- and, of course,

23    there's also the question of how it's used.

24    It could be used in many, many ways.

25         But in terms of like going from

122

1    a ready-to-go -- ready-made algorithm to

2    actually being implemented, those are the

3    kinds of things I'm talking about.

4        Q     And those configurations in this

5    case would be determined by the school,

6    correct?

7        A     Presumably.

8              As I said before, I doubt that a

9    typical person at a school would have a

10   strong opinion about that and would

11   probably rely on the -- PowerSchool's

12   representative to help choose those things.

13       Q     But you don't know what help

14   PowerSchool provides --

15       A     Nope, I don't.

16       Q     So it's possible PowerSchool

17   does not provide any help with respect to

18   what those configurations should or will

19   be?

20             MR. LIDDELL:  Objection to form.

21       A     I think that it's implicit in

22   the list of possible choices that -- that's

23   help.  I mean, that's not only help, but

24   it's like validation that these things

25   would be reasonable to choose.

Catherine O'Neil - February 25, 2026

123

1          So I don't agree that it's

2   not -- they're not helping.  They might not

3   have a person representing PowerSchool

4   talking to the person at that moment.  They

5   might not be in person, they might not even

6   be online chatting, but the very fact that

7   it's set up the way it must be is help.

8          It's the framework of -- it's

9   like they're going basically through like

10  a -- at the very least, they'd have to go

11  through something like a user guide to

12  figure out how to set it up, how to

13  configure it.

14      Q    At the end of the day, the

15  schools make the choices of what those

16  configurations actually will be, fair?

17          MR. LIDDELL:  Objection.  Form.

18      A    I will assume that.  I don't

19  know that for sure.

20          As I said, I don't even know if

21  there's a default setting.  So it's

22  possible that there is a way of bypassing

23  all those choices and just say, Give me the

24  default.  I don't know.

25      Q    Right.  You don't know if

Catherine O'Neil - February 25, 2026

124

1    there's a default, say, like an out-of-box

2    setting, fair?

3        A    I don't know.

4            But it doesn't really matter

5    from my perspective because any set of

6    choices represents risks.

7        Q    I want to turn to page 25 again

8    of Exhibit 1 --

9        A    Okay.

10       Q    -- your report.

11           And I want to look at the very

12   last paragraph on this page that begins "My

13   conclusion."

14           And you say:  "My conclusion is

15   that PowerSchool offers their customers

16   ready-made algorithms that predict the

17   chances an individual student will graduate

18   based on an opaque scoring system that

19   depends on data that the school is to

20   provide related to attendance, behavior,

21   grades, standardized tests, and school

22   credits."

23           Did I read that correctly?

24       A    Yes.

25       Q    When you say that PowerSchool

Catherine O'Neil - February 25, 2026

125

1    offers these ready-made algorithms that

2    make these prediction based on an opaque

3    scoring system, what is your basis for

4    stating that there is an opaque scoring

5    system used in any PowerSchool product?

6         A    Just what I was saying earlier,

7    that anything that's predictive, like an

8    early warning system, has to at its basis

9    rely on a scoring system.

10        Q    So anything predictive in your

11   opinion has an opaque scoring system?

12        A    If it becomes a warning, that

13   means that the score has crossed some kind

14   of threshold.

15        Q    And this opinion that anything

16   predictive is based on an opaque scoring

17   system, that's not unique to any

18   PowerSchool product, correct?

19        A    No.  No, not at all.  Absolutely

20   not.  No.

21             I would say that about any early

22   warning system.

23        Q    Sure.

24             So this opinion about

25   PowerSchool using an opaque scoring system,

Catherine O'Neil - February 25, 2026

126

```
1   you're assuming that there is an opaque --
2   that there's a scoring system at all, fair?
3       A    Yes.
4       Q    And you're assuming that that
5   scoring system is opaque, fair?
6       A    That's fair.
7       Q    And --
8       A    It's a little opaque to me.
9       Q    Sure.
10           And having not looked at any
11  algorithm from a PowerSchool product,
12  you're assuming that those algorithms are
13  ready-made, is that fair?
14      A    Yes.
15      Q    Are you familiar with the
16  Student Data Privacy Project?
17      A    No.
18      Q    Are you familiar with Screentime
19  Consultant?
20      A    No.
21      Q    Are you familiar with Fairplay
22  for Kids, The Screen Time Action Network?
23      A    No.
24      Q    Have you ever worked with Emily
25  Cherkin in any professional capacity
```

Catherine O'Neil - February 25, 2026

127

1    before?

2         A    No.

3         Q    Have you ever worked with Emily

4    Cherkin on anything else before?

5         A    I mean, I'm very bad with names,

6    so I could look for her name in my e-mail,

7    but I certainly didn't remember her name or

8    working with her.

9         Q    You don't remember the name

10   Emily Cherkin?

11        A    No.  I mean, I've heard the word

12   Cherkin in the context of this lawsuit, but

13   I don't know her.

14        Q    You don't know one way or

15   another whether Emily Cherkin specifically

16   is affiliated with this lawsuit?

17        A    I saw a word -- the word

18   "Cherkin" is like resonating with me right

19   now.

20        Q    Have you been retained by

21   plaintiffs' counsel to provide expert

22   testimony in any other case?

23             MR. LIDDELL:  Objection.  Form.

24        A    You mean like by EdTech Law

25   Group?

Catherine O'Neil - February 25, 2026

128

1        Q       Correct.

2        A       Oh, no, I have not.

3        Q       Have you been retained by Hagens

4   Berman in -- to provide expert testimony in

5   any other case?

6        A       No.

7        Q       Also, we can take down the --

8   Exhibit 1 --

9        A       Thank you.

10       Q       -- so you can see my face.

11       A       Thank you.

12       Q       We talked earlier about a few

13  risks, and you gave me three risks, the

14  inaccuracy, bias and usage.

15               Do you recall that?

16       A       Can I just make an amend -- like

17  can I add something to what we were saying

18  about the last paragraph on page 25?

19       Q       I think I -- sure.

20       A       And I said this earlier, but I

21  just want to like mention once again that

22  instead of relying on a numerical scoring

23  system, it could really be relying on some

24  kind of ranking system or grading system

25  but it's mathematically equivalent to a

Catherine O'Neil - February 25, 2026

129

1    scoring system.

2              I -- obviously, since I don't

3    know it, I don't know exactly how it works,

4    but it's going to be something like that.

5         Q    Yeah.  You don't know whether --

6    what scoring system it uses, if any?

7         A    Right.

8              Well, I know it's a score

9    system, but I don't know what it is.

10        Q    Okay.

11        A    Thank you.

12        Q    Of course.

13             Going back to those three risks,

14   inaccuracy, bias, usage, do you recall

15   that?

16        A    Yep.

17        Q    Did you do anything in this case

18   to assess the likelihood of those risks

19   materializing with respect to any

20   PowerSchool product?

21             MR. LIDDELL:  Objection to form.

22        A    I didn't have access to any

23   PowerSchool product, but I have had a lot

24   of history of looking at these kinds of

25   questions and finding, in almost every

130

1    single case, some problematic inaccuracies

2    and problematic biases.

3         Q     And that's with respect to your

4    experience with algorithms generally,

5    correct?

6         A     That's correct.

7         Q     But you didn't do any specific

8    analysis of the likelihood of those risks

9    materializing from PowerSchool products,

10   fair?

11        A     That's fair.

12              MR. LIDDELL:  Objection to form.

13        A     That's correct.

14        Q     Without looking at any

15   algorithms or how schools have used them

16   from a PowerSchool product, could you

17   assess the likelihood of those risks

18   materializing?

19              MR. LIDDELL:  Objection.  Form.

20        A     I could not precisely estimate

21   the risk, but I would estimate the risk to

22   be larger than zero.  But I don't -- I

23   can't actually assess them because I don't

24   have access to them.

25        Q     What would you need to do that

Catherine O'Neil - February 25, 2026

131

1    sort of analysis?

2         A      It depends on which kind of

3    analysis you want me to do, accuracy, bias

4    or usage risk.

5               Each of those require usage

6    knowledge, like the context of how it's

7    being used.  But if I wanted to assess the

8    accuracy, like whether it's accurate, I

9    would need historical data, and quite a lot

10   of it, like 10,000 or more data points.

11              So like a prediction of the --

12   with a particular time horizon of how

13   likely -- like what is early -- who's

14   getting risk -- who's getting flagged for

15   like likelihood of not graduating on time

16   and then I'd need to see the output, like

17   the results, who actually graduated on

18   time, who didn't.  I'd need to see that

19   over the appropriate time horizons for a

20   lot of examples.

21              That would be an accuracy audit.

22   If I wanted to look at a bias audit, I'd

23   have to have additional information, like

24   I'd have to know the ethnicity or race of

25   the folks and all that data.  And I'd need

Catherine O'Neil - February 25, 2026

132

1    more data because I'd want to be able to

2    compare different -- how it works for

3    different races or genders.  I could do

4    that, too.

5        Q    So you would --

6        A    Or learning disability status.

7             I apologize for interrupting

8    you.

9        Q    No, I appreciate your input.

10            So you would need to know

11   each -- how each school uses the algorithms

12   to assess the likelihood of those risks,

13   fair?

14            MR. LIDDELL:  Objection.  Form.

15       A    Well, let me put it this way:  I

16   could figure out whether there's a bias or

17   whether there's inaccuracies without

18   knowing context, but I wouldn't be able to

19   assess harm without the context because

20   harm isn't just an abstract thing.  Harm is

21   like somebody actually lost an opportunity

22   or they suffered.

23            And that I would not be able to

24   assess unless I knew the way it was being

25   used.  But I could say, Hey, this algorithm

Catherine O'Neil - February 25, 2026

133

```
 1    is biased, but maybe no one's looking at
 2    it, maybe it's never actually used.
 3            So I want to distinguish those
 4    two things.
 5        Q    Sure.
 6            So it matters how each school is
 7    using the algorithm?
 8        A    In terms of harm.
 9        Q    Yeah.
10            These risks we're talking about,
11    the inaccuracy, bias, usage, they're not
12    specific to any algorithm used at any
13    school that works with PowerSchool
14    products, fair?
15        A    No, not at --
16            MR. LIDDELL:  Objection.  Form.
17        A    These are extremely general
18    statements about algorithmic harm.
19        Q    You've calculated damages in
20    other cases, correct?
21            MR. LIDDELL:  Objection.  Form.
22        A    I've worked on attorneys'
23    general cases with like consumer fraud
24    issues, like sub prime auto loans or payday
25    loans, and I've helped them compute
```

Catherine O'Neil - February 25, 2026

134

1    restitution.

2        Q    You've not done any calculation

3    of damages in this case, correct?

4        A    Not at all.

5        Q    You mentioned earlier that you

6    spoke with Dr. Schulte before you wrote

7    your report, correct?

8        A    That's correct.

9        Q    Did he tell you which

10   PowerSchool products to include in your

11   report?

12       A    No.

13       Q    Did he tell you which

14   PowerSchool products he thought had

15   algorithms or predictive models?

16       A    No.

17       Q    Did he provide you with any

18   documents?

19       A    No.

20       Q    Did he provide you with any

21   other materials?

22       A    No.

23       Q    Did he tell you what he thought

24   about plaintiffs' case?

25       A    No.

Catherine O'Neil - February 25, 2026

135

1      Q     He, I think you mentioned

2    earlier, told you sort of what opinion

3    should go in your report generally, is that

4    right?

5            MR. LIDDELL:  Objection.  Form.

6      Misstates prior testimony.

7      A     The way I would characterize it

8    is he said what he wanted to leave to me as

9    the data expert, which is to say that these

10   products, the PowerSchool products,

11   required data -- student data to work.

12     Q     Did he tell you whether he

13   believed PowerSchool products required

14   student data to work?

15     A     Yeah.  He thought he -- yes, he

16   did.  He gave me that opinion.

17     Q     Did Mr. Schulte give you any

18   other instructions for your analysis in

19   this case?

20     A     I wouldn't even consider the

21   first thing like instruction to be honest,

22   but he -- that was the only thing I got

23   from him as I recall.

24     Q     Did he give you any structure

25   you should follow for your report?

Catherine O'Neil - February 25, 2026

136

1        A     No.

2        Q     Did he tell you why he wanted

3    you to cover whether PowerSchool products

4    required student data to work?

5        A     Yes.

6        Q     And what was that basis?

7        A     Because he's not a data

8    scientist, that even though he thinks it's

9    completely obvious that these products need

10   data -- student data to work, he wants an

11   official data expert to say that.

12              So that was me.

13       Q     Are you aware of whether your

14   opinion factored into Mr. Schulte's damages

15   analysis?

16       A     I don't know.  I have not talked

17   to him.

18              MS. LOGAN:  Okay.  We can go off

19       the record.

20              THE VIDEOGRAPHER:  The time is

21       1:22 p.m.  We're going off the record.

22              (Whereupon, a brief recess was

23       taken from 1:22 p.m. to 1:28 p.m.)

24              THE VIDEOGRAPHER:  The time is

25       1:28 p.m.  We're back on the record.

137

1        MS. LOGAN:  Thank you,
2    Dr. O'Neil.  I have no further
3    questions at this time.  So I'll pass
4    it over to Mr. Liddell if he has any.
5        MR. LIDDELL:  I have nothing
6    further.
7        MS. LOGAN:  Great.
8        THE VIDEOGRAPHER:  Okay.  Before
9    going off the record, I would like to
10   take the transcript and video orders.
11       Ms. Logan, will you be ordering
12   the video?
13       MS. LOGAN:  Yes.  And we'd also
14   like to request an expedited
15   transcript.
16       THE VIDEOGRAPHER:  Perfect.  And
17   for the video, would you like it to be
18   synced with the transcript?
19       MS. LOGAN:  Yes, please.
20       THE VIDEOGRAPHER:  And would you
21   like the video to be side by side the
22   witness since there was documents
23   shown on the sheen?  Would you like
24   the document to be shown --
25       MS. LOGAN:  No, thank you.  I

141

1                    REPORTER CERTIFICATE

2

3        I, JACLYN URZIA, do hereby certify:

4        That said deposition was taken at the

5   time and place herein named; and that the

6   transcript is a true record of the testimony

7   as reported by me, a disinterested person,

8   and was thereafter transcribed.

9        I further certify that I am not

10   interested in the outcome of the said

11   action, nor connected with, nor related to

12   any of the parties in said action, nor to

13   their respective counsel.

14        IN WITNESS WHEREOF, I have hereunto

15   set my hand this 25th day of February, 2026.

16

17

18

19   _____

       JACLYN URZIA, RPR, CRR
20

21

22

23

24

25