# Exhibit C

CONFIDENTIAL AND SUBJECT TO PROTECTIVE ORDER

<u>*Emily Cherkin, et al. v. PowerSchool Holdings, Inc.*</u>

**Expert Rebuttal Report of David White**

CONFIDENTIAL AND SUBJECT TO PROTECTIVE ORDER

Matters, Naviance, MTSS, Behavior Support, Attendance Intervention, Analytics & Insights, and Connected Intelligence.[2] In each case, the O'Neil Report cites various PowerSchool materials that describe each tool's functionalities and the types of data it may collect. The only conclusion the O'Neil Report explicitly draws from this examination is quite limited, namely that each PowerSchool tool would not function, or would have reduced functionality, without student data.[3]

9. The O'Neil Report also draws attention to supposed discrepancies between the Data Processing Impact Assessments ("DPIAs") for each SaaS tool, the marketing materials, and its associated product documentation regarding the data elements collected and software functionalities.[4] Here, the O'Neil Report seems to misinterpret the purpose of the DPIAs and PowerSchool's role in providing these tools.

10. As explained in my prior report, PowerSchool is a Business-to-Business SaaS vendor.[5] Its software solutions are designed to facilitate educational institutions' performance of their mission-critical tasks and comply with regulatory mandates more efficiently. To provide these services, PowerSchool's software products must necessarily at times access the operational and administrative educational data that their customers generate. However, it is important to emphasize that the customer ultimately decides whether to utilize a particular PowerSchool tool, the use cases for that tool, and who initiates the process of hosting that data through PowerSchool's systems. PowerSchool does not independently collect student data or process it for purposes other than those agreed with its customers and for the customer's benefit.

11. The DPIAs and product documentation cited in the O'Neil Report should be understood in this context. DPIAs are a framework for SaaS vendors to document how they have addressed privacy considerations in the tools they offer and to support their customers' own compliance programs. PowerSchool's product documentation assists customers to understand all the various features and functionalities available to them. References to the types of data that can

---

[2] O'Neil Report, pp. 2-24.

[3] *See, e.g.,* O'Neil Report p. 18 ("Behavior Support would not function without the student data set forth in the DPIA, and would have reduced functionality without the additional student data set forth on the product documentation page."). Indeed, this is arguably the extent of any conclusions that could be drawn from the materials examined by Dr. O'Neil.

[4] *See, e.g.,* O'Neil Report p. 17 ("According to the PowerSchool product documentation website, Behavior Support can be configured to process more student data than is set forth in the DPIA.").

[5] White Report, ¶ 29.

CONFIDENTIAL AND SUBJECT TO PROTECTIVE ORDER

be "collected" and the ways it can be "processed" in these materials do not imply that PowerSchool leverages that data beyond its role as a software vendor, or even that those data elements are necessarily present in a given instance. Nor do minor differences between DPIAs and product documentation, both of which are available to customers and prospective customers,[6] indicate a lack of transparency on the part of PowerSchool.

12. The DPIAs and product documentation in fact confirm that PowerSchool's customers decide what fields to enable, what data to import, and which functions to activate. For example, the Analytics & Insights DPIA explains that the sources and mechanisms by which student data is imported into the system are selected "at the School/District's discretion."[7]

13. Thus, the O'Neil Report's statements that these tools would not function without student data set forth in the DPIA is based on a fundamental misunderstanding of the purpose of DPIA reports and PowerSchool's role as a service provider. PowerSchool's products offer various features and functionalities, and the company's customers—school districts and schools—decide which of these offerings to implement, what student data to collect and input into those selected products, and any risks that the various configurations and data elements may pose.

**B. The O'Neil Report incorrectly implies that the hosting of sensitive student data in PowerSchool's systems is necessarily inappropriate or risky.**

14. The O'Neil Report highlights the wide array of student data that could be collected by PowerSchool's SaaS products, including sensitive categories such as ███████████████ ████████████████████████████████.[8] Again, without stating so explicitly, the reader is left to infer that the presence of sensitive data in PowerSchool's systems is necessarily inappropriate or risky.

15. The implication is misplaced for several reasons. First, as a matter of methodology, simply noting that a system may contain sensitive personal data, without further examination of security protocols or context, is not indicative of anything in particular. Second, it again overlooks PowerSchool's business imperative as a SaaS vendor to develop software solutions that are responsive to the needs of its customers. In an educational context, those needs are

---

[6] https://www.powerschool.com/privacy/
[7] See PWRSCHL_00645530 (Analytics & Insights Platform (United Insights) – DPIA, p. 6.
[8] *See* O'Neil Report, pp. 7, 10.

CONFIDENTIAL AND SUBJECT TO PROTECTIVE ORDER

17. First, the O'Neil Report uses the terms "algorithm," "predictive algorithm," and "predictive model" interchangeably, thereby glossing over important differences in meaning. In simple terms, an algorithm is any set of instructions or procedures for solving a problem or performing a computation. A predictive model is the result of applying an algorithm to historical data to uncover patterns and relationships in the data that best forecast future outcomes. Training or developing a predictive model is a complex process involving data collection, feature selection, algorithmic design, validation, and iterative refinement based on feedback and outcomes. Importantly, the commercial or operational value of predictive models to an organization comes from having a trained model that can be applied to real-world situations.

18. The O'Neil Report's conclusion that PowerSchool offers ready-made predictive algorithms rests on one sentence in the Risk Analysis marketing materials that refers to "PowerSchool-designed algorithms."[13] As explained above, although algorithms and predictive models are closely related, they are conceptually and practically distinct. The O'Neil Report's conclusion thus suffers from several flaws, namely it takes terminology from marketing materials that are clearly not intended to provide detailed technical explanations of the technology as the basis to make additional speculations about PowerSchool's broader business practices, and it does so without presenting any factual evidence to substantiate its claims.

19. Second, the predictive algorithms that are trained in a particular customer's use of Analytics & Insights are unique to that customer and thus not broadly used.  [14] The product documentation for the module outlines a variety of metrics, risk factors, and statistical methods that can potentially be applied to calculate the probability that a given student will not graduate on time.[15] .[16] The result is a model that calculates the graduation risk of a given student relative to other individuals in the data set, which is not

---

[13] O'Neil Report, p. 25, citing https://www.powerschool.com/solutions/data/risk-analysis/.
[14] White Report, ¶ 47.
[15] https://uc.powerschool-docs.com/unified-insights/latest/behavior-trends.
[16] White Report, ¶ 47.