# Exhibit D

```
 1                 STATES DISTRICT COURT

 2              NORTHERN DISTRICT OF CALIFORNIA

 3                  SAN FRANCISCO DIVISION

 4     _____

 5     EMILY CHERKIN, et al.,        )

 6                     Plaintiff,    )

 7         v                         ) Case No. 3:24-CV-02706-JD

 8     POWERSCHOOL HOLDINGS, INC.,   )

 9                     Defendant.    )
       _____)
10

11         VIDEOTAPED DEPOSITION OF SUJIT MAHARANA

12                   APPEARING REMOTELY

13                  September 24, 2025

14               11:10 a.m. (Central Time)

15

16     Reported by: Eileen Mulvenna, CSR/RMR/CRR/RDR

17     Job No. 00170367

18     _____

19              DIGITAL EVIDENCE GROUP
             1730 M Street, NW, Suite 812
20              Washington, D.C. 20036
                   (202) 232-0646
21

22
```

1    use to create the model and then test that model
2    with another set of data, their data itself.  And
3    then you apply that to future students of their
4    school district.
5             So we build that model to come up with
6    those numbers.  And when we come up with those
7    numbers, also we work with that customer, saying
8    that, Does this look right to you?  And is there
9    anything that we need to change, and how do you want
10   to show it?  What factors -- here are the factors
11   that we are seeing.  Do you want to -- you know, do
12   you see -- is there anything that is not right here?
13            And so we work with the customer.  The
14   customer make those decisions as to how they want to
15   use that information.  So earlier it used to be
16   pretty straightforward [inaudible].  If more than
17   13, they're not graduating or something like that.
18   That was earlier models.
19            But the machine learning models are
20   much more fluid in the system that, Here's a
21   probability.  We will not able to tell you whether a
22   school will -- whether a student will graduate or

1  not.  You have to make those decisions.  We are just
2  providing the information.
3          Q.     So does Unified Insights then utilize
4  machine learning?
5          A.     It does.
6          Q.     Okay.  Can you just define generally
7  what machine learning is?
8          A.     I'll repeat that again.  We -- in
9  machine learning we take a set of data, divide it
10 into two parts.  One part is for finding out the
11 model itself, which -- and the second set of data we
12 use to test whether the model is -- what was built
13 is accurate or not.  So it's a regression model.
14         Q.     So the first set of data that's fed
15 into the model, where does that come from?
16         A.     It comes from the school's data
17 itself.  So every customer's data is localized to
18 that customer only.  The model is built for every
19 single model -- every single school, I'm sorry, or
20 every single customer.
21                We cannot share that -- the model does
22 not work on a different school.  So we cannot have a

1  model and say, Oh, this will work -- the same model
2  will work with a different customer, different -- it
3  just does not work.  Every model is built on their
4  data -- the latest data that they have.
5          Q.     Okay.  So what you're saying is -- so
6  we have a school district customer.  They provide
7  their data, and only their data is fed into machine
8  learning for Unified Insights that is utilized for
9  their school; is that right?
10         A.     Correct, just for their school.
11         Q.     Okay.  Then how does the second set of
12  data for the regression model work?
13         A.     There's no second set of data.  They
14  have to give one set of data.  We break that into
15  two parts.  The first part is what we use to create
16  the model.  When we get the full dataset, the second
17  part, we test whether the model is accuracy.
18                Because every model will give you a
19  different percentage, and that's what we go and show
20  the customers, is that, Hey, here is how it is
21  looking like, and is there anything that you want to
22  do in the model?  What do you think?

1  Q. Okay. So all the data that's fed into
2  the machine learning for a school district customer
3  comes from that school district customer; right?
4  A. That school district customer,
5  correct.
6  Q. Okay. And this is like specifically
7  we're talking about machine learning for the risk
8  analysis of on-time graduation, or are we talking
9  about all of the machine learning that Unified
10 Insights uses?
11 A. This is specifically for risk
12 analysis. And risk analysis is the only module that
13 we use machine learning. And this is the only one
14 that I can recall that we have and we deal with is
15 the on-time graduation. We don't have very many
16 that is operational as such, to be honest.
17          (The reporter seeks clarification.)
18          THE WITNESS: We don't have other
19     modules that I can remember that is
20     operational at a customer site.
21 BY MS. SIEHL:
22 Q. But Unified Insights does have the

1  capability for using other predictive analytics for
2  other risk analysis; is that right?
3      A.   I don't know the answer to that.  This
4  is what we have built.  We have never tested with
5  bringing someone else's product to model into ours.
6  I don't know the answer to that.  Yeah, we do not
7  use anybody else's predictive analytics models.
8      Q.   Okay.  And you mentioned sometimes
9  when you're doing the risk analysis for on-time
10 graduation, the school is then working with your
11 team to maybe change or hone what the criteria is;
12 is that fair?
13     A.   That is true.
14     Q.   Okay.  So how do those conversations
15 go, and who is involved with those conversations
16 with the school district?
17     A.   They generally -- from our side, from
18 PowerSchool side, it is the implementation team, is
19 what they work with.
20          From the customer side, I don't know
21 their exact titles, mostly data.  But whoever is
22 responsible I assume on the school district, but I

1  because they have to provide -- the machine learning
2  part is the easier part.  The part is going back and
3  forth with what do they want to see.
4              The machine learning part is once the
5  data is available, once they have made that data
6  available, then the machine learning can show them
7  information.  And then they can work with us as to
8  how they actually want to see the information day to
9  day.
10       Q.    Okay.  And I was asking specifically
11  about historical data for that graduation thing.  So
12  when you say "when the data is available," what do
13  you mean by that?
14              MS. ADENDORFF:  Objection to form.
15              THE WITNESS:  So when they purchase
16         Unified Insights, they have to provide the
17         data into the Connected Intelligence.  Then
18         we have to ingest into -- or we have to
19         extract into Unified Insights from Connected
20         Intelligence.  Setting up that process itself
21         takes some time.  Like, the infrastructure
22         setting up, it takes time.

1            Then the discussion happens, what
2       would they like to see in the data
3       visualizations.  How would they like to see,
4       because every single school district is
5       different.
6   BY MS. SIEHL:
7       Q.    Okay.
8       A.    The customization takes time.  There's
9   nothing -- there's no out-of-box setting that it
10  will just work.
11      Q.    Okay.  How does the Unified Insights
12  team extract data from Connected Intelligence?
13      A.    How does Unified Insights -- so the
14  Unified Insights, the product itself, we are able to
15  ███████████████████████████████████████████████████
16  ████████ ████ █████████████████████████████████████
17  ███████████████████████████████████
18       ███     ████   █████████████████████████████████
19  ████████████████████████████████████████████████
20  ██████████████
21       ██  █████████████████████████████████
22  ███████████████████████████████████   █████████████

```
 1   ████████████████████████████████████████████████

     ████     ████████████████████████████████████

     ██████████████████████████████████████████████

     ██████████████████

 5              For example, you have -- I'll give an

 6   example of absent.  Teacher is taking attendance.

 7   There are, let's see, 30 attendants yesterday.

 8   There were 30 before that, 30 before that.  We merge

 9   all of those 90 records into three records saying --

10   or four records saying, Oh, of the 30, there are two

11   were absent or one of them are absent or depending

12   on what they want to see about that attendance, they

13   ████████████████████████   ████████████████████████

     ████████   ██████████████████████

     ██   ████   ███████████████████████████

     █████████   ████████████████████████

     ██   ████   █████████████████████████████████

     ██   ███████████████

     ██   ████   █████   ████████

     ██   ████   █████   ████████████████████████   ██

     ██   █████████████   █████████████████████████████

     ██   ████████████████████████████
```

```
 1   STATE OF NEW YORK              )
 2                                  ss:
 3   COUNTY OF WESTCHESTER          )
 4
 5           I, EILEEN MULVENNA, CSR/RMR/CRR/RDR, a
     Certified Court Reporter, Registered Merit Reporter,
 6   Certified Realtime Reporter, Registered Diplomate
     Reporter, and Notary Public in and for the State of
 7   New York, do hereby certify:
             That I reported the taking of the
 8   deposition of the witness, SUJIT MAHARANA,
     commencing on the 24th day of September, 2025, at
 9   the hour of 11:10 a.m.
             That prior to being examined, the witness
10   was duly sworn by me to testify to the truth, the
     whole truth, and nothing but the truth.
11           That I thereafter transcribed my said
     shorthand notes into typewriting and that the
12   typewritten transcript of said deposition is a
     complete, true and accurate transcription of my
13   said shorthand notes taken down at said time, and
     that a request has been made to review the
14   transcript.
             I further certify that I am not a relative
15   or employee of an attorney or counsel of any of the
     parties, nor a relative or employee of any attorney
16   or counsel involved in said action, nor a person
     financially interested in the action.
17           IN WITNESS WHEREOF, I have hereunto
     set my signature this 24th day of October, 2025.
18
                    [signature: Eileen Mulvenna]
19           _____
20           EILEEN MULVENNA, CSR/RMR/CRR
21
22
```