# Exhibit C

Page 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

_____

EMILY CHERKIN, et al.,            )

               Plaintiff, )

     v                           ) Case No. 3:24-CV-02706-JD

POWERSCHOOL HOLDINGS, INC.,       )

               Defendant. )
_____)


VIDEOTAPED DEPOSITION OF DARRON JAMES FLAGG

APPEARING REMOTELY

December 1, 2025

9:00 a.m. (Pacific Daylight Time)


Reported by: Eileen Mulvenna, CSR/RMR/CRR/RDR

_____

DIGITAL EVIDENCE GROUP
1730 M Street, NW, Suite 812
Washington, D.C. 20036
(202) 232-0646

Page 39

```
 1   really our foundational product.
 2        Q.   And -- and what sort of student and
 3   parent data does PowerSchool SIS collect?
 4        A.   Well, I would refer you to the DPIA
 5   for SIS and we can look at that, which contains a
 6   lot of really great information on all products, but
 7   in this case the SIS product.  I can flip to that
 8   and re- -- and we can talk about that particular
 9   DPIA.
10        Q.   Yeah, we can do that.  Here, let me
11   pull it up.
12             MR. ARAGON:  It's Tab 21.  Let me pull
13        it up myself.
14             THE VIDEOGRAPHER:  This will be marked
15        for the record as Exhibit 2?
16             MR. ARAGON:  And we'll mark that as
17        Exhibit 2, yes.
18             (Exhibit 2, Bates Nos.
19        PWRSCHL_00645479-492, PowerSchool Data
20        Privacy Impact Assessment (DPIA Report)
21        PowerSchool SIS, received and marked.)
22             MS. ADENDORFF:  We're seeing your
```

```
                                                    Page 40
 1          Outlook screen, as well.
 2                  THE WITNESS:  Exhibit 2.  Thank you,
 3          Daniel.
 4                  Yeah, I don't want to see -- I'm
 5          seeing -- on the Box URL, I'm seeing the DPIA
 6          for SIS.  And on page 5, Section --
 7                  THE VIDEOGRAPHER:  Yeah, I'm sorry,
 8          it's a Zoom share.  Stand by.  I've got too
 9          many screens.  My apologies, stand by.
10                  THE WITNESS:  No problem.
11                  So on page 5 of that document, Daniel,
12          Section 4 would have data elements that
13          schools can elect to process within the SIS
14          product various types of data.
15   BY MR. ARAGON:
16          Q.   Can we back up, though?
17          A.   Oh, yes, sir.
18          Q.   Can we tell -- like, the jury doesn't
19   know what this is.  Can we go to the title page?
20                  Can you -- can you tell us what
21   Exhibit 2, the data privacy impact statement, DPIA
22   report for PowerSchool SIS is, just generally?
```

Page 41

1   A.   Sure. So this DPIA is a document that
2   PowerSchool has created as a compliance document to
3   help our customers prepare -- well, I should phrase
4   it this way, to help our customers understand what
5   products they might be interested in licensing and
6   to address questions related to privacy compliance
7   they may have about the product.
8        So in effect, this report was
9   something that we created -- something I created to
10  say, I want to help our customers answer some of the
11  questions that they might have with regard to any of
12  our products.
13       So it -- it attempts to address many
14  of the standard questions that schools should be
15  asking us about our products. That's really the
16  spirit of it.
17  Q.   Okay. And does this appear to be a
18  true and accurate DPIA assessment for PowerSchool
19  SIS?
20  A.   Yes, as of January 7, 2025. Yes.
21  Q.   Okay.
22  A.   And I say that because any report

Page 42

```
 1   we're always looking to keep them updated and -- and
 2   do new versions of them.  But as of that date,
 3   that -- that was the accurate DPIA for the product.
 4         Q.    Is there a newer version of this?
 5         A.    I don't believe so yet.  Once we have
 6   them, then we immediately publish them on our
 7   password protected platform for customers to review.
 8         Q.    And just to be clear, you do a -- or
 9   you and your team do a data -- data privacy impact
10   assessment for each product at PowerSchool?
11         A.    Yes, that's a standard that I've set.
12         Q.    Okay.  Can we go to -- well, actually,
13   you tell us where to go to find the data elements --
14         A.    Sure.
15         Q.    -- collected by PowerSchool SIS.
16         A.    Sure, no problem.
17               On page 5 of the document, it's
18   Section 4 there, there's a table which lists data
19   elements that the product owners for this particular
20   product provided to us to say these are the data
21   elements that schools oftentimes will collect within
22   the SIS.
```

Page 43

1           So, again, the reason we have this
2   table is we wanted to provide transparency to our
3   customers who are interested in maybe licensing SIS,
4   curious about it, say these are the type of data
5   elements that are normally processed by other
6   customers in this product.
7   BY MR. ARAGON:
8        Q.   Okay.  So these are the standard data
9   fields in PowerSchool SIS?
10       A.   Yes.  I'm pausing only because many
11  times there's a distinction between what I would
12  call mandatory data elements that are needed to make
13  the product work.
14       Q.   Uh-huh.
15       A.   But you're typically much fewer.
16  You -- you sort of need a school name and that.  But
17  oftentimes there are optional fields that schools
18  will ask to be added.  This list is a combination of
19  sort of the standard fields that -- that customers
20  want to have in their SIS instance.
21       Q.   And what are the mandatory data fields
22  that are required for the PowerSchool SIS to

Page 44

1  operate?
2      A.   Yeah, great question.  Oftentimes it's
3  just something ███████████████████████████████████
████████████████████████████  That's typically what they
5  need to just make -- make the thing work, start it.
6  But oftentimes -- every school is so different.
7  What's mandatory for one school is totally different
8  for another school.
9           One of the things that we're working
10 on is to -- the next version of these type of DPIAs
11 will split out, to your question, what's really
12 necessary to make it work versus what our optional
13 fields that many schools might want to add.
14          So this particular version of DPIA
15 hasn't split that out yet, but this is our best
16 initial -- you know, one of the initial versions,
17 Version 2, to try to get that list.
18     Q.   So sitting here today, you can't tell
19 me which is a necessary field and which is an
20 optional field on this --
21     A.   Not for this particular product,
22 because that hasn't yet been delineated.  But I do

Page 45

1  know, having spoken with various members, that to
2  really make the product work and to turn it on, ███
███████████████████████████████████████████████████
███████████████████████████████████
███████████████████████████ But future versions of the DPIA
6  will call that out.
7          Q.    What other fields are schools able to
8  add to the PowerSchool SIS data field?
9          A.    Schools have the ability to customize
10 their SIS instance with fields that they want.  So
11 this is one of the advantages of the PowerSchool
12 SIS.  It's very configurable.
13             So in answer to your question, it
14 really depends on what the school district really
15 wants to have in their SIS.  So, in fact, SISs in
16 general really are developed on the notion of what
17 does the school want to capture.  And that changes
18 all the time.  So a school can customize and add a
19 field if they wish.
20          Q.    What are the fewest -- what school or
21 school district, what customer of PowerSchool, uses
22 the least number of data fields on this list?

Page 46

```
 1        A.     That -- I don't know the answer to
 2   that.  I would -- yeah, that would -- yeah, I
 3   don't -- so I don't know the answer to that off- --
 4   offhand.
 5               What I would say in general, to answer
 6   your question, is typically the larger school
 7   districts -- "larger" meaning, you know, tens of
 8   thousands of students, hundreds of thousands of
 9   students -- will have very, very detailed data
10   element fields, but the smaller schools may not need
11   all that information.
12               But a lot of that depends on the
13   state.  Now, why do I say that?  The states require
14   a lot of reporting from the school districts.  And
15   school districts oftentimes leverage their SIS as a
16   means of generating those state-required reports.
17               So back to your question, I don't know
18   offhand a particular school, but that would be my
19   general response to your question.
20        Q.     Okay.  Are you aware of any school
21   that doesn't at least use this basic list of data
22   elements when collecting PowerSchool SIS data from
```

Page 47

1  its students and parents?

2       A.    I don't know for sure.  What I can
3  tell you is that this list was put in in answer to a
4  question of what are the standard data fields that
5  are utilized in SIS.

6             Again, the goal of the DPIA was to be
7  transparent, and let a perspective customer have a
8  feel of what type of data elements would normally be
9  processed by a school in our product.

10      Q.    What is the core educational function
11 of the PowerSchool SIS product?

12            MS. ADENDORFF:  Objection to form.

13            THE WITNESS:  Well, the -- oop, sorry,
14       the screen's -- okay.

15            The -- the core educational purpose is
16       as defined by the school district.  Our job
17       has been to develop a tool that they can use,
18       and then the school district decides what
19       that educational purpose is.

20            As you can tell by the -- many of the
21       fields here, they're all related to students
22       and -- and supporting their activities in the

```
                                                          Page 431
 1   STATE OF NEW YORK            )

 2                                ss:

 3   COUNTY OF WESTCHESTER        )

 4

 5            I, EILEEN MULVENNA, CSR/RMR/CRR/RDR, a
     Certified Court Reporter, Registered Merit Reporter,
 6   Certified Realtime Reporter, Registered Diplomate
     Reporter, and Notary Public in and for the State of
 7   New York, do hereby certify:
              That I reported the taking of the
 8   deposition of the witness, DARRON JAMES FLAGG,
     commencing on the 1st day of December, 2025, at the
 9   hour of 9:00 a.m.
              That prior to being examined, the witness
10   was duly sworn by me to testify to the truth, the
     whole truth, and nothing but the truth.
11            That I thereafter transcribed my said
     shorthand notes into typewriting and that the
12   typewritten transcript of said deposition is a
     complete, true and accurate transcription of my
13   said shorthand notes taken down at said time, and
     that a request has been made to review the
14   transcript.
              I further certify that I am not a relative
15   or employee of an attorney or counsel of any of the
     parties, nor a relative or employee of any attorney
16   or counsel involved in said action, nor a person
     financially interested in the action.
17            IN WITNESS WHEREOF, I have hereunto
     set my signature this 4th day of December, 2025.
18                    [signature: Eileen Mulvenna]

19   _____

20            EILEEN MULVENNA, CSR/RMR/CRR

21

22
```