Robyn E. Bladow
KIRKLAND & ELLIS LLP
555 South Flower Street, Suite 3700
Los Angeles, CA 90071
Telephone: (213) 680-8400
robyn.bladow@kirkland.com

Martin L. Roth, P.C. (*pro hac vice*)
Alyssa C. Kalisky, P.C. (*pro hac vice*)
Zharna Shah (*pro hac vice*)
Amelia H. Bailey (*pro hac vice*)
KIRKLAND & ELLIS LLP
333 West Wolf Point Plaza
Chicago, IL 60654
Telephone: (312) 862-2000
martin.roth@kirkland.com
alyssa.kalisky@kirkland.com
zharna.shah@kirkland.com
amelia.bailey@kirkland.com

Olivia Adendorff, P.C. (*pro hac vice*)
Cristina Martinez Squiers (*pro hac vice*)
Eugene Temchenko (*pro hac vice*)
KIRKLAND & ELLIS LLP
4550 Travis Street
Dallas, TX 75205
Telephone: (214) 972-1770
olivia.adendorff@kirkland.com
cristina.squiers@kirkland.com
eugene.temchenko@kirkland.com

*Attorneys for the Defendant PowerSchool Holdings, Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| EMILY CHERKIN, et al., | CASE NO. 3:24-CV-02706-JD |
| Plaintiffs, | **DECLARATION OF OLIVIA ADENDORFF IN SUPPORT OF DEFENDANT POWERSCHOOL HOLDINGS, INC.'S MOTION TO EXCLUDE THE OPINIONS OF CHRISTOPHER SCHULTE** |
| v. | |
| POWERSCHOOL HOLDINGS, INC., | |
| Defendant. | |

I, Olivia Adendorff, declare as follows:

1. I am an attorney at the law firm of Kirkland & Ellis LLP, a member in good standing of the bars of the State of Texas and the District of Columbia, and am admitted *pro hac vice* to practice before this Court. I am counsel for Defendant PowerSchool Holdings, Inc. ("PowerSchool") in this matter, and am one of the firm's attorneys chiefly responsible for this representation.

2. I submit this declaration in support of PowerSchool's Motion to Exclude the Opinions of Christopher Schulte.

3. I have personal knowledge of the matters in this declaration, and I am competent to testify as to the matters set forth below.

4. Attached hereto as **Exhibit A** is a true and correct copy of Expert Report of Christopher L. Schulte.

5. Attached hereto as **Exhibit B** is a true and correct copy of excerpts of the February 26, 2026 deposition transcript of Christopher Schulte.

6. Attached hereto as **Exhibit C** is a true and correct copy of PWRSCHL_00191203.

7. Attached hereto as **Exhibit D** is a true and correct copy of PWRSCHL_00003235.

8. Attached hereto as **Exhibit E** is a true and correct copy of excerpts of the December 5, 2025 deposition transcript of Judith Jaeger.

9. Attached hereto as **Exhibit F** is a true and correct copy of excerpts of the December 18, 2025 deposition transcript of Judith Jaeger.

DATED: March 9, 2026

Respectfully submitted,

KIRKLAND & ELLIS LLP

/s/ Olivia Adendorff
Olivia Adendorff, P.C.