# Exhibits C-D (Submitted Under Seal)