# Exhibit F

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

--------------------------X
EMILY CHERKIN, et al., :
Plaintiffs,: Case No.
v. : 3:24-CV-02706-JD
POWERSCHOOL HOLDINGS, INC., :
Defendant.:
--------------------------X

VOLUME II

REMOTE VIDEOTAPED STENOGRAPHIC DEPOSITION OF
JUDIE JAEGER
Thursday, December 18, 2025
9:45 a.m. Pacific Time

Job No.: 2025-1007987
Pages: 1 - 160
STENOGRAPHICALLY REPORTED BY:
GISELLE MITCHELL-MARGERUM, RPR, CRI, CCR, LCR, ACCR, CSR
CALIFORNIA CSR 14424

A. Yes.
Q. Does SPS use data analytics?
A. I guess I'll ask for clarification on how you define data analytics. That can be used to refer to, like, AI, and that sort of thing. And it can also be referred to, you know, using like Power BI, or Tableau, to sort of visualize the data.
Q. Okay. Thank you. That's helpful.
A. Let's stick with that broad definition of data analytics. So in all forms, AI, and Power BI, and everything that you had listed there, why does SPS use -- or how does SPS use data analytics?
ATTORNEY ARAGON: Objection. Form. Foundation.
THE WITNESS: So, SPS uses -- I guess I'll speak to data visualization first. We use dashboards to help sort of tell a story with data.
And in use cases where the user would benefit from using different filters to, like, look at different views and slice and dice the data differently, a dashboard's really helpful with that.
Because you can kind of manipulate different views very quickly and easily, and do

some analysis based on that. So we absolutely use dashboards.

In terms of AI, we have this emerging AI sort of committee, where we are talking through how, in the classroom, AI is being used by teachers and students. And also, which is more my area, like the back office sort of use of AI.

You know, for our business departments, you know, can ChatGPT be used to help gain efficiency. And if so, what are the appropriate uses.

So we have this committee where we are kind of wrestling with some of these questions. One member of this committee is a woman named Debra, and she is manager of digital learning in academics.

And so, she is the one who works with academics on the classroom-specific AI. That piece is sort of out of my purview.

Q. That's really helpful.

When you are talking about dashboards, who create -- does SPS create the dashboards internally? Or do you guys use an Edtech provider to create the dashboards?

A. We do them ourselves.
Q. Okay.
How do you know that the dashboards present an accurate picture of the data?
A. We have a robust software development life cycle process. So the team follows standard engineering process, which one of the steps is very thorough testing of the code or the dash -- and/or the dashboard and the data, before it's released. And it also involves user acceptance testing.
So, for example, if we are creating a dashboard for a special education department to use, they would be the end user that would go in and not only test the dashboard functionality, but also validate the data.
So the dashboard would move into a QA environment that would have, you know, a replica of production data. And so, they could test -- they could test it there.
But our team also would do a very robust test first, and the tester would be someone different from the person who developed it.
Q. Can you tell me generally how you use software to analyze student data, specifically? Like student record data?

ATTORNEY ARAGON: Objection. Form. Foundation.

THE WITNESS: How we use software to analyze?

BY ATTORNEY YI:

Q. Or let's just stick to how does SPS use -- or how does SPS analyze student record data?

A. Well, we have data in these platforms, like Powerschool. And so, either looking through -- it depends on the type of analysis that needs to get done.

But, you know, looking through the screens for like a very basic, simple analysis. And if it's something more involved, it would probably be an ad hoc data request, like extract the data.

And then someone from Business Intelligence, or if it's a complex analysis, it may get sent up to research for a research analyst to do that -- that data analysis.

Q. Who makes the request for the kind of analysis that needs to be done about student records?

A. Yeah. Typically, that kind of request would come from cabinet, and would be related to, like, our strategic plan, and our goals and

guardrails, and progress monitoring, which contain district metrics.

Q. Sorry. I just want to clarify. Does -- when SPS runs this kind of data analysis, does SPS use Edtech providers like Powerschool, in any way, to run that analysis? Or is this all done in-house?

ATTORNEY ARAGON: Objection. Form.

THE WITNESS: So Powerschool is the platform that holds to data, but we would not ask the vendor to perform an analysis. And beyond that, we are not utilizing any Powerschool products that -- like one that comes to mind is Connected Intelligence, which we have not purchased.

And I believe that's sort of like the data engine for AI, and we do not use that. Have not purchased it. So we -- to answer your question, SPS does the data analysis for student data.

BY ATTORNEY YI:

Q. How do dashboard and student data analytics help SPS provide students a better education?

A. You know, if you don't know current state, and have an honest rendering of that, you don't

ATTORNEY AIRUT MURPHY: Objection --
ATTORNEY ARAGON: You can answer --
ATTORNEY AIRUT MURPHY: Vague. Please ask your question.
ATTORNEY ARAGON: I asked it.
BY ATTORNEY ARAGON:
Q. Do you know the question -- do you remember the question, Ma'am? What's the difference between the new contract and the old contract, Ma'am?
ATTORNEY AIRUT MURPHY: Objection. Vague.
You can answer if you can.
THE WITNESS: I would need to go back and review.
ATTORNEY ARAGON: Okay.
THE WITNESS: I wouldn't want to just guess.
ATTORNEY ARAGON: That's fair.
THE WITNESS: I can't recall from memory. That's just -- you know.
BY ATTORNEY ARAGON:
Q. Did you receive any documents from PowerSchool before this deposition?
A. Any documents related to this case?
Q. Yes, Ma'am.

A. Prior to the deposition?
Q. Yes. That's a good clarification. Yes.
A. I only received the subpoena through my attorney.
Q. Okay.
Let's talk about PowerSchool -- let's talk about actually the PowerSchool product at Seattle Public School. What -- do you know when -- and this can be approximate -- when the PowerSchool SIS was first adopted by Seattle Public Schools?
A. I would say approximately 2012.
Q. Okay. And --
A. Can you hear me okay?
Q. I can. And it's been in use since 2012 to the present. Correct?
A. Yes.
Q. Okay.
And approximately when did PowerSchool first start using Schoolergy?
A. I don't know the answer to that.
Q. Has it been since at least 2020?
A. Yes.
Q. Okay.
Do you know when the district first started using Unified Insights, or Analytics and

Insights?
A. Approximately three years ago.
Q. Okay.
And do you -- do you understand that Analytics and Insights previously was called "Unified Insights?"
A. Yes. And prior to that, it was called "Hoonuit."
Q. Yeah. Right. And do you know when Seattle Public Schools started using Hoonuit?
A. Approximately three to four years ago-ish.
Q. Okay.
I might have a document that might help refresh your recollection on that. Give me one second.
A. Maybe it was a bit longer.
Q. That's fine. It's not a quiz. I'm trying to -- I'm trying to find the document, and I think -- I think it will help you.
ATTORNEY ARAGON: Okay. I'm going to drop this into the chat.
(Exhibit 4 marked for identification)
ATTORNEY ARAGON: And you can open it and review it.
Okay. Can you please -- can we mark this

as Exhibit 4? Is that where we are?
ATTORNEY YI: Yes.
ATTORNEY ARAGON: Okay. We'll mark this as Exhibit 4.
For the record, this is a document produced by PowerSchool with the beginning Bates of PWRSCHL_00007135. And it ends in PowerSchool_00007158.
BY ATTORNEY YI:
Q. The first document in the chain is an email from a Brad Kerst to Anja Markovic at Seattle Public Schools.
Ma'am, can you let me know when you are done with this -- reviewing this?
[Witness reviewed document.]
A. I skimmed it over.
Q. Okay. And here, I'll share it for everyone and make it easier.
Okay. Do you see it on your screen? Is it coming up, Ma'am?
A. Yes. Now I see it.
Q. Okay. Okay. Do you recognize this document?
A. I don't recall seeing it before. I may have, but I don't recall specifically seeing this --

And do you know what other departments use Performance Matters as of -- as of today, December 18th 2025?

A. As of today, it's really the academics. So like the science -- the science departments within the Office of Academics. English, or the ELA. That's within the Office of Academics. It's quite a large department.

And so, it's little subdepartments within that group that are using it.

Q. Okay.

And can you -- the jury doesn't understand what you mean by -- or actually, it doesn't know yet what you mean by using Performance Matters. Can you put a little more -- can you tell us a little bit more about how these departments use Performance Matters?

A. Right. So to clarify, you know, at the science, or the English language arts staff, wanted to track this data in there. But in terms of, like, data entry, that's done by the teachers out at the schools.

So it is more -- it's used more broadly than just the Office of Academics.

Q. Okay.

But just to be clear, the teachers input certain information into Performance Matters and receive something. What do they receive from Performance Matters?

A. They receive assessment scores, I believe.

Q. What type of assessment scores? Assessing what?

A. Curriculum. I know there is a science curriculum. So it's like the whole point is like curriculum-embedded assessments. I can't really speak honestly to a lot of the particulars around that. I would want someone from academics to weigh in.

Q. Do you know who that might be?

A. Yes.

Q. Okay.

A. Yes. I would say Aira Jackson, who is our Director of Assessments, would be a good person to discuss specifics around the usage, since she is overseeing that project.

Q. That's fair.

Generally speaking, understanding that Ms. Jackson may be a better person to speak to, do you understand -- do you know whether Performance Matters makes any predictions or risk analysis

regarding students?

A. My understanding is that Seattle Public Schools is not using it to do that. It's not doing that for Seattle Public Schools, is my understanding.

Q. And so, then I'm a little confused about what it's being used for, then. Can you give me an example?

A. So, my understanding of it is it's more of like a central repository for, like, the assessment scores.

Q. Do you know --

A. But to go in more detail, I would want to talk to Dr. Jackson.

Q. Okay.

One last question, though. Do you know whether those assessment scores are analyzed by the schools or the school district?

A. Yes. I believe the data is reviewed and analyzed by the school district.

Q. Using Performance Matters? Or some other tool?

A. They are looking at data in Performance Matters, I know. I've heard that from them. But the reporting solution wasn't robust enough, so I'm

aware that there was a project ask of the Business Intelligence team to receive that data, and then incorporate it in some dash boards for better reporting.

Q. Okay.

But are you aware of any analysis using Performance Matters, before it goes into these additional dash boards?

A. I'm not aware of any. No.

Q. Okay.

What are these additional dash boards? Is it a Powerschool product? Is it a different product? Is it a proprietary product?

A. It's in Atlas. So our on-premise data warehouse. And the reporting layer on top of it. That's where those dash boards are created and used.

Q. Is the reporting layer in Atlas something that Seattle Public Schools created on its own?

A. It's all part of the Microsoft BI stack. So the reporting layer is called like SSRS, is like the technical name for it.

Q. Okay. What about Naviance? Do you know approximately when PowerSchool -- excuse me -- when Seattle Public Schools started using Naviance?

A. That's a good question. Naviance predates

me in terms of my overseeing PowerSchool.
Q. Okay.
A. Yeah. I don't know exactly the day. I'm sorry.
Q. That's okay. But can we agree that it's been in use since at least 2012 to today?
A. Oh, yeah. Yeah. That sounds -- that sounds accurate. I know it's been quite a while we've been using it.
Q. Does SPS use any of the PowerBuddy products that PowerSchool offers?
A. I don't believe so.
Q. Okay.
A. I've never even heard of PowerBuddy, honestly.
Q. Okay. Then that eliminates a lot of questions.
A. Okay. Yeah. I don't believe we use any AI features at PowerSchool. And part of that is we are not using Connected Intelligence. And that's that data engine that kind of feeds the predictive analytics.
Q. Yeah.
A. Okay.
Q. Has Seattle Public Schools -- do you know

REPORTER'S CERTIFICATE

I, GISELLE MITCHELL-MARGERUM, the undersigned, a Registered Professional Reporter, Certified Reporting Instructor, Licensed Court Reporter, and Certified Court Reporter, do hereby certify:

That the witness, JUDIE JAEGER, before examination was remotely duly sworn to testify to the truth, the whole truth, and nothing but the truth.

That the foregoing deposition was taken remotely stenographically by me on Thursday, December 18, 2025, and thereafter was transcribed by me, and that the deposition is a full, true, and complete transcript of the testimony, including questions and answers, and objections, motions and exceptions made by counsel.

That reading and signing was not requested; and that I am neither attorney nor counsel for, nor related to or employed by, any of the parties to the action in which this deposition was taken; and that I have no interest, financial or otherwise, in this case.

IN WITNESS WHEREOF, I have hereunto set my hand this 2nd day of January, 2026.

GISELLE MITCHELL-MARGERUM, RPR, CRI, CCR, LCR, ACCR, CSR

CALIFORNIA CSR 14424