Robyn E. Bladow
KIRKLAND & ELLIS LLP
555 South Flower Street, Suite 3700
Los Angeles, CA 90071
Telephone: (213) 680-8400
robyn.bladow@kirkland.com

Martin L. Roth, P.C. (*pro hac vice*)
Alyssa C. Kalisky, P.C. (*pro hac vice*)
Zharna Shah (*pro hac vice*)
Amelia H. Bailey (*pro hac vice*)
KIRKLAND & ELLIS LLP
333 West Wolf Point Plaza
Chicago, IL 60654
Telephone: (312) 862-2000
martin.roth@kirkland.com
alyssa.kalisky@kirkland.com
zharna.shah@kirkland.com
amelia.bailey@kirkland.com

Olivia Adendorff, P.C. (*pro hac vice*)
Cristina Martinez Squiers (*pro hac vice*)
Eugene Temchenko (*pro hac vice*)
KIRKLAND & ELLIS LLP
4550 Travis Street
Dallas, TX 75205
Telephone: (214) 972-1770
olivia.adendorff@kirkland.com
cristina.squiers@kirkland.com
eugene.temchenko@kirkland.com

*Attorneys for Defendant PowerSchool Holdings, Inc.*

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| EMILY CHERKIN, et al | ) CASE NO. 3:24-cv-02706-JD |
| Plaintiffs, | ) **[PROPOSED] ORDER GRANTING** |
| | ) **DEFENDANT POWERSCHOOL** |
| v. | ) **HOLDINGS, INC.'S** |
| | ) **ADMINISTRATIVE MOTION TO** |
| POWERSCHOOL HOLDINGS, INC., | ) **SEAL** |
| Defendant. | ) |
| | ) |
| | ) |

Before the Court is Defendant PowerSchool Holdings, Inc.'s Administrative Motion to Seal regarding its Motion to Exclude the Opinions of Christopher Schulte (the "Motion") and Exhibits A-D to the accompanying Declaration of Olivia Adendorff (the "Exhibits").

The Court hereby GRANTS Defendant PowerSchool Holdings, Inc.'s Administrative Motion to Seal and it is hereby ORDERED that the following portions of the Motion and Exhibits be sealed as listed below:

| Portion to be Sealed | Reasoning | Declaration Citation | Order |
|---|---|---|---|
| Motion, p. 1, lines 20-21 between "about" and "with the valuation" | Contains confidential terms of a non-public commercial agreement with a third-party vendor, including non-public commercial arrangements and negotiation-related information. Disclosure would reveal sensitive vendor relationship and negotiating details that could provide counterparties with leverage in future negotiations and disadvantage PowerSchool in discussions with vendors or business partners. | Flagg Decl. ¶¶ 12-13 | |
| Motion, p. 2, line 1, between "third party" and "The fact finder" | Contains confidential terms of a non-public commercial agreement with a third-party vendor, including non-public commercial arrangements and negotiation-related information. Disclosure would reveal sensitive vendor relationship and negotiating details that could provide counterparties with leverage in future negotiations and disadvantage PowerSchool in discussions with vendors or business partners. | Flagg Decl. ¶¶ 12-13 | |
| Motion, p. 3, line 19, between "third party" and "regarding" | Contains confidential terms of a non-public commercial agreement with a third-party vendor, including non-public commercial arrangements and negotiation-related information. Disclosure would reveal sensitive vendor relationship and negotiating details that could provide counterparties with leverage in future negotiations and disadvantage PowerSchool in discussions with vendors or business partners. | Flagg Decl. ¶¶ 12-13 | |

| Portion to be Sealed | Reasoning | Declaration Citation | Order |
|---|---|---|---|
| Motion, p. 3, line 19, between "product" and "that is not" | Contains confidential terms of a non-public commercial agreement with a third-party vendor, including non-public commercial arrangements and negotiation-related information. Disclosure would reveal sensitive vendor relationship and negotiating details that could provide counterparties with leverage in future negotiations and disadvantage PowerSchool in discussions with vendors or business partners. | Flagg Decl. ¶¶ 12-13 | |
| Motion, p. 4, line 17, two words at end of line | Contains confidential terms of a non-public commercial agreement with a third-party vendor, including non-public commercial arrangements and negotiation-related information. Disclosure would reveal sensitive vendor relationship and negotiating details that could provide counterparties with leverage in future negotiations and disadvantage PowerSchool in discussions with vendors or business partners. | Flagg Decl. ¶¶ 12-13 | |
| Motion, p. 4, line 19, between "agreement" and "would help" | Contains confidential terms of a non-public commercial agreement with a third-party vendor, including non-public commercial arrangements and negotiation-related information. Disclosure would reveal sensitive vendor relationship and negotiating details that could provide counterparties with leverage in future negotiations and disadvantage PowerSchool in discussions with vendors or business partners. | Flagg Decl. ¶¶ 12-13 | |
| Motion, p. 4, line 19, words directly before and directly after "product" | Contains confidential terms of a non-public commercial agreement with a third-party vendor, including non-public commercial arrangements and negotiation-related information. Disclosure would reveal sensitive vendor relationship and negotiating details that could provide counterparties with leverage in future negotiations and disadvantage PowerSchool in discussions with vendors or business partners. | Flagg Decl. ¶¶ 12-13 | |
| Motion, p. 4, line 20, between "The" and | Contains confidential terms of a non-public commercial agreement with a third-party | Flagg Decl. ¶¶ 12-13 | |

| Portion to be Sealed | Reasoning | Declaration Citation | Order |
|---|---|---|---|
| "Agreement" and "required" and "and" | vendor, including non-public commercial arrangements and negotiation-related information.  Disclosure would reveal sensitive vendor relationship and negotiating details that could provide counterparties with leverage in future negotiations and disadvantage PowerSchool in discussions with vendors or business partners. | | |
| Motion, p. 4, line 21, words between "in" and "that"; "share" and "data"; and "from" and "such as" | Contains confidential terms of a non-public commercial agreement with a third-party vendor, including non-public commercial arrangements and negotiation-related information.  Disclosure would reveal sensitive vendor relationship and negotiating details that could provide counterparties with leverage in future negotiations and disadvantage PowerSchool in discussions with vendors or business partners. | Flagg Decl. ¶¶ 12-13 | |
| Motion, p. 4, line 22, words before "—with" and between "—with" and "*if*" | Contains confidential terms of a non-public commercial agreement with a third-party vendor, including non-public commercial arrangements and negotiation-related information.  Disclosure would reveal sensitive vendor relationship and negotiating details that could provide counterparties with leverage in future negotiations and disadvantage PowerSchool in discussions with vendors or business partners. | Flagg Decl. ¶¶ 12-13 | |
| Motion, p. 5, line 3, words directly before and directly after "and" | Contains confidential terms of a non-public commercial agreement with a third-party vendor, including non-public commercial arrangements and negotiation-related information.  Disclosure would reveal sensitive vendor relationship and negotiating details that could provide counterparties with leverage in future negotiations and disadvantage PowerSchool in discussions with vendors or business partners. | Flagg Decl. ¶¶ 12-13 | |
| Motion, p. 5, line 4, word between "the" and "arrangement" | Contains confidential terms of a non-public commercial agreement with a third-party vendor, including non-public commercial arrangements and negotiation-related | Flagg Decl. ¶¶ 12-13 | |

| Portion to be Sealed | Reasoning | Declaration Citation | Order |
|---|---|---|---|
| | information. Disclosure would reveal sensitive vendor relationship and negotiating details that could provide counterparties with leverage in future negotiations and disadvantage PowerSchool in discussions with vendors or business partners. | | |
| Motion, p. 5, line 5, word between "specific to" and "students" | Contains confidential terms of a non-public commercial agreement with a third-party vendor, including non-public commercial arrangements and negotiation-related information. Disclosure would reveal sensitive vendor relationship and negotiating details that could provide counterparties with leverage in future negotiations and disadvantage PowerSchool in discussions with vendors or business partners. | Flagg Decl. ¶¶ 12-13 | |
| Motion, p. 5, lines 6-7, all words from "consisted of" to citation | Contains confidential terms of a non-public commercial agreement with a third-party vendor, including non-public commercial arrangements and negotiation-related information. Disclosure would reveal sensitive vendor relationship and negotiating details that could provide counterparties with leverage in future negotiations and disadvantage PowerSchool in discussions with vendors or business partners. | Flagg Decl. ¶¶ 12-13 | |
| Motion, p. 5, line 22, words between "subset of" and "students" | Contains confidential terms of a non-public commercial agreement with a third-party vendor, including non-public commercial arrangements and negotiation-related information. Disclosure would reveal sensitive vendor relationship and negotiating details that could provide counterparties with leverage in future negotiations and disadvantage PowerSchool in discussions with vendors or business partners. | Flagg Decl. ¶¶ 12-13 | |
| Motion, p. 5, fn 2, word between "and" and "ultimately" | Contains confidential terms of a non-public commercial agreement with a third-party vendor, including non-public commercial arrangements and negotiation-related information. Disclosure would reveal sensitive vendor relationship and | Flagg Decl. ¶¶ 12-13 | |

| Portion to be Sealed | Reasoning | Declaration Citation | Order |
|---|---|---|---|
| | negotiating details that could provide counterparties with leverage in future negotiations and disadvantage PowerSchool in discussions with vendors or business partners. | | |
| Motion, p. 9, line 1, last word of the line | Contains confidential terms of a non-public commercial agreement with a third-party vendor, including non-public commercial arrangements and negotiation-related information. Disclosure would reveal sensitive vendor relationship and negotiating details that could provide counterparties with leverage in future negotiations and disadvantage PowerSchool in discussions with vendors or business partners. | Flagg Decl. ¶¶ 12-13 | |
| Motion, p. 9, line 2, words between students" and citation | Contains confidential terms of a non-public commercial agreement with a third-party vendor, including non-public commercial arrangements and negotiation-related information. Disclosure would reveal sensitive vendor relationship and negotiating details that could provide counterparties with leverage in future negotiations and disadvantage PowerSchool in discussions with vendors or business partners. | Flagg Decl. ¶¶ 12-13 | |
| Motion, p. 9, line 13, word between "the" and "Agreement" (twice) | Contains confidential terms of a non-public commercial agreement with a third-party vendor, including non-public commercial arrangements and negotiation-related information. Disclosure would reveal sensitive vendor relationship and negotiating details that could provide counterparties with leverage in future negotiations and disadvantage PowerSchool in discussions with vendors or business partners. | Flagg Decl. ¶¶ 12-13 | |
| Motion, p. 9, line 19, word between "the" and "Agreement" | Contains confidential terms of a non-public commercial agreement with a third-party vendor, including non-public commercial arrangements and negotiation-related information. Disclosure would reveal sensitive vendor relationship and negotiating details that could provide counterparties with leverage in future | Flagg Decl. ¶¶ 12-13 | |

| Portion to be Sealed | Reasoning | Declaration Citation | Order |
|---|---|---|---|
| | negotiations and disadvantage PowerSchool in discussions with vendors or business partners. | | |
| Motion, p. 9, line 20, words between "from" and "students" and "for" purposes" | Contains confidential terms of a non-public commercial agreement with a third-party vendor, including non-public commercial arrangements and negotiation-related information.  Disclosure would reveal sensitive vendor relationship and negotiating details that could provide counterparties with leverage in future negotiations and disadvantage PowerSchool in discussions with vendors or business partners. | Flagg Decl. ¶¶ 12-13 | |
| Motion, p. 9, line 24, word between "the" and "Agreement" | Contains confidential terms of a non-public commercial agreement with a third-party vendor, including non-public commercial arrangements and negotiation-related information.  Disclosure would reveal sensitive vendor relationship and negotiating details that could provide counterparties with leverage in future negotiations and disadvantage PowerSchool in discussions with vendors or business partners. | Flagg Decl. ¶¶ 12-13 | |
| Motion, p. 9, line 27, word between "the" and "Agreement" | Contains confidential terms of a non-public commercial agreement with a third-party vendor, including non-public commercial arrangements and negotiation-related information.  Disclosure would reveal sensitive vendor relationship and negotiating details that could provide counterparties with leverage in future negotiations and disadvantage PowerSchool in discussions with vendors or business partners. | Flagg Decl. ¶¶ 12-13 | |
| Motion, p. 9, line 28, all words in parenthetical | Contains confidential terms of a non-public commercial agreement with a third-party vendor, including non-public commercial arrangements and negotiation-related information.  Disclosure would reveal sensitive vendor relationship and negotiating details that could provide counterparties with leverage in future negotiations and disadvantage PowerSchool | Flagg Decl. ¶¶ 12-13 | |

| Portion to be Sealed | Reasoning | Declaration Citation | Order |
|---|---|---|---|
| | in discussions with vendors or business partners. | | |
| Ex. A: Schulte Rep. - p. 5; figure 1 (not including the graphic title) | Contains confidential internal business and marketing information, including non-public pricing structures, commercialization strategy, and financial performance information.  Disclosure would provide competitors insight into PowerSchool's pricing models and commercial strategy and allow them to tailor competing offerings or pricing structures in ways that could disadvantage PowerSchool in the marketplace. | Flagg Decl. ¶¶ 8-9 | |
| Ex. A: Schulte Rep. - p. 5; last 3 words | Contains confidential terms of a non-public commercial agreement with a third-party vendor, including non-public commercial arrangements and negotiation-related information.  Disclosure would reveal sensitive vendor relationship and negotiating details that could provide counterparties with leverage in future negotiations and disadvantage PowerSchool in discussions with vendors or business partners. | Flagg Decl. ¶¶ 12-13 | |
| Ex. A: Schulte Rep. - p. 6; all text before "represents a conservative" | Contains confidential terms of a non-public commercial agreement with a third-party vendor, including non-public commercial arrangements and negotiation-related information.  Disclosure would reveal sensitive vendor relationship and negotiating details that could provide counterparties with leverage in future negotiations and disadvantage PowerSchool in discussions with vendors or business partners. | Flagg Decl. ¶¶ 12-13 | |
| Ex. A: Schulte Rep. - p. 11; first sentence of paragraph 25 | Contains confidential information regarding PowerSchool's internal data processing architecture, storage architecture, and privacy and security procedures. Disclosure would reveal non-public details of PowerSchool's internal systems, data flows, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products | Flagg Decl. ¶¶ 6-7 | |

| Portion to be Sealed | Reasoning | Declaration Citation | Order |
|---|---|---|---|
| | that mirror PowerSchool's data processing framework. | | |
| Ex. A: Schulte Rep. - p. 11; figure 4 (not including the graphic title) | Contains confidential information regarding PowerSchool's internal data processing architecture, storage architecture, and privacy and security procedures. Disclosure would reveal non-public details of PowerSchool's internal systems, data flows, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | Flagg Decl. ¶¶ 6-7 | |
| Ex. A: Schulte Rep. - p. 12; text in paragraph 27 between "DPIA Report," and footnote 32 | Contains confidential information regarding PowerSchool's internal data processing architecture, storage architecture, and privacy and security procedures. Disclosure would reveal non-public details of PowerSchool's internal systems, data flows, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | Flagg Decl. ¶¶ 6-7 | |
| Ex. A: Schulte Rep. - p. 13; figure 6 (not including the graphic title) | Contains confidential information regarding PowerSchool's internal data processing architecture, storage architecture, and privacy and security procedures. Disclosure would reveal non-public details of PowerSchool's internal systems, data flows, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | Flagg Decl. ¶¶ 6-7 | |
| Ex. A: Schulte Rep. - p. 14; figure 7 (not including the graphic title) | Contains confidential information regarding PowerSchool's internal data processing architecture, storage architecture, and privacy and security procedures. Disclosure would reveal non-public details of PowerSchool's internal systems, data flows, and service provider relationships that competitors could use to replicate | Flagg Decl. ¶¶ 6-7 | |

| Portion to be Sealed | Reasoning | Declaration Citation | Order |
|---|---|---|---|
| | aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | | |
| Ex. A: Schulte Rep. - p. 14; text in paragraph 31 after "*Instruction* and *ContentNav.*" | Contains confidential information regarding PowerSchool's internal data processing architecture, storage architecture, and privacy and security procedures. Disclosure would reveal non-public details of PowerSchool's internal systems, data flows, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | Flagg Decl. ¶¶ 6-7 | |
| Ex. A: Schulte Rep. - p. 15; text between "*career readiness*" and footnote 44 | Contains confidential information regarding PowerSchool's internal data processing architecture, storage architecture, and privacy and security procedures. Disclosure would reveal non-public details of PowerSchool's internal systems, data flows, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | Flagg Decl. ¶¶ 6-7 | |
| Ex. A: Schulte Rep. - p. 16; figure 9 (not including the graphic title) | Contains confidential information regarding PowerSchool's internal data processing architecture, storage architecture, and privacy and security procedures. Disclosure would reveal non-public details of PowerSchool's internal systems, data flows, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | Flagg Decl. ¶¶ 6-7 | |
| Ex. A: Schulte Rep. - p. 17; all text in paragraph 37 after footnote 53 | Contains confidential information regarding PowerSchool's internal data processing architecture, storage architecture, and privacy and security procedures. Disclosure would reveal non-public details of PowerSchool's internal systems, data | Flagg Decl. ¶¶ 6-7 | |

| Portion to be Sealed | Reasoning | Declaration Citation | Order |
|---|---|---|---|
| | flows, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | | |
| Ex. A: Schulte Rep. - p. 17-18; all text in paragraph 38 after footnote 56 | Contains confidential information regarding PowerSchool's internal data processing architecture, storage architecture, and privacy and security procedures. Disclosure would reveal non-public details of PowerSchool's internal systems, data flows, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | Flagg Decl. ¶¶ 6-7 | |
| Ex. A: Schulte Rep. - p. 18; figure 11 (not including the graphic title) | Contains confidential information regarding PowerSchool's internal data processing architecture, storage architecture, and privacy and security procedures. Disclosure would reveal non-public details of PowerSchool's internal systems, data flows, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | Flagg Decl. ¶¶ 6-7 | |
| Ex. A: Schulte Rep. - p. 18; all text in paragraph 40 after footnote 59 | Contains confidential information regarding PowerSchool's internal data processing architecture, storage architecture, and privacy and security procedures. Disclosure would reveal non-public details of PowerSchool's internal systems, data flows, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | Flagg Decl. ¶¶ 6-7 | |
| Ex. A: Schulte Rep. - p. 18; figure 12 (not including the graphic title) | Contains confidential information regarding PowerSchool's internal data processing architecture, storage architecture, and privacy and security procedures. | Flagg Decl. ¶¶ 6-7 | |

| Portion to be Sealed | Reasoning | Declaration Citation | Order |
|---|---|---|---|
| | Disclosure would reveal non-public details of PowerSchool's internal systems, data flows, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | | |
| Ex. A: Schulte Rep. - p. 19; all text in paragraph 43 before footnote 64 | Contains confidential information regarding PowerSchool's internal data processing architecture, storage architecture, and privacy and security procedures. Disclosure would reveal non-public details of PowerSchool's internal systems, data flows, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | Flagg Decl. ¶¶ 6-7 | |
| Ex. A: Schulte Rep. - p. 20; text between "as follows:" and footnote 69 | Contains confidential information regarding PowerSchool's internal data processing architecture, storage architecture, and privacy and security procedures. Disclosure would reveal non-public details of PowerSchool's internal systems, data flows, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | Flagg Decl. ¶¶ 6-7 | |
| Ex. A: Schulte Rep. - p. 21; figure 15 (not including the graphic title) | Contains confidential information regarding PowerSchool's internal data processing architecture, storage architecture, and privacy and security procedures. Disclosure would reveal non-public details of PowerSchool's internal systems, data flows, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | Flagg Decl. ¶¶ 6-7 | |
| Ex. A: Schulte Rep. | Contains confidential information regarding PowerSchool's internal data processing | Flagg Decl. ¶¶ 6-7 | |

| Portion to be Sealed | Reasoning | Declaration Citation | Order |
|---|---|---|---|
| - p. 22; text between "DPIA Report" and footnote 78 | architecture, storage architecture, and privacy and security procedures. Disclosure would reveal non-public details of PowerSchool's internal systems, data flows, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | | |
| Ex. A: Schulte Rep. - p. 22; figure 17 (not including the graphic title) | Contains confidential information regarding PowerSchool's internal data processing architecture, storage architecture, and privacy and security procedures. Disclosure would reveal non-public details of PowerSchool's internal systems, data flows, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | Flagg Decl. ¶¶ 6-7 | |
| Ex. A: Schulte Rep. - p. 23; text in paragraph 51 between "discussed," and footnote 81 | Contains confidential information regarding PowerSchool's internal data processing architecture, storage architecture, and privacy and security procedures. Disclosure would reveal non-public details of PowerSchool's internal systems, data flows, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | Flagg Decl. ¶¶ 6-7 | |
| Ex. A: Schulte Rep. - p. 23; figure 18 (not including the graphic title) | Contains confidential information regarding PowerSchool's internal data processing architecture, storage architecture, and privacy and security procedures. Disclosure would reveal non-public details of PowerSchool's internal systems, data flows, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | Flagg Decl. ¶¶ 6-7 | |

| Portion to be Sealed | Reasoning | Declaration Citation | Order |
|---|---|---|---|
| Ex. A: Schulte Rep. - p. 24; text in paragraph 54 between "indicates that" and "Figure 20" | Contains confidential internal business and marketing information, including non-public pricing structures, commercialization strategy, and financial performance information.  Disclosure would provide competitors insight into PowerSchool's pricing models and commercial strategy and allow them to tailor competing offerings or pricing structures in ways that could disadvantage PowerSchool in the marketplace. | Flagg Decl. ¶¶ 8-9 | |
| Ex. A: Schulte Rep. - p. 24; figure 20 (not including the graphic title) | Contains confidential internal business and marketing information, including non-public pricing structures, commercialization strategy, and financial performance information.  Disclosure would provide competitors insight into PowerSchool's pricing models and commercial strategy and allow them to tailor competing offerings or pricing structures in ways that could disadvantage PowerSchool in the marketplace. | Flagg Decl. ¶¶ 8-9 | |
| Ex. A: Schulte Rep. - p. 24; text in paragraph 55 between "PowerSchool, testified that" and footnote 89 | Contains confidential internal business and marketing information, including non-public pricing structures, commercialization strategy, and financial performance information.  Disclosure would provide competitors insight into PowerSchool's pricing models and commercial strategy and allow them to tailor competing offerings or pricing structures in ways that could disadvantage PowerSchool in the marketplace. | Flagg Decl. ¶¶ 8-9 | |
| Ex. A: Schulte Rep. - p. 24; text in paragraph 55 between "also testified that" and footnote 90 | Contains confidential internal business and marketing information, including non-public pricing structures, commercialization strategy, and financial performance information.  Disclosure would provide competitors insight into PowerSchool's pricing models and commercial strategy and allow them to tailor competing offerings or pricing structures in ways that could disadvantage PowerSchool in the marketplace. | Flagg Decl. ¶¶ 8-9 | |
| Ex. A: Schulte Rep. | Contains confidential internal business and marketing information, including non- | Flagg Decl. ¶¶ 8-9 | |

| Portion to be Sealed | Reasoning | Declaration Citation | Order |
|---|---|---|---|
| - p. 24-25; all text in paragraph 55 after "went on to testify that" | public pricing structures, commercialization strategy, and financial performance information. Disclosure would provide competitors insight into PowerSchool's pricing models and commercial strategy and allow them to tailor competing offerings or pricing structures in ways that could disadvantage PowerSchool in the marketplace. | | |
| Ex. A: Schulte Rep. - p. 25; all text in paragraph 57 after "I understand that" | Contains confidential information identifying PowerSchool customers and non-public details of customer subscriptions or contractual relationships. Disclosure would reveal PowerSchool's customer relationships and commercially sensitive terms, which competitors could use to target those customers with competing services or pricing offers and thereby undermine PowerSchool's customer relationships and negotiating position. | Flagg Decl. ¶¶ 10-11 | |
| Ex. A: Schulte Rep. - p. 26; text in paragraph 58 between "further explained" and "Figure 22" | Contains confidential internal business and marketing information, including non-public pricing structures, commercialization strategy, and financial performance information. Disclosure would provide competitors insight into PowerSchool's pricing models and commercial strategy and allow them to tailor competing offerings or pricing structures in ways that could disadvantage PowerSchool in the marketplace. | Flagg Decl. ¶¶ 8-9 | |
| Ex. A: Schulte Rep. - p. 26; figure 22 (including the graphic title) | Contains confidential internal business and marketing information, including non-public pricing structures, commercialization strategy, and financial performance information. Disclosure would provide competitors insight into PowerSchool's pricing models and commercial strategy and allow them to tailor competing offerings or pricing structures in ways that could disadvantage PowerSchool in the marketplace. | Flagg Decl. ¶¶ 8-9 | |
| Ex. A: Schulte Rep. | Contains confidential internal business and marketing information, including non-public pricing structures, commercialization | Flagg Decl. ¶¶ 8-9 | |

| Portion to be Sealed | Reasoning | Declaration Citation | Order |
|---|---|---|---|
| - p. 30; figure 25 (not including the graphic title) | strategy, and financial performance information.  Disclosure would provide competitors insight into PowerSchool's pricing models and commercial strategy and allow them to tailor competing offerings or pricing structures in ways that could disadvantage PowerSchool in the marketplace. | | |
| Ex. A: Schulte Rep. - p. 30; all text in paragraph 69 before "Figure 26" | Contains confidential internal business and marketing information, including non-public pricing structures, commercialization strategy, and financial performance information.  Disclosure would provide competitors insight into PowerSchool's pricing models and commercial strategy and allow them to tailor competing offerings or pricing structures in ways that could disadvantage PowerSchool in the marketplace. | Flagg Decl. ¶¶ 8-9 | |
| Ex. A: Schulte Rep. - p. 32; figure 27 (not including the graphic title) | Contains confidential internal business and marketing information, including non-public pricing structures, commercialization strategy, and financial performance information.  Disclosure would provide competitors insight into PowerSchool's pricing models and commercial strategy and allow them to tailor competing offerings or pricing structures in ways that could disadvantage PowerSchool in the marketplace. | Flagg Decl. ¶¶ 8-9 | |
| Ex. A: Schulte Rep. - p. 36-37; all text in paragraph 82 after "More specifically, I considered Mr. Flagg's testimony" | Contains confidential internal business and marketing information, including non-public pricing structures, commercialization strategy, and financial performance information.  Disclosure would provide competitors insight into PowerSchool's pricing models and commercial strategy and allow them to tailor competing offerings or pricing structures in ways that could disadvantage PowerSchool in the marketplace. | Flagg Decl. ¶¶ 8-9 | |
| Ex. A: Schulte Rep. - p. 37; all text in paragraph 83 after "*SIS:*" | Contains confidential internal business and marketing information, including non-public pricing structures, commercialization strategy, and financial performance information.  Disclosure would provide | Flagg Decl. ¶¶ 8-9 | |

| Portion to be Sealed | Reasoning | Declaration Citation | Order |
|---|---|---|---|
| | competitors insight into PowerSchool's pricing models and commercial strategy and allow them to tailor competing offerings or pricing structures in ways that could disadvantage PowerSchool in the marketplace. | | |
| Ex. A: Schulte Rep. - p. 37-38; all text in paragraph 84 after "testified that" | Contains confidential internal business and marketing information, including non-public pricing structures, commercialization strategy, and financial performance information.  Disclosure would provide competitors insight into PowerSchool's pricing models and commercial strategy and allow them to tailor competing offerings or pricing structures in ways that could disadvantage PowerSchool in the marketplace. | Flagg Decl. ¶¶ 8-9 | |
| Ex. A: Schulte Rep. - p. 39; figure 31 (not including the graphic title) | Contains confidential internal business and marketing information, including non-public pricing structures, commercialization strategy, and financial performance information.  Disclosure would provide competitors insight into PowerSchool's pricing models and commercial strategy and allow them to tailor competing offerings or pricing structures in ways that could disadvantage PowerSchool in the marketplace. | Flagg Decl. ¶¶ 8-9 | |
| Ex. A: Schulte Rep. - p. 40; figure 32 (not including the graphic title) | Contains confidential internal business and marketing information, including non-public pricing structures, commercialization strategy, and financial performance information.  Disclosure would provide competitors insight into PowerSchool's pricing models and commercial strategy and allow them to tailor competing offerings or pricing structures in ways that could disadvantage PowerSchool in the marketplace. | Flagg Decl. ¶¶ 8-9 | |
| Ex. A: Schulte Rep. - p. 41; text in paragraph 93 between "derived from" and " – represents" | Contains confidential terms of a non-public commercial agreement with a third-party vendor, including non-public commercial arrangements and negotiation-related information.  Disclosure would reveal sensitive vendor relationship and negotiating details that could provide | Flagg Decl. ¶¶ 12-13 | |

| Portion to be Sealed | Reasoning | Declaration Citation | Order |
|---|---|---|---|
| | counterparties with leverage in future negotiations and disadvantage PowerSchool in discussions with vendors or business partners. | | |
| Ex. A: Schulte Rep. - p. 41; all text in footnote 151 | Contains confidential terms of a non-public commercial agreement with a third-party vendor, including non-public commercial arrangements and negotiation-related information.  Disclosure would reveal sensitive vendor relationship and negotiating details that could provide counterparties with leverage in future negotiations and disadvantage PowerSchool in discussions with vendors or business partners. | Flagg Decl. ¶¶ 12-13 | |
| Ex. A: Schulte Rep. - p. 42; the graphic and all text in paragraphs 96-97 except "Figure 33" | Contains confidential terms of a non-public commercial agreement with a third-party vendor, including non-public commercial arrangements and negotiation-related information.  Disclosure would reveal sensitive vendor relationship and negotiating details that could provide counterparties with leverage in future negotiations and disadvantage PowerSchool in discussions with vendors or business partners. | Flagg Decl. ¶¶ 12-13 | |
| Ex. A: Schulte Rep. - p. 43; the graphic and all text in paragraph 98 after "figure below," except "Figure 34" | Contains confidential terms of a non-public commercial agreement with a third-party vendor, including non-public commercial arrangements and negotiation-related information.  Disclosure would reveal sensitive vendor relationship and negotiating details that could provide counterparties with leverage in future negotiations and disadvantage PowerSchool in discussions with vendors or business partners. | Flagg Decl. ¶¶ 12-13 | |
| Ex. A: Schulte Rep. - p. 43; the graphic and all text in paragraph 99 except "Figure 35" | Contains confidential terms of a non-public commercial agreement with a third-party vendor, including non-public commercial arrangements and negotiation-related information.  Disclosure would reveal sensitive vendor relationship and negotiating details that could provide counterparties with leverage in future negotiations and disadvantage PowerSchool | Flagg Decl. ¶¶ 12-13 | |

| Portion to be Sealed | Reasoning | Declaration Citation | Order |
|---|---|---|---|
| | in discussions with vendors or business partners. | | |
| Ex. A: Schulte Rep. - p. 43-57; all graphics and all text in paragraphs 99-123 except figure numbers | Contains confidential terms of a non-public commercial agreement with a third-party vendor, including non-public commercial arrangements and negotiation-related information.  Disclosure would reveal sensitive vendor relationship and negotiating details that could provide counterparties with leverage in future negotiations and disadvantage PowerSchool in discussions with vendors or business partners. | Flagg Decl. ¶¶ 12-13 | |
| Ex. A: Schulte Rep. - p. 47; all text in footnote 180 after "248." | Contains confidential terms of a non-public commercial agreement with a third-party vendor, including non-public commercial arrangements and negotiation-related information.  Disclosure would reveal sensitive vendor relationship and negotiating details that could provide counterparties with leverage in future negotiations and disadvantage PowerSchool in discussions with vendors or business partners. | Flagg Decl. ¶¶ 12-13 | |
| Ex. A: Schulte Rep. - p. 48; all text in footnote 174 after "241." | Contains confidential terms of a non-public commercial agreement with a third-party vendor, including non-public commercial arrangements and negotiation-related information.  Disclosure would reveal sensitive vendor relationship and negotiating details that could provide counterparties with leverage in future negotiations and disadvantage PowerSchool in discussions with vendors or business partners. | Flagg Decl. ¶¶ 12-13 | |
| Ex. A: Schulte Rep. - p. 51; text in footnote 192 between "236" and "See PWRSCHL_00003235-274" | Contains confidential terms of a non-public commercial agreement with a third-party vendor, including non-public commercial arrangements and negotiation-related information.  Disclosure would reveal sensitive vendor relationship and negotiating details that could provide counterparties with leverage in future negotiations and disadvantage PowerSchool in discussions with vendors or business partners. | Flagg Decl. ¶¶ 12-13 | |

| Portion to be Sealed | Reasoning | Declaration Citation | Order |
|---|---|---|---|
| Ex. A: Schulte Rep. - p. 54; text in footnote 203 between "742" and "See PWRSCHL_00121950-958" | Contains confidential terms of a non-public commercial agreement with a third-party vendor, including non-public commercial arrangements and negotiation-related information. Disclosure would reveal sensitive vendor relationship and negotiating details that could provide counterparties with leverage in future negotiations and disadvantage PowerSchool in discussions with vendors or business partners. | Flagg Decl. ¶¶ 12-13 | |
| Ex. A: Schulte Rep. - p. 55; text in footnote 203 between "521" and "See, for example," | Contains confidential terms of a non-public commercial agreement with a third-party vendor, including non-public commercial arrangements and negotiation-related information. Disclosure would reveal sensitive vendor relationship and negotiating details that could provide counterparties with leverage in future negotiations and disadvantage PowerSchool in discussions with vendors or business partners. | Flagg Decl. ¶¶ 12-13 | |
| Ex. A: Schulte Rep. - p. 57; all text in footnote 215 after "474-45." | Contains confidential terms of a non-public commercial agreement with a third-party vendor, including non-public commercial arrangements and negotiation-related information. Disclosure would reveal sensitive vendor relationship and negotiating details that could provide counterparties with leverage in future negotiations and disadvantage PowerSchool in discussions with vendors or business partners. | Flagg Decl. ¶¶ 12-13 | |
| Ex. A: Schulte Rep. - p. 57-58; the graphic and all text in paragraph 124 after "figure below," except "Figure 52" | Contains confidential terms of a non-public commercial agreement with a third-party vendor, including non-public commercial arrangements and negotiation-related information. Disclosure would reveal sensitive vendor relationship and negotiating details that could provide counterparties with leverage in future negotiations and disadvantage PowerSchool in discussions with vendors or business partners. | Flagg Decl. ¶¶ 12-13 | |
| Ex. A: Schulte Rep. | Contains confidential terms of a non-public commercial agreement with a third-party | Flagg Decl. ¶¶ 12-13 | |

| Portion to be Sealed | Reasoning | Declaration Citation | Order |
|---|---|---|---|
| - p. 58-60; all graphics and all text in paragraphs 125-127 | vendor, including non-public commercial arrangements and negotiation-related information.  Disclosure would reveal sensitive vendor relationship and negotiating details that could provide counterparties with leverage in future negotiations and disadvantage PowerSchool in discussions with vendors or business partners. | | |
| Ex. A: Schulte Rep. - p. 60-61; all text in paragraph 128 after "I find that" except "These indicators include:" | Contains confidential terms of a non-public commercial agreement with a third-party vendor, including non-public commercial arrangements and negotiation-related information.  Disclosure would reveal sensitive vendor relationship and negotiating details that could provide counterparties with leverage in future negotiations and disadvantage PowerSchool in discussions with vendors or business partners. | Flagg Decl. ¶¶ 12-13 | |
| Ex. A: Schulte Rep. - p. 61; footnote 228 | Contains confidential terms of a non-public commercial agreement with a third-party vendor, including non-public commercial arrangements and negotiation-related information.  Disclosure would reveal sensitive vendor relationship and negotiating details that could provide counterparties with leverage in future negotiations and disadvantage PowerSchool in discussions with vendors or business partners. | Flagg Decl. ¶¶ 12-13 | |
| Ex. A: Schulte Rep. - p. 61-62; all text in paragraphs 129-130 after "testified that" | Contains confidential terms of a non-public commercial agreement with a third-party vendor, including non-public commercial arrangements and negotiation-related information.  Disclosure would reveal sensitive vendor relationship and negotiating details that could provide counterparties with leverage in future negotiations and disadvantage PowerSchool in discussions with vendors or business partners. | Flagg Decl. ¶¶ 12-13 | |
| Ex. A: Schulte Rep. - p. 62; text in paragraph 132 between | Contains confidential terms of a non-public commercial agreement with a third-party vendor, including non-public commercial arrangements and negotiation-related | Flagg Decl. ¶¶ 12-13 | |

| Portion to be Sealed | Reasoning | Declaration Citation | Order |
|---|---|---|---|
| "Class members are" and "As detailed" | information.  Disclosure would reveal sensitive vendor relationship and negotiating details that could provide counterparties with leverage in future negotiations and disadvantage PowerSchool in discussions with vendors or business partners. | | |
| Ex. A: Schulte Rep. - p. 62; text in paragraph 132 between "I calculated that" and "In my opinion" | Contains confidential terms of a non-public commercial agreement with a third-party vendor, including non-public commercial arrangements and negotiation-related information.  Disclosure would reveal sensitive vendor relationship and negotiating details that could provide counterparties with leverage in future negotiations and disadvantage PowerSchool in discussions with vendors or business partners. | Flagg Decl. ¶¶ 12-13 | |
| Ex. A: Schulte Rep. - p. 62; text in paragraph 132 between "I calculated that" and "In my opinion" | Contains confidential terms of a non-public commercial agreement with a third-party vendor, including non-public commercial arrangements and negotiation-related information.  Disclosure would reveal sensitive vendor relationship and negotiating details that could provide counterparties with leverage in future negotiations and disadvantage PowerSchool in discussions with vendors or business partners. | Flagg Decl. ¶¶ 12-13 | |
| Ex. A: Schulte Rep. - p. 62; text in paragraph 133 between "the following reasons:" and "does not reflect" | Contains confidential terms of a non-public commercial agreement with a third-party vendor, including non-public commercial arrangements and negotiation-related information.  Disclosure would reveal sensitive vendor relationship and negotiating details that could provide counterparties with leverage in future negotiations and disadvantage PowerSchool in discussions with vendors or business partners. | Flagg Decl. ¶¶ 12-13 | |
| Ex. A: Schulte Rep. - p. 62-63; all text in paragraph 133 starting at and including bullet point 2 | Contains confidential terms of a non-public commercial agreement with a third-party vendor, including non-public commercial arrangements and negotiation-related information.  Disclosure would reveal sensitive vendor relationship and | Flagg Decl. ¶¶ 12-13 | |

| Portion to be Sealed | Reasoning | Declaration Citation | Order |
|---|---|---|---|
| | negotiating details that could provide counterparties with leverage in future negotiations and disadvantage PowerSchool in discussions with vendors or business partners. | | |
| Ex. A: Schulte Rep. - p. 65; figure 55 (including the graphic title) | Contains confidential internal business and marketing information, including non-public pricing structures, commercialization strategy, and financial performance information. Disclosure would provide competitors insight into PowerSchool's pricing models and commercial strategy and allow them to tailor competing offerings or pricing structures in ways that could disadvantage PowerSchool in the marketplace. | Flagg Decl. ¶¶ 8-9 | |
| Ex. A: Schulte Rep. Exhibits 1.1-10.3 | Contains confidential internal business and marketing information, including non-public pricing structures, commercialization strategy, and financial performance information. Disclosure would provide competitors insight into PowerSchool's pricing models and commercial strategy and allow them to tailor competing offerings or pricing structures in ways that could disadvantage PowerSchool in the marketplace. | Flagg Decl. ¶¶ 8-9 | |
| Ex. A: Schulte Rep. Exhibits 11.1-11.2 | Contains confidential terms of a non-public commercial agreement with a third-party vendor, including non-public commercial arrangements and negotiation-related information. Disclosure would reveal sensitive vendor relationship and negotiating details that could provide counterparties with leverage in future negotiations and disadvantage PowerSchool in discussions with vendors or business partners. | Flagg Decl. ¶¶ 12-13 | |
| Ex. A: Schulte Rep. Exhibit 2.2; all text after "(2) Exhibit 2.1." | Contains confidential internal business and marketing information, including non-public pricing structures, commercialization strategy, and financial performance information. Disclosure would provide competitors insight into PowerSchool's pricing models and commercial strategy and allow them to tailor competing | Flagg Decl. ¶¶ 8-9 | |

| Portion to be Sealed | Reasoning | Declaration Citation | Order |
|---|---|---|---|
| | offerings or pricing structures in ways that could disadvantage PowerSchool in the marketplace. | | |
| Ex. A: Schulte Rep. Exhibit 2.4; all text after "(2) Exhibit 10.4" | Contains confidential internal business and marketing information, including non-public pricing structures, commercialization strategy, and financial performance information.  Disclosure would provide competitors insight into PowerSchool's pricing models and commercial strategy and allow them to tailor competing offerings or pricing structures in ways that could disadvantage PowerSchool in the marketplace. | Flagg Decl. ¶¶ 8-9 | |
| Ex. A: Schulte Rep. Exhibit 4.2; all text after "(2) Exhibit 4.1 " | Contains confidential internal business and marketing information, including non-public pricing structures, commercialization strategy, and financial performance information.  Disclosure would provide competitors insight into PowerSchool's pricing models and commercial strategy and allow them to tailor competing offerings or pricing structures in ways that could disadvantage PowerSchool in the marketplace. | Flagg Decl. ¶¶ 8-9 | |
| Ex. A: Schulte Rep. Exhibit 11.1; all text after before "Exhibit 11.1" | Contains confidential terms of a non-public commercial agreement with a third-party vendor, including non-public commercial arrangements and negotiation-related information.  Disclosure would reveal sensitive vendor relationship and negotiating details that could provide counterparties with leverage in future negotiations and disadvantage PowerSchool in discussions with vendors or business partners. | Flagg Decl. ¶¶ 12-13 | |
| Ex. B: Schulte Dep. 79:10 | Contains confidential information regarding PowerSchool's internal data processing architecture, storage architecture, and privacy and security procedures.  Disclosure would reveal non-public details of PowerSchool's internal systems, data flows, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products | Flagg Decl. ¶¶ 6-7 | |

| Portion to be Sealed | Reasoning | Declaration Citation | Order |
|---|---|---|---|
| | that mirror PowerSchool's data processing framework. | | |
| Ex. B: Schulte Dep. 83:12-13 | Contains confidential information regarding PowerSchool's internal data processing architecture, storage architecture, and privacy and security procedures. Disclosure would reveal non-public details of PowerSchool's internal systems, data flows, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | Flagg Decl. ¶¶ 6-7 | |
| Ex. B: Schulte Dep. 83:19 | Contains confidential information regarding PowerSchool's internal data processing architecture, storage architecture, and privacy and security procedures. Disclosure would reveal non-public details of PowerSchool's internal systems, data flows, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | Flagg Decl. ¶¶ 6-7 | |
| Ex. B: Schulte Dep. 135:14 | Contains confidential internal business and marketing information, including non-public pricing structures, commercialization strategy, and financial performance information.  Disclosure would provide competitors insight into PowerSchool's pricing models and commercial strategy and allow them to tailor competing offerings or pricing structures in ways that could disadvantage PowerSchool in the marketplace. | Flagg Decl. ¶¶ 8-9 | |
| Ex. B: Schulte Dep. 150:3-10 | Contains confidential information regarding PowerSchool's internal data processing architecture, storage architecture, and privacy and security procedures. Disclosure would reveal non-public details of PowerSchool's internal systems, data flows, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical | Flagg Decl. ¶¶ 6-7 | |

| Portion to be Sealed | Reasoning | Declaration Citation | Order |
|---|---|---|---|
| | infrastructure or design competing products that mirror PowerSchool's data processing framework. | | |
| Ex. B: Schulte Dep. 151:12 | Contains confidential information regarding PowerSchool's internal data processing architecture, storage architecture, and privacy and security procedures. Disclosure would reveal non-public details of PowerSchool's internal systems, data flows, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | Flagg Decl. ¶¶ 6-7 | |
| Ex. B: Schulte Dep. 178:2-16 | Contains confidential terms of a non-public commercial agreement with a third-party vendor, including non-public commercial arrangements and negotiation-related information. Disclosure would reveal sensitive vendor relationship and negotiating details that could provide counterparties with leverage in future negotiations and disadvantage PowerSchool in discussions with vendors or business partners. | Flagg Decl. ¶¶ 12-13 | |
| Ex. B: Schulte Dep. 179:23 | Contains confidential terms of a non-public commercial agreement with a third-party vendor, including non-public commercial arrangements and negotiation-related information. Disclosure would reveal sensitive vendor relationship and negotiating details that could provide counterparties with leverage in future negotiations and disadvantage PowerSchool in discussions with vendors or business partners. | Flagg Decl. ¶¶ 12-13 | |
| Ex. B: Schulte Dep. 180:22-24 | Contains confidential terms of a non-public commercial agreement with a third-party vendor, including non-public commercial arrangements and negotiation-related information. Disclosure would reveal sensitive vendor relationship and negotiating details that could provide counterparties with leverage in future negotiations and disadvantage PowerSchool | Flagg Decl. ¶¶ 12-13 | |

| Portion to be Sealed | Reasoning | Declaration Citation | Order |
|---|---|---|---|
| | in discussions with vendors or business partners. | | |
| Ex. B: Schulte Dep. 181:13-15 | Contains confidential terms of a non-public commercial agreement with a third-party vendor, including non-public commercial arrangements and negotiation-related information.  Disclosure would reveal sensitive vendor relationship and negotiating details that could provide counterparties with leverage in future negotiations and disadvantage PowerSchool in discussions with vendors or business partners. | Flagg Decl. ¶¶ 12-13 | |
| Ex. B: Schulte Dep. 181:19-22 | Contains confidential terms of a non-public commercial agreement with a third-party vendor, including non-public commercial arrangements and negotiation-related information.  Disclosure would reveal sensitive vendor relationship and negotiating details that could provide counterparties with leverage in future negotiations and disadvantage PowerSchool in discussions with vendors or business partners. | Flagg Decl. ¶¶ 12-13 | |
| Ex. B: Schulte Dep. 181:24-182:22 | Contains confidential terms of a non-public commercial agreement with a third-party vendor, including non-public commercial arrangements and negotiation-related information.  Disclosure would reveal sensitive vendor relationship and negotiating details that could provide counterparties with leverage in future negotiations and disadvantage PowerSchool in discussions with vendors or business partners. | Flagg Decl. ¶¶ 12-13 | |
| Ex. B: Schulte Dep. 184:14-22 | Contains confidential terms of a non-public commercial agreement with a third-party vendor, including non-public commercial arrangements and negotiation-related information.  Disclosure would reveal sensitive vendor relationship and negotiating details that could provide counterparties with leverage in future negotiations and disadvantage PowerSchool in discussions with vendors or business partners. | Flagg Decl. ¶¶ 12-13 | |

| Portion to be Sealed | Reasoning | Declaration Citation | Order |
|---|---|---|---|
| Ex. B: Schulte Dep. 186:3-187:5 | Contains confidential terms of a non-public commercial agreement with a third-party vendor, including non-public commercial arrangements and negotiation-related information. Disclosure would reveal sensitive vendor relationship and negotiating details that could provide counterparties with leverage in future negotiations and disadvantage PowerSchool in discussions with vendors or business partners. | Flagg Decl. ¶¶ 12-13 | |
| Ex. B: Schulte Dep. 187:18-191:3 | Contains confidential terms of a non-public commercial agreement with a third-party vendor, including non-public commercial arrangements and negotiation-related information. Disclosure would reveal sensitive vendor relationship and negotiating details that could provide counterparties with leverage in future negotiations and disadvantage PowerSchool in discussions with vendors or business partners. | Flagg Decl. ¶¶ 12-13 | |
| Ex. B: Schulte Dep. 192:14-193:22 | Contains confidential terms of a non-public commercial agreement with a third-party vendor, including non-public commercial arrangements and negotiation-related information. Disclosure would reveal sensitive vendor relationship and negotiating details that could provide counterparties with leverage in future negotiations and disadvantage PowerSchool in discussions with vendors or business partners. | Flagg Decl. ¶¶ 12-13 | |
| Ex. B: Schulte Dep. 203:2-15 | Contains confidential information regarding PowerSchool's internal data processing architecture, storage architecture, and privacy and security procedures. Disclosure would reveal non-public details of PowerSchool's internal systems, data flows, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | Flagg Decl. ¶¶ 6-7 | |

| Portion to be Sealed | Reasoning | Declaration Citation | Order |
|---|---|---|---|
| Ex. B: Schulte Dep. 204:7-10 | Contains confidential terms of a non-public commercial agreement with a third-party vendor, including non-public commercial arrangements and negotiation-related information. Disclosure would reveal sensitive vendor relationship and negotiating details that could provide counterparties with leverage in future negotiations and disadvantage PowerSchool in discussions with vendors or business partners. | Flagg Decl. ¶¶ 12-13 | |
| Ex. B: Schulte Dep. 205:9 | Contains confidential information regarding PowerSchool's internal data processing architecture, storage architecture, and privacy and security procedures. Disclosure would reveal non-public details of PowerSchool's internal systems, data flows, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | Flagg Decl. ¶¶ 6-7 | |
| Ex. B: Schulte Dep. 205:15-206:7 | Contains confidential information regarding PowerSchool's internal data processing architecture, storage architecture, and privacy and security procedures. Disclosure would reveal non-public details of PowerSchool's internal systems, data flows, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | Flagg Decl. ¶¶ 6-7 | |
| Ex. B: Schulte Dep. 206:12-23 | Contains confidential terms of a non-public commercial agreement with a third-party vendor, including non-public commercial arrangements and negotiation-related information. Disclosure would reveal sensitive vendor relationship and negotiating details that could provide counterparties with leverage in future negotiations and disadvantage PowerSchool in discussions with vendors or business partners. | Flagg Decl. ¶¶ 12-13 | |

| Portion to be Sealed | Reasoning | Declaration Citation | Order |
|---|---|---|---|
| Ex. B: Schulte Dep. 207:6, 11, 13 | Contains confidential information regarding PowerSchool's internal data processing architecture, storage architecture, and privacy and security procedures. Disclosure would reveal non-public details of PowerSchool's internal systems, data flows, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | Flagg Decl. ¶¶ 6-7 | |
| Ex. B: Schulte Dep. 207:16-208:4 | Contains confidential information regarding PowerSchool's internal data processing architecture, storage architecture, and privacy and security procedures. Disclosure would reveal non-public details of PowerSchool's internal systems, data flows, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework.

Contains confidential terms of a non-public commercial agreement with a third-party vendor, including non-public commercial arrangements and negotiation-related information.  Disclosure would reveal sensitive vendor relationship and negotiating details that could provide counterparties with leverage in future negotiations and disadvantage PowerSchool in discussions with vendors or business partners. | Flagg Decl. ¶¶ 6-7

Flagg Decl. ¶¶ 12-13 | |
| Ex. B: Schulte Dep. 208:5, 8, 11 | Contains confidential information regarding PowerSchool's internal data processing architecture, storage architecture, and privacy and security procedures. Disclosure would reveal non-public details of PowerSchool's internal systems, data flows, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products | Flagg Decl. ¶¶ 6-7 | |

| Portion to be Sealed | Reasoning | Declaration Citation | Order |
|---|---|---|---|
| | that mirror PowerSchool's data processing framework. | | |
| Ex. B: Schulte Dep. 208:13-14 | Contains confidential information regarding PowerSchool's internal data processing architecture, storage architecture, and privacy and security procedures. Disclosure would reveal non-public details of PowerSchool's internal systems, data flows, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | Flagg Decl. ¶¶ 6-7 | |
| Ex. B: Schulte Dep. 208:17 | Contains confidential information regarding PowerSchool's internal data processing architecture, storage architecture, and privacy and security procedures. Disclosure would reveal non-public details of PowerSchool's internal systems, data flows, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | Flagg Decl. ¶¶ 6-7 | |
| Ex. B: Schulte Dep. 209:1-4 | Contains confidential information regarding PowerSchool's internal data processing architecture, storage architecture, and privacy and security procedures. Disclosure would reveal non-public details of PowerSchool's internal systems, data flows, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | Flagg Decl. ¶¶ 6-7 | |
| | Contains confidential terms of a non-public commercial agreement with a third-party vendor, including non-public commercial arrangements and negotiation-related information. Disclosure would reveal sensitive vendor relationship and negotiating details that could provide | Flagg Decl. ¶¶ 12-13 | |

| Portion to be Sealed | Reasoning | Declaration Citation | Order |
|---|---|---|---|
| | counterparties with leverage in future negotiations and disadvantage PowerSchool in discussions with vendors or business partners. | | |
| Ex. B: Schulte Dep. 209:7-8 | Contains confidential information regarding PowerSchool's internal data processing architecture, storage architecture, and privacy and security procedures. Disclosure would reveal non-public details of PowerSchool's internal systems, data flows, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | Flagg Decl. ¶¶ 6-7 | |
| Ex. B: Schulte Dep. 209:13-14 | Contains confidential terms of a non-public commercial agreement with a third-party vendor, including non-public commercial arrangements and negotiation-related information.  Disclosure would reveal sensitive vendor relationship and negotiating details that could provide counterparties with leverage in future negotiations and disadvantage PowerSchool in discussions with vendors or business partners. | Flagg Decl. ¶¶ 12-13 | |
| Ex. B: Schulte Dep. 209:16-17 | Contains confidential information regarding PowerSchool's internal data processing architecture, storage architecture, and privacy and security procedures. Disclosure would reveal non-public details of PowerSchool's internal systems, data flows, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | Flagg Decl. ¶¶ 6-7 | |
| Ex. B: Schulte Dep. 209:20-25 | Contains confidential information regarding PowerSchool's internal data processing architecture, storage architecture, and privacy and security procedures. Disclosure would reveal non-public details of PowerSchool's internal systems, data flows, and service provider relationships | Flagg Decl. ¶¶ 6-7 | |

| Portion to be Sealed | Reasoning | Declaration Citation | Order |
|---|---|---|---|
| | that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework.<br><br>Contains confidential terms of a non-public commercial agreement with a third-party vendor, including non-public commercial arrangements and negotiation-related information. Disclosure would reveal sensitive vendor relationship and negotiating details that could provide counterparties with leverage in future negotiations and disadvantage PowerSchool in discussions with vendors or business partners. | Flagg Decl. ¶¶ 12-13 | |
| Ex. B: Schulte Dep. 210:3-4 | Contains confidential information regarding PowerSchool's internal data processing architecture, storage architecture, and privacy and security procedures. Disclosure would reveal non-public details of PowerSchool's internal systems, data flows, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | Flagg Decl. ¶¶ 6-7 | |
| Ex. B: Schulte Dep. 210:11 | Contains confidential information regarding PowerSchool's internal data processing architecture, storage architecture, and privacy and security procedures. Disclosure would reveal non-public details of PowerSchool's internal systems, data flows, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | Flagg Decl. ¶¶ 6-7 | |
| Ex. B: Schulte Dep. 210:14-15 | Contains confidential information regarding PowerSchool's internal data processing architecture, storage architecture, and privacy and security procedures. Disclosure would reveal non-public details | Flagg Decl. ¶¶ 6-7 | |

| Portion to be Sealed | Reasoning | Declaration Citation | Order |
|---|---|---|---|
| | of PowerSchool's internal systems, data flows, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | | |
| | Contains confidential terms of a non-public commercial agreement with a third-party vendor, including non-public commercial arrangements and negotiation-related information.  Disclosure would reveal sensitive vendor relationship and negotiating details that could provide counterparties with leverage in future negotiations and disadvantage PowerSchool in discussions with vendors or business partners. | Flagg Decl. ¶¶ 12-13 | |
| Ex. B: Schulte Dep. 210:16 | Contains confidential information regarding PowerSchool's internal data processing architecture, storage architecture, and privacy and security procedures.  Disclosure would reveal non-public details of PowerSchool's internal systems, data flows, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | Flagg Decl. ¶¶ 6-7 | |
| Ex. B: Schulte Dep. 210:17-18 | Contains confidential information regarding PowerSchool's internal data processing architecture, storage architecture, and privacy and security procedures.  Disclosure would reveal non-public details of PowerSchool's internal systems, data flows, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | Flagg Decl. ¶¶ 6-7 | |
| Ex. B: Schulte Dep. 210:23-211:4 | Contains confidential information regarding PowerSchool's internal data processing architecture, storage architecture, and | Flagg Decl. ¶¶ 6-7 | |

| Portion to be Sealed | Reasoning | Declaration Citation | Order |
|---|---|---|---|
| | privacy and security procedures. Disclosure would reveal non-public details of PowerSchool's internal systems, data flows, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | | |
| | Contains confidential terms of a non-public commercial agreement with a third-party vendor, including non-public commercial arrangements and negotiation-related information. Disclosure would reveal sensitive vendor relationship and negotiating details that could provide counterparties with leverage in future negotiations and disadvantage PowerSchool in discussions with vendors or business partners. | Flagg Decl. ¶¶ 12-13 | |
| Ex. B: Schulte Dep. 211:6 | Contains confidential information regarding PowerSchool's internal data processing architecture, storage architecture, and privacy and security procedures. Disclosure would reveal non-public details of PowerSchool's internal systems, data flows, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | Flagg Decl. ¶¶ 6-7 | |
| Ex. B: Schulte Dep. 211:9-13 | Contains confidential information regarding PowerSchool's internal data processing architecture, storage architecture, and privacy and security procedures. Disclosure would reveal non-public details of PowerSchool's internal systems, data flows, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | Flagg Decl. ¶¶ 6-7 | |

| Portion to be Sealed | Reasoning | Declaration Citation | Order |
|---|---|---|---|
| | Contains confidential terms of a non-public commercial agreement with a third-party vendor, including non-public commercial arrangements and negotiation-related information.  Disclosure would reveal sensitive vendor relationship and negotiating details that could provide counterparties with leverage in future negotiations and disadvantage PowerSchool in discussions with vendors or business partners. | Flagg Decl. ¶¶ 12-13 | |
| Ex. B: Schulte Dep. 211:15-16 | Contains confidential information regarding PowerSchool's internal data processing architecture, storage architecture, and privacy and security procedures.  Disclosure would reveal non-public details of PowerSchool's internal systems, data flows, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | Flagg Decl. ¶¶ 6-7 | |
| Ex. B: Schulte Dep. 211:21-24 | Contains confidential information regarding PowerSchool's internal data processing architecture, storage architecture, and privacy and security procedures.  Disclosure would reveal non-public details of PowerSchool's internal systems, data flows, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | Flagg Decl. ¶¶ 6-7 | |
| | Contains confidential terms of a non-public commercial agreement with a third-party vendor, including non-public commercial arrangements and negotiation-related information.  Disclosure would reveal sensitive vendor relationship and negotiating details that could provide counterparties with leverage in future negotiations and disadvantage PowerSchool | Flagg Decl. ¶¶ 12-13 | |

| Portion to be Sealed | Reasoning | Declaration Citation | Order |
|---|---|---|---|
| | in discussions with vendors or business partners. | | |
| Ex. B: Schulte Dep. 213:12-16 | Contains confidential terms of a non-public commercial agreement with a third-party vendor, including non-public commercial arrangements and negotiation-related information.  Disclosure would reveal sensitive vendor relationship and negotiating details that could provide counterparties with leverage in future negotiations and disadvantage PowerSchool in discussions with vendors or business partners. | Flagg Decl. ¶¶ 12-13 | |
| Ex. B: Schulte Dep. 216:13-217:1 | Contains confidential terms of a non-public commercial agreement with a third-party vendor, including non-public commercial arrangements and negotiation-related information.  Disclosure would reveal sensitive vendor relationship and negotiating details that could provide counterparties with leverage in future negotiations and disadvantage PowerSchool in discussions with vendors or business partners. | Flagg Decl. ¶¶ 12-13 | |
| Ex. B: Schulte Dep. 217:4 | Contains confidential information regarding PowerSchool's internal data processing architecture, storage architecture, and privacy and security procedures. Disclosure would reveal non-public details of PowerSchool's internal systems, data flows, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | Flagg Decl. ¶¶ 6-7 | |
| Ex. B: Schulte Dep. 232:4-235:1 | Contains confidential terms of a non-public commercial agreement with a third-party vendor, including non-public commercial arrangements and negotiation-related information.  Disclosure would reveal sensitive vendor relationship and negotiating details that could provide counterparties with leverage in future negotiations and disadvantage PowerSchool | Flagg Decl. ¶¶ 12-13 | |

| Portion to be Sealed | Reasoning | Declaration Citation | Order |
|---|---|---|---|
| | in discussions with vendors or business partners. | | |
| Ex. B: Schulte Dep. 235:10-23 | Contains confidential terms of a non-public commercial agreement with a third-party vendor, including non-public commercial arrangements and negotiation-related information.  Disclosure would reveal sensitive vendor relationship and negotiating details that could provide counterparties with leverage in future negotiations and disadvantage PowerSchool in discussions with vendors or business partners. | Flagg Decl. ¶¶ 12-13 | |
| Ex. C: PWRSCHL_00191203; entire document | Contains confidential information regarding PowerSchool's internal data processing architecture, storage architecture, and privacy and security procedures.  Disclosure would reveal non-public details of PowerSchool's internal systems, data flows, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework.<br><br>Contains confidential terms of a non-public commercial agreement with a third-party vendor, including non-public commercial arrangements and negotiation-related information.  Disclosure would reveal sensitive vendor relationship and negotiating details that could provide counterparties with leverage in future negotiations and disadvantage PowerSchool in discussions with vendors or business partners. | Flagg Decl. ¶¶ 6-7<br><br>Flagg Decl. ¶¶ 12-13 | |
| Ex. D: PWRSCHL_00003235; entire document | Contains confidential information regarding PowerSchool's internal data processing architecture, storage architecture, and privacy and security procedures.  Disclosure would reveal non-public details of PowerSchool's internal systems, data flows, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical | Flagg Decl. ¶¶ 6-7 | |

| Portion to be Sealed | Reasoning | Declaration Citation | Order |
|---|---|---|---|
| | infrastructure or design competing products that mirror PowerSchool's data processing framework. | | |
| | Contains confidential terms of a non-public commercial agreement with a third-party vendor, including non-public commercial arrangements and negotiation-related information. Disclosure would reveal sensitive vendor relationship and negotiating details that could provide counterparties with leverage in future negotiations and disadvantage PowerSchool in discussions with vendors or business partners. | Flagg Decl. ¶¶ 12-13 | |

**IT IS SO ORDERED.**

DATED: _____, 2026

_____
HON. JAMES DONATO
UNITED STATES DISTRICT JUDGE