Robyn E. Bladow
KIRKLAND & ELLIS LLP
555 South Flower Street, Suite 3700
Los Angeles, CA 90071
Telephone: (213) 680-8400
robyn.bladow@kirkland.com

Martin L. Roth, P.C. (*pro hac vice*)
Alyssa C. Kalisky, P.C. (*pro hac vice*)
Zharna Shah (*pro hac vice*)
Amelia H. Bailey (*pro hac vice*)
KIRKLAND & ELLIS LLP
333 West Wolf Point Plaza
Chicago, IL 60654
Telephone: (312) 862-2000
martin.roth@kirkland.com
alyssa.kalisky@kirkland.com
zharna.shah@kirkland.com
amelia.bailey@kirkland.com

Olivia Adendorff, P.C. (*pro hac vice*)
Cristina Martinez Squiers (*pro hac vice*)
Eugene Temchenko (*pro hac vice*)
KIRKLAND & ELLIS LLP
4550 Travis Street
Dallas, TX 75205
Telephone: (214) 972-1770
olivia.adendorff@kirkland.com
cristina.squiers@kirkland.com
eugene.temchenko@kirkland.com

*Attorneys for the Defendant PowerSchool Holdings, Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| EMILY CHERKIN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>POWERSCHOOL HOLDINGS, INC.,<br><br>Defendant. | CASE NO. 3:24-CV-02706-JD<br><br>**DECLARATION OF OLIVIA ADENDORFF IN SUPPORT OF DEFENDANT POWERSCHOOL HOLDINGS, INC.'S OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |

I, Olivia Adendorff, declare as follows:

1. I am an attorney at the law firm of Kirkland & Ellis LLP, a member in good standing of the bars of the State of Texas and the District of Columbia, and am admitted *pro hac vice* to practice before this Court. I am counsel for Defendant PowerSchool Holdings, Inc. ("PowerSchool") in this matter, and am one of the firm's attorneys chiefly responsible for this representation.

2. I submit this declaration in support of PowerSchool's Opposition to Plaintiffs' Motion for Class Certification.

3. I have personal knowledge of the matters in this declaration, and I am competent to testify as to the matters set forth below.

4. Attached hereto as **Appendix A** is a summary chart of state laws on student data privacy and EdTech vendor rights and obligations, offered to prove the content of voluminous public records, namely state statutes.

5. Attached hereto as **Appendix B** is a set of summary charts concerning school districts' disclosures and data processing practices, offered to prove the content of voluminous public records, namely a set of school district handbooks, official board policies, and public notices, each of which is cited therein.

6. Attached hereto as **Appendix C** is a summary chart of school districts' disclosures concerning the categories of data designated as "directory information" and thus subject to disclosure to, *inter alia*, recruiters and employers, offered to prove the content of voluminous public records, namely school district handbooks, official board policies, or public notices.

7. Attached hereto as **Appendix D** is a summary chart of data elements identified in PowerSchool's Data Privacy Impact Assessments ("DPIAs") for the nine products at issue in Plaintiffs' Motion for Class Certification, offered to prove the content of voluminous PowerSchool business records, namely the DPIAs, which has been produced to Plaintiffs in discovery.

8. Attached hereto as **Exhibit 1** is a true and correct copy of excerpts of the 2024-2025 Parent Student Handbook for West Contra Costa Unified School District, marked as Exhibit 19 to the August 19, 2025 deposition of David Concepción in this matter.

9. Attached hereto as **Exhibit 2** is a true and correct copy of an excerpt of the Expert Report of Hristina B. Bartlett submitted in this matter.

10. Attached hereto as **Exhibit 3** is a true and correct copy of PWRSCHL_00399986, a document produced in discovery in this matter.

11. Attached hereto as **Exhibit 4** is a true and correct copy of Seattle Public Schools' Annual FERPA Notice for 2025-2026.

12. Attached hereto as **Exhibit 5** is a true and correct copy of a screen capture of Seattle Public Schools' PowerSchool Products webpage, last accessed March 9, 2026.

13. Attached hereto as **Exhibit 6** is a true and correct copy of a screen capture of Seattle Public Schools' 2025 Start of School Forms and Information webpage, last accessed March 9, 2026.

14. Attached hereto as **Exhibit 7** is a true and correct copy of Seattle Public Schools' High School & Beyond Planning with Naviance resource webpage, last accessed March 9, 2026.

15. Attached hereto as **Exhibit 8** is a true and correct copy of PWRSCHL_00390447, a document produced in discovery in this matter.

16. Attached hereto as **Exhibit 9** is a true and correct copy of PWRSCHL_00402348, a document produced in discovery in this matter.

17. Attached hereto as **Exhibit 10** is a true and correct copy of PWRSCHL_00403549, a document produced in discovery in this matter.

18. Attached hereto as **Exhibit 11** is a true and correct copy of PWRSCHL_00161580, a document produced in discovery in this matter.

19. Attached hereto as **Exhibit 12** is a true and correct copy of PWRSCHL_00162868, a document produced in discovery in this matter.

20. Attached hereto as **Exhibit 13** is a true and correct copy of PWRSCHL_00163869, a document produced in discovery in this matter.

21. Attached hereto as **Exhibit 14** is a true and correct copy of PWRSCHL_00163924, a document produced in discovery in this matter.

22. Attached hereto as **Exhibit 15** is a true and correct copy of PWRSCHL_00162703, a document produced in discovery in this matter.

23. Attached hereto as **Exhibit 16** is a true and correct copy of excerpts of the September 17, 2025 deposition transcript of Shaz Ahmad in this matter.

24. Attached hereto as **Exhibit 17** is a true and correct copy of excerpts of the July 31, 2025 deposition transcript of Brian Sharp in this matter.

25. Attached hereto as **Exhibit 18** is a true and correct copy of excerpts of the December 5, 2025 deposition transcript of Judith Jaeger in this matter.

26. Attached hereto as **Exhibit 19** is a true and correct copy of excerpts of the December 1, 2025 deposition transcript of Darron Flagg in this matter.

27. Attached hereto as **Exhibit 20** is a true and correct copy of a screen capture of PowerSchool's product webpage for Attendance Intervention, last accessed March 9, 2026.

28. Attached hereto as **Exhibit 21** is a true and correct copy of excerpts of the February 26, 2026 deposition transcript of Christopher Schulte in this matter.

29. Attached hereto as **Exhibit 22** is a true and correct copy of excerpts of the March 2, 2026 deposition transcript of K. Suzanne Barber in this matter.

30. Attached hereto as **Exhibit 23** is a true and correct copy of excerpts of the February 25, 2026 deposition transcript of Catherine O'Neil in this matter.

31. Attached hereto as **Exhibit 24** is a true and correct copy of Exhibit 2 to the Expert Report of Hristina B. Bartlett submitted in this matter.

32. Attached hereto as **Exhibit 25** is a true and correct copy of PWRSCHL_00644395, a document produced in discovery in this matter.

33. Attached hereto as **Exhibit 26** is a true and correct copy of PWRSCHL_00644386, a document produced in discovery in this matter.

34. Attached hereto as **Exhibit 27** is a true and correct copy of PWRSCHL_00644472, a document produced in discovery in this matter.

35. Attached hereto as **Exhibit 28** is a true and correct copy of PWRSCHL_00644375, a document produced in discovery in this matter.

36. Attached hereto as **Exhibit 29** is a true and correct copy of PWRSCHL_00646371, a document produced in discovery in this matter.

37. Attached hereto as **Exhibit 30** is a true and correct copy of the Expert Rebuttal Report of David White submitted in this matter.

38. Attached hereto as **Exhibit 31** is a true and correct copy of excerpts of the June 19, 2025 deposition transcript of Nicole Shinton in this matter.

39. Attached hereto as **Exhibit 32** is a true and correct copy of excerpts of the December 18, 2025 deposition transcript of Judith Jaeger in this matter.

40. Attached hereto as **Exhibit 33** is a true and correct copy of excerpts of the Expert Report of David White submitted in this matter.

41. Attached hereto as **Exhibit 34** is a true and correct copy of excerpts of the September 24, 2025 deposition transcript of Sujit Maharana in this matter.

42. Attached hereto as **Exhibit 35** is a true and correct copy of excerpt of PWRSCHL_00008714, a document produced in discovery in this matter.

43. Attached hereto as **Exhibit 36** is a true and correct copy of PowerSchool's Responses and Objections to Plaintiffs' Request for Inspection.

44. Attached hereto as **Exhibit 37** is a true and correct copy of excerpts of the August 19, 2025 deposition transcript of David Concepción in this matter.

45. Attached hereto as **Exhibit 38** is a true and correct copy of excerpts of the November 24, 2025 deposition transcript of L.M.C. in this matter.

46. Attached hereto as **Exhibit 39** is a true and correct copy of excerpts of the November 24, 2025 deposition transcript of M.M.C. in this matter.

47. Attached hereto as **Exhibit 40** is a true and correct copy of David Concepción's Responses and Objections to PowerSchool's First Set of Interrogatories.

48. Attached hereto as **Exhibit 41** is a true and correct copy of L.M.C.'s Responses and Objections to PowerSchool's First Set of Interrogatories.

49. Attached hereto as **Exhibit 42** is a true and correct copy of M.M.C.'s Responses and Objections to PowerSchool's First Set of Interrogatories.

50. Attached hereto as **Exhibit 43** is a true and correct copy of excerpts of the September 12, 2025 deposition transcript of Emily Cherkin in this matter.

51. Attached hereto as **Exhibit 44** is a true and correct copy of excerpts of the August 26, 2025 deposition transcript of S.G. in this matter.

52. Attached hereto as **Exhibit 45** is a true and correct copy of an excerpt of PWRSCHL_00702678, a document produced in discovery in this matter.

53. Attached hereto as **Exhibit 46** is a true and correct copy of an excerpt of PWRSCHL_00702665, a document produced in discovery in this matter.

54. Attached hereto as **Exhibit 47** is a true and correct copy of an excerpt of PWRSCHL_00702666, a document produced in discovery in this matter.

55. Attached hereto as **Exhibit 48** is a true and correct copy of an excerpt of PWRSCHL_00702667, a document produced in discovery in this matter.

56. Attached hereto as **Exhibit 49** is a true and correct copy of an excerpt of PWRSCHL_00702668, a document produced in discovery in this matter.

57. Attached hereto as **Exhibit 50** is a true and correct copy of an excerpt of PWRSCHL_00702669, a document produced in discovery in this matter.

58. Attached hereto as **Exhibit 51** is a true and correct copy of an excerpt of PWRSCHL_00702682, a document produced in discovery in this matter.

59. Attached hereto as **Exhibit 52** is a true and correct copy of an excerpt of PWRSCHL_00702683, a document produced in discovery in this matter.

60. Attached hereto as **Exhibit 53** is a true and correct copy of PWRSCHL_00702671, a document produced in discovery in this matter.

61. Attached hereto as **Exhibit 54** is a true and correct copy of an excerpt of PWRSCHL_00702677, a document produced in discovery in this matter.

62. Attached hereto as **Exhibit 55** is a true and correct copy of excerpts of a Seattle Public Schools' School Board Action Report dated August 10, 2020, marked as Exhibit 10 to the September 12, 2025 deposition of Emily Cherkin in this matter.

63. Attached hereto as **Exhibit 56** is a true and correct copy of Emily Cherkin's Responses and Objections to PowerSchool's First Set of Interrogatories.

64. Attached hereto as **Exhibit 57** is a true and correct copy of S.G.'s Responses and Objections to PowerSchool's First Set of Interrogatories.

65. Attached hereto as **Exhibit 58** is a true and correct copy of an excerpt of PWRSCHL_00003828, a document produced in discovery in this matter.

66. Attached hereto as **Exhibit 59** is a true and correct copy of excerpts of the August 1, 2025 hearing transcript on the defendant's motion to dismiss in *Hernandez-Silva, et al. v. Instructure, Inc.*, Case No. CV 25-02711-SB-MAA (C.D. Cal.).

67. Attached hereto as **Exhibit 60** is a true and correct copy of the West Contra Costa Unified School District approval notice regarding its Amendment to Contract with PowerSchool for Pilot of Hoonuit Data Warehouse & Analytics Platform, dated June 23, 2021.

68. Attached hereto as **Exhibit 61** is a true and correct copy of an August 3, 2022 article published on the website The Hill entitled "Student privacy laws remain the same, but children are now the product," last accessed March 9, 2026.

69. Attached hereto as **Exhibit 62** is a true and correct copy of an excerpt of the 2021-2022 Parent Student Handbook for West Contra Costa Unified School District.

70. Attached hereto as **Exhibit 63** is a true and correct copy of Seattle Public Schools' Superintendent Procedure 2022SP Electronic Resources/Use of the Internet.

71. Attached hereto as **Exhibit 64** is a true and correct copy of a West Contra Costa Unified School District Contract Services Summary dated September 9, 2020.

72. Attached hereto as **Exhibit 65** is a true and correct copy of a screen capture of the PowerSchool Terms of Use as of July 2015, obtained from the Internet Archive.

DATED: March 9, 2026

Respectfully submitted,

KIRKLAND & ELLIS LLP

*/s/ Olivia Adendorff*

Olivia Adendorff, P.C.