# EXHIBIT A

# SUBMITTED UNDER SEAL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Case No. 3:24-cv-02706-JD

---

EMILY CHERKIN, ON BEHALF OF HERSELF AND AS PARENT AND GUARDIAN OF HER MINOR CHILD, S.G., AND DAVID CONCEPCION, ON BEHALF OF HIMSELF AND AS PARENT AND GUARDIAN OF HIS MINOR CHILDREN, L.M.C. AND M.M.C., AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,

*Plaintiffs,*

v.

POWERSCHOOL HOLDINGS, INC.,

*Defendant.*

---

EXPERT REPORT OF CHRISTOPHER L. SCHULTE

January 20, 2026

HIGHLY CONFIDENTIAL

TABLE OF CONTENTS

1. Qualifications ...................................................................................................................... 1

2. Statement of Limitations Regarding the Use of this Report .......................................... 2

3. Assignment and Assumptions .......................................................................................... 2

4. Summary of Analyses and Opinions ............................................................................... 3

5. Information Considered .................................................................................................... 6

6. Background ...................................................................................................................... 7

   6.1. PowerSchool ............................................................................................................. 7

   6.2. Summary of Alleged Wrongful Conduct ................................................................. 27

   6.3. Potentially Available Measures of Monetary Relief ................................................ 28

7. Unjust Enrichment ........................................................................................................... 28

   7.1. Analysis of PowerSchool's Relevant Product Revenues ......................................... 29

   7.2. Analysis of PowerSchool's Corresponding Expenses ............................................. 32

   7.3. Conclusions Regarding Unjust Enrichment ............................................................. 39

8. Actual Damages ............................................................................................................... 41

   8.1. Analysis of PowerSchool Agreements Involving the Monetization of Student Data ..... 41

   8.2. Conclusion Regarding Actual Damages .................................................................. 62

9. Apportioning Monetary Relief to the Classes and Class Members ................................ 64

   9.1. Number of Class Members ....................................................................................... 64

10. Signature ........................................................................................................................ 66

## 1. QUALIFICATIONS

1.   I am Christopher Schulte, a Managing Director in the Intellectual Property ("IP") Practice of Ankura Consulting Group, LLC ("Ankura"), a global business advisory and expert services firm.  Ankura's IP Practice is dedicated to advising clients and counsel on financial aspects of intellectual property, including valuation, litigation consulting, strategy, and transaction services.

2.   I have been a consultant focused on financial, economic, and strategic issues pertaining to IP and other intangible assets since 2003.  My practice concentrates on the valuation and licensing of IP and the determination of financial damages in IP litigation, including the analysis of financial, accounting, and other data in order to quantify damages and unjust enrichment.  I am regularly engaged to provide analytic, strategic, and corporate finance support to clients engaged in licensing negotiations, IP portfolio sales and acquisitions, and bankruptcy proceedings.  I am also regularly engaged to investigate and opine to damages and unjust enrichment in class action matters relating to corporate data breaches and data privacy violations.

3.   I hold a BBA with an emphasis in Finance from The University of Michigan Business School (now the Stephen M. Ross School of Business), where I graduated in 2002 with high distinction.  I am also a Certified Licensing Professional ("CLP"), a designation issued by the Licensing Executives Society ("LES"), one of the nation's largest intellectual property trade associations.  I previously chaired the IP Valuation Committee of LES International ("LESI"), the Valuation and Pricing Committee of LES, the Patent Damages Subcommittee of the American Intellectual Property Lawyers Association ("AIPLA"), and the Appeals, Ethics, and Discipline Committee for the CLP Board of Governors.  During each of the past four years, I have been named among the IAM Strategy 300: The World's Leading IP Strategists.

4.   I am regularly engaged to testify as a damages expert, and I have testified in deposition and at trial in U.S. federal court.  I have also written several articles and given presentations related to valuation concepts, methods, and applications including, but not limited to, those relating to licensing and damages analysis.  A list of such testimony, articles, and presentations is provided in my curriculum vitae, a copy of which is attached as Appendix A.

5.   Ankura is being compensated for my time at the rate of $565 per hour, and Ankura is being compensated for the work of other Ankura consultants working at my direction at hourly rates less than

$565.  No part of my compensation, or that of Ankura, depends on the substance of my opinions or the outcome of this matter.

## 2. STATEMENT OF LIMITATIONS REGARDING THE USE OF THIS REPORT

6.  This report was prepared in connection with *Emily Cherkin et al. v. PowerSchool Holdings, Inc.,* Case No. 3:24-cv-02706-JD, filed in the United States District Court for the Northern District of California. This report may not be used for any other purpose without the express written consent of Ankura. Moreover, this report contains proprietary information designated as "CONFIDENTIAL" and "HIGHLY CONFIDENTIAL" under a Stipulated Protective Order entered in the United States District Court for the Northern District of California.  Accordingly, no part of this report or its contents may be used outside of this litigation or otherwise published or shared without adherence to the applicable legal standards governing such publications.

## 3. ASSIGNMENT AND ASSUMPTIONS

7.  I was retained along with Ankura by counsel for the Plaintiffs in this action ("Counsel") to provide expert analysis and testimony regarding the monetary relief that may be appropriate if liability is found against PowerSchool Holdings, Inc. ("PowerSchool") for the alleged wrongful conduct described in Plaintiffs' Complaint.[1]  More specifically, I have been asked to consider the feasibility of identifying and quantifying certain measures of monetary relief tied to Plaintiffs' claims, including what I describe below as PowerSchool's unjust enrichment and Plaintiffs' and Class Members' actual damages.

8.  My investigations in this matter began with the necessary assumption that liability would be found against PowerSchool for the alleged wrongful conduct.  This assumption does not imply that such liability exists, nor does it imply that I have been engaged to provide opinions about liability issues.

9.  Notwithstanding the assumption of liability, I have also been asked by Counsel to assume that the collection, storage, and processing of certain data elements such as roster information, attendance, and grades in the PowerSchool products implicated by the alleged wrongful conduct may not be unlawful to the extent that this collection, storage, and processing does not exceed a reasonable expectation of privacy.  I have also been asked to assume that the PowerSchool products and product functionalities

---

[1]  As detailed in the Complaint, Plaintiffs contend that PowerSchool's alleged wrongful conduct includes invasion of privacy by intrusion upon seclusion, violations of the California Invasion of Privacy Act, violation of California's Comprehensive Data Access and Fraud Act, invasion of privacy under the California Constitution, and unjust enrichment.  Complaint, pp. 69, 72, 79, 82, and 85. See also, Order re Dismissal, p. 13.

that provide purported "analytics," "insights," or "predictions" based on student or parent data exceed a reasonable expectation of privacy and are unlawful.  For clarity, while I adopt these assumptions as requested by Counsel, I am not offering any opinion regarding that which constitutes a reasonable expectation of privacy or whether any particular PowerSchool product or product functionality is unlawful.

10.    Based on the Complaint and instructions from Counsel, I also assume there are four classes, defined in the Complaint as follows:

> *Nationwide Student Class – All persons in the United States who attended a K-12 school or school district that used PowerSchool products or services.*
>
> *Nationwide Parent Class – All parents and legal guardians in the United States whose child attended a K-12 school or school district that used PowerSchool products or services.*
>
> *California Student Subclass – All persons in California who attended a K-12 school or school district that used PowerSchool products or services.*
>
> *California Parent Subclass – All parents and legal guardians in California whose child attended a K-12 school or school district that used PowerSchool products or services.*[2]

## 4. SUMMARY OF ANALYSES AND OPINIONS

▪ As described throughout this report, and consistent with my prior work and experience, I have undertaken independent analyses to calculate class-wide unjust enrichment and actual damages attributable to the alleged wrongful conduct described in Plaintiffs' Complaint.

▪ As described in Section 7, it is my opinion that the most appropriate and reliable bases for quantifying PowerSchool's unjust enrichment from the alleged wrongful conduct are PowerSchool's contemporaneous financial documents, including internal documents related to PowerSchool's 2024 acquisition by Bain Capital and PowerSchool's internal and publicly reported income statements and filings.

▪ My analyses of PowerSchool's unjust enrichment are segmented by PowerSchool product area in order to assist the trier of fact in determining PowerSchool's unjust enrichment under various liability scenarios.  For example, I have been asked by Counsel to assume that the collection, storage, and processing of certain data elements such as roster information, attendance, and grades in the PowerSchool products implicated by the alleged wrongful

---

[2]    Complaint, p. 64.

conduct may not be unlawful to the extent that this collection, storage, and processing does not exceed a reasonable expectation of privacy. Relatedly, I have been asked by Counsel to assume that the "solution offerings" that PowerSchool markets as its *Student Information Solutions* ("*SIS*"), *Personalized Learning Solutions* ("*Personalized Learning*"), and *College, Career, and Life Readiness Solutions* ("*CCLR*") may have functionalities that are lawful to the extent that they do not exceed a reasonable expectation of privacy. I have also been asked to assume that the PowerSchool products and product functionalities that provide purported "analytics," "insights," or "predictions" based on student or parent data exceed a reasonable expectation of privacy and are unlawful. In this way, I have been asked by Counsel to assume that this second product category would include, at a minimum, those that PowerSchool markets as *Data, Analytics & Insights*, *Performance Matters*, *Behavior Support*, and *Attendance Intervention*. Notwithstanding these assumptions, I understand that questions of liability are for the trier of fact.

▪ I have therefore analyzed PowerSchool's unjust enrichment attributable to the alleged wrongful conduct under the assumption that, in the absence of that conduct, PowerSchool would not have generated the revenues and attendant profits that it historically realized in connection with its *Data, Analytics & Insights*, *Performance Matters*, *Behavior Support*, and *Attendance Intervention* products.[3] As detailed in the attached exhibits and summarized in the figure below, I have determined that PowerSchool's unjust enrichment from these products in the United States totaled approximately $341.0 million over the period January 2019 through December 2025.

---

[3]  While I have also quantified PowerSchool's revenues and attendant profits from its *SIS*, *Personalized Learning*, and *CCLR* products, I am not aware of information sufficient to apportion PowerSchool's historical revenues and profits from those products to the alleged wrongful conduct.

HIGHLY CONFIDENTIAL

**Figure 1**
**PowerSchool's Unjust Enrichment:**
*Data, Analytics & Insights*, *Performance Matters*,
*Behavior Support*, and *Attendance Intervention*[4]



- While my calculations of unjust enrichment cover the period January 2019 through December 2025, I could readily update these calculations to cover subsequent periods through the date of trial. Relatedly, to the extent that the trier of fact determines that the calculation of unjust enrichment should begin on a date other than January 2019, the earliest date for which PowerSchool has produced detailed revenue information, the calculations detailed in this report can be modified to reflect that alternative period without change to the underlying methodology.

- As described in Section 8, it is my opinion that the analysis of actual damages in this matter is reasonably based on the value of the student data that PowerSchool allegedly aggregated and used without consent from – or compensation to – Plaintiffs and Class Members. In my opinion, the best indicators of that value are derived from the ▮▮▮▮▮▮▮▮▮▮

---

[4]    Exhibit 1.1. As detailed in Exhibit 6.1, similar calculations for PowerSchool's *SIS*, *Personalized Learning*, and *CCLR* products yield profits of approximately $1.34 billion over the January 2019 through December 2025 period.

██████████████████████████████████████████████████████

████████████████ .

▪ ██████████████████████████████████████████

████████████████████████████████████████████ represents
a conservative and reasonable indicator of the financial consideration each Plaintiff and Class
Member would reasonably expect to receive in exchange for PowerSchool's alleged
aggregation and use of their data without their knowledge or consent. It is therefore my
opinion that actual damages in this matter can be conservatively calculated on a class-wide
basis as no less than approximately $0.40 per Class Member.

▪ As described in Section 9, I understand that the quantification and identification of potential
Class Members could be reasonably based on PowerSchool's contemporaneous business
records. I also identify other information produced or represented by PowerSchool that could
be used to estimate the minimum number of Class Members based on student usage of
PowerSchool products.

▪ My analyses of the monetary relief that could be awarded in this case can be readily used as
common proof in part because they can be adjusted to calculate and assess unjust enrichment
and actual damages for different periods of time, classes, or subclasses, depending on rulings
from the Court and findings by a jury.

**5. INFORMATION CONSIDERED**

11. In connection with my work in this matter, I and/or Ankura personnel working under my direction
reviewed and assessed the following types of information:

*Documents produced by PowerSchool*, including:

- Internal financial documents;
- Internal documents related to "Project Picasso," an internal moniker for the 2024
  acquisition of PowerSchool by Bain Capital;
- Contractual agreements; and,
- Presentations and email correspondence.

*Publicly available information*, including:

- Company websites;
- Financial filings; and
- Press releases.

HIGHLY CONFIDENTIAL

*Deposition testimony of PowerSchool personnel and corporate designees*, including:

- Christopher Cirillo, Vice President of Product Management at PowerSchool;[5]
- Darron Flagg, Chief Compliance Officer, Chief Privacy Officer, and Assistant Corporate Secretary at PowerSchool;[6] and
- Brian Sharp, Vice President of Strategic Partnerships at PowerSchool.[7]

12.  In the course of my work in this matter, I had conversations with Ms. Cathy O'Neil, Plaintiffs' algorithm expert, and I have also had access to a document database that I understand includes all non-privileged documents produced in this matter through the date of this report.

13.  My consideration of such information is consistent with my standard practice and also the practices of my peers who evaluate financial damages in complex litigation. The documents I have relied upon in developing my opinions are identified in this report, the attached exhibits, and the attached Appendix B. This report includes all information required under Federal Rules of Civil Procedure 26(a)(2)(B). The balance of this report contains a summary of my current opinions and bases for those opinions.

14.  It is important to note that the opinions and conclusions contained in this report are based on the information that has been made available to me to date. I understand that additional information relevant to the determination of damages may become available subsequent to the issuance of this report. Accordingly, my opinions and conclusions contained herein are subject to change based on further developments in or relevant to this case, such as additional discovery, the testimony of other fact or expert witnesses, and rulings of the Court. Additionally, I may prepare demonstrative exhibits to help me explain or illustrate concepts contained in this report at trial.

## 6. BACKGROUND

15.  For purposes of placing my analyses and opinions in this matter in context, I provide below background information regarding PowerSchool, certain of PowerSchool's product offerings, and my understanding regarding both the alleged wrongful conduct and potentially available measures of monetary relief.

### 6.1. PowerSchool

16.  PowerSchool describes itself as a leading provider of cloud-based software for K-12 education.[8] PowerSchool represents that it offers end-to-end services, connects administrators to classrooms to

---

[5]  Deposition of Christopher Brian Cirillo, September 18, 2025, p. 10.
[6]  Deposition of Darron Flagg, December 1, 2025, pp. 13-14.
[7]  Deposition of Brian Sharp, July 31, 2025, p. 8.
[8]  https://www.powerschool.com/bain-capital/. (Accessed December 9, 2025)

homes, and provides school districts with tools to "*securely manage student data, enrollment, attendance, grades, instruction, assessments, human resources, talent, professional development, special education, data analytics and insights, communications, and college and career readiness.*"[9]  In its annual report for the fiscal year ended December 31, 2023 (*i.e.*, the date of PowerSchool's most recent publicly available annual report), PowerSchool represented that its solutions were used by teachers, students, administrators, and parents in schools and districts that served more than 80% of K-12 students in the United States and Canada.[10]  As of the date of this report, PowerSchool publicly represents that its products are currently used by over 60 million students and 18,000 school organizations across more than 90 countries.[11]

17.    PowerSchool was founded in 1997.[12]  It was acquired by Apple in 2001, Pearson in 2006, and Vista Equity Partners in 2015.[13]  In July 2021, PowerSchool had its initial public offering and its stock began trading on the New York Stock Exchange ("NYSE") under the ticker PWSC.[14]  PowerSchool was then a publicly owned company until October 2024, when it was acquired by Bain Capital for $22.80 per share in cash, representing a total enterprise value of approximately $5.6 billion.[15]  With this acquisition, PowerSchool's common stock was delisted from the NYSE and PowerSchool continued operations as a privately held company.[16]

18.    In its prior SEC filings, PowerSchool represented its belief that "*a data-driven approach to education is central to how students, teachers, parents, and administrators reinvent the K-12 education experience.*"[17]  PowerSchool also described data and analytics as "transforming education" through real-time collaboration and engagement, deep analytics, and rich information management.[18]

19.    As indicated on its website and captured in the figure below, PowerSchool summarizes its suite of products and their interoperability as follows:

---

[9]    https://www.powerschool.com/bain-capital/. (Accessed December 9, 2025)
[10]   PowerSchool Holdings, Inc. Form 10-K for the Fiscal Year Ended December 31, 2023, p. 5.
[11]   https://www.powerschool.com/. (Accessed December 9, 2025)
[12]   https://www.powerschool.com/company/. (Accessed December 9, 2025)
[13]   https://www.powerschool.com/company; https://www.apple.com/newsroom/2001/03/14Apple-to-Acquire-PowerSchool/;  https://www.apple.com/newsroom/2006/05/25Pearson-to-Acquire-PowerSchool/; https://www.powerschool.com/news/pearson-sell-powerschool-vista-equity-partners/. (Accessed December 9, 2025)
[14]   https://www.powerschool.com/news/powerschool-announces-launch-of-initial-public-offering/. (Accessed December 9, 2025)
[15]   https://www.powerschool.com/bain-capital/. (Accessed December 9, 2025)
[16]   https://www.powerschool.com/bain-capital/. (Accessed December 9, 2025)
[17]   PowerSchool Holdings, Inc. Form 10-K for the Fiscal Year Ended December 31, 2023, p. 7.
[18]   PowerSchool Holdings, Inc. Form 10-K for the Fiscal Year Ended December 31, 2023, p. 7.

HIGHLY CONFIDENTIAL

**Figure 2**
**PowerSchool Website: PowerSchool Solutions**[19]



20. PowerSchool also represents that it builds "*partnerships and integrations with many providers in the broader ecosystem seeking to integrate with our products to gain access to critical data*."[20] PowerSchool also states that data "*holds immense potential in K-12 education*" and that it is the "*foundation to drive systemic change, student success, and economic mobility*."[21]

21. As previously discussed, I have been asked by Counsel to assume that the collection, storage, and processing of certain data elements such as roster information, attendance, and grades in the PowerSchool products implicated by the alleged wrongful conduct may not be unlawful to the extent that this collection, storage, and processing does not exceed a reasonable expectation of privacy. Relatedly, I have been asked by Counsel to assume that the "solution offerings" that PowerSchool markets as its *SIS*, *Personalized Learning*, and *CCLR* may have functionalities that are lawful to the extent that they do not exceed a reasonable expectation of privacy. I have also been asked to assume that the PowerSchool products and product functionalities that provide purported "analytics," "insights," or "predictions" based on student or parent data exceed a reasonable expectation of privacy and are unlawful. In this way, I have been asked by Counsel to assume that this second product

---

[19] https://www.powerschool.com/solutions/. (Accessed December 9, 2025)

[20] PowerSchool Holdings, Inc. Form 10-K for the Fiscal Year Ended December 31, 2023, p. 11.

[21] https://go.powerschool.com/rs/861-RMI-846/images/Data_as_Service_K12_Data_Modernization.pdf?version=0.

HIGHLY CONFIDENTIAL

category would include, at a minimum, those that PowerSchool markets as *Data, Analytics & Insights*, *Performance Matters*, *Behavior Support*, and *Attendance Intervention*.

22.    I provide additional information about these PowerSchool product offerings in the sections below.[22]

### 6.1.1.        PowerSchool's *Student Information Solutions*

23.    According to PowerSchool, its *Student Information Solutions* ("*SIS*") product line is meant to establish "*a single source of truth for your student records*."[23]    As summarized on PowerSchool's website, the *SIS* suite of solutions includes the following product offerings:

**Figure 3**
**PowerSchool Website: *Student Information Solutions*[24]**



24.    Part of PowerSchool's *Student Information Solutions*, *PowerSchool Student Information System* ("*PowerSchool SIS*") serves approximately 17 million students and is described as "the most widely used K-12 student information system."[25]    According to PowerSchool, *PowerSchool SIS* assists schools with scheduling classes, grading, maintaining student records and demographics, and communicating with families and also allows instant access to data relating to "*attendance, behavior, health, graduation progress, assets, and student demographics*."[26]

---

[22]    I note that PowerSchool's public-facing product categorizations (described in the sections below) do not necessarily align with the product categorization and segmentation evident in certain of PowerSchool's internal financial documents.    I also note that PowerSchool's product naming and grouping conventions have evolved throughout the period for which I have quantified unjust enrichment.    As detailed in Section 7, I have based my unjust enrichment analyses on PowerSchool's internal financial documents and the product categorization and segmentation evident therein.

[23]    https://www.powerschool.com/solutions/student-information/. (Accessed December 9, 2025)

[24]    https://www.powerschool.com/. (Accessed December 9, 2025)

[25]    https://www.powerschool.com/blog/k12-student-information-systems/;
https://www.powerschool.com/solutions/student-information/powerschool-sis/. (Accessed December 9, 2025)

[26]    https://www.powerschool.com/solutions/student-information/powerschool-sis/. (Accessed December 9, 2025)

HIGHLY CONFIDENTIAL

25. ███████████████████████████████████████████████████
███████████████████████████████ [27]  The standard data elements processed and stored in *PowerSchool SIS* according to PowerSchool's corresponding Data Privacy Impact Assessment ("DPIA") Report are illustrated in the figure below:

**Figure 4**
***PowerSchool SIS* DPIA Report: Data Elements**[28]



### 6.1.2.    PowerSchool's *Personalized Learning Solutions*

26. According to PowerSchool, *Personalized Learning Solutions* is a set of tools meant to "*seamlessly integrate assessments, curriculum, learning management, and instructional content to improve student outcomes*."[29]  As summarized on PowerSchool's website, its *Personalized Learning* suite of solutions currently includes the following product offerings:

---

[27]  PWRSCHL_00644395-408 at 398-399.
[28]  PWRSCHL_00644395-408 at 399.  See also Deposition of Darron Flagg, December 1, 2025, pp. 39-47. PowerSchool represents that its DPIA Reports "*identify the categories and uses of data relating to each [ ] product*."  See PowerSchool Holdings, Inc.'s Supplemental Responses and Objections to Plaintiffs' Non-Uniform Interrogatories 2, 3, 7, 8, Response to Int. No. 3 (pp. 6-7).
[29]  https://www.powerschool.com/solutions/personalized-learning/. (Accessed December 9, 2025)

HIGHLY CONFIDENTIAL

**Figure 5**
**PowerSchool Website:** *Personalized Learning Solutions*[30]



27. Among the products offered within the *Personalized Learning* suite of solutions is *Schoology Learning*, which PowerSchool describes as a learning management system that supports "*curriculum delivery and collaboration between teachers, students, and parents*."[31]  As described in PowerSchool's *Schoology Learning* DPIA Report, ███████████████████████████████████████████████████████████████████████████████████████████████████████████[32]  I understand that *Schoology Learning* may also include access to *PowerBuddy*, an in-app generative AI tool that PowerSchool describes as empowering educators to "personalize education."[33]

28. The standard data elements processed and stored by *Schoology Learning* as summarized in PowerSchool's *Schoology Learning* DPIA Report are illustrated in the figure below:

---

[30] https://www.powerschool.com/; https://www.powerschool.com/solutions/personalized-learning/. (Accessed December 9, 2025)

[31] https://www.powerschool.com/; https://www.powerschool.com/solutions/personalized-learning/. (Accessed December 9, 2025) See also, PWRSCHL_00644375-385 at 377.

[32] PWRSCHL_00644375-385 at 377.

[33] PWRSCHL_00702738-751 and https://www.powerschool.com/solutions/powerschool-ai/. (Accessed January 9, 2026)

**Figure 6**
**PowerSchool *Schoology Learning* DPIA Report: Data Elements**[34]



29. Another PowerSchool *Personalized Learning* product offering, *Performance Matters*, is described as delivering assessments, results, and "*whole-child student metrics*" by analyzing "*academic data alongside attendance, behavior, and more.*"[35] According to PowerSchool's website, *Performance Matters* is able to "*administer both classroom level and common district assessments to identify instructional opportunities with sophisticated analyses of assessment results and whole-child student metrics.*"[36] I understand that *Performance Matters* may also include access to *PowerBuddy*.[37]

30. The standard data elements processed and stored by *Performance Matters* as summarized in PowerSchool's *Performance Matters* DPIA Report are illustrated in the figure below:

---

[34] PWRSCHL_00644375-385 at 379.

[35] https://www.powerschool.com/solutions/personalized-learning/; https://www.powerschool.com/solutions/personalized-learning/performance-matters/. (Accessed December 9, 2025)

[36] https://www.powerschool.com/solutions/personalized-learning/performance-matters/. (Accessed December 9, 2025)

[37] PWRSCHL_00702685-697 and https://www.powerschool.com/solutions/powerschool-ai/. (Accessed January 9, 2026)

HIGHLY CONFIDENTIAL

**Figure 7**
**PowerSchool *Performance Matters* DPIA Report: Data Elements**[38]



31.  In addition to *Schoology Learning* and *Performance Matters*, PowerSchool offers *Curriculum & Instruction* and *ContentNav.*



.[40]

### 6.1.3.     PowerSchool's *College, Career & Life Readiness Solutions*

32.  PowerSchool describes its *College, Career & Life Readiness Solutions* ("*CCLR*") product as a "*holistic solution that grows with students on their K-12 journey*" and provides students with access to college, career, and readiness tools related to "*education, financing tuition, exploring all postsecondary path options, finding careers of interest, and more*."[41]   As indicated on PowerSchool's website, the current *CCLR* solution is PowerSchool's *Naviance* product:

---

[38]  PWRSCHL_00644447-456 at 451.
[39]  PWRSCHL_00644366-374 at 370.
[40]  PWRSCHL_00644211-220 at 213.
[41]  PWRSCHL_00644472-481 at 474. See also, https://www.powerschool.com/solutions/college-career-and-life-readiness/. (Accessed December 9, 2025)

**Figure 8**
**PowerSchool Website:** *College, Career & Life Readiness*[42]



33. On its website, PowerSchool describes its *Naviance* product as utilizing student data to "*create tailored future plans*" based on the "*strengths, interests, and career goals*" of students, and leveraging this data to "*assess college and career readiness.*"[43] ████████████████████████████████████ ████████████████████████████████████ ████████████████████████████[44] I understand that *Naviance* may also include access to *PowerBuddy*.[45]

34. On its website, PowerSchool represents that *Naviance* has been used by 40 million students and in connection with over 25 million college applications in the last four years.[46] The standard data elements processed and stored by *Naviance* as summarized in PowerSchool's *Naviance* DPIA Report are illustrated in the figure below:

---

[42] https://www.powerschool.com/. (Accessed December 9, 2025)
[43] https://www.powerschool.com/solutions/college-career-and-life-readiness/. (Accessed December 9, 2025)
[44] PWRSCHL_00644472-481 at 476.
[45] PWRSCHL_00702698-710 and https://www.powerschool.com/solutions/powerschool-ai/. (Accessed January 9, 2026)
[46] https://www.powerschool.com/solutions/college-career-and-life-readiness/naviance-cclr/. (Accessed December 10, 2025)

HIGHLY CONFIDENTIAL

**Figure 9**
**PowerSchool *Naviance* DPIA Report: Data Elements**[47]



35.    PowerSchool acquired both *Naviance* and a related product, *Intersect*, from Hobsons in March 2021.[48] According to PowerSchool, *Intersect* allows colleges and universities to "*build affinity with high-intent students in Naviance*" by creating a college profile and advertising scholarships and events.[49]  In a press release announcing its acquisition of the *Naviance* and *Intersect* products as well as a partnership through which *Intersect* would be marketed, PowerSchool described the coordination between *Naviance* and *Intersect* as follows:

> *In addition, PowerSchool's acquisition of Intersect furthers its existing commitment to higher education.  Intersect enables prospective students to connect to colleges and universities through Naviance, used by many high school students to research and explore colleges, often alongside school counselors and parents.  Today, PowerSchool also announced an exciting partnership with EAB, a leader in enrollment management, student success, and institutional operations and strategy, as the exclusive provider of Intersect to help more students find and enroll in their best-fit higher education institutions.  Because Naviance is integral to postsecondary planning at many K-12 schools, Intersect helps colleges contact students who are ready to engage with their institutions.*[50]

---

[47]  PWRSCHL_00644472-481 at 476.

[48]  https://www.powerschool.com/news/powerschool-and-naviance-and-intersect-close/. (Accessed December 10, 2025)

[49]  https://eab.com/solutions/intersect/; https://www.powerschool.com/news/powerschool-and-naviance-and-intersect-close/. (Accessed December 10, 2025)  See also, PWRSCHL_00608936-958 at 941.

[50]  https://www.powerschool.com/news/powerschool-and-naviance-and-intersect-close/. (Accessed December 10, 2025)  Emphasis added.

HIGHLY CONFIDENTIAL

### 6.1.4.    PowerSchool's *Student Success Solutions*

36.    According to PowerSchool, its *Student Success Solutions* are a set of products that "*streamline student data and insights*" and "*improve attendance and behavior outcomes*."[51]  As summarized on its website, PowerSchool's *Student Success Solutions* includes the following products:

**Figure 10**
**PowerSchool Website: *Student Success Solutions*[52]**



37.    PowerSchool offers *MTSS*, a product which it describes as a "*single solution allowing educators to identify and track student needs, execute and monitor interventions, and review outcomes and effectiveness from one location.*"[53] ██████████████████████████████
████████████████████████████████████████████████████████████████
███████████████

38.    PowerSchool also offers *Behavior Support,* a product which "manage[s] and tracks[s] student behaviors and foster[s] a positive learning environment."[55]  In its *Behavior Support* DPIA Report, PowerSchool explains that "*by collecting student behavior data, users can coordinate positive reward systems, restorative practices, and other interventions.*"[56] █████████████████████████████
████████████████████████████████████



---

[51]    https://www.powerschool.com/solutions/student-success/. (Accessed December 10, 2025)
[52]    https://www.powerschool.com/. (Accessed December 9, 2025)
[53]    https://www.powerschool.com/solutions/data/mtss/. (Accessed December 10, 2025)
[54]    PWRSCHL_00646371-379 at 373.  On its website, PowerSchool includes *MTSS* as a product under both its *Student Success* solutions and its *Data, Analytics & Insights* solutions.  For purposes of this report, I include *MTSS* (and its associated revenues and attendant profits) in my analysis of *Data, Analytics & Insights*.
[55]    https://www.powerschool.com/. (Accessed December 9, 2025)
[56]    PWRSCHL_00644501-509 at 503.

HIGHLY CONFIDENTIAL



39.    The standard data elements processed and stored by *Behavior Support* as summarized in PowerSchool's *Behavior Support* DPIA Report are illustrated in the figure below:

**Figure 11**
**PowerSchool *Behavior Support* DPIA Report: Data Elements**[58]



40.    Also within *Student Success* is PowerSchool's *Attendance Intervention* product.[59] "[60]

41.    The standard data elements processed and stored by *Attendance Intervention* as summarized in PowerSchool's *Attendance Intervention* DPIA Report is illustrated in in the figure below:

**Figure 12**
**PowerSchool *Attendance Intervention* DPIA Report: Data Elements**[61]



---

[57]  PWRSCHL_00644501-509 at 505.
[58]  PWRSCHL_00644501-509 at 505.
[59]  https://www.powerschool.com/solutions/student-success/. (Accessed December 10, 2025)
[60]  PWRSCHL_00644221-229 at 223.
[61]  PWRSCHL_00644221-229 at 225.

### 6.1.5.    PowerSchool's *Data, Analytics & Insights Solutions*

42.    On its website, PowerSchool collectively describes its *Data, Analytics & Insights* solutions as providing "*an end-to-end solution with data, analytics, visualization and embedded tools and workflows all in one.*"[62]  This suite of solutions includes the following offerings:

**Figure 13**
**PowerSchool Website: *Data, Analytics & Insights*[63]**



43. ██████████████████████████████████████████████████
██████████████████████████████████████████████

████████████████[64]  As explained on PowerSchool's website, its *Data, Analytics & Insights* offerings center around the use of student data to "*enable data-driven decision making*" and "*uncover trends and patterns*":

---

[62]  https://www.powerschool.com/solutions/data/. (Accessed December 10, 2025)  As above, I note that PowerSchool's public-facing product categorization of *Data, Analytics & Insights* does not align with all product categorization and segmentation evident in certain of PowerSchool's internal financial documents.  For example, it appears that, over time, PowerSchool has referred to the same product as *Unified Insights, Analytics & Insights, and Analytics & Insights / Data.*  For the purposes of this report, I refer to this product solution collectively as *Data, Analytics & Insights.*
[63]  https://www.powerschool.com/. (Accessed December 9, 2025)
[64]  PWRSCHL_00644311-320 at 313.

HIGHLY CONFIDENTIAL

**Figure 14**
**PowerSchool *Data, Analytics, & Insights* – Data-Driven Decision Making**[65]



44.     PowerSchool's DPIA Report specific to *Analytics & Insights* describes the set of products as follows:



.[66]

45.     PowerSchool describes *Student Readiness Analytics* as a product that helps to "*identify high school graduation trends*," "*monitor high school credit accumulation*," and provide educators with information on "*postsecondary enrollment trends*."[70]

46.     I further understand that *Data, Analytics & Insights* is PowerSchool's current name for the product acquired from Hoonuit in October 2020.[71]   At the time of the acquisition, Hoonuit was described by

---

65    https://www.powerschool.com/solutions/data/. (Accessed December 10, 2025)
66    PWRSCHL_00644311-320 at 313.
67    PWRSCHL_00644311-320 at 313-314.
68    PWRSCHL_00644311-320 at 314.
69    PWRSCHL_00644311-320 at 314.
70    https://www.powerschool.com/solutions/data/student-readiness-analytics/. (Accessed December 22, 2025)
71    https://www.powerschool.com/news/powerschool-acquires-hoonuit/. (Accessed December 10, 2025)

HIGHLY CONFIDENTIAL

PowerSchool as "*a leading K-12 analytics and data management company*" and that its acquisition would allow PowerSchool to "*offer a fully comprehensive education technology portfolio for K-12 educators with advanced analytics woven throughout*."[72]  After the acquisition, PowerSchool rebranded Hoonuit as *Unified Insights*, which PowerSchool described as "*a fully comprehensive insights and analytics solution to help states, schools, and districts make better decisions, optimize their operations, and improve student outcomes*."[73]  PowerSchool subsequently rebranded *Unified Insights* and grouped it with other related products under what I understand to be its current name, *Data, Analytics & Insights*.[74]

47.  The standard data elements processed and stored by PowerSchool's *Data, Analytics & Insights* product, as summarized in PowerSchool's *Analytics and Insights* DPIA Report, are illustrated in the figure below:

**Figure 15**
**PowerSchool *Analytics & Insights* DPIA Report: Data Elements**[75]



48.  Another product within PowerSchool's suite of *Data, Analytics & Insights* products is *Connected Intelligence*.  *Connected Intelligence* is described by PowerSchool as a "*fully managed Data as a Service platform*" that "*unlocks the power of siloed K-12 data*."[76]  On its website, PowerSchool summarizes *Connected Intelligence* and its use of student data as follows:

---

[72]  https://www.powerschool.com/news/powerschool-acquires-hoonuit/. (Accessed December 10, 2025)

[73]  https://go.powerschool.com/rs/861-RMI-846/images/Unified_Insights_Hoonuit.pdf.

[74]  https://www.seattleschools.org/departments/community-partnerships/data-access-for-partners/unified-insights/. (Accessed December 10, 2025)

[75]  PWRSCHL_00644311-320 at 316.

[76]  https://www.powerschool.com/solutions/data/connected-intelligence/. (Accessed December 10, 2025)

**Figure 16**
**PowerSchool: Why *Connected Intelligence*[77]**



49. As described by PowerSchool in its *Connected Intelligence* DPIA Report, ██████████
████████████████████████████████████████████████████████████████████
████████████████████████████████████████.[78] I understand that
*Connected Intelligence* may also include access to *PowerBuddy*.[79]

50. PowerSchool's *Connected Intelligence* DPIA Report describes the use of data by *Connected Intelligence* as follows:

**Figure 17**
**PowerSchool *Connected Intelligence* DPIA Report: Data Elements[80]**



---

[77]  https://www.powerschool.com/solutions/data/connected-intelligence/. (Accessed December 10, 2025)
[78]  PWRSCHL_00644386-394 at 388.
[79]  PWRSCHL_00702711-724 and https://www.powerschool.com/solutions/powerschool-ai/. (Accessed January 9, 2026)
[80]  PWRSCHL_00644386-394 at 390.

HIGHLY CONFIDENTIAL

51.    As previously discussed, ████████████████████████████████████
████████████████████████████████████████████████████████████."[81]
On its website, PowerSchool includes *MTSS* as a product under both its *Student Success* solutions and
its *Data, Analytics & Insights* solutions.  For purposes of this report, I include *MTSS* (and its associated
revenues and attendant profits) in my analysis of PowerSchool's *Data, Analytics & Insights* products.

52.    The standard data elements processed and stored by *MTSS* as summarized in PowerSchool's *MTSS*
DPIA Report are illustrated in the figure below:

**Figure 18**

**PowerSchool *MTSS* DPIA Report: Data Elements**[82]



### 6.1.6.    PowerSchool's "Unified Platform"

53.    Based on my review of the available record, I understand that PowerSchool markets its suite of
products as an "*integrated solution*" and claims that "*only PowerSchool has the breadth and depth of
educational and operational tools to support all critical aspects*" of a school or district.[83]  PowerSchool
describes its product set as "*the only unified platform that delivers a modern, cloud-based suite of
solutions*" to K-12 school districts.[84]  PowerSchool also markets its classroom products as "*an
interoperable classroom technology system*" that unifies "*all of a district's core operations into a
secure and integrated ecosystem*":

---

[81]    PWRSCHL_00646371-379 at 373.
[82]    PWRSCHL_00646371-379 at 375.
[83]    https://www.powerschool.com/company/. (Accessed December 9, 2025)
[84]    PWRSCHL_00425124-226 at 133.

**Figure 19**
**PowerSchool Classroom Products' Interoperability**[85]

> With these pillars in place, such as classroom products from PowerSchool, you can construct an interoperable classroom technology system that unifies administrative tasks, content delivery, and assessment of student learning in a highly efficient way. Taken further, PowerSchool's full suite of interoperable solutions, including PowerSchool SIS, PowerSchool talent products, and PowerSchool payroll/finance system products, bring all of a district's core operations into a secure and efficient integrated ecosystem.

54.    The indication that PowerSchool customers typically acquire and use more than one PowerSchool product offering is consistent with PowerSchool's "product penetration" analyses.[86]  For example, the PowerSchool Product Penetration Matrix captured in the figure below indicates that ███████████ ████████████████████████ :

**Figure 20**
**PowerSchool Product Penetration Matrix**[87]



55.    Relatedly, Mr. Darron Flagg, Chief Compliance Officer, Chief Privacy Officer, and Assistant Corporate Secretary at PowerSchool,[88] testified that ████████████████████████████ ████████████████████████████████████ [89]  Mr. Flagg also testified that ██████████ ████████████████████████████████████████████████ ████████████████████████████████████

---

85   https://www.powerschool.com/blog/getting-on-the-path-to-interoperability/. (Accessed December 10, 2025) Emphasis in original.
86   PWRSCHL_00002785 at tab "4. Product Penetration Matrix."
87   PWRSCHL_00002785 at tab "4. Product Penetration Matrix."
88   Deposition of Darron Flagg, December 1, 2025, pp. 13-14.
89   Deposition of Darron Flagg, December 1, 2025, pp. 329-330.

HIGHLY CONFIDENTIAL

███████████████████████████████████████████"[90]  Mr. Flagg went on to testify that
████████████████████████████████████████████████████████████████

██  ████████████████████████████████████████████████████
████████████████████████

██  ██████████████████████████████████████████████████████████████
████████████████████████████████.[91]

56.  My understanding of PowerSchool's cross selling strategy is consistent with the available record.  For

example, in a March 2021 Analyst Day Presentation, PowerSchool addressed the cross-selling

opportunity and identified examples of school districts where PowerSchool had been successful in this

regard:

**Figure 21**
**Unified Platform Enables Cross-Sell Opportunities**[92]



57.  In addition to the school districts referenced in the figure above, I understand that███████████████
████████████████████████████████████████████████████████████████████
████████████████████████████████████████████.[93]

---

[90]  Deposition of Darron Flagg, December 1, 2025, p. 330.
[91]  Deposition of Darron Flagg, December 1, 2025, pp. 330-331 (objection omitted). See also, PWRSCHL_00002785 at tab "8. X-Sell_Upsell by Product."
[92]  PWRSCHL_00425124-226 at 140.
[93]  Seattle Public Schools Executive Approval Form, DocuSign Envelope ID: 8093958D-CA3F-4140-8348-06D3DAEB3C04, pp. 12-13.

58. Similarly, in an October 2020 internal presentation related to PowerSchool's acquisition of Hoonuit, PowerSchool further explained ███████████████████████████████ ████████████████████████████████████████████████████████ ███████

**Figure 22**



59. Further, consistent with Mr. Flagg's testimony and PowerSchool's own presentations, a January 2022 report by Baird Equity Research represented that PowerSchool's "assessment and analytics" product areas – including those stemming from PowerSchool's acquisitions of *Performance Matters* and Hoonuit (the latter of which included the *Unified Insights* product) – were the "*common points of cross-sell expansions*" for PowerSchool:

**Figure 23**
**Assessment and Analytics: Cross-Sell Expansions**[95]

> ■ **Assessment and analytics.** These two areas were common points of cross-sell expansions. PowerSchool has built out a more robust set of offerings here following the acquisition of Performance Matters (2018) and Hoonuit (2020). These products have also seen increased customer engagement in recent quarters as they directly address pandemic-related learning loss (a major directive in K-12 and targeted area of spending under federal stimulus).

---

[94] PWRSCHL_00007596-617 at 603. Emphasis added.
[95] PWRSCHL_00077628-637 at 628.

60.    The same report refers to PowerSchool's "*powerful cross-sell opportunity*" specific to its *Unified Insights* platform:

**Figure 24**
**PowerSchool: Powerful Cross-Sell Opportunity**[96]

> **Powerful cross-sell opportunity once a customer lands on the Unified Platform**. The average PowerSchool customer is using only two of the company's 15 available products, presenting sizeable upside over time as existing customers undertake greater digitization. PowerSchool is achieving success in driving higher cross-sell activity, with 80% of bookings from existing customers and net revenue retention rising from ~104% in December 2019 to 109% as of March 2021. At yearend 2020, PowerSchool generated $427 million in ARR across 45 million students – implying approximately $9-10 per student – whereas there is an estimated $2.5 billion or $60 per student in addressable opportunity by growing within existing accounts across currently-available products.

### 6.2. Summary of Alleged Wrongful Conduct

61.    I understand that Plaintiffs contend that PowerSchool "*collects, stores, analyzes, and shares students' sensitive data*" through its educational technology products used in K-12 schools.[97]  More specifically, I understand that Plaintiffs allege that:

- ▪ PowerSchool intruded into Plaintiffs' and Class Members' private affairs through its systematic and pervasive collection, accessing, downloading, transferring, selling, storing and use of Plaintiffs' and Class Members' private information and data.[98]

- ▪ PowerSchool accessed, took, copied, and analyzed Plaintiffs' and Class Members' data, knowingly and without permission, for its financial benefit and to advance its data analysis business.[99]

- ▪ PowerSchool collected, stored, manipulated, and monetized sensitive and confidential information without consent, which Plaintiffs allege constitutes a serious invasion of privacy and an egregious breach of social norms.[100]

---

[96]  PWRSCHL_00077628-637 at 632.
[97]  Complaint, ¶ 3.
[98]  Complaint, ¶¶ 442-456.
[99]  Complaint, ¶¶ 506-528.
[100]  Complaint, ¶¶ 532-543.

- PowerSchool acquired and compromised the security of large quantities of personal data without valid consent and earned profits and other tangible benefits unjustly and at the expense of Plaintiffs and Class Members.[101]

- PowerSchool's products make predictions and provide analytics about students that are used by schools and school districts to make decisions about students, even though the software behind those analytics and predictions is not tested for bias, validity, or accuracy.[102]

### 6.3. Potentially Available Measures of Monetary Relief

62.    I understand from Counsel that the monetary relief available for the alleged wrongful conduct includes Class Members' actual damages and PowerSchool's unjust enrichment. I also understand from Counsel that statutory damages and injunctive relief are other potentially available remedies for the alleged wrongful conduct.

63.    I understand that, in seeking unjust enrichment, Plaintiffs may present evidence of the total or gross amount of the benefit from the alleged misconduct, or a reasonable approximation thereof, and then the defendant may present evidence of any further costs, expenses, and other deductions to show the actual or net benefit the defendant received.

### 7. UNJUST ENRICHMENT

64.    In my opinion, the most appropriate and reliable bases for quantifying PowerSchool's unjust enrichment from the alleged wrongful conduct are PowerSchool's contemporaneous financial documents, including internal documents related to the 2024 acquisition of PowerSchool by Bain Capital and PowerSchool's internal and publicly reported income statements and filings.

65.    As previously discussed, I have been asked by Counsel to assume that the collection, storage, and processing of certain data elements such as roster information, attendance, and grades in the PowerSchool products implicated by the alleged wrongful conduct may not be unlawful to the extent that this collection, storage, and processing does not exceed a reasonable expectation of privacy. Relatedly, I have been asked by Counsel to assume that the "solution offerings" that PowerSchool markets as its *SIS*, *Personalized Learning*, and *CCLR* may have functionalities that are lawful to the extent that they do not exceed a reasonable expectation of privacy. I have also been asked to assume

---

[101]  Complaint, ¶¶ 556-565.
[102]  Discussions with Counsel. See also, for example, Deposition of Darron Flagg, December 1, 2025, pp. 222-230.

HIGHLY CONFIDENTIAL

that the PowerSchool products and product functionalities that provide purported "analytics," "insights," or "predictions" based on student or parent data exceed a reasonable expectation of privacy and are unlawful. In this way, I have been asked by Counsel to assume that this second product category would include, at a minimum, those that PowerSchool markets as *Data, Analytics & Insights*, *Performance Matters*, *Behavior Support*, and *Attendance Intervention*.

66.   Based on my analysis of the available record and directions from Counsel, I have analyzed PowerSchool's unjust enrichment attributable to the alleged wrongful conduct under the assumption that, in the absence of that conduct, PowerSchool would not have generated the revenues and attendant profits that it historically realized in connection with its *Data, Analytics & Insights*, *Performance Matters*, *Behavior Support*, and *Attendance Intervention* products. While I have also analyzed and quantified PowerSchool's revenues and attendant profits from its *SIS, Personalized Learning, and CCLR* products, I am not aware of information sufficient to apportion PowerSchool's historical revenues and profits from those products to the alleged wrongful conduct. My analyses in this regard are detailed in the sections below.


### 7.1. Analysis of PowerSchool's Relevant Product Revenues

67.   Based on my review of the available record, I determined that the most appropriate starting point for the determination of PowerSchool's product-specific revenues are the contemporaneous financial documents related to the 2024 acquisition of PowerSchool by Bain Capital, PowerSchool's internal and publicly reported income statements and filings, and other internal documents probative of PowerSchool's product revenue projections.[103]

68.   For example, an internal PowerSchool "Project Picasso" document represents the total measure of PowerSchool revenues, by product, for the period from 2019 through 2023:

---

[103]   As previously discussed, PowerSchool's public-facing product categorizations do not necessarily align with the product categorization and segmentation evident in certain of PowerSchool's internal financial documents. I also note that PowerSchool's product naming and grouping conventions have evolved throughout the period for which I have quantified unjust enrichment. Therefore, and as detailed in the sections below, I have based my unjust enrichment analyses on PowerSchool's internal financial documents and the product categorization and segmentation evident therein.

HIGHLY CONFIDENTIAL

**Figure 25**
**PowerSchool Project Picasso: Revenue by Product**[104]



69. ████████████████████████████████████████████████████
████████████████████████████████████████████ █ ████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████. [106]

**Figure 26**
**PowerSchool Form 10-K for the Fiscal Year Ended December 31, 2023: Revenue**[107]

| | Year Ended December 31, | | |
| --- | --- | --- | --- |
| | 2023 | 2022 | 2021 |
| | (in thousands) | | |
| **Consolidated Statement of Operations and Comprehensive Loss:** | | | |
| **Revenue:** | | | |
| Subscriptions and support | $ 600,189 | $ 543,444 | $ 477,296 |
| Service | 72,555 | 70,402 | 61,976 |
| License and other | 24,907 | 16,837 | 19,326 |
| Total revenue | 697,651 | 630,683 | 558,598 |

---

[104] PWRSCHL_00002886 at tab "Revenue by Product."
[105] PWRSCHL_00002886 at tab "Revenue by Product."
[106] See, for example, PowerSchool Form 10-K for the Fiscal Year Ended December 31, 2021, p. 68 and PowerSchool Form 10-K for the Fiscal Year Ended December 31, 2023, p. 65.
[107] PowerSchool Form 10-K for the Fiscal Year Ended December 31, 2023, p. 65.

HIGHLY CONFIDENTIAL

70.  Based on the apparent consistency of these records, I find it reasonable to rely on the above product-specific revenues as the starting point for my analyses of PowerSchool's potential unjust enrichment.

71.  As the product-specific revenue detail pictured in Figure 25 only provides revenues through 2023, I relied on other PowerSchool documents to project product-specific revenues through 2025.

72.  To determine revenues for 2024, I relied on a separate "Project Picasso" document that details annual recurring revenues ("ARR") by product for the period 2021 through 2024.[108]  Mr. Flagg testified that PowerSchool's annual recurring revenue "*will closely track, but [will] not be the total revenue*," largely because ARR is "*the revenue related to subscription fees*" received by PowerSchool on an annualized basis.[109]  As such, I first analyzed the relationship of PowerSchool's ARR to its total revenue.[110]  As detailed in Exhibit 10.3, these ratios differ by product.[111]  I therefore estimated PowerSchool's product-specific actual revenues by applying these product-specific ratios to the corresponding 2024 ARR values.  I also found it necessary to allocate 2024 revenues into Subscription & Support, Services, and Licenses & Other.  I relied on the 2023 revenue shares to perform this allocation.  For each product, I calculated the share of Subscription & Support, Services, and Licenses & Other revenue relative to total revenue for that product.[112]  These percentages were then used to allocate 2024 product revenues into the Subscription & Support, Services, and Licenses & Other revenue segments on a product-by-product basis.[113]

73.  Having calculated PowerSchool's product-specific revenues for 2024, I then estimated the corresponding revenues for 2025 by applying PowerSchool's product-specific growth rates as indicated in a separate "Project Picasso" document entitled "Product Level ARR" that detailed management projections and product-specific growth rates for the period 2025 through 2029.[114]

74.  As the above calculations of PowerSchool product-specific revenues are based on PowerSchool's global business, I made further adjustments to tailor the unjust enrichment calculation to the proposed class definitions.  More specifically, and in the absence of product-specific revenue data specific to

---

[108]  PWRSCHL_00001039 at tab "Costs by Product."  2024 revenues are described as "Budget."
[109]  Deposition of Darron Flagg, December 1, 2025, pp. 274-275.
[110]  PWRSCHL_00001039 at tab "Costs by Product."
[111]  Exhibit 10.3.
[112]  Exhibits 10.1,2.5, 3.5, 4.5, 5.5, 7.5, 8.5, and 9.5.
[113]  See, for example, Exhibit 2.5.
[114]  See, for example, Exhibit 2.4; PWRSCHL_00002784 at tab "Product Level."  See also, Deposition of Darron Flagg, December 1, 2025, pp. 279-280.

PowerSchool's U.S. operations, I found it reasonable and appropriate to determine and apply apportionment factors to isolate the U.S. portion of PowerSchool's global revenues.

75. When operating as a public company, PowerSchool publicly reported the total annual revenues that it attributed to the United States.[115]  As detailed in Exhibit 10.4, this percentage ranged from approximately 91.0% to 93.0% over the 2019 through 2023 period.[116]  I therefore applied these percentages, on an annual basis, to my previous calculations of PowerSchool global revenues in order to isolate the portion of those revenues attributable to PowerSchool's U.S. operations.[117]

76. Taken together, and as detailed in Exhibit 1.2 and summarized in the figure below, I have quantified PowerSchool's revenues from its *Data, Analytics & Insights*, *Performance Matters*, *Behavior Support*, and *Attendance Intervention* products over the period 2019 through 2025 as follows:

**Figure 27**
**PowerSchool Product-Specific U.S. Revenues:**
***Data, Analytics & Insights*, *Performance Matters*,**
***Behavior Support*, and *Attendance Intervention***[118]



**7.2. Analysis of PowerSchool's Corresponding Expenses**

77. As previously discussed, I have quantified unjust enrichment attributable to the alleged wrongful conduct under the assumption that, in the absence of that conduct, PowerSchool would not have been able to generate the revenues and attendant profits that it historically realized in connection with its *Data, Analytics & Insights*, *Performance Matters*, *Behavior Support*, and *Attendance Intervention*

---

[115] PowerSchool Holdings, Inc. Form 10-K for the Fiscal Year Ended December 31, 2021, p. 106; PowerSchool Holdings, Inc. Form 10-K for the Fiscal Year Ended December 31, 2022, p. 107; PowerSchool Holdings, Inc. Form 10-K for the Fiscal Year Ended December 31, 2023, p. 107.
[116] Exhibit 10.4.
[117] See, for example, Exhibit 2.4.
[118] Exhibit 1.2.  I have also quantified revenues for *SIS*, *Personalized Learning*, and *CCLR* in the amount of approximately $1.98 billion. See Exhibit 6.2.

HIGHLY CONFIDENTIAL

products.[119]  As described below, I have therefore undertaken analyses to identity and quantify the expenses that PowerSchool likely incurred in generating the revenues discussed and quantified in Section 7.1.  In my experience, this determination typically begins with the identification of direct costs that vary with the preparation and sale of the product or service in question.

78.    Based on my review of the available record, I determined that the most appropriate starting points for this analysis are PowerSchool's contemporaneous and detailed annual income statements for the period from 2019 through 2023.[120]

79.    As detailed in these income statements, PowerSchool's costs of revenues are presented on a subcategory basis (*i.e.* Subscription and Support, Services, and Licenses and Other) and with increasing line-item detail over time.[121]  By 2023, the available cost detail in these income statements included the following summary-level expense line items and, in most cases, further details regarding underlying expense subcategories:

**Figure 28**
**PowerSchool's Summary-Level Cost of Revenues: Subscription and Support**[122]

| |
|---|
| Allocated Portion of Service |
| Allocated Portion of Subscriptions and Support |
| 51000 - Direct Expense Cos-Sw |
| 52000 - Direct Expense Recurring |
| 55000 - Direct Expense COS-HW |
| 56000 - Direct Expense Professional Services Cos |
| 59000 - Third Party COS |
| 60000 - Department Compensation |
| 61000 - Outside Services |
| 62000 - Corporate Expense |
| 63000 - Marketing |
| 64000 - Travel |
| 65000 - Equipment/Software |
| 67000 - Office Support |
| 68000 - Facilities |
| 86000 - Restructuring |
| 87000 - Allocations |
| 90000 - Non-Operating Expenses |

---

[119]  While I have also quantified PowerSchool's revenues and attendant profits from its *SIS*, *Personalized Learning*, and *CCLR* products, I am not aware of information sufficient to apportion PowerSchool's historical revenues and profits from those products to the alleged wrongful conduct.

[120]  2019 and 2020 per PWRSCHL_00568817 at tab "IS-Income Statement." 2021 per PWRSCHL_00003129 at tab "2021 IS." 2022 per PWRSCHL_00003130 at tab "2022 IS." 2023 per PWRSCHL_00003131 at tab "2023 IS."

[121]  See, for example, 2019 and 2020 per PWRSCHL_00568817 at tab "IS-Income Statement." 2021 per PWRSCHL_00003129 at tab "2021 IS." 2022 per PWRSCHL_00003130 at tab "2022 IS." 2023 per PWRSCHL_00003131 at tab "2023 IS."

[122]  See, for example, Exhibit 2.6; 2019 and 2020 per PWRSCHL_00568817 at tab "IS-Income Statement." 2021 per PWRSCHL_00003129 at tab "2021 IS." 2022 per PWRSCHL_00003130 at tab "2022 IS." 2023 per PWRSCHL_00003131 at tab "2023 IS."

**Figure 29**
**PowerSchool's Summary-Level Cost of Revenues: Service**[123]

| Allocated Service |
| --- |
| 52000 - Direct Expense Recurring |
| 56000 - Direct Expense Professional Services Cos |
| 59000 - Third Party COS |
| 60000 - Department Compensation |
| 61000 - Outside Services |
| 62000 - Corporate Expense |
| 63000 - Marketing |
| 64000 - Travel |
| 65000 - Equipment/Software |
| 67000 - Office Support |
| 68000 - Facilities |
| 86000 - Restructuring |
| 87000 - Allocations |
| 90000 - Non-Operating Expenses |

**Figure 30**
**PowerSchool's Summary-Level Cost of Revenues: License & Other**[124]

| 55000 - Direct Expense COS-HW |
| --- |
| 59000 - Third Party COS |
| 62000 - Corporate Expense |
| 65000 - Equipment/Software |

80. Mr. Flagg, PowerSchool's corporate designee regarding sales and profits from data derivative products,[125] testified regarding his understanding of the general meaning of several of the above cost categories.[126]  For example:

- "Direct Expense Recurring" – Mr. Flagg testified that this "*could be costs that we are incurring to pay our third-party cloud providers.*"[127]  Mr. Flagg's testimony is consistent with the labeling convention for several of the underlying expense subcategories that include reference to "hosting."[128]

- "Direct Expense COS-HW" – Mr. Flagg testified that this "*would be cost of sales for hardware. Maybe that's, again, to my example of a passthrough with a Dell or an HP for a*

---

[123] See, for example, Exhibit 2.7; 2019 and 2020 per PWRSCHL_00568817 at tab "IS-Income Statement." 2021 per PWRSCHL_00003129 at tab "2021 IS." 2022 per PWRSCHL_00003130 at tab "2022 IS." 2023 per PWRSCHL_00003131 at tab "2023 IS."

[124] See, for example, Exhibit 2.8; 2019 and 2020 per PWRSCHL_00568817 at tab "IS-Income Statement." 2021 per PWRSCHL_00003129 at tab "2021 IS." 2022 per PWRSCHL_00003130 at tab "2022 IS." 2023 per PWRSCHL_00003131 at tab "2023 IS."

[125] Deposition of Darron Flagg, December 1, 2025, p. 251.

[126] Deposition of Darron Flagg, December 1, 2025, pp. 306-312.

[127] Deposition of Darron Flagg, December 1, 2025, pp. 306-307.

[128] See, for example, PWRSCHL_00003131 at tab "2023 IS."

*major deal, or we're acquiring the hardware and passing it through*."[129]  Mr. Flagg's testimony appears to be consistent with the underlying expense subcategory labeled as "10000 - Non-Function Related:15000 - Direct COGS."[130]

- "Direct Expense Professional Services Cos" – Mr. Flagg testified that this could be "*[PowerSchool] paying someone to help then provide a professional service to a customer*."[131]

- "Third Party COS" – Mr. Flagg explained that this would include royalties that PowerSchool pays to other providers for in-licensed product features, testifying that "*[w]e talked about that before with assessments, wherein a customer licenses Performance Matters, they want our, PowerSchool, assessments; but they might also want to license in other things.  So if so, we might need to pay a royalty to the third-party provider*."[132]

- "Department Compensation" – Mr. Flagg testified to his assumption that this category represented "*wages that have been in some way allocated to particular products.  So wages for employees supporting those products, my assumption would be*."[133]  Mr. Flagg's testimony is consistent with underlying expense line items that include, among other terms, "Regular Wages," "Regular Overtime Wages," "Regular Doubletime Wages," "Severance Pay," "Commissions," "Bonuses," "Payroll Tax Expense," "Employee Medical," and "Paid Time Off."[134]

- "Marketing" – Mr. Flagg testified that this would represent "*allocations to the marketing department in some way*."[135]  Mr. Flagg's testimony is consistent with underlying expense line items that include, among other terms, "Content," "Seminars &  Workshops," and "Conventions & Tradeshows."[136]

- "Travel" – Mr. Flagg testified that this could reflect "*reimbursements to employees who have supported these products and are traveling [on] customers' behalf*."[137]  Mr. Flagg's testimony is consistent with underlying expense line items that include, among other terms,

[129]  Deposition of Darron Flagg, December 1, 2025, p. 308.
[130]  See, for example, PWRSCHL_00003131 at tab "2023 IS."
[131]  Deposition of Darron Flagg, December 1, 2025, p. 308.
[132]  Deposition of Darron Flagg, December 1, 2025, p. 309.
[133]  Deposition of Darron Flagg, December 1, 2025, pp. 309-310.
[134]  See, for example, PWRSCHL_00003131 at tab "2023 IS."
[135]  Deposition of Darron Flagg, December 1, 2025, p. 311.
[136]  See, for example, PWRSCHL_00003131 at tab "2023 IS."
[137]  Deposition of Darron Flagg, December 1, 2025, pp. 311-312.

"Travel Expense," "Lodging," "Employee Meals," "Airfare," "Car Rental," and "Business Meetings & Meals."[138]

81.  Based on the above, my review of these statements and the available record, and my professional experience with analyzing financial statements and other accounting data, it is my opinion that the majority of the summary-level expense categories listed in the figures above would reasonably vary with incremental sales, and that it would make sense from a business and accounting perspective to deduct such cost categories when determining profits attributable to the PowerSchool products and services at issue in this matter.  Indeed, and notwithstanding the fact that certain of the above cost categories and their underlying expense subcategories appear to be allocations of company-wide overhead expenses that may or may not be impacted by the elimination of a given product area, I recognize that these are expenses that PowerSchool categorizes as costs of sales in the normal course of business and I conservatively deduct all such expenses as a percentage of sales from my previously discussed calculations of product-specific revenues.

82.  In addition to my consideration of the expense categories that PowerSchool includes in its determination of its costs of sales, I also considered the extent to which other PowerSchool operating expenses would vary with incremental revenues.  For example, and among other efforts, I considered Mr. Flagg's testimony regarding the extent to which PowerSchool's operating expenses would be impacted by the elimination of entire product areas.  More specifically, I considered Mr. Flagg's testimony ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇:



A.

---

[138]  See, for example, PWRSCHL_00003131 at tab "2023 IS."



83.   Mr. Flagg went on to testify regarding the variability of expenses related to compliance reporting requirements, particularly those related to *Schoology and SIS*:



84.   Mr. Flagg also testified that



---

[139]  Deposition of Darron Flagg, December 1, 2025, pp. 313-315 (objections omitted).
[140]  Deposition of Darron Flagg, December 1, 2025, pp. 315-316 (objections omitted).



85. Based on my review of the available record, including my analysis of PowerSchool's detailed income statements, it appears that the operating expense categories that Mr. Flagg identified as variable are, in fact, largely subsumed within PowerSchool's previously discussed summary-level expense categories listed in the figures above (*i.e.*, within PowerSchool's accounting for the cost of revenues). Indeed, the line items underlying PowerSchool's summary-level cost of revenue expense categories generally include expenses relating to allocated support costs, hosting costs, client service costs, and various other allocated operating costs.[142] As such, these expenses would presumably be included in my previously-discussed deduction of the pro-rata portion of the expenses categorized under PowerSchool's cost of revenues.[143]

86. I also identified and considered potential nuances in PowerSchool's detailed income statements for partial-year 2024, which, as of the date of this report, only extend through the first and second quarters of 2024.[144] More specifically, and based on my analysis of the income statements produced in this matter to date, I determined that the cost of revenues as a percentage of sales reported for the first and second quarter of 2024 were relatively lower – and the corresponding profit margins relatively higher – than those represented on PowerSchool's income statements during the period 2019 through 2023. In light of this variance, I conservatively held constant the 2023 profit margins (*i.e.*, as a percentage of revenue) for each revenue category for 2024 and 2025.

87. As the above calculations of PowerSchool product-specific expenses are based on PowerSchool's global business, I made further adjustments to tailor the unjust enrichment calculation to the proposed

---

[141]  Deposition of Darron Flagg, December 1, 2025, pp. 317-319 (objections omitted).
[142]  See, for example, PWRSCHL_00003131 at tab "2023 IS."
[143]  See, for example, Exhibits 2.6 – 2.8.
[144]  PWRSCHL_00001064 at tab "1Q24 – IS TB" and PWRSCHL_00588458 at tab "Q2'24 IS."

HIGHLY CONFIDENTIAL

class definitions.  More specifically, and in the absence of PowerSchool expense data specific to its U.S. operations, I find it reasonable and appropriate to determine and apply apportionment factors to isolate the U.S. portion of PowerSchool's global expenses.

88.  As previously discussed, when operating as a public company, PowerSchool publicly reported the total annual revenues that it attributed to the United States.[145]  As detailed in Exhibit 10.4, this percentage ranged from approximately 91.0% to 93.0% over the 2019 through 2023 period.[146]  I therefore applied these percentages, on an annual basis, to my calculations of PowerSchool's global expenses in order to isolate the portion of those expenses attributable to PowerSchool's U.S. operations.[147]

89.  Taken together, and as detailed in Exhibit 1.3 and summarized in the figure below, I calculated the following cost of revenues for PowerSchool's *Data, Analytics & Insights*, *Performance Matters*, *Behavior Support*, and *Attendance Intervention* products:

**Figure 31**
**PowerSchool Product-Specific U.S. Cost of Revenues:**
***Data, Analytics & Insights*, *Performance Matters*,**
***Behavior Support*, and *Attendance Intervention***[148]



### 7.3. Conclusions Regarding Unjust Enrichment

90.  As previously discussed, I have quantified unjust enrichment attributable to the alleged wrongful conduct under the assumption that, in the absence of that conduct, PowerSchool would not have been able to generate the revenues and attendant profits that it historically realized in connection with its

---

[145]  PowerSchool Holdings, Inc. Form 10-K for the Fiscal Year Ended December 31, 2021, p. 106; PowerSchool Holdings, Inc. Form 10-K for the Fiscal Year Ended December 31, 2022, p. 107; PowerSchool Holdings, Inc. Form 10-K for the Fiscal Year Ended December 31, 2023, p. 107.

[146]  Exhibit 10.4.

[147]  See, for example, Exhibit 2.3.

[148]  Exhibit 1.3.  I have also quantified the corresponding expenses for *SIS, Personalized Learning,* and *CCLR* as approximately $638.2 million.  See Exhibit 6.3.

*Data, Analytics & Insights*, *Performance Matters*, *Behavior Support*, and *Attendance Intervention* products.[149]

91.    As detailed in Exhibits 1.1 through 1.3 and summarized in the figure below, I have determined that PowerSchool's unjust enrichment from its *Data, Analytics & Insights*, *Performance Matters*, *Behavior Support*, and *Attendance Intervention* products in the United States totaled approximately $341.0 million over the period January 2019 through December 2025:

**Figure 32**
**PowerSchool's Unjust Enrichment:**
***Data, Analytics & Insights*, *Performance Matters*,**
***Behavior Support*, and *Attendance Intervention***[150]



---

[149]    I have also quantified PowerSchool's revenues and attendant profits from its *SIS*, *Personalized Learning*, and *CCLR* products, but I am not aware of information sufficient to apportion PowerSchool's historical revenues and profits from those products to the alleged wrongful conduct.

[150]    Exhibit 1.1.  I have also quantified the corresponding profits for *SIS*, *Personalized Learning*, and *CCLR* as approximately $1.34 billion.  See Exhibit 6.1.

**8. ACTUAL DAMAGES**

92.   As previously discussed, my assignment in this matter also included an assessment of the feasibility of identifying and quantifying measures of actual damages attributable to PowerSchool's alleged wrongful conduct.

93.   In my opinion, the analysis of actual damages in this matter is reasonably based on the value of the student data that PowerSchool allegedly aggregated and used without consent from – or compensation to – Plaintiffs and Class Members.  I therefore searched for and analyzed available indicators of the market value of data similar to that at issue in this matter.  In my opinion, the best indicators of that value are derived from  – represents a conservative and reasonable indicator of the financial consideration each Plaintiff and Class Member would reasonably expect to receive in exchange for PowerSchool's alleged aggregation and use of their data without their knowledge or consent.  It is therefore my opinion that actual damages in this matter can be conservatively calculated on a class-wide basis as no less than $0.40 per Class Member.

94.   My analysis and conclusions in this regard are detailed in the sections below.

**8.1. Analysis of PowerSchool Agreements Involving the Monetization of Student Data**

95.   In searching for indicators of the value of data similar to that at issue in this matter, I identified and considered the available evidence regarding PowerSchool's agreements involving the monetization of student data.  I detail my understanding and analysis of these agreements in the sections below.

**8.1.1.      2021 Reseller Agreement between PowerSchool and EAB**

96.   

151



97.

**Figure 33**



---
152 PWRSCHL_00191203-241 at 203-206.
153 PWRSCHL_00191203-241 at 208-209.
154 PWRSCHL_00191203-241 at 219.
155 PWRSCHL_00191203-241 at 214-215.
156 PWRSCHL_00191203-241 at 215.
157 PWRSCHL_00191203-241 at 230.

HIGHLY CONFIDENTIAL
42

98.    As shown in the figure below, ███████████████████████████
███████████████████████████████████████████████████
███████████████████████████████████████████████████████
███████████████████████████████████████████████████
██████████████

**Figure 34**



99.    ███████████████████████████████████████████████████████
█████████████████████████████████████████████████
██████ ██ ████████████████████████████████████████
██████████████████████████████████████████████████
█████████████████████████████████████████████████████
███████████████

**Figure 35**

100.    ███████████████████████████████████████████████████
███████████████████████████████████████████████████ ██
█████████████████████████████████████████████████
█████████████████████████████████████████████████
██████████████████████████████████ ██

---

[158] PWRSCHL_00191203-241 at 215.
[159] PWRSCHL_00191203-241 at 215.
[160] PWRSCHL_00191203-241 at 215.
[161] PWRSCHL_00191203-241 at 215.
[162] PWRSCHL_00191203-241 at 215-217.

101. 

**Figure 36**

103.

---

163 PWRSCHL_00191203-241 at 203, 206, 215-216; PWRSCHL_00291629-633.
164 PWRSCHL_00191203-241 at 203, 204, 215-216; PWRSCHL_00291629-633.
165 PWRSCHL_00191203-241 at 216.

**Figure 37**



104.

---

[166] PWRSCHL_00191203-241 at 234.
[167] PWRSCHL_00191203-241 at 214-215.
[168] PWRSCHL_00191203-241 at 234-235.

HIGHLY CONFIDENTIAL

**Figure 38**



105. ███████████████████████████████

███████████████████████████ ▪ ██████

███████████████████████████

██████████████████████████

███ ▪ ███████████████████████

█████████████████████████

████

**8.1.2.** ████████████████

██████████████████████████████████

███████████████████████████████████

████████████████ ▪ ████████████████

████████████████████████████

████

---
[169] Exhibit 11.1.
[170] PWRSCHL_00191203-241 at 203, 204, 215-216, 234-235; PWRSCHL_00291629-633.
[171] Calculated as $0.99 * 40%.
[172] PWRSCHL_00003235-274 at 235.

HIGHLY CONFIDENTIAL
46

**Figure 39**



107. ████████████████████████████████████
████████████████████████████████████
████████████████████████████████████
██████████████████████████████████
████████ ██ ███████████████████████
████████████████████████████████████
██████████████████████████████
████ ██

108. ████████████████████████████████████
███████████████████████████████████
███████████ ██ ████████████████████
████████████████████████████████████
████████████████████████████████████
████████████████████ ██ ████████████
██████████████████████

██  PWRSCHL_00003235-274 at 235.
[174]  PWRSCHL_00003235-274 at 235-236, 241. ████████████████████████████
████████████████████████

[175]  PWRSCHL_00003235-274 at 241.
[176]  PWRSCHL_00003235-274 at 247-248.
[177]  PWRSCHL_00003235-274 at 248.

HIGHLY CONFIDENTIAL

**Figure 40**



109. ███████████████████████████████████████
███████████████████████████████████████████
██████████████████████ ██ █████████████████
███████████████████████████████████████████
███████████████████████████████████████████
█████████████████████ ██ ████████████████████
██████████████████████████████████
██████████████████████████████████
███████████████████████████████████████████
██████████████████████████████████████
████████████████

---

■ PWRSCHL_00003235-274 at 263.
[179] PWRSCHL_00003235-274 at 248.
[180] PWRSCHL_00003235-274 at 248. █████████████████████
████████████████████████

**Figure 41**



110.

111.

112.

---

[181] PWRSCHL_00003235-274 at 248.
[182] PWRSCHL_00003235-274 at 248.
[183] PWRSCHL_00003235-274 at 249.
[184] PWRSCHL_00003235-274 at 250.
[185] PWRSCHL_00003235-274 at 236-239.
[186] PWRSCHL_00003235-274 at 235-236.

HIGHLY CONFIDENTIAL

**Figure 42**



113. 

---

[187] PWRSCHL_00003235-274 at 268.
[188] PWRSCHL_00003235-274 at 247-248.

HIGHLY CONFIDENTIAL

**Figure 43**



114. ███████████████████████████████████████████

███████████████████████████████████████

██████████████████████████████ █ ████████████████

███████████████████████████████████████████████

██████████████████████████████████████

115. ████████████████████████████████████████

██████████████████████████████████████████████

███████████████████████████ █ ██████████████████

██████████████████████████████████████████████

█████████████████████████████████████████████████

**Figure 44**

████████████████████████████████████[192]

███████████████████████████████████████████████████

---
[189] Exhibit 11.2.
[190] Calculated as $0.98 * 40%.
[191] PWRSCHL_00003235-274 at 250.
[192] PWRSCHL_00003235-274 at 236. ███████████████████████████████

██████████████████████████████ See PWRSCHL_00003235-274 at 237, 239.

HIGHLY CONFIDENTIAL

**8.1.3.** 

116.

117.

---

[193] PWRSCHL_00004737-756 at 737.
[194] PWRSCHL_00004737-756 at 738-739 and 743.
[195] PWRSCHL_00004737-756 at 741-742.
[196] PWRSCHL_00004737-756 at 741.
[197] PWRSCHL_00004737-756 at 741.
[198] PWRSCHL_00004737-756 at 740-741.

**Figure 45**



118.

---

199 PWRSCHL_00004737-756 at 741-742.

HIGHLY CONFIDENTIAL

**Figure 46**



119. 

**Figure 47**

120. 

200 PWRSCHL_00004737-756 at 740.
201 PWRSCHL_00121950-958 at 950-951, 957-958.
202 PWRSCHL_00004737-756 at 752.
203 PWRSCHL_00004737-756 at 740, 742                    ee PWRSCHL_00121950-958 at 951.

**Figure 48**



121.

---

[204] PWRSCHL_00004737-756 at 741, 751.
[205] See, for example, PWRSCHL_00118474-475 and PWRSCHL_00117521-522.
[206] PWRSCHL_00004737-756 at 740.
[207] PWRSCHL_00003235-274 at 253.
[208] PWRSCHL_00117521-522 at 521.
[209] PWRSCHL_00117521-522 at 521.

See, for example, PWRSCHL_00121454, slide 49.

HIGHLY CONFIDENTIAL
55

**Figure 49**



122.

**Figure 50**

---
210 PWRSCHL_00117521-522 at 521.  Emphasis added.
211 PWRSCHL_00117521-522 at 521.
212 PWRSCHL_00117521-522 at 521.  Emphasis added.

HIGHLY CONFIDENTIAL

123. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

**Figure 51**



124. As indicated in the figure below, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮



---

[213] PWRSCHL_00118474-475 at 475.
[214] PWRSCHL_00118474-475 at 475.
[215] PWRSCHL_00118474-475 at 474-475. ▮▮▮▮▮▮▮▮

[216] PWRSCHL_00118474-475 at 475. Emphasis added.

HIGHLY CONFIDENTIAL

**Figure 52**



125. ████████████████████████████████████
████████████████████████████████████████
███████████████████ █

126. ████████████████████████████████████
█████████████████████████████████████████
████████████████████████████████████████████:

  - ███████████████████████████████████
    ████████████████████████████████████
    ████████████████████████████████████████
    ████████████████████████████████████████
    ███████████████████

---
[217] PWRSCHL_00118474-475 at 475.  Emphasis added.
[218] PWRSCHL_00118474-475 at 474.



---

[219] PWRSCHL_00143073, slide 43.  Emphasis added.
[220] PWRSCHL_00119633-751 at 740.  Emphasis added.

127. 

### 8.1.4.     Summary of Analysis of PowerSchool's Agreements

128.  Based on the above, I find that

These indicators include:

---

221  See also, for example, PWRSCHL_00143073, slide 42; PWRSCHL_00644263-290 at 265-266, 277-278; PWRSCHL_00589499-502 at 500.

HIGHLY CONFIDENTIAL
60



129. I also note that Mr. Flagg, PowerSchool's Chief Compliance Officer, Chief Privacy Officer, and Assistant Corporate Secretary,[223] testified that ███████████████████████████████



130.

---

[222] PWRSCHL_00118474-475 at 475.
[223] Deposition of Darron Flagg, December 1, 2025, pp. 13-14.
[224] Deposition of Darron Flagg, December 1, 2025, p. 350 (objection omitted).
[225] Exhibits 11.1 and 11.2.
[226] PWRSCHL_00118474-475 at 475.
[227] PWRSCHL_00004737-756 at 740; PWRSCHL_00117521-522 at 521.
[228] ████████████████████████

- 

## 8.2. Conclusion Regarding Actual Damages

131. In my opinion, the analysis of actual damages attributable to PowerSchool's alleged wrongful conduct is reasonably based on the value of the student data that PowerSchool aggregated and used without consent from – or compensation to – Plaintiffs and Class Members.

132. In my opinion, the best indicators of the value of that data to Plaintiffs and Class Members are ███ ████████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████ ███████████.  As detailed above, I calculated that ████████████████████████ ████████████████████████.  In my opinion, this implied minimum revenue to PowerSchool represents a conservative and reasonable measure of the financial consideration each Plaintiff and Class Member would reasonably expect to receive in exchange for PowerSchool's alleged wrongful aggregation and use of their data without their knowledge or consent.  It is therefore my opinion that actual damages in this matter can be conservatively calculated on a class-wide basis as no less than approximately $0.40 per Class Member.

133. In my opinion, the calculation of class-wide actual damages as no less than approximately $0.40 per Class Member is conservative for at least the following reasons:

    - ████████████████████████████████████████████████ does not reflect any other source of value accruing to PowerSchool and attributable to its alleged wrongful aggregation and use of Plaintiff and Class Member data.  As detailed in Section 7 of this report, I determined that PowerSchool has generated hundreds of millions of dollars in revenue and profit from products implicated by the alleged wrongful conduct without consent from – or compensation to – Plaintiffs and Class Members.

    - 

---

[229] PWRSCHL_00118474-475 at 475.

HIGHLY CONFIDENTIAL



---

[230] PWRSCHL_00118474-475 at 475
[231] PWRSCHL_00118474-475 at 475.

HIGHLY CONFIDENTIAL

**9. APPORTIONING MONETARY RELIEF TO THE CLASSES AND CLASS MEMBERS**

134.  All of the calculations discussed in this report and detailed in the corresponding exhibits can be readily apportioned across the Classes and among the Class Members.  For example, if required and relevant, allocations for Class Members in California could be performed based on PowerSchool internal records regarding the number of students per school, school district, or state that used the PowerSchool platform.

135.  My analyses of the monetary relief that can be awarded in this case can be readily used as common proof in part because they can be adjusted to calculate and assess unjust enrichment and actual damages for different periods of time, classes, or subclasses, depending on rulings from the Court and findings by a jury.

**9.1. Number of Class Members**

136.  I understand from Counsel that the quantification and identification of potential Class Members could be based on PowerSchool's contemporaneous business records.  Such records could include, for example, PowerSchool's sales and accounting records that detail product sales by state, school or account name, product name, product family, and student count (*i.e.*, "opportunity enrollment").[232]

137.  I also note that information produced by PowerSchool relating to its 2024 acquisition by Bain Capital could also be used to estimate the minimum number of Class Members based on student usage of PowerSchool products.  For example, the PowerSchool document captured in the figure below and summarizing "Student Count by Product" could be used to estimate the number of students that used various PowerSchool products in 2023:

---

[232] See, for example, PWRSCHL_00702684 at tab "Bookings"; PWRSCHL_00170053 at tab "report1579025626462"; PWRSCHL_00566064 at tab "ACCOUNTS"; PWRSCHL_00077701 at tab "Oppty – Flat Matrix NEW."

HIGHLY CONFIDENTIAL

**Figure 55**



138. The number of Class Members could also be estimated based on PowerSchool's public representations regarding current and historical use of its products. For example, PowerSchool represents that its products are currently used by more than 60 million students and that more than 40 million students have used its *Naviance* product over time.[234] PowerSchool also represents various other student counts per product, certain of which are summarized in the figure below:

---

[233] PWRSCHL_00003064 at tab "Student Count by Product."
[234] See, for example, https://www.powerschool.com/ (Accessed December 9, 2025); https://www.powerschool.com/solutions/college-career-and-life-readiness/naviance-cclr/. (Accessed December 10, 2025)

HIGHLY CONFIDENTIAL

**Figure 56**
**Student Count per PowerSchool Product as Represented on PowerSchool's Website**[235]

| Product | Student Count |
|---|---|
| SIS | 17,000,000 |
| Schoology Learning | 7,000,000 |
| Connected Intelligence | 7,000,000 |

139.  Once determined, the dollar value resulting from my analyses of PowerSchool's unjust enrichment attributable to the alleged wrongful conduct or Plaintiffs' and Class Members' actual damages could then be distributed to the Classes and Class Members in the claims administration process.

## 10. SIGNATURE

Respectfully,

_(signature)_
_____          January 20, 2026
Christopher L. Schulte                            Date

---

[235] https://www.powerschool.com/solutions/student-information/powerschool-sis/;
https://www.powerschool.com/solutions/personalized-learning/schoology-learning/;
https://www.powerschool.com/solutions/data/connected-intelligence/. I note that PowerSchool does not currently represent student counts on its website for *Performance Matters*, *Behavior Support,* or *Attendance Intervention*. I also note that Figures 55 and 56 summarize student count by product, such that an individual student is presumably counted under more than one PowerSchool product.  For clarity, and as discussed in Section 8.2, it is my opinion that class-wide actual damages in this matter can be calculated as no less than approximately $0.40 per Class Member.  I do not propose that the calculation of class-wide actual damages would or should be increased to reflect a Class Member's association with multiple PowerSchool products.

HIGHLY CONFIDENTIAL

# Appendix A

# CHRISTOPHER L. SCHULTE
# CURRICULUM VITAE

January 2026

Chris Schulte is a Managing Director in the Intellectual Property Practice of Ankura Consulting Group, LLC, a global business advisory and expert services firm. Ankura's IP Practice is dedicated to advising clients and counsel on financial aspects of intellectual property, including valuation, litigation consulting, strategy, and transaction services.

Mr. Schulte's consulting practice has focused on financial, economic, and strategic issues pertaining to intellectual property since 2003. Most of this work has been focused on the valuation and licensing of intellectual property and the determination of financial damages in intellectual property litigation. Mr. Schulte has consulted with clients regarding licensing, damages, and valuation issues associated with many types of intellectual property, including patents, trade secrets, trademarks, and copyrights. These engagements typically involve the analysis of financial, accounting, and other business data in order to quantify reasonable royalties, lost profits, or unjust enrichment. Mr. Schulte has also evaluated financial damages and unjust enrichment in class action matters relating to corporate data breaches and personal data privacy. Mr. Schulte is regularly engaged as a damages expert and has testified in deposition and trial proceedings.

Mr. Schulte has also provided analytic, strategic, and corporate finance support to clients engaged in licensing negotiations, patent portfolio sales and acquisitions, tax controversy, and bankruptcy proceedings. Mr. Schulte's clients have ranged from start-ups and other small companies to publicly traded corporations. While his consulting experience spans across countless industries and technology areas, Mr. Schulte has worked extensively within the automotive, aerospace, cellular, medical device, pharmaceutical, apparel, high-tech, and consumer products industries.

Mr. Schulte holds a BBA with an emphasis in Finance from The University of Michigan Business School (now the Stephen M. Ross School of Business), where he graduated in 2002 with high distinction. Mr. Schulte is a Certified Licensing Professional (CLP) – a designation initiated by the Licensing Executives Society (LES), one of the nation's largest intellectual property trade associations.

During each of the past four years, Mr. Schulte was named among the IAM Strategy 300: The World's Leading IP Strategists. Mr. Schulte previously chaired the IP Valuation Committee of LES International (LESI), the Patent Damages Subcommittee of the American Intellectual Property Lawyers Association (AIPLA), the Valuation and Pricing Committee of LES, and was also a past Vice Chair of the Automotive and Aerospace Committee of LES. Mr. Schulte has also published articles, spoken, and lectured about IP licensing, valuation, opportunity assessment, and damages issues.

1



**PROFESSIONAL EXPERIENCE**

Managing Director, Ankura Consulting Group, LLC, December 2019 – Present

Managing Director, 284 Partners (acquired by Ankura), October 2016 – December 2019

Director, 284 Partners, December 2010 – October 2016

Senior Associate, Charles River Associates, 2009 – December 2010

Consulting Associate, Charles River Associates, 2007 – 2009

Associate, Charles River Associates, 2004 – 2007

Analyst, Charles River Associates, 2003 – 2004

Trading Assistant, Wolverine Trading, 2002 – 2003

**EDUCATION / DESIGNATIONS / PROFESSIONAL ASSOCIATIONS**

The University of Michigan Business School (Stephen M. Ross School of Business)
*Bachelors of Business Administration, Finance Emphasis, with High Distinction*

Certified Licensing Professional, Licensing Executives Society, Certificate No. 2203

IAM Strategy 300: The World's Leading IP Strategists 2022-2025

Former Chair, Patent Damages Subcommittee, American Intellectual Property Law Association

Former Chair, IP Valuation Committee, LES International

Former Chair, Valuation and Taxation Committee, LES USA and Canada

Former Chair, Certified Licensing Professional Appeals, Ethics, and Discipline Committee

Former Co-Chair, Michigan Chapter of the LES USA and Canada

Former Vice Chair, Automotive and Aerospace Committee of LES USA and Canada

Former Member of the CLP Exam Development Committee

Former Member of *LES Insights* Editorial Board

**EXPERIENCE – SELECT CAUSES OF ACTION**

- Breach of Contract
- Class Action Litigation
- Copyright Infringement
- IP Valuation
- Licensing Advisory
- Patent Infringement
- Trademark Infringement
- Trade Secret Misappropriation
- Bankruptcy

**EXPERIENCE – SELECT PRODUCTS AND INDUSTRIES**

- Aerospace & Defense
- Agricultural Products
- Automotive Components
- Consumer Products
- Data Privacy
- Industrial Packaging
- Medical Devices
- Retail Products & Services
- Wireless Communications



**DESIGNATED EXPERT ENGAGEMENTS**

***Sheffler et al. v. Americold Realty Trust***
Deposition, Expert Report
Primary Action: Data Breach Class Action
Venue: Northern District of Georgia

***Lexington Luminance LLC v. TCL Electronics Holdings Ltd. et al.***
Deposition, Expert Report
Primary Action: Patent Infringement
Venue: Western District of Texas

***PSI Marine, Inc. et al. v. Seahorse Docking LLC***
Deposition, Expert Report
Primary Action: Trademark Infringement, Copyright Infringement, False Advertising
Venue: District of Connecticut

***Confidential Engagement for Irish Tax Commissioner***
Advisory Opinion
Primary Action: Tax Dispute – IP Valuation

***Sticky Fingers Restaurants, LLC v. Sticky's Holdings, LLC***
Expert Report
Primary Action: Trademark Infringement
Venue: Southern District of New York

***Covet & Mane, LLC v. Invisible Bead Extensions, LLC et al.***
Primary Action: Trade Secret Misappropriation
Venue: Southern District of New York

***Literati, LLC v. Literati, Inc.***
Primary Action: Trademark Infringement
Venue: Eastern District of Michigan

***RevoLaze LLC v. J.C. Penney Corporation, Inc. et al.***
Deposition, Expert Report
Primary Action: Patent Infringement
Venue: Eastern District of Texas, Marshall Division

***BOS GmbH & Co. KG et al. v. Macauto USA, Inc. et al.***
Deposition, Expert Report
Primary Action: Patent Infringement
Venue: Eastern District of Michigan, Southern Division

***Western Plastics, Inc. v. DuBose Strapping, Inc.***
Trial Testimony, Deposition, Expert Report
Primary Action: Patent Infringement
Venue: Eastern District of North Carolina, Western Division

***SSL Services, LLC. v. Cisco Systems, Inc.***
Primary Action: Patent Infringement
Venue: Eastern District of Texas, Marshall Division



**SELECT OTHER LITIGATION CONSULTING EXPERIENCE**

*Anibal Rodriguez, Sal Cataldo, Julian Santiago, and Susan Lynn Harvey, Individually and on Behalf of All Other Similarly Situated v. Google LLC*
Primary Action: Unjust Enrichment, Actual Harm
Industry: Consumer Data Privacy
Venue: Northern District of California

*Chasom Brown, William Byatt, Jeremy Davis, Christopher Castillo, and Monique Trujillo, Individually and on Behalf of All Other Similarly Situated v. Google LLC*
Primary Action: Unjust Enrichment, Actual Harm
Industry: Consumer Data Privacy
Venue: United States District Court for the Northern District of California

*DivX, LLC v. Harman International Industries, Inc.*
Primary Action: Breach of Contract
Industry: Automotive Electronics
Venue: Supreme Court of the State of New York, County of New York: Commercial Division

*Magna Mirrors of America, Inc. v. SMR Group Holdings Limited et al.*
Primary Action: Patent Infringement
Industry: Automotive Components
Venue: United States District Court, Western District of Michigan

*Green Mountain Glass, LLC and Culchrome, LLC v. Saint-Gobain Containers, Inc. d/b/a Verallia North America*
Primary Action: Patent Infringement
Industry: Glass Recycling
Venue: United States District Court, District Court of Delaware

*In re: Caesars Entertainment Operating Company, Inc. et al.*
Primary Action: Bankruptcy
Industry: Gaming
Venue: United States Bankruptcy Court for the Northern District of Illinois

*Verasonics, Inc. v. Alpinion Medical Systems, Co., Ltd.,*
Primary Action: Trade Secret Misappropriation
Industry: Medical Ultrasound
Venue: American Arbitration Association

*Smartrend Manufacturing Group (SMG), Inc. v. Opti-Luxx Inc.*
Primary Action: Design Patent Infringement
Industry: Commercial Vehicle Components
Venue: United States District Court for the Western District of Michigan

*Kimberly-Clark Worldwide, Inc. et al v. First Quality Baby Products, LLC et al*
Primary Action: Patent Infringement
Industry: Consumer Products
Venue: United States District Court, Eastern District of Texas



***Ethicon Endo-Surgery, Inc. v. Crescendo Technologies, et al.***
Primary Action: Trade Secret Misappropriation, Breach of Contract
Industry: Medical Devices
Venue: United States District Court, Southern District of Ohio

***Healthy Advice Networks, LLC v. ContextMedia, Inc.***
Primary Action: False Advertising, Trade Secret Misappropriation
Industry: Point of Care Patient Education
Venue: United States District Court, Southern District of Ohio

***Business Logic Holding Corporation v. Ibbotson Associates, Inc. and Morningstar, Inc.***
Primary Action: Trade Secret Misappropriation, Breach of Contract
Industry: Financial Software
Venue: Circuit Court of Cook County, Illinois, Chancery Division

***Edgenet Inc. v. Home Depot USA Inc., et al.***
Primary Action: Trade Secret Misappropriation, Breach of Contract
Industry: Data Management
Venue: State of Wisconsin Circuit Court, Waukesha County

***TSI Incorporated v. Azbil BioVigilant, Inc.***
Primary Action: Patent Infringement
Industry: Particle Detection
Venue: United States District Court, District of Arizona

***Honeywell International, Inc. v. ICM Controls Corp.***
Primary Action: Patent Infringement, Copyright Infringement, False Advertising
Industry: Combustion Controls
Venue: United States District Court, District of Minnesota

***Amazon.com, Inc. & Subsidiaries v. Commissioner of Internal Revenue***
Primary Action: Tax Dispute – IP Valuation
Industry: Internet & E-commerce
Venue: United States Tax Court

***Confidential Consulting Engagement for Defense Contractor***
Primary Role: Royalty Rate Assessment
Technology/IP: Know-How and Data Package Related to Radar Component Manufacturing
Industry: Radar & Defense

***Consulting Engagement for Audio Technology Company***
Primary Role: Royalty Analysis and License Negotiation
Technology/IP: Patent Portfolios Related to LTE, HEVC, and EVC standards
Industry: Audio Codec

***Confidential Tax Controversy Engagement for Multinational Brewer***
Primary Role: Asset Valuation and Intercompany Royalty Assessment
Technology/IP: Technology Package for Brewery Optimization
Industry: Alcoholic Beverages



## SPEECHES / TEACHING OPPORTUNITIES / PUBLICATIONS

"Patent Damages – Overview, Strategy, and Best Practices" (Speaker) Intellectual Property Law Section of the State Bar of Michigan Spring Seminar, March 2024

"Patent Damages – 2021 Year in Review" (Panelist) AIPLA CLE Webinar, February 2022

"Early Engagement of Damages Experts in Trade Secret Matters" (Podcast) ABA Litigation Section, Diverse Lawyers Trial Academy, November 2021

"Calculating IP Damages in 2021: Tools and Techniques" (Speaker) Knowledge Group Webinar, April 2021

"*Tips for Leveraging the Cost Approach When Quantifying Damages in Trade Secret Litigation*," ABA Practice Point, March 2021, co-authored with Jim Pampinella

"*Damages in Trade Secret Matters: Lessons Learned in Patent Litigation*," ABA Litigation Section, January 2021, co-authored with Jim Pampinella

"Patent Damages – 2019 Year in Review" (Panelist) AIPLA CLE Webinar, February 2020

"CLP Exam Review" (Class Instructor – Valuation and Licensing), Vancouver, BC, October 2016

"Cost, Market, Income – Valuation Frameworks for Licensing" (Class Instructor) LES Annual Meeting, New York, October 2015

"Technology Valuation Concepts, Methods, and Applications – Part II" (Speaker) LES Webinar, December 2014

"Everything You Need to Know About IP Valuation Theory & Practice" (Class Instructor) LES Best Practices in Licensing Seminar, Chicago, November 2014

"Valuation Techniques for Early Stage Technologies" (Class Instructor) LES Annual Meeting, San Francisco, October 2014

"Technology Valuation Concepts, Methods, and Applications – Part I" (Speaker) LES Webinar, May 2014

"Valuation as a Tool in Negotiations" (Class Instructor) LES Mid-Year Meeting, NY, March 2014

"Valuation Tools and Methods for Assessing IP Litigation Risk" (Speaker) LES Mid-Year Meeting, New York, March 2014

"*Oracle America, Inc. v. Google, Inc.: Profit Apportionment Post Uniloc,*" LES Insights, July 2011 & August 2011, co-authored with Philip Kline

## CONTACT

Christopher L. Schulte
Ankura Consulting Group, LLC
220 E. Huron Street, Suite 470          312.953.1294
Ann Arbor, MI 48104                      christopher.schulte@ankura.com

# Appendix B

*Emily Cherkin et al. v. PowerSchool Holdings, Inc.*
DOCUMENT INDEX

| Beginning Document ID: | Ending Document ID: |
|---|---|
| PWRSCHL_00001039 | PWRSCHL_00001039 |
| PWRSCHL_00001064 | PWRSCHL_00001064 |
| PWRSCHL_00002784 | PWRSCHL_00002784 |
| PWRSCHL_00002785 | PWRSCHL_00002785 |
| PWRSCHL_00002886 | PWRSCHL_00002886 |
| PWRSCHL_00003064 | PWRSCHL_00003064 |
| PWRSCHL_00003129 | PWRSCHL_00003129 |
| PWRSCHL_00003130 | PWRSCHL_00003130 |
| PWRSCHL_00003131 | PWRSCHL_00003131 |
| PWRSCHL_00003235 | PWRSCHL_00003274 |
| PWRSCHL_00004737 | PWRSCHL_00004756 |
| PWRSCHL_00005596 | PWRSCHL_00007617 |
| PWRSCHL_00077628 | PWRSCHL_00077637 |
| PWRSCHL_00077701 | PWRSCHL_00077701 |
| PWRSCHL_00117521 | PWRSCHL_00117522 |
| PWRSCHL_00118474 | PWRSCHL_00118475 |
| PWRSCHL_00119633 | PWRSCHL_00119751 |
| PWRSCHL_00121454 | PWRSCHL_00121454 |
| PWRSCHL_00121950 | PWRSCHL_00121958 |
| PWRSCHL_00143073 | PWRSCHL_00143073 |
| PWRSCHL_00170053 | PWRSCHL_00170053 |
| PWRSCHL_00191203 | PWRSCHL_00191241 |
| PWRSCHL_00291629 | PWRSCHL_00291633 |
| PWRSCHL_00425124 | PWRSCHL_00425226 |
| PWRSCHL_00566064 | PWRSCHL_00566064 |
| PWRSCHL_00568817 | PWRSCHL_00568817 |
| PWRSCHL_00584858 | PWRSCHL_00589502 |
| PWRSCHL_00589499 | PWRSCHL_00589502 |
| PWRSCHL_00608936 | PWRSCHL_00608958 |
| PWRSCHL_00644211 | PWRSCHL_00644220 |
| PWRSCHL_00644221 | PWRSCHL_00644229 |
| PWRSCHL_00644263 | PWRSCHL_00644290 |
| PWRSCHL_00644311 | PWRSCHL_00644320 |
| PWRSCHL_00644366 | PWRSCHL_00644374 |
| PWRSCHL_00644375 | PWRSCHL_00644385 |
| PWRSCHL_00644386 | PWRSCHL_00644394 |
| PWRSCHL_00644395 | PWRSCHL_00644408 |
| PWRSCHL_00644447 | PWRSCHL_00644456 |
| PWRSCHL_00644472 | PWRSCHL_00644481 |
| PWRSCHL_00644501 | PWRSCHL_00644509 |
| PWRSCHL_00646371 | PWRSCHL_00646379 |
| PWRSCHL_00702664 | PWRSCHL_00702664 |
| PWRSCHL_00702684 | PWRSCHL_00702684 |
| PWRSCHL_00702685 | PWRSCHL_00702697 |
| PWRSCHL_00702698 | PWRSCHL_00702710 |
| PWRSCHL_00702711 | PWRSCHL_00702724 |
| PWRSCHL_00702738 | PWRSCHL_00702751 |

*Emily Cherkin et al. v. PowerSchool Holdings, Inc.*
**DOCUMENT INDEX**

**Depositions:**

Deposition of Brian Sharp, July 31, 2025
Deposition of Christopher Cirillo, September 18, 2025
Deposition of Darren Flagg, December 1, 2025

**Filings:**

Class Action Complaint, May 6, 2024
Order re Dismissal, March 17, 2025
PowerSchool Holdings, Inc.'s Supplemental Responses and Objections to Plaintiffs' Non-Uniform Interrogatories 2, 3, 7, 8, March 31, 2025

**Publicly Available:**

https://icab.com
https://icab.com/solutions/intersect/
https://go.powerschool.com/rs/861-RMI-846/images/Data_as_Service_K12_Data_Modernization.pdf?version=0
https://go.powerschool.com/rs/861-RMI-846/images/Unified_Insights_Hoonuit.pdf
https://go.powerschool.com/rs/861-RMI-846/images/Unified_Insights_Hoonuit.pdf
https://www.apple.com/newsroom/2001/03/14Apple-to-Acquire-PowerSchool/
https://www.apple.com/newsroom/2006/05/25Pearson-to-Acquire-PowerSchool/
https://www.powerschool.com/
https://www.powerschool.com/bain-capital/
https://www.powerschool.com/blog/getting-on-the-path-to-interoperability/
https://www.powerschool.com/blog/k12-student-information-systems/
https://www.powerschool.com/company/
https://www.powerschool.com/news/pearson-sell-powerschool-vista-equity-partners/
https://www.powerschool.com/news/powerschool-acquires-hoonuit/
https://www.powerschool.com/news/powerschool-and-naviance-and-intersect-close/
https://www.powerschool.com/news/powerschool-announces-launch-of-initial-public-offering/
https://www.powerschool.com/solutions/
https://www.powerschool.com/solutions/college-career-and-life-readiness/
https://www.powerschool.com/solutions/college-career-and-life-readiness/naviance-cclr/
https://www.powerschool.com/solutions/data/
https://www.powerschool.com/solutions/data/connected-intelligence/
https://www.powerschool.com/solutions/data/mtss/
https://www.powerschool.com/solutions/data/student-readiness-analytics/
https://www.powerschool.com/solutions/personalized-learning/
https://www.powerschool.com/solutions/personalized-learning/performance-matters/
https://www.powerschool.com/solutions/personalized-learning/schoology-learning/
https://www.powerschool.com/solutions/powerschool-ai/
https://www.powerschool.com/solutions/student-information/
https://www.powerschool.com/solutions/student-information/powerschool-sis/
https://www.powerschool.com/solutions/student-success/
https://www.seattleschools.org/departments/community-partnerships/data-access-for-partners/unified-insights/
PowerSchool Holdings, Inc., Form 10-K for the fiscal year ended December 31, 2021
PowerSchool Holdings, Inc., Form 10-K for the fiscal year ended December 31, 2022
PowerSchool Holdings, Inc., Form 10-K for the fiscal year ended December 31, 2023
Seattle Public Schools Executive Approval Form, DocuSign Envelope ID: 80939S8D-CA3F-4140-8348-06D3DAEB3C04

# Exhibits

*Emily Cherkin et al. v. PowerSchool Holdings, Inc.*
U.S. PROFIT NET OF COST OF REVENUES BY PRODUCT - DATA, ANALYTICS & INSIGHTS, PERFORMANCE MATTERS, BEHAVIOR SUPPORT, AND ATTENDANCE INTERVENTION
Exhibit 1.1
HIGHLY CONFIDENTIAL



Notes:
(1) Exhibit 1.2.
(2) Exhibit 1.3.

*Emily Cherkin et al. v. PowerSchool Holdings, Inc.*
**2019 - 2025 U.S. REVENUES - DATA, ANALYTICS & INSIGHTS, PERFORMANCE MATTERS, BEHAVIOR SUPPORT, AND ATTENDANCE INTERVENTION**
Exhibit 1.2
**HIGHLY CONFIDENTIAL**



**Notes:**
(1) Exhibit 2.1.
(2) Exhibit 3.1.
(3) Exhibit 4.1.
(4) Exhibit 5.1.

*Emily Cherkin et al. v. PowerSchool Holdings, Inc.*
**2019 - 2025 U.S. COST OF REVENUES - DATA, ANALYTICS & INSIGHTS, PERFORMANCE MATTERS, BEHAVIOR SUPPORT, AND ATTENDANCE INTERVENTION**
Exhibit 1.3
**HIGHLY CONFIDENTIAL**

**Notes:**
(1) Exhibit 2.1.
(2) Exhibit 3.1.
(3) Exhibit 4.1.
(4) Exhibit 5.1.

*Emily Cherkin et al. v. PowerSchool Holdings, Inc.*
**2019 - 2025 U.S. PROFIT NET OF COST OF REVENUES - DATA, ANALYTICS & INSIGHTS**
Exhibit 2.1
**HIGHLY CONFIDENTIAL**



**Notes:**
(1) Exhibit 2.4.
(2) Exhibit 2.3, 2024 and 2025 calculated as difference between revenues and profits.
(3) Exhibit 2.2.

*Emily Cherkin et al. v. PowerSchool Holdings, Inc.*
**2024 - 2025 U.S. PROFIT NET OF COST OF REVENUES - DATA, ANALYTICS & INSIGHTS**
Exhibit 2.2
**HIGHLY CONFIDENTIAL**





Notes:
(1) Exhibit 2.4.
(2) Exhibit 2.1.

*Emily Cherkin et al. v. PowerSchool Holdings, Inc.*
**2019 - 2023 U.S. COST OF REVENUES - DATA, ANALYTICS & INSIGHTS**
Exhibit 2.3
**HIGHLY CONFIDENTIAL**



<u>Notes:</u>
(1) Exhibit 2.6.
(2) Exhibit 2.7.
(3) Exhibit 2.8.
(4) Exhibit 10.4.

*Emily Cherkin et al. v. PowerSchool Holdings, Inc.*
**2019 - 2025 U.S. REVENUES - DATA, ANALYTICS & INSIGHTS**
Exhibit 2.4
**HIGHLY CONFIDENTIAL**



**Notes:**
(1) Insights year-over-year growth rate per PWRSCHL_00002784 at tab "Product Level."
(2) Exhibit 10.4. ▮
(3) Exhibit 10.1.
(4) Exhibit 2.5.
(5) Calculated using product-specific year-over-year growth rate.

*Emily Cherkin et al. v. PowerSchool Holdings, Inc.*
**2024 REVENUES BY SUBCATEGORY – INSIGHTS**
Exhibit 2.5
**HIGHLY CONFIDENTIAL**



<u>**Notes:**</u>
(1) Exhibit 10.2.
(2) Exhibit 10.3.
(3) Exhibit 10.1.  Assumes product-specific apportionment from 2023.



*Emily Cherkin et al. v. PowerSchool Holdings, Inc.*
SUBSCRIPTION & SUPPORT COST OF REVENUES – DATA, ANALYTICS & INSIGHTS
Exhibit 2.6
HIGHLY CONFIDENTIAL

Notes:
(1) Total Cost of Revenues per PWRSCHL_00568817 at tab "IS - Income Statement."
(2) PWRSCHL_00003129 at tab "2021 IS."
(3) PWRSCHL_00003130 at tab "2022 IS."
(4) PWRSCHL_00003131 at tab "2023 IS."
(5) Exhibit 10.1.



*Emily Cherkin et al. v. PowerSchool Holdings, Inc.*
**SERVICES COST OF REVENUES – DATA, ANALYTICS & INSIGHTS**
Exhibit 2.7
**HIGHLY CONFIDENTIAL**

**Notes:**
(1) Total Cost of Revenues per PWRSCHL_0056817 at tab "IS - Income Statement."
(2) PWRSCHL_0000129 at tab "2021 IS." Consistent with the 2021 income statement, the Services subcategory only includes 60% of the Allocated Service costs in 2021. (Calculated as Allocated Service amount * 0.6).
(3) PWRSCHL_0000130 at tab "2022 IS." Consistent with the 2022 income statement, the Services subcategory only includes 60% of the Allocated Service costs in 2022. (Calculated as Allocated Service amount * 0.6).
(4) PWRSCHL_0000131 at tab "2023 IS." Consistent with the 2023 income statement, the Services subcategory only includes 55% of the Allocated Service costs in 2023. (Calculated as Allocated Service amount * 0.55).
(5) Exhibit 10.1.

*Emily Cherkin et al. v. PowerSchool Holdings, Inc.*
**LICENSES & OTHER COST OF REVENUES – DATA, ANALYTICS & INSIGHTS**
Exhibit 2.9
**HIGHLY CONFIDENTIAL**



<u>Notes:</u>
(1) Total Cost of Revenues per PWRSCHL_00568817 at tab "IS - Income Statement."
(2) PWRSCHL_00003129 at tab "2021 IS."
(3) PWRSCHL_00003130 at tab "2022 IS."
(4) PWRSCHL_00003131 at tab "2023 IS."
(5) Exhibit 10.1.

*Emily Cherkin et al. v. PowerSchool Holdings, Inc.*
**2019 - 2025 U.S. PROFIT NET OF COST OF REVENUES - PERFORMANCE MATTERS**
Exhibit 3.1
**HIGHLY CONFIDENTIAL**



**Notes:**
(1) Exhibit 3.4.
(2) Exhibit 3.3. 2024 and 2025 calculated as difference between revenues and profits.
(3) Exhibit 3.2.

*Emily Cherkin et al. v. PowerSchool Holdings, Inc.*
**2024 - 2025 U.S. PROFIT NET OF COST OF REVENUES - PERFORMANCE MATTERS**
Exhibit 3.2
**HIGHLY CONFIDENTIAL**



**Notes:**
(1) Exhibit 3.4.
(2) Exhibit 3.1. 2023 product-specific profit margin held constant through 2025.

*Emily Cherkin et al. v. PowerSchool Holdings, Inc.*
**2019 - 2023 U.S. COST OF REVENUES - PERFORMANCE MATTERS**
Exhibit 3.3
**HIGHLY CONFIDENTIAL**



**Notes:**
(1) Exhibit 3.6.
(2) Exhibit 3.7.
(3) Exhibit 3.8.
(4) Exhibit 10.4.

*Emily Cherkin et al. v. PowerSchool Holdings, Inc.*
**2019 - 2025 U.S. REVENUES - PERFORMANCE MATTERS**
Exhibit 3.4
**HIGHLY CONFIDENTIAL**



**Notes:**
(1) Performance Matters year-over-year growth rate per PWRSCHL_00002784 at tab "Product Level."
(2) Exhibit 10.4. 2023 value held constant through 2025.
(3) Exhibit 10.1.
(4) Exhibit 3.5.
(5) Calculated using product-specific year-over-year growth rate.

*Emily Cherkin et al. v. PowerSchool Holdings, Inc.*
**2024 REVENUES BY SUBCATEGORY - PERFORMANCE MATTERS**
Exhibit 3.5
**HIGHLY CONFIDENTIAL**



**Notes:**
(1) Exhibit 10.2.
(2) Exhibit 10.3.
(3) Exhibit 10.1. Assumes product-specific apportionment from 2023.



*Emily Cherkin et al. v. PowerSchool Holdings, Inc.*
**SUBSCRIPTION & SUPPORT COST OF REVENUES – PERFORMANCE MATTERS**
Exhibit 10.A
HIGHLY CONFIDENTIAL

Notes:
(1) Total Cost of Revenues per PWRSCHL_0056881.7 at tab "IS – Income Statement."
(2) PWRSCHL_0000129 at tab "2021 IS."
(3) PWRSCHL_0000130 at tab "2022 IS."
(4) PWRSCHL_0000131 at tab "2023 IS."
(5) Exhibit 10.1.



*Emily Cherkin et al. v. PowerSchool Holdings, Inc.*
SERVICES COST OF REVENUES – PERFORMANCE MATTERS
Exhibit 3.7
HIGHLY CONFIDENTIAL

Notes:
(1) Total Cost of Revenues per PWRSCHL_00568817 at tab "IS - Income Statement."
(2) PWRSCHL_00003129 at tab "2021 IS." Consistent with the 2021 income statement, the Services subcategory only includes 60% of the Allocated Service costs in 2021. (Calculated as Allocated Service amount * 0.6).
(3) PWRSCHL_00003130 at tab "2022 IS." Consistent with the 2022 income statement, the Services subcategory only includes 60% of the Allocated Service costs in 2022. (Calculated as Allocated Service amount * 0.6).
(4) PWRSCHL_00003131 at tab "2023 IS." Consistent with the 2023 income statement, the Services subcategory only includes 55% of the Allocated Service costs in 2023. (Calculated as Allocated Service amount * 0.55).
(5) Exhibit 10.1.

*Emily Cherkin et al. v. PowerSchool Holdings, Inc.*
**LICENSES & OTHER COST OF REVENUES – PERFORMANCE MATTERS**
Exhibit 3.8
**HIGHLY CONFIDENTIAL**

**Notes:**
(1) Total Cost of Revenues per PWRSCHL_00568817 at tab "IS - Income Statement."
(2) PWRSCHL_00003129 at tab "2021 IS."
(3) PWRSCHL_00003130 at tab "2022 IS."
(4) PWRSCHL_00003131 at tab "2023 IS."
(5) Exhibit 10.1.

*Emily Cherkin et al. v. PowerSchool Holdings, Inc.*
**2019 - 2025 U.S. PROFIT NET OF COST OF REVENUES - BEHAVIOR SUPPORT**
Exhibit 4.1
**HIGHLY CONFIDENTIAL**



**Notes:**
(1) Exhibit 4.4.
(2) Exhibit 4.3.  2024 and 2025 calculated as difference between revenues and profits.
(3) Exhibit 4.2.

*Emily Cherkin et al. v. PowerSchool Holdings, Inc.*
**2024 - 2025 U.S. PROFIT NET OF COST OF REVENUES - BEHAVIOR SUPPORT**
Exhibit 4.2
**HIGHLY CONFIDENTIAL**

**Notes:**
(1) Exhibit 4.4.
(2) Exhibit 4.1. 202[ ]

*Emily Cherkin et al. v. PowerSchool Holdings, Inc.*
**2019 - 2023 U.S. COST OF REVENUES - BEHAVIOR SUPPORT**
Exhibit 4.3
**HIGHLY CONFIDENTIAL**

**Notes:**
(1) Exhibit 4.6.
(2) Exhibit 4.7.
(3) Exhibit 4.8.
(4) Exhibit 10.4.

*Emily Cherkin et al. v. PowerSchool Holdings, Inc.*
**2019 - 2025 U.S. REVENUES - BEHAVIOR SUPPORT**
Exhibit 4.4
**HIGHLY CONFIDENTIAL**



**Notes:**
(1) Behavior year-over-year growth rate per PWRSCHL_00002784 at tab "Product Level."
(2) Exhibit 10.4. 2023 value held constant through 2025.
(3) Exhibit 10.1.
(4) Exhibit 4.5.
(5) Calculated using product-specific year-over-year growth rate.

*Emily Cherkin et al. v. PowerSchool Holdings, Inc.*
**2024 REVENUES BY SUBCATEGORY - BEHAVIOR SUPPORT**
Exhibit 4.5
**HIGHLY CONFIDENTIAL**



<u>**Notes:**</u>
(1) Exhibit 10.2.
(2) Exhibit 10.3.
(3) Exhibit 10.1. Assumes product-specific apportionment from 2023.



*Emily Cherkin et al. v. PowerSchool Holdings, Inc.*
SUBSCRIPTION & SUPPORT COST OF REVENUES – BEHAVIOR SUPPORT
Exhibit 4.6
HIGHLY CONFIDENTIAL

Notes:
(1) Total Cost of Revenues per PWRSCHL_00568817 at tab "IS – Income Statement."
(2) PWRSCHL_0000129 at tab "2021 IS."
(3) PWRSCHL_0000130 at tab "2022 IS."
(4) PWRSCHL_0000131 at tab "2023 IS."
(5) Exhibit 10.1.

*Emily Cherkin et al. v. PowerSchool Holdings, Inc.*
**SERVICES COST OF REVENUES – BEHAVIOR SUPPORT**
Exhibit 4.7
**HIGHLY CONFIDENTIAL**



**Notes:**
(1) Total Cost of Revenues per PWRSCHL_00568817 at tab "IS - Income Statement."
(2) PWRSCHL_00003129 at tab "2021 IS." Consistent with the 2021 income statement, the Services subcategory only includes 60% of the Allocated Service costs in 2021. (Calculated as Allocated Service amount * 0.6).
(3) PWRSCHL_00003129 at tab "2021 IS." Consistent with the 2021 income statement, the Services subcategory only includes 60% of the Allocated Service costs in 2022. (Calculated as Allocated Service amount * 0.6).
(4) PWRSCHL_00003130 at tab "2022 IS." Consistent with the 2022 income statement, the Services subcategory only includes 55% of the Allocated Service costs in 2023. (Calculated as Allocated Service amount * 0.55).
(5) Exhibit 10.1.

*Emily Cherkin et al. v. PowerSchool Holdings, Inc.*
**LICENSES & OTHER COST OF REVENUES - BEHAVIOR SUPPORT**
Exhibit 4.8
**HIGHLY CONFIDENTIAL**



**Notes:**
(1) Total Cost of Revenues per PWRSCHL_00568817 at tab "IS - Income Statement."
(2) PWRSCHL_00003129 at tab "2021 IS."
(3) PWRSCHL_00003130 at tab "2022 IS."
(4) PWRSCHL_00003131 at tab "2023 IS."
(5) Exhibit 10.1.

*Emily Cherkin et al. v. PowerSchool Holdings, Inc.*
**2019 - 2025 U.S. PROFIT NET OF COST OF REVENUES - ATTENDANCE INTERVENTION**
Exhibit 5.1
**HIGHLY CONFIDENTIAL**



**Notes:**
(1) Exhibit 5.4.
(2) Exhibit 5.3. 2024 and 2025 calculated as difference between revenues and profits.
(3) Exhibit 5.2.

*Emily Cherkin et al. v. PowerSchool Holdings, Inc.*
**2024 - 2025 U.S. PROFIT NET OF COST OF REVENUES - ATTENDANCE INTERVENTION**
Exhibit 5.2
**HIGHLY CONFIDENTIAL**



**Notes:**
(1) Exhibit 5.4.
(2) Exhibit 5.1. 2023 product-specific profit margin held constant through 2025.

*Emily Cherkin et al. v. PowerSchool Holdings, Inc.*
**2019 - 2023 U.S. COST OF REVENUES - ATTENDANCE INTERVENTION**
Exhibit 5.3
**HIGHLY CONFIDENTIAL**

**Notes:**
(1) Exhibit 5.6.
(2) Exhibit 5.7.
(3) Exhibit 5.8.
(4) Exhibit 10.4.

*Emily Cherkin et al. v. PowerSchool Holdings, Inc.*
**2019 - 2025 U.S. REVENUES - ATTENDANCE INTERVENTION**
Exhibit 5.4
**HIGHLY CONFIDENTIAL**



**Notes:**
(1) Attendance Intervention year-over-year growth rate per PWRSCHL_00002784 at tab "Product Level."
(2) Exhibit 10.4. 2023 value held constant through 2025.
(3) Exhibit 10.1.
(4) Exhibit 5.5.
(5) Calculated using product-specific year-over-year growth rate.

*Emily Cherkin et al. v. PowerSchool Holdings, Inc.*
**2024 REVENUES BY SUBCATEGORY - ATTENDANCE INTERVENTION**
Exhibit 5.5
**HIGHLY CONFIDENTIAL**

<u>**Notes:**</u>
(1) Exhibit 10.2.
(2) Exhibit 10.3.
(3) Exhibit 10.1.  Assumes product-specific apportionment from 2023.

*Emily Cherkin et al. v. PowerSchool Holdings, Inc.*
SUBSCRIPTION & SUPPORT COST OF REVENUES – ATTENDANCE INTERVENTION
Exhibit 8.6.1
HIGHLY CONFIDENTIAL



<u>Notes:</u>
(1) Total Cost of Revenues per PWRSCHL_0058817 at tab "IS – Income Statement."
(2) PWRSCHL_0000129 at tab "2021 IS."
(3) PWRSCHL_0000130 at tab "2022 IS."
(4) PWRSCHL_0000131 at tab "2023 IS."
(5) Exhibit 10.1.

*Emily Cherkin et al. v. PowerSchool Holdings, Inc.*
SERVICES COST OF REVENUES – ATTENDANCE INTERVENTION
Exhibit 5.7
HIGHLY CONFIDENTIAL



<u>Notes:</u>
(1) Total Cost of Revenues per PWRSCHL_00568817 at tab "IS - Income Statement."
(2) PWRSCHL_00003129 at tab "2021 IS." Consistent with the 2021 income statement, the Services subcategory only includes 60% of the Allocated Service costs in 2021. (Calculated as Allocated Service amount * 0.6).
(3) PWRSCHL_00003130 at tab "2022 IS." Consistent with the 2022 income statement, the Services subcategory only includes 60% of the Allocated Service costs in 2022. (Calculated as Allocated Service amount * 0.6).
(4) PWRSCHL_00003131 at tab "2023 IS." Consistent with the 2023 income statement, the Services subcategory only includes 55% of the Allocated Service costs in 2023. (Calculated as Allocated Service amount * 0.55).
(5) Exhibit 10.1.

*Emily Cherkin et al. v. PowerSchool Holdings, Inc.*
**LICENSES & OTHER COST OF REVENUES - ATTENDANCE INTERVENTION**
Exhibit 5.8
**HIGHLY CONFIDENTIAL**

<u>Notes:</u>
(1) Total Cost of Revenues per PWRSCHL_00568817 at tab "IS - Income Statement."
(2) PWRSCHL_00003129 at tab "2021 IS."
(3) PWRSCHL_00003130 at tab "2022 IS."
(4) PWRSCHL_00003131 at tab "2023 IS."
(5) Exhibit 10.1.



*Emily Cherkin et al. v. PowerSchool Holdings, Inc.*
**U.S. PROFIT NET OF COST OF REVENUES BY PRODUCT - SIS, PERSONALIZED LEARNING, AND CCLR**
Exhibit 6.1
**HIGHLY CONFIDENTIAL**

**Notes:**
(1) Exhibit 6.2.
(2) Exhibit 6.3.

*Emily Cherkin et al. v. PowerSchool Holdings, Inc.*
**2019 - 2025 U.S. REVENUES - SIS, LEARNING, AND CCLR**
Exhibit 6.2
**HIGHLY CONFIDENTIAL**



**Notes:**
(1) Exhibit 7.1.
(2) Exhibit 8.1.
(3) Exhibit 9.1.

*Emily Cherkin et al. v. PowerSchool Holdings, Inc.*
**2019 - 2025 U.S. COST OF REVENUES - SIS, LEARNING, AND CCLR**
Exhibit 6.3
**HIGHLY CONFIDENTIAL**

**Notes:**
(1) Exhibit 7.1.
(2) Exhibit 8.1.
(3) Exhibit 9.1.

*Emily Cherkin et al. v. PowerSchool Holdings, Inc.*
**2019 - 2025 U.S. PROFIT NET OF COST OF REVENUES - SIS**
Exhibit 7.1
**HIGHLY CONFIDENTIAL**



<u>Notes:</u>
(1) Exhibit 7.4.
(2) Exhibit 7.3. 2024 and 2025 calculated as difference between revenues and profits.
(3) Exhibit 7.2.

*Emily Cherkin et al. v. PowerSchool Holdings, Inc.*
**2024 - 2025 U.S. PROFIT NET OF COST OF REVENUES - SIS**
Exhibit 7.2
**HIGHLY CONFIDENTIAL**



**Notes:**
(1) Exhibit 7.4.
(2) Exhibit 7.1. 2023 product-specific profit margin held constant through 2025.

*Emily Cherkin et al. v. PowerSchool Holdings, Inc.*
**2019 - 2023 U.S. COST OF REVENUES - SIS**
Exhibit 7.3
**HIGHLY CONFIDENTIAL**



**Notes:**
(1) Exhibit 7.6.
(2) Exhibit 7.7.
(3) Exhibit 7.8.
(4) Exhibit 10.4.

*Emily Cherkin et al. v. PowerSchool Holdings, Inc.*
**2019 - 2025 U.S. REVENUES - SIS**
Exhibit 7.4
**HIGHLY CONFIDENTIAL**



**Notes:**
(1) SIS year-over-year growth rate per PWRSCHL_00002784 at tab "Product Level."
(2) Exhibit 10.4. 2023 value held constant through 2025.
(3) Exhibit 10.1.
(4) Exhibit 7.5.
(5) Calculated using product-specific year-over-year growth rate.

*Emily Cherkin et al. v. PowerSchool Holdings, Inc.*
**2024 REVENUES BY SUBCATEGORY - SIS**
Exhibit 7.5
**HIGHLY CONFIDENTIAL**



<u>Notes:</u>
(1) Exhibit 10.2.
(2) Exhibit 10.3.
(3) Exhibit 10.1.  Assumes product-specific apportionment from 2023.



*Emily Cherkin et al. v. PowerSchool Holdings, Inc.*
**SUBSCRIPTION & SUPPORT COST OF REVENUES - SIS**
Exhibit 7.C.1
**HIGHLY CONFIDENTIAL**

<u>Notes:</u>
(1) Total Cost of Revenues per PWRSCHL_0058817 at tab "IS - Income Statement."
(2) PWRSCHL_0000129 at tab "2021 IS."
(3) PWRSCHL_0000130 at tab "2022 IS."
(4) PWRSCHL_0000131 at tab "2023 IS."
(5) Exhibit 10.1.

*Emily Cherkin et al. v. PowerSchool Holdings, Inc.*
**SERVICES COST OF REVENUES - SIS**
Exhibit 7.7
**HIGHLY CONFIDENTIAL**



**Notes:**
(1) Total Cost of Revenues per PWRSCHL_00568817 at tab "IS - Income Statement."
(2) PWRSCHL_00003129 at tab "2021 IS." Consistent with the 2021 income statement, the Services subcategory only includes 60% of the Allocated Service costs in 2021. (Calculated as Allocated Service amount * 0.6).
(3) PWRSCHL_00003129 at tab "2021 IS." Consistent with the 2021 income statement, the Services subcategory only includes 60% of the Allocated Service costs in 2022. (Calculated as Allocated Service amount * 0.6).
(4) PWRSCHL_00003130 at tab "2022 IS." Consistent with the 2022 income statement, the Services subcategory only includes 55% of the Allocated Service costs in 2023. (Calculated as Allocated Service amount * 0.55).
(5) PWRSCHL_00003131 at tab "2023 IS." Consistent with the 2023 income statement, the Services subcategory only includes 55% of the Allocated Service costs in 2023. (Calculated as Allocated Service amount * 0.55).
(5) Exhibit 10.1.

*Emily Cherkin et al. v. PowerSchool Holdings, Inc.*
**LICENSES & OTHER COST OF REVENUES -- SIS**
Exhibit 7.0
**HIGHLY CONFIDENTIAL**



**Notes:**
(1) Total Cost of Revenues per PWRSCHL_00568817 at tab "IS - Income Statement."
(2) PWRSCHL_00003129 at tab "2021 IS."
(3) PWRSCHL_00003130 at tab "2022 IS."
(4) PWRSCHL_00003131 at tab "2023 IS."
(5) Exhibit 10.1.

*Emily Cherkin et al. v. PowerSchool Holdings, Inc.*
**2019 - 2025 U.S. PROFIT NET OF COST OF REVENUES - PERSONALIZED LEARNING**
Exhibit 8.1
**HIGHLY CONFIDENTIAL**



**Notes:**
(1) Exhibit 8.4.
(2) Exhibit 8.3. 2024 and 2025 calculated as difference between revenues and profits.
(3) Exhibit 8.2.

*Emily Cherkin et al. v. PowerSchool Holdings, Inc.*
**2024 - 2025 U.S. PROFIT NET OF COST OF REVENUES - PERSONALIZED LEARNING**
Exhibit 8.2
**HIGHLY CONFIDENTIAL**



**Notes:**
(1) Exhibit 8.4.
(2) Exhibit 8.1. 2023 product-specific profit margin held constant through 2025.

*Emily Cherkin et al. v. PowerSchool Holdings, Inc.*
**2019 - 2023 U.S. COST OF REVENUES - PERSONALIZED LEARNING**
Exhibit 8.3
**HIGHLY CONFIDENTIAL**



<u>**Notes:**</u>
(1) Exhibit 8.6.
(2) Exhibit 8.7.
(3) Exhibit 8.8.
(4) Exhibit 10.4.

*Emily Cherkin et al. v. PowerSchool Holdings, Inc.*
**2019 - 2025 U.S. REVENUES - PERSONALIZED LEARNING**
Exhibit 8.4
**HIGHLY CONFIDENTIAL**



**Notes:**
(1) Learning year-over-year growth rate per PWRSCHL_00002784 at tab "Product Level."
(2) Exhibit 10.4. 2023 value held constant through 2025.
(3) Exhibit 10.1.
(4) Exhibit 8.5.
(5) Calculated using product-specific year-over-year growth rate.

*Emily Cherkin et al. v. PowerSchool Holdings, Inc.*
**2024 REVENUES BY SUBCATEGORY - PERSONALIZED LEARNING**
Exhibit 8.5
**HIGHLY CONFIDENTIAL**



<u>**Notes:**</u>
(1) Exhibit 10.2.
(2) Exhibit 10.3.
(3) Exhibit 10.1.  Assumes product-specific apportionment from 2023.



*Emily Cherkin et al. v. PowerSchool Holdings, Inc.*
SUBSCRIPTION & SUPPORT COST OF REVENUES – PERSONALIZED LEARNING
Exhibit 10.1
HIGHLY CONFIDENTIAL

Notes:
(1) Total Cost of Revenues per PWRSCHL_0058817 at tab "IS – Income Statement."
(2) PWRSCHL_0000129 at tab "2021 IS."
(3) PWRSCHL_0000130 at tab "2022 IS."
(4) PWRSCHL_0000131 at tab "2023 IS."
(5) Exhibit 10.1.

*Emily Cherkin et al. v. PowerSchool Holdings, Inc.*
SERVICES COST OF REVENUES – PERSONALIZED LEARNING
Exhibit 8.7
HIGHLY CONFIDENTIAL



Notes:
(1) Total Cost of Revenues per PWRSCHL_00568817 at tab "IS - Income Statement."
(2) PWRSCHL_0000129 at tab "2021 IS." Consistent with the 2021 income statement, the Services subcategory only includes 60% of the Allocated Service costs in 2021. (Calculated as Allocated Service amount * 0.6).
(3) PWRSCHL_0000130 at tab "2022 IS." Consistent with the 2022 income statement, the Services subcategory only includes 60% of the Allocated Service costs in 2022. (Calculated as Allocated Service amount * 0.6).
(4) PWRSCHL_0000131 at tab "2023 IS." Consistent with the 2023 income statement, the Services subcategory only includes 55% of the Allocated Service costs in 2023. (Calculated as Allocated Service amount * 0.55).
(5) Exhibit 10.1.



*Emily Cherkin et al. v. PowerSchool Holdings, Inc.*
**LICENSES & OTHER COST OF REVENUES - PERSONALIZED LEARNING**
Exhibit 8.8
**HIGHLY CONFIDENTIAL**

<u>Notes:</u>
(1) Total Cost of Revenues per PWRSCHL_0056881 at tab "IS - Income Statement."
(2) PWRSCHL_0000129 at tab "2021 IS."
(3) PWRSCHL_0000130 at tab "2022 IS."
(4) PWRSCHL_0000131 at tab "2023 IS."
(5) Exhibit 10.1.

*Emily Cherkin et al. v. PowerSchool Holdings, Inc.*
**2019 - 2025 U.S. PROFIT NET OF COST OF REVENUES - CCLR**
Exhibit 9.1
**HIGHLY CONFIDENTIAL**



**Notes:**
(1) Exhibit 9.4.
(2) Exhibit 9.3. 2024 and 2025 calculated as difference between revenues and profits.
(3) Exhibit 9.2.

*Emily Cherkin et al. v. PowerSchool Holdings, Inc.*
**2024 - 2025 U.S. PROFIT NET OF COST OF REVENUES - CCLR**
Exhibit 9.2
**HIGHLY CONFIDENTIAL**



**Notes:**
(1) Exhibit 9.4.
(2) Exhibit 9.1. 2023 product-specific profit margin held constant through 2025.

*Emily Cherkin et al. v. PowerSchool Holdings, Inc.*
**2019 - 2023 U.S. COST OF REVENUES - CCLR**
Exhibit 9.3
**HIGHLY CONFIDENTIAL**



<u>**Notes:**</u>
(1) Exhibit 9.6.
(2) Exhibit 9.7.
(3) Exhibit 9.8.
(4) Exhibit 10.4.

*Emily Cherkin et al. v. PowerSchool Holdings, Inc.*
**2019 - 2025 U.S. REVENUES - CCLR**
Exhibit 9.4
**HIGHLY CONFIDENTIAL**



**Notes:**
(1) CCLR year-over-year growth rate per PWRSCHL_00002784 at tab "Product Level."
(2) Exhibit 10.4. 2023 value held constant through 2025.
(3) Exhibit 10.1.
(4) Exhibit 9.5.
(5) Calculated using product-specific year-over-year growth rate.

*Emily Cherkin et al. v. PowerSchool Holdings, Inc.*
**2024 REVENUES BY SUBCATEGORY - CCLR**
Exhibit 9.5
**HIGHLY CONFIDENTIAL**



**Notes:**
(1) Exhibit 10.2.
(2) Exhibit 10.3.
(3) Exhibit 10.1.  Assumes product-specific apportionment from 2023.



*Emily Cherkin et al. v. PowerSchool Holdings, Inc.*
SUBSCRIPTION & SUPPORT COST OF REVENUES – CCLR
Exhibit 10.K
HIGHLY CONFIDENTIAL

Notes:
(1) Total Cost of Revenues per PWRSCHL_0056817 at tab"FS - Income Statement."
(2) PWRSCHL_0000129 at tab "2021 IS."
(3) PWRSCHL_0000130 at tab "2022 IS."
(4) PWRSCHL_0000131 at tab "2023 IS."
(5) Exhibit 10.I.

*Emily Cherkin et al. v. PowerSchool Holdings, Inc.*
**SERVICES COST OF REVENUES – CCLR**
Exhibit 9.7
**HIGHLY CONFIDENTIAL**



**Notes:**
(1) Total Cost of Revenues per PWRSCHL_0056817 at tab "IS - Income Statement."
(2) PWRSCHL_0000129 at tab "2021 IS." Consistent with the 2021 income statement, the Services subcategory only includes 60% of the Allocated Service costs in 2021. (Calculated as Allocated Service amount * 0.6).
(3) PWRSCHL_0000129 at tab "2021 IS." Consistent with the 2021 income statement, the Services subcategory only includes 60% of the Allocated Service costs in 2021. (Calculated as Allocated Service amount * 0.6).
(4) PWRSCHL_0000130 at tab "2022 IS." Consistent with the 2022 income statement, the Services subcategory only includes 60% of the Allocated Service costs in 2022. (Calculated as Allocated Service amount * 0.6).
(5) PWRSCHL_0000131 at tab "2023 IS." Consistent with the 2023 income statement, the Services subcategory only includes 55% of the Allocated Service costs in 2023. (Calculated as Allocated Service amount * 0.55).
(5) Exhibit 10.1.

*Emily Cherkin et al. v. PowerSchool Holdings, Inc.*
**LICENSES & OTHER COST OF REVENUES - CCLR**
Exhibit 9.0
**HIGHLY CONFIDENTIAL**



**Notes:**
(1) Total Cost of Revenues per PWRSCHL_00568817 at tab "IS - Income Statement."
(2) PWRSCHL_00003129 at tab "2021 IS."
(3) PWRSCHL_00003130 at tab "2022 IS."
(4) PWRSCHL_00003131 at tab "2023 IS."
(5) Exhibit 10.1.

*Emily Cherkin et al. v. PowerSchool Holdings, Inc.*
**POWERSCHOOL ANNUAL REVENUE BY PRODUCT - PROJECT PICASSO**
Exhibit 10.1
**HIGHLY CONFIDENTIAL**

*Emily Cherkin et al. v. PowerSchool Holdings, Inc.*
**POWERSCHOOL ANNUAL REVENUE BY PRODUCT - PROJECT PICASSO**
Exhibit 10.1
**HIGHLY CONFIDENTIAL**



<u>Note:</u>
PWRSCHL_00002886 at tab "Revenue by Product".

*Emily Cherkin et al. v. PowerSchool Holdings, Inc.*
**POWERSCHOOL ANNUAL RECURRING REVENUE (ARR) BY PRODUCT - PROJECT PICASSO**
Exhibit 10.2
**HIGHLY CONFIDENTIAL**



**Note:**
PWRSCHL_00001039 at tab "Costs by Product."

*Emily Cherkin et al. v. PowerSchool Holdings, Inc.*
**ANNUAL RECURRING REVENUE TO REVENUE ADJUSTMENT**
Exhibit 10.3
**HIGHLY CONFIDENTIAL**



**Notes:**
(1) Calculated when available information for 2021 is inconsistent with subsequent years.
(2) Exhibit 10.1.
(3) Exhibit 10.2.
(4) Identified in revenue details as "Assessment & Analytics."

*Emily Cherkin et al. v. PowerSchool Holdings, Inc.*
**U.S. SHARE OF POWERSCHOOL TOTAL REVENUE: 2019 – 2023**
Exhibit 10.4
**HIGHLY CONFIDENTIAL**

| | 2019 [1] | 2020 [2] | 2021 [3] | 2022 [3] | 2023 [3] |
|---|---|---|---|---|---|
| United States | $332,144,000 | $397,456,000 | $515,043,000 | $585,253,000 | $648,599,000 |
| Canada | $26,781,000 | $31,057,000 | $35,447,000 | $35,439,000 | $36,271,000 |
| Other | $6,066,000 | $6,375,000 | $8,108,000 | $9,991,000 | $12,781,000 |
| Total Revenue | $364,991,000 | $434,888,000 | $558,598,000 | $630,683,000 | $697,651,000 |
| U.S. Share of Total Revenue | 91.0% | 91.4% | 92.2% | 92.8% | 93.0% |

**Notes:**
(1) PowerSchool Holdings, Inc., Form 10-K for the fiscal year ended December 31, 2021, p. 106.
(2) PowerSchool Holdings, Inc., Form 10-K for the fiscal year ended December 31, 2022, p. 107.
(3) PowerSchool Holdings, Inc., Form 10-K for the fiscal year ended December 31, 2023, p. 107.

*Emily Cherkin et al. v. PowerSchool Holdings, Inc.*

Exhibit 11.1
**HIGHLY CONFIDENTIAL**



**Note:**
PWRSCHL_00191203-241 at 234.

*Emily Cherkin et al. v. PowerSchool Holdings, Inc.*

Exhibit 11.2
**HIGHLY CONFIDENTIAL**



**Note:**
PWRSCHL_00003235-274 at 268.