Shana E. Scarlett (217895)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, California 94710
Telephone: (510) 725-3000
shanas@hbsslaw.com

Julie Liddell (*pro hac vice*)
Andrew Liddell (*pro hac vice*)
EDTECH LAW CENTER PLLC
P.O. Box 300488
Austin, Texas 78705
Telephone: (737) 351-5855
julie.liddell@edtech.law
andrew.liddell@edtech.law

Leonard W. Aragon (*pro hac vice*)
E. Tory Beardsley (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
11 West Jefferson Street, Suite 1000
Phoenix, Arizona 85003
Telephone: (602) 840-5900
leonard@hbsslaw.com
toryb@hbsslaw.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| EMILY CHERKIN, et al., | Case No.: 3:24-cv-02706-JD |
| Plaintiffs, | **DECLARATION OF LEONARD ARAGON IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL** |
| v. | |
| POWERSCHOOL HOLDINGS, INC., | Judge: The Honorable James Donato |
| Defendant. | Hearing |
| | Date: April 23, 2026 |
| | Time: 11:00 a.m. |
| | Courtroom: 11, 19th Floor |

I, Leonard Aragon, declare as follows:

1.      I am a partner with the law firm of Hagens Berman Sobol Shapiro LLP, and I represent Plaintiffs in the above-captioned litigation. I submit this declaration in support of Plaintiffs' Administrative Motion to File Under Seal. I have personal knowledge of the matters stated herein and, if called upon, could and would competently testify thereto.

2.      Portions of (1) Plaintiffs' Reply in Support of Motion for Class Certification; (2) Plaintiffs' Opposition to Defendant's Motion to Exclude the Opinions of Christopher Schulte; and (3) Plaintiffs' Opposition to Defendant's Motion to Exclude the Opinions of Dr. K. Suzanne Barber, reference materials Defendant has designated as "CONFIDENTIAL" of "HIGHLY CONFIDENTIAL" pursuant to the Protective Order, Dkt. 53. The portions derived from such materials are indicated in yellow highlights in the under-seal Motions.

3.      Defendant has designated as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL" pursuant to the Protective Order the following document attached to my declaration submitted in support of Plaintiffs' Opposition to Defendant's Motion to Exclude the Opinions of Christopher Schulte.

| Document | Description | Designation |
|---|---|---|
| Aragon Decl. ISO Schulte Opp. Ex. 2 | Bartlett Report: Exhibit 5 | Defendant |

4.      Pursuant to the Protective Order, Plaintiffs are treating the expert deposition testimony as confidential until the time for the parties to designate the testimony as confidential has expired since expert testimony relies on Defendant's designated materials.

5.      Therefore, Plaintiffs also seek to file under seal, excerpts of testimony from Christopher L. Schulte (Schulte Opp. Mot. Ex. 1) and K. Suzanne Barber (Barber Opp. Mot. Ex. 1) in Support of Plaintiffs' Opposition to Defendant's Motions to Exclude the Opinions of Christopher Schulte and Dr. K. Suzanne Barber, which were attached to my declarations submitted in support of each motion.

| Document | Description | Designating Party |
|---|---|---|
| Aragon Decl. ISO Schulte Opp. Ex. 1 | Schulte Transcript | Designation Period Pursuant to Protective Order |

1

ARAGON DECLARATION ISO SCHULTE OPP.    3:24-cv-02706-JD

| Aragon Decl. ISO Barber Opp. Ex. 1 | Barber Transcript | Designation Period Pursuant to Protective Order |
|---|---|---|

6.      Pursuant to the Protective Order in this case [Dkt. 53), Civil Local Rule 79-5, and subject to the Court's approval, Plaintiffs are filing these documents under conditional seal and lodging unredacted copies with the Court pending a final ruling from the Court on Plaintiffs' Administrative Motion.

7.      Plaintiffs will file (1) Plaintiffs' Reply in Support of Motion for Class Certification; (2) Plaintiffs' Opposition to Defendant's Motion to Exclude the Opinions of Christopher Schulte; and (3) Plaintiffs' Opposition to Defendant's Motion to Exclude the Opinions of Dr. K. Suzanne Barber, under conditional seal and Plaintiffs will redact, in the publicly filed versions, the portions of the filings that reveal the contents of the foregoing conditionally sealed documents.

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct.

EXECUTED: March 23, 2026                /s/ Leonard W. Aragon
                                        Leonard W. Aragon

2