Shana E. Scarlett (217895)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, California 94710
Telephone: (510) 725-3000
shanas@hbsslaw.com

Julie Liddell (*pro hac vice*)
Andrew Liddell (*pro hac vice*)
EDTECH LAW CENTER PLLC
P.O. Box 300488
Austin, Texas 78705
Telephone: (737) 351-5855
julie.liddell@edtech.law
andrew.liddell@edtech.law

Leonard W. Aragon (*pro hac vice*)
E. Tory Beardsley (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
11 West Jefferson Street, Suite 1000
Phoenix, Arizona 85003
Telephone: (602) 840-5900
leonarda@hbsslaw.com
toryb@hbsslaw.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| EMILY CHERKIN, et al., | Case No.: 3:24-cv-02706-JD |
| Plaintiffs, | **DECLARATION OF LEONARD W. ARAGON IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT POWERSCHOOL HOLDINGS, INC.'S MOTION TO EXCLUDE THE OPINIONS OF DR. K. SUZANNE BARBER** |
| v. | |
| POWERSCHOOL HOLDINGS, INC., | |
| Defendant. | |

Judge: The Honorable James Donato

<u>Hearing</u>
Date: April 23, 2026
Time: 11:00 a.m.
Courtroom: 11, 19th Floor

I, Leonard W. Aragon, declare as follows:

1.    I am a partner with the law firm of Hagens Berman Sobol Shapiro LLP, a member in good standing of the bar of the State of Arizona, and am admitted *pro hac vice* to practice before the Court in this case.

2.    I am counsel for Plaintiffs in this case and submit this declaration in support of Plaintiffs' Opposition to PowerSchool's Motion to Exclude the Opinions of Dr. K. Suzanne Barber.

3.    I have personal knowledge of the matters made in this declaration, I am competent to testify as to these matters, and if called to testify could and would truthfully testify to the following.

4.    Attached hereto as **Exhibit A** are true and correct excerpts of the March 2, 2026 deposition transcript of Dr. K. Suzanne Barber and Deposition Exhibit 11.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

EXECUTED:  March 23, 2026          /s/ Leonard W. Aragon
                                                           Leonard W. Aragon

ARAGON DECLARATION IN SUPPORT OF OPPOSITION TO MOTION TO EXCLUDE BARBER  3:24-cv-02706-JD

# EXHIBIT A
# FILED UNDER SEAL