Robyn E. Bladow
Kirkland & Ellis LLP
555 South Flower Street, Suite 3700
Los Angeles, CA 90071
Telephone: (213) 680-8400
robyn.bladow@kirkland.com

Martin L. Roth, P.C. (*pro hac vice*)
Alyssa C. Kalisky, P.C. (*pro hac vice*)
Zharna Shah (*pro hac vice*)
Amelia H. Bailey (*pro hac vice*)
Kirkland & Ellis LLP
333 West Wolf Point Plaza
Chicago, IL 60654
Telephone: (312) 862-2000
martin.roth@kirkland.com
alyssa.kalisky@kirkland.com
zharna.shah@kirkland.com
amelia.bailey@kirkland.com

Olivia Adendorff, P.C. (*pro hac vice*)
Cristina Martinez Squiers (*pro hac vice*)
Eugene Temchenko (*pro hac vice*)
Kirkland & Ellis LLP
4550 Travis Street
Dallas, TX 75205
Telephone: (214) 972-1770
olivia.adendorff@kirkland.com
cristina.squiers@kirkland.com
eugene.temchenko@kirkland.com

*Attorneys for Defendant PowerSchool Holdings, Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| EMILY CHERKIN, et al<br><br>Plaintiffs,<br><br>v.<br><br>POWERSCHOOL HOLDINGS, INC.,<br><br>Defendant. | CASE NO. 3:24-cv-02706-JD<br><br>**DEFENDANT'S NOTICE OF ERRATA**<br><br>Judge: Hon. James Donato |

Defendant PowerSchool Holdings, Inc. ("PowerSchool") respectfully files this errata to correct certain exhibits filed in support of the under-seal and public versions of PowerSchool's Motions to Exclude Plaintiffs' Experts O'Neil and Dr. Barber (Dkts. 132-2, 133-2; 134-3, 135-3). PowerSchool's Motions cited certain pages of the experts' deposition transcripts that were inadvertently omitted from PowerSchool's excerpt of those depositions. Thus, although the parties are able to discuss the full content of the experts' testimony, the Court is currently unable to review all relevant pages.

Accordingly, PowerSchool attaches hereto true and correct replacement copies of:

- Attachment 1: Corrected Exhibit A to the Declaration of Olivia Adendorff in support of Defendant PowerSchool Holdings, Inc's Motion to Exclude the Opinions of Catherine O'Neil, O'Neil Transcript, filed under seal (ECF 133-2). The original exhibit was missing pages 30, 55, 65, and 103.
- Attachment 2: Corrected Exhibit A to the Declaration of Olivia Adendorff in support of Defendant PowerSchool Holdings, Inc's Motion to Exclude the Opinions of Catherine O'Neil, O'Neil Transcript, filed publicly with redactions (ECF 132-2).
- Attachment 3: Corrected Exhibit B to the Declaration of Olivia Adendorff in support of Defendant PowerSchool Holdings, Inc's Motion to Exclude the Opinions of K. Suzanne Barber, Barber Transcript, filed under seal (ECF 135-3). The original exhibit was missing pages 219 and 220.
- Attachment 4: Corrected Exhibit B to the Declaration of Olivia Adendorff in support of Defendant PowerSchool Holdings, Inc's Motion to Exclude the Opinions of K. Suzanne Barber, Barber Transcript, filed publicly with redactions (ECF 134-3).

This errata does not add any new arguments and does not contain any additional confidential information.

DATED: March 30, 2026

Respectfully submitted,

Kirkland & Ellis LLP

/s/ *Olivia Adendorff*
Olivia Adendorff, P.C.

Robyn E. Bladow
Kirkland & Ellis LLP
555 South Flower Street, Suite 3700
Los Angeles, CA 90071
Telephone: (213) 680-8400
robyn.bladow@kirkland.com

Martin L. Roth, P.C. (pro hac vice)
Alyssa C. Kalisky, P.C. (pro hac vice)
Zharna Shah (pro hac vice)
Amelia H. Bailey (pro hac vice)
Kirkland & Ellis LLP
333 West Wolf Point Plaza
Chicago, IL 60654
Telephone: (312) 862-2000
martin.roth@kirkland.com
alyssa.kalisky@kirkland.com
zharna.shah@kirkland.com
amelia.bailey@kirkland.com

Olivia Adendorff, P.C. (pro hac vice)
Cristina Martinez Squiers (pro hac vice)
Eugene Temchenko (pro hac vice)
Kirkland & Ellis LLP
4550 Travis Street
Dallas, TX 75205
Telephone: (214) 972-1770
olivia.adendorff@kirkland.com
cristina.squiers@kirkland.com
eugene.temchenko@kirkland.com

*Attorneys for Defendant PowerSchool Holdings, Inc.*