Robyn E. Bladow
KIRKLAND & ELLIS LLP
555 South Flower Street, Suite 3700
Los Angeles, CA 90071
Telephone: (213) 680-8400
robyn.bladow@kirkland.com

Martin L. Roth, P.C. (*pro hac vice*)
Alyssa C. Kalisky, P.C. (*pro hac vice*)
Zharna Shah (*pro hac vice*)
Amelia H. Bailey (*pro hac vice*)
KIRKLAND & ELLIS LLP
333 West Wolf Point Plaza
Chicago, IL 60654
Telephone: (312) 862-2000
martin.roth@kirkland.com
alyssa.kalisky@kirkland.com
zharna.shah@kirkland.com
amelia.bailey@kirkland.com

Olivia Adendorff, P.C. (*pro hac vice*)
Cristina Martinez Squiers (*pro hac vice*)
Ethan Levinton (*pro hac vice*)
Eugene Temchenko (*pro hac vice*)
KIRKLAND & ELLIS LLP
4550 Travis Street
Dallas, TX 75205
Telephone: (214) 972-1770
olivia.adendorff@kirkland.com
cristina.squiers@kirkland.com
ethan.levinton@kirkland.com
eugene.temchenko@kirkland.com

*Attorneys for Defendant PowerSchool Holdings, Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

EMILY CHERKIN, et al.,

Plaintiffs,

v.

POWERSCHOOL HOLDINGS, INC.,

Defendant.

CASE NO. 3:24-CV-02706-JD

**DECLARATION OF OLIVIA ADENDORFF IN SUPPORT OF DEFENDANT POWERSCHOOL HOLDINGS, INC.'S OPPOSITION TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**

I, Olivia Adendorff, declare as follows:

1. I am an attorney at the law firm of Kirkland & Ellis LLP, a member in good standing of the bars of the State of Texas and the District of Columbia and am admitted *pro hac vice* to practice before this Court. I am counsel for Defendant PowerSchool Holdings, Inc. ("PowerSchool") in this matter and am one of the firm's attorneys chiefly responsible for this representation.

2. I submit this declaration in support of PowerSchool's Opposition to Plaintiffs' Motion for Partial Summary Judgment on PowerSchool's Consent Defenses.

3. I have personal knowledge of the matters in this declaration, and I am competent to testify as to the matters set forth below.

4. Attached hereto as **Exhibit 1** is a true and correct copy of excerpts of the September 12, 2025 deposition transcript of Emily Cherkin in this matter.

5. Attached hereto as **Exhibit 2** is a true and correct copy of Seattle Public Schools Regular Board Meeting Minutes, dated July 2, 2025.

6. Attached hereto as **Exhibit 3** is a true and correct copy of CHERKIN_027321, a document produced in discovery in this matter.

7. Attached hereto as **Exhibit 4** is a true and correct copy of an August 3, 2022 article published on the website The Hill entitled "Student privacy laws remain the same, but children are now the product[,]" last accessed May 8, 2026.

8. Attached hereto as **Exhibit 5** is a true and correct copy of CHERKIN_005299, a document produced in discovery in this matter.

9. Attached hereto as **Exhibit 6** is a true and correct copy of excerpts of the August 19, 2025 deposition transcript of David Concepción in this matter.

10. Attached hereto as **Exhibit 7** is a true and correct copy of excerpts of the July 2, 2025 deposition transcript of Mishka McCowan in this matter.

11. Attached hereto as **Exhibit 8** is a true and correct copy of excerpts of the June 19, 2025 deposition transcript of Nicole Shinton in this matter.

12. Attached hereto as **Exhibit 9** is a true and correct copy of PWRSCHL_00644395, a document produced in discovery in this matter.

13. Attached hereto as **Exhibit 10** is a true and correct copy of excerpts of the September 26, 2025 deposition transcript of Paul Brook in this matter.

14. Attached hereto as **Exhibit 11** is a true and correct copy of excerpts of the October 16, 2025 deposition transcript of Sai Rangarajan in this matter.

15. Attached hereto as **Exhibit 12** is a true and correct copy of excerpts of the September 15, 2025 deposition transcript of Joseph Swingle in this matter.

16. Attached hereto as **Exhibit 13** is a true and correct copy of excerpts of the September 17, 2025 deposition transcript of Shahzad Ahmad in this matter.

17. Attached hereto as **Exhibit 14** is a true and correct copy of excerpts of the December 1, 2025 deposition transcript of Darron Flagg in this matter.

18. Attached hereto as **Exhibit 15** is a true and correct copy of excerpts of the September 18, 2025 deposition transcript of Chris Cirillo in this matter.

19. Attached hereto as **Exhibit 16** is a true and correct copy of excerpts of the September 24, 2025 deposition transcript of Sujit Maharana in this matter.

20. Attached hereto as **Exhibit 17** is a true and correct copy of excerpts of the July 31, 2025 deposition transcript of Brian Sharp in this matter.

21. Attached hereto as **Exhibit 18** is a true and correct copy of excerpts of the December 5, 2025 deposition transcript of Judith Jaeger in this matter.

22. Attached hereto as **Exhibit 19** is a true and correct copy of an excerpt of PowerSchool's Partner Spotlight webpage, last accessed May 8, 2026.

23. Attached hereto as **Exhibit 20** is a true and correct copy of PWRSCHL_00162868, a document produced in discovery in this matter.

24. Attached hereto as **Exhibit 21** is a true and correct copy of PWRSCHL_00163869, a document produced in discovery in this matter.

25. Attached hereto as **Exhibit 22** is a true and correct copy of PWRSCHL_00163924, a document produced in discovery in this matter.

26. Attached hereto as **Exhibit 23** is a true and correct copy of excerpts of the December 18, 2025 deposition transcript of Judith Jaeger in this matter.

27. Attached hereto as **Exhibit 24** is a true and correct copy of the Seattle Public Schools School Board webpage, last accessed May 8, 2026.

28. Attached hereto as **Exhibit 25** is a true and correct copy of a Seattle Public Schools' School Board Action Report, dated August 10, 2020.

29. Attached hereto as **Exhibit 26** is a true and correct copy of a Seattle Public Schools' School Board Action Report, dated April 4, 2019.

30. Attached hereto as **Exhibit 27** is a true and correct copy of CHERKIN_033847, a document produced in discovery in this matter, and marked as Exhibit 6 to the September 12, 2025 deposition of Emily Cherkin in this matter.

31. Attached hereto as **Exhibit 28** is a true and correct copy of an excerpt of PWRSCHL_00008714, a document produced in discovery in this matter.

32. Attached hereto as **Exhibit 29** is a true and correct copy of the West Contra Costa Unified School District approval notice regarding its Amendment to Contract with PowerSchool for Pilot of Hoonuit Data Warehouse & Analytics Platform, dated June 23, 2021.

33. Attached hereto as **Exhibit 30** is a true and correct copy of a West Contra Costa Unified School District Contract Services Summary, dated September 9, 2020.

34. Attached hereto as **Exhibit 31** is a true and correct copy of a West Contra Costa Unified School District Contract Committee Review document, dated April 17, 2026.

35. Attached hereto as **Exhibit 32** is a true and correct copy of a West Contra Costa Unified School District Regular Board of Education Meeting document, dated July 17, 2024.

36. Attached hereto as **Exhibit 33** is a true and correct copy of PWRSCHL_00161580, a document produced in discovery in this matter.

37. Attached hereto as **Exhibit 34** is a true and correct copy of the 2021-2022 Parent Student Handbook for West Contra Costa Unified School District.

38. Attached hereto as **Exhibit 35** is a true and correct copy of the U.S. Department of Education's summary document entitled "Protecting Student Privacy While Using Online Educational Services: Requirements and Best Practices."

39. Attached hereto as **Exhibit 36** is a true and correct copy of PWRSCHL_00162703, a document produced in discovery in this matter.

40. Attached hereto as **Exhibit 37** is a true and correct copy of PWRSCHL_00162967, a document produced in discovery in this matter.

41. Attached hereto as **Exhibit 38** is a true and correct copy of a California Committee Report for 2013 California Assembly Bill No. 1584, June 23, 2014.

42. Attached hereto as **Exhibit 39** is a true and correct copy of California Committee Report for 2013 California Assembly Bill No. 1584, August 22, 2014.

43. Attached hereto as **Exhibit 40** is a true and correct copy of California Committee Report for 2013 California Assembly Bill No. 1584, April 27, 2014.

44. Attached hereto as **Exhibit 41** is a true and correct copy of California Committee Report for 2013 California Assembly Bill No. 1584, August 25, 2014.

45. Attached hereto as **Exhibit 42** is a true and correct copy of an excerpt of the U.S. Senate Congressional Record, December 13, 1974.

46. Attached hereto as **Exhibit 43** is a true and correct copy of the U.S. Department of Education's summary document Family Educational Rights and Privacy Act: Guidance for School Officials on Student Health Records, SPPO-23-02, April 12, 2023.

47. Attached hereto as **Exhibit 44** is a true and correct copy of the U.S. Department of Education's FAQ webpage entitled "When does the school official exception allow a school or LEA to non-consensually disclose education records to a community-based organization?" last accessed May 8, 2026.

48. Attached hereto as **Exhibit 45** is a true and correct copy of the U.S. Department of Education's FAQ webpage entitled "Can schools disclose education records to community-based organizations performing outsourced tutoring programs using the school official exception?" last accessed May 8, 2026.

49. Attached hereto as **Exhibit 46** is a true and correct copy of CHERKIN_028492, a document produced in discovery in this matter.

50. Attached hereto as **Exhibit 47** is a true and correct copy of CHERKIN_034729, a document produced in discovery in this matter.

51. Attached hereto as **Exhibit 48** is a true and correct copy of CHERKIN_034826, a document produced in discovery in this matter.

52. Attached hereto as **Exhibit 49** is a true and correct copy of excerpts of the 2024-2025 Parent Student Handbook for West Contra Costa Unified School District, marked as Exhibit 19 to the August 19, 2025 deposition of David Concepción in this matter.

53. Attached hereto as **Exhibit 50** is a true and correct copy of excerpts of *Commentaries on the Laws of England* authored by Sir William Blackstone.

54. Attached hereto as **Exhibit 51** is a true and correct copy of excerpts of *Summa Theologica* authored by St. Thomas Aquinas.

DATED: May 12, 2026

Respectfully submitted,

KIRKLAND & ELLIS LLP

*/s/ Olivia Adendorff*

Olivia Adendorff, P.C.