# Exhibit 2

# Regular School Board Meeting

**Agenda – FINAL Post, 7/2/25**
Regular Board Meeting
Wednesday, July 2, 2025, 4:15 p.m.

**Board of Directors**
2445 – 3rd Avenue South
Seattle, Washington 98134
206-252-0040
www.seattleschools.org

---

## I. Call to Order

1. President Topp called the meeting to order at 4:17 p.m.
2. Directors Hersey, Topp, and Rankin were present at the John Stanford Center for Educational Excellence. Directors Clark and Mizrahi participated remotely. Director Briggs joined the meeting at 4:25 p.m. Director Sarju joined the meeting remotely at 4:30 p.m.

## II. Superintendent Comments

Acting Superintendent Fred Podesta provided comments.

Shana Brown spoke about the work of the Native Education team.

## III. Student Member Comments

No student members were present.

## IV. Progress Monitoring

- **Guardrail 3**
  - **Memo** *(Materials added 6/25/25)*
  - **Presentation** *(Materials added 6/25/25, updated 6/30/25)*
- **Guardrail 4**
  - **Memo**
  - **Presentation**

Fred Podesta, Acting Superintendent, Dr. Rocky Torres-Morales, Associate Superintendent of Student Supports, and Sarah Pritchett, Assistant Superintendent of Human Resources, presented this item.

## V. Public Testimony

| Order | Name | Topic |
|---|---|---|
| 1 | Elyse Lambeth | Special education at BF Day |
| 2 | Lily Liu Lannin | Decatur is the best |
| 3 | Elle Lo | Equity in Enrollment |
| 4 | Crosby Aahl | Mr.R and HCC robotics gone at Bf Day |
| 5 | Kathleen Smith | Safety and Security |
| 6 | Emily Cherkin | Consent Agenda item 11 BTA V/BEX VI – Approval of license and subscription fees for the maintenance and support of PowerSchool Products, totaling $3,914,817.31 |
| 7 | Jana Parker | Budget, needs, numbers |
| 8 | Chris Jackins | Consent items 4, 7, 8, 9, 11, 12, 13; Consent 1; Risk Pool -Consent 8; Power School -Consent 11; Rainier Beach construction -Consent 12, 13; Policy changes -Action item 3; School Board elections |
| 9 | Katie Arkema | Budget - especially related to enrollment |
| 10 | Manuela Slye | Progress monitoring |
| 11 | Samantha Fogg | IV Progress Monitoring Guardrail 3 |
| 12 | Dr. Elizabeth Ramirez Arreola | Goals and Guardrails |
| 13 | Ariel Wetzel | special education |
| 14 | Jahna Hildebrandt | Enrollment |
| 15 | Lexi Awdziejczyk | transparency |
| 16 | Alicia Aahl | HCC Track and loss of enrollment at BF Day |
| 17 | Demetrice Wheeler | Relocation of Interagency Sites |
| 18 | Nicole Ariel Jabaily | Staffing at BF Day |
| 19 | Web Hutchins | K-12 Mock Elections proposal |
| 20 | Emily Merrill | Don't relocate Interagency |
| 21 | Janis White | Policy 3246 |
| 22 | Gloria Ramirez | Language Justice |
| 23 | Lena Jones | Transparency |
| 24 | Kate Barratt Dike | BF Day Elementary Staffing |
| 25 | Sam Friedman | Interagency relocation |

## VI. Business Action Items

## A. Consent Agenda

***Routine Approvals (Introduction & Action)***

1. **Minutes of the June 2, 2025 Board Special Meeting, June 4, 2025 Regular Board Meeting, June 4, 2025 Board Special Meeting, June 7, 2025 Board Special Meeting, June 9 Board Special Meeting, and the June 18 Board Special Meeting.** *(Materials added 6/25/25)*
2. **Personnel Report** *(Materials updated 6/25/25)*
3. **Warrants Report – May 16 thru June 15, 2025**

The following warrants as audited and certified by the auditing officer, as required by RCW 42.24.08, are approved for payment:

| Fund | Payment Type | Amount |
|---|---|---|
| General Fund | *Payroll | $73,445.63 |
| General Fund | Vendor | $26,264,971.06 |
| Capital Project Fund | Vendor | $35,213,314.77 |
| Associated Student Body Fund | Vendor | $264,181.09 |
| Expendable Trust Fund | Vendor | $167,500.00 |
| Grand Total | All | $61,983,412.55 |

*Note – Payroll total reflects warrants issued to employees. It does not however, reflect cash transfer amounts in payment of employees' Direct Deposit payroll.

***Grants/Gifts, Contracts & Capital Projects Approvals (Introduction & Action)***

4. **Annual Renewal of the Head Start Grant.** Approval of this item would approve the application for Head Start Grant for federal fiscal year 2025-26, as attached to this Board Action Report, and authorize the Superintendent to accept federal funding from the U.S. Department of Health and Human Services, Office of Head Start in the amount of $5,979,088 for Head Start services, with any minor additions, deletions, and modifications deemed necessary by the Superintendent. Immediate action is in the best interest of the district.
5. **Approval of OSPI Program Plan Submission for 2024-25 Highly Capable Allocation.** Approval of this item would approve the district's Highly Capable

Plan (as attached to the Board Action Report) for school year 2024-25 and that the School Board authorize the Superintendent to submit the OSPI Form and apply for the allocation of funds from OSPI. Immediate action is in the best interest of the district.

6. ~~**Approval of a Contract with Verra Mobility for Stop Paddle Cameras and King County Interlocal Agreements.** Approval of this item would approve the use of cameras to detect school bus stop paddle violations and authorize the Superintendent to execute a contract with Verra Mobility, and the interlocal agreements with King County as attached to this School Board Action Report, with any minor additions, deletions, and modifications deemed necessary by the Superintendent to implement these contract agreements. Immediate action is in the best interest of the district.~~
7. **Approval of Sunburst Workforce Advisors Contract 2025-2026.** Approval of this item would authorize the Superintendent to approve the contract with Sunburst Workforce Advisors in the amount of $7,000,000 for the provision of essential therapy and behavioral services required by students' Individualized Education Programs (IEPs), with any minor additions, deletions, and modifications deemed necessary by the Superintendent, to implement this contract. Immediate action is in the best interest of the district. *(Materials added 6/25/25)*
8. **Renewal of Washington Schools Risk Management Pool coverage for fiscal year 2025-2026.** Approval of this item would authorize the Superintendent to accept the proposed coverage agreement with the Washington Schools Risk Management Pool for the fiscal year 2025-26 and approve the expenditure of $10,745,344 in premium contributions to the WSRMP loss funding pool. Immediate action is in the best interest of the district.
9. **Approval of the University of Washington Haring Center and Experimental Education Unit (EEU) Interagency Agreement for the 2025-26 School Year.** Approval of this item would authorize the Superintendent to execute an interagency agreement with the EEU and University of Washington Haring Center in the amount of $1,900,237 for the services outlined in the draft Interagency Agreement attached to this Board Action Report, with any minor additions, deletions, and modifications deemed necessary by the Superintendent, and to take any actions necessary to implement this contract. Immediate action is in the best interest of the district.
10. **Approval of OSPI School Waiver Applications and Resolution No. 2024/25-15 Requesting a Waiver from the 180-Day School Year Requirement for Emergency School Closures and for Parent/Guardian-Teacher Conferences.** Approval of this item would approve the Superintendent's school emergency closure applications to OSPI, which request permission for

Seattle Public Schools to not make up a missed school day for the following schools and dates:

1. **Nov. 20, 2024**: James Baldwin, Cedar Park, Decatur, Hazel Wolf, Jane Addams, Middle College, Olympic Hills, Rainier View, Sacajawea, Sanislo, Thornton Creek, View Ridge, Wedgwood, and Nathan Hale
2. **Nov. 21, 2024:** Nathan Hale and Wedgwood
3. **Dec. 11, 2024**: Whitman
4. **Jan. 28, 2025**: Catharine Blaine
5. **Feb. 5-6, 2025**: Olympic Hills

Additionally, approval of this motion would approve Resolution No. 2024/25-15, as attached to this Board Action Report. Immediate action is in the best interest of the district.

11. **BTA V/BEX VI – Approval of license and subscription fees for the maintenance and support of PowerSchool Products, totaling $3,914,817.31.** Approval of this item would authorize the Superintendent to enter into a three-year agreement, from September 1, 2025, to September 30, 2028, with an option for two (2) additional one (1) year extensions, for a total Not-To-Exceed amount of $3,914,817.31 plus Washington State Sales Tax with PowerSchool Group LLC. This authorization includes any minor additions, deletions, and modifications deemed necessary by the Superintendent, and any actions required to implement the purchase orders. Immediate action is in the best interest of the district. *(Materials added 6/25/25)*
12. **BEX VI: Approval of Contract Modification No.18 for Bassetti Architects for the Rainier Beach High School project.** Approval of this item would authorize the Superintendent to execute Contract Modification No. 18 for Contract P1788 with Bassetti Architects for the Rainier Beach High School project in the amount of $979,455, with any minor additions, deletions, and modifications deemed necessary by the Superintendent, and to take any necessary action to implement the contract modification. Immediate action is in the best interest of the district. *(Materials updated 7/1/25)*
13. **BEX VI: Authorization for the Superintendent to execute the comprehensive Guaranteed Maximum Price Amendment with Lydig Construction, Inc., for the Rainier Beach High School Replacement project.** Approval of this item would authorize the Superintendent to execute the comprehensive Guaranteed Maximum Price amendment for the Rainier Beach High School Replacement project revising the contract P5160 with Lydig Construction, Inc., from $206,556,237.08 to $221,063,335.16 increasing the contract budget by $14,507,098.08, plus Washington State sales tax, with any minor additions, deletions, and modifications deemed

necessary by the Superintendent. Immediate action is in the best interest of the district.

14. **BEX V: Resolution 2024/25-8, Resolution 2024/25-16, Acceptance of the Building Commissioning Report and Final Acceptance of Contract P5180 with Cornerstone General Contractors for the Kimball Elementary School Replacement – Phase II project.** Approval of this item would adopt Resolution 2024/25-8 and Resolution 2024-25-16, accepting the building commissioning report, and the work performed under Contract P5180 with Cornerstone General Contractors for the Kimball Elementary School Replacement – Phase II project as final. Immediate action is in the best interest of the district.

***Consent Agenda Items Previously Introduced***

15. **Amendment to Board Procedure 3520BP, Student Fees, Fines, or Charges.** Approval of this item would amend Board Procedure 3520BP as attached to the Board Action Report.

Director Briggs moved to approve the Consent Agenda, Director Hersey seconded.

Director Briggs removed item 11 (BTA V/BEX VI – Approval of license and subscription fees for the maintenance and support of PowerSchool Products, totaling $3,914,817.31) from the Consent Agenda.

Director Briggs moved to approve the Consent Agenda as amended to remove item 11. Director Hersey seconded.

The motion to approve the Consent Agenda was approved unanimously (Directors Briggs, Clark, Hersey, Mizrahi, Rankin, Sarju and Topp voted yes).

**B. Items Removed from the Consent Agenda**

11. **BTA V/BEX VI – Approval of license and subscription fees for the maintenance and support of PowerSchool Products, totaling $3,914,817.31.** Approval of this item would authorize the Superintendent to enter into a three-year agreement, from September 1, 2025, to September 30, 2028, with an option for two (2) additional one (1) year extensions, for a total Not-To-Exceed amount of $3,914,817.31 plus Washington State Sales Tax with PowerSchool Group LLC. This authorization includes any minor additions, deletions, and modifications deemed necessary by the Superintendent, and any actions required to implement the purchase orders. Immediate action is in the best interest of the district. *(Materials added 6/25/25)*

Director Brigs moved to approve this item, Director Hersey seconded. The motion was passed with three yes votes, two no votes, and two abstentions. (Directors Mizrahi, Rankin, and Topp voted yes; Directors Briggs; and Sarju voted no; Directors Clark and Hersey abstained.)

**C. Action Items**

1. **Approval of Resolution 2024/25-19, Fixing and Adopting the 2025-26 Budget.** Approval of this item would adopt Resolution 2024/25-19, as attached to the board action report, to fix and adopt the 2025-2026 Budget, the four-year budget plan summary, and the four-year enrollment projections. *(Action date updated since introduction)*

Director Briggs moved to approve this item. Director Hersey seconded. The motion to approve this item was approved with five yes votes, one no vote, and one abstention. (Directors Hersey, Mizrahi, Sarju, Briggs, and Topp voted yes, Director Rankin voted no, and Director Clark abstained.)

2. **Approval of Board Resolution 2024/25-20, Authorizing an amendment to the schedule for repayment of an Interfund Loan.** Approval of this item would approve Board Resolution 2024/25-20, Authorizing an amendment to the schedule for repayment of an Interfund Loan. *(Action date updated since introduction)*

Director Briggs moved to approve this item. Director Rankin seconded. The motion to approve this item was approved unanimously (Directors Mizrahi; Rankin; Sarju, Briggs, Clark, and Topp voted yes).

3. **Review of Board Governance Policies in the 1000 Series and Approval of Revisions: Amendment to Board Policy Nos. 1000, Legal Status and Operation; 1005, Responsibilities and Authority of the Board; 1112, Board Member Orientation; 1114, Board Member Resignation (renamed Board Member Resignation and Vacancies); 1210, Annual Organizational Meeting / Election of Officers (renamed Election of Officers); 1220, Board Officers and Duties of Board Members; 1240, Committees; 1310, Policy Adoption and Suspension; Creation of Manuals and Superintendent Procedures (renamed Board Policies, Manuals, and Superintendent Procedures); 1400, Meeting Conduct, Order of Business and Quorum (renamed Board Meetings); 1450, Absence of a Board Member; 1731, Board Member Compensation and Expenses (renamed Board Member Compensation, Expenses, and Insurance); 1810, Annual Goals and Objectives (renamed Board Governance Goal-Setting and Self-Evaluation); and 1822, Training and Professional Development for Board**

Members / Participation in School Directors' Association (renamed Board Professional Development and Participation in School Directors' Association). Repeal of Board Policy Nos. 1115, Vacancies; 1410, Executive or Closed Sessions; 1420, Proposed Agendas and Consent Agenda; 1430, Audience Participation; 1440, Minutes; 1732, Board Member Insurance; and 1820, Evaluation of the Board; and Board Procedure 1430BP, Audience Participation. Approval of this item would amend, and rename as applicable, Board Policy Nos. 1000, 1005, 1112, 1114, 1210, 1220, 1240, 1310, 1400, 1450, 1731, 1810, and 1822, as attached to the Board Action Report. Approval of this item would also repeal Board Policy Nos. 1115; 1410, 1420, 1430, 1440, 1732, and 1820, and Board Procedure 1430BP. Approval of this item would also confirm that the remaining 1000 Series Policies have been reviewed through this action and direct that those policies be administratively updated to reflect the date of this Board review. *(Updated since introduction)*

Director Briggs moved to approve this item. Director Rankin seconded. The motion to approve this item was approved unanimously (Directors Mizrahi; Rankin; Sarju, Briggs, Clark, and Topp voted yes).

4. **Amendment to Board Policy Nos. 3432, Emergencies; 4210, Weapons Prohibition for Adults & Visitors (Renamed "Firearms and Other Dangerous Weapons Prohibited"); and 4310, Relations with Law Enforcement, Child Protective Services, and the County Health Department (Renamed "District Relationships with Law Enforcement and Other Government Agencies"); and Repeal of Board Policy Nos. 3248, Firearms and Dangerous Weapons Prohibition for Students, and 4315, Release of Information Concerning Sexual and Kidnapping Offenders.** Approval of this item would amend, and rename as applicable, Board Policy Nos. 3432, 4210, and 4310, as attached to the Board Action Report; and that the Board repeal Board Policy Nos. 3248 and 4315. *(Title and materials updated since introduction)*

Director Briggs moved to approve this item. Director Rankin seconded. The motion to approve this item was approved unanimously (Directors Mizrahi; Rankin; Sarju, Briggs, Clark, and Topp voted yes).

5. **Approval of the 2024–2026 Collective Bargaining Agreement between Seattle Public Schools and Seattle-King County Building Trades Council**. Approval of this item would approve the 2024 – 2026 Collective Bargaining Agreement between Seattle Public Schools and Seattle-King County Building Trades Council and authorize the Superintendent, on behalf of the Board of Directors, to execute the Agreement in the form attached to the

School Board Action Report, with any minor additions, deletions, and modifications deemed necessary by the Superintendent, and to take any necessary actions to implement the terms of this Agreement. Immediate action is in the best interest of the District. *(Item added 7/1/25)*

Director Briggs moved to approve this item. Director Rankin seconded. The motion to approve this item was approved unanimously (Directors Mizrahi; Rankin; Sarju, Briggs, Clark, and Topp voted yes).

6. **Approval of the 2025-2026 Collective Bargaining Agreements between Seattle Public Schools and Seattle Education Association Certificated Non-Supervisory Employees, Paraprofessional Staff, and Seattle Association of Educational Office Professionals**. Approval of this item would approve the 2025-2026 Collective Bargaining Agreements for the Seattle Education Association Certificated Non-Supervisory Employees, the Paraprofessional Employees and the Seattle Association of Educational Office Personnel and authorize the Superintendent, on behalf of the Board of Directors, to execute the agreements in the form attached to the School Board Action Report, with any minor additions, deletions, and modifications deemed necessary by the Superintendent and to take any necessary actions to implement the terms of these agreements. Immediate action is in the best interest of the District. *(Item added 7/2/25)*

Director Briggs moved to approve this item. Director Rankin seconded. The motion to approve this item was approved unanimously (Directors Mizrahi; Rankin; Sarju, Briggs, Clark, and Topp voted yes).

## VII. Work / Study Session

- **Superintendent Search Update**

Superintendent search consultant Micah Ali from Hazard, Young, Attea and Associates provided an update on the search process.

## VIII. Board Committee and Liaison Reports

Directors provided comments.

## IX. Informational Items

- **Monthly Budget Status Report – May 2025**
- **Board Director Questions and Staff Responses for July 2, 2025 Regular Board Meeting** *(Materials added 7/1/25)*

## X. Adjourn

Director Topp adjourned the meeting at 8:19 p.m.

**Minutes submitted by:**

*School Board Office staff*