# Exhibit 3
# (Submitted Under Seal)