# Exhibit 7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

---------------------------------X

EMILY CHERKIN, ET AL., :

Plaintiffs, :

Case No.:

v. :

3:24-CV-02706-JD

POWERSCHOOL HOLDINGS, INC., :

Defendant. :

---------------------------------X

Deposition of MISHKA MCCOWAN

Conducted Remotely

Wednesday, July 2, 2025

10:30 a.m.

Reported by: Matthew Goldstein, RMR, CRR

DIGITAL EVIDENCE GROUP

1730 M Street, NW, Suite 812

Washington, D.C. 20036

(202) 232-0646

I am focused on, oh, there is customer data, where is it and how have we secured it.
BY MR. ARAGON:
Q. Okay. Let me ask you this, though.
So I think PowerSchool SIS, SIS, is one of the main PowerSchool products; right?
A. Yes.
Q. Can you tell the jury what the PowerSchool SIS is?
A. PowerSchool SIS stands for Student Information System. It essentially allows a school or district to have a central repository for -- about students for the district or that school. It will have, again, [redacted] some parent information, some teacher information.
And then there are a number of modules that have other types of information. I don't know exactly what those are. I do know it supports modules and can be extensible. Schools can create their own fields, if they so choose, for what they want to store.
Q. Okay.

A. But that's kind of the extent of what I know on SIS.

Q. Okay. And just to be clear, so the SIS collects -- can collect various information about students and parents that is collected by the school, and the fields can be created by both the school and/or PowerSchool; right?

MR. ROTH: Object to form and foundation.

THE WITNESS: So it doesn't really collect. It more serves as a repository for.

BY MR. ARAGON:

Q. Okay. I guess I'm a little confused why it doesn't collect, though. What do you mean by it's a repository for the data rather than a collection of the data?

Can you explain that to me?

A. Sure. Maybe I just misunderstood the statement, but to me when you said "collect," that would indicate that it is going out to pull information in, as opposed to being the receptacle for something where information is pushed into it

by the schools. So that's what I meant. If you had -- if I misconstrued that, I apologize.

Q. You didn't. I appreciate that clarification. That's helpful, actually.

But we do agree that the information collected by the school ultimately ends up in the possession of PowerSchool?

MR. ROTH: Object to form.

THE WITNESS: It ends up -- yes, it ends up in the SIS. Well, it ends up in a SIS. It depends on whether we host it or not. The schools can choose to host their own SIS, for instance, on their infrastructure.

BY MR. ARAGON:

Q. Do you know the percentage of schools that host their own SIS versus the percentage of schools that utilize PowerSchool to host the SIS?

A. I don't.

Q. Okay. Do you know what Schoology is?

A. I do.

Q. Okay. What is Schoology?

A. Schoology is a learning management

they have -- they provide on their own.
BY MR. ARAGON:
Q. Okay. Just to be clear, all customers or specific customers within the data lake?
MR. ROTH: Object to form.
THE WITNESS: All customers -- [redacted]
BY MR. ARAGON:
Q. Oh. Is that right? So within the [redacted] for example?
MR. ROTH: Object to form.
THE WITNESS: I believe that is the way it is architected, yes.
BY MR. ARAGON:
Q. Okay. And the [redacted]?
A. I believe that is the case, yes.

possibly give you insight that, hey, there's something happening here, we need to look at it and shut it down.

Q. Okay. Anything else that may alert PowerSchool that someone has infiltrated the system, accessing database, and downloading information?

A. I think that broadly covers it.

Q. Okay. If a person is able to access a database within the PowerSchool SIS, are there protocols in place to prevent that person from accessing other databases in the PowerSchool SIS?

MR. ROTH: Object to form.

THE WITNESS: Yes.

BY MR. ARAGON:

Q. What are --

A. [redacted]

Q. Can you expand on what [redacted]

[redacted]

STATE OF MARYLAND )
ss:
COUNTY OF MONTGOMERY )

I, Matthew Goldstein, Notary Public within and for the State of Maryland, do hereby certify:

That I reported the proceedings in the within entitled matter, and that the within transcript is a true record of said proceedings.

I further certify that I am not related to any of the parties to the action by blood or marriage, and that I am in no way interested in the outcome of this matter.

IN WITNESS WHEREOF, I have hereunto set my hand this 16th day of July, 2025.

Matthew Goldstein, RMR, CRR