# Exhibit 8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

______________________________

EMILY CHERKIN, et al., )

Plaintiff, )

v ) Case No. 3:24-CV-02706-JD

POWERSCHOOL HOLDINGS, INC., )

Defendant. )

______________________________)

VIDEOTAPED DEPOSITION OF NICOLE SHINTON

APPEARING REMOTELY

June 19, 2025

10:06 a.m.

Reported by: Eileen Mulvenna, CSR/RMR/CRR/RDR

DIGITAL EVIDENCE GROUP

1730 M Street, NW, Suite 812

Washington, D.C. 20036

(202) 232-0646

BY MR. LIDDELL:
Q. Does the PowerSchool SIS integrate data from other sources?
MR. LEVINTON: Objection to the form, vague.
THE WITNESS: Yes.
BY MR. LIDDELL:
Q. What sources are those?
A. Predominant -- sorry.
(Cross talk.)
MR. LEVINTON: You can answer, Ms. Shinton. Thank you.
THE WITNESS: Predominantly other PowerSchool products.
BY MR. LIDDELL:
Q. Are there others?
A. There are partners that PowerSchool has where there may be limited amount of data exchange. I'm not familiar with -- with our partnerships, per se. That is run by a gentleman called Brian Sharp.
Q. Could the PowerSchool SIS be

configured to collect information about students automatically from third-party sources?

MR. LEVINTON: Objection to form, ambiguous.

THE WITNESS: No, the district would need to provide permission or instigate the integration on their own.

BY MR. LIDDELL:

Q. So do the district's custom fields require manual data entry?

A. They would have to set up the custom field themselves. I am not familiar enough to say whether or not when the field is created -- the school district would still have to do some type of permission with the third party.

I mean, ultimately, at the end of the day, the school district gets to choose what they do with the data.

Q. If a school district wanted to monitor [redacted] with their other student records, is that something they could do?

MR. LEVINTON: Objection to form, calls for a hypothetical, calls for speculation, compound.

THE WITNESS: If a school wanted to set up a field and they wanted to manually enter the [redacted], they could. I think the best way of describing PowerSchool is it is ultimately a glorified system -- not glorified, it is a system of record.

And the analogy, if I may use, which is in line with your questioning, is if I open an Excel spreadsheet, I can enter any data I want into that spreadsheet. I can use it however I want. I am not governed, right, by Microsoft, at least in my limited use of Excel.

So that is the best -- and, you know, when you're asking me about would we let a district collect X, Y, or Z, it's the same ultimately as would Excel let me put in X, Y, and Z.

STATE OF NEW YORK )
ss:
COUNTY OF WESTCHESTER )

I, EILEEN MULVENNA, CSR/RMR/CRR/RDR, a Certified Court Reporter, Registered Merit Reporter, Certified Realtime Reporter, Registered Diplomate Reporter, and Notary Public in and for the State of New York, do hereby certify:

That I reported the taking of the deposition of the witness, NICOLE SHINTON, commencing on the 19th day of June, 2025, at the hour of 10:06 a.m.

That prior to being examined, the witness was duly sworn by me to testify to the truth, the whole truth, and nothing but the truth.

That I thereafter transcribed my said shorthand notes into typewriting and that the typewritten transcript of said deposition is a complete, true and accurate transcription of my said shorthand notes taken down at said time, and that a request has been made to review the transcript.

I further certify that I am not a relative or employee of an attorney or counsel of any of the parties, nor a relative or employee of any attorney or counsel involved in said action, nor a person financially interested in the action.

IN WITNESS WHEREOF, I have hereunto set my signature this 2nd day of July, 2025.

EILEEN MULVENNA, CSR/RMR/CRR