# Exhibit 10

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

EMILY CHERKIN, et al., )
Plaintiff, )
v ) Case No. 3:24-CV-02706-JD
POWERSCHOOL HOLDINGS, INC., )
Defendant. )

VIDEOTAPED DEPOSITION OF PAUL BROOK

APPEARING REMOTELY

September 26, 2025

9:00 a.m. (Pacific Daylight Time)

Reported by: Eileen Mulvenna, CSR/RMR/CRR/RDR

Job No. 00170377

DIGITAL EVIDENCE GROUP
1730 M Street, NW, Suite 812
Washington, D.C. 20036
(202) 232-0646

Q. Do you know how you would do that?

A. Personally, no. But I would assume there's a query in the account object that you can use.

Q. What is Connected Intelligence?

A. Connected Intelligence is a PowerSchool product that helps customers push data from their existing systems into Connected Intelligence that then provides a framework for customers to be able to aggregate that data and report on it.

Q. What do customers use Connected Intelligence for?

A. Again, the predominant use case is bringing in data sources -- or bringing data from data sources into one single place that is specific to that customer, where they can then create analytics reports that they can then share with their organizations.

Q. What do you mean when you use the term "analytics reports"?

A. The two -- I always thought the two

this case, Connected Intelligence, that -- it will be raised to me through -- through that vehicle.

Q. This really isn't a trick question. I'm just trying to get an understanding of how this product works, what the reports spit out.

So I guess I'd ask you to treat me like a school and explain to me the capabilities, what types of reports, why would customer -- or strike that.

Why would Connected Intelligence be beneficial to a given school?

MS. ROTHMAN: Objection, foundation.

THE WITNESS: So Connected Intelligence allows our customers to connect their existing data sources and then extrapolate data from those existing data sources.

And then through the UI give customers the ability to create reports that are needed for their either day-to-day business or board meeting or number of exam- -- or examples, I'm sorry, of where customers can and will

use the analytics and insights reporting.

But it does vary from customer to customer. They have different products, and they have different needs. So I can't talk to any great specificity around a particular use case or a particular set of data.

BY MS. BEARDSLEY:

Q. So sitting here today, can you provide me any examples of what kind of information might go into a report that is pulled from Connected Intelligence?

MS. ROTHMAN: Objection, form.

THE WITNESS: One example could be [redacted]. Again, through the -- what was specific needs of the customer are, they would then use Connected Intelligence to that end.

But high level, it's providing reports for their board, for their superintendent, for their teacher's union. There is an array of examples there.

BY MS. BEARDSLEY:

Q. What is some of the information that might be useful in addition to [redacted] that could be pulled from Connected Intelligence reports?

MS. ROTHMAN: Objection to form.

THE WITNESS: Again, it depends on what data the customers -- what process data are they sending to power -- to PowerSchool through Connected Intelligence. It could be anything from -- [redacted] Again, there is an array of examples and use cases that our customers have.

BY MS. BEARDSLEY:

Q. Could Connected Intelligence provide reports regarding the pass/fail rates on standardized testing?

MS. ROTHMAN: Objection, foundation, and calls for speculation.

calls for speculation.
THE WITNESS: I'm not aware that we do.
BY MS. BEARDSLEY:
Q. Where is the data that's used to power the Schoology product stored?
MS. ROTHMAN: Objection, form, foundation, calls for speculation.
THE WITNESS: Where it's physically stored, I couldn't tell you the location, but it's obviously stored in a PowerSchool environment somewhere.
BY MS. BEARDSLEY:
Q. What is PowerSchool SIS?
A. That is our Student Information System.
Q. And what do customers use PowerSchool SIS for?
A. There's an array of use cases, but I would say at a macro level, to assist schools and districts in registration, to assist schools and districts in terms of class scheduling, and

assisting schools and districts to meet their both federal and state compliance reporting asks.

Q. How is PowerSchool SIS used to assist in registration?

A. When a new kid comes -- goes to a school, they need to register for that school. And the school administrator or secretary would then enter that information through the registration forms into PowerSchool.

Q. How does PowerSchool SIS assist schools and districts in terms of, excuse me, meeting their federal and state compliance -- reporting compliance obligations?

A. Because the customer is -- we are -- their data resides -- their process data resides in our PowerSchool system. And then the school would, based on their state or federal requirements, leverage PowerSchool to send those reports or that data to their federal or state -- whoever in federal or state are requesting that, typically the Department of Education.

Q. Is PowerSchool SIS where students'

A. I do not, no.

MS. BEARDSLEY: Okay. We can take that down.

BY MS. BEARDSLEY:

Q. PowerSchool sometimes partners with third parties; right?

MS. ROTHMAN: Objection, form, vague.

THE WITNESS: We have -- yeah, we have partnerships with other companies, yes.

BY MS. BEARDSLEY:

Q. And oftentimes this is at the direction or the request of the customers?

A. It could be, yes.

Q. Does PowerSchool ever share student data with a third party about customer consent?

A. I don't know.

MS. ROTHMAN: Objection --

THE WITNESS: Sorry.

MS. ROTHMAN: Go ahead.

THE WITNESS: I don't believe so, no.

BY MS. BEARDSLEY:

Q. Is that important?

STATE OF NEW YORK )

ss:

COUNTY OF WESTCHESTER )

I, EILEEN MULVENNA, CSR/RMR/CRR/RDR, a Certified Court Reporter, Registered Merit Reporter, Certified Realtime Reporter, Registered Diplomate Reporter, and Notary Public in and for the State of New York, do hereby certify:

That I reported the taking of the deposition of the witness, PAUL BROOK, commencing on the 26th day of September, 2025, at the hour of 9:00 a.m.

That prior to being examined, the witness was duly sworn by me to testify to the truth, the whole truth, and nothing but the truth.

That I thereafter transcribed my said shorthand notes into typewriting and that the typewritten transcript of said deposition is a complete, true and accurate transcription of my said shorthand notes taken down at said time, and that a request has been made to review the transcript.

I further certify that I am not a relative or employee of an attorney or counsel of any of the parties, nor a relative or employee of any attorney or counsel involved in said action, nor a person financially interested in the action.

IN WITNESS WHEREOF, I have hereunto set my signature this 8th day of October, 2025.

EILEEN MULVENNA, CSR/RMR/CRR