# Exhibit 11

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

EMILY CHERKIN, et al., )

Plaintiff, )

v ) Case No. 3:24-CV-02706-JD

POWERSCHOOL HOLDINGS, INC., )

Defendant. )

)

VIDEOTAPED DEPOSITION OF SAI PRASAD RANGARAJAN

APPEARING REMOTELY

October 16, 2025

8:59 a.m. (Pacific Daylight Time)

Reported by: Eileen Mulvenna, CSR/RMR/CRR/RDR

Job No. 00170374

DIGITAL EVIDENCE GROUP
1730 M Street, NW, Suite 812
Washington, D.C. 20036
(202) 232-0646

A. Yeah.

Q. Are there any attorneys on the compliance team?

A. No.

Q. So the engineers on the PowerSchool SIS compliance team are the persons that are responsible for understanding the state regulations and ensuring that PowerSchool is complying with those regulations?

A. Yes, we have a product management organization. And the product managers, they're the ones who typically produce requirements for the engineering team on what to build.

And they're the ones who work with the state DOEs to understand the compliance requirements and what kind of reports have to be generated.

They document those requirements, and the engineers use those requirements to produce the reports.

Q. Okay. And am I correct in my understanding that PowerSchool takes a state-by-state approach when it comes to SIS

compliance rather than just, you know, finding out what the strictest compliance standards are and adhering to those across all 50 states?

A. Yes, there is -- it's very unique to every state. There are some other compliance requirements of the federal level where federal compliance reports are supposed to be sent once every two years. I believe it's referred to as CRDC.

So those are kind of common that would apply to all states. Other than that, the compliance rules and frequency and the reports and the data collected is very different -- is quite different for each state.

Q. How do the compliance engineering teams or the persons on the compliance engineering team and the people on the core SIS engineering team interact with each other when building an SIS product for a customer?

A. Yeah, the interaction is typically at the management level to understand any dependencies, release dependencies. And, you know, they work

Q. Okay. So the compliance team oftentimes will help a PowerSchool customer by gathering the information necessary to show the states that a given school district is meeting state-required benchmarks; is that right?

MS. ROTHMAN: Object to form.

THE WITNESS: No, the requirements to collect data and produce a report is produced by the state. The requirement is sent -- is for the customer, which is the school districts.

PowerSchool simply aids in enhancing the software so that the school district can collect the additional information and produce the report.

BY MS. BEARDSLEY:

Q. Okay. So PowerSchool compliance doesn't produce the report itself, it just provides the tools by which the school can produce the report?

A. That is correct.

Q. Does PowerSchool Student Information

Systems store data in a centralized location?

A. PowerSchool student information has two offerings, [redacted].

Q. How would I determine if a given customer stores its data [redacted]?

A. I believe our Salesforce system has the information on which customers are [redacted].

Q. Let's talk a little bit more about [redacted]. What do you mean by that?

A. [redacted]

Q. And for the PowerSchool customers that are [redacted] is that right?

A. That's correct.

Q. Can you explain what you mean by that?

A. Well, [redacted]

Q. Can you describe the data fields ingested and processed by the PowerSchool SIS product?

A. [redacted] I mean, the list goes

on and on. It can be a variety of different pieces of data.

Q. Anything else you can think of sitting here today?

A. [redacted]

Q. But I'm just wondering if that would

include a list of [redacted]

A. It may. It's up to the school district.

Q. If a student has a [redacted] would that be included on the PowerSchool SIS system?

A. Yeah, that kind of goes into our [redacted]

Q. Would [redacted] be stored in the PowerSchool SIS system?

A. It could be. [redacted] It could be. It's up to the school district, again.

Q. Would [redacted] be stored in the PowerSchool SIS system?

A. [redacted].

Q. Is information pertaining to a [redacted] stored on the PowerSchool SIS system?

A. I can't imagine why the school district would collect that information. As I said, the school district -- school district can collect any information they want. PowerSchool simply provides the platform and the ability, and they can customize it, extend the fields to store whatever they think they need.

Q. Do you know of any instances where a school has collected information from [redacted] and stored it on a PowerSchool SIS platform?

A. I would have -- I would have no idea about that. And, moreover, PowerSchool does not have access to any of the data stored by the school district. So we wouldn't even know.

Q. Who would know whether -- strike that.
Where would I go to learn what data a given customer has sought to include on their PowerSchool SIS system?
A. I have to go ask the school district and get documentation from them on what they chose to store in PowerSchool.
Q. PowerSchool doesn't track what information its customers have chosen to store on the PowerSchool SIS system?
A. No.
Q. What is Unified Insights?
A. It is the name of an analytics product.
Q. What is your involvement with the Unified Insights product?
A. I'm not involved in that product.
Q. Does the Unified Insights product interface with the PowerSchool SIS product?
A. Not that I'm aware of.
Q. Do you know who at PowerSchool would be the most informed about what type of insights the

PowerSchool applications and third-party vendor applications?

A. We have a partnership program, and Brian Sharp is the VP of partnership. So he deals with partnerships and such between other third parties and PowerSchool.

[redacted]

Q. Do you have an understanding of whether the customers suggest which vendors that the PowerSchool applications should be working with, or do those appli- -- or do those suggestions come from PowerSchool to the customers?

A. No, it's historically always been from the customers. And as -- over the years, as customers choose different vendors, then they come to PowerSchool and say, We want you to build the

integration between this product that we're using, which is not your product and -- or enable us to extract the data to send to that product, et cetera.

Q. Well, PowerSchool, for example, has a partnership with Amazon Web Services, or AWS; right?

A. Yes.

Q. And are you telling me that that partnership is a result of the school's decision for -- or request for PowerSchools to work with Amazon Web Services, or did PowerSchool form a partnership with AWS first?

MS. ROTHMAN: Object to form.

THE WITNESS: Yeah, [redacted]

MS. ROTHMAN: Object to form.

THE WITNESS: [redacted].

BY MS. BEARDSLEY:

Q. Where does this mention that this would only refer to specific customers?

A. [redacted].

Q. Okay. So it's implied that this would be [redacted], but you agree that on the face of this document, it just specifies all data from all products need to be available in the data lake?

A. Yeah, [redacted]

Q. Sure, but that wasn't my question. I'm just asking you what the document says.

MS. ROTHMAN: Object to form.

THE WITNESS: Again, the document is talking about moving the data for specific customers from all the products they're

[redacted]

BY MS. BEARDSLEY:

Q. Do you know if PowerSchool uses anonymized data to perform internal analytics?

MS. ROTHMAN: Object to form.
THE WITNESS: No, we do not.
BY MS. BEARDSLEY:
Q. Do you know if PowerSchool uses anonymized data to improve its products?
A. No, we do not.
Q. Do you know if PowerSchool uses anonymized data to train its machine learning models?
A. I'm not familiar with that area.
Q. Who would know that?
A. It would be Shivani or Mike O'Meara, who's the engineering lead for CI.
Q. Do you know if PowerSchool uses anonymized student data to train its artificial intelligence tools?
A. I think I just answered that, the same question you're asking again.
Q. So the answers for machine learning are the same as the answers for artificial intelligence?
A. Yes.

Q. So Shivani and Mike would be the people to talk to about that?

A. Correct.

Q. Does PowerSchool provide third parties with access to anonymized data?

A. Not that I'm aware of.

Q. Who at PowerSchool would have the best knowledge of whether PowerSchool ever allows third parties access to anonymized data?

A. I'm not sure. I don't think we do.

Q. You might have already testified to this, but who at PowerSchool is the most knowledgeable about PowerSchool relationships with partners or third-party vendors?

A. Brian Sharp.

Q. And Brian Sharp is a product manager; right?

A. Well, he's VP of partnerships.

Q. Does he have an engineering counterpart?

A. No, he doesn't. He -- he deals with the partnerships team and he works internally with

Shivani and her whole organization.

Q. Does PowerSchool use anonymize data to create insights that will help with marketing and sales?

A. No.

Q. Never?

A. Never.

Q. Does PowerSchool use anonymized data to perform commercial research?

A. No.

Q. Never?

A. Never. [redacted]

Q. For that anonymization use case, is

STATE OF NEW YORK )

ss:

COUNTY OF WESTCHESTER )

I, EILEEN MULVENNA, CSR/RMR/CRR/RDR, a Certified Court Reporter, Registered Merit Reporter, Certified Realtime Reporter, Registered Diplomate Reporter, and Notary Public in and for the State of New York, do hereby certify:

That I reported the taking of the deposition of the witness, SAI PRASAD RANGARAJAN, commencing on the 16th day of October, 2025, at the hour of 8:59 a.m.

That prior to being examined, the witness was duly sworn by me to testify to the truth, the whole truth, and nothing but the truth.

That I thereafter transcribed my said shorthand notes into typewriting and that the typewritten transcript of said deposition is a complete, true and accurate transcription of my said shorthand notes taken down at said time, and that a request has been made to review the transcript.

I further certify that I am not a relative or employee of an attorney or counsel of any of the parties, nor a relative or employee of any attorney or counsel involved in said action, nor a person financially interested in the action.

IN WITNESS WHEREOF, I have hereunto set my signature this 29th day of October, 2025.

Eileen Mulvenna

EILEEN MULVENNA, CSR/RMR/CRR