# Exhibit 12

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

EMILY CHERKIN, et al.

Plaintiffs,

v. Case No. 3:24-cv-02706-JD

POWERSCHOOL HOLDINGS, INC.,

Defendants.

_________________________________)

VIDEOTAPED DEPOSITION OF
JOSEPH SWINGLE

September 15, 2025

11:04 a.m. Eastern Time

Reported by: Lori J. Goodin, RPR, CRR, RSA,
California CSR #13959

Job No. 00170381

But that is not true with respect to Naviance, right?

MS. BAILEY: Objection, form.

THE WITNESS: Gee, I would need you to restate that. Sorry. That was --

BY MR. ARAGON:

Q. Yes, sure. It is my understanding that [redacted].

MS. BAILEY: Objection, form.

THE WITNESS: Yeah, I -- I am going to restate what I said before. Maybe it is more clear.

BY MR. ARAGON:

Q. Uh-huh.

A. [redacted]

[redacted]

Q. Uh-huh. Except for customers who use Naviance, right? [redacted]

Q. Sure. Okay. Is the PowerSchool SIS data used in predictive models?

A. To the best of my knowledge, no.

Q. What are the predictive models at PowerSchool?

A. The only predictive model that I am aware of is that Naviance college admittance, likelihood of college admittance.

Q. What is a predictive model?

A. Given a certain set of attributes, factors, can you predict an outcome.

So, in the case of Naviance, can you

MS. BAILEY: Objection --
THE WITNESS: -- that hasn't happened.
BY MR. ARAGON:
Q. If --
As I understand your testimony earlier, the [redacted] correct?
A. Correct.
Q. Is that data ever commingled or aggregated in any way by PowerSchool?
A. [redacted]
Q. Do you aggregate it in any way?
A. [redacted] I would consider that the same thing as mingle, commingling.
Q. Okay. Does any product at PowerSchool utilize the database from more than one customer in order to operate?
MS. BAILEY: Objection, form. Vague.

Are you talking about any specific product?
BY MR. ARAGON:
Q. No, you can answer the question, sir.
MR. ARAGON: Your objection is noted.
THE WITNESS: Can you please repeat the question?
BY MR. ARAGON:
Q. Yeah, sure. Does any product at PowerSchool utilize the PowerSchool SIS database from more than one customer in order to operate?
A. [redacted]
Q. Okay. How about outside of Snowflake that you are aware of?
A. I don't -- I wouldn't manage it at that point. I couldn't answer that.
Q. Okay. How about for Performance Matters, how does, how does PowerSchool host and store data for Performance Matters?

from that customer's data?

A. Correct.

Q. And the answer to that plain language question does not rely on any data whatsoever from a, from a different customer?

A. That is correct. All of the data from the answers comes from their data.

Q. Okay. Let's switch gears.

What is Connected Intelligence?

A. So, [redacted] et cetera.

So, it is basically giving customers access to their data.

Q. And did you just say that the customers can build their own AI models separate from that provided by PowerSchool?

A. Yes.

Q. Can you give me an example?
A. Yes. An example, I couldn't tell you what -- an example of what a customer is doing because we do that by providing them their [redacted].
Q. Uh-huh.
A. And we just monitor that for how much usage is actually on it. We don't actually tell them what they can and cannot do with their account.
So, if they wanted to build a model, it is their model. They are going to build it on top, with their data.
Q. Okay. And when you provide access to a customer, you, you being PowerSchool, only provide access to that customer's data and access to no other customer's data, right?
A. That is correct.
Q. And you are the Engineering Director for Connected Intelligence; is that right?
A. That is correct.
Q. And what is Unified Insights?

intelligence tool. Go work with your contractor to work with your data.

Q. Is Connected Intelligence similar to a data lake?

A. [redacted]

product, or analytics and insights of data.

BY MR. ARAGON:

Q. Okay. Let's start with analytics and insights of data, derived from Connected Intelligence and Unified Insights.

A. So, Connected Intelligence by itself will not provide you with analytics and insights.

It is access to your data that you can then -- that when I say you, I am referring to the customer. Does not provide the customers analytics and insights, says heres your data.

We don't analyze that data for them at Connected Intelligence.

I'm just giving them their data so that they can work with their data to get, to get that insight.

Q. I understand that. That is why I said in connection with Unified Insights, right?

Unified Insights allows you to make insights about the data, right?

A. Correct.

Q. Right, okay. So, who would I talk

artificial intelligence at PowerSchool?

A. I would want the Data Science Team to differentiate that for you.

Q. Okay. Does PowerSchool ever commingle customer datasets for product improvement?

MS. BAILEY: Objection, form. You can answer.

THE WITNESS: Are you asking do we bring usage information from all products to a central -- into a data lake, for example, and locate that data together?

I'm not, I'm not sure I understand your question.

BY MR. ARAGON:

Q. Well, let me ask it more precisely.

Does PowerSchool ever commingle customer student data to improve products?

A. No.

MR. ARAGON: Okay. Let me just look at my notes real quick.

BY MR. ARAGON:

improve a product without their consent?
A. No.
Q. In your experience, has PowerSchool ever accessed its customer's data without the customer's permission?
A. No.
Q. In your opinion, is it important to maintain the trust of PowerSchool's customers?
A. Yes. Absolutely. We do have data for youth, students, children.
Q. And, what would happen just, you know, based on your opinion, if PowerSchool lost the trust of its customers?
A. That would have business impact if we lost, if we lost that trust.
Q. Plaintiffs in this case, they have also alleged that the student data collected through PowerSchool's platforms is not segregated.
Do you agree with that?
A. [redacted]

reports.

Q. But to be clear, it wasn't that PowerSchool was internally running reports, you know, for its own use.

A. That's correct.

Q. Is that right?

A. That's correct. We were, we -- there are no PowerSchool -- there are no reports built on top of customer data that those reports are viewed internally by PowerSchool.

Q. Okay. And thinking about those

[redacted]

Q. And did it ever use identifiable data in those data lake to make predictions about students?

A. There were no predictive models done with identifiable data.

Q. So, now I want to talk about the

[redacted]

CERTIFICATE OF NOTARY

* * * * *

I, LORI J. GOODIN, RPR, CRR, RSA, CA CSR # 13959 the Notary for this proceeding, do hereby certify that the witness whose testimony appears in the foregoing proceeding was sworn by me; that I am neither counsel for, related to, nor employed by any of the parties to the action in which this deposition was taken; and, further, that I am not a relative or employee of any attorney or counsel employed by the parties hereto, or financially or otherwise interested in the outcome of this action.

LORI J. GOODIN, RPR, CRR, RSA
CA CSR# 13959

Notary Public in and for:

STATE OF FLORIDA, COUNTY OF SARASOTA
Notary Commission Number: GG987804
My Commission expires: May 12, 2028

STATE OF CALIFORNIA, CA CSR# 13959
My Commission expires: February 22, 2026

DISTRICT OF COLUMBIA, WASHINGTON DC
My Commission expires: June 1, 2026