# Exhibit 13

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

------------------------------x
EMILY CHERKIN, et al., :
:
Plaintiffs, : Case No.
:
vs. : 3:24-cv-02706-JD
:
POWERSCHOOL HOLDINGS, INC., :
:
Defendant. :
------------------------------x

VIRTUAL VIDEOTAPED DEPOSITION OF
SHAHZAD AHMAD
Wednesday, September 17, 2025
8:05 a.m. Pacific Daylight Time

REPORTER: Dawn A. Jaques, CSR, CLR

---

DIGITAL EVIDENCE GROUP
1730 M Street, NW, Suite 812
Washington, D.C. 20036
(202) 232-0646

Q Okay. Does PowerSchool have programs that it markets as data as a service?
A I don't know all of the marketing material, but no, not that I can think of.
Q What is an enterprise data platform?
A Enterprise data platform -- in general, or in PowerSchool's context?
Q I'd love to do both, so generally, and then also in the context of PowerSchool.
A Generally, could be a platform that's designed to give enterprise customers access to their data in a more user friendly way.
PowerSchool, I would think our Connected Intelligence solution could be seen as that. I don't know if we market it as that.
Q Okay. And can you just talk a little bit about Connected Intelligence solutions, what that is?
A Connected Intelligence is our product that we market to our customers,

school districts, and it allows them to have access to their data on demand. They can view it, they can run reports against it, and they can use it to integrate with their other downstream systems.

Q And then in the context -- you said that there's -- Connected Intelligence solutions is an enterprise data platform that PowerSchool provides.

Is there anything else?

A Not that I can think of. And I don't know if we market it as such is what I would say, but it is how we provide customers' data to customers.

Q What's an enterprise scale service?

A Sounds like a technical exam, enterprise scale service. I would guess it's any service that can scale as an enterprise customer wants to scale up. Very broad term.

Q What is DevOps?

A DevOps is a general practice of development and operations in -- by the same

controlled by the school.

The data in any form that we host is for individual customers controlled by those customers, and they maintain the integrity of that data as well. We don't change it without customer's consent.

BY MS. SIEHL:

Q So if the school customer did not tell PowerSchool a child had left the school program, PowerSchool would not delete that student's data; is that correct?

MS. ROTHMAN: Objection, form, and calls for speculation again.

THE WITNESS: PowerSchool is not the controller of the data; schools are.

BY MS. SIEHL:

Q Does PowerSchool do any audits on school data to ensure that the records they're getting from students are students that are within that school district or customer?

MS. ROTHMAN: Objection, form.

THE WITNESS: Schools have their

population. They have their students as they subscribe to them. I don't know how the school business works.

Schools contract with PowerSchool, and in that, they provide the data feeds to us on daily basis, et cetera. They manage the data directly as well, and they control who goes where, and they adjust it as they need to.

PowerSchool, as an entity, we provide the application to the customers so they can view their data, but data is controlled by the schools, fed by the schools, and managed by the schools.

BY MS. SIEHL:

Q Are you able to discuss the data lakes at PowerSchool?

MS. ROTHMAN: Objection, form.

THE WITNESS: By "data lake," do you mean the Connected Intelligence solution?

BY MS. SIEHL:

Q Well, that was my next question.

defined requirements by the customer to view however they like to see that data, and those needs could change by the customers on an ongoing basis.

BY MS. SIEHL:

Q And your teams are involved in helping set up the dashboards for how the customer would like to view their data?

A We set up the technical infrastructure, we set up the environment, we make the application available, and then -- and then they have the ability to see the data and cross-reference how they like.

We don't -- to run the application, my team doesn't have to be on the front end of it to do our job.

Q Okay. And are there set default settings of certain data dashboards that your customers use when you initially set up the product?

MS. ROTHMAN: Objection, form.

THE WITNESS: Unified Insights, as I

A I was just using a phrase to define
a database, [redacted]

Q Okay. And I just want to make sure
like we understand each other.

[redacted]

[redacted]

[redacted]

Q Do you know what a data warehouse is?
A Yes.
Q Okay. What is it?
A In an umbrella term, data warehouse is where you create a larger entity that hosts a variety of different data, just like a warehouse.
Q Can you tell me the difference between a data lake and a data warehouse?
A Oh, huge difference. Data warehouse can contain several lakes going into it. A data lake itself could contain a warehouse, but I could be just fighting with semantics

SIS customer, so we use [redacted]

Q And based on your investigation,
[redacted]

Q So shifting from where the data is stored, let's talk a bit about how a data processing provider like PowerSchool gets access to student data.
So who decides whether a data processing provider gets access to student data?

A Our customers.

Q And in your experience, has PowerSchool ever accessed its customers' data without the school's permission?

A Never.

Q And in your experience, has PowerSchool ever accessed student data without the school's permission?

A Never.

Q Now, Plaintiffs allege that PowerSchool monetizes student data.

Does PowerSchool sell student data at all?

A No.

Q Does PowerSchool sell access to student data?

A No.

Q Does PowerSchool use data from one school to build a product used for another school?

A No.

Q Does PowerSchool use data from one

school to improve a product used by another school?

A No.

Q Does PowerSchool use data from any school to develop a new product?

A No.

Q Does PowerSchool use data from any school to power its AI products?

A No.

Q Did PowerSchool create an AI product using student data?

A No.

Q Does PowerSchool sell AI products that were trained on student data back to schools?

A No.

Q And does PowerSchool use student data to develop AI products used to make predictions about students?

A No.

MS. ROTHMAN: Thank you, that's all I have.

CERTIFICATE OF NOTARY PUBLIC

I, DAWN A. JAQUES, a Notary Public in and for the Commonwealth of Virginia, before whom the foregoing deposition was taken, do hereby certify that witness whose testimony appears in the foregoing pages was duly sworn by me; that the testimony of said witness was taken by me in shorthand at the time and place mentioned in the caption hereof and thereafter reduced to typewriting under my supervision; that said deposition is a true record of the testimony given by said witness; that I am neither counsel for, related to, nor employed by any of the parties to the action in which this deposition is taken; and, further, that I am not a relative or employee of any attorney or counsel employed by the parties thereto, nor financially or otherwise interested in the outcome of the actions.

Dawn A. Jaques

Dawn A. Jaques, CSR, CLR
Notary Public in and for
Commonwealth of Virginia

My commission expires:
August 31, 2027
Registration No. 132328