# Exhibit 14

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

EMILY CHERKIN, et al., )

Plaintiff, )

v ) Case No. 3:24-CV-02706-JD

POWERSCHOOL HOLDINGS, INC., )

Defendant. )

)

VIDEOTAPED DEPOSITION OF DARRON JAMES FLAGG

APPEARING REMOTELY

December 1, 2025

9:00 a.m. (Pacific Daylight Time)

Reported by: Eileen Mulvenna, CSR/RMR/CRR/RDR

DIGITAL EVIDENCE GROUP
1730 M Street, NW, Suite 812
Washington, D.C. 20036
(202) 232-0646

it processes to determine whether it's still necessary to obtain that data from the schools?

A. No. And the reason we don't is, again, the school districts are the data controllers. Under the law they have the responsibility. Once they're collecting data, utilizing our tools or other means, they're responsible for the notion of data minimization, to your point.

From our perspective, we as a company, as stated in our global privacy statement, acknowledge that principle for us. But school districts, they have to make their own decisions of what they do.

Q. Are there any limits on what data PowerSchool will process if a school district requests it?

A. The -- that last part of your question, if a school district requests it. So I think you're asking me, just to be clear, is there a moment in time wherein a scenario could exist that PowerSchool would say, We are not going to allow a

A. Yes.

Q. How long does PowerSchool store student-generated content that was obtained using Schoology?

A. [redacted]

Q. Is the information Schoology processes disclosed to parents and students?

MS. ADENDORFF: Objection to form.

THE WITNESS: Schools can enable parents to have some access, I believe, in

clear about, because it can be confusing. People get confused about AI every day. So --

Q. And that -- and that makes sense to me for PowerBuddy for Learning. But what about PowerBuddy for Data Analysis, are you saying that PowerBuddy for Data Analysis doesn't consider any student or parent data?

A. [redacted]

[redacted]

Because people get concerned that data is shared with an AI and it's used outside of the environment of the school in any way and it's not. So I hope I've explained that clearly.

Q. I have some questions, but yeah.

When a school decides to analyze data using PowerBuddy for Data Analysis, I believe your testimony was that the school chooses what data is analyzed; right?

A. Exactly. Yes.

a subset of products, Schoology -- Schoology, SIS, that already done that they can do that quickly. Others they have to write the code to do that.

But in answer to your question, any of the products could be done that way.

Q. Okay.

A. So they could be imported in. It's just there's some they have to do some extra work on because they haven't done it yet, as an example.

Q. When a customer chooses to purchase Connected Intelligence -- the Connected Intelligence product, [redacted]

A. Oh, definitely, yes. Yes. There's -- and [redacted]

[redacted]

Q. So --

A. So -- I'm sorry, go ahead.

Q. [redacted]

A. That's their decision --

Q. Right.

A. -- as a data controller.

And I want to -- want to correct a bit of the question you posed because it stated that PowerSchool is sharing. It's actually the user that's doing the sharing.

We're -- we, in this language in the technical things that were done, were supporting that as a possibility. But the user is the one who's deciding, you know, I do want to share this with EAB for a helpful benefit for the student.

It's not PowerSchool sharing it. It's the school saying -- the user saying, I want it to be shared. And we say, Okay, this is what you're wanting and your school district, as a data controller, is allowing this, so fine.

But to your question, the school district could decide to share that data with EAB if it wanted to, yes.

Q. Without first receiving consent from the students or -- or his or her parent?

Q. Do you know if PowerSchool was ever paid under the [redacted]

A. I -- I don't know that it -- that we were ever paid. I would -- I would say we definitely weren't, because we never implemented the [redacted]

Q. Mr. Aragon asked -- also asked you questions about de-identified data?

A. Yes.

Q. Do you use de-identified data at PowerSchool in developing product?

A. No.

Q. Have you ever used the [redacted] that you testified about when developing product?

A. No.

MS. ADENDORFF: That's all the questions I have.

STATE OF NEW YORK )

ss:

COUNTY OF WESTCHESTER )

I, EILEEN MULVENNA, CSR/RMR/CRR/RDR, a Certified Court Reporter, Registered Merit Reporter, Certified Realtime Reporter, Registered Diplomate Reporter, and Notary Public in and for the State of New York, do hereby certify:

That I reported the taking of the deposition of the witness, DARRON JAMES FLAGG, commencing on the 1st day of December, 2025, at the hour of 9:00 a.m.

That prior to being examined, the witness was duly sworn by me to testify to the truth, the whole truth, and nothing but the truth.

That I thereafter transcribed my said shorthand notes into typewriting and that the typewritten transcript of said deposition is a complete, true and accurate transcription of my said shorthand notes taken down at said time, and that a request has been made to review the transcript.

I further certify that I am not a relative or employee of an attorney or counsel of any of the parties, nor a relative or employee of any attorney or counsel involved in said action, nor a person financially interested in the action.

IN WITNESS WHEREOF, I have hereunto set my signature this 4th day of December, 2025.

Eileen Mulvenna

EILEEN MULVENNA, CSR/RMR/CRR