# Exhibit 15

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

------------------------------x
EMILY CHERKIN, et al., :
:
Plaintiffs, : Case No.
:
vs. : 3:24-cv-02706-JD
:
POWERSCHOOL HOLDINGS, INC., :
:
Defendant. :
------------------------------x

** CONFIDENTIAL **

VIRTUAL VIDEOTAPED DEPOSITION OF

CHRISTOPHER BRIAN CIRILLO

Thursday, September 18, 2025

10:58 a.m. Eastern Daylight Time

REPORTER: Dawn A. Jaques, CSR, CLR

---

DIGITAL EVIDENCE GROUP

1730 M Street, NW, Suite 812

Washington, D.C. 20036

(202) 232-0646

Q Okay, that's fair.

You said something interesting a little earlier about school districts sharing data. What data do school districts share with one another?

A To clarify, I'm not talking about data specific to the school district. I am talking about content.

So if you are a school district who builds, let's say a chat, like you -- I don't know, you build a little chapter book because you're going to use that book as a part of a reading assignment, then you as a school district have the ability to share that to another school district.

Or if you were to, you know, create a video demonstration on how to solve quadratic equations, and you thought that that video was particularly useful, you could share that with another school district to use.

Q Okay. What about any other -- any other student-related data that's shared

between school districts?

A There's no student data shared between school districts.

Q What about logging data that relates to students? Is that shared between school districts?

MS. KALISKY: Object to the form.

[redacted]

BY MR. ARAGON:

Q What about anonymized data? Is that shared between school districts?

[redacted]

Q Okay. So there's no sharing between the districts of anonymized data?

A The district cannot share their data directly on the platform.

Q Yeah, but PowerSchool doesn't facilitate the sharing of data?

A PowerSchool does not facilitate the

sharing of data between school districts for the Classroom products that I oversee.

Q Okay. So just to clarify, what data prior to October 18th, 2023, or thereabouts, was PowerSchool not able to delete from Schoology?

A I do not know the details of exactly what data we're talking about.

Q And has that issue been fixed?

MS. KALISKY: Object to the form, assumes facts not in evidence.

BY MR. ARAGON:

Q Well, one second. Actually, we do know that, prior to that date, certain data from Schoology couldn't be deleted; isn't that right?

MS. KALISKY: Object to the form.

MR. ARAGON: You can answer.

THE WITNESS: That's what you told me. I know that it is a discussion topic within the company.

make predictions about students?

A Schoology does not use any student data to make predictions about students or otherwise.

Q What about insights? Is Schoology data used to make insights about students?

A Schoology data is presented exactly as the student interacted with it.

Q Yeah, I understand that, but does PowerSchool or anyone else use data derived from Schoology to make insights about students?

MS. KALISKY: Object to the form.

THE WITNESS: Schoology makes the [redacted] available to users, similar to our conversation with Performance Matters.

That in and of itself is not an insight, but a user reading those scores, and in their mind putting it together with other information they have, would be different.

Q Okay, I understand you may not be able to recall specific documents, but generally do you recall any documents that discuss that topic?

A Documents that talk about the process of which school districts obtain consent?

Q Or need -- or the need or requirement, legal or otherwise, to obtain consent from parents or students to collect and use their data.

A Not that I can recall.

Q Okay. Other than what we've discussed, are you aware of any student data that Schoology, Performance Matters, or ContentNav uses to make predictions about students?

A I'm not aware of any process or anything that would create predictions about students.

Q Other than what we've discussed, are you aware of any use of data in Schoology,

CERTIFICATE OF NOTARY PUBLIC

I, DAWN A. JAQUES, a Notary Public in and for the Commonwealth of Virginia, before whom the foregoing deposition was taken, do hereby certify that witness whose testimony appears in the foregoing pages was duly sworn by me; that the testimony of said witness was taken by me in shorthand at the time and place mentioned in the caption hereof and thereafter reduced to typewriting under my supervision; that said deposition is a true record of the testimony given by said witness; that I am neither counsel for, related to, nor employed by any of the parties to the action in which this deposition is taken; and, further, that I am not a relative or employee of any attorney or counsel employed by the parties thereto, nor financially or otherwise interested in the outcome of the actions.

Dawn A. Jaques

Dawn A. Jaques, CSR, CLR
Notary Public in and for
Commonwealth of Virginia

My commission expires:
August 31, 2027
Registration No. 132328