# Exhibit 16

STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

EMILY CHERKIN, et al., )
Plaintiff, )
v ) Case No. 3:24-CV-02706-JD
POWERSCHOOL HOLDINGS, INC., )
Defendant. )
)

VIDEOTAPED DEPOSITION OF SUJIT MAHARANA

APPEARING REMOTELY

September 24, 2025

11:10 a.m. (Central Time)

Reported by: Eileen Mulvenna, CSR/RMR/CRR/RDR

Job No. 00170367

DIGITAL EVIDENCE GROUP
1730 M Street, NW, Suite 812
Washington, D.C. 20036
(202) 232-0646

at 75 or 80 percent of data, figures out what is the correlation between them or regression. And then it actually tests whether it is coming up to a better results or not.

That's all that it is. So in descriptive analysis, it is 100 percent of the data that you're aggregating against.

Q. And when you say "100 percent of the data," what do you mean by that?

A. So, for example, say a teacher wants to know how many students are in her class, right. So it will count all the students in the class and tell, Oh, you have 35 students in your class.

So it's called descriptive -- there is data, but it's not aggregated format. There is, like, Tom and Emily and Ashley and all those students, but it does not -- if they want to know how many total are there, it's untotaled. It's called descriptive analytics. Describe the data, it's called descriptive analytics.

In predictive, what happens is we kind of predict what it is going to, but the prediction

is again controlled by the customer. Unified Insights does not control that.

Q. But that is the capability Unified Insights has, that if a teacher were to ask how many students are in my class, that's something that Unified Insights could provide?

A. That is our primary business of analytics, is aggregating that information, analyzing those data. Because all of the data belongs to the school. They have the data.

The primary benefit of this, this is -- this is essentially they were doing the -- in predictive analytics, they were doing that. It's just that we help them with those analysis that they were doing manually, which used to take them a long time, a little faster.

Q. Okay. So is it your team then that informs the machine learning?

A. No, not the team.

Q. Okay. Who does it?

A. [redacted]

[redacted]

[redacted]

Q. Okay. But I want to go back to your example about the graduation rates.

A. Uh-huh.

Q. If the data that Unified Insights comes out and shows, say, a different amount of absenteeism that would then lead to a correlation and not being on time for graduation, how is that suggestion then made to the school district?

A. It's just numbers. It's just aggregation of numbers, right.

So, for example, a school teacher is taking attendance every day. They don't know how many days in that last month was a kid absent. So we can count that for them and tell them, Hey, so-and-so kid was absent for two days; or for a principal, this grade -- or this class had absent -- 10 percent were absent, or 20 percent were absent.

Q. Okay. So I think you said that the

[redacted]

[redacted]

BY MS. SIEHL:

Q. Okay.

MS. ADENDORFF: Can we take a break sometime soon? I don't want to cut you off if you're mid rhythm, but --

MS. SIEHL: Yeah, I think we can in about five minutes. I have a couple more follow-ups just on this train before we take a break, but we can do that soon.

BY MS. SIEHL:

Q. Okay. So you mentioned data visualization. So are those charts and graphs what you're thinking of when you say "data

[redacted]

Q. Okay. So I just want to follow up. So you said ETL, and that's your, like, internal terms for extract, transform, and load; is that right?

A. Correct.

Q. Okay?

A. Yeah, it's a general industry term. As to, yeah, anyone who does analytics, that's a general industry term.

Q. Okay. Then how does Unified Insights know what data from Connected Intelligence to utilize for its data visualization?

A. Good question. It is the data

[redacted]

BY MS. SIEHL:

Q. Okay. Are there any kind of -- strike that.

At the implementation phase, are there any set things that your team offers as, like,

BY MS. SIEHL:

Q. Okay. And that makes sense. So if the customer is like, Hey, I would really like to see, for example, the attendance data, the assessment success rate, and whether or not students are on track to graduate, then would it be the implementations team that's telling them, Here's the key information that you need to provide us for our program to work?

MS. ADENDORFF: Objection, calls for speculation.

THE WITNESS: Not really, because the customers already know that information. If they want to see attendance data, they know where that data is. If they want to see assessment how -- how the assessment look like, they know where the assessment is.

We cannot tell them that, Hey, provide this data or that data. No. They already know that. And every customer is different. Every customer has that information what they know about. It's not one size fits all.

time.
Q. I want to go back to the top part of the About, first bullet -- I guess not bullet point, sorry, first paragraph.
So how is it that the platforms are transforming education?
A. We are helping the educators or our customers, our schools do what they were doing the lot faster. For example, they were doing risk analysis. But it would take them a long time.
They were able to identify how many kids are absent, just regular descriptive analytics. They were able to do that, but it used to take them a long time to identify that information.
And once -- that's how it is helping the educators transform education or the industry itself. And I'll tell you the story of Hoonuit.
Hoonuit is actually who, the word, who, knew it. When we build this and actually went to customers and showed the data in that aggregated format, like many of them said, who knew it that this is possible.

And our company name is based on that insight that we were providing. I have seen so much moments from educators, and educators being thankful of what we are doing. It was very motivating. So our platform definitely helps the educators make education better, you know, I would say.

Q. And what are the main ways that you have evolved the platform following the acquisition of Hoonuit with PowerSchool?

MS. ADENDORFF: Objection to form.

THE WITNESS: Say that again.

BY MS. SIEHL:

Q. Yeah, so I'm pulling this from the second bullet point under your PowerSchool experience. So, again, second page.

It says, The platform has evolved. So how have you evolved the platform following the acquisition of Hoonuit by PowerSchool?

A. One example is something that used to take us to provision a particular customer 40 hours at Hoonuit takes only hardly two to three hours or max four hours just to provision.

[redacted]

BY MS. SIEHL:

Q. How does Unified Insights know how to extract only what is necessary from CI?

A. [redacted]

Q. Okay. And you were talking about specific modules. What do you mean when you say "modules"?

A. Like this examples, right. Somebody -- some customers, they want to just look at student data. Some customers, they don't want to look at student data at all. They just want to look at their finance data, how their school finances are working, right.

those modules.

And if they purchase Essentials, we know that these are the three modules they want, and we know that their SIS is PowerSchool SIS. So we know what tables to pull that information.

We would not pull anything if -- again, it is based off time and money and preponderance [sic] and all that, right. And they have not purchased anything. They have not asked to look at the data. So we won't. So based on those modules, we know what is necessary.

BY MS. SIEHL:

Q. Okay. If a customer were to write in and say Hey, I didn't get this before, but now I really wanted to look at assessments, how would that workflow go to get that information to Unified Insights?

A. Assessment is part of Essentials. They tell us that, Hey, we have three assessment, two assessments that we want to load. That's fine.

They purchase that initially. But if they want to suddenly after a year of implementation, they say, Hey, we have a new assessment, then they have to purchase that new assessment and provide us the assessment data.

And they would also want to change the visualization, either the visualization assessment, or they want to see a separate visualization.

Q. Okay. What about the situation where a school say, like you're saying, a teacher wants to know how many students are in their class, it's not something they had before, how would that workflow go to getting that information into Unified Insights?

MS. ADENDORFF: Objection, calls for speculation.

THE WITNESS: Yeah. So that one in general what happens is they reach out to the implementation team is to, hey -- they're working with implementation team constantly. They're the support.

If they're out of implementation, they

can come to support and say, We want to add a new visualization. They can either go to support, and support can -- either they can add them themselves, if they have already purchased that module.

If they did not purchase the module support and implementation, they will go through and see if they have to purchase the model. If they're not purchasing the module and the module is available, either they can create those --

(The reporter seeks clarification.)

THE WITNESS: Either they can build that visualization on their own, or they can ask the support team or the services team to help them build that visualization. Most people ask the implementation team. So I won't say all of them fall into that category.

And the support team can then -- sorry, the services team then can decide whether the data is available or the data --

school has to provide that data, and they can build a visualization or modify a visualization.

BY MS. SIEHL:

Q. And how does the team determine if the data is available or not?

A. That is provided by the customer as to what they want to see.

Q. Okay.

A. So it depends on the question.

Q. So other than Connected Intelligence and the data warehousing that we have been discussing, are there other places where PowerSchool is hosting or storing data for its customers for Unified Insights?

A. [redacted]

So the easiest way for schools to work

BY MS. SIEHL:
Q. Are you, through your work with Unified Insights, or members of your team ever working with de-identified data from Connected Intelligence? Sorry, Connect.
A. From CI, for production use, no, we don't.
Q. And so when are you working with the de-identified data?
MS. ADENDORFF: Objection to form.
THE WITNESS: The de-identified data, we don't use it in the R&D process itself.
BY MS. SIEHL:
Q. So you don't use de-identified data for the R&D process?
A. Yes.
Q. Are you using it to test any of your queries?
A. Not the --
MS. ADENDORFF: Object to form.
THE WITNESS: No, not the queries itself.

BY MS. SIEHL:

Q. Okay. When are you using it?

MS. ADENDORFF: Objection to form.

THE WITNESS: So we don't use it in the queries itself at all. For the product development itself, we don't use it.

BY MS. SIEHL:

Q. But does your team use de-identified data?

A. Not -- not during R&D process.

Q. Okay. So if not during R&D and not during production, is there a time where your team is using de-identified data?

A. [redacted]

I don't know.
Q. Okay. Now, switch gears a little bit, we're going back to insights. So an insight uses information from student A, B, C, within a customer's school district to come up with the insight?
A. Can you clarify that question? We don't use student A, B, C. So I'm not following the question. Is there a specific answer you --
Q. Right. I guess I'm just trying to understand what data would then be utilized within a school district to create an insight. So would it be, for example, a student's entire class?
A. [redacted]

[redacted]

Q. Okay. So let's go back to the example we were talking about a lot. So say there is a student and the teacher wants to query, is this student on track to graduate, how would that data be reviewed for an insight?

A. So they go --

MS. ADENDORFF: Objection, calls for speculation.

THE WITNESS: Yes. So they might go into what we call the student wall about the student information. They might.

How they are actually doing it, I would not know. There are multiple ways of doing that. One of the ways could be student involved; or one of the ways could be like, you know, they look at all the students as to what were absent or what are -- what are --

A. Yeah, they decide that. They decide that, correct.

Q. How do you know that the data is limited to just the students of the customer?

MS. ADENDORFF: Objection to form.

THE WITNESS: [redacted]

BY MS. SIEHL:

Q. If a school requested -- are you okay?

A. Excuse me, sorry. Yeah.

Q. All good?

A. Yeah.

You were saying, if the school?

Q. Yeah, if the school requested some of the Unified Insights to be shared with a third party, is that something that your team would do?

A. No.

MS. ADENDORFF: Objection to form.

Q. As for the term "risk analytics," what risk are you talking about, typically?
A. An example would be on-time graduation, and it's up to the customer if they want to add any other analytics to it.
Q. Are there any analytics in Insights product that were developed, improved, or trained using student data?
A. No.
Q. And are there any analytics in Insights products that were developed, improved, or trained using parent data?
A. No.
Q. Does PowerSchool sell student data?
A. No.
Q. Does PowerSchool sell insights on students?
A. No.
Q. What if the plaintiffs' counsel asked you, But don't you sell insights back to the school that bought your Unified Insights --
(The reporter seeks clarification.)

STATE OF NEW YORK )

ss:

COUNTY OF WESTCHESTER )

I, EILEEN MULVENNA, CSR/RMR/CRR/RDR, a Certified Court Reporter, Registered Merit Reporter, Certified Realtime Reporter, Registered Diplomate Reporter, and Notary Public in and for the State of New York, do hereby certify:

That I reported the taking of the deposition of the witness, SUJIT MAHARANA, commencing on the 24th day of September, 2025, at the hour of 11:10 a.m.

That prior to being examined, the witness was duly sworn by me to testify to the truth, the whole truth, and nothing but the truth.

That I thereafter transcribed my said shorthand notes into typewriting and that the typewritten transcript of said deposition is a complete, true and accurate transcription of my said shorthand notes taken down at said time, and that a request has been made to review the transcript.

I further certify that I am not a relative or employee of an attorney or counsel of any of the parties, nor a relative or employee of any attorney or counsel involved in said action, nor a person financially interested in the action.

IN WITNESS WHEREOF, I have hereunto set my signature this 24th day of October, 2025.

Eileen Mulvenna

______________________________

EILEEN MULVENNA, CSR/RMR/CRR