# Exhibit 17

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

EMILY CHERKIN, et al.,

Plaintiff, CASE NO. 3:24-cv-02706-JD

-against-

POWERSCHOOL HOLDINGS, INC.,

Defendant.

CONFIDENTIAL - UNDER THE PROTECTIVE ORDER

VIDEO-RECORDED DEPOSITION OF
BRIAN SHARP
Zoom Recorded Videoconference
07/31/2025
9:03 a.m. (MST)

REPORTED BY: MONIQUE CABRERA

---

DIGITAL EVIDENCE GROUP
1730 M Street, NW, Suite 812
Washington, D.C. 20036
(202) 232-0646

to be AI. And so in that capacity, I would say there is not a -- to answer your question directly, however, I don't believe that we have done an agreement with any company that it claims to be exclusively AI.

Q. Do you recall any agreement with any company that desires PowerSchool student data to help fuel their AI products?

MS. ADENDORFF: Objection to form.

A. Can you repeat the question, Leonard?

BY MR. ARAGON:

Q. Yes, sure. Can you recall any agreement in the last year with any company that desires to use PowerSchool's student data to help fuel their AI products?

A. Not specifically, no. When we do partnership agreements with vendors -- for clarity, if I could just set table for you.

Q. Sure.

A. So there are 20 different PowerSchool products. Across that spectrum, 19

[redacted]

[redacted] And to just put an example to that, my wife just last night, who uses Google Docs, e-mailed me a Google Doc. I opened it in Microsoft Office, and the formatting sucked. And spaces were missing and all different types of things. And the reason is because she does not have a license to Microsoft Office also. So therefore, we are not on the same plane.

[redacted]

[redacted]

Q. Okay.

A. Sorry that was a long answer, Leonard. But I feel like it kind of wraps around a lot of the question you are asking. Hopefully that gives you context.

Q. That was very helpful. I appreciate

the facilitation of data from PowerSchool SIS to a third-party product; is that correct?

MS. ADENDORFF: Objection to form. Misstates testimony.

By MR. ARAGON:

Q. You can answer.

A. I am sorry. I didn't understand the last objection. Sorry. Would you repeat the question, Leonard?

Q. Yes, sure.

Just so I understand, the -- the [redacted]

MS. ADENDORFF: Objection to form.

A. That's correct to a point. It must be authorized by the school district, by the customer, or else it would not work.

By MR. ARAGON:

Q. Okay. I appreciate that.

A. It has the ability to facilitate

that information. It will not work without the customer's authentication.

Q. Is -- is -- is there a name for that [redacted]

[redacted] [redacted] no, there's nothing fancy.

Q. Okay. Is there a -- is there a place where the -- where the -- where [redacted] is held at PowerSchool?

A. There is.

Q. Where?

A. In a secure online environment called PowerSchool Community.

Q. And what information is in the PowerSchool Community?

A. User documentation, how-to manuals, updates on any kind of maintenance or development, new -- new tools and so forth, features within the product. I think they call those release notes.

Q. Okay. Anything else in the -- in the Community?

data that fits within those fields for which they can then manage reporting and, you know, other types of aspects of their business.

Q. Okay. And we agree, though, that there are partners that want that information from the PowerSchool SIS system, correct?

MS. ADENDORFF: Objection to form.

A. And not make that an exclusive. I think the agreement can be that the school district, whom are our customers, have a desire to share their data with a third party in which PowerSchool can either, A, license that vendor, with the result to be able to do that in a realtime manner, should they be given authentication from the customer to do so or the customer can just do it exclusively on their own with that vendor.

Q. Okay. So customers, schools or school districts, have data regarding their students in PowerSchool's SIS system, correct?

MS. ADENDORFF: Objection to form.

A. That's correct.

[redacted] I understand that.

But do you have a general understanding how each of the third-party partners use the student data that they obtain for PowerSchool SIS?

MS. ADENDORFF: Objection. Calls for speculation.

A. I don't know how they use that data. That would be at the discretion of the customer.

By MR. ARAGON:

Q. Okay. So once you facilitate the licensing of the data, PowerSchool does nothing to ensure that that data is not misused by the third-party partner; is that right?

MS. ADENDORFF: Objection. Misstates testimony.

A. And actually, that's not true. From the standpoint that when the vendor has [redacted]

[redacted]

[redacted]

So that is contracted with each vendor that we work with. So from a security standpoint, we do do a lot of things, but ultimately, it's the customer's data. The customer is authenticating the partner and choosing how that data is used within that third-party system.

Q. Anything else to ensure that PowerSchool SIS data that is received by a third party is not misused? Does PowerSchool do anything else?

A. We do not, that I'm aware of.

Q. So is it your testimony that each of the -- of the contracts that PowerSchool enters

the PowerSchool SIS to market to students or
parents?

MS. ADENDORFF: Objection. Calls
for speculation.

BY MR. ARAGON:

Q. Let me rephrase the question then.
Based on your experience as the vice president of
strategic partnerships, in your experience with
dealing with partners at PowerSchool, are you
aware of any vendor or partner who uses
customers' data within the PowerSchool SIS to
market to student or parents?

MS. ADENDORFF: The same objection.

A. I'm not familiar with any that use
it in that capacity. However, as I stated
earlier, when we review any type of the
customer's data that a vendor might be pulling
through the PowerSchool [redacted] we
review it for specifics on what type of business
they are, but we also encourage customers to
equally review how their data is utilized, which
is why they have the final say in authenticating

the transmission any of their data to any third-party vendor.

Q. I appreciate that.

But are you aware of anyone using that data to market to students or parents based on your review of the PowerSchool [redacted]

A. I am not.

MS. ADENDORFF: Objection. Asked and answered. Objection. Calls for speculation.

Go ahead. Sorry.

BY MR. ARAGON:

Q. Do you know what a data lake is?

A. I do not. I have heard the term, but I don't know the details or specificity of what it entails.

Q. Are you aware of any partner or vendor who uses customer data within the PowerSchool SIS to help support or fuel or feed an artificial intelligence product?

MS. ADENDORFF: Objection. Asked

for sure. I don't know. It would be somebody
else within the organization.

Q. Sure. It's my understanding that
you said in order to utilize the [redacted] that PowerSchool has to give permission and
the school has to give permission to the third
party.

But is there any other specific
configuration or administrative permissions that
have to take place in order to share data?

A. [redacted]

[redacted]

Q. Are you aware of any instance where PowerSchool has denied the ability of a third party to share data using [redacted]

Q. Okay. But I understand prior to being licensed.

I am saying during the licensing process, are you aware of PowerSchool ultimately finding, no, we are not going to allow this third party to access customer data within the PowerSchool SIS?

MS. ADENDORFF: Objection.

A. Thank you for that, Leonard.

customers gave access to Hero K-12 or the
DeansList?
A. Because they would not have been
installed on the customer instance had the
customer not provided their license key and
secret to that vendor and their plug-in.
Q. It's your testimony that there is no
other way other than receiving a license key for
a third party to install a plug-in on the
PowerSchool SIS system?
A. That is correct.
Q. Okay. I understand that it's your
testimony that the school authorized the
DeansList and Hero K-12 to access the data. But
you agree that these two entities were able to
access data within the PowerSchool SIS system
without receiving authorization for PowerSchool?
A. They built a plug-in without a
license from PowerSchool.
Q. Right. And so they were able to
access PowerSchool SIS -- well, let me back up.
They were able to access customer

Can we agree on that as well?
A. No. Within the scenario I just outlined in which you stated that they extracted all of their data and gave it to a third party on their own accord, in that scenario, that would not have been through [redacted] because that would not be appropriate use of that tool.
Q. Okay. That's fair. Let's say it's 50 percent of the data and they did use an [redacted]
Can we agree on that assumption?
A. I cannot. Sorry, Leonard, because --
Q. That's okay.
A. Because the customer can give their data to whomever they want.
Q. Right.
A. They can pull it out in a [redacted] They can give them every little piece of data if they so choose to.
Q. Okay.
A. And based upon that, if they chose to give it to a company that was going to produce

CERTIFICATE OF SHORTHAND REPORTER

NOTARY PUBLIC

I, Monique Cabrera, the Officer before whom the foregoing deposition was taken, do hereby certify that the foregoing transcript is a true and correct record of the testimony given; that said testimony was taken by me stenographically and thereafter/ reduced to typewriting under my direction; and that I am neither counsel for, related to, nor employed by any of the parties to this case and have no interest, financial Or otherwise, in its outcome.

IN WITNESS WHEREOF, I have hereunto set my hand this 31st day of July, 2025.

Monique Cabrera

MONIQUE CABRERA
Notary Public in and for
The State of New York
County of Suffolk
My Commission No. 01CA6043156
Expires: 06/12/2026