# Exhibit 18

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

---------------------------------------

EMILY CHERKIN, et al.,
Plaintiffs, Case No.
vs. 3:24-CV-02706-JD
POWERSCHOOL HOLDINGS, INC.,
Defendant.

---------------------------------------

REMOTE VIDEO DEPOSITION OF JUDITH JAEGER

Friday, December 5, 2025
9:36 a.m. (PST)

Reported by:
Jaclyn Urzia, RPR, CRR
Job No. 2025-1004246

Schools?

A. Yes.

Q. Are you currently employed at SPS?

A. Yes.

Q. And what is your current position?

A. Executive director of technology.

Q. How long have you worked at SPS?

A. Over 17 years in total.

Q. Are you familiar with what's called the reporting and data analysis group at SPS?

A. Yes. That was the name -- the previous name of a group.

Q. Okay. What is the current name of that group?

A. The current name is the business intelligence team.

Q. Okay. And how are you familiar with the business intelligence team?

A. I managed them many years ago and did a transformation project that turned them into a business intelligence team from just a general reporting team.

Q. Okay. And you referred to -- it sounds like they do general reporting, is that right?
A. They do general reporting, yes.
Q. Okay.
A. And --
Q. Okay. What does "general reporting" mean?
A. Reporting on student data, sometimes staff data. They fulfill public records requests, share data with senior leadership upon request.
Q. All right. When you say reporting student data, who is that report going to?
A. Well, it depends on the requester.
Q. Okay. Can you tell me who requests student data?
A. Yes. Sometimes principals may ask for data to be compiled like for their school. Sometimes, you know, staff from a different department that's supporting schools actively will make a data request. Sometimes it will come from the

superintendent or the chief of academics.

There are a wide range of different types of people and roles that request data.

Q. Okay. From that list, it sounds like a lot of them are internal actors to SPS. Is that --

A. Yes, most.

Q. Okay. Are there any external actors that request student data?

A. Yes. There are community-based partners who have formal agreement and contract with Seattle Public Schools to provide services directly to individual students. And so we do have data sharing agreements with some of those entities, but it's the data that is shared is strictly limited to the individual person's caseload.

Q. Okay. You mentioned community-based organizations as external actors requesting student data.

Are there any other external actors that would request student data?

A. Yes, like the state. We do state

reporting, so, you know, the state would request data. I'm not thinking of others off the top of my head. But yeah, it's very common to get data requests and we follow strict processes to protect student identity.

Q. And we've been talking about student data is that referring to all students at SPS?

A. My understanding is yes, all students.

Q. Okay. Approximately how many students attend SPS?

A. It's approximately 50,000, slightly under that now.

Q. Okay. Approximately how many schools are at SPS?

A. Approximately 106.

Q. All right. Is the business intelligence group part of your current department? You mentioned that you're the executive director of technology, is that a department within SPS?

A. Yes. It's a group that's within the overall technology services

department.

Q. Okay. And in your current --

(Simultaneous crosstalk.)

Q. Got it. And in your current role, do you oversee the business intelligence group or --

A. Yes.

Q. -- have a reporting chain?

A. I have a reporting chain where I have a managed -- the manager who oversees it directly reports to me.

Q. Okay. How many employees are in the business intelligence group?

A. I don't have an exact number off the top of my head. Can I give you --

Q. If --

A. Just an approximation because we have contractors, too, so approximately eight, eight-ish.

Q. Okay. And that's eight SPS employees?

A. I believe so. And I believe one contractor at this time.

Q. And who is that contractor?

A. Her name is Dawn Seymour.

Q. Okay. So about eight employees manage the data of about 50,000 students, is that right?

A. That's not entirely right. We also have another department that supports student data through our student information system. So I also play a role in managing the data and supporting it.

Q. All right. Does SPS use EdTech to help manage student data?

A. How do you define EdTech?

Q. That's a good question. Let me ask that to you first.

How would you define EdTech?

A. In my opinion, the way I think about EdTech is more on the instructional side of applications that support student learning, but I suppose one could also consider any technology that houses student data to be EdTech. I mean, it just depends on your definition.

Q. Understood. If we were to take that second definition that you said for providers who house student data, does SPS use those kinds of EdTech providers to

help manage student data?
A. Yes, we do use technology platforms to manage student data.
Q. Okay. And if I refer to EdTech, will you understand that to refer to that -- to that definition of technology platform provider?
A. So when you refer to EdTech it's going to be that narrow definition, not including instructional applications. The reason I'm making the distinction is there's a separate group that doesn't work within technology that's under academics that does educational technology. And so the purview is under academics for that side of the house.
Q. Got it. Thank you for that clarifying question. Let's refer to -- if I refer to EdTech, will you understand that to mean both the academic side and the technology platform?
A. Yes.
Q. Okay. Great.
Could you tell me generally how SPS relies on EdTech to help the school

function and help students get an education?

A. Sure. Just very broadly, the technology platforms EdTech allow us to hold a central repository and one version of truth of -- for student data, you know, throughout the whole school district. So as I said, you know, it's roughly 50,000 students.

So there's a lot of information that needs to be stored, tracked, and kept safe. And this central repository allows for critical functions at the school district for student learning. It allows for teachers to take attendance, to give assignments and, you know, receive the assignments back from students and grading.

It allows for parents to log into a portal and to check and make sure their child is completing their assignments, look at grades, look at assessment scores. It allows for central office administrators to look at trends in data and look at our, you know, district

measures and goals and track progress towards that. There are many, many functions that it serves.

Q. Okay. I wanted to -- let's break that apart. So one of the things that you mentioned was -- or one of the topics that we've been talking about so far has been data reporting.

So going further into that, does SPS have specific data reporting obligations to the state?

A. Yes.

Q. And when we refer to data obligations to the state, is that to a particular office at the state level?

A. Yes. Yes.

Q. Do you know how many different offices at the state level SPS reports to?

A. I do not know exactly the number.

Q. Would you say it's more than one office?

A. Yes.

Q. Okay. So there are multiple state offices that SPS reports student data to?

A. My experience is limited to the data that we send to OSPI. But we have special education or other departments, I can't speak for those departments.

Q. Understood. Does SPS report data to any federal government agencies or entities?

A. Yes.

Q. Okay. So SPS has data reporting obligations to state and federal government entities?

A. Yes, that's correct.

Q. What kind of data is reported to the state and federal government?

MR. ARAGON: Objection. Form -- I mean foundation.

Q. You can answer the question.

A. Data that's reported to the state, what comes to mind is our P 223 enrollment report, and we also have CEDARS, which is a comprehensive educational data report that's provided to OSPI. Those two come to mind.

Q. How frequently does SPS report data to the state?

A. For those two reports, my understanding is it's monthly.

Q. Okay. And it's that SPS prepares monthly reports to the state government entities?

A. Yes.

Q. Okay.

MS. YI: Can we please pull up Tab 1?

All right. You're seeing on the screen a document and we'll mark this as Exhibit 1.

(Exhibit 1, March 4, 2025 SPS Board Committee packet with Audit Committee minutes and materials, remotely introduced and provided electronically to the reporter.)

BY MS. YI:

Q. Take a minute to glance through it and I'll have some questions. It's kind of a big document, so I'll direct your attention to specific parts of this document.

A. Okay.

Q. Let me know when you're ready.

A. Yes.
Q. I have a few questions on this first paragraph under that section. Feel free to read more than that, but let me know when you've finished.
A. Okay. I've finished reading the reporting section.
Q. Great. So this references the comprehensive education data and research system or CEDARS, right?
A. Mm-hmm.
Q. And you're familiar with SPS reporting data to CEDARS?
A. Yes.
Q. How frequently does SPS submit CEDARS reports to the state?
A. My understanding was that it was monthly. It may be that staff are running weekly and looking for errors and doing cleanup.
Q. Okay.
A. We do have one resource that's responsible for state reporting, and he's constantly doing validation checks and looking for errors. And I've never seen

this report before today.

Q. Got it. And you mentioned that there's an employee who is constantly looking at this data, right?

A. Yeah. His whole job is state reporting.

Q. Okay. And is -- do you know the reason why he -- or what his responsibilities are in relation to state reporting?

A. To pull the data out of PowerSchool to run validation checks, to work with other departments to confirm data accuracy and to actually do the submission to the data to the state.

Q. You mentioned PowerSchool.

How does SPS use PowerSchool to prepare or run these reports to send to the state?

A. Specifically for state reporting, there's a state reporting module or area within PowerSchool and we've had that since we implemented many years ago. So there is a CEDARS report in PowerSchool that can be run. And so that is run and

it's extracted, and then there's some validation checks and data cleansing that occurs before it's prepared and submitted, is my high-level understanding.

Q. Okay. Thank you.

Do you know when SPS started using PowerSchool to assist with the state data reporting?

A. I know we started right at go live and the exact year escapes me. I can give you an approximate, like I think it was about 11 or 12 years ago.

Q. Okay. So if I'm understanding correctly, PowerSchool developed a specific CEDARS reporting module for SPS to use for its state data reporting obligations?

MR. ARAGON: Objection. Form. Foundation.

A. I don't know if it was developed specifically for Seattle Public Schools. I do know that other PowerSchool users in the state also make use of these same reports.

Q. Okay. Do you know -- actually,

A. It's all in service of supporting our students ultimately.

Q. Who sets the guidelines for how data is collected and created on students and families?

A. Well, we try to follow, you know, best practice. And also there are laws that govern rules around, you know, data privacy and things of that nature, like FERPA.

Q. Okay. Is there a governing body at SPS?

MR. ARAGON: Objection. Form.

A. A governing body, we have our school board, is a governing body that sets school policy.

Q. All right. Could you describe a little more what the role of the school board is at SPS?

MR. ARAGON: Objection. Foundation.

(Technical interruption.)

A. The school board supervises the superintendent and they set policy.

Q. And parents elect members to the

school board?
A. The community does, yes.
Q. Okay. So the community elects members of the school board, and part of that community includes SPS students' parents?
A. Yes.
MS. YI: Can we please pull up Tab 2? We'll mark this as Exhibit 2.
(Exhibit 2, Seattle Public Schools, Student Records, April 26, 2023, remotely introduced and provided electronically to the reporter.)
BY MS. YI:
Q. And, Ms. Jaeger, take your time to review, and let me know when you're ready.
THE VIDEOGRAPHER: I don't see the court reporter. I think she dropped.
MS. YI: All right. Can we go off the record?
MR. ARAGON: Yep.
MS. YI: And the time is...
THE VIDEOGRAPHER: Yes. The time

I guess, summarize that process and characterize that as SPS controlling the content of what data elements are put in the student record based on these guidelines?

MR. ARAGON: Objection. Form. Foundation.

A. Yes.

Q. So for simplicity's sake, is it fair to say that SPS controls the content of student records?

MR. ARAGON: Objection. Form. Foundation.

A. I would say SPS were stewards of the data. I'm not sure about the use of the word "control." We're definitely stewards of the data and collect it and take care of it.

Q. Okay. Are you aware of anyone else or any other entity that you would say controls student data?

MR. ARAGON: Objection. Form. Foundation.

A. Again, that word "control," I'm not very -- I'm not super clear on the

meaning of that. I think that the students and the parents have a roll with data.

Q. Okay. And I understand the fuzziness around the word "control."

Would you say that control, in terms of making the ultimate decisions and unilaterally acting, if that was the characterization of the word "control," are there any contractors or vendors that SPS uses that controls student data in any way?

A. No.

MR. ARAGON: Objection. Form. Foundation.

Q. Previously, you described SPS as being a steward of student data, right?

A. Mm-hmm.

Q. Does that mean SPS controls -- sorry, let me take a step back.

You mentioned that SPS is a steward of student data.

A. Mm-hmm.

Q. Does SPS have a hand in deciding who has access to student data?

A. Yes. In accordance with policy, procedure and law, yes.

Q. Are you aware of anyone else who has -- anyone else who decides who accesses student data at a school district level besides SPS?

MR. ARAGON: Objection. Form. Foundation.

A. Am I aware of anyone who else can access? Sorry, can you repeat the question?

Q. Sure.

Are you aware of anyone else who decides who able to access student data?

MR. ARAGON: Objection. Form. Foundation.

A. I'm not aware of anyone else who decides who can access student data, other than SPS, in accordance with policy, procedure and law.

Q. And by deciding access according to policy, procedure and law, does SPS restrict who can access student records?

A. Yes.

MR. ARAGON: Objection. Form.

Foundation.

Q. And does SPS control what data can be accessed?

A. Yes.

Q. Let's say an EdTech company is permitted by SPS to access student records, SPS controls what that EdTech company is able to access, right?

MR. ARAGON: Objection. Form. Foundation.

A. Yes.

Q. Does SPS also control how that EdTech company can use the data that it's permitted to access?

MR. ARAGON: Objection. Form. Foundation.

A. To the extent that the contract articulates that, yes.

Q. Would you say it's -- strike that.

How does SPS control what the EdTech company can access?

MR. ARAGON: Objection. Form. Foundation.

A. We have a very robust procurement

and contracting process at Seattle Public Schools which involves a data-sharing agreement, if there's data-sharing involved with the EdTech company. And all of the contracts go through review by our in-house legal office.

Q. Are there any other groups within SPS that reviews the contracts?

A. Yes.

Q. What are those other groups at SPS that review the contract with EdTech?

A. Technology, procurement, and sometimes other groups as well, depending on who's initiating the contract.

Q. And are there any elected representatives at SPS that reviews and makes the ultimate decision about contracts that SPS enters into with EdTech companies?

MS. AIRUT MURPHY: Objection. Form.

You can answer if you can.

A. Can you repeat the question, please?

Q. Sure. Let me ask you a better

When SPS uses an EdTech provider, SPS is not just handing student data over to the EdTech provider, right?

MR. ARAGON: Objection. Form. Foundation.

A. I'm not sure what's meant by just "handing over."

Q. Okay. Let me ask a better question.

When SPS uses an EdTech provider, is there a contract that governs that relationship between SPS and the EdTech provider?

A. Yes.

Q. And the EdTech provider acts on behalf of SPS pursuant to that contract?

A. Yes.

Q. And SPS hires EdTech companies as vendors and contractors in order to help SPS fulfill an educational purpose?

A. Can you repeat that?

Q. Sure.

When SPS hires EdTech companies as vendors and contractors, does that EdTech company that's hired help SPS

fulfill an educational purpose?
A. Yes.
Q. So EdTech companies like PowerSchool help SPS efficiently comply with state and federal reporting requirements?
A. Yes.
MR. ARAGON: Objection. Foundation.
Q. PowerSchool helps SPS fulfill educational purposes?
MR. ARAGON: Objection. Foundation. Form.
A. To the extent of allowing us or helping us to house and store the data, yes.
MS. YI: So we've been going for about an hour. I know we took a short break. Why don't we take a bit of a longer break? We can go off the record.
THE VIDEOGRAPHER: The time is 10:43 a.m. We're going off the record.
(Whereupon, a brief recess was

REPORTER CERTIFICATE

I, JACLYN URZIA, do hereby certify:

That said proceedings were taken at the time and place herein named; and that the transcript is a true record of the testimony as reported by me, a disinterested person, and was thereafter transcribed.

I further certify that I am not interested in the outcome of the said action, nor connected with, nor related to any of the parties in said action, nor to their respective counsel.

IN WITNESS WHEREOF, I have hereunto set my hand this 12th day of December, 2025.

JACLYN URZIA, RPR, CRR