# Exhibit 19

PowerSchool

## Connect. Streamline. Reduce frustration.

Extend the PowerSchool platform for comprehensive coverage of all areas of education. Integrate with applications you're already using to minimize disruption and maximize efficiency.

Become a Partner

PowerSchool PARTNER PROGRAM

## Partner Spotlight

McREL INTERNATIONAL

### McREL International

McREL provides educator evaluation systems that support professional growth and use of evidence-based practices. more +

stepwell

### Stepwell

Stepwell is a collaborative web-based platform providing visibility into special education compliance and monitoring for results.... more +

SPARK HIRE

### Spark Hire

Spark Hire's video interview platform helps hundreds of school districts make better, more collaborative, and quicker... more +

SCHOLAR CHIP Tools for Smarter Schools

### ScholarChip

PowerSchool integration allows our advanced systems to automate all aspects of school safety & operations, freeing... more

Ask us

humanesources
Your potential. Our passion.

### Human eSources

Human eSources has been developing assessment tools that help people find their passion, purpose and potential... more +

Canva for Education

### Canva

Canva is an all-in-one visual communication platform. Bring your ideas to life with high-quality templates from... more +

## PowerSchool Partners

911 INFORM

### 911 Inform

By integrating with PowerSchool, in the event of an emergency, 911inform is able to help identify which students should be in which classroom at the time of the event. Our maps show which kids are missing from which classrooms ... more +

View Partner Profile >

Visit Website >

Abnormal

### Abnormal Security

You can deploy Abnormal in minutes with an API integration for Microsoft 365 or Google Workspace and experience the full value of the platform instantly, with additional protection available for Slack, Teams, and Zoom.

View Partner Profile >

Visit Website >