# Exhibit 23

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

--------------------------X
EMILY CHERKIN, et al., :
Plaintiffs,: Case No.
v. : 3:24-CV-02706-JD
POWERSCHOOL HOLDINGS, INC., :
Defendant.:
--------------------------X

VOLUME II

REMOTE VIDEOTAPED STENOGRAPHIC DEPOSITION OF
JUDIE JAEGER

Thursday, December 18, 2025
9:45 a.m. Pacific Time

Job No.: 2025-1007987
Pages: 1 - 160
STENOGRAPHICALLY REPORTED BY:
GISELLE MITCHELL-MARGERUM, RPR, CRI, CCR, LCR, ACCR, CSR
CALIFORNIA CSR 14424

team of technology folks. And yes, they are on the infrastructure side of technology, which is the other side.

Q. Are there other teams at SPS, either that report to you or that you are familiar with, that is involved with managing student data at SPS?

A. So the teams that report to me that are familiar and responsible for managing some student data would be the Student Information System Team.

And so, that they support the Powerschool products. And also, ancillary products like, you know, transportation, and other tools that have student data that support school operations.

And the other team would be our Business Intelligence Team. And so, there are data feeds that come from Powerschool that go to our data warehouse, which is an on-prem system as well.

And that team produces, you know, reports; dashboards; analyses. There is a whole report center built on top of the data warehouse.

Q. And the Student Information System and the data warehouse, they are both on-prem? Is that right?

A. Yes.

Q. Okay. And --

And so, we wanted a more agile system. And so, we re-factored the data warehouse and we added some data scientists, and changed sort of the team members up a little bit.

And we got a great team that has highly accurate data, and quick turnaround time. It's our official district numbers that we can count on, that are reliable, and report it to our board and our cabinet.

Q. What are the responsibilities that this Data Intelligence Team have?

A. So, they -- they help manage the student data. So there is data from Powerschool that's fed over to -- interfaced over to -- we call it "Atlas," is how we branded it. And it's a Microsoft Stack platform.

And so, they develop what's called "ETLs." They extract, transform, and load data. So they write the code to develop the ETLs and maintain the ETLs so they could bring data over.

We have, you know, certain data that's not in Powerschool SIS. You know, there is various assessments. There is National Clearinghouse data. There is -- yeah -- just a number of different data types that are not in Powerschool SIS, that we want

to join up with the Powerschool data. We do that all in one place in Atlas.

So they are responsible for a portfolio of dashboards and reports. We have a report center that sits on top of the data warehouse.

And we have principals; central office leaders; counselors; academic interventionists, who have access to this data, and can run reports on all sorts of different data domains, like enrollment; you know, or strategic plan, goals, and metrics.

We have, yeah, official district numbers and we've got like student mobility reports. And just a whole -- it's a whole portfolio. Lots of different reports.

And very careful about access that's given. So like a principal would have access to their entire school, and an academic interventionist, for example, would only have access to the students that they have a case intervention to [Indiscernible].

Q. So you mentioned that there is Powerschool and then there is a Microsoft Stack platform called "Atlas." And you used the term, "interface," or that it's -- that the data is fed over to Atlas.

What do you -- what does that mean that

A. Yes.
Q. Does SPS use data analytics?
A. I guess I'll ask for clarification on how you define data analytics. That can be used to refer to, like, AI, and that sort of thing. And it can also be referred to, you know, using like Power BI, or Tableau, to sort of visualize the data.
Q. Okay. Thank you. That's helpful.
A. Let's stick with that broad definition of data analytics. So in all forms, AI, and Power BI, and everything that you had listed there, why does SPS use -- or how does SPS use data analytics?
ATTORNEY ARAGON: Objection. Form. Foundation.
THE WITNESS: So, SPS uses -- I guess I'll speak to data visualization first. We use dashboards to help sort of tell a story with data.
And in use cases where the user would benefit from using different filters to, like, look at different views and slice and dice the data differently, a dashboard's really helpful with that.
Because you can kind of manipulate different views very quickly and easily, and do

some analysis based on that. So we absolutely use dashboards.

In terms of AI, we have this emerging AI sort of committee, where we are talking through how, in the classroom, AI is being used by teachers and students. And also, which is more my area, like the back office sort of use of AI.

You know, for our business departments, you know, can ChatGPT be used to help gain efficiency. And if so, what are the appropriate uses.

So we have this committee where we are kind of wrestling with some of these questions. One member of this committee is a woman named Debra, and she is manager of digital learning in academics.

And so, she is the one who works with academics on the classroom-specific AI. That piece is sort of out of my purview.

Q. That's really helpful.

When you are talking about dashboards, who create -- does SPS create the dashboards internally? Or do you guys use an Edtech provider to create the dashboards?

A. We do them ourselves.
Q. Okay.
How do you know that the dashboards present an accurate picture of the data?
A. We have a robust software development life cycle process. So the team follows standard engineering process, which one of the steps is very thorough testing of the code or the dash -- and/or the dashboard and the data, before it's released. And it also involves user acceptance testing.
So, for example, if we are creating a dashboard for a special education department to use, they would be the end user that would go in and not only test the dashboard functionality, but also validate the data.
So the dashboard would move into a QA environment that would have, you know, a replica of production data. And so, they could test -- they could test it there.
But our team also would do a very robust test first, and the tester would be someone different from the person who developed it.
Q. Can you tell me generally how you use software to analyze student data, specifically? Like student record data?

ATTORNEY ARAGON: Objection. Form. Foundation.

THE WITNESS: How we use software to analyze?

BY ATTORNEY YI:

Q. Or let's just stick to how does SPS use -- or how does SPS analyze student record data?

A. Well, we have data in these platforms, like Powerschool. And so, either looking through -- it depends on the type of analysis that needs to get done.

But, you know, looking through the screens for like a very basic, simple analysis. And if it's something more involved, it would probably be an ad hoc data request, like extract the data.

And then someone from Business Intelligence, or if it's a complex analysis, it may get sent up to research for a research analyst to do that -- that data analysis.

Q. Who makes the request for the kind of analysis that needs to be done about student records?

A. Yeah. Typically, that kind of request would come from cabinet, and would be related to, like, our strategic plan, and our goals and

guardrails, and progress monitoring, which contain district metrics.

Q. Sorry. I just want to clarify. Does -- when SPS runs this kind of data analysis, does SPS use Edtech providers like Powerschool, in any way, to run that analysis? Or is this all done in-house?

ATTORNEY ARAGON: Objection. Form.

THE WITNESS: So Powerschool is the platform that holds to data, but we would not ask the vendor to perform an analysis. And beyond that, we are not utilizing any Powerschool products that -- like one that comes to mind is Connected Intelligence, which we have not purchased.

And I believe that's sort of like the data engine for AI, and we do not use that. Have not purchased it. So we -- to answer your question, SPS does the data analysis for student data.

BY ATTORNEY YI:

Q. How do dashboard and student data analytics help SPS provide students a better education?

A. You know, if you don't know current state, and have an honest rendering of that, you don't

Q. Do you know what the outcome of the board -- of the board review of the PowerSchool contract was?

A. The overall outcome was to approve the authorization and spend the money to renew the contract.

Q. As part of that Board Action Report, was it considered -- or how SPS would be impacted if the PowerSchool contract was not renewed?

A. Yes.

Q. And what were the consequences that SPS assessed would happen if the contract was not renewed?

A. I would have to refer back to the Board Action Report to get the exact verbiage, but my general understanding is it would be a hardship on the district to find something else quickly, because there is a whole procurement process, and it costs a lot of money, and it takes time, and things of that nature.

Q. If a court order came down that prohibited PowerSchool from providing any products or services to SPS, how would you react to that outcome?

ATTORNEY ARAGON: Objection. Form. Foundation.

regarding students?
A. My understanding is that Seattle Public Schools is not using it to do that. It's not doing that for Seattle Public Schools, is my understanding.
Q. And so, then I'm a little confused about what it's being used for, then. Can you give me an example?
A. So, my understanding of it is it's more of like a central repository for, like, the assessment scores.
Q. Do you know --
A. But to go in more detail, I would want to talk to Dr. Jackson.
Q. Okay.
One last question, though. Do you know whether those assessment scores are analyzed by the schools or the school district?
A. Yes. I believe the data is reviewed and analyzed by the school district.
Q. Using Performance Matters? Or some other tool?
A. They are looking at data in Performance Matters, I know. I've heard that from them. But the reporting solution wasn't robust enough, so I'm

aware that there was a project ask of the Business Intelligence team to receive that data, and then incorporate it in some dash boards for better reporting.

Q. Okay.

But are you aware of any analysis using Performance Matters, before it goes into these additional dash boards?

A. I'm not aware of any. No.

Q. Okay.

What are these additional dash boards? Is it a Powerschool product? Is it a different product? Is it a proprietary product?

A. It's in Atlas. So our on-premise data warehouse. And the reporting layer on top of it. That's where those dash boards are created and used.

Q. Is the reporting layer in Atlas something that Seattle Public Schools created on its own?

A. It's all part of the Microsoft BI stack. So the reporting layer is called like SSRS, is like the technical name for it.

Q. Okay. What about Naviance? Do you know approximately when PowerSchool -- excuse me -- when Seattle Public Schools started using Naviance?

A. That's a good question. Naviance predates

A. And so, PowerSchool sent in a representative -- like someone who's fairly high up, and they were trying to convince myself and Rebecca that Connected Intelligence would solve that problem if we just bought that, then GPAs would work.

Q. Yeah.

A. And none of it was logical or made sense. And it was like absolutely not. If it doesn't make sense, we are not doing it.

Q. Okay.

Was there any other reason that SPS rejected Connected Intelligence, that you are aware of?

A. Well, so for that reason, because it wasn't -- there weren't clear use cases. They were pushing it hard and trying to sell it, and it wasn't solving the problem that we came to them with.

The other thing is, we already have a data warehouse, with reporting capabilities, and dash boards. And so, there is duplication there.

So the use case wasn't clear to us, that we should ditch all this work that we have done and just move over to what PowerSchool was offering. It would be a massive, massive project, without clear business value.

address by adopting Analytics and Insights?

A. Yes. So we were using a product called "Home Room," previously. But there was a problem with the security with Home Room.

Q. Okay.

A. So part of -- one of the use cases for the intervention tracking is we wanted our community-based partners, who already had Data Sharing Agreements and legal access to view their case load of students -- we wanted those people also to be able to go in and view their case load.

Home Room didn't offer that capability at all. They didn't have a security model that would allow for that. And so, when we talked to PowerSchool, they said, "We don't quite have it but we are going to get it set up for you as part of this project."

And so, that was -- that was the main selling point, in addition to the overall strategy of fully leveraging a platform. The fact that they could satisfy that security use case was critical.

Q. Okay. Could we talk about the types of insights that Analytics and Insights creates at Seattle Public Schools? Can you -- are you able to list them or give me categories of insights that are

created by the product?

A. I don't know a whole lot about the product capabilities. I will say that this resource who is not in technology, you know, lifted this whole implementation up, working with the vendor, and kind of doing it all on her own.

It was -- it's very like -- it's not in the like very mature state. We are really doing the basics of, like, schools will have certain, like, groups of interventions, and then assign students to those interventions, and have dosage, to get an idea, and for how long -- you know, just to give an idea.

So it's basically like a repository of intervention data. There is no insights being generated. There is no AI, or machine learning, or any -- there is nothing fancy going on. It's just very much being used as like a repository.

Q. Okay.

So are you saying that they are -- that the product is not being used to identify at risk issues for students at SPS?

A. My understanding is it would take someone like a person from SPS to do that analysis. But that product is not generating an insight such as

that.

Q. And how do you know that, Ma'am?

A. I've looked -- I've done -- like I've done training --

Q. Yes?

A. -- on Insights and Analytics. I've taken a training class that SPS put together. I've done a tour of the product.

I have reviewed training materials, as we have tried to, like, take this over from Natalie, to kind of get a handle on what functionality is being used and what training needs are.

Q. So are you saying that Analytics and Insights is not used to create behavioral insights about children at SPS?

A. My understanding is it is not.

Q. Okay. And what about academic performance insights?

A. My understanding, it is not. And at the break, I can log in and verify a hundred percent, if you would like me to.

Q. Okay. How would you verify that?

A. I could log in.

Q. But you are able to track all insights created by anyone at Seattle Public Schools?

A. I could just see if, like -- if the functionality is even on.
Q. Okay. And do you -- do you --
A. I understand it's tied to that intelligence.
Q. Go ahead.
A. So because we don't have that, we can't have -- we don't have that feature. That's my technical understanding of it. And PowerSchool confirmed that.
Q. When did PowerSchool confirm that?
A. I would say roughly six weeks ago or so. And my boss asked me about it. Because I think he was going to be deposed first.
Q. Yeah.
A. And he had a question about it. So I was trying to hunt down the answer for him.
Q. So it's your understanding from PowerSchool, that Unified -- excuse me -- Analytics and Insights cannot be used unless you also subscribe to Connected Intelligence?
A. It can still be used. But you are not going to get AI-generated insights and suggestions without the connected intelligence data engine implemented.

Q. Okay.

So it's your understanding from PowerSchool that you cannot generate insights unless the Connected Intelligence is also purchased from PowerSchool?

A. Correct. You cannot -- you won't have system-initiated insights.

Q. Okay.

A. You can form your own insights, but the AI capabilities won't work unless you have Connected Intelligence.

Q. Can you explain to me the difference between a system-generated insight and your own insight, as you just described it?

A. Yes. System-generated insight would be using like a PowerSchool algorithm, based on processing all of the data that we have.

And an SPS insight would be maybe an interventionist, or some other staff member who's looking at the different, you know, relevant data.

Maybe like assessment scores, for -- for reading, and looking at grades, and different things, and then forming, you know, okay, this person -- this child needs additional supports, and, you know, what supports would those be.

REPORTER'S CERTIFICATE

I, GISELLE MITCHELL-MARGERUM, the undersigned, a Registered Professional Reporter, Certified Reporting Instructor, Licensed Court Reporter, and Certified Court Reporter, do hereby certify:

That the witness, JUDIE JAEGER, before examination was remotely duly sworn to testify to the truth, the whole truth, and nothing but the truth.

That the foregoing deposition was taken remotely stenographically by me on Thursday, December 18, 2025, and thereafter was transcribed by me, and that the deposition is a full, true, and complete transcript of the testimony, including questions and answers, and objections, motions and exceptions made by counsel.

That reading and signing was not requested; and that I am neither attorney nor counsel for, nor related to or employed by, any of the parties to the action in which this deposition was taken; and that I have no interest, financial or otherwise, in this case.

IN WITNESS WHEREOF, I have hereunto set my hand this 2nd day of January, 2026.



GISELLE MITCHELL-MARGERUM, RPR, CRI, CCR, LCR, ACCR, CSR

CALIFORNIA CSR 14424