# Exhibit 24

*School Board*

# Seattle Public Schools School Board

The Seattle Public Schools Board of Directors is made up of seven elected Directors who serve four-year terms. Directors are elected by voters from the entire district but must live within the geographic area assigned to their board seat.

The role of the School Board is to represent the vision and values of all those who live within Seattle Public Schools' boundaries. The Board accomplishes this by:

- Establishing District vision, mission, and goals
- Adopting a Strategic Plan
- Adopting and revising policies
- Adopting the district budget
- Hiring and evaluating the Superintendent
- Serving as community representatives

Other Board responsibilities include overseeing district finances, monitoring progress on district goals, community engagement, and legislative advocacy.



2025-26 Seattle School Board

# Meet the Board

District 1 – Liza Rankin

District 2 – Kathleen Smith

District 3 – Evan Briggs

District 4 – Joe Mizrahi

District 5 – Vivian Song

District 6 – Gina Topp

District 7 – Jen LaVallee

## School Board News & Updates

News & Updates

## School Board Meetings

See upcoming board meeting dates, find agendas and meeting materials.

Meeting Materials and Dates

# Board Calendar

22 APR

### School Board Regular Meeting – April 22, 2026

April 22 @ 4:30 pm

29 APR

### Policy Committee – April 29, 2026

April 29 @ 2:00 pm – 4:00 pm

30 APR

### Operations Committee – April 30, 2026

April 30 @ 1:00 pm – 3:00 pm

Watch past board meetings recordings of the Seattle School Board.

## Contact the Seattle School Board

Please use our online form if you have questions for the Seattle School Board.

Contact the Seattle School Board Office