# Exhibit 32

# C. 6. Contracts

**Item Type**

Consent

**Contact Person**

Kim Moses, Associate Superintendent of Business Services

**Summary**

Permission is requested of the Board of Education to approve the following contracts as detailed on the attached sheet dated July 17, 2024

**Recommendation**

Recommend Approval

**Financial Impact**

| Total of all Contracts by Fund Approval | | | |
|---|---|---|---|
| **Amount** | **Budget Description** | **Fund** | **Res** |
| $4,214,536.00 | ELO-P | 01 | 2600 |
| $549,407.00 | 21CCLC ASSETs | 01 | 4124 |
| $2,846,931.00 | ASES | 01 | 6010 |
| $12,761,109.00 | VARIOUS OPERATIONAL | | |
| **$20,371,983.00** | **Total** | | |

**Supporting Documents**

- 2024_2025 Board Summary - Contracts - July 17, 2024 Approval
- 2024_2025 Board Summary - Contracts- July 17, 2024 Procurement
- Ongoing Operational Contracts
- Approval - All Attachments

Created on 6/27/2024 at 3:14 PM PT by Genesis Munoz
Last Modified on 7/11/2024 at 5:43 PM PT by Kenneth Chris Hurst

# OPERATIONAL CONTRACTS 7/17/24 BOARD

| Vendor Name | Department | Item Description | Fund | Account | Resource | 2024/25 Board Amount |
|---|---|---|---|---|---|---|
| AA OFFICE EQUIPMENT CO INC | OFFICE EQUIPMENT MAINTENANCE | MANAGED PRINT SERVICES AGREEMENT FOR DISTRICT COPIERS E-STUDIO XX18A | 01 | 01-0000-5640-684-0000-7520-600100-0-0000 | GENERAL FUND | $ 80,000.00 |
| AA OFFICE EQUIPMENT CO INC | OFFICE EQUIPMENT MAINTENANCE | MANAGED PRINT SERVICES AGREEMENT FOR DISTRICT COPIERS E-STUDIO XX08A | 01 | 01-0000-5640-684-0000-7520-600100-0-0000 | GENERAL FUND | $ 18,000.00 |
| AAA BUSINESS SUPPLIES & INTERIORS | PURCHASING SERVICES | PROCUREMENT CONTRACT #530280-001 (PEPPM PIGGYBACK) FOR OFFICE AND INSTRUCTIONAL SUPPLYS | 01 | | GENERAL FUND | $ 700,000.00 |
| AMAZON | PURCHASING SERVICES | PROCUREMENT CONTRACT (OMNIA #MA3457 PIGGYBACK) FOR EDUCATIONAL SUPPLIES AND MATERIALS, DEPARTMENT, IT, AND MRO SUPPLIES & EQUIPMENT. | | | VARIOUS | $ 1,000,000.00 |
| AT&T | INFORMATION TECHNOLOGY | E-RATE SWITCHED ETHERNET CONTRACT - YR 1 OF 3. ETHERNET PRIVATE LINE SERVICES BETWEEN WCCUSD AND THE CCCOE FOR 2 LINES @ 10Gbps EACH. E-RATE DISCOUNTS WILL BE APPLIED. BOARD APPROVED 3/6/2024 | 01 | 01-0000-5900-686-0000-7700-800100-0-0000 | GENERAL FUND | $ 27,815.00 |
| AWS/CARAHSOFT TECHNOLOGY CORP | INFORMATION TECHNOLOGY | ENDPOINT DETECTION RESPONSE IS REQUIRED BY WCCUSD'S CYBER INSURANCE. CROWDSTRIKE EDR WILL DETECT CYBERTHREATS SUCH AS ADVANCED RANSOMWARE THREATS THAT GET PAST ANTIVIRUS SOFTWARE & OTHER TRADITIONAL SECURITY TOOLS. | 01 | 01-0000-5850-686-0000-7700-800100-0-0000 | GENERAL FUND | $ 189,875.00 |
| BASHTON SECURITY | SAFETY DEPARTMENT | UNARMED SECURITY GUARD SERVICES - WE WILL BE GOING OUT TO BID WITHIN THE FIRST 3 MONTHS OF THE NEW SCHOOL YEAR. | 01 | 01-0000-5890-642-0000-8310-200100-0-0000 | GENERAL FUND | $ 150,000.00 |
| BOB MCCLOSKEY AGENCY, LLC | RISK MANAGEMENT-LIABILITY | TO PROVIDE ALL WCCUSD STUDENTS STUDENT ACCIDENT INSURANCE INCLUDING ALL INTERSCHOLASTIC SPORTS WITH TACKLE FOOTBALL BEGINNING ON 9/1/20 THRU 8/31/21. | 67 | 67-0000-5400-689-0000-6000-600120-0-0000 | SELF INSURANCE | $ 56,701.00 |
| BOOKER CONSULTING GROUP LLC | SAFETY | MAJOR DUTIES INCLUDE ENSURING SCHOOL SITES HAVE UPDATED SITE SAFETY PLANS, EDUCATE AND CONDUCT WALKTHROUGH AND PROCEDURES AT EACH SITE RELATED TO PLANS, DEVELOP TRAINING SCHEDULE AS NEEDED; MANAGE INCIDENT NOTIFICATION AND CRISIS MANAGEMENT ACTIVATION PROCEDURES FOR EFFECTIVENESS; COORDINATE EMERGENCY MANAGEMENT TEAM MEETINGS AND AGENDAS; REVIEW, DEVELOP AND DISTRIBUTE WRITTEN PROTOCOLS AND REPORTING PROCEDURES FOR SCHOOL SITE DRILLS (FIRE, EARTHQUAKE, SHELTER-IN-PLACE AND LOCKDOWN); COORDINATE ACTIVE-SHOOTER DRILLS; DEVELOP CONTINUALLY OF OPERATIONS PLANS; AND REVIEW SAFETY PREPAREDNESS KITS. | 01 | 01-0000-5860-642-0000-8310-200100-0-0000 | GENERAL FUND | $ 145,000.00 |
| CALIFORNIA STATE UNIVERSITY EAST BAY | STATE AND FEDERAL PROGRAMS | THE UNIVERSITY WILL PROVIDE TEACHING EXPERIENCE THROUGH PRACTICE TEACHING TO STUDENTS ENROLLED IN A TEACHING CREDENTIAL CURRICULUM AT CSU EAST BAY. THE DISTRICT WILL PAY TUITION. | 01 | 01-9631-5890-680-1110-1000-500100-0-0005<br>01-9631-5890-638-1110-1000-500100-0-0002 | TEACHER RESIDENCY | $ 100,000.00 |
| CANON FINANCIAL SERVICES INC | CENTRAL COPY DEPARTMENT | DISTRICT PRINT SHOP EQUIPMENT LEASE AND MAINTENANCE PROGRAM | 01 | 01-0000-5620-684-0000-7550-600100-0-0000 | GENERAL FUND | $ 286,900.00 |
| CDW-G | INFORMATION TECHNOLOGY | GOOGLE WORKSPACE FOR EDUCATION PLUS - YR 2 OF 3 OF A 3YR ANNUAL PAY CONTRACT UTILIZING THE AMENDMENT BTWN CDWG and CITE (CA I.T. IN EDUCATION) THRU THE PIGGYBACKABLE IUSD 19/2001 IT TECH & PERIPHERALS CONTRACT. BOE APPROVED 12/6/23 | 01 | 01-0000-5850-686-0000-7700-800100-0-0000 | GENERAL FUND | $ 91,158.00 |
| CDW-G | INFORMATION TECHNOLOGY | VMWARE 20 SUPPORT/MAINTENANCE FOR DISTRICT SERVERS AND INFRASTRUCTURE | 01 | 01-0000-5640-686-0000-7700-800100-0-0000 | GENERAL FUND | $ 40,000.00 |
| CITY OF RICHMOND | WCCUSD FACILITIES BOND PROGRAM | MAINTENANCE AND REPAIR AGREEMENT - ANNUAL ASSESSMENT OF KENNEDY SWIM CENTER FOR FY2021 | 01 | 01-9200-5640-615-0000-8200-400110-0-0000 | MRAD | $ 75,000.00 |
| COMCAST | INFORMATION TECHNOLOGY | ETHERNET PRIVATE LINE BACK-UP SERVICE BTWN WCCUSD AND THE CCCOE FOR 2 LINES @ 7 Gbps. | 01 | 01-0000-5900-686-0000-7700-800100-0-0000 | GENERAL FUND | $ 50,000.00 |

OPERATIONAL CONTRACTS 7/17/24 BOARD

| Vendor Name | Department | Item Description | Fund | Account | Resource | 2024/25 Board Amount |
|---|---|---|---|---|---|---|
| CONTERRA ULTRA BROADBAND LLC | INFORMATION TECHNOLOGY | PROVIDES PRIVATE 10GBS FIBER NETWORK CONNECTING ALL DISTRICT SITES TO OUR MAIN DISTRIBUTION CENTER AT 1300 POTRERO AVE., RICHMOND, CA. E-RATE DISCOUNTS WILL BE APPLIED. YR 3 OF 5 | 01 | 01-0000-5900-686-0000-7700-800100-0-0000 | GENERAL FUND | $ 276,000.00 |
| CONTRA COSTA COUNTY OFFICE OF EDUCATION (CCCO | INFORMATION TECHNOLOGY | PROVIDES CONNECTION TO THE STATEWIDE K-12 HIGH SPEED NETWORK BY ENABLING THE DISTRICT TO CONNECT 2 DATA CIRCUITS (10GB + 10GB) TO CCCOE NETWORK CENTER. YEAR 1 OF A 3 YR CONTRACT THROUGH 6/30/2027. E-RATE DISCOUNTS WILL BE APPLIED. BOE APPROVED 3/6/24. | 01 | 01-0000-5900-686-0000-7700-800100-0-0000 | GENERAL FUND | $ 46,000.00 |
| CONVERGEONE | INFORMATION TECHNOLOGY | CISCO UMBRELLA CLOUD SECURITY IS A CONTENT FILTER WHICH BLOCKS STUDENTS FROM INAPPROPRIATE CONTENT WHILE ON OUR NETWORK (AT SCHOOL) AS WELL AS OFF NETWORK (AT HOME). THIS IS REQUIRED BY LAW FOR SCHOOL DISTRICTS TO COMPLY WITH THE CHILDREN'S INTERNET PROTECTION ACT (CIPA) AND FOR THE FEDERAL ERATE PROGRAM. | 01 | 01-0000-5640-686-0000-7700-800100-0-0000 | GENERAL FUND | $ 68,553.60 |
| DOCUMENT TRACKING SERVICE LLC | STATE AND FEDERAL PROGRAMS | Document Tracking Service creates the templates for our LCAP plan, Site plans (SPSA) and School Accountabilty Report card. The company translates our documents for the community. Document tracking service also provides a service to track community engagement through the Vault service. | 01 | 01-0670-5890-643-1110-2700-200100-0-5260 | LCAP | $ 34,950.00 |
| DOMINICAN UNIVERSITY OF CALIFORNIA | HUMAN RESOURCES | DISTRICT RECEIVED THE TEACHER RESIDENCY GRANTS (TRI08, 2021TRC20) AND CLASSIFIED GRANT (2021C48)TO RECRUIT , MENTOR AND PLACE PROSPECTIVE TEACHERS IN THE TEACHER RESIDENCY PROGRAM, FOCUSING ON DIVERSIFYING THE WORKFORCE. | 01 | 01-9631-5890-638-1110-1000-500100-0-0002<br>01-9631-5890-680-1110-1000-500100-0-0003 | TEACHER RESIDENCY<br>TEACHER RESIDENCY | $ 300,000.00 |
| EMICS INC (INFORMED K12) | BUSINESS SERVICES | ANNUAL RENEWAL OF INFORMED K12 DISTRICT SOFTWARE LICENSE FOR INTERNAL FORMS AND WORKFLOW PROCESSES. | 01 | 01-0000-5890-680-0000-7400-500100-0-0000 | GENERAL FUND | $ 100,924.00 |
| ENTERPRISE FLEET MANAGEMENT TRUST | PURCHASING SERVICES | CONTINUED VEHICLE LEASE - ATHLETICS | 01 | 01-9190-5620-660-1110-4200-200157-0-0000 | PARCEL TAX | $ 89,000.00 |
| ENTERPRISE FLEET MANAGEMENT TRUST | PURCHASING SERVICES | CONTINUED VEHICLE LEASE - FACILITIES/GROUNDS | 01 | 01-9200-5620-615-0000-8110-400110-0-0000 | MRAD | $ 45,000.00 |
| ENTERPRISE FLEET MANAGEMENT TRUST | PURCHASING SERVICES | CONTINUED VEHICLE LEASE - MAINTENANCE | 01 | 01-8150-5620-612-0000-8110-400110-0-0000 | RRM | $ 245,000.00 |
| ENTERPRISE FLEET MANAGEMENT TRUST | PURCHASING SERVICES | CONTINUED VEHICLE LEASE - NUTRITION CENTER | 01 | 13-5310-5620-651-0000-3700-600170-0-0000 | CAFTERIA FUND | $ 63,000.00 |
| ENTERPRISE FLEET MANAGEMENT TRUST | PURCHASING SERVICES | CONTINUED VEHICLE LEASE - PRINT SHOP | 01 | 01-0000-5620-684-0000-7550-200100-0-0000 | GENERAL FUND | $ 11,900.00 |
| ENTERPRISE FLEET MANAGEMENT TRUST | PURCHASING SERVICES | CONTINUED VEHICLE LEASE - SECURITY | 01 | 01-0000-5620-642-0000-8310-200100-0-0000 | GENERAL FUND | $ 46,500.00 |
| ENTERPRISE FLEET MANAGEMENT TRUST | PURCHASING SERVICES | CONTINUED VEHICLE LEASE - TECHNOLOGY | 01 | 01-0000-5620-686-0000-7700-800100-0-0000 | GENERAL FUND | $ 6,504.00 |
| ENTERPRISE FLEET MANAGEMENT TRUST | PURCHASING SERVICES | CONTINUED VEHICLE LEASE - WAREHOUSE | 01 | 01-0000-5620-684-0000-7540-600100-0-0000 | GENERAL FUND | $ 28,000.00 |
| FINALSITE | INFORMATION TECHNOLOGY | COMMUNICATIONS PLATFORM-MASS NOTIFICATIONS, MOBILE COMMUNICATIONS, WEB MANAGER, APP STORE MAINTENANCE FOR THE COMMUNICATIONS DEPT YR 2 OF 5 | 01 | 01-0000-5850-686-0000-7700-800100-0-0000 | GENERAL FUND | $ 80,680.00 |
| FOLLETT SCHOOL SOLUTIONS INC | INFORMATION TECHNOLOGY | PROVIDE DESTINY SITE LICENSES AND HOSTING FOR ALL SITES TO SUPPORT ASSET MANAGEMENT OF ALL INSTRUCTIONAL MATERIALS | 01 | 01-0000-5850-686-0000-7700-800100-0-0000 | GENERAL FUND | $ 98,740.52 |
| HEARTLAND SCHOOL SOLUTIONS | FOOD SERVICES DEPT | CONTINUING CONTRACT - ANNUAL MAINTENCE SUPPORT | 13 | 13-5310-5890-651-0000-3700-600170-0-0000 | CAFTERIA FUND | $ 62,000.00 |
| INFINITY COMMUNICATIONS & CONSULTING INC | INFORMATION TECHNOLOGY | CATEGORY 1 E-RATE CONSULTING SERVICES FOR DATA TRANSMISSION SERVICES AND/OR INTERNET ACCESS-YR 1 OF 3 | 01 | 01-0000-5860-686-0000-7700-800100-0-0000 | GENERAL FUND | $ 48,500.00 |
| INFINITY COMMUNICATIONS & CONSULTING INC | INFORMATION TECHNOLOGY | CATEGORY 2 E-RATE CONSULTING SERVICES FOR INTERNAL CONNECTIONS | 01 | 01-0000-5860-686-0000-7700-800100-0-0000 | GENERAL FUND | $ 15,750.00 |
| KEENAN AND ASSOCIATES | RISK MANAGEMENT-LIABILITY | TO COVER PARTICIPATION IN THE NORCAL RELEIF JOINT POWERS AUTHORITY, INCLUDES CYBER LIABILITY AND ELECTRONIC DATA | 67 | 67-0000-5400-689-0000-6000-600120-0-0000 | SELF INSURANCE | $ 3,523,982.00 |
| KEENAN AND ASSOCIATES | RISK MANAGEMENT-LIABILITY | TO PAY QUARTERLY INVOICES FOR PROPERTY & LIABILITY CLAIMS ADMINISTRATION BILLING FOR 2022-23 FISCAL SCHOOL YEAR | 67 | 67-0000-5860-689-0000-6000-600120-0-0000 | SELF INSURANCE | $ 25,000.00 |
| KEENAN AND ASSOCIATES | RISK MANAGEMENT-LIABILITY | LEGAL FEES | 67 | 67-0000-5895-689-0000-6000-600120-0-0000 | SELF INSURANCE | $ 135,000.00 |
| KEENAN AND ASSOCIATES | RISK MANAGEMENT-LIABILITY | PREMIUMS FOR ADJUSTERS AND INVESTIGATORS | 67 | 67-0000-5890-689-0000-6000-600120-0-0000 | SELF INSURANCE | $ 20,000.00 |
| KEENAN AND ASSOCIATES | RISK MANAGEMENT-LIABILITY | PREMIUMS FOR SETTLEMENT ACTIONS | 67 | 67-0000-5893-689-0000-6000-600120-0-0000 | SELF INSURANCE | $ 75,000.00 |

OPERATIONAL CONTRACTS 7/17/24 BOARD

| Vendor Name | Department | Item Description | Fund | Account | Resource | 2024/25 Board Amount |
|---|---|---|---|---|---|---|
| KEENAN AND ASSOCIATES | RISK MANAGEMENT-LIABILITY | NOR CAL RELIEF SAFETY INSPECTION/AUDIT PROGRAM FOR FISCAL YEAR 2022-23 | 67 | 67-0000-5400-689-0000-6000-600120-0-0000 | SELF INSURANCE | $ 23,377.50 |
| NCS PEARSON | SPECIAL EDUCATION | DALS COMPLETE RENEWAL - DIGITAL ASSESSMENT LIBRARY FOR SCHOOLS USED BY PSYCHOLOGY, SPEECH AND OT (SPED) | 01 | 01-9133-5850-622-1110-1000-700100-0-0000 | MAA | $ 95,402.25 |
| NWN CORPORATION | INFORMATION TECHNOLOGY | PROVIDE MONTHLY MANAGED CISCO VOIP PHONE SOLUTION FOR ALL DISTRICT SITES YR 5 OF 5 | 01 | 01-0000-5900-686-0000-7700-800100-0-0000 | GENERAL FUND | $ 297,963.84 |
| POWERSCHOOL GROUP LLC | HUMAN RESOURCES | SMARTFIND EXPRESS SUB ELIGIBLE & NONSUB ELIGIBLE - Will be part of new 3YR Contract utilizing Sourcewell Contract #090320-POW. However, the $ amt will increase ea of the next 3 yrs by approx 3%. YR 1 OF 3 | 01 | 01-0000-5890-680-0000-7400-500100-0-0000 | GENERAL FUND | $ 48,949.22 |
| POWERSCHOOL GROUP LLC | INFORMATION TECHNOLOGY | POWERSCHOOL ENROLLMENT REGISTRATION MODULE - Will be part of new 3YR Contract utilizing Sourcewell Contract #090320-POW. However, the $ amt will increase ea of the next 3 yrs by approx 3%. YR 1 OF 3 | 01 | 01-0000-5850-686-0000-7700-800100-0-0000 | GENERAL FUND | $ 59,603.70 |
| POWERSCHOOL GROUP LLC | INFORMATION TECHNOLOGY | POWERSCHOOL ECOLLECT FORMS LICENSE AND SUBSCRIPTION FEES - Will be part of new 3YR Contract utilizing Sourcewell Contract #090320-POW. However, the $amt will increase ea of the next 3 yrs by approx 3%. YR 1 OF 3 | 01 | 01-0000-5850-686-0000-7700-800100-0-0000 | GENERAL FUND | $ 24,807.54 |
| POWERSCHOOL GROUP LLC | INFORMATION TECHNOLOGY | ANNUAL DATA ACCESS TO STORAGE OF HISTORICAL BITECH DATA & NECESSARY UPGRADES - Will be part of new 3YR Contract utilizing Sourcewell Contract #090320-POW. However, the $amt will increase ea of the next 3 yrs by approx 3%. YR 1 OF 3 | 01 | 01-0000-5850-686-0000-7700-800100-0-0000 | GENERAL FUND | $ 1,272.09 |
| POWERSCHOOL GROUP LLC | INFORMATION TECHNOLOGY | STUDENTS - POWERSCHOOL SIS MAINTENANCE, SUPPORT & HOSTING - Will be part of new 3YR Contract utilizing Sourcewell Contract #090320-POW. However, the $amt will increase ea of the next 3 yrs by approx 3%. YR 1 OF 3 | 01 | 01-0000-5850-686-0000-7700-800100-0-0000 | GENERAL FUND | $ 126,514.95 |
| RENAISSANCE LEARNING INC | CURRICULUM & INSTRUCTION | ANALYTICS & VISUALIZATION WHICH INCLUDES ACHIEVEMENT DASHBOARD & SOFTWARE LICENSE ALONG WITH EDUCLIMBER SOFTWARE LICENSE | 01 | 01-0670-5850-640-1110-1000-300110-0-1290 | LCAP | $ 167,784.80 |
| REPUBLIC SERVICES | PURCHASING SERVICES | SOLID WASTE AND RECYCLING MATERIAL COLLECTION AND DISPOSAL SERVICE (DISTRICT WIDE) | 13 | 01-0000-5513-643-0000-8270-200100-0-0000 | GENERAL FUND | $ 893,260.00 |
| REPUBLIC SERVICES | PURCHASING SERVICES | SOLID WASTE AND RECYCLING MATERIAL COLLECTION AND DISPOSAL SERVICE (NUTRITION CENTER) | 13 | 13-5310-5513-651-0000-8270-600170-0-0000 | CAFTERIA FUND | $ 86,000.00 |
| SCHOOL SPECIALTY INC | PURCHASING SERVICES | PROCUREMENT CONTRACT #R190202 PIGGYBACK CONTRACT FOR CHEMISTRY, BIOLOGY, PHYSICS & ANATOMY INSTRUCTIONAL SUPPLIES AND MATERIALS | 01 | | VARIOUS | $ 250,000.00 |
| SCHOOL SPECIALTY INC | PURCHASING SERVICES | PROCUREMENT CONTRACT #R190503 PIGGYBACK CONTRACT FOR EDUCATIONAL AND SCHOOL SUPPLIES AND MATERIALS | 01 | | VARIOUS | $ 250,000.00 |
| SCHOOL SPECIALTY INC | PURCHASING SERVICES | PROCUREMENT CONTRACT #R201105 PIGGYBACK CONTRACT FOR ATHLETIC SUPPLIES AND EQUIPMENT | 01 | | VARIOUS | $ 250,000.00 |
| SCHOOL SPECIALTY INC | PURCHASING SERVICES | PROCUREMENT CONTRACT #R191815 PIGGYBACK CONTRACT FOR FURNITURE AND RELATED EQUIPMENT AND SUPPLIES | 01 | | VARIOUS | $ 250,000.00 |
| SCI CONSULTING | BUSINESS SERVICES | SERVICES RELATED TO THE DETERMINATION, LEVY AND COLLECTION OF ASSESSMENT REVENUES. CONFIRMATION OF DISTRICT PARCELS AND LEVY CALCULATION. ENGINEER'S REPORT AND OTHER DOCUMENTS. LEVY RE-CALCULATION, RE-VARIFICATION AND SUBMITTAL. DISTRICT INFORMATION AND LEVY CONFIRMATION. RESPONDING TO PUBLIC INQUIRIES AND APPEALS. DEFENSE AND SUPPORT OF THE ASSESSMENTS. | 01 | 01-9200-5860-612-0000-8110-400110-0-0000 | MRAD | $ 25,225.00 |

OPERATIONAL CONTRACTS 7/17/24 BOARD

| Vendor Name | Department | Item Description | Fund | Account | Resource | 2024/25 Board Amount |
|---|---|---|---|---|---|---|
| SCI CONSULTING | BUSINESS SERVICES | SERVICES RELATED TO THE DETERMINATION, LEVY AND COLLECTION OF ASSESSMENT REVENUES FOR PARCEL TAX MEASURE T. DOCUMENT PREPERATION. LEVY RE-CALCULATION, RE-VARIFICATION AND SUBMITTAL. DISTRICT INFORMATION AND LEVY CONFIRMATION. ANNUAL SPECIAL TAX REPORT AND OTHER ACCOUNTABILITY REPORTING REQUIREMENTS. RESPONDING TO PUBLIC INQUIRIES AND APPEALS. | 01 | 01-9190-5860-606-0000-7600-600100-0-0000 | PARCEL TAX | $ 27,893.00 |
| SEIS/SJCOE | SPECIAL EDUCATION | SPECIAL EDUCATION INFORMATION SYSTEM (SEIS) SOFTWARE & eSIGNATURES MODULE WITH THE SAN JOAQUIN COUNTY OFFICE OF EDUCATION (SJCOE) 3YR LICENSE AGREEMENT YR 3 OF 3 | 01 | 01-6500-5850-622-5760-2100-700100-0-0000 | SPECIAL ED | $ 44,229.00 |
| SOFTCHOICE CORPORATION | INFORMATION TECHNOLOGY | MICROSOFT SOFTWARE AND CAMSA CONTRACT - FOR DEVICE LICENSES AND MGMT, SERVER AND CLOUD INFRASTRUCTURE - INCLUDES A5 UPDATE | 01 | 01-0000-5850-686-0000-7700-800100-0-0000 | GENERAL FUND | $ 225,000.00 |
| T-MOBILE USA INC | INFORMATION TECHNOLOGY | PROVIDE MOBILITY FOR DISTRICT CELL PHONES AND MOBILE DEVICES | 01 | 01-0000-4360-686-0000-7700-800100-0-0000 | GENERAL FUND | $ 100,000.00 |
| T-MOBILE USA INC | INFORMATION TECHNOLOGY | STUDENT DATA LINES ARE CURRENTLY ON $10MILLIONPROJECT PLAN AT $0. | 01 | NO CHARGE | GENERAL FUND | $ - |
| TEACH FOR AMERICA INC | HUMAN RESOURCES | YEAR (1) THREE OF A 3 YEAR CONTRACT WITH TEACH FOR AMERICA FOR THE 2024-25, 2025-26 AND 2026-27 SCHOOL YEAR | 01 | 01-0670-5100-648-1400-2100-500100-0-2315 | LCAP | $ 150,000.00 |
| TECH REFORMERS LLC | INFORMATION TECHNOLOGY | SECURLY CLASSROOM RENEWAL WILL KEEP TEACHERS EMPOWERED W/MANAGEMENT & SAFETY FEATURES | 01 | 01-0000-5850-686-0000-7700-800100-0-0000 | GENERAL FUND | $ 70,672.50 |
| TECH REFORMERS LLC | INFORMATION TECHNOLOGY | KNOWBE4 PHISHER SECURITY AWARENESS TRAINING AND SPAM RECOGNITION FOR USERS | 01 | 01-0000-5850-686-0000-7700-800100-0-0000 | GENERAL FUND | $ 46,833.61 |
| THE COLLEGE BOARD | CURRICULUM & INSTRUCTION | THE COLLEGE BOARD WILL PROVIDE AP ASSESSMENTS FOR STUDENTS ENROLLED IN AP CLASSES FOR THE 2025 SCHOOL YEAR. | 01 | 01-7435-5890-640-1110-1000-300120-0-0000 | LCAP | $ 200,000.00 |
| TYLER TECHNOLOGIES INC | BUSINESS SERVICES | PACE ACCESS TO 15 HOURS OF ON-DEMAND TRAINING OR ASSISTANCE FOR OUR ENTERPRISE SYSTEM | 01 | 01-0000-5890-677-0000-7730-600110-0-0000 | GENERAL FUND | $ 7,293.10 |
| TYLER TECHNOLOGIES INC | INFORMATION TECHNOLOGY | TYLER WILL PROVIDE CLIENT SELECTED PRODUCTS AND SERVICES AND ACCESS TO TYLER'S PROPRIETARY SOFTWARE PRODUCTS (SaaS). YR 4 OF 5 | 01 | 01-0000-5890-643-0000-7730-200100-0-0000 | GENERAL FUND | $ 297,787.00 |
| WEX BANK | PURCHASING SERVICES | 2024-2025 WEX FUEL CARD PROGRAM FOR DISTRICT VEHICLES PRINT SHOP | 01 | 01-0000-4350-684-0000-7550-600100-0-0000 | GENERAL FUND | $ 6,000.00 |
| WEX BANK | PURCHASING SERVICES | 614 CUSTODIAL | 01 | 01-0000-4350-614-0000-8260-400110-0-0000 | GENERAL FUND | $ 7,000.00 |
| WEX BANK | PURCHASING SERVICES | 642 SAFETY/SECURITY | 01 | 01-0000-4350-642-0000-8310-200100-0-0000 | GENERAL FUND | $ 7,500.00 |
| WEX BANK | PURCHASING SERVICES | 684 WAREHOUSE | 01 | 01-0000-4350-684-0000-7540-600100-0-0000 | GENERAL FUND | $ 15,000.00 |
| WEX BANK | PURCHASING SERVICES | 687 GENERAL MECHANIC | 01 | 01-8150-4350-687-0000-8110-400110-0-0000 | RRM | $ 1,500.00 |
| WEX BANK | PURCHASING SERVICES | 651 NUTRITION CENTER | 13 | 13-5310-4350-651-0000-3700-600170-0-0000 | CAFTERIA FUND | $ 47,500.00 |
| WEX BANK | PURCHASING SERVICES | 612 MAINTENANCE | 01 | 01-8150-4350-612-0000-8110-400110-0-0000 | RRM | $ 112,000.00 |
| WEX BANK | PURCHASING SERVICES | 686 INFORMATION TECHNOLOGY | 01 | 01-0000-4350-686-0000-7700-800100-0-0000 | GENERAL FUND | $ 1,000.00 |
| WEX BANK | PURCHASING SERVICES | 660 ATHLETICS | 01 | 01-9190-4350-660-1110-4200-200157-0-0000 | PARCEL TAX | $ 9,200.00 |
| WEX BANK | PURCHASING SERVICES | 613 GROUNDS | 01 | 01-9200-4350-613-0000-8250-400110-0-0000 | MRAD | $ 71,500.00 |
| WEX BANK | PURCHASING SERVICES | 640 FAB LAB | 01 | 01-9637-4350-640-1110-1000-300100-0-0000 | FAB FOUNDATION | $ 600.00 |
| WEX BANK | PURCHASING SERVICES | 861-ACADEMY | 01 | 01-0000-4350-684-0000-7550-600100-0-0000 | PARTNERSHIP ACA | $ 300.00 |
| ZOOM | INFORMATION TECHNOLOGY | ONLINE VIDEO COMMUNICATIONS Purchasing minimal as we are transitioning to Google Meet | 01 | 01-0000-5850-686-0000-7700-800100-0-0000 | ESSER III | $ 5,707.00 |
| | | | | | | **$ 12,761,109.22** |