# Exhibit 41

2013 CA A.B. 1584 (NS)
2013 California Assembly Bill No. 1584, California 2013-2014 Regular Session

CALIFORNIA COMMITTEE REPORT

VERSION: General
August 25, 2014
Version Date August 25, 2014
Buchanan (Principal coauthor: Chau).

**TEXT:**
BILL ANALYSIS

CONCURRENCE IN SENATE AMENDMENTS AB 1584 (Buchanan) As Amended August 21, 2014 Majority vote

---------------------------------------------------------------- |ASSEMBLY: |75-0 |(May 5, 2014) |SENATE: |35-0 |(August 25, | | | | | | |2014) | ----------------------------------------------------------------

Original Committee Reference: ED.

SUMMARY : Authorizes a local education agency (LEA), pursuant to a policy adopted by its governing board, to enter into a contract with third parties to provide services, including cloud-based services, for the digital storage, management, and retrieval of pupil records, and to provide digital educational software, provided the contract includes specific provisions about the security, use, ownership, and control of the pupil records.

The Senate amendments :

1)Require contracts to include a description of the means by which pupils may retain possession and control of their own pupil-generated content, if appropriate, including options by which a pupil may transfer pupil-generated content to a personal account.

2)Delete the requirement that contracts prohibit third parties from using personally identifiable information on pupils for commercial or advertising purposes and instead add a requirement that the contract contain a prohibition against the third party using personally identifiable information in pupil records to engage in targeted advertising.

3)Clarify that parents, legal guardians, and eligible pupils may review and correct personally identifiable information in pupil records.

4)Delete the requirement that contracts provide for the assignment of liability in the event of the unauthorized disclosure of pupil data and instead require contracts to provide a description of the procedures for notifying the affected pupil and parent or legal guardian.

5)Change from "when that pupil is no longer enrolled in the local education agency" to "upon completion of the terms of the contract" the time beyond which pupil records shall not be retained by or available to the third party.

6)Include in the definition of "pupil records" any information acquired directly from the pupil through the use of instructional software or applications assigned to the pupil by a teacher or other local educational agency employee.

 © 2026 Thomson Reuters. No claim to original U.S. Government Works. 

7)Delete the exemption from the definition of "pupil records" the records of teacher and school administrators that are kept in their sole possession from the definition of "pupil records," and instead provide that "pupil records" does not include deidentified information used for:

a) Improving educational products for adaptive learning purposes and for customizing pupil learning;

b) Demonstrating the effectiveness of the operator's products in the marketing of those products; and c) Developing and improving educational sites, services, or applications.

8)Define "deidentified" information to mean information that cannot be used to identify an individual pupil.

9)Define "pupil-generated content" to mean materials created by a pupil, including, but not limited to, essays, research reports, portfolios, creative writing, music or other audio files, photographs, and account information that enables ongoing ownership of pupil content.

10)Clarify that "pupil-generated content" does not include pupil responses to standardized assessments where pupil possession and control would jeopardize test validity and reliability.

11)Delete the provision that a contract that fails to meet the requirements of the bill is voidable and instead provide that:

a) Such contracts shall be rendered void if, upon notice and a reasonable oppoprtunity to cure, the noncompliant party fails to come into compliance and cure any defect;

b) Written notice of noncompliance may be provided by any party or intended beneficiary of the contract; and c) All parties subject to a voided contract shall return all pupil records in their possession to the LEA.

12)Delete the reference to the federal Children's Online Privacy Protection Act of 1998.

13)Provide that the requirements of this bill shall not be construed to impose liability on a third party for content provided by another person.

14)Clarify the means by which a noncompliant contract may be rendered void.

FISCAL EFFECT : Unknown. This bill is keyed non-fiscal by the Legislative Counsel.

COMMENTS : According to the author's office, the Senate amendments respond to concerns raised by the industry. These concerns include the following:

1)Pupils should be able to retain digital access to their own created content (Senate amendments provide an option for pupils to retain their own content through a personal account).

2)Software and application developers should be able to use aggregated deidentified information for further product development and improvement and for marketing purposes (Senate amendments define "deidentified information" and specifically permit its use for these purposes).

3)The prohibition against using personally identifiable information for commercial or advertising purposes is too restrictive, because "commercial" and "advertising" are not defined and could be interpreted too broadly (Senate amendments delete the reference to "commercial" and narrow the restriction to the use of personally identifiable information in pupil records to engage in advertising).

Analysis Prepared by : Rick Pratt / ED. / (916) 319-2087

FN: 0005408

2013 CA A.B. 1584 (NS)

End of Document

© 2026 Thomson Reuters. No claim to original U.S. Government Works.