# Exhibit 44

# When does the school official exception allow a school or LEA to non-consensually disclose education records to a community-based organization?

A community-based organization may be considered a “school official” *only* if it:

1. Performs an institutional service or function for which the agency or institution would otherwise use employees;
2. Is under the direct control of the agency or institution with respect to the use and maintenance of education records;
3. Is subject to the requirements of § 99.33(a) governing the use and redisclosure of personally identifiable information (PII) from education records. and
4. Meets the criteria specified in the school’s or LEA’s Annual Notification of FERPA rights for being a school official with a legitimate educational interest in the education records.

Once a school determines that a community-based organization meets the above criteria, the organization may have access to PII from education records, without consent, under the school official exception, in order to perform the required institutional services and functions for the school. (S*ee* § 99.31(a)(1)(i)(B))

**Audience**
K-12 School Officials

**Topics**
Community Based Organizations
Exceptions - School Official
FERPA

**FEATURED RESOURCES**

## A Parent Guide to the Family Educational Rights and Privacy Act (FERPA) (/resources/parent-guide-family-educational-rights-and-privacy-act-ferpa)

The Family Educational Rights and Privacy Act or FERPA provides certain rights for parents regarding their children's education records. This guide provides general information on a parent's rights under FERPA.

---

## An Eligible Student Guide to the Family Educational Rights and Privacy Act (FERPA) (/resources/eligible-student-guide-family-educational-rights-and-privacy-act-ferpa)

The Family Educational Rights and Privacy Act or FERPA provides certain rights for parents regarding their children's education records. When a student reaches 18 years of age or attends an institution of postsecondary education at any age, the student becomes an "eligible student," and all rights under FERPA transfer from the parent to the student. This guide provides general information on an eligible student's rights under FERPA.

---

## Protection of Pupil Rights Amendment (PPRA) General Guidance (/resources/protection-pupil-rights-amendment-ppra-general-guidance)

This guidance document reviews parents' rights under the PPRA and education officials' obligations in implementing the PPRA.  The PPRA applies to the programs and activities of a State educational agency (SEA), local educational agency (LEA), or other recipient of funds under any program funded by the U.S. Department of Education. (20 U.S.C. § 1232h, 34 CFR Part 98)

Security Best Practices (/topic/security-best-practices)

Glossary (/glossary)

Letters of Importance (/topic/letters-importance)

Historic Findings Letters (/historical-archive-issued-letters)

TRAINING

Online Training Modules (/content/online-training-modules)

Guidance Videos (/content/videos)

Recorded Webinars (/content/recorded-webinars)

BROWSE BY AUDIENCE

School Officials K-12 (/audience/school-officials-k-12)

Parents & Students (/audience/parents-and-students)

Postsecondary School Officials (/audience/school-officials-post-secondary)

Early Childhood Educators (/audience/early-childhood-educators)

Vendors (/audience/education-technology-vendors)

Researchers (/audience/researchers)

OTHER

FAQs (/frequently-asked-questions)

Legal Basics (/legal-basics)

Contact (/contact)

Subscribe to the Student Privacy Newsletter (/subscribe-student-privacy-newsletter)

Request PTAC Training or Technical Assistance (/request-ptac-training-or-technical-assistance)

Privacy Policy (https://www2.ed.gov/notices/privacy/index.html?src=ft)