# Exhibit 45

# Can schools disclose education records to community-based organizations performing outsourced tutoring programs using the school official exception?

Yes. If a school chooses to outsource to a community-based organization a tutoring program that it would otherwise use school employees to provide, then the school may disclose the education records without the consent of the parents or eligible students under the school official exception.

FERPA (§ 99.31(a)(1)(i)(B)) permits schools to outsource institutional services or functions that involve the disclosure of education records to contractors, consultants, volunteers, or other third parties provided that the outside party:

1. Performs an institutional service or function for which the agency or institution would otherwise use employees;
2. Is under the direct control of the agency or institution with respect to the use and maintenance of education records;
3. Is subject to the requirements in § 99.33(a) that the personally identifiable information (PII) from education records may be used only for the purposes for which the disclosure was made, e.g., to promote school safety and the physical security of students, and governing the redisclosure of PII from education records; and
4. Meets the criteria specified in the school or local educational agency's (LEA's) annual notification of FERPA rights for being a school official with a legitimate educational interest in the education records.

It is a best practice to enter into a written agreement with the community-based organization prior to sharing any PII from education records.

**Audience**
K-12 School Officials

**Topics**
Community Based Organizations
Exceptions - School Official
FERPA

FEATURED RESOURCES

---

## A Parent Guide to the Family Educational Rights and Privacy Act (FERPA) (/resources/parent-guide-family-educational-rights-and-privacy-act-ferpa)

The Family Educational Rights and Privacy Act or FERPA provides certain rights for parents regarding their children's education records. This guide provides general information on a parent's rights under FERPA.

---

## An Eligible Student Guide to the Family Educational Rights and Privacy Act (FERPA) (/resources/eligible-student-guide-family-educational-rights-and-privacy-act-ferpa)

The Family Educational Rights and Privacy Act or FERPA provides certain rights for parents regarding their children's education records. When a student reaches 18 years of age or attends an institution of postsecondary education at any age, the student becomes an "eligible student," and all rights under FERPA transfer from the parent to the student. This guide provides general information on an eligible student's rights under FERPA.

---

## Protection of Pupil Rights Amendment (PPRA) General Guidance (/resources/protection-pupil-rights-amendment-ppra-general-guidance)

This guidance document reviews parents' rights under the PPRA and education officials' obligations in implementing the PPRA.  The PPRA applies to the programs and activities of a State educational agency (SEA), local educational agency (LEA), or other recipient of funds under any program funded by the U.S. Department of Education. (20 U.S.C. § 1232h, 34 CFR Part 98)

RESOURCES

Family Educational Rights and Privacy Act (FERPA) (/ferpa)

Legal Basics (/legal-basics)

Security Best Practices (/topic/security-best-practices)

Glossary (/glossary)

Letters of Importance (/topic/letters-importance)

Historic Findings Letters (/historical-archive-issued-letters)

TRAINING

Online Training Modules (/content/online-training-modules)

Guidance Videos (/content/videos)

Recorded Webinars (/content/recorded-webinars)

BROWSE BY AUDIENCE

School Officials K-12 (/audience/school-officials-k-12)

Parents & Students (/audience/parents-and-students)

Postsecondary School Officials (/audience/school-officials-post-secondary)

Early Childhood Educators (/audience/early-childhood-educators)

Vendors (/audience/education-technology-vendors)

Researchers (/audience/researchers)

FAQs (/frequently-asked-questions)

Legal Basics (/legal-basics)

Contact (/contact)

Subscribe to the Student Privacy Newsletter (/subscribe-student-privacy-newsletter)

Request PTAC Training or Technical Assistance (/request-ptac-training-or-technical-assistance)

Privacy Policy (https://www2.ed.gov/notices/privacy/index.html?src=ft)