Robyn E. Bladow
Kirkland & Ellis LLP
555 South Flower Street, Suite 3700
Los Angeles, CA 90071
Telephone: (213) 680-8400
robyn.bladow@kirkland.com

Martin L. Roth, P.C. (*pro hac vice*)
Alyssa C. Kalisky, P.C. (*pro hac vice*)
Zharna Shah (*pro hac vice*)
Amelia H. Bailey (*pro hac vice*)
Kirkland & Ellis LLP
333 West Wolf Point Plaza
Chicago, IL 60654
Telephone: (312) 862-2000
martin.roth@kirkland.com
alyssa.kalisky@kirkland.com
zharna.shah@kirkland.com
amelia.bailey@kirkland.com

Olivia Adendorff, P.C. (*pro hac vice*)
Cristina Martinez Squiers (*pro hac vice*)
Eugene Temchenko (*pro hac vice*)
Kirkland & Ellis LLP
4550 Travis Street
Dallas, TX 75205
Telephone: (214) 972-1770
olivia.adendorff@kirkland.com
cristina.squiers@kirkland.com
eugene.temchenko@kirkland.com

*Attorneys for Defendant PowerSchool Holdings, Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | | |
|---|---|---|
| EMILY CHERKIN, et al | ) | CASE NO. 3:24-cv-02706-JD |
| | ) | |
| Plaintiffs, | ) | **DECLARATION OF DARRON FLAGG IN SUPPORT OF DEFENDANT POWERSCHOOL HOLDINGS, INC.'S ADMINISTRATIVE MOTION TO SEAL** |
| v. | ) | |
| POWERSCHOOL HOLDINGS, INC., | ) | |
| Defendant. | ) | |
| | ) | Judge: Hon. James Donato |

I, Darron Flagg, hereby declare as follows:

1. I am PowerSchool's Chief Privacy Officer and Chief Compliance Officer, a position that I have held since 2021. In this role, I oversee PowerSchool's privacy, data governance, and regulatory compliance programs, including the company's internal privacy risk assessments, and the legal and ethical obligations of the company's data protection practices. I am a graduate of the University of California, Los Angeles School of Law and am a member in good standing of the State Bar of California. I have personal knowledge of the matters stated in this declaration and, if called as a witness, could and would testify competently to them.

2. The facts set forth in this declaration are based on my personal knowledge and my familiarity with PowerSchool's policies and practices regarding the treatment of confidential information and my review of PowerSchool records and materials.

3. The information for which PowerSchool seeks sealing is maintained by PowerSchool as strictly confidential and is not publicly disclosed. The information consists of limited portions of documents containing confidential technical, financial, and commercial information. These materials include (1) non-public information regarding PowerSchool's data processing and storage architecture, along with privacy and security procedures detailed through product specific Data Privacy Impact Assessments ("DPIAs"); (2) confidential internal financial, pricing, and marketing strategy materials; (3) confidential spreadsheets identifying PowerSchool's customer and subscription information, including financial terms; and (4) confidential terms of a non-public commercial agreement with a third-party vendor. Public disclosure of this information would cause competitive harm to PowerSchool by revealing proprietary technical systems, confidential business strategies, and sensitive commercial relationships. Competitors could use this information to replicate PowerSchool's internal processes, adjust competing pricing strategies, or target PowerSchool's customers or vendors in ways that could harm PowerSchool's competitive position.

4. PowerSchool takes substantial steps to protect the confidentiality of its proprietary information. Access to internal technical documentation, financial information, and business strategy materials is limited to employees who have a legitimate business need for that information. PowerSchool does not publicly disclose these materials and typically shares them with third parties

only pursuant to contractual confidentiality obligations. In my experience, the information described below is treated within PowerSchool as confidential and proprietary business information. These confidentiality protections apply to the categories of materials described below.

5. The information that PowerSchool seeks to seal is limited and narrowly tailored to specific information that is highly sensitive and that, if publicly disclosed, could prejudice PowerSchool's competitive position. Where possible, PowerSchool has proposed narrow redactions limited to the specific portions of documents containing confidential information while leaving the remainder of the documents publicly available.

**Non-Public Data Processing and Storage Architecture**

6. Certain materials contain confidential and commercially sensitive information regarding PowerSchool's internal data processing and storage practices and privacy and security procedures, including as documented in currently non-public, product specific Data Privacy Impact Assessments ("DPIAs"). DPIAs describe aspects of the PowerSchool products' internal data architecture, including the categories of data processed, the flow of that data through the products' systems, and the identity and role of certain sub-processors involved in those processes.

7. These materials also describe PowerSchool's internal operational practices for handling and processing data. The information is not publicly disclosed and reflects proprietary technical and operational practices that PowerSchool has developed to support its products and services. Public disclosure of those materials would reveal details of PowerSchool's internal systems, processes, and service provider and sub-processor relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework.

**Confidential Business Strategy and Financial Information**

8. Certain materials contain confidential internal business and marketing information. These materials include internal presentations and strategy documents describing PowerSchool's pricing structures, commercialization strategies, and non-public financial performance information.

9. This information is commercially sensitive and is not publicly disclosed. If competitors were able to access these materials, they could use the information to gain insight into PowerSchool's

pricing models, commercial strategy, and financial performance, allowing them to tailor competing offerings or pricing structures to undercut PowerSchool in the marketplace.

**Confidential Customer and Subscription Information**

10. Certain materials also contain information identifying PowerSchool's customers and describing non-public details of customer subscriptions, financial terms, and contractual relationships. PowerSchool does not publicly disclose comprehensive lists of its customers or the terms of its customer agreements.

11. Disclosure would allow competitors to identify PowerSchool's customers and target those customers with competing services or pricing offers. This potentially could disrupt PowerSchool's customer relationships and undermine PowerSchool's negotiating position in future contract discussions by revealing confidential commercial terms.

**Non-Public Agreements with Third-Party Vendor**

12. Certain materials also contain confidential terms of a non-public commercial agreement between PowerSchool and a third-party vendor. These materials describe aspects of the parties' commercial relationship and operational arrangements. The agreement and the information contained in it are treated by PowerSchool as confidential and are shared outside the company only pursuant to contractual obligations.

13. These terms are not publicly disclosed and are treated by PowerSchool as confidential business information. Disclosure of this information would reveal sensitive commercial terms, including aspects of PowerSchool's vendor relationships and negotiating practices, which could provide counterparties with leverage in future negotiations and disadvantage PowerSchool in discussions with vendors or business partners.

14. For the reasons described above, the information for which PowerSchool seeks sealing consists of confidential technical, financial, and commercial information that PowerSchool maintains as strictly non-public. PowerSchool's proposed redactions are narrowly tailored to protect only this confidential information while allowing the remainder of the documents to remain publicly accessible.

I declare under penalty of perjury that the foregoing is true and correct, and that this Declaration was executed this 9 th day of March, 2026, in Folsom, California.

DocuSigned by:
Darron Flagg
A3AC3679ADC1444
Darron Flagg