Robyn E. Bladow
KIRKLAND & ELLIS LLP
555 South Flower Street, Suite 3700
Los Angeles, CA 90071
Telephone: (213) 680-8400
robyn.bladow@kirkland.com

Martin L. Roth, P.C. (*pro hac vice*)
Alyssa C. Kalisky, P.C. (*pro hac vice*)
Zharna Shah (*pro hac vice*)
Amelia H. Bailey (*pro hac vice*)
KIRKLAND & ELLIS LLP
333 West Wolf Point Plaza
Chicago, IL 60654
Telephone: (312) 862-2000
martin.roth@kirkland.com
alyssa.kalisky@kirkland.com
zharna.shah@kirkland.com
amelia.bailey@kirkland.com

Olivia Adendorff, P.C. (*pro hac vice*)
Cristina Martinez Squiers (*pro hac vice*)
Ethan Levinton (*pro hac vice*)
Eugene Temchenko (*pro hac vice*)
KIRKLAND & ELLIS LLP
4550 Travis Street
Dallas, TX 75205
Telephone: (214) 972-1770
olivia.adendorff@kirkland.com
cristina.squiers@kirkland.com
ethan.levinton@kirkland.com
eugene.temchenko@kirkland.com

*Attorneys for Defendant PowerSchool Holdings, Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| EMILY CHERKIN, et al<br><br>Plaintiffs,<br><br>v.<br><br>POWERSCHOOL HOLDINGS, INC.,<br><br>Defendant. | CASE NO. 3:24-cv-02706-JD<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT POWERSCHOOL HOLDINGS, INC.'S ADMINISTRATIVE MOTION TO SEAL** |

Before the Court is Defendant PowerSchool Holdings, Inc.'s Administrative Motion to File under Seal ("Motion") portions of Exhibits 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 20, 21, 22, 28, 30, 33, 36, and 37 to the Declaration of Olivia Adendorff ISO Defendants' Opposition to Plaintiffs' Motion for Partial Summary Judgment on PowerSchool's Consent Defenses (the "Adendorff Exhibits").

The Court has reviewed the Motion, the supporting Declaration of Darron Flagg, and the proposed redactions. The Court finds that the portions of the documents identified below contain confidential technical, financial, and commercial information that is protectable under the law and that the disclosure of this information would cause competitive harm. The Court further finds that the requested redactions are narrowly tailored to seal only sealable material while preserving public access to the remainder of the filings.

Accordingly, the Court ORDERS that the following portions of the identified documents may be filed under seal:

**<u>Adendorff Exhibits</u>**

| Exhibit to be Sealed | Reasoning | Declaration Citation | Order |
|---|---|---|---|
| Ex. 7: McCowan Dep. 50:14 | Contains confidential and commercially sensitive information regarding PowerSchool's internal data processing and storage practices and privacy and security procedures, the disclosure of which would reveal details of PowerSchool's internal systems, processes, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | Flagg Decl. ¶¶ 6-7 | |
| Ex. 7: McCowan Dep. 86:6-10 | Contains confidential and commercially sensitive information regarding PowerSchool's internal data processing and storage practices and privacy and security procedures, the disclosure of which would reveal details of | Flagg Decl. ¶¶ 6-7 | |

| Exhibit to be Sealed | Reasoning | Declaration Citation | Order |
|---|---|---|---|
| | PowerSchool's internal systems, processes, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | | |
| Ex. 7: McCowan Dep. 86:12-14 | Contains confidential and commercially sensitive information regarding PowerSchool's internal data processing and storage practices and privacy and security procedures, the disclosure of which would reveal details of PowerSchool's internal systems, processes, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | Flagg Decl. ¶¶ 6-7 | |
| Ex. 7: McCowan Dep. 86:19-21 | Contains confidential and commercially sensitive information regarding PowerSchool's internal data processing and storage practices and privacy and security procedures, the disclosure of which would reveal details of PowerSchool's internal systems, processes, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | Flagg Decl. ¶¶ 6-7 | |
| Ex. 7: McCowan Dep. 110:17-21 | Contains confidential and commercially sensitive information regarding PowerSchool's internal data processing and storage practices and privacy and security procedures, the disclosure of which would reveal details of PowerSchool's internal systems, processes, and service provider relationships that competitors could use to replicate aspects of PowerSchool's | Flagg Decl. ¶¶ 6-7 | |

| Exhibit to be Sealed | Reasoning | Declaration Citation | Order |
|---|---|---|---|
| | technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | | |
| Ex. 7: McCowan Dep. 110:22-111:22 | Contains confidential and commercially sensitive information regarding PowerSchool's internal data processing and storage practices and privacy and security procedures, the disclosure of which would reveal details of PowerSchool's internal systems, processes, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | Flagg Decl. ¶¶ 6-7 | |
| Ex. 8: Shinton Dep. 77:20-21 | Contains confidential and commercially sensitive information regarding PowerSchool's internal data processing and storage practices and privacy and security procedures, the disclosure of which would reveal details of PowerSchool's internal systems, processes, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | Flagg Decl. ¶¶ 6-7 | |
| Ex. 8: Shinton Dep. 78:6 | Contains confidential and commercially sensitive information regarding PowerSchool's internal data processing and storage practices and privacy and security procedures, the disclosure of which would reveal details of PowerSchool's internal systems, processes, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | Flagg Decl. ¶¶ 6-7 | |

| Exhibit to be Sealed | Reasoning | Declaration Citation | Order |
|---|---|---|---|
| Ex. 9: PWRSCHL_00644395; entire document | Contains confidential and commercially sensitive information regarding PowerSchool's internal data processing and storage practices and privacy and security procedures, the disclosure of which would reveal details of PowerSchool's internal systems, processes, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | Flagg Decl. ¶¶ 6-7 | |
| Ex. 10: Brook Dep. 41:14 | Contains confidential and commercially sensitive information regarding PowerSchool's internal data processing and storage practices and privacy and security procedures, the disclosure of which would reveal details of PowerSchool's internal systems, processes, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | Flagg Decl. ¶¶ 6-7 | |
| Ex. 10: Brook Dep. 42:3-4 | Contains confidential and commercially sensitive information regarding PowerSchool's internal data processing and storage practices and privacy and security procedures, the disclosure of which would reveal details of PowerSchool's internal systems, processes, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | Flagg Decl. ¶¶ 6-7 | |
| Ex. 10: Brook Dep. 42:11-14 | Contains confidential and commercially sensitive information regarding PowerSchool's internal data processing and storage practices and privacy and | Flagg Decl. ¶¶ 6-7 | |

| Exhibit to be Sealed | Reasoning | Declaration Citation | Order |
|---|---|---|---|
| | security procedures, the disclosure of which would reveal details of PowerSchool's internal systems, processes, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | | |
| Ex. 11: Rangarajan Dep. 35:3-5 | Contains confidential and commercially sensitive information regarding PowerSchool's internal data processing and storage practices and privacy and security procedures, the disclosure of which would reveal details of PowerSchool's internal systems, processes, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | Flagg Decl. ¶¶ 6-7 | |
| Ex. 11: Rangarajan Dep. 35:7 | Contains confidential and commercially sensitive information regarding PowerSchool's internal data processing and storage practices and privacy and security procedures, the disclosure of which would reveal details of PowerSchool's internal systems, processes, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | Flagg Decl. ¶¶ 6-7 | |
| Ex. 11: Rangarajan Dep. 35:10-13 | Contains confidential and commercially sensitive information regarding PowerSchool's internal data processing and storage practices and privacy and security procedures, the disclosure of which would reveal details of PowerSchool's internal systems, processes, and service provider | Flagg Decl. ¶¶ 6-7 | |

| Exhibit to be Sealed | Reasoning | Declaration Citation | Order |
|---|---|---|---|
| | relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | | |
| Ex. 11: Rangarajan Dep. 35:15 | Contains confidential and commercially sensitive information regarding PowerSchool's internal data processing and storage practices and privacy and security procedures, the disclosure of which would reveal details of PowerSchool's internal systems, processes, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | Flagg Decl. ¶¶ 6-7 | |
| Ex. 11: Rangarajan Dep. 35:17-22 | Contains confidential and commercially sensitive information regarding PowerSchool's internal data processing and storage practices and privacy and security procedures, the disclosure of which would reveal details of PowerSchool's internal systems, processes, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | Flagg Decl. ¶¶ 6-7 | |
| Ex. 11: Rangarajan Dep. 36:2-3 | Contains confidential and commercially sensitive information regarding PowerSchool's internal data processing and storage practices and privacy and security procedures, the disclosure of which would reveal details of PowerSchool's internal systems, processes, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror | Flagg Decl. ¶¶ 6-7 | |

| Exhibit to be Sealed | Reasoning | Declaration Citation | Order |
|---|---|---|---|
| | PowerSchool's data processing framework. | | |
| Ex. 11: Rangarajan Dep. 36:7-15 | Contains confidential and commercially sensitive information regarding PowerSchool's internal data processing and storage practices and privacy and security procedures, the disclosure of which would reveal details of PowerSchool's internal systems, processes, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | Flagg Decl. ¶¶ 6-7 | |
| Ex. 11: Rangarajan Dep. 36:19-22 | Contains confidential and commercially sensitive information regarding PowerSchool's internal data processing and storage practices and privacy and security procedures, the disclosure of which would reveal details of PowerSchool's internal systems, processes, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | Flagg Decl. ¶¶ 6-7 | |
| Ex. 11: Rangarajan Dep. 37:5-21 | Contains confidential and commercially sensitive information regarding PowerSchool's internal data processing and storage practices and privacy and security procedures, the disclosure of which would reveal details of PowerSchool's internal systems, processes, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | Flagg Decl. ¶¶ 6-7 | |
| Ex. 11: Rangarajan Dep. 38:1-2 | Contains confidential and commercially sensitive information regarding | Flagg Decl. ¶¶ 6-7 | |

| Exhibit to be Sealed | Reasoning | Declaration Citation | Order |
|---|---|---|---|
| | PowerSchool's internal data processing and storage practices and privacy and security procedures, the disclosure of which would reveal details of PowerSchool's internal systems, processes, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | | |
| Ex. 11: Rangarajan Dep. 38:5-6 | Contains confidential and commercially sensitive information regarding PowerSchool's internal data processing and storage practices and privacy and security procedures, the disclosure of which would reveal details of PowerSchool's internal systems, processes, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | Flagg Decl. ¶¶ 6-7 | |
| Ex. 11: Rangarajan Dep. 38:9-14 | Contains confidential and commercially sensitive information regarding PowerSchool's internal data processing and storage practices and privacy and security procedures, the disclosure of which would reveal details of PowerSchool's internal systems, processes, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | Flagg Decl. ¶¶ 6-7 | |
| Ex. 11: Rangarajan Dep. 38:15-17 | Contains confidential and commercially sensitive information regarding PowerSchool's internal data processing and storage practices and privacy and security procedures, the disclosure of which would reveal details of | Flagg Decl. ¶¶ 6-7 | |

| Exhibit to be Sealed | Reasoning | Declaration Citation | Order |
|---|---|---|---|
| | PowerSchool's internal systems, processes, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | | |
| Ex. 11: Rangarajan Dep. 38:18 | Contains confidential and commercially sensitive information regarding PowerSchool's internal data processing and storage practices and privacy and security procedures, the disclosure of which would reveal details of PowerSchool's internal systems, processes, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | Flagg Decl. ¶¶ 6-7 | |
| Ex. 11: Rangarajan Dep. 38:20-21 | Contains confidential and commercially sensitive information regarding PowerSchool's internal data processing and storage practices and privacy and security procedures, the disclosure of which would reveal details of PowerSchool's internal systems, processes, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | Flagg Decl. ¶¶ 6-7 | |
| Ex. 11: Rangarajan Dep. 39:1-4 | Contains confidential and commercially sensitive information regarding PowerSchool's internal data processing and storage practices and privacy and security procedures, the disclosure of which would reveal details of PowerSchool's internal systems, processes, and service provider relationships that competitors could use to replicate aspects of PowerSchool's | Flagg Decl. ¶¶ 6-7 | |

| Exhibit to be Sealed | Reasoning | Declaration Citation | Order |
|---|---|---|---|
| | technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | | |
| Ex. 11: Rangarajan Dep. 39:6 | Contains confidential and commercially sensitive information regarding PowerSchool's internal data processing and storage practices and privacy and security procedures, the disclosure of which would reveal details of PowerSchool's internal systems, processes, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | Flagg Decl. ¶¶ 6-7 | |
| Ex. 11: Rangarajan Dep. 39:16-17 | Contains confidential and commercially sensitive information regarding PowerSchool's internal data processing and storage practices and privacy and security procedures, the disclosure of which would reveal details of PowerSchool's internal systems, processes, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | Flagg Decl. ¶¶ 6-7 | |
| Ex. 11: Rangarajan Dep. 62:7-13 | Contains confidential and commercially sensitive information regarding PowerSchool's internal data processing and storage practices and privacy and security procedures, the disclosure of which would reveal details of PowerSchool's internal systems, processes, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | Flagg Decl. ¶¶ 6-7 | |

| Exhibit to be Sealed | Reasoning | Declaration Citation | Order |
|---|---|---|---|
| Ex. 11: Rangarajan Dep. 63:13-22 | Contains confidential and commercially sensitive information regarding PowerSchool's internal data processing and storage practices and privacy and security procedures, the disclosure of which would reveal details of PowerSchool's internal systems, processes, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | Flagg Decl. ¶¶ 6-7 | |
| Ex. 11: Rangarajan Dep. 109:2-4 | Contains confidential and commercially sensitive information regarding PowerSchool's internal data processing and storage practices and privacy and security procedures, the disclosure of which would reveal details of PowerSchool's internal systems, processes, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | Flagg Decl. ¶¶ 6-7 | |
| Ex. 11: Rangarajan Dep. 109:8-10 | Contains confidential and commercially sensitive information regarding PowerSchool's internal data processing and storage practices and privacy and security procedures, the disclosure of which would reveal details of PowerSchool's internal systems, processes, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | Flagg Decl. ¶¶ 6-7 | |
| Ex. 11: Rangarajan Dep. 109:12 | Contains confidential and commercially sensitive information regarding PowerSchool's internal data processing and storage practices and privacy and | Flagg Decl. ¶¶ 6-7 | |

| Exhibit to be Sealed | Reasoning | Declaration Citation | Order |
|---|---|---|---|
| | security procedures, the disclosure of which would reveal details of PowerSchool's internal systems, processes, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | | |
| Ex. 11: Rangarajan Dep. 109:15-16 | Contains confidential and commercially sensitive information regarding PowerSchool's internal data processing and storage practices and privacy and security procedures, the disclosure of which would reveal details of PowerSchool's internal systems, processes, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | Flagg Decl. ¶¶ 6-7 | |
| Ex. 11: Rangarajan Dep. 119:1-19 | Contains confidential and commercially sensitive information regarding PowerSchool's internal data processing and storage practices and privacy and security procedures, the disclosure of which would reveal details of PowerSchool's internal systems, processes, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | Flagg Decl. ¶¶ 6-7 | |
| Ex. 11: Rangarajan Dep. 122:12-21 | Contains confidential and commercially sensitive information regarding PowerSchool's internal data processing and storage practices and privacy and security procedures, the disclosure of which would reveal details of PowerSchool's internal systems, processes, and service provider | Flagg Decl. ¶¶ 6-7 | |

| Exhibit to be Sealed | Reasoning | Declaration Citation | Order |
|---|---|---|---|
| | relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | | |
| Ex. 12: Swingle Dep. 77:8-11 | Contains confidential and commercially sensitive information regarding PowerSchool's internal data processing and storage practices and privacy and security procedures, the disclosure of which would reveal details of PowerSchool's internal systems, processes, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | Flagg Decl. ¶¶ 6-7 | |
| Ex. 12: Swingle Dep. 77:18-78:2 | Contains confidential and commercially sensitive information regarding PowerSchool's internal data processing and storage practices and privacy and security procedures, the disclosure of which would reveal details of PowerSchool's internal systems, processes, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | Flagg Decl. ¶¶ 6-7 | |
| Ex. 12: Swingle Dep. 78:4-10 | Contains confidential and commercially sensitive information regarding PowerSchool's internal data processing and storage practices and privacy and security procedures, the disclosure of which would reveal details of PowerSchool's internal systems, processes, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror | Flagg Decl. ¶¶ 6-7 | |

| Exhibit to be Sealed | Reasoning | Declaration Citation | Order |
|---|---|---|---|
| | PowerSchool's data processing framework. | | |
| Ex. 12: Swingle Dep. 92:7-8 | Contains confidential and commercially sensitive information regarding PowerSchool's internal data processing and storage practices and privacy and security procedures, the disclosure of which would reveal details of PowerSchool's internal systems, processes, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | Flagg Decl. ¶¶ 6-7 | |
| Ex. 12: Swingle Dep. 92:12-14 | Contains confidential and commercially sensitive information regarding PowerSchool's internal data processing and storage practices and privacy and security procedures, the disclosure of which would reveal details of PowerSchool's internal systems, processes, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | Flagg Decl. ¶¶ 6-7 | |
| Ex. 12: Swingle Dep. 92:16 | Contains confidential and commercially sensitive information regarding PowerSchool's internal data processing and storage practices and privacy and security procedures, the disclosure of which would reveal details of PowerSchool's internal systems, processes, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | Flagg Decl. ¶¶ 6-7 | |
| Ex. 12: Swingle Dep. 93:14-15 | Contains confidential and commercially sensitive information regarding | Flagg Decl. ¶¶ 6-7 | |

| Exhibit to be Sealed | Reasoning | Declaration Citation | Order |
|---|---|---|---|
| | PowerSchool's internal data processing and storage practices and privacy and security procedures, the disclosure of which would reveal details of PowerSchool's internal systems, processes, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | | |
| Ex. 12: Swingle Dep. 107:10-15 | Contains confidential and commercially sensitive information regarding PowerSchool's internal data processing and storage practices and privacy and security procedures, the disclosure of which would reveal details of PowerSchool's internal systems, processes, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | Flagg Decl. ¶¶ 6-7 | |
| Ex. 12: Swingle Dep. 108:5 | Contains confidential and commercially sensitive information regarding PowerSchool's internal data processing and storage practices and privacy and security procedures, the disclosure of which would reveal details of PowerSchool's internal systems, processes, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | Flagg Decl. ¶¶ 6-7 | |
| Ex. 12: Swingle Dep. 110:5-22 | Contains confidential and commercially sensitive information regarding PowerSchool's internal data processing and storage practices and privacy and security procedures, the disclosure of which would reveal details of | Flagg Decl. ¶¶ 6-7 | |

| Exhibit to be Sealed | Reasoning | Declaration Citation | Order |
|---|---|---|---|
| | PowerSchool's internal systems, processes, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | | |
| Ex. 12: Swingle Dep. 330:21-22 | Contains confidential and commercially sensitive information regarding PowerSchool's internal data processing and storage practices and privacy and security procedures, the disclosure of which would reveal details of PowerSchool's internal systems, processes, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | Flagg Decl. ¶¶ 6-7 | |
| Ex. 12: Swingle Dep. 336:12-15 | Contains confidential and commercially sensitive information regarding PowerSchool's internal data processing and storage practices and privacy and security procedures, the disclosure of which would reveal details of PowerSchool's internal systems, processes, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | Flagg Decl. ¶¶ 6-7 | |
| Ex. 12: Swingle Dep. 336:22 | Contains confidential and commercially sensitive information regarding PowerSchool's internal data processing and storage practices and privacy and security procedures, the disclosure of which would reveal details of PowerSchool's internal systems, processes, and service provider relationships that competitors could use to replicate aspects of PowerSchool's | Flagg Decl. ¶¶ 6-7 | |

| Exhibit to be Sealed | Reasoning | Declaration Citation | Order |
|---|---|---|---|
| | technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | | |
| Ex. 13: Ahmad Dep. 124:2-3 | Contains confidential and commercially sensitive information regarding PowerSchool's internal data processing and storage practices and privacy and security procedures, the disclosure of which would reveal details of PowerSchool's internal systems, processes, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | Flagg Decl. ¶¶ 6-7 | |
| Ex. 13: Ahmad Dep. 124:6-126:8 | Contains confidential and commercially sensitive information regarding PowerSchool's internal data processing and storage practices and privacy and security procedures, the disclosure of which would reveal details of PowerSchool's internal systems, processes, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | Flagg Decl. ¶¶ 6-7 | |
| Ex. 13: Ahmad Dep. 309:1-2 | Contains confidential and commercially sensitive information regarding PowerSchool's internal data processing and storage practices and privacy and security procedures, the disclosure of which would reveal details of PowerSchool's internal systems, processes, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | Flagg Decl. ¶¶ 6-7 | |

| Exhibit to be Sealed | Reasoning | Declaration Citation | Order |
|---|---|---|---|
| Ex. 13: Ahmad Dep. 309:4-15 | Contains confidential information identifying PowerSchool customers and non-public details of customer subscriptions or contractual relationships. Disclosure would reveal PowerSchool's customer relationships and commercially sensitive terms, which competitors could use to target those customers with competing services or pricing offers and thereby undermine PowerSchool's customer relationships and negotiating position. | Flagg Decl. ¶¶ 10-11 | |
| Ex. 14: Flagg Dep. 71:5-17 | Contains confidential and commercially sensitive information regarding PowerSchool's internal data processing and storage practices and privacy and security procedures, the disclosure of which would reveal details of PowerSchool's internal systems, processes, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | Flagg Decl. ¶¶ 6-7 | |
| Ex. 14: Flagg Dep. 111:8-112:12 | Contains confidential and commercially sensitive information regarding PowerSchool's internal data processing and storage practices and privacy and security procedures, the disclosure of which would reveal details of PowerSchool's internal systems, processes, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | Flagg Decl. ¶¶ 6-7 | |
| Ex. 14: Flagg Dep. 161:12-13 | Contains confidential and commercially sensitive information regarding PowerSchool's internal data processing and storage practices and privacy and security procedures, the disclosure of which would reveal details of | Flagg Decl. ¶¶ 6-7 | |

| Exhibit to be Sealed | Reasoning | Declaration Citation | Order |
|---|---|---|---|
| | PowerSchool's internal systems, processes, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | | |
| Ex. 14: Flagg Dep. 161:15-162:1 | Contains confidential and commercially sensitive information regarding PowerSchool's internal data processing and storage practices and privacy and security procedures, the disclosure of which would reveal details of PowerSchool's internal systems, processes, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | Flagg Decl. ¶¶ 6-7 | |
| Ex. 14: Flagg. Dep. 162:4-22 | Contains confidential and commercially sensitive information regarding PowerSchool's internal data processing and storage practices and privacy and security procedures, the disclosure of which would reveal details of PowerSchool's internal systems, processes, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | Flagg Decl. ¶¶ 6-7 | |
| Ex. 14: Flagg. Tr: 429:2 | Contains confidential terms of a non-public commercial agreement with a third-party partner, including non-public commercial arrangements and negotiation-related information. Disclosure would reveal sensitive partner relationship and negotiating details that could provide counterparties with leverage in future negotiations and disadvantage | Flagg Decl. ¶¶ 12-13 | |

| Exhibit to be Sealed | Reasoning | Declaration Citation | Order |
|---|---|---|---|
| | PowerSchool in discussions with vendors or business partners. | | |
| Ex. 14: Flagg. Tr: 429:6-11 | Contains confidential terms of a non-public commercial agreement with a third-party partner, including non-public commercial arrangements and negotiation-related information. Disclosure would reveal sensitive partner relationship and negotiating details that could provide counterparties with leverage in future negotiations and disadvantage PowerSchool in discussions with vendors or business partners. | Flagg Decl. ¶¶ 12-13 | |
| Ex. 14: Flagg Dep. 429:18 | Contains confidential and commercially sensitive information regarding PowerSchool's internal data processing and storage practices and privacy and security procedures, the disclosure of which would reveal details of PowerSchool's internal systems, processes, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | Flagg Decl. ¶¶ 6-7 | |
| Ex. 15: Cirillo Dep. 191:8-10 | Contains confidential and commercially sensitive information regarding PowerSchool's internal data processing and storage practices and privacy and security procedures, the disclosure of which would reveal details of PowerSchool's internal systems, processes, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | Flagg Decl. ¶¶ 6-7 | |
| Ex. 15: Cirillo Dep. 191:14-15 | Contains confidential and commercially sensitive information regarding PowerSchool's internal data processing and storage practices and privacy and security procedures, the disclosure of | Flagg Decl. ¶¶ 6-7 | |

| Exhibit to be Sealed | Reasoning | Declaration Citation | Order |
|---|---|---|---|
| | which would reveal details of PowerSchool's internal systems, processes, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | | |
| Ex. 15: Cirillo Dep. 202:15 | Contains confidential and commercially sensitive information regarding PowerSchool's internal data processing and storage practices and privacy and security procedures, the disclosure of which would reveal details of PowerSchool's internal systems, processes, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | Flagg Decl. ¶¶ 6-7 | |
| Ex. 16: Maharana Dep. 55:21-57:5 | Contains confidential and commercially sensitive information regarding PowerSchool's internal data processing and storage practices and privacy and security procedures, the disclosure of which would reveal details of PowerSchool's internal systems, processes, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | Flagg Decl. ¶¶ 6-7 | |
| Ex. 16: Maharana Dep. 65:2-66:9 | Contains confidential and commercially sensitive information regarding PowerSchool's internal data processing and storage practices and privacy and security procedures, the disclosure of which would reveal details of PowerSchool's internal systems, processes, and service provider relationships that competitors could use to | Flagg Decl. ¶¶ 6-7 | |

| **Exhibit to be Sealed** | **Reasoning** | **Declaration Citation** | **Order** |
|---|---|---|---|
| | replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | | |
| Ex. 16: Maharana Dep. 68:1-9 | Contains confidential and commercially sensitive information regarding PowerSchool's internal data processing and storage practices and privacy and security procedures, the disclosure of which would reveal details of PowerSchool's internal systems, processes, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | Flagg Decl. ¶¶ 6-7 | |
| Ex. 16: Maharana Dep. 69:1-17 | Contains confidential and commercially sensitive information regarding PowerSchool's internal data processing and storage practices and privacy and security procedures, the disclosure of which would reveal details of PowerSchool's internal systems, processes, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | Flagg Decl. ¶¶ 6-7 | |
| Ex. 16: Maharana Dep. 118:1-2 | Contains confidential and commercially sensitive information regarding PowerSchool's internal data processing and storage practices and privacy and security procedures, the disclosure of which would reveal details of PowerSchool's internal systems, processes, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror | Flagg Decl. ¶¶ 6-7 | |

| Exhibit to be Sealed | Reasoning | Declaration Citation | Order |
|---|---|---|---|
| | PowerSchool's data processing framework. | | |
| Ex. 16: Maharana Dep. 118:6-13 | Contains confidential and commercially sensitive information regarding PowerSchool's internal data processing and storage practices and privacy and security procedures, the disclosure of which would reveal details of PowerSchool's internal systems, processes, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | Flagg Decl. ¶¶ 6-7 | |
| Ex. 16: Maharana Dep. 123:16-21 | Contains confidential and commercially sensitive information regarding PowerSchool's internal data processing and storage practices and privacy and security procedures, the disclosure of which would reveal details of PowerSchool's internal systems, processes, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | Flagg Decl. ¶¶ 6-7 | |
| Ex. 16: Maharana Dep. 135:14-22 | Contains confidential and commercially sensitive information regarding PowerSchool's internal data processing and storage practices and privacy and security procedures, the disclosure of which would reveal details of PowerSchool's internal systems, processes, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | Flagg Decl. ¶¶ 6-7 | |
| Ex. 16: Maharana Dep. 161:14-162:5 | Contains confidential and commercially sensitive information regarding | Flagg Decl. ¶¶ 6-7 | |

| **Exhibit to be Sealed** | **Reasoning** | **Declaration Citation** | **Order** |
|---|---|---|---|
| | PowerSchool's internal data processing and storage practices and privacy and security procedures, the disclosure of which would reveal details of PowerSchool's internal systems, processes, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | | |
| Ex. 16: Maharana Dep. 168:6-11 | Contains confidential and commercially sensitive information regarding PowerSchool's internal data processing and storage practices and privacy and security procedures, the disclosure of which would reveal details of PowerSchool's internal systems, processes, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | Flagg Decl. ¶¶ 6-7 | |
| Ex. 17: Sharp Dep. 31:1-32:9 | Contains confidential and commercially sensitive information regarding PowerSchool's internal data processing and storage practices and privacy and security procedures, the disclosure of which would reveal details of PowerSchool's internal systems, processes, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | Flagg Decl. ¶¶ 6-7 | |
| Ex. 17: Sharp Dep. 32:17-33:16 | Contains confidential and commercially sensitive information regarding PowerSchool's internal data processing and storage practices and privacy and security procedures, the disclosure of which would reveal details of | Flagg Decl. ¶¶ 6-7 | |

| Exhibit to be Sealed | Reasoning | Declaration Citation | Order |
|---|---|---|---|
| | PowerSchool's internal systems, processes, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | | |
| Ex. 17: Sharp Dep. 37:12-15 | Contains confidential and commercially sensitive information regarding PowerSchool's internal data processing and storage practices and privacy and security procedures, the disclosure of which would reveal details of PowerSchool's internal systems, processes, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | Flagg Decl. ¶¶ 6-7 | |
| Ex. 17: Sharp Dep. 38:4-5 | Contains confidential and commercially sensitive information regarding PowerSchool's internal data processing and storage practices and privacy and security procedures, the disclosure of which would reveal details of PowerSchool's internal systems, processes, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | Flagg Decl. ¶¶ 6-7 | |
| Ex. 17: Sharp Dep. 38:8-9 | Contains confidential and commercially sensitive information regarding PowerSchool's internal data processing and storage practices and privacy and security procedures, the disclosure of which would reveal details of PowerSchool's internal systems, processes, and service provider relationships that competitors could use to replicate aspects of PowerSchool's | Flagg Decl. ¶¶ 6-7 | |

| Exhibit to be Sealed | Reasoning | Declaration Citation | Order |
|---|---|---|---|
| | technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | | |
| Ex. 17: Sharp Dep. 53:1-2 | Contains confidential and commercially sensitive information regarding PowerSchool's internal data processing and storage practices and privacy and security procedures, the disclosure of which would reveal details of PowerSchool's internal systems, processes, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | Flagg Decl. ¶¶ 6-7 | |
| Ex. 17: Sharp Dep. 53:19-55:8 | Contains confidential and commercially sensitive information regarding PowerSchool's internal data processing and storage practices and privacy and security procedures, the disclosure of which would reveal details of PowerSchool's internal systems, processes, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | Flagg Decl. ¶¶ 6-7 | |
| Ex. 17: Sharp Dep. 69:18 | Contains confidential and commercially sensitive information regarding PowerSchool's internal data processing and storage practices and privacy and security procedures, the disclosure of which would reveal details of PowerSchool's internal systems, processes, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | Flagg Decl. ¶¶ 6-7 | |

| **Exhibit to be Sealed** | **Reasoning** | **Declaration Citation** | **Order** |
|---|---|---|---|
| Ex. 17: Sharp Dep. 70:6-7 | Contains confidential and commercially sensitive information regarding PowerSchool's internal data processing and storage practices and privacy and security procedures, the disclosure of which would reveal details of PowerSchool's internal systems, processes, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | Flagg Decl. ¶¶ 6-7 | |
| Ex. 17: Sharp Dep. 78:4-5 | Contains confidential and commercially sensitive information regarding PowerSchool's internal data processing and storage practices and privacy and security procedures, the disclosure of which would reveal details of PowerSchool's internal systems, processes, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | Flagg Decl. ¶¶ 6-7 | |
| Ex. 17: Sharp Dep. 78:11-79:7 | Contains confidential and commercially sensitive information regarding PowerSchool's internal data processing and storage practices and privacy and security procedures, the disclosure of which would reveal details of PowerSchool's internal systems, processes, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | Flagg Decl. ¶¶ 6-7 | |
| Ex. 17: Sharp Dep. 79:10-13 | Contains confidential and commercially sensitive information regarding PowerSchool's internal data processing and storage practices and privacy and | Flagg Decl. ¶¶ 6-7 | |

| Exhibit to be Sealed | Reasoning | Declaration Citation | Order |
|---|---|---|---|
| | security procedures, the disclosure of which would reveal details of PowerSchool's internal systems, processes, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | | |
| Ex. 17: Sharp Dep. 208:6 | Contains confidential and commercially sensitive information regarding PowerSchool's internal data processing and storage practices and privacy and security procedures, the disclosure of which would reveal details of PowerSchool's internal systems, processes, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | Flagg Decl. ¶¶ 6-7 | |
| Ex. 17: Sharp Dep. 208:9 | Contains confidential and commercially sensitive information regarding PowerSchool's internal data processing and storage practices and privacy and security procedures, the disclosure of which would reveal details of PowerSchool's internal systems, processes, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | Flagg Decl. ¶¶ 6-7 | |
| Ex. 17: Sharp Dep. 208:17 | Contains confidential and commercially sensitive information regarding PowerSchool's internal data processing and storage practices and privacy and security procedures, the disclosure of which would reveal details of PowerSchool's internal systems, processes, and service provider | Flagg Decl. ¶¶ 6-7 | |

| Exhibit to be Sealed | Reasoning | Declaration Citation | Order |
|---|---|---|---|
| | relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | | |
| Ex. 20: PWRSCHL_00162868; entire document | Contains confidential information identifying PowerSchool customers and non-public details of customer subscriptions or contractual relationships. Disclosure would reveal PowerSchool's customer relationships and commercially sensitive terms, which competitors could use to target those customers with competing services or pricing offers and thereby undermine PowerSchool's customer relationships and negotiating position. | Flagg Decl. ¶¶ 10-11 | |
| Ex. 21: PWRSCHL_00163869; entire document | Contains confidential information identifying PowerSchool customers and non-public details of customer subscriptions or contractual relationships. Disclosure would reveal PowerSchool's customer relationships and commercially sensitive terms, which competitors could use to target those customers with competing services or pricing offers and thereby undermine PowerSchool's customer relationships and negotiating position. | Flagg Decl. ¶¶ 10-11 | |
| Ex. 22: PWRSCHL_00163924; entire document | Contains confidential information identifying PowerSchool customers and non-public details of customer subscriptions or contractual relationships. Disclosure would reveal PowerSchool's customer relationships and commercially sensitive terms, which competitors could use to target those customers with competing services or pricing offers and thereby undermine PowerSchool's customer relationships and negotiating position. | Flagg Decl. ¶¶ 10-11 | |
| Ex. 28: PWRSCHL_00008714; entire document | Contains confidential information identifying PowerSchool customers and non-public details of customer subscriptions or contractual relationships. | Flagg Decl. ¶¶ 10-11 | |

| Exhibit to be Sealed | Reasoning | Declaration Citation | Order |
|---|---|---|---|
| | Disclosure would reveal PowerSchool's customer relationships and commercially sensitive terms, which competitors could use to target those customers with competing services or pricing offers and thereby undermine PowerSchool's customer relationships and negotiating position. | | |
| Ex. 30: Sept. 9, 2020 WCCUSD Ecollect Contract; entire document | Contains confidential information identifying PowerSchool customers and non-public details of customer subscriptions or contractual relationships. Disclosure would reveal PowerSchool's customer relationships and commercially sensitive terms, which competitors could use to target those customers with competing services or pricing offers and thereby undermine PowerSchool's customer relationships and negotiating position. | Flagg Decl. ¶¶ 10-11 | |
| Ex. 33: PWRSCHL_00161580; entire document | Contains confidential information identifying PowerSchool customers and non-public details of customer subscriptions or contractual relationships. Disclosure would reveal PowerSchool's customer relationships and commercially sensitive terms, which competitors could use to target those customers with competing services or pricing offers and thereby undermine PowerSchool's customer relationships and negotiating position. | Flagg Decl. ¶¶ 10-11 | |
| Ex. 36: PWRSCHL_00162703; entire document | Contains confidential information identifying PowerSchool customers and non-public details of customer subscriptions or contractual relationships. Disclosure would reveal PowerSchool's customer relationships and commercially sensitive terms, which competitors could use to target those customers with competing services or pricing offers and thereby undermine PowerSchool's customer relationships and negotiating position. | Flagg Decl. ¶¶ 10-11 | |

| Exhibit to be Sealed | Reasoning | Declaration Citation | Order |
|---|---|---|---|
| Ex. 37: PWRSCHL_00162967; entire document | Contains confidential information identifying PowerSchool customers and non-public details of customer subscriptions or contractual relationships. Disclosure would reveal PowerSchool's customer relationships and commercially sensitive terms, which competitors could use to target those customers with competing services or pricing offers and thereby undermine PowerSchool's customer relationships and negotiating position. | Flagg Decl. ¶¶ 10-11 | |

**IT IS SO ORDERED.**

DATED: _____________, 2026

HON. JAMES DONATO
UNITED STATES DISTRICT JUDGE