Shana E. Scarlett (217895)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, California 94710
Telephone: (510) 725-3000
shanas@hbsslaw.com

Julie Liddell (*pro hac vice*)
Andrew Liddell (*pro hac vice*)
EDTECH LAW CENTER PLLC
P.O. Box 300488
Austin, Texas 78705
Telephone: (737) 351-5855
julie.liddell@edtech.law
andrew.liddell@edtech.law

Leonard W. Aragon (*pro hac vice*)
E. Tory Beardsley (*pro hac vice*)
Whitney Siehl (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
11 West Jefferson Street, Suite 1000
Phoenix, Arizona 85003
Telephone: (602) 840-5900
leonard@hbsslaw.com
toryb@hbsslaw.com
whitneys@hbsslaw.com

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

EMILY CHERKIN, et al.,

Plaintiffs,

v.

POWERSCHOOL HOLDINGS, INC.,

Defendant.

Case No.: 3:24-cv-02706-JD

**STIPULATED REQUEST FOR AN ORDER CHANGING TIME FOR PLAINTIFFS TO FILE THEIR REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

Judge: The Honorable James Donato

Pursuant to Local Civil Rules 6-1, 6-2, and 7-12, the parties, through undersigned counsel, hereby respectfully stipulate and jointly request that the Court continue the deadline for Plaintiffs' reply in support of their motion for summary judgment by seven days, from May 19, 2026 to May 26, 2026. Defendant's counsel has agreed to the extension.

The seven-day extension is requested owing to Plaintiffs' obligations in other cases, preexisting professional travel commitments, and to respond to the extensive arguments in Defendant's response.

This is the first request for an extension of time to file Plaintiffs' reply. The hearing on Plaintiffs' motion for summary judgment is set for August 13, 2026. This extension should not affect the current schedule.

**IT IS SO STIPULATED.**

Dated: May 15, 2026

Respectfully submitted,

HAGENS BERMAN SOBOL SHAPIRO LLP

By /s/ Leonard W. Aragon

Leonard W. Aragon (*pro hac vice*)
E. Tory Beardsley (*pro hac vice*)
Whitney Siehl (*pro hac vice*)
11 West Jefferson Street, Suite 1000
Phoenix, Arizona 85003
Telephone: (602)840-5900
leonard@hbsslaw.com
toryb@hbsslaw.com
whitneys@hbsslaw.com

Julie Liddell (*pro hac vice*)
Andrew Liddell (*pro hac vice*)
EDTECH LAW CENTER PLLC
P.O. Box 300488
Austin, Texas 78705
Telephone: (737) 351-5855
julie.liddell@edtech.law
andrew.liddell@edtech.law

Shana E. Scarlett (SBN 217895)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, California 94710
Telephone: 510.725.3000
shanas@hbsslaw.com

Attorneys for Plaintiffs

Dated: May 15, 2026

KIRKLAND & ELLIS LLP

By /s/ Olivia Adendorff
OLIVIA ADENDORFF
Olivia Adendorff, P.C. *(pro hac vice)*
Cristina Martinez Squiers *(pro hac vice)*
Ethan Levinton *(pro hac vice)*
Eugene Temchenko *(pro hac vice)*
4550 Travis Street
Dallas, Texas 75205
Telephone: 214.972.1770
olivia.adendorff@kirkland.com
cristina.squiers@kirkland.com
ethan.levinton@kirkland.com
eugene.temchenko@kirkland.com

Martin L. Roth, P.C. *(pro hac vice)*
Alyssa C. Kalisky *(pro hac vice)*
Zharna Shaha *(pro hac vice)*
Amelia H. Bailey *(pro hac vice)*
KIRKLAND & ELLIS LLP
333 West Wolf Point Plaza
Chicago, Illinois 60654
Telephone: 312.862.2000
martin.roth@kirkland.com
alyssa.kalisky@kirkland.com
zharna.shah@kirkland.com
amelia.bailey@kirkland.com

Robyn E. Bladow
KIRKLAND & ELLIS LLP
555 South Flower Street, Suite 3700
Los Angeles, CA 90071
Telephone: (213) 680-8400
robyn.bladow@kirkland.com

## ATTESTATION PURSUANT TO CIVIL L.R. 5-1(I)(3)

I, Leonard W. Aragon, am the ECF user whose identification and password are being used to file this Stipulation. I hereby certify that all other signatories to this document have concurred in its filing.

/s/ Leonard W. Aragon
Leonard W. Aragon

**[PROPOSED] ORDER**

Pursuant to the parties' stipulation, and good cause appearing, the Court hereby extends Plaintiffs' deadline to file a reply in support of their motion for summary judgment by seven days, from May 19, 2026 to May 26, 2026.

DATED:________________, 2026.

______________________________
Honorable James Donato
United States District Judge