Robyn E. Bladow (SBN 205189)
KIRKLAND & ELLIS LLP
2049 Century Park East, Suite 3700
Los Angeles, CA 90067
Telephone: (213) 680-8634
robyn.bladow@kirkland.com

Martin L. Roth, P.C. (admitted *pro hac vice*)
Alyssa C. Kalisky, P.C. (admitted *pro hac vice*)
Zharna Shah (admitted *pro hac vice*)
Amelia H. Bailey (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
333 West Wolf Point Plaza
Chicago, IL 60654
Telephone: (312) 862-2000
martin.roth@kirkland.com
alyssa.kalisky@kirkland.com
zharna.shah@kirkland.com
amelia.bailey@kirkland.com

Olivia Adendorff, P.C. (admitted *pro hac vice*)
Cristina Martinez Squiers (admitted *pro hac vice*)
Ethan Levinton (admitted *pro hac vice*)
Eugene Temchenko (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
4550 Travis Street
Dallas, TX 75205
Telephone: (214) 972-1770
olivia.adendorff@kirkland.com
cristina.squiers@kirkland.com
ethan.levinton@kirkland.com
eugene.temchenko@kirkland.com

*Attorneys for Defendant PowerSchool Holdings, Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | | |
|---|---|---|
| EMILY CHERKIN, et al<br><br>Plaintiffs,<br><br>v.<br><br>POWERSCHOOL HOLDINGS, INC.,<br><br>Defendant. | ) | CASE NO. 3:24-cv-02706-JD<br><br>**DEFENDANT POWERSCHOOL HOLDINGS, INC.'S STATEMENT OF RECENT DECISION**<br><br>Judge: Hon. James Donato |

Pursuant to Civil Local Rule 7-3(d)(2), Defendant PowerSchool Holdings Inc. ("PowerSchool") respectfully submits this Statement of Recent Decision in support of its Opposition to Plaintiff's Class Certification (ECF No. 138) regarding a Northern District of California court's June 16, 2026 decision denying plaintiffs' motion for class certification in *Ingraham v. Capital One Financial Corp.,* 24-cv-05985-TLT, attached as Exhibit A. In this opinion, published after the briefing concluded on Plaintiffs' Motion for Class Certification, the Court denied certification of data privacy claims, concluding that individualized inquiries would overcome common questions as to the "amount and type of information" allegedly collected from each putative class member and whether each putative class member was exposed to sufficient disclosures to amount to implied consent. Ex. A at 10-11. The court further held that class certification was improper because the plaintiff failed to demonstrate a method of proving classwide harm, meaning the court would need to engage in a fact-intensive inquiry to determine whether each putative class member had Article III standing to pursue their claims. Specifically, the court would need to determine "what, if any, data was shared, how that data was shared, for what purpose the data was shared, and the nature of that data shared with respect to each plaintiff," making class certification improper. Ex. A at 11-12. This decision is relevant to PowerSchool's arguments in Sections I and III of its Opposition. *See also* ECF No. 138 at n. 49 ("Plaintiffs' Motion fails at the outset for lack of standing, which 'is the threshold issue in any suit' and a prerequisite to class certification.") (citing *Lierboe v. State Farm. Mut. Auto. Ins. Co.*, 350 F.3d 1018, 1022 (9th Cir. 2003)).

DATED: June 19, 2026

Respectfully submitted,

KIRKLAND & ELLIS LLP

*/s/Olivia Adendorff*

Olivia Adendorff, P.C.

Robyn E. Bladow (SBN 205189)
KIRKLAND & ELLIS LLP
2049 Century Park East, Suite 3700
Los Angeles, CA 90067
Telephone: (213) 680-8634
robyn.bladow@kirkland.com

Martin L. Roth, P.C. (admitted *pro hac vice*)
Alyssa C. Kalisky, P.C. (admitted *pro hac vice*)
Zharna Shah (admitted *pro hac vice)*
Amelia H. Bailey (admitted *pro hac vice)*
KIRKLAND & ELLIS LLP
333 West Wolf Point Plaza
Chicago, IL 60654
Telephone: (312) 862-2000
martin.roth@kirkland.com
alyssa.kalisky@kirkland.com
zharna.shah@kirkland.com
amelia.bailey@kirkland.com

Olivia Adendorff, P.C. (admitted *pro hac vice*)
Cristina Martinez Squiers (admitted *pro hac vice*)
Ethan Levinton (admitted *pro hac vice*)
Eugene Temchenko (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
4550 Travis Street
Dallas, TX 75205
Telephone: (214) 972-1770
olivia.adendorff@kirkland.com
cristina.squiers@kirkland.com
ethan.levinton@kirkland.com
eugene.temchenko@kirkland.com

*Attorneys for Defendant PowerSchool Holdings, Inc.*