# Exhibit 1

1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

_____

EMILY CHERKIN, et al.,                )
                                      )
Plaintiffs,                           )
                                      )
        vs.                           )No. 3:24-CV-02706-JD
                                      )
POWERSCHOOL HOLDINGS, INC.,           )
                                      )
Defendant.                            )

_____

Deposition Upon Oral Examination Of

EMILY CHERKIN

*** CONFIDENTIAL ***

_____

9:01 a.m.

September 12, 2025

1301 Second Avenue

Seattle, Washington

REPORTED BY:  Yvonne A. Gillette, RPR, CCR No. 2129.

108

part of or as a result of your advocacy efforts in connection with the Student Data Privacy Project?

A          No.

Q          Okay.  Did you ever discuss as one method of advocacy in the Student Data Privacy Project bringing lawsuits against EdTech companies?

A          I don't recall.

Q          Okay.  Did you ever discuss bringing lawsuits against schools as part of your advocacy efforts for the Student Data Privacy Project?

A          I don't remember.

Q          Okay.  Were there any other advocacy efforts that the Student Data Privacy Project contemplated other than serving requests on schools and filing complaints with the DOE?

A          I think helping parents understand was a goal.

Q          Okay.  We're going to come back to the SDPP.  But I want to switch gears and talk about what you mentioned earlier, which was your lawsuit against the Seattle Public Schools.

A          Okay.

Q          I guess, backing up a bit, would you agree that a school district is managed by a school board?

A          The school board oversees the actions of a

109

district, yes.

Q      And the school board makes decisions for the school district; is that right?

A      I think they implement policy that districts write.

Q      Is it your understanding that the school board votes on actions requested by the districts?

A      Yes.

Q      And in that respect, you would agree that the school board takes action and makes decisions for the school district?

A      Ostensibly, yes.

Q      Okay.  Why do you say ostensibly?

A      Because I don't think it always works as effectively as it could.

Q      I see.  So you don't believe that the school board process works effectively because you disagree with the decisions that they make?

A      No.  I'm -- I think I'm reflecting on my own experiences dealing with Seattle Public Schools and feeling frustrated that the board is not overseeing things the district is doing.

Q      I see.  Okay.  So you take issue with the way that they oversee and implement decisions, right?

A      Or don't, yeah.

110

Q      But you agree with me that the school board votes on and makes decisions for the school district, right?

A      Yes.

Q      I'm just trying to separate standardized process versus your school's on whether it's effective or not.

A      Understood.

Q      I think we're on the same page.

A      Yes.

Q      Okay.  Your husband ran for school board, right?

A      He did.

Q      He did not win, correct?

A      He did not.

Q      And you tried to get a school board member recalled, right?

A      Yes.

Q      And when was that?

A      Well, we tried to recall the whole school board.  I think that was 2020, end of 2020.  Maybe early 2021.

Q      And how many members are on the school board?

A      Seven.

131

A        Seven within this document?

Q        Yes.  Good question.  Page ending 3867 on the Bates number.

A        Okay.

Q        Thank you.  It looks like -- and this is a continuation of the board meeting minutes from the May 29, 2019 meeting, right?

A        Yes.

Q        Okay.  And number 2 a little over halfway down the page says, "BTA for approval of license and subscription fees for PowerSchool maintenance and support for 36 months."  Do you see that?

A        I do.

Q        And did you testify or object in any way to the approval of license and subscription fees for PowerSchool at the May 29th, 2019 meeting --

A        I did not.

Q        -- that you attended?

A        Sorry.  I did not.

Q        Okay.  Did you ask any questions at the May 29th, 2019 meeting that you attended with regard to the approval of license and subscription fees for PowerSchool?

A        I did not.

Q        Could you have asked any questions or spoken

132

in opposition to the approval of the PowerSchool license and subscriptions at the May 29th, 2019 meeting that you attended?

A        I could have.  I would like to clarify that, when you testify at a school board meeting, they have a strict hierarchy about what you are allowed to speak about.  At the time that this was happening, Amplify Science was the primary focus, particularly with regards to the teachers' union.  So that took up the oxygen in the room for that.

Also, action items are items that are voted on that night.  Introduction items -- the one you're referring to is under introduction items, which means there wasn't a vote that evening.  So in the two minutes that you have, you have very limited opportunity, and we prioritize for action items.

Q        Okay.  But you're not disputing that, while attending the school board meeting where PowerSchool was discussed, you did not speak or have any questions or raise any concerns, right?

A        I don't dispute that, no.

Q        Okay.  The item referencing PowerSchool concludes by saying, Mr. Croll -- is it Croll?

A        Control.

Q        It states, "Mr. Croll spoke about the

170

school board action report in April of 2019.  Do you see that?

A        Yes.

Q        And this relates to --

A        Wait.  I'm sorry.  You said April 2019?  I'm looking at something that says August of 2020.

Q        That's probably the next one.  You can set that to the side.  We'll come back to that one.

A        Okay.

Q        Let's mark this as Exhibit 11.

         (Exhibit No. 11 marked for identification.)

Q        Okay.  Is Exhibit 11 dated April 4th, 2019?

A        Yes.

Q        Okay.  So let's start with Exhibit 11.  This is a school board action report related to approval of license and subscription fees for PowerSchool maintenance and support for 36 months.  Do you see that?

A        Yes.

Q        And this is the approval item that was discussed for introduction at the May 29th, 2019 school board meeting that you attended and testified at, right?

A        Yes.

Q        Okay.  And if you flip through, you can see

171

some similar headers that we saw with respect to the Amplify report, including community engagement.  Do you see that on page 3?

A       Yes.

Q       And above that, you see consideration of alternatives.  Do you see that?

A       Yes.

Q       And under community engagement on page 3, if you flip over to page 4, you see that tier 2, consultant involved was selected?

A       Yes.

Q       And the description underneath that is that stakeholders voiced need for better systems integration and better reporting of data to families. Do you see that --

A       Yes.

Q       -- in the middle of that paragraph there?

A       Yes.

Q       And it goes on.  It says, "The enrollment in special programs, 504 modules, have received tremendous positive feedback from the enrollment office, 504 coordinators, nurses, teachers, and families."  Do you see that?

A       Yes.

Q       It goes on and says, "They universally

172

appreciate the streamlined process.  Engagement will continue to help train and educate different groups on how to access these online features going forward."  Do you see that?

A        Yes.

Q        The next paragraph also referenced that this board action report was brought before the information technology advisory committee.  Do you see that?

A        Yes.

Q        And there's a paragraph on equity analysis.  Do you see that?

A        Yes.

Q        There's a paragraph on student benefit.  Do you see that?

A        Yes.

Q        And if you flip back to page 2, there's a lengthy discussion of how SPS uses PowerSchool product as its SIS to manage track and report --

        (Clarification requested by the court reporter.)

A        Student information system.

Q        Yes.  Thank you.  To manage, track, and report on student information, including data on student demographics, classes, attended, grades, credits, transcripts, et cetera.

190

contract, right?

A        Yes.

Q        And you were provided an opportunity to testify at the school board meeting, right?

A        Yes.  You say provided an opportunity.  I find them much less welcoming than that.  I am responsible for registering at a specific time to get on a list to then have to look up myself to see if I actually did get on the speakers list.  So if that's what you mean, then, yes, what's what happened, and I did testify.

Q        You did testify -- was it July of 2025, right?

A        I think so.

Q        And at that board meeting, the staff and chief information officer provided answers to a number of the concerns and questions that you raised, right?

A        They attempted to, yes.

Q        Okay.  And the school board was provided information in response to the questions that you raised, right?

A        I believe so.  I don't know.

Q        Okay.  Some of this information was presented live in front of the school board, right?

A        Yes, yes, yes.

191

Q        And so you raised questions and objections?

A        Yes.

Q        Right?  And then the chief information officer and various staff members provided answers, right?

A        Yes, yeah.

Q        And the school board considered all of that information, right?

A        Yes.

Q        And the school board voted to renew the PowerSchool contract in July of 2025, right?

A        Yes.  The reason I'm hesitating, I had communicated with Director Briggs that week probably, and I had asked her to pull that from the consent agenda, I believe, to get some of that out on the record and have a conversation about it, so --

Q        So you were able through your communications with Director Briggs to actually give more of your time to the issue of the PowerSchool renewal at the --

A        I didn't get more time, but Director Briggs brought it to have a discussion about it in a way that wouldn't have happened.

Q        So through your advocacy and through contacting Director Briggs, more information was discussed with respect to whether or not SPS should

192

renew their PowerSchool contract?

A        Yes.

Q        Right?

A        Yes.  Sorry.

Q        And I think you testified earlier, Director Briggs is aware of your lawsuit against PowerSchool, right?

A        I believe she is.  I'm not a hundred percent sure.

Q        You referenced your lawsuit against PowerSchool in your testimony in front of the school board, right?

A        Then I would assume she knows.

Q        In fact, the entire school board is aware of your lawsuit against PowerSchool because you referenced it in your testimony in front of the school board, right?

A        That is -- that is correct.  My response is that I don't know that they necessarily absorbed that information.

Q        And has any Seattle Public Schools board member reached out to you in the last year to say, wow, I didn't know about those allegations that you're making against PowerSchool?

A        No.

325

C E R T I F I C A T E

State of Washington    )

                       )  ss.

County of King         )


        I, the undersigned Registered Professional Reporter and Washington Certified Court Reporter, hereby certify that the foregoing deposition upon Oral examination of EMILY CHERKIN was taken before me on September 12, 2025 and transcribed under my direction;

        That the witness was duly sworn by me pursuant to RCW 5.28.010 to testify truthfully; that the transcript of the deposition is a full, true, and correct transcript to the best of my ability; that I am neither attorney for, nor a relative or employee of, any of the parties to the action or any attorney or counsel employed by the parties hereto, nor financially interested in its outcome.

        I further certify that in accordance with CR 30(e), the witness was given the opportunity to examine, read, and sign the deposition, within 30 days, upon its completion and submission, unless waiver of signature was indicated in the record.

        IN WITNESS WHEREOF, I have hereunto set my hand and seal this date, September 29, 2025:



                        /S/Yvonne A. Gillette
                        _____
                        Yvonne A. Gillette

                        Washington Certified Court Reporter

                        License No. 2129