# Exhibit 3



# BTA V/BEX VI – Approval of license and subscription fees for the maintenance and support of PowerSchool Products

Seattle Public Schools is committed to making its online information accessible and usable to all people, regardless of ability or technology. Meeting web accessibility guidelines and standards is an ongoing process that we are consistently working to improve.

While Seattle Public Schools endeavors to only post documents optimized for accessibility, due to the nature and complexity of some documents, an accessible version of the document may not be available. In these limited circumstances, the District will provide equally effective alternate access.

For questions and more information about this document, please contact the following:

Timothy Hall
Administrative Assistant, Technology Services
tlhall@seattleschools.org

- PowerSchool Quote #Q-147451-1
- PowerSchool Main Services Agreement
- PowerSchool Products Description

CONFIDENTIAL

CHERKIN_027321

# SCHOOL BOARD ACTION REPORT

**DATE:** May 22, 2025
**FROM:** Fred Podesta, Acting Superintendent
**LEAD STAFF:**

Carlos Del Valle, Assistant Superintendent of Technology & Optimization
Judie Jaeger, Executive Director of Technology

**For Introduction:** July 2, 2025
**For Action:** July 2, 2025

## TITLE

BTA V/BEX VI – Approval of license and subscription fees for the maintenance and support of PowerSchool Products, totaling $3,914,817.31.

## PURPOSE

This Board Action Report seeks approval for the enterprise license, subscription, support, training, and hosting fees with PowerSchool Group LLC. The license covers a range of PowerSchool products, including PowerSchool - Student Information System (SIS), PowerTeacher, PowerTeacher Pro, Analytics & Insights, Enrollment Registration, PD+ Subscription, Performance Matters, Schoology, Special Program 504, and The Source.

## RECOMMENDED MOTION

I move that the School Board authorize the Superintendent to enter into a three-year agreement, from September 1, 2025, to September 30, 2028, with an option for two (2) additional one (1) year extensions, for a total Not-To-Exceed amount of $3,914,817.31 plus Washington State Sales Tax with PowerSchool Group LLC. This authorization includes any minor additions, deletions, and modifications deemed necessary by the Superintendent, and any actions required to implement the purchase orders. Immediate action is in the best interest of the district.

## BACKGROUND INFORMATION

a. **Background:**
   Seattle Public Schools (SPS) first partnered with PowerSchool (formerly Pearson) in 2012 to support its student information system, enabling the district to manage and report key student data. In 2019, SPS renewed the agreement for three years, securing a 3% annual fee reduction and a $25,000 discount, which helped maintain integrated services and avoid costly alternatives. By 2022, SPS consolidated additional PowerSchool products under a single contract, eliminating a 4.5% annual upcharge and improving platform integration. Now, SPS is advancing this strategy with a new 36-month enterprise license agreement, effective September 1, 2025, through September 30, 2028. This agreement includes a 4.5% annual savings and offers two optional one-year extensions, ensuring flexibility and continuity. Immediate action on this agreement is in the district's best interest to ensure uninterrupted and efficient educational services.

1

CONFIDENTIAL                                         CHERKIN_027322

b. **Alternatives**

PowerSchool is the district's primary Student Information System (SIS), and given our current investment, infrastructure, and extensive customizations, there are no viable alternatives. In addition, PowerSchool Group LLC's numerous acquisitions have resulted in the only platform that fully integrates with SPS's requirements.

Failing to renew our agreement would force the district to adopt a generic, out-of-the-box solution that would require costly, time-consuming custom development and carry a high risk of functional limitations, undermining years of progress toward digital transformation and operational efficiency.

c. **Research** Department of Technology Services (DoTS), in collaboration with College and Career Readiness, Curriculum and Instruction, Assessments, Operations, and Digital Learning, continually researches the feasibility of other platforms to ensure the district's needs are consistently being met.

## FISCAL IMPACT/REVENUE SOURCE

The fiscal impact of this action will be $3,914,817.31, plus applicable sales tax. The revenue source for this motion is BTA V and BEX VI.

| YEAR | TOTAL |
|---|---|
| Year 1 | $ 1,316,029.14 |
| Year 2 | $ 1,270,801.06 |
| Year 3 | $ 1,327,987.11 |
| Year 4 (Optional) | $ 1,350,551.73 |
| Year 5 (Optional) | $ 1,350,551.73 |
| **Total:** | **$7,829,634.62** |

Expenditure:  ☐ One-time ☐ Annual ☒ Multi-Year ☐ N/A

Revenue:  ☐ One-time ☐ Annual ☒ Multi-Year ☐ N/A

## COMMUNITY ENGAGEMENT

With guidance from the district's Community Engagement tool, this action was determined to merit the following tier of community engagement:

☐ Not applicable

☒ Tier 1: Inform

☐ Tier 2: Consult/Involve

☐ Tier 3: Collaborate

DoTS continually ensures community engagement in the development of the levy projects. Over the past two years, feedback from stakeholders has centered on the need to provide enhanced

2

CONFIDENTIAL

CHERKIN_027323

systems integration, data reporting to families, and centralized user experience. This feedback has also been instrumental in planning and programming educational technology.

## EQUITY ANALYSIS

Seattle Public Schools has a moral and ethical responsibility and a top priority to provide equitable access and opportunity for every student and eliminate racial inequity in its educational and administrative systems.

Board Policy 0030: Ensuring Educational and Racial Equity states:

*With these commitments in mind, Seattle Public Schools will:*
- *Raise the achievement of all students while narrowing the gaps between the lowest and highest-performing students;*
- *Eliminate the racial predictability and disproportionality in all aspects of education and its administration (e.g., the disproportionate over-application of discipline to students of color, their over-representation in Special Education, and their under-representation in various Advanced Learning programs);*
- *Ensure all students, regardless of race or class, graduate from Seattle Public Schools ready to succeed in a racially and culturally diverse local, national, and global community.*

*In order to achieve educational equity for our students, the policy states eight promises the district shall work to achieve. Paramount to this BAR is the first promise:*

A. *Equitable Access—The district shall provide every student with equitable access to a high-quality curriculum, support, facilities, and other educational resources, even when this means differentiating resource allocation;*

DoTS participates in racially equitable outcomes for students by providing structures and support that focus resources, technologies, and support where needed most to eliminate gaps in student achievement and opportunities. The PowerSchool platform is our student information system of record. It delivers equitable access to digital resources and ensures accountability for student academic goals.

## STUDENT BENEFIT

Ongoing support for PowerSchool products is essential to maintaining secure and accurate student data, which enables schools and departments to effectively meet student needs. The online enrollment system allows families to update key student information—such as contact details and medical conditions—in real time, directly within PowerSchool, enhancing both safety and data accuracy. The Special Programs 504 Module simplifies the process of providing student accommodations, ensuring timely and well-organized support. These tools are especially beneficial for non-English-speaking families, with language support available in Somali, Vietnamese, Spanish, and Simplified Chinese to ensure equitable access. Additionally, professional development and support subscriptions empower staff with the skills and resources needed to use PowerSchool effectively, ultimately improving the overall student experience.

3

CONFIDENTIAL

CHERKIN_027324

## WHY BOARD ACTION IS NECESSARY

☒ Amount of contract initial value or contract amendment exceeds applicable threshold (Policy No. 6220)

☐ Amount of grant exceeds $250,000 in a single fiscal year (Policy No. 6114)

☐ Adopting, amending, or repealing a Board policy

☐ Formally accepting the completion of a public works project and closing out the contract

☐ Legal requirement for the School Board to take action on this matter

☐ Board Policy No. _____, [TITLE], provides the Board shall approve this item

☐ Other: _____

## POLICY IMPLICATION

Per Board Policy No. 6220, Procurement, any contract over $1,000,000 must be approved by the Board.

## TIMELINE FOR IMPLEMENTATION

Upon approval of this motion, the following license and subscription fees will be billed and paid on an annual basis effective September 1, 2025: Analytics and Insights, PD+ Subscription, Enrollment Registration with languages, PowerSchool, Performance Matters, Special Programs, Schoology, additional support, maintenance and hosted environments.

## ATTACHMENTS

- PowerSchool Quote #: Q-147451-1 (For Approval)
- PowerSchool Main Services Agreement (For Reference)
- PowerSchool Product Descriptions (For Reference)

4

CONFIDENTIAL

CHERKIN_027325



**PowerSchool Group LLC**
150 Parkshore Dr.
Folsom CA 95630

| | |
|---|---|
| **Quote #:** | Q-147451-1 |

| | | | | |
|---|---|---|---|---|
| Prepared By: | Michelle Wagner | Customer Contact: | Rebecca McQuarrie |
| Customer Name: | Seattle School District 1 | Title: | IT Manager |
| | | Address: | 32-518 2445th 3rd Avenue S |
| Contract Term: | 37 Months | City: | Seattle |
| Start Date: | September 1, 2025 | State/Province: | Washington |
| End Date: | September 30, 2028 | Zip Code: | 98124-1165 |
| Payment Terms: | Net 30 | Phone # | (206) 252-0466 |
| Pricing Vehicle: | | Pricing Vehicle Contract #: | |

## Contract Term : September 1, 2025 to September 30, 2028

### Quote Summary

| License and Subscription Period(s) | Software | Total |
|---|---|---|
| Subscription Period 1: September 1, 2025 to September 30, 2026 | USD 1,316,029.14 | USD 1,316,029.14 |
| Subscription Period 2: October 1, 2026 to September 30, 2027 | USD 1,270,801.06 | USD 1,270,801.06 |
| Subscription Period 3: October 1, 2027 to September 30, 2028 | USD 1,327,987.11 | USD 1,327,987.11 |
| Total Contract : September 1, 2025 to September 30, 2028 | USD 3,914,817.31 | USD 3,914,817.31 |

### License and Subscription Fees

**Subscription Period 1 License and Subscription Fees**

| Product Description | Quantity | Unit | Price |
|---|---|---|---|
| Platform Hosted | 51,991.00 | Students | USD 11,171.26 |
| 2nd Hosted Database for Testing | | | |
| Student Analytics Hosted | 51,991.00 | Students | USD 94,073.80 |
| Analytics and Insights MTSS | 51,991.00 | Students | USD 0.00 |
| PowerSchool Enrollment Additional Language - Somali | 1.00 | Each | USD 1,290.55 |
| PowerSchool Enrollment Addtl Language - Chinese Simplified | 1.00 | Each | USD 456.37 |
| PowerSchool Enrollment Additional Language - Vietnamese | 1.00 | Each | USD 456.37 |
| PowerSchool Enrollment Additional Language - Spanish | 1.00 | Each | USD 456.37 |
| PowerSchool Special Programs 504 | 51,991.00 | Students | USD 24,106.41 |
| PowerSchool SIS Maintenance and Support | 51,991.00 | Students | USD 348,661.01 |
| PowerSchool Performance Matters Assessment | 51,991.00 | Students | USD 251,647.41 |
| PowerSchool Enrollment Registration | 51,991.00 | Students | USD 124,647.78 |

CONFIDENTIAL

CHERKIN_027326

| Product Description | Quantity | Unit | Price |
|---|---|---|---|
| PowerSchool SIS Additional Support Contact | 1.00 | Year | USD 1,329.26 |
| PD+ Subscription | 1.00 | Students | USD 4,791.94 |
| Platform Hosted<br>3rd Hosted Database for Training | 51,991.00 | Students | USD 0.00 |
| Platform Hosted<br><br>1st Hosted Database for Production | 51,991.00 | Students | USD 125,235.74 |
| Schoology LMS Subscription<br><br>2012-24467 | 51,991.00 | Students | USD 326,906.45 |
| PS Special Education Hosting Annual Fee | 1.00 | Each | USD 798.42 |
| PowerSchool Special Programs Customization M&S<br>PSSP Customization ? BIP document | 0.00 | Hour | USD 0.00 |
| **Subscription Period 1 License and Subscription Fees TOTAL:** | | | USD 1,316,029.14 |

### Subscription Period 2 License and Subscription Fees

| Product Description | Quantity | Unit | Price |
|---|---|---|---|
| Analytics and Insights MTSS | 51,991.00 | Students | USD 0.00 |
| Student Analytics Hosted | 51,991.00 | Students | USD 90,840.75 |
| Platform Hosted<br>2nd Hosted Database for Testing | 51,991.00 | Students | USD 10,787.34 |
| PowerSchool Enrollment Additional Language - Somali | 1.00 | Each | USD 1,246.20 |
| PowerSchool Enrollment Additional Language - Vietnamese | 1.00 | Each | USD 440.69 |
| PowerSchool Enrollment Addtl Language - Chinese Simplified | 1.00 | Each | USD 440.69 |
| PowerSchool Enrollment Additional Language - Spanish | 1.00 | Each | USD 440.69 |
| PowerSchool Special Programs 504 | 51,991.00 | Students | USD 23,277.94 |
| PowerSchool SIS Maintenance and Support | 51,991.00 | Students | USD 336,678.55 |
| PowerSchool Performance Matters Assessment | 51,991.00 | Students | USD 242,999.02 |
| PowerSchool Enrollment Registration | 51,991.00 | Students | USD 120,364.00 |
| PowerSchool SIS Additional Support Contact | 1.00 | Year | USD 1,283.58 |
| PD+ Subscription | 1.00 | Students | USD 4,627.26 |
| Platform Hosted<br>3rd Hosted Database for Training | 51,991.00 | Students | USD 0.00 |
| Platform Hosted<br><br>1st Hosted Database for Production | 51,991.00 | Students | USD 120,931.75 |
| Schoology LMS Subscription<br><br>2012-24467 | 51,991.00 | Students | USD 315,671.62 |
| PS Special Education Hosting Annual Fee | 1.00 | Each | USD 770.98 |
| PowerSchool Special Programs Customization M&S | 0.00 | Hour | USD 0.00 |

CONFIDENTIAL

CHERKIN_027327

| Product Description | Quantity | Unit | Price |
|---|---|---|---|
| PSSP Customization ? BIP document | | | |

| | | | |
|---|---|---|---|
| **Subscription Period 2 License and Subscription Fees TOTAL:** | | | USD 1,270,801.06 |

**Subscription Period 3 License and Subscription Fees**

| Product Description | Quantity | Unit | Price |
|---|---|---|---|
| Analytics and Insights MTSS | 51,991.00 | Students | USD 0.00 |
| Student Analytics Hosted | 51,991.00 | Students | USD 94,928.59 |
| Platform Hosted | 51,991.00 | Students | USD 11,272.77 |
| 2nd Hosted Database for Testing | | | |
| PowerSchool Enrollment Additional Language - Somali | 1.00 | Each | USD 1,302.28 |
| PowerSchool Enrollment Additional Language - Vietnamese | 1.00 | Each | USD 460.52 |
| PowerSchool Enrollment Addtl Language - Chinese Simplified | 1.00 | Each | USD 460.52 |
| PowerSchool Enrollment Additional Language - Spanish | 1.00 | Each | USD 460.52 |
| PowerSchool Special Programs 504 | 51,991.00 | Students | USD 24,325.45 |
| PowerSchool SIS Maintenance and Support | 51,991.00 | Students | USD 351,829.08 |
| PowerSchool Performance Matters Assessment | 51,991.00 | Students | USD 253,933.97 |
| PowerSchool Enrollment Registration | 51,991.00 | Students | USD 125,780.38 |
| PowerSchool SIS Additional Support Contact | 1.00 | Year | USD 1,341.34 |
| PD+ Subscription | 1.00 | Students | USD 4,835.49 |
| Platform Hosted | 51.991.00 | Students | USD 0.00 |
| 3rd Hosted Database for Training | | | |
| Platform Hosted | 51,991.00 | Students | USD 126,373.68 |
| 1st Hosted Database for Production | | | |
| Schoology LMS Subscription | 51,991.00 | Students | USD 329,876.85 |
| 2012-24467 | | | |
| PS Special Education Hosting Annual Fee | 1.00 | Each | USD 805.67 |
| PowerSchool Special Programs Customization M&S | 0.00 | Hour | USD 0.00 |
| PSSP Customization ? BIP document | | | |

| | | | |
|---|---|---|---|
| **Subscription Period 3 License and Subscription Fees TOTAL:** | | | USD 1,327,987.11 |

Total License and Subscription Fees : **USD 3,914,817.31**

----

Subscription Start and End Dates shall be as set forth above. On-Going PowerSchool Subscription/Maintenance and Support Fees are invoiced at the then-current rates and enrollment per existing terms of the executed agreement between Customer and PowerSchool. Any applicable sales or other tax has not been added to this quote. If this quote includes promotional pricing, such promotional pricing may not be valid for the entire duration of this quote.

CONFIDENTIAL

CHERKIN_027328

All purchase orders must include the exact quote number of this quote. Customer agrees that purchase orders are for administrative purposes only and do not impact the terms or conditions of this quote or any agreement executed between the parties. Any credit provided by PowerSchool is nonrefundable and must be used within 12 months of issuance. Unused credits will expire after 12 months.

This quote incorporates any statement of work attached hereto. This quote is subject to and incorporate the terms and conditions found at
www.powerschool.com/MSA_2024/.

By either (i) executing this quote or (ii) accessing the services described on this quote, Customer agrees that after the contract term end date, the subscription for such services will continue for successive twelve (12) month subscription periods on the same terms and conditions as set forth herein, subject to a standard annual price uplift and excluding any promotional pricing, unless Customer provides PowerSchool with a written notice of its intent not to renew at least sixty (60) days prior to the end of the applicable current contract term.

### Seattle School District 1
4.50%

| Seattle SD 1 25/26 PMS/SIS/SPED/REG/SGY/UI Renewal | 2025/26 | 2026/27 | 2027/28 | Optional 2028/29 | Optional 2029/30 |
|---|---|---|---|---|---|
| Amortization amount-5 year | $ 1,350,551.73 | $ 1,350,551.73 | $ 1,350,551.73 | $ 1,350,551.73 | $ 1,350,551.73 |
| | | | 3-year total $ 3,914,617.31 | | 5-year total $ 6,752,756.63 |
| Seattle School District 1 - (WA)-SM Comm 25/26 Renewal | $ 229,852.11 | | | | |
| Seattle School District 1 - (WA)-SPED Renewal 25/26 | $ 2,819.08 | | | | |

Not including the two opportunities above. Once renewed, these may be added to the larger renewal next year.
They also receive the 4.5% during this period.

THE PARTIES BELOW ACKNOWLEDGE THAT THEY HAVE READ THE AGREEMENT, UNDERSTAND IT AND AGREE TO BE BOUND BY ITS TERMS.

POWERSCHOOL GROUP LLC                    Seattle School District 1

Signature:                               Signature:

Printed Name: Jon Scrimshaw              Printed Name:

Title: Chief Accounting Officer          Title:

Date: 2-MAY-2025                         Date:

PO Number: _____

CONFIDENTIAL                    CHERKIN_027329

**PowerSchool**

## POWERSCHOOL SUPPORT POLICY AND SERVICE LEVEL AGREEMENT

**1.    Definitions.** Capitalized terms not defined herein have the meanings assigned to them in the Main Services Agreement between Customer and PowerSchool to which this Support Policy and Service Level Agreement (the "**Policies**") are incorporated. In addition, for purposes of these Policies, the following definitions will apply:

1.1    "**Availability**" has the meaning set forth in Section 5.4 (Availability Targets).

1.2    "**Disaster**" means an unplanned event that causes a complete loss of access to and use of the SaaS Subscription for a period greater than twenty-four (24) hours, as declared by PowerSchool.

1.3    "**Downtime**" means the period during which the applicable SaaS Subscription Service is unavailable to all of Customer's Users.

1.4    "**Downtime Exclusions**" means events set forth in Section 5.5 (Downtime Exclusions), pursuant to which the applicable SaaS Subscription Service may not be available to Users but shall not be counted as Downtime for the purposes of calculation of the Availability.

1.5    "**Emergency Maintenance**" means the maintenance required to be performed to protect and maintain the stability, security, and integrity of the infrastructure used to provide the applicable SaaS Subscription Service.

1.6    "**Errors**" means a reproducible failure of the applicable Subscription Service to operate in accordance with its standard Documentation, despite the proper installation and use of the Subscription Service in a proper operating environment and on hardware and system software sufficient to meet PowerSchool's then-current minimum requirements, which are subject to change as New Versions are released. User(s) mistakes are not Errors within the meaning of these Policies. Errors may be due to problems in the applicable Subscription Service, the Documentation, or both.

1.7    "**Fix**" means a patch, service pack or corrective update of the applicable Subscription Service that PowerSchool may prepare in its discretion on an interim basis, prior to issuance of a New Version, to correct programming Errors that prevent or obstruct normal operation of the Subscription Service in accordance with the applicable Documentation and developed by PowerSchool.

1.8    "**New Products**" means new products, programs or modules offered by PowerSchool and are distinguished from New Versions and Fixes. New Versions and Fixes may include New Products that provide features, functions or applications not included in the applicable Subscription Service originally licensed by Customer and for which additional license fees apply as determined by PowerSchool to access. A New Product may be usable with or in addition to the applicable Subscription Service originally licensed by Customer. New Products will be licensed to Customer in accordance with the applicable Quote under the terms of this Agreement,

1.9    "**New Version**" means an updated version of the applicable Subscription Service issued by PowerSchool, which may include Fixes, together with such other modifications, updates, enhancements, and improvements to the Subscription Service that PowerSchool may, in its discretion, develop and deem ready for distribution and that PowerSchool standardly provides to all customers who have a current Support Services subscription to such Subscription Service.

1.10    "**Resolution Time**" means the time it takes for PowerSchool to restore access and/or functionality to the applicable Subscription Service.

1.11    "**Response**" means confirmation to the Customer that the Support Service request was received and registered by PowerSchool.

1.12    "**Response Time**" means the time it takes before a support agent makes initial contact with the Technical Contact individual who submitted the case. Except for Priority 0 cases logged by the Customer, response times are calculated within Standard Support Hours.

1.13    "**SaaS Subscription Service**" means a Subscription Service hosted by or on behalf of PowerSchool for Customer.

1.14    "**Scheduled Maintenance**" means planned downtime in or unavailability of the applicable Subscription Service for scheduled maintenance, system updates and patches, and system upgrades and similar reasons. PowerSchool shall notify Customer of Scheduled Maintenance in advance.

1.15    "**Support Services**" has the meaning set forth in the PowerSchool Main Services Agreement (2024 version) and as further described in Section 3.1 (Support) below that will be provided hereunder with respect to the applicable Subscription Service.

1.16    "**Target Resolution Time**" means the time, as determined by the assigned priority categorization, it takes for PowerSchool to restore access and/or functionality to the applicable Subscription Service.

1.17    "**Telephone and Online Support**" means telephone and online support services, available Monday through Friday, during PowerSchool's normal business hours, exclusive of PowerSchool's holidays, regarding the

CONFIDENTIAL

CHERKIN_027330



applicable Subscription Service.

**1.18** "**User**" has the meaning set forth in the PowerSchool Main Services Agreement (2024 version).

**2.** **Support Term; Fees.** Except as set forth in Section 3.2 (Custom Programs), Support Services are provided as part of Customer's purchased SaaS Subscription Service(s) listed on the Quote. Support Services with Customer's Subscription Service(s) will continue for the duration of the Subscription Term for the applicable Subscription Service(s). Support Services for the on-premise Subscription Service will begin upon shipment (FOB PowerSchool's place of shipment) of the PowerSchool Software (or, in the case of a when made available for download electronically, upon PowerSchool's provision of the necessary licensing information to enable Customer to download the applicable PowerSchool Software or launch date when access to the on-premise Subscription Service is provided.

**3.** **Support Services Scope.** PowerSchool, or an entity under contract with and authorized by PowerSchool, will provide Support Services for the Subscription Services. The scope of Support Services will be as follows:

**3.1** **Support.** Support Services include: (a) Telephone and Online Support; (b) access to an online support website, as maintained by PowerSchool for customers maintaining a current Subscription Service; (c) Fixes, as developed and made generally available by PowerSchool, in its discretion, to address Errors that Customer is experiencing in using the applicable Subscription Service; and (d) New Versions, as developed and made generally available by PowerSchool. Support Services do not include New Products. PowerSchool determines, in its sole discretion, what constitutes a New Product (for which additional license fees apply), and what improvements and enhancements to existing functionality of a Subscription Service(s) are to be included in a New Version (and are therefore provided at no charge to customers with a current Subscription Service).

**3.2** **Custom Programs.** For any custom programs developed for Customer by PowerSchool, Support Services are available only on a time and materials basis at PowerSchool's then-current rates and charges for these services; support for custom programs is not included in the standard Support Services. In addition, to the extent that the applicable Subscription Service includes any functionality that allows the user to customize screens or reports, PowerSchool will support the application infrastructure utilized to create such customizations but will not be responsible for supporting any such customizations.

**4.** **Support Service Level Agreement**

**4.1** **Support Services Business Hours**. Support Services for PowerSchool includes email and phone support as well as electronic manuals, an online knowledge base, tech notes, and access to the PowerSchool Support Portal.

| Support Type | Availability |
|---|---|
| ** PowerSchool Application Support (Chat/Phone/Portal) | Monday – Friday; 6:00 AM – 5:00 PM PST<br>*Excludes PowerSchool Holidays |
| Access to PowerSchool Support Portal | 24x7x365 |

** PowerSchool Support reserves the right to change phone support coverage hours based on operational needs with 30-day prior written notification to Customer (via email or through the PowerSchool Support Portal).

**4.2** **Service Level Targets**. Response times to Support Services requests will vary based on call load and time of the school year. PowerSchool's targeted response times during support business hours are listed in the table below. PowerSchool encourages Customer to use the PowerSchool Support Portal via the "Case Form" to submit cases or use the chat option to engage with the Customer support team. For high priority production issues, please report them via the phone channel.

CONFIDENTIAL

CHERKIN_027331

# PowerSchool

| Priority | Definition | Initial Response |
|---|---|---|
| P0 | This priority is reserved for urgent situations (e.g., production system outages, data loss, suspected security breaches). | 1 Business Hour |
| P1 | This priority is for issues with significant impact causing functional limitations. Use this priority when:<br>• backup issues, submission deadlines that cannot be met, etc.)<br>• a portion of the system is down or inaccessible for all Users<br>• the system is up but performance is hindering functionality | 4 Business Hours |
| P2 | Use this priority when the applicable Subscription Service is fully operational but is experiencing:<br>• a display issue (e.g., a page not rendering correctly causing functionality issues)<br>• a non-production server/system outage if it is used to perform critical functions (e.g., scheduling with the results to be imported to the production server)<br>• unexpected behavior that cannot be solved using resources available in the knowledgebase within the PowerSchool Support Portal<br>• account management needs<br>• suspected development escalation ticket | 8 Business Hours |
| P3 | This priority is for all issues with minimal to no impact. Use this priority when your system is fully operational but there is:<br>• display issues, such as a page not rendering correctly - however functionality still exists.<br>• a non-production server/system<br>• a misspelled word on a PowerSchool page<br>• other issues not impeding successful use of Customer's production instance | 2 Business days |

**4.3    Changes to Severity Level.** The PowerSchool Support team will evaluate and adjust the severity level of a support request based on the level of impact on Customer's operations and level of resolution by the PowerSchool support team.

**4.4    Support Exclusions.** PowerSchool will make every effort to solve critical and high severity errors reported by Customer within a reasonable time frame and to the reasonable satisfaction of Customer. PowerSchool will not provide support (and Support Services will not include) the scenarios specified below:

o    Customer or local education agency computer hardware and networking issues;

o    any systems, programs or interfaces not developed and supplied by PowerSchool;

o    for fee offerings from PowerSchool Professional Services such as project management, training, workshops;

o    migration of data from a non-PowerSchool supported product or service into a PowerSchool Subscription Service. New customers may need to contact their implementation project manager;

o    work done by the PowerSchool Customizations Department; Customer will need to contact PowerSchool Customizations Department via the PowerSchool Support Portal for help on such items;

o    undocumented Data Access Tags (DAT) codes, for the latest version of the Subscription Service.

o    Open Database Connectivity (ODBC) complex queries or connections not covered in the PowerSchool Support Portal documentation;

o    beta releases for which such issues must be sent through the beta participant process communicated

CONFIDENTIAL

CHERKIN_027332



when Customer was invited to that program;

- ◌ Advanced Learning Summit documentation, custom field Sales/Trainer solutions or other PowerSchool University provided solutions that are not part of the PowerSchool Support Portal knowledgebase documentation;
- ◌ building of reports via APEX or Enterprise Reporting;
- ◌ no code level support for application programming interface (API) / APEX API web developments/ single sig on (SSO) (SAML);
- ◌ SQL statements not provided by the applicable PowerSchool Software development organization;
- ◌ network / Internet connectivity issues outside of the PowerSchool hosting data center  environment, including issues in the Customer's local network environment;
- ◌ User activity that adversely impacts application data, except for performing full database restore operations when requested;
- ◌ the performance impact of Customer's third-party application access to hosted application data;
- ◌ support for Third-Party Software and third-party applications; or
- ◌ support for application changes completed by the PowerSchool Customizations Department.

Further, PowerSchool will not be responsible for providing Support Services for: (i) problems caused by Customer's use of or access to the applicable Subscription Service other than as intended; (ii) any use in violation of this Agreement; or (iii) any unauthorized modifications made to the applicable Subscription Services by Customer or any third party. If PowerSchool provides Support Services that are determined by PowerSchool to be caused by Customer's or third party's actions, unauthorized use, or system changes, then PowerSchool may invoice Customer for the fees and expenses for such Support Services, and Customer shall pay such invoice in accordance with the terms of the Agreement.

5.      **Hosting Service Level Agreement**. To the extent that Customer purchases a SaaS Subscription Service, the following sections provide general information for the SaaS Subscription Service applicable to the PowerSchool Software that is hosted by or on behalf of PowerSchool for Customer. For clarity, the following sections and any hosting service level commitments do not apply to customers who host their own instances of the PowerSchool Software.

5.1      **Backup and Recovery**. The SaaS Subscription Services include backups of all system and application environments. Database backups are structured to allow full recovery of the application environment and data in the event of a Disaster. Either point-in-time or full database backups are performed to achieve recovery target as indicated in Section 5.2 (Disaster Recovery).

5.2      **Disaster Recovery.** Disaster recovery and data continuity plans exist for all PowerSchool's hosting data centers. The disaster recovery and data continuity plans are reviewed and updated on a quarterly basis. Additional updates are made between quarterly reviews to adjust plans as required by infrastructure changes. PowerSchool's recovery time objective ("**RTO**") is forty-eight (48) hours. The 48-hour RTO means that within forty-eight (48) hours of a declared Disaster by PowerSchool, the systems impacted must be back online for customer access in accordance with applicable specifications. PowerSchool's recovery point objective ("**RPO**") is twenty-four (24) hours. The 24-hour RPO means that data is expected to be restored to a point not more than twenty-four (24) hours prior to the time the first transaction is lost or from the time the SaaS Subscription Service became unavailable.

5.3      **Performance Degradation**. PowerSchool will make commercially reasonable efforts to ensure that the performance of the PowerSchool Software within a SaaS Subscription is not degraded below the standards in the following table:

| Performance Degradation | Details |
| --- | --- |
| Condition | The SaaS Subscription Service will not have a website load time of greater than 5 seconds. |
| Applicable SLA | P1 SLA, in accordance with the SLA table above |

PowerSchool Main Services Agreement
Last Updated: March 2024

4

CONFIDENTIAL

CHERKIN_027333

**PowerSchool**

| Measure of Degradation | Measurement to be conducted at PowerSchool's hosting facility |
|---|---|
| System of measurement | PowerSchool's monitoring system implemented at PowerSchool's hosting facility |

Note: The ability for PowerSchool to impact performance is limited to the systems and infrastructure directly under the control of PowerSchool.

**5.4    Availability Targets.** PowerSchool will make commercially reasonable efforts to ensure that each of the hosted PowerSchool Software provided as part of the SaaS Subscription Service is available for Customer to access ("**Availability**") at a level of 99.9% per calendar month, excluding Downtime Exclusions pursuant to Section 5.5 (Downtime Exclusions) below. Downtime tracking will be measured on a 24/7/365 basis.

a.   The table below outlines the conditions that will be applied for the tracking of Availability.

| Availability | Details |
|---|---|
| Conditions | Availability of licensed Product's URL<br>Successful login into the licensed product |
| Applicable SLA | P0 SLA for production system outages only |
| System of measurement | PowerSchool's monitoring system implemented at PowerSchool's hosting facility |

b.   Availability of the applicable SaaS Subscription Service on a calendar month is calculated as follows:

$$\frac{(\text{Total Service Minutes} - \text{Total Downtime Minutes})}{(\text{Total Service Minutes per calendar month})} \times 100$$

"**Total Downtime Minutes**" means the sum of the minutes for all Downtime for a specific SaaS Subscription Service within a single calendar month, excluding any Downtime Exclusions. "**Total Service Minutes**" means the total number of minutes in a given calendar month (based on 60 minutes per hour, 24 hours per day, for each day within a calendar month). If Customer has been accessing the applicable SaaS Subscription for less than a full calendar month, then the days within such calendar month prior to access of the applicable SaaS Subscription Service will be deemed to have had 100% Availability. All measurements concerning this commitment including Downtime event start and resolution time will be maintained and reported by the Cloud Operations team. Upon a specific written request from the Customer, PowerSchool will, within a reasonable time from receipt of the request, submit to Customer a report which sets forth the Availability for the particular SaaS Subscription Service requested for the applicable month.

**5.5    Downtime Exclusions.** The following are considered "**Downtime Exclusions**" and shall not be calculated as Downtime for the purposes of measuring Availability as set forth in Section 5.4 (Availability Targets):

a.   Scheduled Maintenance,

b.   scheduled Downtime,

c.   Emergency Maintenance,

d.   Performance degradation pursuant to Section 5.3 (Performance Degradation),

e.   unavailability as a result of Customer's development and use of nonstandard operational reports,

f.   unavailability as a result of configuration error or data entry error by Customer's Users or agents,

g.   unavailability, outage, or problem of any third-party infrastructure, service, device, or software that is not provided by or under the direct control of PowerSchool (examples include but not limited to on-campus networks, end-user devices, internet providers (ISP), PowerSchool's third-party hosting provider and third-party software applications or plugins, etc.),

h.   unavailability as a result of Customer's voluntary action to restart the SaaS Subscription Service (e.g., if Customer restarts the Student Information System (SIS) SaaS Subscription Service causing an outage),

i.   unavailability as a result of failure of the Customer's or User's network infrastructure,

CONFIDENTIAL

CHERKIN_027334



j.  unavailability as a result of failure of the Customer's or User's connection to the internet, and

k.  unavailability as a result of a Force Majeure Event, i.e., any cause beyond such party's reasonable control, including but not limited to acts of God or of public enemy, acts of terrorism, war, United States or foreign governmental acts or restrictions in either a sovereign or contractual capacity, labor strikes, labor disputes or other industrial disturbances, fire, power outages, road icing or inclement conditions, flood, earthquakes, or tsunamis, systemic electrical, telecommunications, or other utility failures, storms or other elements of nature, blockages, embargoes, riots, public health emergencies (including pandemics and epidemics), acts or orders of government, acts of terrorism, or war.

CONFIDENTIAL

CHERKIN_027335

## 2025/26 and Beyond Product Descriptions

**PowerSchool (SIS):**
- **What is it:** The student information system keeps comprehensive records of student enrollment, demographics, courses, schedules, attendance, disciplinary incidents, assignments, grades, GPAs, and transcripts.
- **How it works:** This centralized student data improves operational efficiency, provides data for decision-making, and supports internal and external reporting. Additionally, seamless internal and external data integration with other systems ensures platform consistency and accuracy, improving overall functionality and collaboration.
- **Who uses it:** This system is used district-wide by various stakeholders, including central office departments, school principals, clerical and support staff, and teachers.

**PowerTeacher & PowerTeacher Pro (PTP):**
- **What is it:** This classroom management tool is designed to help teachers efficiently manage student information, track progress, and communicate with students and parents.
- **How it works:**
  - **PowerTeacher** is an administrative tool that allows teachers to record attendance and manage key student data.
  - **PowerTeacher Pro** is a real-time grade book that enables teachers to create and grade assignments, add comment codes, and track student progress comprehensively. Data integration with PowerSchool and Schoology.
- **Who uses it:** This system is used by teachers.

**The Source:**
- **What is it:** The parent portal offers real-time and historical data access, allows users to monitor academic progress, and access essential school services. This includes current grades, attendance, grade history, school details, assessments, textbooks, fines and fees, course requests for the upcoming year, class overviews, assignments, calendars, state ID, district email, Source username, performance and elementary end of term grading reports, school choice options, user preferences, advanced learning information, online forms, schedules, and assessment scores.
- **How it works:** It integrates with PowerSchool (SIS) to deliver real-time access to student data, ensuring that information remains consistently updated and readily available. Data integration with PowerSchool.
- **Who uses it:** This system is used by parents, guardians, and students

**Analytics & Insights** (MTSS)
- **What is it:** A multi-tiered student support product that provides a view of student performance, attendance, behavior, and other critical metrics.

CONFIDENTIAL

CHERKIN_027336

- **How it works:** Enables educators and administrators to identify trends and insights, supporting targeted interventions and strategies to enhance student success.  It integrates with PowerSchool SIS, ensuring student data access and consistency across platforms.
- **Who uses it:** This system is used by teachers, school leaders, district administrators, and partners.

### Enrollment Registration & Enrollment Languages
- **What is it:** Online enrollment system
- **How it works:** The platform streamlines student enrollment and registration processes. It is used for new student enrollment, returning student registration, custom forms, and workflows.  Language translations support Somali, Chinese Simplified, Vietnamese, and Spanish. Data integration with PowerSchool.
- **Who uses it:** This system is used by Enrollment Planning, Enrollment Services, and parents and guardians.

### PD+ Subscription
- **What is it:** Online professional development platform for PowerSchool products.
- **How it works:** Extensive online library with self-paced training, interactive courses, videos, and just-in-time tutorials.
- **Who uses it:** This system is used by DoTS Student Systems and Support Team.

### Performance Matters
- **What is it:** Assessment platform
- **How it works:** Designed to analyze student and staff performance data, focusing on assessments, analytics, and professional development. It offers tools for creating, administering, and analyzing student assessments, tracking interventions, and generating data-driven insights. Data integration with PowerSchool.
- **Who uses it:** This system is used by Teachers, school leaders, Curriculum and Instruction, and College and Career Readiness.

### Schoology
- **What is it:** Learning management systems that support online learning, classroom content, and communication between teachers, students, and parents during in-person and remote learning.
- **How it works:** It is used for course management, collaboration, grade book integration with PowerTeacher Pro, analytics, and reporting.  Data integration with PowerSchool.
- **Who uses it:** This system is used by Teachers, College and Career Readiness, students, and families.

### Special Program - 504

CHERKIN_027337

- **What is it:** Special Programs is a module that manages Section 504 documentation.
- **How it works:** The product helps manage plans, supports digital signatures, automated alerts, and service tracking, and provides tools for collaboration. Data integration with PowerSchool.
- **Who uses it:** Site-based staff, 504 Department, families.

**Other PowerSchool Products** Due to contractual limitations, other PowerSchool Group LLC products are excluded from this contract and invoiced separately. Those include Naviance, SchoolMessenger, and Special Programs 504 Customizations. These products will be included in future negotiations to consolidate all PowerSchool products under one contract.

CONFIDENTIAL

CHERKIN_027338