# Exhibit 27

 ORIGINAL APPEAL 6/27/19

 RECEIVED
In King County Superior Court Clerk's Office

JUN 2 7 2019

Cashier Section
Superior Court Clerk

## IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
## FOR THE COUNTY OF KING

Emily Cherkin, Robert Femiano, Sally Soriano
Appellants,

v.

Seattle School District No. 1,
(a municipal corporation)

Respondent.

NOTICE OF APPEAL OF SCHOOL DISTRICT
DECISION PURSUANT TO RCW 28A.645.010

19-2-17045-8 SEA

### I. PARTIES

1. Emily Cherkin

(A) is a parent of a child enrolled as student in Seattle School District No. 1 who is affected by curriculum adoptions approved by the Seattle School Board; and/or

(B) is a taxpayer of the State of Washington and Seattle School District No. 1, including paying state taxes and local levy taxes used to purchase curriculum approved by the Seattle School Board.

2. Robert Femiano, Sally Soriano

(A) are taxpayers of the State of Washington and Seattle School District No. 1, including paying state taxes and local levy taxes used to purchase curriculum approved by the Seattle School Board.

As such, the Appellants will be harmed by three related decisions of the School Board on May 29, 2019 to approve action items #1, #2, and #3 of Section IX of the School Board agenda to approve and

Notice of Appeal – science curriculum adoption for Seattle schools                    Page 1

9/12/25 E. Cherkin Dep.
Ex. 6

CONFIDENTIAL

CHERKIN_033847

purchase "instructional materials for all students taking 9th grade Chemistry A (CHEM A), 9th grade Physics A (PHYS A), 10th grade Biology A (BIO A), 10th grade Biology B (BIO B), and 11th grade Physics B (PHYS B)" at a cost of $1,034,132 (action item #1) and to approve and purchase "instructional materials for all middle school science classrooms in grades 6-8" at a cost of $1,503,829 for materials and $565,857 for "in-house professional development and collaboration and a 1.0 FTE Curriculum Specialist" (action item #2) and to approve and purchase "instructional materials for all elementary school science classrooms in grades K-5" at a cost of $2,368,870 for materials and $5,040,674 for "in-house professional development and collaboration" (action item #3) without the School Board having voted to approve the membership of the Instructional Materials Committee as required by RCW 28A.320.230.

2. Respondent SEATTLE SCHOOL DISTRICT NO.1 ("District") is a municipal corporation and a public school district under Washington law.

## II. JURISDICTION AND STANDARD OF REVIEW

This is a special statutory appeal from action of a school board pursuant to RCW 28A.645.010, which provides:

Any person, or persons, either severally or collectively, aggrieved by any decision or order of any school official or board, within thirty days after the rendition of such decision or order, or of the failure to act upon the same when properly presented, may appeal the same to the superior court of the county in which the school district or part thereof is situated, by filing with the secretary of the school board if the appeal is from board action or failure to act, otherwise with the proper school official, and filing with the clerk of the superior court, a notice of appeal which shall set forth in a clear and concise manner the errors complained of.

RCW 28A.645.010 provides that the appeal shall be heard expeditiously by the Superior court.

## III. SCHOOL BOARD DECISION BEING APPEALED

Notice of Appeal – science curriculum adoption for Seattle schools                    Page 2

CONFIDENTIAL

CHERKIN_033848

Appellants seek review of the School Board's decisions of May 29, 2019 to approve action items #1, #2, and #3 of Section IX of the School Board agenda to approve and purchase "instructional materials for all students taking 9th grade Chemistry A (CHEM A), 9th grade Physics A (PHYS A), 10th grade Biology A (BIO A), 10th grade Biology B (BIO B), and 11th grade Physics B (PHYS B)" at a cost of $1,034,132 (action item #1) and to approve and purchase "instructional materials for all middle school science classrooms in grades 6-8" at a cost of $1,503,829 for materials and $565,857 for "in-house professional development and collaboration and a 1.0 FTE Curriculum Specialist" (action item #2) and to approve and purchase "instructional materials for all elementary school science classrooms in grades K-5" at a cost of $2,368,870 for materials and $5,040,674 for "in-house professional development and collaboration" (action item #3) without the School Board having voted to approve the membership of the Instructional Materials Committee as required by RCW 28A.320.230.

## IV. FACTS

The foregoing is a summary of the procedural background of the School Board decision being appealed, based on Washington law and documents identified below that were available at the time of filing of the appeal. Pursuant to RCW 28A.645.020, the school board is required within twenty days of service of the notice of appeal, at its expense, to file the complete transcript of the evidence and the papers and exhibits relating to the decision for which a complaint has been filed, with such filings to be certified to be correct.

1. RCW 28A.320.230, "Instructional materials – instructional materials committee", assigns final responsibility for approving or disapproving instructional materials to School Boards, based on recommendations made by a School Board-created instructional materials committee (IMC), so that a properly constituted instructional materials committee is central to the School Board's adoption of instructional materials. RCW 28A.320.230(1)(f) states "Recommendation of instructional materials shall be by the district's instructional materials committee in accordance

Notice of Appeal – science curriculum adoption for Seattle schools                    Page 3

CONFIDENTIAL

CHERKIN_033849

with district policy. Approval or disapproval shall be by the local school district's board of directors."

2. RCW 28A.320.230 indicates that members of the instructional materials committee must be approved by the School Board. RCW 28A.320.230(1)(c) states that the School Board "shall ... adopt ... policy relative to the selection or deletion of instructional materials. Such policy shall: ... Establish an instructional materials committee to be appointed, with the approval of the school board, by the school district's chief administrative officer."

3. The School Board Curriculum and Instruction Committee of the Whole met in public session on April 30, 2019 and approved forwarding three science curriculum adoption proposals to the full Board for a vote, which vote subsequently was held on May 29, 2019.

4. During the April 30, 2019 School Board Curriculum and Instruction Committee of the Whole meeting, the Board requested that the District's acting Chief Counsel Ronald Boy discuss some issues related to the science adoption proposals. During this discussion the District's acting Chief Counsel Ronald Boy indicated that the Board had adopted a curriculum adoption policy as called for by RCW 28A.320.230 but had not approved the members of the Instructional Materials Committee (IMC) as referenced by RCW 28A.320.230.

5. School Board Policy No. 2015 "selection & adoption of instructional materials", is the Seattle School Board's curriculum adoption policy as called for by RCW 28A.320.230.

6. School Board Policy No. 2015 under "Definitions" states "School Board-adopted Instructional Materials, regardless of medium, are the primary instructional resource(s) to support the curriculum as outlined in state and college readiness standards" and that "Adoption is the process of evaluating and selecting basic instructional materials that culminates with formal action by the School Board". [page 2]

Notice of Appeal – science curriculum adoption for Seattle schools          Page 4

CONFIDENTIAL

CHERKIN_033850

7. School Board Policy No. 2015 states "it is the policy of the Seattle School Board to create an *Instructional Materials Committee*, pursuant to RCW 28A.320.230, and to direct the Superintendent or designee to create *Adoption Committees* for each specific a[c]

8. The instructional materials committee is a central mechanism whereby the Sch[ool] exercises its state-mandated direction, oversight, and sole final responsibility f[or] denial of curriculum adoptions. The School Board exercises overall guidance t[ ] of IMC members by the School Board, and the IMC then establishes adoption [ ] the detailed work of making curriculum adoption recommendations. Further, th[ ] School Board's watchdog on the adoption process: the IMC certifies to the Sch[ ] adoption committees properly followed Board policy. Without School Board ap[ ] members, certification of the adoption process no longer reflects the Board's authority, and the School Board's state-mandated authority is critically diminished.

[handwritten note: also see page 7]

[handwritten margin note: WHY Board approval of IMC Membership matters]

A. School Board Policy No. 2015 states "the purpose of the IMC is to: ... Approve the membership of the Adoption Committee". [page 3]

B. School Board Policy No. 2015 states "In addition to the IMC, Seattle Public Schools completes text adoption work through adoption committees. The purpose of the adoption committee is to provide subject matter expertise and to provide the perspectives of family members who have current and/or past students in the grades for which the adoption is being contemplated." [page 3]

C. School Board Policy No. 2015 states "the purpose of the IMC is to: ... Certify to the School Board that the final recommendation of the Adoption Committee was reached by following the process outlined in this policy and in any related Superintendent Procedures". [page 3]

Notice of Appeal – science curriculum adoption for Seattle schools                    Page 5

CONFIDENTIAL                                                                                      CHERKIN_033851

9.  During the April 30, 2019 School Board Curriculum and Instruction Committee of the Whole meeting, the District's acting Chief Counsel Ronald Boy stated that he believed that there were two reasonable interpretations of RCW 28A.320.230 as follows:

    A.  Interpretation (A), which the District subscribes to, that RCW 28A.320.230 calls for the Board to adopt a policy laying out the membership requirements of the Instructional Materials Committee but does not require that the Board approve the actual members of the Committee; or,

    B.  Interpretation (B), which appellants subscribe to, that RCW 28A.320.230 calls for the Board to adopt a policy laying out the membership requirements of the Instructional Materials Committee and also requires that the Board approve the actual members of the Committee.

10. The District's Interpretation (A) essentially asserts that all that RCW 28A.320.230(1)(f) requires is the adoption of a School Board policy that includes School Board approval of instructional materials committee members, but does not actually require that the policy be followed.

11. Appellants assert that the District's Interpretation (A) is not reasonable, because the plain language of the statute RCW 28A.320.230(1)(f) is that the instructional materials committee is to be appointed "with the approval of the school board", and further because adopting a "wink-wink" policy that only mentions required elements of state law means that the School Board has not actually adopted a policy that complies with RCW 28A.320.230. Thereby the School Board science adoption decisions violated RCW 28A.320.230 and are not valid.

12. Appellants allege specific injuries in fact, that appellants will be specifically and perceptibly harmed by the Board's actions.

13. Appellants assert that they have standing to bring this appeal and will be harmed and aggrieved by the School Board's actions. Appellants assert that it is likely that appellants will be harmed by impacts from the Board's actions. Appellants assert that it is likely that appellant taxpayers will be

Notice of Appeal – science curriculum adoption for Seattle schools                    Page 6

CONFIDENTIAL

CHERKIN_033852

harmed by having their tax money used in ways which harm public education and waste their tax money by the Board not considering alternatives that would be less expensive and/or of better educational quality and thereby cause higher subsequent taxes.

14. Appellants assert that they will be harmed by the adoption of science curricula through a process which was not subject to proper oversight by the School Board and which violated RCW 28A.320.230. The improperly adopted science curricula do not include physical textbooks, only licenses to use software. The improperly adopted science curricula will harm appellants' children through the use of substandard curricula at schools and through parents' diminished opportunity to help their children with homework because of the deliberate absence and it will harm appellant taxpayers through the misspending of appellan substandard curricula and non-physical materials which will disappear or expire.

15. The School District has acknowledged that a number of participants on tl committee and on the adoption committees appointed by the IMC played roles in bringing forward certain science curricula products in ways which create an appearance of conflicts of interest. A proper science curricula adoption process which complied with RCW 28A.320.230 in which the School Board could examine the backgrounds of potential members of the IMC rather than having no say in the appointment of members to the IMC and could thereby help reduce such problems and result in a broader consideration of quality curricula alternatives. Reversing the Board's adoption decisions would allow for such reasonable relief through a new statute-compliant curricula adoption process. The absence of such relief will likely lead to further similar problems. For example, the Board has scheduled action on another non-science curriculum adoption on June 26, 2019, proposing to waive most of its own policy, and still not complying with Board-required appointment of members of the IMC.

*[handwritten margin note: why approving individual members MATTERS]*

Notice of Appeal – science curriculum adoption for Seattle schools                    Page 7

CONFIDENTIAL

CHERKIN_033853

16. Attached to this filing is a copy of the May 29, 2019 School Board meeting minutes at which the three science adoption proposals were approved, as well as copies of the three School Board Action Reports on the three science adoption proposals.

CONFIDENTIAL

CHERKIN_033854

## V. ASSIGNMENTS OF ERROR

This appeal assigns error to the School Board's decisions of May 29, 2019 to approve action items #1, #2, and #3 of Section IX of the School Board agenda to approve and purchase "instructional materials for all students taking 9th grade Chemistry A (CHEM A), 9th grade Physics A (PHYS A), 10th grade Biology A (BIO A), 10th grade Biology B (BIO B), and 11th grade Physics B (PHYS B)" at a cost of $1,034,132 (action item #1) and to approve and purchase "instructional materials for all middle school science classrooms in grades 6-8" at a cost of $1,503,829 for materials and $565,857 for "in-house professional development and collaboration and a 1.0 FTE Curriculum Specialist" (action item #2) and to approve and purchase "instructional materials for all elementary school science classrooms in grades K-5" at a cost of $2,368,870 for materials and $5,040,674 for "in-house professional development and collaboration" (action item #3) without the School Board having voted to approve the membership of the Instructional Materials Committee as required by RCW 28A.320.230.

1. The School Board's actions were contrary to law.

   A. The School Board science adoption decisions violated RCW 28A.320.230 because the members of the instructional materials committee were not appointed "with the approval of the school board".

      a. The plain language of the statute RCW 28A.320.230(1)(f) is that the instructional materials committee is to be appointed "with the approval of the school board".

      b. Further, because adopting a "wink-wink" policy that only mentions required elements of state law but accords such elements no active implementing effect means that the School Board has not actually adopted a policy that complies with RCW 28A.320.230.

---

Notice of Appeal – science curriculum adoption for Seattle schools                    Page 9

CONFIDENTIAL

CHERKIN_033855

## VI. PRAYER FOR RELIEF

WHEREFORE, Appellants respectfully request the following relief:

1. A formal Finding that before adopting instructional materials that RCW 28A.320.230 requires that a school board must vote to approve the membership of the Instructional Materials Committee.

2. An order reversing the School Board's decisions of May 29, 2019 to approve action items #1, #2, and #3 of Section IX of the School Board agenda to approve and purchase "instructional materials for all students taking 9th grade Chemistry A (CHEM A), 9th grade Physics A (PHYS A), 10th grade Biology A (BIO A), 10th grade Biology B (BIO B), and 11th grade Physics B (PHYS B)" at a cost of $1,034,132 (action item #1) and to approve and purchase "instructional materials for all middle school science classrooms in grades 6-8" at a cost of $1,503,829 for materials and $565,857 for "in-house professional development and collaboration and a 1.0 FTE Curriculum Specialist" (action item #2) and to approve and purchase "instructional materials for all elementary school science classrooms in grades K-5" at a cost of $2,368,870 for materials and $5,040,674 for "in-house professional development and collaboration" (action item #3) without the School Board having voted to approve the membership of the Instructional Materials Committee as required by RCW 28A.320.230.

3. An order nullifying the awarding of contracts and enjoining the District from taking actions and expending funds authorized by and flowing from the School Board's decisions of May 29, 2019 to approve the three science curricula.

4. Further equitable relief necessary to ensure that the District follows state law and District regulations as required by statute and state constitutional principles.

Notice of Appeal – science curriculum adoption for Seattle schools                          Page 10

CONFIDENTIAL

CHERKIN_033856

Listing of Appellants seeking review of the School Board's decisions of May 29, 2019 to approve action items #1, #2, and #3 of Section IX of the School Board agenda to approve and purchase "instructional materials for all students taking 9th grade Chemistry A (CHEM A), 9th grade Physics A (PHYS A), 10th grade Biology A (BIO A), 10th grade Biology B (BIO B), and 11th grade Physics B (PHYS B)" at a cost of $1,034,132 (action item #1) and to approve and purchase "instructional materials for all middle school science classrooms in grades 6-8" at a cost of $1,503,829 for materials and $565,857 for "in-house professional development and collaboration and a 1.0 FTE Curriculum Specialist" (action item #2) and to approve and purchase "instructional materials for all elementary school science classrooms in grades K-5" at a cost of $2,368,870 for materials and $5,040,674 for "in-house professional development and collaboration" (action item #3) without the School Board having voted to approve the membership of the Instructional Materials Committee as required by RCW 28A.320.230.

1. Signature: _____

Dated this 26th day of June _____, 2019

Printed name: Emily Cherkin, Parent

Address: 3211 NE 70th St. Seattle, WA 98115

Phone: 206-617-7460   Email: emilycherkin@gmail.com

2. Signature: _____

Dated this 26th day of June _____, 2019

Printed name: Robert Femiano

Address: 9302 46th Avenue SW  Seattle, WA 98136

Phone: 206.937-8739  Email: rfemiano@gmail.com

3. Signature: _____

Dated this ____ day of _____, 2019

Printed name: _____

Address: _____

Phone: _____  Email: _____

Notice of Appeal -- science curriculum adoption for Seattle schools          Page 10 a.

CONFIDENTIAL

CHERKIN_033857

Listing of Appellants seeking review of the School Board's decisions of May 29, 2019 to approve action items #1, #2, and #3 of Section IX of the School Board agenda to approve and purchase "instructional materials for all students taking 9th grade Chemistry A (CHEM A), 9th grade Physics A (PHYS A), 10th grade Biology A (BIO A), 10th grade Biology B (BIO B), and 11th grade Physics B (PHYS B)" at a cost of $1,034,132 (action item #1) and to approve and purchase "instructional materials for all middle school science classrooms in grades 6-8" at a cost of $1,503,828 for materials and $565,857 for "in-house professional development and collaboration and a 1.0 FTE Curriculum Specialist" (action item #2) and to approve and purchase "instructional materials for all elementary school science classrooms in grades K-5" at a cost of $2,366,870 for materials and $5,040,574 for "in-house professional development and collaboration" (action item #3) without the School Board having voted to approve the membership of the Instructional Materials Committee as required by RCW 18A.320.230.

1. Signature: _Sally Soriano_

Dated this __25__ day of __June__ 2019

Printed name: _SALLY SORIANO   For SEATTLE SCHOOL BOARD_

Address: _140 51 1ST AVE NW  SEATTLE WA 98177   MEMBER_

Phone: _206-261-4616_ Email: _sally.co.sally.soriano.org_

2. Signature: _____

Dated this ____ day of _____ 2019

Printed name: _____

Address: _____

Phone: _____ Email: _____

3. Signature: _____

Dated this ____ day of _____ 2019

Printed name: _____

Address: _____

Phone: _____ Email: _____

Notice of Appeal – science curriculum adoption for Seattle schools                Page 10 b

CONFIDENTIAL

CHERKIN_033858

Attachments:

A.  Minutes of May 29, 2019 Seattle School Board meeting

B.  School Board Action Report on May 29, 2019 to approve action item #1 of Section IX of the School Board agenda to approve and purchase "instructional materials for all students taking 9th grade Chemistry A (CHEM A), 9th grade Physics A (PHYS A), 10th grade Biology A (BIO A), 10th grade Biology B (BIO B), and 11th grade Physics B (PHYS B)" at a cost of $1,034,132

C.  School Board Action Report on May 29, 2019 to approve action item #2 of Section IX of the School Board agenda to approve and purchase "instructional materials for all middle school science classrooms in grades 6-8" at a cost of $1,503,829 for materials and $565,857 for "in-house professional development and collaboration and a 1.0 FTE Curriculum Specialist"

D.  School Board Action Report on May 29, 2019 to approve action item #3 of Section IX of the School Board agenda to approve and purchase "instructional materials for all elementary school science classrooms in grades K-5" at a cost of $2,368,870 for materials and $5,040,674 for "in-house professional development and collaboration"

E.  A copy of RCW 28A.320.230, "Instructional materials – instructional materials committee"

F.  A copy of Seattle School Board Policy No. 2015 "selection & adoption of instructional materials"

G.  A copy of RCW 28A.645

CONFIDENTIAL                                                    CHERKIN_033859

Attachment:

A.  Minutes of May 29, 2019 Seattle School Board meeting

CONFIDENTIAL

CHERKIN_033860

## May 29, 2019 Regular School Board Meeting



**Minutes**
Regular Legislative Session
May 29, 2019 4:15 p.m.

**Board of Directors**
2445 – 3rd Avenue South
Seattle, Washington 98134
206-252-0040
www.seattleschools.org

### I. Call to Order

1. This meeting was called to order at 4:15pm.
2. All directors were present.
3. Pledge of Allegiance

### II. Student Presentations

- Seattle Skills Center - Media Arts

### III. Superintendent's Comments

### IV. Student Comments

A student from Nathan Hale High School provided comments.

### V. Business Action Items

#### A. Consent Agenda

1. Minutes of the May 8, 2019 **Work Sessions**, and the May 15, 2019 **Regular Board Meeting.**

2. **Warrants Report - April**

### April 2019 Warrants

| General Fund | *Payroll | $1,073,809.00 |
|---|---|---|

CONFIDENTIAL

CHERKIN_033861

| | Vendor | $22,271,619.58 |
|---|---|---|
| Capital Project Fund | Vendor | $12,656,315.43 |
| Associated Student Body | Vendor | $337,291.63 |
| Expendable Trust Fund | Vendor | $2,500.00 |
| LTD Bond Fund | Vendor | $46,695.95 |
| Grand Total | | $36,388,231.59 |

*Note – Payroll total reflects warrants issued to employees. It does not however, reflect cash transfer amounts in payment of employees' Direct Deposit payroll.

Director Burke moved to approve the Consent Agenda. Director DeWolf seconded.

This motion passed unanimously.

**B. Items Removed from the Consent Agenda**

**IV. Board Committee Reports**

Directors provided comments from the Board committees and liaison work.

This meeting recessed at 4:21pm. This meeting reconvened at 5:32pm.

**VII. Public Testimony**

| | |
|---|---|
| 1. Mario Falit | Nathan Hale High School Student |
| 2. Gabi Masmela | Science Curriculum Adoptions |
| 3. Tiffany Robinson | Science Adoption |
| 4. Emily Elasky ceded to Hiromi Pingry | Science Materials Adoption |
| 5. Christine Benita ceded to Merryl Tohl | Science Adoption |
| 6. Kim Dinh | Support for ES, MS and HS Science Curriculum Adoptions |
| 7. Trent Comer | Relevant Science Curriculum |
| 8. Philip Bell | K-12 Science Adoption |
| 9. Chris Jackins | Purchase of Fleet Vehicles; Contract for Sand Point and Laurelhurst; Science Materials Adoptions; Webster Modernization and Addition Project; McGilvra PTA Grant; and African American Academy Roof Replacement |

Page | 2

CONFIDENTIAL

CHERKIN_033862

| | |
|---|---|
| 10. Karin Britt | Recommendation from Adoption Committee Member and Field |
| | Tester to Adopt Amplify in the Elementary Schools |
| 11. Jackie Wilson ceded to Ben Ostrom | In Favor of the K-12 Science Adoption |
| 12. AJ Katzaroff | Science Curriculum Adoptions |
| 13. Anastasia Sanchez | Science Curriculum Adoption |
| 14. Kim Shigenaka ceded to Zach Walen | Science Adoption |
| 15. David Parker ceded to Xavier Clark | Science Curriculum Adoption |
| 16. Jen Fox ceded to Maureen Munn | Science Instructional Materials Adoption |
| 17. Melissa Westbrook ceded to Sarah Sense Wilson and Che Sehyun | Science Adoption |
| 18. Danielle Vermaak ceded to Safiya Jetha | In Favor of Science Curriculum Adoption |
| 19. Alisha Taylor ceded to Mark Collins | Science Adoption |
| 20. Carol Simmons ceded to Yesenia Ortega | Amplify Curriculum and Native Education |
| 21. Sofia Nguyen | Science Curriculum Adoption |
| 22. Yolanda Jones | Science Curriculum Adoption |
| 23. Brian Buchwitz ceded to students | K-12 Science Instructional Materials Adoption |
| 24. Jordyn Frost ceded to Katie Koressel | Science Adoption |
| 25. Emily Cherkin | Strong Opposition to the Amplify Science Curricula |

## VIII. Board Comments

All Directors provided comments.

This meeting recessed at 7:13pm. This meeting reconvened at 7:23pm.

## IX. Business Action Items (Continued)

### C. Action Items

1.  **High School Science Instructional Materials Adoption** (C&I, Apr. 23 & Apr. 30, for consideration) Approval of this item would accept the recommendation of the High School Instructional Materials Adoption Committee for instructional materials for all students taking 9th grade Chemistry A (CHEM A), 9th grade Physics A (PHYS A), 10th grade Biology A (BIO A), 10th grade Biology B (BIO B), and 11th grade Physics B

CONFIDENTIAL

CHERKIN_033863

(PHYS B), and authorize the Superintendent to purchase Carbon TIME as the core instructional materials for Seattle Public Schools' high school Biology A (BIO A) science classrooms, to approve the District-Developed Curriculum for BIO B as the core instructional materials for Seattle Public Schools' high school Biology B (BIO B) science classrooms, to approve the District-Developed Curriculum for CHEM A as the core instructional materials for Seattle Public Schools' high school Chemistry A (CHEM A) science classrooms, and to purchase PEER as the core instructional materials for Seattle Public Schools' high school Physics A and B (PHYS A and B) science classrooms, for an amount not to exceed $1,034,132, covering licensing through school years 2019-20 through 2027-28. (Updated since Introduction)

Director Geary noted the C&I Committee recommendation. Director Burke moved to approve this item. Director DeWolf seconded.

Chief Academic Officer, Dr. Diane DeBacker and MaryMargaret Welch, Science Program Manager, spoke about the K-12 Science curriculum adoption that would align Science curriculum across all grades.

Directors asked questions regarding assessments within current systems. Chief Financial Officer, JoLynn Berge, spoke about the financial strategy for funding the adoption if it is approved.

Ms. Welch answered questions from Directors regarding professional development and spoke about the Summer Leadership Institute to review resources, understand scope and sequence, and clarified the budgets allocated to training.

This motion passed unanimously.

2. **Middle School Science Instructional Materials Adoption** (C&I, Apr. 23 & Apr. 30, for consideration) Approval of this item would accept the recommendation of the Middle School Science Instructional Materials Adoption committee for instructional materials for all middle school science classrooms in grades 6-8, and authorize the Superintendent to purchase AmplifyScience as the core instructional materials for all grade 6-8 Seattle Public Schools' science classrooms for an amount not to exceed $2,069,686, covering licensing from school year 2019-20 to 2027-28, and an amount not to exceed $565,857 for in-house professional development and collaboration and a 1.0 FTE Curriculum Specialist. (Updated since Introduction)

Director Geary noted the C&I Committee recommendation. Director Burke moved to approve this item. Director DeWolf seconded.

Directors and Ms. Berge clarified the total costs of the proposed adoption. Acting Chief Legal Counsel, Ronald Boy, assisted with explaining the clarification of the costs.

Director Burke withdrew his original motion in order to reread the motion, adding clarity around the total cost. Director DeWolf seconded the withdrawal. Director Burke reread the motion to approve this item. Director DeWolf seconded.

Page | 4

CONFIDENTIAL

CHERKIN_033864

Mr. Boy spoke about the financial questions that were raised during introduction and shared the affidavit and timeline for transparency purposes. Mr. Boy stated that all documents shared at this meeting would be posted online for the public.

Chief Information Officer, John Krull, spoke about student privacy to ensure that no student data is shared with AmplifyScience.

Ms. Welch clarified students' and teachers' access to materials.

Director Burke presented a PowerPoint.

Director Mack made a motion to amend to add language to implement an evaluation during year four to assess whether to continue supporting the program through an additional five years. Director Geary seconded.

Directors, Mr. Boy, and staff discussed this option. Dr. Diane DeBacker clarified that the Board would receive updates on the progress of the curriculum as a normal practice of curriculum implementation.

Director Harris motioned to table the Middle School Science vote until the next legislative meeting. This motion was not seconded.

Director Geary moved to add the following language: After the 4th year of implementation, the Research and Evaluation department shall do a comprehensive analysis of outcomes across formative, summative, and interim assessments for K-12. Director Patu seconded.

Mr. Boy asked for clarity whether all other amendments that were made by Directors apart from the amendment by Director Geary were withdrawn. This was confirmed.

The amendment passed with a vote of 5-2 (Director Geary, Patu, DeWolf, Harris, and Mack voted yes; Director Burke and Pinkham voted no.)

Director Harris stated that they would now vote on the motion as amended. She asked for the roll call.

The motion as amended passed with a vote of 5-2 (Director Geary, Patu, DeWolf, Harris, and Mack voted yes; Director Burke and Pinkham voted no.)

3. **Elementary School Science Instructional Materials Adoption** (C&I, Apr. 23 & 30, for consideration) Approval of this item would accept the recommendation of the Elementary School Science Instructional Materials Adoption Committee for instructional materials for all elementary school science classrooms in grades K-5, authorize the Superintendent to purchase AmplifyScience as the core instructional materials for all grade K-5 Seattle Public Schools classrooms for an amount not to exceed $2,368,870 in a three-year phased-in purchase and implementation plan out of the FY2020 (2019-20), FY2021 (2020-21), and FY2022 (2021-22) budgets, covering licensing through school years 2019-2020 through 2027-28, and an amount not to exceed $5,040,674 for in-house

CONFIDENTIAL

CHERKIN_033865

professional development and collaboration.

Director Geary noted the C&I Committee recommendation. Director Burke moved to approve the item. Director DeWolf seconded.

Directors discussed adding the previous amendment language into this item.

Director Burke explained that the previous amendment proposed during introduction has been fully withdrawn.

Director Geary moved to add the following language: After the 4th year of implementation, the Research and Evaluation department shall do a comprehensive analysis of outcomes across formative, summative, and interim assessments for K-12. Director DeWolf seconded.

The amendment passed with a vote of 5-2 (Director Geary, Patu, DeWolf, Harris, and Mack voted yes; Director Burke and Pinkham voted no.)

Directors and staff members discussed funding.

Mr. Krull referenced Board policy regarding actively providing technology proficiency to students, digital citizenship, and standard online safety practices.

Director Harris asked for the roll call on the motion as amended.

The motion as amended passed with a vote of 5-2 (Director Geary, Patu, DeWolf, and Harris voted yes; Director Burke, Pinkham, and Mack voted no.)

This meeting recessed at 10:35pm. This meeting reconvened at 10:51pm.

4.  **Approval of the purchase of replacement Fleet Vehicles** (A&F, May 20, for consideration) Approval of this item would authorize the Superintendent to execute a contract with the Washington State Department of Enterprise Services in an amount not to exceed $575,000 for the purchase of replacement fleet vehicles in the form of the attached list (or equivalent vehicles, depending on pricing and availability when the final purchase order is processed), with any minor additions, deletions, and modifications deemed necessary by the Superintendent, and to take any necessary actions to implement the purchase. Immediate action is in the best interest of the district. Introduction and Action

Director Pinkham noted the A&F Committee recommendation. Director Burke moved to approve the item. Director DeWolf seconded.

Ms. Berge spoke about the budget overview and timeline of this item.

This motion passed unanimously.

CONFIDENTIAL

CHERKIN_033866

5. **BEX IV: Approval of Budget Transfer and Award Construction Contract P5127, Bid No. B03973, to Slate Construction, Inc. for the Sand Point and Laurelhurst Seismic Improvement project** (Ops, May 16, for approval) Approval of this item would approve a one-time fund transfer in the amount of $595,376, from the BEX IV Program Contingency and authorize the Superintendent to enter into a construction contract in the amount of $1,577,480, including base bid plus Alternate #1, plus Washington State Sales Tax, for the Sand Point and Laurelhurst Seismic Improvement project. (Introduction and action)

Director Mack noted the Ops Committee recommendation. Director Burke moved to approve the item. Director DeWolf seconded.

Chief Operations Officer, Fred Podesta spoke about the need for seismic improvements for safety.

This motion passed unanimously.

### D. Introduction Items

1. **Approval of the 2019-2020 Student Rights & Responsibilities** (C&I, May 21, for approval) Approval of this item would accept the 2019-2020 Student Rights & Responsibilities document, as attached to the Board Action Report.

Director Geary noted the C&I Committee recommendations for items 1-4.

Directors asked about cultural competency surrounding this item. Student Support Services Supervisor Erin Romanuk noted there have been updates to the materials since posting. She will provide these updates in track changes when this item comes to the Board for action.

2. **BTA IV: Approval of license and subscription fees for PowerSchool Maintenance and Support for 36 months for $1,096,429.15** (C&I, May 21, for approval) Approval of this item would authorize the Superintendent to execute a 36-month term agreement from September 1, 2019 to August 31, 2022 for a total of $1,096,429.15, plus applicable sales tax with PowerSchool to include: PowerSchool platform maintenance and support; Enrollment Registration plus additional languages; Special Programs 504; Technical support; and Professional Development subscriptions; and to take any necessary actions to implement the agreement.

Mr. Krull spoke about the long-term commitment to PowerSchool. Mr. Krull also answered questions about the details of the agreement.

3. **BTA IV: Approval of Student computer refresh to support teaching and learning and equitable access for each student districtwide** (C&I, May 21, for approval) Approval of this item would authorize the Superintendent to execute purchase orders through RFP No. 06792 with Dell/Thornburg for a total Not-To-Exceed (NTE) amount of $12,000,000.00, plus Washington State Sales Tax over fiscal years 2019-20, and 2020-21 with any minor additions, deletions, and modifications deemed necessary by the

CONFIDENTIAL

CHERKIN_033867

Superintendent and to take any necessary actions to implement the purchase orders.

Mr. Krull discussed a short presentation regarding this item around education technology and roll out process.

4. **Approval for Contract Amendment with School Data Solutions for School-Based Implementation of MTSS Student Data Portal (RFP09615)** (C&I, May 21, for approval) Approval of this item would authorize the Superintendent to execute a contract amendment with School Data Solutions in the amount of $300,765 for the student data portal Homeroom, in the form of the Contract Amendment dated May 21, 2019, and attached to the School Board Action Report, with any minor additions, deletions, and modifications deemed necessary by the Superintendent, and to take any necessary actions to implement the contract amendment.

Mr. Krull answered Board questions on this item.

5. **Review and Approval of Career and Technical Education 2019 Annual Report Per Policy No. 2170** (C&I, May 21, for approval) Approval of this item would accept the 2019 Career and Technical Education Annual Report, as attached to this Board Action Report.

Director Geary noted the C&I Committee recommendations for items 5-6.

Dr. DeBacker spoke about this annual report for Career and Technical Education.

6. **Approve Purchase of Technology to Support the Career and Technical Education (CTE) program** (C&I, May 21, for approval) Approval of this item would authorize the Superintendent to execute purchase orders in an amount not to exceed $750,000 inclusive of Washington state sales tax, over fiscal year 2018/2019, summarized in the list of projected orders attached to the Board Action Report, with any minor additions, deletions, and modifications deemed necessary by the Superintendent.

7. **Head Start 2019-20 Grant Application for PreSchool** (A&F, May 20, for approval) Approval of this item would accept funding from the Federal Department of Health & Human Services (DHHS) to operate Head Start services in the Seattle Public Schools (SPS) for Federal fiscal year 2019-20.

Director Pinkham noted the A&F Committee recommendation.

Ms. Berge spoke about the funding to operate Head Start.

8. **Approval of contracts for Sign Language Interpreter Vendors RFQ 11641** (A&F, May 20, for approval) Approval of this item would authorize the Superintendent to execute contracts with agencies approved through RFQ 11641, Sign Language Interpreter Vendors, based on an average Interpreter hourly rate of $73.50 per hour, for a not-to-exceed total amount of $500,000 for all agencies governed under the RFQ, with any minor additions, deletions, and modification deemed necessary by the Superintendent, and to take any necessary actions to implement these contracts.

CONFIDENTIAL

CHERKIN_033868

Director Pinkham noted the A&F Committee recommendation for items 8-15.

Ms. Berge answered questions from Directors regarding students who need Sign Language Interpreters.

9. **Approval of contracts for Specially Designed Instruction: Tutoring Services & Other Compensatory Education Services RFQ02758 that will exceed $250,000** (A&F, May 20, for approval) Approval of this item would authorize the Superintendent to execute contracts with the following agencies under RFQ02758, Specially Designed Instruction: Yellow Wood Academy in the amount of $509,000.00; Maxim Healthcare Services in the amount of $950,000.00; Brightmont Academy in the amount of $340,000; Brock's Academy in the amount of $585,300 and to take any necessary actions to implement these contracts.

10. **Contract approval for Early Support for Infants & Toddlers (Birth to 3 Intervention Service Providers)** (A&F, May 20, for consideration) Approval of this item would authorize the Superintendent to execute contracts with the Experimental Education Unit (EEU) in the amount of $301,923, Wonderland Developmental Center in the amount of $905,769, Northwest Center in the amount of $2,264,422 and Boyer Children's Clinic in the amount of $3,220,512, to ensure the provision of Early Intervention services as defined in 34 C.F.R. 303 in accordance with Part C of the Individuals with Disabilities Education Act (IDEA), with any minor additions, deletions and modifications deemed necessary by the Superintendent; and to take any necessary actions to implement the contracts.

11. **University of Washington Experimental Education Unit (EEU) Interagency Agreement to provide educational services to special education students, ages 3-6** (A&F, May 20, for approval) Approval of this item would provide special education services for up to 42 preschoolers and 15 kindergarteners, as well as technical support for 4 schools for inclusion practices for students with special needs during the 2019-20 school year totaling $1,483,463.

12. **New England Center for Children Contract** (A&F, May 20, for approval) Approval of this item would authorize the Superintendent to execute a contract with New England Center for Children, in the total amount of $412,706.22, for a residential special education program serving a student, in the form of the draft contract dated September 1, 2019 and attached to the School Board Action Report, with any minor additions, deletions, and modifications deemed necessary by the Superintendent, and to take any necessary actions to implement the contract.

13. **Approval of contracts for Therapeutic Day Treatment Service Providers RFQ07695** (A&F, May 20, for approval) Approval of this item would authorize the Superintendent to execute contracts with agencies approved through RFQ 05790 Therapeutic Treatment Day Services, for a not-to-exceed total amount of $1,890,000 as follows: Overlake Hospital Specialty School in the amount of $283,000.00 (3,564 hours); Fairfax Hospital/NWSOIL in the amount of $646,000.00 (6,705 hours); and Seneca Family of Agencies in the amount of $961,000.00 (14,508 hours) for private placement of

Page | 9

CONFIDENTIAL

CHERKIN_033869

students in need of therapeutic day services and programming, with any minor additions, deletions, and modifications deemed necessary by the Superintendent, and to take any necessary actions to implement these contracts.

14. **Approval of agreement with Seattle Children's for Hospital-Based Educational Services** (A&F, May 20, for approval) Approval of this item would authorize the Superintendent to enter into agreement with Seattle Children's Hospital to allow for flow-through of the Office of Superintendent of Public Instruction (OSPI) Hospital Based Instruction funds for the 2019-20 school year in the amount of $465,500 in the form of the draft agreement attached to the Board Action Report, with any minor additions, deletions, and modifications deemed necessary by the Superintendent, and to take any necessary actions to implement the agreements.

15. **Private Schools Proportional Share Services (RFQ03969): Provider Spring Academy** (A&F, May 20, for approval) Approval of this item would authorize the Superintendent to execute a contract with Spring Academy in the amount of $657,072 to ensure the provision of equitable services to parentally placed private school students attending approved non-profit private schools, under the Individuals with Disabilities Education Act (IDEA), with any minor additions, deletions, modifications deemed necessary by the Superintendent, and to take any necessary actions to implement the contracts.

Ms. Berge spoke about students who are served in private schools with IEP support from the district.

16. **McGilvra Parent, Teacher Association (PTA) Grant to fund Multi-Tiered System of Support for the 2019-2020 school year** (A&F, May 20, for approval) Approval of this item would authorize the Superintendent to accept the McGilvra PTA Grant of $348,705 for 2019-20 school year.

Ms. Berge answered questions from Directors regarding the funds from the PTA.

17. **Recommendation to renew the Fluid Milk Products, Miscellaneous Dairy Products and Juice Products Bid B02845** (Ops, May 16, for approval) Approval of this item would authorize the Superintendent to renew the contract with Dairy Fresh Farms, Inc. for two additional years covering the period from Sept. 1, 2019 to Aug. 31, 2021, at a cost of up to $969,922 per year, for a total cost of up to $1,939,844 for fluid milk products, miscellaneous dairy products, and fruit juice products with any minor additions, deletions, and modifications deemed necessary by the Superintendent, and to take any necessary actions to implement the contract. Approval of this motion would renew the three-year contract for the final two years of the contract.

Director Mack noted the Ops Committee recommendation for items 17-18

Mr. Podesta gave Directors context on this item.

18. **Recommendation to renew Fresh Produce Bid B02844** (Ops, May 16, for approval) Approval of this item would authorize the Superintendent to renew the contract with

P a g e | 10

CHERKIN_033870

Duck Delivery of Washington, Inc. for two additional years covering the period from Sept. 1, 2019 to Aug. 31, 2021, at a cost of up to $750,000 per year, for a total cost of up to $1,500,000 for fresh produce with any minor additions, deletions and modifications deemed necessary by the Superintendent and to take any necessary actions to implement the contract. Approval of this motion would renew the three-year contract for the final two years of the contract.

19. **City of Seattle Project Services Contract Office of Superintendent of Public Instruction/United States Department of Agriculture (OSPI/USDA) Summer Food Service Program** (Ops, May 16, for approval) Approval of this item would authorize the Superintendent to execute a contract with the City of Seattle to receive payment of up to $720,825.40, to provide breakfast, lunch and afternoon snacks for the City of Seattle's Office of Superintendent of Public Instruction/United States Department of Agriculture Summer Food Service program, with any minor additions, deletions, and modifications deemed necessary by the Superintendent, and to take any necessary actions to implement the contract.

Director Mack noted the Ops Committee recommendation.

Mr. Podesta spoke about the Summer Food Service program in partnership with the City of Seattle.

20. **BTA & BEX Resolution No. 2018/19-18, Signatures of Authorized District Personnel for State Aid Programs** (Ops, May 16, for approval) Approval of this item would adopt Resolution No. 2018/19-18 authorizing Denise Juneau, Superintendent; JoLynn Berge, Chief Financial Officer; Fred Podesta, Chief Operations Officer; and Richard Best, Director of Capital Projects and Planning, to sign state funding assistance documents per WAC 392-344-120.

Director Mack noted the Ops Committee recommendations for items 20-25

21. **BTA IV: Approval of two actions related to the Webster School Modernization and Addition project** (Ops, May 16, for approval) Approval of this item would allow transfer of $2,100,000 from BTA IV Program Contingency to the Webster School Modernization and Addition project. Additional funding for this increase will come from the project budget. Approval will also authorize the Superintendent to executive Guaranteed Maximum Price amendment for contract K5073 with BNBuilders for an amount not to exceed $26,240,507.

22. **BEX IV: Daniel Bagley Elementary School Modernization and Additions: Approval of GC/CM Guaranteed Maximum Price Total Contract Cost** (Ops, May 16, for approval) Approval of this item would authorize the Superintendent to execute Amendment No. 1 to the General Contractor/ Construction Manager (GC/CM) contract P5117 on the Daniel Bagley Elementary School Modernization and Additions project in the amount of $27,428,000, attached to the Board Action Report, with any minor additions, deletions and modifications deemed necessary by the Superintendent, and to take any necessary actions to implement the contract, which fixes the Total Construction Cost (TCC within the Guaranteed Maximum Price previously approved by the Board.

Page | **11**

CONFIDENTIAL

CHERKIN_033871

Directors spoke about the need for historical context in Capital related to Board Action Reports.

23. **BEX V: Award Contract K5110, Bid No. B02964, to Schuchart Corporation for the Cascade Parent Partnership Program at North Queen Anne School Roof Replacement project** (Ops, May 16, for consideration) Approval of this item would authorize the Superintendent to execute construction contract K5110, Bid No. B02964, with Schuchart Corporation in the amount of $2,128,962, including base bid plus Alternate #1 and Alternate #3, plus Washington State Sales Tax, with any minor additions, deletions, and modifications deemed necessary by the Superintendent, and to take any necessary actions to implement the contract.

24. **BEX V: Award Construction Contract K5109 to Wayne's Roofing, Inc. for the Van Asselt Elementary School at the African American Academy Roof Replacement project** (Ops, May 16, for approval) Approval of this item would authorize the Superintendent to execute construction contract K5109 with Wayne's Roofing Inc. in the amount that is not to exceed $5,500,000, including base bid, plus Washington State Sales Tax, with any minor additions, deletions, and modifications deemed necessary by the Superintendent, and to take any necessary actions to implement the contract.

25. **BTA III: Award Construction Contract K5111 to Wayne's Roofing, Inc. for the Olympic View Elementary School Select Roof Repair & Replacement project** (Ops, May 16, for approval) Approval of this item would authorize the Superintendent to execute Construction Contract K5111 with Wayne's Roofing, Inc. in the amount that is not to exceed $950,000, including base bid, plus Washington State Sales Tax, with any minor additions, deletions, and modifications deemed necessary by the Superintendent, and to take any necessary actions to implement the contract.

## X. Adjourn

This meeting adjourned at 11:55pm.

CONFIDENTIAL

CHERKIN_033872

Attachment:

B.  School Board Action Report on May 29, 2019 to approve action item #1 of Section IX of the School Board agenda to approve and purchase "Instructional materials for all students taking 9th grade Chemistry A (CHEM A), 9th grade Physics A (PHYS A), 10th grade Biology A (BIO A), 10th grade Biology B (BIO B), and 11th grade Physics B (PHYS B)" at a cost of $1,034,132

Notice of Appeal – science curriculum adoption for Seattle schools

CONFIDENTIAL

CHERKIN_033873



**SEATTLE
PUBLIC
SCHOOLS**

# School Board Action Report

## High School Science Instructional Materials Adoption, April 2019

Seattle Public Schools is committed to making its online information accessible and usable to all people, regardless of ability or technology. Meeting web accessibility guidelines and standards is an ongoing process that we are consistently working to improve.

While Seattle Public Schools endeavors to only post documents optimized for accessibility, due to the nature and complexity of some documents, an accessible version of the document may not be available. In these limited circumstances, the District will provide equally effective alternate access.

For questions and more information about this document, please contact the following:

Brad Shigenaka
Curriculum Specialist – Curriculum, Assessment, and Instruction
bjshigenaka@seattleschools.org

This Board Action will approve the recommendation of the High School Instructional Materials Adoption Committee for instructional materials for all students taking 9th grade Chemistry A (CHEM A), 9th grade Physics A (PHYS A), 10th grade Biology A (BIO A), 10th grade Biology B (BIO B), and 11th grade Physics B (PHYS B). This Report includes a set of supporting documents, some of which, by their nature, are not fully ADA-compliant.

CONFIDENTIAL

CHERKIN_033874



# SCHOOL BOARD ACTION REPORT

| | |
|---|---|
| **DATE:** | April 5, 2019 |
| **FROM:** | Ms. Denise Juneau, Superintendent |
| **LEAD STAFF:** | MaryMargaret Welch, Science Program Manager (mmwelch@seattleschools.org) |
| | Kyle Kinoshita, Executive Director of Curriculum, Assessment, and Instruction (kdkinoshita@seattleschools.org) |
| | Diane DeBacker, Chief Academic Officer (dmdebacker@seattleschools.org) |

| | |
|---|---|
| **For Introduction:** | ~~May 1,~~ May 15, 2019 |
| **For Action:** | ~~May 15,~~ May 29, 2019 |

## 1.    TITLE

High School Science Instructional Materials Adoption

## 2.    PURPOSE

This Board Action will approve the recommendation of the High School Instructional Materials Adoption Committee for instructional materials for all students taking 9th grade Chemistry A (CHEM A), 9th grade Physics A (PHYS A), 10th grade Biology A (BIO A), 10th grade Biology B (BIO B), and 11th grade Physics B (PHYS B).

## 3.    RECOMMENDED MOTION

I move that the Seattle School Board approve the High School Science Adoption Committee's recommendation to adopt Carbon TIME for instructional materials for Seattle Public Schools' high school Biology A (BIO A) science classrooms, the BIO B curriculum, developed by Seattle Public Schools in collaboration with university partners, for instructional materials for Seattle Public Schools' high school Biology B (BIO B) science classrooms, the CHEM A curriculum, developed by Seattle Public Schools in collaboration with university partners, for instructional materials for Seattle Public Schools' high school Chemistry A (CHEM A) science classrooms, and PEER *(Physics through Evidence: Empowerment through Reasoning)* for instructional materials for Seattle Public Schools' high school Physics A and B (PHYS A and B) science classrooms.

I further move that the Seattle School Board authorize the Superintendent to purchase Carbon TIME as the core instructional materials for Seattle Public Schools' high school Biology A (BIO A) science classrooms, to approve the District-Developed Curriculum for BIO B as the core instructional materials for Seattle Public Schools' high school Biology B (BIO B) science classrooms, to approve the District-Developed Curriculum for CHEM A as the core instructional materials for Seattle Public Schools' high school Chemistry A (CHEM A) science classrooms, and to purchase PEER as the core instructional materials for Seattle Public Schools' high school

1

CONFIDENTIAL

CHERKIN_033875

Physics A and B (PHYS A and B) science classrooms, for an amount not to exceed $1,034,132, covering licensing through school years 2019-20 through 2027-28.

## 4.    BACKGROUND INFORMATION

### A. Background

#### 1. Previous Adopted High School Science Instructional Materials
The most recent high school biology instructional materials adoption in Seattle Public Schools was in 2001-2002. The textbook from BSCS: A Human Approach was adopted from Kendall Hunt Publishing. The textbook was aligned with the 1997 Washington State Standards and Essential Academic Learning Requirements and included an emphasis on student inquiry in the science classroom. These adopted materials were aligned with the now outdated 1996 National Science Standards. The printed materials have publication dates that range from 1997-2001. The instructional strategies included in these materials are no longer best teaching practices and include repetitive content taught in elementary and middle school.

The most recent high school science instructional materials adoption for 9th grade physical science in Seattle Public Schools was in 2001. This course provided the foundation for yearlong Physics and Chemistry. The Active Physics and Active Chemistry series from the publisher It's About Time were centered around student inquiry, and the associated pedagogy was a significant shift for teachers. While a university physics science coach provided professional development until to 2007, it was apparent that physical science teachers, typically in their first years of teaching, needed more support to properly implement the curriculum. From 2007-2009, Seattle Public used a 3-year grant to develop teacher competencies in three areas: content knowledge, pedagogical knowledge and skills in formative assessment. This supported teachers in all science disciplines but did not provide updated curricula for Physical Science or Chemistry teachers.

In the fall of 2010, the Board approved the convening of an Instructional Materials Adoption team to make a recommendation for the adoption of Physical Science, Chemistry, and Physics Instructional Materials. In the spring of 2011, the Science Instructional Materials Adoption Committee made a recommendation of the following instructional materials to the Board: Lab Aids for Physical Science, Living by Chemistry for Chemistry, and Arizona State developed Modeling Physics. The Board did not approve the science adoption. Therefore, no materials were purchased for either Physical Science nor for Chemistry.

Without funding for a full adoption, Seattle Public Schools could only aid in the development of teacher skills to "make it work" with current materials. For Chemistry, this meant teachers modifying any individual teacher created curricula and/or lessons associated with the Chemistry textbook by Addison-Wesley published in 1995. Addison-Wesley is comprehensive in content addressing fundamental concepts such as atomic structure and chemical reactions, but also more complex concepts such as organic

2

CONFIDENTIAL

chemistry and acids and bases. The text provided confirmation labs and practice with math but set the teacher up to be the "keeper of knowledge," providing few opportunities for sense-making by students.

Seattle Public Schools partnered with university professors and hosted two-week summer institutes in physics, biology, chemistry and earth science. A subset of both SPS Physics and Physical Science teachers attended a two-week physics training to immerse teachers on physics content and modeling practices in August of 2010. While teachers improved their instructional skills and gained a stronger understanding of content, updated common curricula were not funded for district-wide use. Teachers began to use these materials despite the fact they were not adopted. Without an adoption, teachers are not required to follow these suggested materials. Even though many teachers did use the materials, many others continued to create their own materials, creating pockets of autonomy across the district which led to inequitable experiences for students.

Teachers have realized, and attempted to mitigate, the inadequacy of the current instructional materials in physical science and chemistry to align with the new standards and have tried to fill the void with a variety of disjointed materials, including free internet resources, textbooks, and teacher-created units. Schools with high lab donations, lower teacher turnover, and low free-and-reduced lunch numbers, have used funds to purchase supplemental materials for their schools. This resulted in schools with highly varied instructional resources in both quality and quantity and a lack of common scope and sequence in curriculum and assessment across the district. This patchwork of disjointed and supplemental science curricula across our district's high schools is not replicable, sustainable, or equitable at a systems level, and has left many of our high school students with an inadequately understanding of chemistry.

Current, relevant, and important science topics such as global climate change, gene regulation, space science, and engineering are entirely absent from the current adopted curriculum. Other important topics such as the particulate nature of matter, earth science, waves and energy, photosynthesis, and cellular respiration are only lightly touched upon. The lesson activities are primarily "cookbook" labs, in which students follow an experimental procedure with no embedded opportunities for sense-making, engaging in scientific argument, or explaining phenomena, which has resulted in decades of science instruction characterized by "hands-on" but not "minds-on."

## 2. 2013 WA State K-12 Science Learning Standards, 2013-Present

In 2013, the Washington State legislature officially adopted the national science standards called the Next Generation Science Standards (NGSS) as the Washington State K-12 Science Learning Standards (WSSLS). The new science and engineering standards call for a significant shift in instruction that will engage more students in science. The shift in science pedagogy called for in the new standards provides all students with 21st century skills not previously embedded within science coursework.

The 2013 Washington State Science Learning Standards are organized into three dimensions: science content, science and engineering practices, and cross-cutting concepts. The pedagogy called for in the new standards focused on students "figuring out" instead of simply "learning about," by engaging students in gathering evidence to

3

CONFIDENTIAL

CHERKIN_033877

explain scientific phenomena, discourse and argumentation, data analysis, supporting claims from evidence, and integrating technology into science education and engineering design. The new standards also include an entire strand focused on engineering design, both in practice and in the context of science content.

### 3. 2013 Washington Comprehensive Assessment of Science (WCAS)

In spring of 2018, the new Washington Comprehensive Assessment of Science (WCAS) was implemented statewide for the first time at grades 5, 8, and 11. This is the first state assessment to assess student proficiency around the 2013 Washington State Science Learning Standards. The new test is an entirely digital assessment requiring students to engage interactively with technology to manipulate elements on the screen to demonstrate understanding of scientific principles and practices. Each assessment item explicitly integrates at two or three of the dimensions (Disciplinary Core Ideas, Cross-Cutting Concepts, and Science and Engineering Practices) that comprise the science standards. The test will be administered annually to all grade 5, 8, and 11 students across the state and will be a graduation requirement beginning in 2021.

From 2010 to 2017, Washington State's high stakes science assessment was the Biology End of Course exam for all students and was required for graduation.

### 4. High School Science Standards Alignment Team & Professional Development

From 2007-2010, SPS received a Math Science Partnership grant from OSPI to build teacher content area in biology, physics and chemistry. The professional development offered skills in three areas: Content knowledge, pedagogical content knowledge, and skills in formative assessment. As teachers developed these skills, they realized the current adopted materials did not have a clear model that took into account initial ideas or one that addressed the systems approach from the new standards. Teachers worked with universities, such as University of Washington and Everett Community College, to use materials developed for undergraduate students in biology, collaborated with other districts, and attended local and national conferences. Without the outside grant, SPS high school teachers would not have had the money to participate in learning best practices based on brain research, nor would they have received learning on formative assessment practices. Unfortunately, deep learning in pedagogy and assessment was not enough. They needed instructional materials to allow them to enact these skills. This collective work made the teachers even more aware of the deficiency of the adopted material.

In 2015, the district articulated that standards alignment and common curricular scope and sequence for all students in all schools was one of the highest priorities for the Curriculum, Assessment, and Instruction department. In response to this important initiative, the Science department convened a High School Science Alignment Team to develop a strategic plan to align with the state's adopted science standards. The team was comprised of a diverse membership, representing all of the district's comprehensive high schools as well as representatives from some of the District's alternative high schools. Each committee member dedicated over 100 hours of their time to evaluating the standards and determining how to attend to the 72 high school standards over the 3 required years of science for graduation. (Note: Washington State now requires 3 years of science for all students as a minimum graduation requirement.) The committee members

4

CONFIDENTIAL

CHERKIN_033878

met extensively with their building colleagues to seek input and determine the final scope and sequence for science. The resulting sequence includes Physics A and Chemistry A for 9th graders, Biology A and Biology B for 10th graders, and a variety of options for students in grade 11. One of the 11th grade options will be Physics B and Chemistry B.

Concurrent to the work of the alignment committee, high school teachers were invited to attend district-wide professional development sessions offered by the district science department in collaboration with higher education partners from Seattle Pacific University and the University of Washington. This professional learning was to help them develop understanding of the pedagogical shifts called for by our new science standards and to begin transitioning their instruction and assessment practices to align with these standards. An important outcome of this professional development was the need for instructional materials that align with the complex and innovative new science standards.

## 5. High School Adoption Process and Committee Work, November 2018-Present

The School Board instructed the science team of Curriculum, Assessment, and Instruction to launch a high school science instructional materials adoption in April 2018. The adoption process was carried out over a 7-month period and proceeded according to guidelines outlined in School Board Policy 2015. The process occurred in three phases: Stage 1, Field Test, and Stage 2 (see Attachment F).

### 5a. Stage 1: October 2018-December 2018
A High School Science Adoption Committee comprised of teachers, school leaders, parents, professionals in STEM fields, and other community members was selected through an application process to ensure a committee that represented the diversity of stakeholders diverse in SPS, including geography, race, ethnicity, gender, and age (see Attachment D).

The committee members identified five categories and 71 specific criteria for evaluation, based on the needs, priorities, data, and research that emerged from the following sources:

- 2013 Washington State Science Learning Standards (adopted from the 2013 Next Generation Science Standards)
- Preliminary Family/Community and Teacher/Staff needs assessment and input survey, which identified the priorities around science materials, instruction, and learning in our district
- A Framework for K-12 Science Education: Practices, Crosscutting Concepts, and Core Ideas (National Research Council [NRC] of the National Academy of Sciences)
- The Educators Evaluating the Quality of Instructional Products Rubric (EQuIP) for Science
- Anti-Bias Criteria Screening Tool outlined in Board Policy 2015
- WA OSPI Equity & Civil Rights Task Force

5

CONFIDENTIAL

CHERKIN_033879

- SPS Formula for Success

The categories were weighted, and a draft of the Science Adoption Review Criteria was presented to the SPS Instructional Materials Committee (IMC) for feedback and the final draft approved for use as the committee's evaluation tool of candidate programs (see Attachment E). The weighted review criteria categories, as voted by the committee included:

- Category 1: Standards Alignment (24%)
- Category 2: Assessments (20%)
- Category 3: Inclusive Educational Practices (17%)
- Category 4: Evaluation of Bias Content (16%)
- Category 5: Instructional Planning and Support (23%)

Nine curriculum vendors responded to the District's Procurement Department's Request for Proposal (RFP). Two programs developed by District science teachers, in collaboration with university partners, were also presented to the Committee. Of the candidates, six offered materials for consideration for BIO A, six for BIO B, eight for CHEM A and CHEM B, and six for PHYS A and B. Between October and December 2018, committee members worked collaboratively in small review teams, composed of both teachers and community members whenever possible, to examine each of the instructional programs using the Review Criteria. The review teams assigned each criteria and category a quantitative score along with annotations based on evidence collected directly from the program materials.

Each of the instructional programs were reviewed a minimum of two times. Due to the breadth and depth of the criteria contained within the five categories of the Review Criteria, a protocol was proposed in which a vendor program could be eliminated from consideration if two separate review teams, independent from each other and without knowledge of each other's work, reached consensus that the candidate materials did not meet the minimum alignment for science standards alignment or anti-bias content and should not be a candidate for consideration.

After each candidate vendor program was reviewed by two independent review teams, the Adoption Committee members eliminated one candidate programs under consideration for Biology, three for Chemistry, and three for Physics, based on examination using the Review Criteria. Two candidates were removed from consideration by Purchasing due to their failure to comply with the requirements of the RFP process. Using the Review Criteria, committee members were asked to reexamine the remaining programs using the following guiding question: Would this instructional material ensure the academic success of all students? Additionally, the committee reviewed the materials once again against the Review Criteria.

Based on this reexamination, the committee voted unanimously to advance to the Field Test Round of the High School Science Adoption process as its finalists the following programs:

- Michigan State University – *Carbon TIME* for BIO A

6

CONFIDENTIAL

CHERKIN_033880

- SPS District-Developed Curriculum for BIO B
- SPS District-Developed Curriculum for CHEM A
- Accelerate Learning, Inc – *STEMScopes* for CHEM A and B
- University of Colorado Boulder – PEER for PHYS A and PHYS B

### 5b. Field Test, January – March 2019

All SPS high school science teachers were invited to apply to participate in the High School Science Adoption field test pending principal approval and demonstration of understanding of the 2013 Washington State Science Learning Standards. Twenty one teachers and their students, representing a diversity of years in the profession, science background, gender, and ethnicity, were selected by the Adoption Coordinator to teach the field test unit in their classrooms. The field test classrooms included over 2200 students from nine high schools and three Highly Capable middle schools located in multiple regions of the district, and represented Seattle Public Schools' diverse racial, ethnic, and socioeconomic groups and student populations, including English Language Learners, Special Education, Highly Capable, and general education (see Attachment H). The 21 field test teachers were instructed to implement and instruct a pre-selected unit based on each course: Human Energy Systems for BIO A, Development for BIO B, Atomic Structure for CHEM A, Periodic Trends for CHEM B, Magnetism for PHYS A, and Energy for PHYS B. Field test teachers received 3 hours of training from the vendor including follow-up time to plan and calendar their unit with their field test colleagues.

Field test teachers (see Attachment H) were given the following guidelines and expectations for field test participation in order to ensure the validity of the field test and provide multiple data collection opportunities about each candidate program:

- Implement the unit with as much fidelity as possible
- Submit feedback via a digital survey platform on a weekly basis about the effectiveness of learning activities, standards alignment, and student engagement.
- Work with the Adoption Coordinator and Science Department Specialists to schedule a lesson observation and participate in a post-observation interview
- Select a small student focus group to be interviewed about their experience with the field test unit
- Have all students participating in the field test complete an end-of-unit student survey around the following attributes:
  - o Engagement in standards-aligned science practices
  - o Using instructional materials that are organized around a conceptual storyline and anchored by a puzzling science phenomena problem to solve

7

CHERKIN_033881

- Sharing science ideas through student discourse
- Relevance and accuracy of content for science learning
- Equity, Identity, and Disposition
  - Administer and score the provided pre-unit and post-unit assessments and record student scores to quantify student growth
  - Participate in a panel interview session with the Adoption Committee

### 5c. Stage 2: Analysis, March 2019

Prior to beginning the final review and analysis of all data collected for each candidate program, Adoption Committee members completed a survey in which they provided input about how each category of data collected during Stage 1 and the Field Test Stage of the adoption process should be weighted (see Attachment J). When the committee member input was averaged, the weights were assigned to each data set as follows:

- BIO A:
  - Science Review Criteria scores generated from Stage 1 – 34.0%
  - Field Test Data – 55.9%
  - Public Display and Open House Community Input Forms – 10.1%
- BIO B:
  - Science Review Criteria scores generated from Stage 1 – 33.6%
  - Field Test Data – 63.9%
  - Public Display and Open House Community Input Forms – 2.5%
- CHEM A:
  - Science Review Criteria scores generated from Stage 1 – 33.4%
  - Field Test Data – 52.5%
  - Public Display and Open House Community Input Forms – 14.1%
- CHEM B:
  - Science Review Criteria scores generated from Stage 1 – 33.6%
  - Field Test Data – 60.0%
  - Public Display and Open House Community Input Forms – 6.4%
- PHYS A and B:
  - Science Review Criteria scores generated from Stage 1 – 38.2%
  - Field Test Data – 56.6%
  - Public Display and Open House Community Input Forms – 5.2%

8

CONFIDENTIAL

CHERKIN_033882

The Adoption Committee reconvened on March 13 and March 16, 2019 at the conclusion of the field test period for panel interview sessions with the field test teachers from each candidate program, organized by course. Each field test reported to the committee about their experience implementing the candidate program they field tested and their perception of their students' experience, and to provide input and feedback about the instructional materials in that program. In the panel interview, field test teachers were asked a set of 23 questions aligned with Science Instructional Materials Review Criteria categories and criteria by the Adoption Coordinator. Adoption Committee members asked follow-up questions of the field test panels throughout the session. Committee members were instructed to record notes during each panel interview. Following each panel interview session, committee members analyzed their notes for evidence of alignment with the five categories in the Review Criteria and assigned a value between 0 and 4.

After each panel, the Adoption Committee worked in small teams to review additional data sources generated from the Field Test stage for evidence of alignment with the Science Instructional Materials Review Criteria, including post-observation teacher interviews, student focus group interviews, end-of-unit student attribute surveys, and student growth data as measured by pre- and post-unit assessments. Combining this new data with their notes from the Field Test teacher panels, the Committee members collaborated in their teams to collectively synthesize and review all the data for each program to reach consensus on a Field Test score between 0 and 4 in each of the five categories detailed in the Science Instructional Materials Review Criteria (see Attachment E). The score for each category was weighted as previously determined on the Review Criteria, then tallied and reported as a consensus score.

Committee members then reviewed Community Input Forms submitted by members of school communities and the public who reviewed instructional materials from the vendor program under consideration for adoption. Although the amount of data generated for each vendor program was very small, committee review teams analyzed the input forms for each finalist vendor program and assigned a Public Input score between 0 and 4 in each of the five categories in the Science Instructional Materials Review Criteria (see Attachment E). The score for each category was weighted and then tallied and reported as a consensus score.

## 6  Data Collection Results (see Attachment I)

In addition to the results of the Adoption Committee's evaluation of the finalist candidate programs in Stage 1 using the Science Instructional Materials Review Criteria, the committee also reviewed multiple data sources to inform their selection and recommendation of the most suitable candidate for adoption. These data were collected from the classroom field test of the candidate programs, which included teacher and student feedback, and input collected during the public display of the instructional materials.

### 6a. Summary of Committee Scoring at end of Stage 1

9

CHERKIN_033883

At the end of Stage 1, the Adoption Committee members completed their evaluation and scoring review of the program instructional materials using the Science Instructional Materials Review Criteria described above in Section A and Attachment J. At the conclusion of Stage 1, the total average weighted scores as measured by the Science Instructional Materials Review Criteria for each of the categories were as follows:

- Biology:
    - Michigan State University: *Carbon TIME* – 56.8
    - District-Developed Curriculum for BIO B – 52.1
    - Pearson Education, Inc.: *Miller & Levine Biology* – 35.9
    - Houghton Mifflin Harcourt: *HMH Science Dimensions* – 30.8
    - Accelerate Learning, Inc.: *STEMScopes* – 27.5
    - McGraw-Hill Education: *Inspire Science* – 21.6

- Chemistry:
    - Accelerate Learning, Inc.: *STEMScopes* – 37.4
    - District-Developed Curriculum for CHEM A – 35.1
    - McGraw-Hill Education: *Inspire Science* – 32.6
    - Houghton Mifflin Harcourt: *HMH Science Dimensions* – 27.3
    - Pearson Education, Inc.: *Pearson Chemistry* – 11.8
    - PASCO Scientific: *Essential Chemistry* – 7.2

- Physics:
    - University of Colorado Boulder: *PEER* – 42.7
    - Accelerate Learning, Inc.: *STEMScopes* – 27.4
    - McGraw-Hill Education: *Inspire Science* – 27.7
    - Houghton Mifflin Harcourt: *HMH Science Dimensions* – 17.3
    - PASCO Scientific: *Essential Physics* – 5.2

The composite score was based on a rubric designed to result in a 75-point score for an instructional program that exhibited strong evidence for alignment to the standards in every criterion.

**6b. Field Test Data Summary**

The field test portion of the adoption provided an opportunity to see the candidate programs enacted in the classroom and to collect data around alignment to the science standards, assessment systems, inclusive educational practices, instructional planning and support, and student and teacher attitudes and dispositions, as well as collect student growth data.

**6b. 1.) Field Test Teacher Panel Interview Data:** On March 13 and March 16, 2019, all teachers participating in the field test attended a panel interview session conducted by the Adoption Committee members and responded to a set of questions about their experience with, and attitudes around, the candidate program they field tested in their classroom. The questions addressed the following topics:

10

CONFIDENTIAL

CHERKIN_033884

Standards Alignment, Assessments, Inclusive Educational Practices, Evaluation of Bias Content, and Teacher Supports for Planning and Usability.

Committee members convened following the field test teacher panel interview session to review and analyze their panel interview reports for qualitative evidence of the field-tested materials' alignment with the Instructional Materials Review Criteria categories: Standards Alignment, Assessments, Inclusive Educational Practices, Evaluation of Bias Content, Instructional Planning and Support.

Based on this analysis, committee members reached a consensus that there was "strong evidence" from the Carbon TIME field test panel reports for alignment in each of the Review Criteria categories, from the BIO B District-Developed Curriculum field test panel reports for alignment in each of the Review Criteria categories, from the CHEM A District-Developed Curriculum field test panel reports for alignment in each of the Review Criteria categories, and from the PEER field test panel reports for alignment in each of the Review Criteria categories. However, there was only "moderate" or "minimal" evidence from the STEMScopes field test panel reports for alignment in each of the Review Criteria categories.

**6b. ii.) Field Test Classroom Observation Data and Teacher Interviews:** Observations were conducted in each field test classroom and post-observation interviews of the field test teacher were conducted. A qualitative analysis of the data was performed to identify evidence of 10 characteristics: evidence of science practices within the unit, presence of authentic phenomena in the unit storyline, revisiting the phenomena during the unit, evidence of engaging phenomena within the unit, multiple types of evidence gathered during the unit, student engagement around the evidence gathered, opportunities of students to engage in sense-making discourse, self-assessment, quality of student explanations, and usefulness of the materials.

Data analysis of the Carbon TIME Classroom Observation and Teacher Interview data showed "*Superior Evidence*" for 7 of the 10 characteristics:

- Presence of a unit phenomenon
- Multiple types of evidence gathered during the unit
- Student engagement around the evidence gathered during the unit
- Student discourse for sense-making
- Student self-assessment opportunities
- Student explanations
- Accurate and rich content information

Data analysis of the Carbon TIME Classroom Observation and Teacher Interview data showed "*Strong Evidence*" for 3 of the 10 characteristics:

- Science and Engineering practices included in the unit
- Unit phenomenon is engaging for students

11

CHERKIN_033885

- Usefulness of the unit materials

Data analysis of the Biology B District-Developed Curriculum field test Classroom Observation and Teacher Interview data showed "*Superior Evidence*" for 1 of the 10 characteristics:

- Science and Engineering practices included in the unit

Data analysis of the Biology B District-Developed Curriculum field test Classroom Observation and Teacher Interview data showed "*Strong Evidence*" for 9 of the 10 characteristics:

- Presence of a unit phenomenon
- Revisiting the unit phenomenon
- Unit phenomenon is engaging for students
- Multiple types of evidence gathered during the unit
- Student engagement around the evidence gathered during the unit
- Student discourse for sense-making
- Student progress tracking and self-assessment opportunities
- Student explanations
- Usefulness of the unit materials

Data analysis of the District-Developed Curriculum field test Classroom Observation and Teacher Interview data showed "*Superior Evidence*" for 3 of the 10 characteristics:

- Presence of a unit phenomenon
- Unit phenomenon is engaging for students
- Multiple types of evidence gathered during the unit

Data analysis of the District-Developed Curriculum field test Classroom Observation and Teacher Interview data showed "*Strong Evidence*" for 7 of the 10 characteristics:

- Science and Engineering practices included in the unit
- Revisiting the unit phenomenon
- Student engagement around the evidence gathered during the unit
- Student discourse for sense-making
- Student progress tracking and self-assessment opportunities
- Student explanations
- Usefulness of the unit materials

Data analysis of the STEMScopes field test Classroom Observation and Teacher Interview data showed "*Strong Evidence*" for only 1 of the 10 characteristics.

- Science and Engineering practices included in the unit

12

CONFIDENTIAL

CHERKIN_033886

Data analysis of the Physics A and Physics B PEER field test Classroom Observation and Teacher Interview data showed *"Superior Evidence"* for 1 of the 10 characteristics:

- Usefulness of the unit materials

Data analysis of the PEER field test Classroom Observation and Teacher Interview data showed *"Strong Evidence"* for 9 of the 10 characteristics:

- Science and Engineering practices included in the unit
- Presence of a unit phenomenon
- Revisiting the unit phenomenon
- Unit phenomenon is engaging for students
- Multiple types of evidence gathered during the unit
- Student engagement around the evidence gathered during the unit
- Student discourse for sense-making
- Student progress tracking and self-assessment opportunities
- Student explanations

**6b. iii..) Student Focus Group Interview Data** A student focus group from each field test classroom was selected by the field test teacher to be interviewed by the Adoption Coordinator or Science Department specialists who conducted the classroom observation responses.

Student data was collected from the student focus group interviews that followed the field test classroom observations. A qualitative analysis of the data was performed to identify evidence of 9 characteristics that closely aligned with the interview questions: discourse for sense-making, consensus building, phenomenon present and helpful, elicitation of initial models, evidence collected helped understand the phenomenon, tools to track ideas through the unit, assessments that were fair and helped know if you were learning, the unit helped you learn science, and whether the students would recommend these materials.

Data analysis of the Carbon TIME Student Focus Group Interview data showed *"Strong Evidence"* for 8 of the 9 characteristics:

- Discourse for sensemaking
- Consensus building
- Phenomenon present and helpful
- Evidence to help understand the phenomenon
- Elicitation of ideas for an initial model
- Fair assessments that inform students of their progress
- Does this unit help you learn science?
- Would you recommend these materials?

13

CHERKIN_033887

Data analysis of the Biology B District-Developed Curriculum field test Student Focus Group Interview data showed *"Strong Evidence"* 9 of the 9 characteristics:

- Discourse for sensemaking
- Consensus building
- Phenomenon present and helpful
- Evidence to help understand the phenomenon
- Elicitation of ideas for an initial model
- Ways to track ideas throughout the unit
- Fair assessments that inform students of their progress
- Does this unit help you learn science?
- Would you recommend these materials?

Data analysis of the District-Developed Curriculum field test Student Focus Group Interview data showed *"Strong Evidence"* for all 10 of the 10 characteristics analyzed:

- Discourse for sensemaking
- Consensus building
- Phenomenon present and helpful
- Evidence to help understand the phenomenon
- Elicitation of ideas for an initial model
- Ways to track ideas throughout the unit
- Fair assessments that inform students of their progress
- Does this unit help you learn science?
- Would you recommend these materials?

Data analysis of the PEER field test Student Focus Group Interview data showed *"Strong Evidence"* 9 of the 9 characteristics:

- Discourse for sensemaking
- Consensus building
- Phenomenon present and helpful
- Evidence to help understand the phenomenon
- Elicitation of ideas for an initial model
- Ways to track ideas throughout the unit
- Fair assessments that inform students of their progress
- Does this unit help you learn science?
- Would you recommend these materials?

**6b, iv.) Student Growth Data**: All teachers participating in the field test were asked to administer the vendor-provided pre-unit assessment at the beginning of the field test and the vendor-provided end-of-unit assessment at the conclusion of the field test in order to collect student growth data for the standards addressed in the field test unit as a result of instruction. The average student growth data for each field test teacher was calculated.

14

CONFIDENTIAL

CHERKIN_033888

The average student growth scores for each vendor were as follows:

- Carbon TIME (BIO A): 50.2%
- District-Developed Curriculum (BIO B): 64.5%
- District-Developed Curriculum (CHEM A): 68.6%
- STEMScopes (CHEM A): 28.1%
- STEMScopes (CHEM B): 0.9%
- PEER (PHYS A): 53.2%.

**6b. v.) Student End-of-Unit Attribute Survey** All students who participated in the field test were asked to complete an end-of unit attribute survey that asked them to reflect on their learning and engagement during the field test unit. The survey questions asked students to self-report about their learning over the course of the field test instruction and their attitudes about their experience with the unit and included questions about:

- Students' engagement in standards-aligned science practices
- Using instructional materials that are organized around a conceptual storyline and anchored by a puzzling science phenomena problem to solve
- Sharing science ideas through student discourse
- Relevance in science learning
- Equity, Identity, and Disposition

1,247 students completed the survey and the responses were tallied and reported.

BIO A:
Nearly all students participating in the Carbon TIME field test reported that they were provided with *opportunities to participate in critical standards-based science practices* during the field test. The highest values in this survey category were as follows:

- 94% reported collecting data for a science investigation
- 97% reported analyzing or interpreting data from a science investigation
- 98% reported using data as evidence to support a claim
- 97% reported putting ideas together to communicate them better to others

Students also reported that the organization of the Carbon TIME unit lessons into a coherent *storyline* that includes a *scientific phenomenon* to figure out and explain supported their science learning.

- 80% agreed that the science concepts they were learning in the unit connected with the phenomenon
- 82% agreed the order of the lessons in the unit helped them see why the lessons within the unit were chosen to help them understand the main ideas
- 88% agreed that working with a scientific phenomenon in a unit help their learning

15

CONFIDENTIAL

CHERKIN_033889

In the survey categories related to student *discourse* around science ideas,
- 87% agreed with the statement that it is important for students to have an opportunity to make sense of science ideas together.
- 96% of the Carbon TIME field test students reported that were "often" given the opportunity to share their ideas during the field test unit

The Carbon TIME students also reported *that listening to other students helped them:*
- Improve their ability to argue with evidence (79%)
- Learn how to communicate their ideas more clearly (81%)
- Improve their thinking (86%)
- See different perspectives on a topic (92%)

In the attribute categories of Identity, Disposition and Learning,
- 76% reported that the work they did in the unit was interesting to them and connected with something in their life
- 85% of Carbon TIME field test students reported that they were learning science

Over 50% of student respondents reported that they "identify as a student of color." The Adoption Committee believes that the adoption of the Carbon TIME program therefore has important implications for improving the opportunity gap for students in Biology A through improved learning outcomes.

BIO B
Nearly all students participating in the field test of the Biology B District-Developed Curriculum reported having *opportunities to engage in standards-based science practices* during the field test.
- 98% reported collecting data for a science investigation
- 99% reported analyzing or interpreting data from a science investigation
- 99% reported using data as evidence to support a claim
- 96% reported putting ideas together to communicate them better to others

Students also reported that the organization of the Biology B District-Developed Curriculum unit lessons into a coherent *storyline* that includes a *scientific phenomenon* to figure out and explain supported their science learning.
- 77% agreed that the science concepts they were learning in the unit connected with the phenomenon
- 77% that agreed the order of the lessons in the unit helped them see why the lessons within the unit were chosen to help them understand the main ideas
- 79% agreed that working with a scientific phenomenon in a unit help their learning

In the survey categories related to student *discourse* around *sharing science* ideas in the Biology B District-Developed Curriculum field test,

16

CONFIDENTIAL

CHERKIN_033890

- 81% agreed with the statement that it is important for students to have an opportunity to make sense of science ideas together
- 96% reported that were given the opportunity to share their ideas during the field test unit

The students in the Biology B District-Developed Curriculum field test also reported *that listening to other students helped them:*
- Learn how to communicate their ideas more clearly (77%)
- Improve their ability to argue with evidence (80%)
- Improve their thinking (82%)
- See different perspectives on a topic (86%)

In the survey categories reporting on student *engagement* and *identity, disposition, and learning* during the Biology B District-Developed Curriculum field test,
- 73% reported that the work they did in the field test unit was interesting to them and connected with something in their life, respectively
- 77% of students reported that they were learning science during field test

CHEM A
209 students participating in the field test of the District-Developed CHEM A Curriculum completed the survey and responses were tallied and reported and the committee identified the following trends in the quantitative survey data.

Nearly all students participating in the field test of the District-Developed CHEM A Curriculum reported having *opportunities to engage in standards-based science practices* during the field test.
- 97% reported collecting data for a science investigation
- 98% reported analyzing or interpreting data from a science investigation
- 99% reported using data as evidence to support a claim
- 97% reported putting ideas together to communicate them better to others

Students also reported that the organization of the District-Developed CHEM A Curriculum unit lessons into a coherent *storyline* that includes a *scientific phenomenon* to figure out and explain supported their science learning.
- 84% that agreed the order of the lessons in the unit helped them see why the lessons within the unit were chosen to help them understand the main ideas
- 82% agreed that starting the unit with the exploration of a scientific phenomenon helped their learning
- 80% agreed that the science concepts they were learning in the unit connected with the phenomenon

Students in the District-Developed CHEM A Curriculum field test also reported agreement with statements about engaging in the *scientific practice of modeling*:
- 86% created models of their thinking in the unit
- 86% had opportunities to revise models of their thinking in the unit
- 86% shared models of their thinking with their peers in the unit

17

CONFIDENTIAL

CHERKIN_033891

In the survey categories related to student *discourse* around *sharing science* ideas in the District-Developed CHEM A Curriculum field test,

- 96% reported that were given the opportunity to share their ideas during the field test unit
- 89.5% agreed with the statement that it was important for students to have an opportunity to make sense of science ideas together during the field test

The students in the District-Developed CHEM A Curriculum field test also reported *that listening to other students helped them:*

- Learn how to communicate their ideas more clearly (89%)
- Improve their thinking (89%)
- See different perspectives on a topic (96%)

In the survey categories reporting on student *engagement* and *identity, disposition, and learning* during the District-Developed CHEM A Curriculum field test,

- 84% reported that the work they did in the unit was interesting to them
- 84% reported a that the work they did in the unit connected with something in their life
- 84% of students reported that they felt confident they could do science during the field test
- 88% of students reported that they were learning science during the field test

213 students participating in the field test of the STEMScopes program completed the survey and responses were tallied and aggregated.

Similar, though to a lesser extent, students participating in the field test of the STEMScopes program reported having *opportunities to engage in standards-based science practices* during the field test.

- 87% reported collecting data for a science investigation
- 90% reported analyzing or interpreting data from a science investigation
- 91% reported using data as evidence to support a claim
- 91% reported putting ideas together to communicate them better to others

Students in the STEMScopes field test reported significantly less agreement with statements related to the organization of unit lessons into a coherent *storyline* that includes a *scientific phenomenon* to figure out and explain when compared with the District-Developed Curriculum field test group.

- 63% that agreed the order of the lessons in the unit helped them see why the lessons within the unit were chosen to help them understand the main ideas
- 59% agreed that the science concepts they were learning in the unit connected with the phenomenon
- 67% agreed that the unit phenomenon helped their learning

18

CONFIDENTIAL

CHERKIN_033892

Students in the STEMScopes field test also reported significantly less agreement with statements about engaging in the *scientific practice of modeling* when compared with the District-Developed Curriculum field test group:
- 60.5% created models of their thinking in the unit
- 59% had opportunities to revise models of their thinking in the unit
- 57% shared models of their thinking with their peers in the unit

In the survey categories related to student *discourse* around *sharing science* ideas in the STEMScopes program field test, students reported somewhat less frequent opportunities to share their science ideas and considerably less emphasis on discourse for sense-making.
- 88% reported that were given the opportunity to share their ideas during the field test unit
- 67% agreed with the statement that it was important for students to have an opportunity to make sense of science ideas together during the field test

The students in the STEMScopes program field test reported *that listening to other students' ideas in the field test was* overall less helpful for learning than what was reported in the District-Developed Materials field test.
- Learn how to communicate their ideas more clearly (76%)
- Improve their thinking (80%)
- See different perspectives on a topic (82%)

In the survey categories reporting on student *engagement* and *identity, disposition, and learning* during the STEMScopes program field test, students reported significantly less engagement and confidence in their learning.
- 67% reported that the work they did in the unit was interesting to them
- 50% reported a that the work they did in the unit connected with something in their life
- 63% of students reported that they felt confident they could do science during the field test
- 70% of students reported that they were learning science during the field test

Over 50% of student respondents reported that they "identify as a student of color." The Adoption Committee believes that this survey data suggests that use of the STEMScopes program has the potential to negatively impact learning outcomes for students of color in Chemistry A, thereby perpetuating or exacerbating the opportunity gap.

PHYS A and B
Nearly all students participating in the PEER field test reported having *opportunities to engage in standards-based science practices* during the field test.
- 95.5% reported collecting data for a science investigation
- 94% reported analyzing or interpreting data from a science investigation
- 5.5% reported using data as evidence to support a claim
- 95% reported putting ideas together to communicate them better to others

19

CHERKIN_033893

Students also reported that the organization of PEER unit lessons into a coherent *storyline* that includes a *scientific phenomenon* to figure out and explain supported their science learning.

- 78% agreed that the order of the lessons in the unit helped them see why the lessons within the unit were chosen to help them understand the main ideas
- 73% agreed that starting the unit with the exploration of a scientific phenomenon helped their learning
- 70% agreed that the science concepts they were learning in the unit connected with the phenomenon

Students in the PEER field test also reported agreement with statements about engaging in the *scientific practice of modeling*:

- 92% created models of their thinking during the unit
- 92% had opportunities to revise models of their thinking during the unit
- 93% shared models of their thinking with their peers during the unit

In the survey categories related to student *discourse* around *sharing science* ideas in the PEER field test,

- 95% reported they were given the opportunity to share their ideas during the field test unit
- 86% agreed with the statements that talking with peers about their ideas helped them to learn science better and the statement that it was important for students to have an opportunity to make sense of science ideas together during the field test

The students in the PEER field test also reported *that listening to other students helped them:*

- Learn how to communicate their ideas more clearly (84%)
- Improve their thinking (85%)
- See different perspectives on a topic (89%)

In the survey categories reporting on student *identity, disposition, and learning* during the PEER field test,

- 81% of students reported that they felt confident they could do science during the field test
- 82% of students reported that they were learning science during the field test

**6b. vi.) Field Test Data Synthesis and Analysis** Committee members collaborated in their teams to collectively review and synthesize all Field Test data collected for each program. The review teams worked to reach consensus on an overall score for each program in each of the five categories detailed in the Science Instructional Materials Review Criteria (see Attachment E) using the 0-4 scoring rubric. Once the scores were assigned and weighted using the Review Criteria weightings, they were tallied and reported as a consensus Field Test score

20

CONFIDENTIAL

CHERKIN_033894

for each candidate program. The consensus Field Test scores reported by the committee are as follows:

- Carbon TIME (BIO A): 74.2
- District-Developed Curriculum (BIO B): 79.8
- District-Developed Curriculum (CHEM A): 77.5
- STEMScopes (CHEM A): 22.8
- STEMScopes (CHEM B): 22.5
- PEER (PHYS A and B): 76.1

**6c. Community Input from Instructional Materials Public Displays and Information Sessions (Attachment G)**

Community and family stakeholders were invited and encouraged via multiple communications and community engagement methods to review the adoption candidate programs and submit a Community Input Form.

Textual versions of the candidate program were publicly displayed for nine weeks and links to the candidate programs' online materials were available for public review via the District website. In addition, two "open house" public information sessions were held in the north and south end of the district, respectively, and were open from 9:00am-3:00pm. The Adoption Coordinator, Science Department Staff, members of the Adoption Committee, and Science Adoption Field Test teachers were available to answer questions about the candidate programs and to provide guidance in reviewing the materials. Over 25 community members attended these "open house" public information sessions.

Community Input Forms were available electronically on the District website, at the four public display locations, and the open house events for community members to review the three candidate programs and provide feedback. The Community Input Form included criteria selected from the five categories in the Science Adoption Review Criteria used by the Adoption Committee to review and assess all the candidate materials, including Standards Alignment, Assessments, Inclusive Educational Practices, Evaluation of Bias Content, and Instructional Planning and Support. Translated versions of the Community Input Form were made available in the District's top five languages: Spanish, Chinese, Somali, Tagalog, and Vietnamese.

In total, two Community Input Forms were submitted by community members from public display sites, open house information sessions, and online via the District website regarding Carbon TIME. The public reviewers had an very positive response to the curriculum based on the 19 and 24 "yes" boxes that were checked indicating alignment to the Review Criteria in each input form, respectively, when compared with a total of only 3 "no" boxes checked. A qualitative analysis of the data collected for the question: *How well do you feel this program meets the high expectations we have set to provide all our students with an equitable, authentic science experience?* showed that both community members rated Carbon TIME "Well" on a scale of "Very Well" to "Poor".

21

CONFIDENTIAL

CHERKIN_033895

No Community Input Forms were submitted by members of the public for the Biology B District-Developed Curriculum program.

In total, one Community Input Form was submitted by a community member from a public display site, open house information session, or online via the District website regarding the District-Developed curriculum for CHEM A. A qualitative analysis of the data collected for the question: *How well do you feel this program meets the high expectations we have set to provide all our students with an equitable, authentic science experience?* showed that the community member who provided the input did not provide a rating for this program, however they included the following comment: "The district developed curriculum is much more engaging and exciting, the chemistry can be applied to real life, connecting science to real world things."

No Community Input Forms were submitted for the STEMScopes materials.

In total, one Community Input Form was submitted by a community member from a public display site, open house information session, or online via the District website regarding PEER. A qualitative analysis of the data collected for the question: *How well do you feel this program meets the high expectations we have set to provide all our students with an equitable, authentic science experience?* showed that the community member who provided the input assigned PEER a rating of "Well" on a scale from Very Well to Poor. The form also included the following comment: "I only know about (PEER) Physics A, but it seems great."

The actual volume of Community Input Forms submitted belies the community engagement efforts made by the Adoption Committee to collect data from community stakeholders. Unfortunately, informal and anecdotal input about the candidate programs could not be analyzed or evaluated, because the communication methods could not be compared reliably with data collected legitimately from the Community Input Forms.

7. **Synthesis of All Data Collection Results and (see Attachment J)**
Each committee review team applied the weighting formula developed by the committee at the outset of Stage 2 to the scores below for each of the three candidate programs:

- o   Review Criteria Average Score (Stage 1)
- o   Field Test Data Review Team Consensus Score
- o   Public Input Data Review Team Consensus Score

Each committee review team calculated their weighted consensus scores for the Review Criteria scores from Stage 1, the Field Test data, and the Public Input data including annotated evidence collected from the data to support their scores. Each review team reported their scores and supporting evidence as to the other committee review teams. The committee identified patterns and trends across all review team reports and each review team tallied their three final scores to report a total score for this candidate.

22

CONFIDENTIAL

CHERKIN_033896

During the teams' data reporting, Committee Members commented on the overall positive feedback from the Carbon TIME field test, both from the teachers and from the students. Members were impressed with the passion of the field test teachers, and with the comments from students about their engagement with the content.

Based on the committee's findings from the field test outcomes and data collected, the Carbon TIME program received overwhelming support from the Adoption Committee members. Some pointed out that the curriculum was the highest-scoring program during the Review Criteria phase, and that the field test data components unsurprisingly supported that assessment.

Additionally, Committee Members identified strengths they saw within the Carbon TIME curriculum: the lessons were robust and strong, focused on scientific practices and strong discourse. Students grew in their understanding of important science concepts. Students were very positive in their comments about their experiences with biology within Carbon TIME.

In conclusion, the review teams shared their feeling that this curriculum was "ready to put in front of kids" and was overall a strong solution to the need for a new biology curriculum for BIO A.

Members noted that teachers on the field test panel were overwhelmingly enthusiastic about the BIO B District-Developed curriculum. One student Committee member noted that he went through the field test unit in Biology B class and felt that the lessons flowed well. The Adoption Committee members identified that one of the strengths of the District-Developed Curriculum is that it follows the structure of Carbon TIME, so it has a "seamless structure" for those students taking both BIO A and BIO B.

Based on the committee's findings from the field test outcomes and data collected, the District-Developed curriculum for CHEM A was the top candidate based on the field test data and the committee Review Criteria data regarding the program's strong storyline and phenomena, opportunities for student discourse, and engagement in practices and rigor. The STEMScopes program did not receive positive feedback around usability and differentiation, field test data, including teacher input, revealed that it did not have an overarching phenomenon, therefore no storyline, and little student growth of scientific content understanding.

Adoption Committee members commented that they had strong concerns about the lack of student growth and the student comments from STEMScopes. One group said that the student growth data was both "compelling and heartbreaking." One quoted a teacher from the field test panel, who said that the STEMScopes curriculum "made me a worse teacher."

Additionally, Adoption Committee members identified strong concerns around bias content within STEMScopes. They noted that some teachers were offended by content found within at least one video in the Field Test unit. Many members agreed that this

23

CONFIDENTIAL

CHERKIN_033897

was not only concerning, but a "red flag" that eliminated STEMScopes from their considerations.

Conversely, the District-Developed Curriculum for CHEM A received much higher praise. Teams mostly agreed that the curriculum strongly addressed the standards, though some teams felt that it could take a less conservative approach. Some members felt that there was a missed opportunity in addressing cultural aspects within the curriculum, but that the collaborative nature of the curriculum made addressing such concerns easy. Adoption Committee members identified comments from students that they said demonstrated a passion for the content, that students appreciated it and learned from it better than from STEMScopes. Students stated that they looked forward to coming to class and learning chemistry from the District-Developed curriculum.

Members commented on the overall positive feedback from the PEER field test, both from the teachers and from the students. Members were impressed with the passion of the field test teachers, and with the comments from students about their engagement with the content. Modeling and sense-making within the lessons was highlighted as well.

The Adoption Committee then proceeded to the decision-making phase. Adoption Committee members agreed to an anonymous vote to confirm their recommendations for adoption to the School Board. The results confirmed support of Carbon TIME as the sole recommendation for BIO A, the District-Developed Curriculum as the sole recommendation for BIO B, the District-Developed Curriculum as the sole recommendation for CHEM A, and PEER as the sole recommendation for PHYS A and B. The Committee elected to not move a curriculum forward for Adoption for CHEM B at this time but recommended that funding be made available for teachers to continue to collaboratively develop CHEM B, using the CHEM A District Developed course as a guide.

After examining all of the procedures and steps in the adoption process and ensuring that all steps in Board Policy 2015 were met, the Instructional Materials Committee approved the recommendations as listed above for adoption on March 28, 2019.

## 8. Decision

Each Adoption Committee review team calculated their weighted consensus scores for the Review Criteria scores from Stage 1, the Field Test data, and the Public Input data including annotated evidence collected from the data to support their scores. Each review team reported their scores and supporting evidence as to the other committee review teams. The committee identified patterns and trends across all review team reports and each review team tallied their three final scores to report a total score for each candidate finalist program. The Adoption Committee then proceeded to the decision-making phase. Adoption Committee members agreed to an anonymous vote to identify a single finalist for recommendation for adoption to the school board for each of the courses.

24

CONFIDENTIAL

CHERKIN_033898

Based on the synthesis and summary of all data reviewed by the committee and the reporting of final scores, Carbon TIME was unanimously recommended for Adoption for BIO A, with two members recusing themselves from the vote.

The District-Developed Curriculum was unanimously recommended for Adoption for BIO B, with four members recusing themselves from the vote. 36.0% of voting members recommended that the Board not only Adopt the District-Developed Curriculum, but also provide funding for additional improvements through teacher collaborations. in professional development settings.

PEER was recommended for Adoption for PHYS A and PHYS B with a unanimous vote. The District-Developed Curriculum was overwhelmingly recommended for Adoption for CHEM A, with six members recusing themselves from the vote. One member voted to move neither program forward for Adoption, while 58.3% of voting members recommended that the Board not only Adopt the District-Developed Curriculum, but also provide funding for additional improvements through teacher collaborations. in professional development settings.

In addition to the above, the Adoption Committee voted unanimously to not recommend an Adoption for CHEM B; however, they also unanimously voted to put forth a recommendation similar to the above, to recommend that the Board provide funding for continued development of the District-Developed Curriculum for CHEM B through teacher collaborations in professional development settings.

After examining all the procedures and steps in the adoption process and ensuring that all steps in Board Policy 2015 were met, the Instructional Materials Committee approved the sole recommendation of Carbon TIME for adoption for BIO A, the District-Developed Curriculum for adoption for BIO B, the District-Developed Curriculum for adoption for CHEM A, and PEER for adoption for PHYS A and B on March 16, 2019.

## B. Research

### SPS Research and Evaluation Department Curriculum Adoption Teacher Survey, February 2019 (Attachment M)

A critical part of the district's process for adopting and implementing new curriculum materials is learning how to best support teachers, for example by providing professional development, support, and resources where they are most needed. Accordingly, the SPS Research & Evaluation (R&E), in partnership with the Curriculum, Assessment and Instruction (CAI) department administered a survey in February 2019 to certificated classroom teachers regarding their experiences with new or planned curriculum materials. The survey included question panels related to the K-12 science instructional materials adoption.

In February 2019, the SPS Research and Evaluation Department administered the Curriculum Adoption Teacher Survey for all elementary school teachers, K-12 science, as well as middle school math and K-5 ELA teachers (see Attachment M). 57% of science teachers at grades 9-12 responded to the survey. The survey provided important

25

CHERKIN_033899

data for the Adoption Committee and SPS Science Department about the need for high quality instructional science materials to support alignment to standards and close the opportunity gap in science learning for students of color in the District. The survey also asked teachers to identify the types of systems, structures, and supports needed to transition to a new instructional materials program following adoption. Teachers hope that new NGSS-aligned materials will help to engage students in authentic, hands-on learning experiences that center around a scientific phenomenon that students can relate to their own lives. This, they said, will help students who might typically not have enjoyed science become enthusiastic science learners. Teachers also asserted that interest and skills in science are necessary to succeed in the highly scientific and STEM-based economy into which they will graduate.

## C. Alternatives

1. Do not approve the committee-recommended instructional materials and return to each teacher developing their own instructional resources. This alternative is not recommended by the Committee of experts, that each gave 60 hours of their time as they adhered to a strict process and review of the candidates. Independent, autonomous teaching that creates different programs in each school and each science classroom within a school is not an effective way to provide equitable science education to our students across the district. Teachers will be forced to continue to work in isolation within their buildings and attempt to align their personal lessons to the standards.

### a. Pros:

- None

### b. Cons:

- Not aligned to the 2013 WA State Science and Engineering Standards (currently aligned only to the 2009 standards), which does not prepare students for advanced science courses, for the WA State high stakes assessment in grade 11, or for college
- Teachers do not have the expertise, nor the time, to develop curriculum in a vacuum
- Without collaboration with colleagues, there are no checks and balances to ensure the curriculum addresses the standards and is rigorous
- No embedded formative or summative assessments, no embedded discourse for sense-making, no differentiated or multilingual reading materials, and no opportunities to use technological tools to deepen the science experience
- Assessments will not be consistent and likely not 3-dimensional. It is impossible to develop a robust assessment bank in a vacuum
- No guarantee of engineering design instruction

26

CONFIDENTIAL

CHERKIN_033900

- Current science resources are not based on the latest brain-based research about how students learn, do not contain best practices used in literacy and mathematics, nor address cultural relevancy

## 5.    FISCAL IMPACT/REVENUE SOURCE

The nine-year cost to adopt Carbon TIME for Biology A, District Developed Materials for Biology B, District Developed Materials for Chemistry A and B, PEER for Physics A and B, and a 0.4 FTE Science Curriculum Specialist is $1,034,132.

|  | Year 1 | Year 2 | Year 3 | Years 4-9 | Total All Years 1-9 |
|---|---|---|---|---|---|
| **BIO A** | $    65,770 | $    28,119 | $    28,891 | $    14,400 | $    137,180 |
| **BIO B** | $    63,370 | $    25,719 | $    26,491 | $    - | $    115,580 |
| **CHEM A** | $    66,713 | $    29,163 | $    30,038 | $    - | $    125,914 |
| **CHEM B** | $    34,147 | $    35,171 | $    36,226 | $    - | $    105,544 |
| **PHYS A** | $    189,188 | $    29,163 | $    30,038 | $    - | $    248,389 |
| **PHYS B** | $    190,913 | $    29,163 | $    30,038 | $    - | $    250,114 |
| **0.4 FTE Curriculum Specialist** | $    - | $    51,411 | $    - | $    - | $    51,411 |
| **TOTAL** | $    610,102 | $.    227,909 | $    181,721 | $    14,400 | $    1,034,132 |

A.  The Carbon TIME curriculum is a free and open resource. Nine-year total costs include ADA compliance, website maintenance and professional development.

B.  The District-Developed Curriculum for BIO B is a free and open resource. Nine-year total costs include ADA compliance and professional development.

C.  The District-Developed Curriculum for CHEM A is a free and open resource. Nine-year total costs include ADA compliance, professional development additional collaboration funding as recommended by the Adoption Committee to continue development and revision of a CHEM B curriculum that parallels CHEM A.

D.  PHYS A and B curriculum nine-year total costs include adoption of new materials from the University of Colorado Boulder, the developer of the PEER curriculum, to align with the new standards. Includes unlimited access to, and support for, the program, including annual incremental updates and upgrades to the curriculum and professional development.

E.  $51,411 – 0.4 FTE Science Curriculum Specialist for implementation of the Adoption.

There is currently confirmed budget for High School Science. The revenue source is the curriculum budget in the general fund.

27

CONFIDENTIAL

CHERKIN_033901

| Expenditure: | ☐ One-time | ☐ Annual | ☒ Multi-Year | ☐ N/A |
| --- | --- | --- | --- | --- |
| Revenue: | ☐ One-time | ☐ Annual | ☐ Multi-Year | ☒ N/A |

## 6.    COMMUNITY ENGAGEMENT

With guidance from the District's Community Engagement tool, this action was determined to merit the following tier of community engagement (See Attachment C):

☐ Not applicable

☐ Tier 1: Inform

☐ Tier 2: Consult/Involve

☒ Tier 3: Collaborate

Throughout the duration of the Adoption Process, community, family, and teacher stakeholders received regular communications and updates, and were informed of all opportunities to provide input or participate in the process, including:

- Applying to serve on the Adoption Committee
- Submitting input via a paper or online survey as part of the Needs Assessment conducted at the outset of the process to inform the development of the Review criteria used to evaluate the vendor programs submitted for consideration
- Reviewing the instructional materials for the three finalists' candidates online or in person at one of the five public display locations across the district and submitting a Community Input Form with their feedback
- Attending an open house Science Adoption information and instructional materials review session
- Following the outcomes of all Adoption Committee meetings on the SPS Science Adoption webpages through publication of meeting notes
- Receiving updates and announcements via SPS Communications on the SPS website and via emails to SPS families and staff
- Communications were translated into 5 languages to encourage participation.

This input and participation was solicited by the Science Department through multiple communication pathways including multiple emails via SPS Communications, announcements on the District website and SPS social media, through a robust website presence providing links to online versions of the finalists candidate materials, communications to SPS high school principals and high school teachers, and family letters. The Science Department also provided community engagement touch-points to reach stakeholders, including speaking engagements with community organizations and hosting two full-day open house information sessions in the north and south end of the district, respectively.

28

CONFIDENTIAL

CHERKIN_033902

Textual and online instructional materials for the three candidate vendor programs were made available for public review and input online on the SPS Science Adoption webpage, as well as at the following physical locations across the district:

- Ingraham High School
- Garfield High School
- Chief Sealth International High School
- John Stanford Center for Education Excellence

## 7.    EQUITY ANALYSIS

"There is no doubt that science and science education are central to the lives of all Americans. Never before has our world been so complex and science knowledge so critical to making sense of it all. When comprehending current events, choosing and using technology, or making informed decisions about one's health care, understanding science is key. Science is also at the heart of the ability of the United States to continue to innovate, lead, and create the jobs of the future. ALL students no matter what their future education and career path must have a solid K–12 science education in order to be prepared for college, careers, and citizenship." (*Appendix A: Conceptual Shifts in the Next Generation Science Standards*. National Research Council. 2013. *Next Generation Science Standards: For States, By States*)

Seattle Public Schools is committed to eliminating opportunity gaps to ensure access and provide excellence in education for every student. *Board Policy #0030 – Ensuring Racial and Educational Equity* was developed to work toward the district's mission to eliminate opportunity gaps. Goals of this policy that will be supported through the adoption of a standards-aligned K-5 science instructional materials program include equitable access to a high-quality curriculum and educational resources, and professional development to strengthen teachers' knowledge and skills for eliminating opportunity gaps and other disparities in achievement. The last high school science adoption in Seattle Public Schools was in 2001-2002. In the absence of an updated, standards-aligned science curricula, schools with heavy PTSA involvement, lower teacher turnover, and low free-and-reduced lunch, have used building funds to purchase supplemental materials for their schools. This has resulted in highly varied instructional resources in both quality and quantity across our district and a lack of common scope and sequence in curriculum and assessment. This patchwork of disjointed and supplemental science curricula is not replicable or sustainable at a systems level and, most importantly, is profoundly inequitable for Seattle Public School's underserved populations. As a result of this inequitable access to science instructional materials, low-income students and students of color are far more likely to be inadequately prepared for high-school level science courses, as evidenced by the achievement gaps in SPS between white students and students of color reported for grade 8.

Nationally, there is a crisis in equity in STEM fields, and in Washington state there is great disparity between the concentration of STEM-related jobs and a prepared labor pool. By 2030 in Washington State, 67% of job openings will require a STEM credential or training. Currently, 37% of students in the class of 2021 are expected to lack adequate

29

CHERKIN_033903

training, preparation, or credentials for entry into STEM careers or post-secondary opportunities (Washington STEM, *STEM by the Numbers: Equity and Opportunity,* 2019. http://www.washingtonstem.org/STEMbythenumbers). The data below quantifies the manifestation of the opportunity gap for students of color locally and nationally at both K-12 and in the workforce:

- Washington State's 4th grade Black and Latino students, respectively, score 31 and 29 points lower on the National Assessment of Educational Progress in Science. (*2015 National Assessment of Educational Progress (NEAP) Nation's Report Card,* http://nces.ed.gov/nationsreportcard/states/)

- In the first year of the 5th grade WCAS, Washington State's new statewide science assessment, SPS White students in grade 5 had a passing rate of 81.2%, while their Black counterparts had a passing rate of 28.6% and Latino counterparts a passing rate of 44.6% (WA State Report Card, 2017-18).

- Washington's achievement gaps in math and science have not improved in over a decade and are the 12th largest in the nation. If efforts to improve the achievement gap continue at this current rate, it would take 150 years for Black students to realize the same level of achievement as their peers (Center for Education Policy, *The Achievement Gap: Slow and Uneven Progress for Students,* 2010).

Inequitable access to science instruction and materials has been particularly impactful to our underserved populations of students, including English language learners and students with special needs. Historically, K-12 science has focused on direct instruction and an overemphasis on confirmation labs (activities for which the outcome is known and used as an exercise to confirm an idea), devoid of opportunities to engage in authentic science practices or engineering design activities, pedagogically making it difficult for many learners to access and engage meaningfully with the science content. The adoption of new science materials will address the need to provide science learning that will include multiple modalities in both instruction and assessment.

The adopted materials will increase equitable access to all K-12 students and prepare them for success in core science courses in high school and college preparatory science courses (AP/IB), which is particularly important as Washington State moves to a 24-credit graduation requirement, necessitating completion of three years of science coursework. ~~In addition, the class of 2020 will be the first for whom passing the new statewide science assessment, the WCAS, will be a graduation requirement.~~ The test, taken at the end of grade 11, addresses all of the 9-12 science standards, whereas the previous state science assessment, the Biology EOC, tested only Biology standards. The WCAS data will be used for district accountability and no longer a graduation requirement.

Research suggests that a diverse STEM workforce is essential not only to providing equitable opportunities, but to ensuring that the outcomes of STEM endeavors in research and industry reflect, and are enriched by, the diverse perspectives and attributes represented by our reginal and national populace. In an article published in Scientific American by Medin, Lee, and Bang (October 2014), the authors argue that "STEM-related endeavors are better when they include culturally diverse perspectives and approaches... Being around people who are different from us makes us more creative, more diligent, and harder-working. It promotes innovation."

30

CONFIDENTIAL

CHERKIN_033904

By increasing access of all students to science, particularly students of color, English language learners, and students with special needs to science, Seattle Public Schools will continue to prepare students for STEM fields.

In order to help ameliorate the gender, racial, cultural, religious, and/or sexual orientation bias frequently experienced by students, all programs submitted for review were thoroughly and carefully reviewed for evidence of an anti-bias lens using the Evaluation of Bias Content category of the Review Criteria which includes the criteria from the Board Policy 2015 Anti-Bias Screener tool and the Washington Models for the Evaluation of Bias Content in Instructional Materials (publ. Sept. 2009). Committee members scrutinized the texts for examples of materials containing bias and/or stereotyping based on gender, race, religion and/or sexual orientation. Committee members reviewed texts and recorded all findings, drawing from evidence from the instructional materials. Any instructional materials program that failed to achieve an acceptable score in this category were eliminated from consideration.

## 8.    **STUDENT BENEFIT**

Based on all the evidence gathered during the course of the 12-month adoption process, the Adoption Committee firmly believes that adopting the Carbon TIME instructional materials program for all BIO A high school science classrooms, the District-Developed Curriculum for all BIO B high school science classrooms, the District-Developed Curriculum for all CHEM A high school science classrooms, and the PEER instructional materials program for all PHYS A and PHYS B high school science classrooms will provide a substantial benefit to students, as measured by student academic growth, engagement in standards-aligned practices, availability of teacher instructional scaffolds and supports, and greater equity and consistency in students experience across the district as a result of a common curricular scope and sequence and common assessments. A summary of these benefits is outlined below.

- **Common Instructional Materials and Unit Scope and Sequence**
  Regardless of school assignment, students in all schools across the district will have access to current, high-quality, standards-aligned science instructional materials in a common scope and sequence and will be held to common expectations for learning outcomes for the first time in the history of Seattle Public Schools. Having common science instructional materials and assessments in all BIO A, BIO B, CHEM A, PHYS A, and PHYS B classrooms will maximize the benefit of Science Department supports and professional development opportunities. This common scope and sequence allow teachers to work collaboratively toward standards-aligned instructional practices and use of assessments to best support and meet student learning needs, including the development of resources to differentiate instruction and provide culturally responsive instruction.

In addition, students will receive instruction from teachers that have received adequate professional development in implementation and effective use of the instructional materials. The 2019-24 Strategic plan vision is Every Seattle Public Schools' student receives a high-quality, world-class education and graduates prepared for college, career, and community. An excerpt from the Theory of Action is as follows: WHEN WE

31

CONFIDENTIAL

FOCUS on ensuring racial equity in our educational system, unapologetically address the needs of students of color who are furthest from educational justice, and work to undo the legacies of racism in our educational system...

BY doing the following:

- Allocating resources strategically through a racial equity framework
- Delivering high-quality, standards-aligned instruction across all abilities and a continuum of services for learners

- **Educational Excellence and Equity for Every Student**
  Goals of Policy No. 0030 will be supported through the adoption of a standards-aligned high school science instructional materials program that includes equitable access to a high-quality curriculum and educational resources, and professional development to strengthen teachers' knowledge and skills for eliminating opportunity gaps and other disparities in achievement.

## 9.    WHY BOARD ACTION IS NECESSARY

☒ Amount of contract initial value or contract amendment exceeds $250,000 (Policy No. 6220)

☐ Amount of grant exceeds $250,000 in a single fiscal year (Policy No. 6114)

☐ Adopting, amending, or repealing a Board policy

☐ Formally accepting the completion of a public works project and closing out the contract

☒ Legal requirement for the School Board to take action on this matter

☒ Board Policy No. 2015, Selection and Adoption of Instructional Materials, provides the Board shall approve this item

☐ Other:

## 10. POLICY IMPLICATION

The motion is in compliance with Policy No. 2015, Selection and Adoption of Instructional Materials. In addition, Policy No. 6220, requires Board action because the contract exceeds $250,000. This process followed all of the requirements outlined in this policy.

## 11. BOARD COMMITTEE RECOMMENDATION

This motion was discussed at the Curriculum and Instruction Policy Committee meeting on April 23, 2019 and the Curriculum and Instruction Policy Committee of the Whole on April 30, 2019. The Committee reviewed the motion and moved the item forward for consideration by the full board.

32

CONFIDENTIAL

CHERKIN_033906

## 12. TIMELINE FOR IMPLEMENTATION

Upon approval of this motion, Adoption of the Carbon TIME program as the official science curriculum for BIO A, Adoption of the District-Developed Curriculum program as the official science curriculum for BIO B, Adoption of the District-Developed Curriculum program as the official science curriculum for CHEM A, and Adoption of the PEER program as the official science curriculum for Physics A and Physics B, Seattle Public Schools will provide the recommended funding for professional development and purchase instructional resources and materials from the University of Colorado Boulder with student use beginning in the 2019-2020 school year.

The following implementation will follow this general timeline:

- May 2019: Communications to families, community, staff, and school and central leaders

- May-June 2019: SPS Science Department will work with the SPS Purchasing department to finalize the contract between Seattle Public Schools and the University of Colorado Boulder (and Michigan State University, if applicable) and ensure that orders for all schools are accurately placed.

- May 2019: The Science Department and the Department of Curriculum, Assessment, and Instruction will develop a schedule and goals and outcomes for initial and ongoing professional development.

- May-July 2019: Department of Technology Services will work with the University of Colorado Boulder, Michigan State University, and District Biology and Chemistry teachers to develop a pathway to compliance for all online components of the adopted program with the Americans with Disabilities Act (ADA).

- July-August 2019: Instructional materials will be delivered to all SPS BIO A, BIO B, CHEM A, PHYS A, and PHYS B classrooms.

- July-August 2019: The University of Colorado Boulder, Michigan State University, and District Biology and Chemistry teachers will work with the SPS Science Department and Department of Technology to establish systems for creating teacher accounts and student logins and responding to ongoing needs for technical support.

- August 2019: BIO A, BIO B, CHEM A, PHYS A, and PHYS B teachers will receive 3 days of in-depth professional development in the format, pedagogy, and implementation of the adopted instructional materials.

- September 2019-June 2020: Three additional days of science teacher professional development distributed throughout the school year plus implementation of online professional development opportunities including Schoology-based resources and Skype-based webinars.

- June 2020: The Science Department will conduct an evaluation of the first-year implementation of the adopted instructional materials, including analysis of student growth data and teacher/student/community input and feedback.

33

CONFIDENTIAL

CHERKIN_033907

## 13. ATTACHMENTS

- Attachment A:
  - A1: Biology A: Final Candidate Vendor Proposal
  - A2: Biology B: Final Candidate Vendor Proposal
  - A3: Physics: Final Candidate Vendor Proposal
  - A4: Chemistry: Final Candidate Vendor Proposal
- Attachment B: 9-12 Science Adoption Communications Plan
- Attachment C: 9-12 Science Adoption Community Engagement Plan
- Attachment D: High School Science Adoption Committee Membership
- Attachment E: High School Science Adoption Instructional Materials Review Criteria
- Attachment F: High School Science Adoption Process Timeline, Summary, and Outcomes
- Attachment G:
  - G1: Biology A: Summary of Community and Family Input and Feedback
  - G2: Biology B: Summary of Community and Family Input and Feedback
  - G3: Physics: Summary of Community and Family Input and Feedback
  - G4: Chemistry: Summary of Community and Family Input and Feedback
- Attachment H: Field-Test Schools and Participating Teachers w/ distribution map
- Attachment I: Field-Test Data and Analysis: Field Test Teacher Input & Feedback, Student Growth Data, Classroom Observation Data, Student Interview and Survey Data
  - I1: Biology A
  - I2: Biology B
  - I3: Physics
  - I4: Chemistry
- Attachment J: Analysis Summary of Feedback & Data Collected
  - Includes all data collected from all sources (community, field test teachers, student surveys and interviews, and student assessment data, etc.)
  - How adoption committee used this to score and determine final candidates for the BAR
  - J1: Biology A
  - J2: Biology B
  - J3: Physics
  - J4: Chemistry
- Attachment K: Racial Equity Analysis Tool

34

CONFIDENTIAL

CHERKIN_033908

- Attachment L: ADA/Consent Decree Compliance Ratings (Pending)
- Attachment M: SPS Research & Evaluation Teacher Adaptation Survey, February 2019

35

CONFIDENTIAL

CHERKIN_033909

Attachment:

C.  School Board Action Report on May 29, 2019 to approve action item #2 of Section IX of the School Board agenda to approve and purchase "instructional materials for all middle school science classrooms in grades 6-8" at a cost of $1,503,829 for materials and $565,857 for "in-house professional development and collaboration and a 1.0 FTE Curriculum Specialist"

CONFIDENTIAL

CHERKIN_033910



## SEATTLE PUBLIC SCHOOLS

# School Board Action Report

## Middle School Science Instructional Materials Adoption, April 2019

Seattle Public Schools is committed to making its online information accessible and usable to all people, regardless of ability or technology. Meeting web accessibility guidelines and standards is an ongoing process that we are consistently working to improve.

While Seattle Public Schools endeavors to only post documents optimized for accessibility, due to the nature and complexity of some documents, an accessible version of the document may not be available. In these limited circumstances, the District will provide equally effective alternate access.

For questions and more information about this document, please contact the following:

Brad Shigenaka
Curriculum Specialist – Curriculum, Assessment, and Instruction
bjshigenaka@seattleschools.org

This Board Action will approve the recommendation of the Middle School Science Instructional Materials Adoption committee for instructional materials for all middle school science classrooms in grades 6-8. This Report includes a set of supporting documents, some of which, by their nature, are not fully ADA-compliant.

CONFIDENTIAL

# SCHOOL BOARD ACTION REPORT

SEATTLE
PUBLIC
SCHOOLS

**DATE:** April 5, 2019
**FROM:** Ms. Denise Juneau, Superintendent
**LEAD STAFF:** MaryMargaret Welch, Science Program Manager
(mmwelch@seattleschools.org)
Kyle Kinoshita, Executive Director of Curriculum, Assessment, and
Instruction (kdkinoshita@seattleschools.org)
Diane DeBacker, Chief Academic Officer
(dmdebacker@seattleschools.org)

**For Introduction:** ~~May 1,~~ May 15, 2019
**For Action:** ~~May 15,~~ May 29, 2019

## 1.    TITLE

Middle School Science Instructional Materials Adoption

## 2.    PURPOSE

This Board Action will approve the recommendation of the Middle School Science Instructional
Materials Adoption committee for instructional materials for all middle school science
classrooms in grades 6-8.

## 3.    RECOMMENDED MOTION

I move that the Seattle School Board approve the Middle School Science Adoption Committee's
recommendation to adopt AmplifyScience for instructional materials for all grade 6-8 Seattle
Public Schools science classrooms.

I further move that the Seattle School Board authorize the Superintendent to purchase
AmplifyScience as the core instructional materials for all grade 6-8 Seattle Public Schools'
science classrooms for an amount not to exceed ~~$2,069,686~~ $1,503,829, covering licensing from
school year 2019-20 to 2027-28, and an amount not to exceed $565,857 for in-house professional
development and collaboration and a 1.0 FTE Curriculum Specialist.

## 4.    BACKGROUND INFORMATION

### A. Background

**1. Previous Adopted Middle School Science Instructional Materials, 2002-Present**
The most recent middle school science instructional materials adoption in Seattle Public
was in 2001-2002. Science units were adopted "piecemeal" from the three different
vendor programs that were included in the adoption: STC (Science and Technology
Corporation), FOSS (Full Option Science System), and Lab-Aids by SEPUP (Science
Education for Public Understanding) instead of adopting a comprehensive program from

1

CONFIDENTIAL

CHERKIN_033912

a single vendor. This resulted in a unit scope and sequence that included both redundancies and several critical content gaps. Nearly all have been discontinued, and the cost to purchase updated versions from the publishers has been cost-prohibitive. This has resulted in text-based resources that are woefully outdated and/or inaccurate.

Current, relevant, and important science topics such as global climate change, space science, engineering, and genetics are entirely absent from the current adopted curriculum. Other important topics such as the particulate nature of matter, earth science, and waves and energy are only lightly touched upon. The lesson activities are primarily "cookbook" labs in which students follow an experimental procedure with no embedded opportunities for sense-making, which has resulted in decades of science instruction characterized by "hands-on" but not "minds-on.

## 2. 2013 WA State K-12 Science Learning Standards, 2013-Present

In 2013, the Washington State legislature officially adopted the national science standards called the Next Generation Science Standards (NGSS) as the Washington State K-12 Science Learning Standards (WSSLS). The new science and engineering standards call for a significant shift in instruction that will engage more students in science. The shift in science pedagogy called for in the new standards provides all students with 21st century skills not previously embedded within science coursework.

The 2013 Washington State Science Learning Standards are organized into three dimensions: science content, science and engineering practices, and cross-cutting concepts. The pedagogy called for in the new standards focused on students "figuring out" instead of simply "learning about," by engaging students in gathering evidence to explain scientific phenomena, discourse and argumentation, data analysis, supporting claims from evidence, and integrating technology into science education and engineering design. The new standards also include an entire strand focused on engineering design, both in practice and in the context of science content.

## 3. Washington Comprehensive Assessment of Science (WCAS)

In spring of 2018, the new Washington Comprehensive Assessment of Science (WCAS) was implemented statewide for the first time at grades 5, 8, and 11. This is the first state assessment to assess student proficiency around the 2013 Washington State Science Learning Standards. The new test is an entirely digital assessment requiring students to engage interactively with technology to manipulate elements on the screen to demonstrate understanding of scientific principles and practices. Each assessment item explicitly integrates at two or three of the dimensions (Disciplinary Core Ideas, Cross-Cutting Concepts, and Science and Engineering Practices) that comprise the science standards. The test will be administered annually to all grade 5, 8, and 11 students across the state and will be a graduation requirement beginning in 2021.

## 4. Middle School Science Standards Alignment Team & Professional Development, 2015-2017

In 2015, the district articulated that standards alignment and common curricular scope and sequence for all students in all schools was one of the highest priorities for the Curriculum, Assessment, and Instruction department. In response to this important

2

CHERKIN_033913

initiative, the Science department convened a Middle School Science Alignment Team to develop a strategic plan to align with the state's adopted science standards. Concurrently, middle school teachers across the district were participating in a 4-year Science Partnership grant, from the State Office of Superintendent of Public Instruction (OSPI), which funded a professional development experience for all middle school science teachers, which resulted in a high awareness and enactment of the pedagogy and instructional shifts of the Next Generation Science Standards. The professional development was designed and implemented in partnership with the Institute for Systems Biology and the University of Washington Institute for Science and Math Education.

In spring of 2017, with no funds earmarked for a 6-8 science adoption, a majority of middle schools opted to apply for the 3-year waiver to use instructional materials developed for the new science standards by Lawrence Hall of Science for Amplify as an alternative to teaching with the 2001-2002 adopted materials.

### 5. Middle School Science Adoption Process & Committee Work: Instructional Materials Review & Field Test, May 2018-Present

The School Board instructed the science team of Curriculum, Assessment, and Instruction to launch a middle school science instructional materials adoption in April 2018. The adoption process was carried out over a 12-month period and proceeded according to guidelines outlined in School Board Policy 2015. The process occurred in three phases: Stage 1, Field Test, and Stage2. (see Attachment E)

#### 5a. Stage 1: Committee Determines Finalists for Field Test, June 2018-Decemeber 2018

A middle school Science Adoption Committee comprised of teachers, school leaders, parents, professionals in STEM fields, and other community members were selected through an application process to ensure a committee that represented the diversity of stakeholders diverse in SPS, including geography, race, ethnicity, gender, and age (see Attachment D).

The committee members identified five categories and 74 specific criteria for evaluation, based on the needs, priorities, data, and research that emerged from the following sources.

- 2013 Washington State Science Learning Standards (adopted from the 2013 Next Generation Science Standards)
- Preliminary Family/Community and Teacher/Staff needs assessment and input survey, which identified the priorities around science materials, instruction, and learning in our district
- A Framework for K-12 Science Education: Practices, Crosscutting Concepts, and Core Ideas (National Research Council [NRC] of the National Academy of Sciences)
- The Educators Evaluating the Quality of Instructional Products (EQuIP) Rubric for Science
- Anti-Bias Criteria Screening Tool outlined in Board Policy 2015
- WA OSPI Equity & Civil Rights Task Force
- SPS Formula for Success

3

CONFIDENTIAL

CHERKIN_033914

The categories were weighted and a draft of the Science Instructional Materials Review Criteria (see Attachment E) was presented to the SPS Instructional Materials Committee (IMC) for feedback and the final draft approved for use as the committee's evaluation tool of candidate programs. The weighted review criteria categories as voted by the MS Adoption Committee were:

- Category 1: Standards Alignment (22%)
- Category 2: Assessments (17%)
- Category 3: Inclusive Educational Practices (20%)
- Category 4: Evaluation of Bias Content (20%)
- Category 5: Instructional Planning and Support (21%)

Ten curriculum vendors responded to the District's Procurement Department's Request for Proposal (RFP).

Between September and December 2018, committee members worked collaboratively in small review teams composed of both teachers and community members to examine each of the ten vendor instructional programs using the Science Instructional Materials Review Criteria.

Due to the breadth and depth of the criteria contained within the five categories within the Review Criteria, a protocol was proposed in which a vendor program could be eliminated from consideration if two separate review teams, independent from each other and without knowledge of each other's work, reaching consensus that the candidate materials did not meet the minimum alignment for science standards alignment or anti-bias content and were not for consideration.

After each candidate vendor program was reviewed by two independent review teams, the total scores for each vendor program were averaged and ranked (see Attachment F). Based on the average scores, the Adoption Committee members eliminated six of the ten candidate vendor programs from consideration. The committee then focused its efforts on reexamining the four remaining programs in depth using the following guiding question: What would it look like from the vantage point of a teacher?

Based on this reexamination the committee voted unanimously to eliminate one of the remaining four programs and continue to review the remaining three vendor programs, which were advanced to the field test round of the Middle School Science Adoption process as finalist candidates:

- Amplify, *AmplifyScience*
- Houghton Mifflin Harcourt, *HMH Science Dimensions*
- Teachers' Curriculum Institute (TCI), *Bring Science Alive!*

### 5b. Field Test, January 2019-March 2019
All SPS science teachers of grades 6-8 were invited to apply to participate in the Middle School Science Adoption field test pending principal approval and

4

CHERKIN_033915

demonstration of understanding of the 2013 Washington State Science Learning Standards. Twelve teachers and their students representing a diversity of years in the profession, science background, gender, and ethnicity were selected by the Adoption Coordinator to teach the field test unit in their classrooms. The field test classrooms included over 1000 students from 6 SPS middle school buildings located in multiple regions of the district and represented Seattle Public Schools diverse racial, ethnic, and socioeconomic groups and student populations, including English Language Learners, Special Education, HCC, and general education (see Attachment H).

The twelve field test teachers were instructed to implement and instruct a pre-selected unit from one of the three candidate programs. A unit topic common to all three programs and aligned to the same science standards was selected from each candidate program to allow for a common frame of reference for evaluation. Field test teachers received a full day of training from the vendor including follow-up time to plan and calendar their unit with their field test colleagues.

Field test teachers were given the following guidelines and expectations for field test participation in order to ensure the validity of the field test and provide multiple data collection opportunities (see Attachment I) about each candidate program:
- Implement the unit with as much fidelity as possible
- Submit feedback via digital survey platform on a weekly basis about the effectiveness of learning activities, standards alignment, and student engagement.
- Work with the Adoption Coordinator and Science Department Specialists to schedule a lesson observation and participate in a post-observation interview
- Select a small student focus group to be interviewed about their experience with the field test unit
- Have all students participating in the field test complete an end-of-unit survey collaboratively developed in April 2018 by a national team of science educators including the SPS Science Department Manager and an existing research practice partnership with the University of Washington Department of Education and was approved by SPS Research and Evaluation. Students self-reported on the following attributes through their responses:
  o Engagement in standards-aligned science practices
  o Using instructional materials that are organized around a conceptual storyline and anchored by a puzzling science phenomena problem to solve
  o Sharing science ideas through student discourse
  o Relevance and accuracy of content for science learning
  o Equity, Identity, and Disposition
- Administer and score the provided pre-unit and post-unit assessments and record student scores to quantify student growth
- Participate in a panel interview session with the Adoption Committee

### 5c. Stage 2: Analysis, March 2019
Prior to beginning the final review and analysis of all data collected for each candidate program, Adoption Committee members completed a survey in which they provided input about how the categories of data collected during the adoption process should be weighted (see Attachment J) when synthesizing the data to assign a final overall score

5

CHERKIN_033916

for each candidate program. When the committee member input was averaged, the weights were assigned to each data set as follows:

- Science Instructional Materials Review Criteria scores generated from Stage 1 – 46.7%
- Field Test Data - 42.5%
- Public Display and Open House Community Input Forms – 10.7%

On March 22, the Adoption Committee participated in a panel interview session with the field test teachers of each candidate program. Each field test reported to the committee about their experience implementing the candidate program they field tested and their perception of their students' experience, and to provide input and feedback about the instructional materials in that program. In the panel interview, field test teachers were asked a set of 23 questions aligned with Science Instructional Materials Review Criteria categories and criteria by the Adoption Coordinator. Adoption Committee members were allowed to ask follow-up questions of the field test panels. Committee members were instructed to record notes during the panel interview for each candidate program as a source of evidence about the outcomes of the field test stage of the adoption.

On March 23, 2019, the Adoption Committee worked in small teams to review additional data sources generated from the Field Test stage for evidence of alignment with the Science Instructional Materials Review Criteria, including post-observation teacher interviews, student focus group interviews, end-of-unit student attribute surveys, and student growth data as measured by pre- and post-unit assessments. Combining this new data with their notes from the Field Test teacher panels, the Committee members collaborated in small review teams to collectively synthesize and review all the data for each program to reach consensus on a Field Test score between 0 and 4 in each of the five categories detailed in the Science Instructional Materials Review Criteria (see Attachment E). The score for each category was weighted as previously determined on the Review Criteria, then tallied and reported as a consensus score (see Attachment I).

Committee members then reviewed input from the public. Input was received from members of school communities and the public who reviewed instructional materials from each vendor program under consideration for adoption. In total, 10 Community Input Forms were submitted: 4 for *Amplify Science*, 3 for *HMH*, and 3 for *TCI*. Although the amount of data generated for each vendor program was very small, review teams analyzed the input forms for each finalist vendor program and assigned a Public Input score between 0 and 4 in each of the five categories in the Science Instructional Materials Review Criteria (see Attachment E). The score for each category was weighted and then tallied and reported as a consensus score.

### 6. Data Collection Results (see Attachment I)
In addition to the results of the Adoption Committee's evaluation of each of the three finalist candidate programs in Stage 1 using the Science Instructional Materials Review Criteria, the committee also reviewed multiple data sources to inform their selection and

6

CONFIDENTIAL

CHERKIN_033917

recommendation of the most suitable candidate for adoption. These data were collected from the classroom field test of the candidate programs and from teacher and student input collected during the public display of the instructional materials.

### 6a. Science Instructional Materials Review Criteria Scoring (Stage 1)
At the end of Stage 1, the Adoption Committee members completed their evaluation and scoring review of the three finalist program's instructional materials, TCI, Amplify, and HMH, using the Science Instructional Materials Review Criteria described above in Section A and Attachment J. At the conclusion of Stage 1, the total average weighted scores as measured by the Science Instructional Materials Review Criteria for each of the finalist vendor programs was as follows:

- o  Amplify, *AmplifyScience* – *56.0*
- o  Houghton Mifflin Harcourt, *HMH Science Dimensions* – *38.0*
- o  Teachers' Curriculum Institute (TCI), *Bring Science Alive!* – *53.5*

The composite score was based on a rubric designed to result in a 75-point score for an instructional program that exhibited strong evidence for alignment to the standards in every criterium. Although HMH scored above 61 and 62 in Categories 1 (Standards Alignment) and 2 (and Assessment), respectively, it received relatively low scores in Category 3 (Inclusive Educational Practices) and Category 4 (Anti-Bias) and Category 5 (Teacher Instructional Supports), resulting in a total average score of only 38.

Amplify and TCI received the highest total average scores for all ten programs submitted for consideration at 56 and 53.5 respectively. While the two programs received relatively comparable scores in the Categories 1 (Standards Alignment), 3 (Inclusive Educational Practices), and Category 4 (Anti-Bias), TCI scored 9 points higher in Category 2 (Assessments) while Amplify scored 22 points higher in Category 5 (Teacher Instructional Supports).

### 6b. Field Test Data Results and Synthesis Summary (see Attachment J)
The field test portion of the adoption provided an opportunity to see the candidate programs enacted in the classroom and to collect data around alignment to the science standards, assessment systems, inclusive educational practices, instructional planning and support, and student and teacher attitudes and dispositions, as well as collect student growth data.

**6bi.) Field Test Teacher Panel Interview Data:** On March 22, 2019, all teachers participating in the field test of the three candidate vendor programs attended a panel interview session conducted by the Adoption Committee members and responded to a set of questions about their experience with and attitudes around the candidate program they field tested in their classroom. The questions addressed the following topics: Standards Alignment, Assessments, Inclusive Educational Practices, Evaluation of Bias Content, and Teacher supports for planning and usability. Using the category weights from the Review Criteria, the review teams calculated a weighted score for each candidate program and then all total scores were averaged.

7

CHERKIN_033918

Amplify received an average Field Test Teacher Interview Panel score of 68.5, HMH received an average Field Test Teacher Interview Panel score of 24.2, and TCI received an average Field Test Teacher Interview Panel score of 33.6.

**6bii.) Field Test Classroom Observation Data and Teacher Interviews**
Observations were conducted in each field test classroom and post-observation interviews of the field test teacher were conducted. A qualitative analysis of the data was performed to identify evidence of 10 characteristics: evidence of science practices within the unit, presence of authentic phenomena in the unit storyline, revisiting the phenomena during the unit, evidence of engaging phenomena within the unit, multiple types of evidence gathered during the unit, student engagement around the evidence gathered, opportunities of students to engage in sense-making discourse, self-assessment, quality of student explanations, and usefulness of the materials.

Data analysis of the HMH classroom observation and teacher interview data showed "strong evidence" for only 1 of the 10 characteristics. The data analysis of the TCI classroom observation and teacher interview data showed "strong evidence" for 2 of the 10 characteristics, and data analysis of the Amplify classroom observation and teacher interview data showed "strong evidence" for 8 of the 10 characteristics.

**6biii.) Student Growth Data:** All teachers participating in the field test of the three candidate vendor programs were asked to administer the provided pre-unit assessment at the beginning of the field test and an end-of unit assessment at the conclusion of the field test in order to collect student growth data for the standards addressed in the field test unit as a result of instruction. The average student growth data for each field test teacher was calculated and compared between candidate vendor programs.

The average student growth scores for each vendor were as follows:

- Amplify, *AmplifyScience – 66.8%*
- Houghton Mifflin Harcourt, *HMH Science Dimensions – 8.8%*
- Teachers' Curriculum Institute (TCI), *Bring Science Alive! – 28.9%*

**6biv.) Student End-of-Unit Attribute Survey:** All students who participated in the field test were asked to complete an end-of unit attribute survey that asked them to reflect on their learning and engagement during the field test unit. Survey questions asked students to self-report about their learning over the course of the field test instruction and their attitudes about their experience with the unit and included questions about:
- Students' engagement in standards-aligned science practices
- Using instructional materials that are organized around a conceptual storyline and anchored by a puzzling science phenomena problem to solve
- Sharing science ideas through student discourse
- Relevance in science learning

8

CONFIDENTIAL

CHERKIN_033919

o  Equity, Identity, and Disposition

The committee identified the following trends in the quantitative data collected from the end-of unit student attribute survey data. 1001 students in total completed the survey and responses were tallied an aggregated.

o  Amplify responses: $n = 407$
o  HMH responses: $n = 306$
o  TCI responses: $n = 290$

Most students participating in the field test reported that they were provided with opportunities to participate in standards-based science practices "sometimes" or "often" during the field test, regardless of the program being field tested.

In the Amplify field test, 68% of students reported collecting data for investigations, 69% reported analyzing data, and 80% reported using data often as evidence to support a claim. In the TCI field test, only 48% of students reported collecting data for investigations, only 44% reported analyzing data, and only 48% reported using data often as evidence to support a claim. HMH students reported nearly the same as TCI, however, students who reported using data to support evidence often was 11% higher.

80% of students in the Amplify field test reported that the organization of the lessons in the unit helped them to understand the main ideas of the unit, which was 11% greater than what was reported by TCI field test students and 22% greater than what was reported by HMH students.

Amplify field test students also reported greater engagement in the work they did during the field test. The percentage of students reporting that the work they did in science class was interesting to them was 14% and 18% greater than what was reported for TCI and HMH, respectively. Further, when students were asked to indicate agreement with the questions about alignment of the work they did in the field test unit with their interests, connections to their lives, and if that work was like that of real scientists and engineers, students in the Amplify field test consistently reported at least 13% higher agreement with every statement in this attribute category when compared with TCI and HMH.

The student data from the Identity, Position, and Learning attribute category had the greatest impact on the final field test scores assigned to each program by the committee. While students from each of the vendor program field tests reported in similar numbers that they were "learning science," the percentage of students from the Amplify field test reporting that they "felt confident they could do science" was 8% greater than students in the HMH field test and 10% greater than students in the TCI field test. Similarly, the percentage of students from the Amplify field test reporting that they "like doing science" was 16% greater than students in the HMH field test and 10% greater than students in the TCI field test.

9

CONFIDENTIAL

CHERKIN_033920

Over 50% of all student respondents in all field tests identified as students of color, which the committee believed suggested important implications for improving the opportunity gap for middle school students in science through improved learning outcomes.

**6bv.) Student Focus Group Interview Data:** A student focus group from each field test classroom was selected by the field test teacher to be interviewed by the Adoption Coordinator or Science Department specialists who conducted the classroom observation responses.

Student data was collected from the student focus group interviews that followed the field test classroom observations for all three programs. A qualitative analysis of the data was performed to identify evidence of 9 characteristics that closely aligned with the interview questions: discourse for sense-making, consensus building, phenomenon present and helpful, elicitation of initial models, evidence collected helped understand the phenomenon, tools to track ideas through the unit, assessments were fair and helped know if you were learning, the unit helped you learn science, would you recommend these materials.

Data analysis of the HMH student focus group interview data showed "strong evidence" for 0 of the 9 characteristics, the data analysis of the TCI data showed "strong evidence" for 2 of the 9 characteristics and Amplify showed "strong evidence" for 8 of the 9 characteristics.

**6bvi.) Field Test Data Synthesis and Analysis:** Committee members collaborated in their teams to collectively review and synthesize all Field Test data collected for each program. The review teams worked to reach consensus on an overall score for each program in each of the five categories detailed in the Science Instructional Materials Review Criteria (see Attachment E) using the 0-4 scoring rubric. Once the scores were assigned and weighted using the Review Criteria weightings, they were tallied and reported as a consensus Field Test score for each candidate program. The consensus Field Test scores reported by the committee review teams ranged between 42.5 and 94 for Amplify, between 15.5 and 42.5 for HMH, and between 27 and 42.5 for TCI. The average overall Field test score earned by each candidate program was:

- o   Amplify – 60.2
- o   HMH – 26.9
- o   TCI – 33.9

**6c. Community Input Collected from Instructional Materials Public Displays and Adoption Information Sessions (see Attachment G)**
Community and family stakeholders were invited and encouraged via multiple communications and community engagement methods to review the three adoption candidate programs and submit a Community Input Form.

Textual versions of the three candidate programs were publicly displayed for nine weeks and links to the candidate programs' online materials were available for

10

CONFIDENTIAL

CHERKIN_033921

public review via the SPS website. In addition, two "open house" public information and material review sessions were held in the north end and south end of the district, respectively, and were open from 9:00am-3:00pm. The Adoption Coordinator, Science Department Staff, members of the Adoption Committee, and Science Adoption Field Test teachers were available to answer questions about the three candidate programs and to provide guidance in reviewing the materials. Over 25 community members attended these "open house" public information sessions.

Community Input Forms were available electronically on the district website and at the five public display locations and the open house events for community members to review the three candidate programs and provide feedback. Translated versions of the Community Input Form in the district's top five languages, Spanish, Chinese, Somali, Tagalog, and Vietnamese, were also available.

In total, 10 Community Input Forms, 4 for Amplify, 3 for HMH, and 3 for TCI, were collected from community members from the instructional materials public display sites, open house information sessions, and online via the SPS website.

The 3 community input forms received for TCI were generally more positive, than Amplify or HMH, with the overall results from public reviewers indicating "yes" a total of 66 times and "no" a total of 13 times. The 4 Amplify forms and 3 HMH forms received showed nearly identical results overall with a total of 48 and 46 "yes" indicators, respectively and 30 and 32 "no" indicators respectively.

The volume of Community Input Forms submitted belies the community engagement efforts made by the Adoption Committee to collect data from community stakeholders. Unfortunately, informal and anecdotal input about the candidate programs could not be analyzed or evaluated because the communication methods were invalid and therefore the data could not be compared reliably with data collected legitimately from the Community Input Forms. The committee concluded that the extremely small sample size of public feedback data required that input from this category be weighted proportionately to reflect the fact that this input data reflect the opinions of only 10 community members in a district that includes nearly 12,000 middle school students.

Committee review teams analyzed all 10 of the Community Input Forms and assigned a consensus score to each candidate program based on this analysis. The score was weighted based on the committee's recommendation at the outset of stage 2 prior to reviewing the data.

### 7. Synthesis of All Data Collection Results and (see Attachment J)
Each committee review team applied the weighting formula developed by the committee at the outset of Stage 2 to the scores below for each of the three candidate programs:

- o  Review Criteria Average Score (Stage 1)
- o  Field Test Data Review Team Consensus Score

11

CONFIDENTIAL

CHERKIN_033922

o  Public Input Data Review Team Consensus Score

The weights assigned by the committee to each data set prior to beginning data analysis were: Review Criteria Average Score - 46.7%, Field Test Data - 42.5%, Public Display and Open House Community Input Forms – 10.7%

After calculating the weighted scores for the three data sets, the committee review teams recorded their scores before adding them together to achieve a Final Overall Score for each candidate program. (Attachment J). Each committee review team reported out their consensus scores, along with supporting annotated evidence, as well as their Final Overall Score for each candidate program.

During the teams' data reporting, a pattern emerged in the scoring in which all committee review teams assigned the highest scores for the Field Test performance to Amplify over HMH and TCI (see Attachment J). Committee members specifically cited evidence from the Student End-of-Unit Attribute survey data about student engagement and interest reported by students in the Amplify field test as well as the significantly higher student growth scores based on the assessment data reposted by Amplify field test teachers. Although Amplify and TCI's Review Criteria from Stage 1 scores were comparable, 56 and 53.5 respectively, the committee concluded that Amplify's composite field test score elevated the overall final score and therefore Amplify emerged as the top candidate.

The range and average of the Final Overall Scores reported by the review teams for Amplify were:

o  **Range: 57.7 - 70.0**
o  **Average Score: 60.7**

The range and average of the Final Overall Scores reported by the review teams for HMH were:

o  **Range: 28.0 – 34.0**
o  **Average Score: 31.2**

The range and average of the Final Overall Scores reported by the review teams for TCI were:

o  **Range: 40.5 - 48.0**
o  **Average Score: 44.2**

An analysis of the scores assigned by the Adoption Committee show that Amplify received an average Final Overall Score of 60.7, which is 16.5 points higher than the next closest average Final Overall Score of 44.2 assigned to TCI, and 29.5 points higher than the average Final Overall Score of 31.2 assigned to HMH.

To determine the final score each committee review team calculated their weighted consensus scores for the Review Criteria scores from Stage 1, tabulated the Field Test data, and analyzed the Public Input data including annotated evidence collected from the data to support their scores. Each review team reported their scores and supporting

12

CHERKIN_033923

evidence as to the other committee review teams. The committee identified patterns and trends across all review team reports and each review team tallied their three final scores to report a total score for each candidate finalist program. Based on the synthesis and summary of all data reviewed by the committee and the final scores reported, Amplify emerged as the top candidate.

The Adoption Committee then proceeded to the decision-making phase. Adoption Committee members agreed to an anonymous vote to identify a single finalist for recommendation for adoption to the School Board. The Middle School Science Adoption committee voted unanimously to recommend Amplify for adoption, with the exception of a single member who voted for no adoption. After examining all of the procedures and steps in the adoption process and ensuring that all steps in Board Policy 2015 were met, the Instructional Materials Committee approved the sole recommendation of Amplify for adoption on March 28, 2019.

## B. Research

### 1. SPS Research and Evaluation Department Curriculum Adoption Teacher Survey, February 2019

A critical part of the district's process for adopting and implementing new curriculum materials is learning how to best support teachers, for example by providing professional development, support, and resources where they are most needed. Accordingly, SPS Research & Evaluation (R&E), in partnership with the Curriculum, Assessment and Instruction (CAI) department administered a survey in February 2019 to certificated classroom teachers regarding their experiences with new or planned curriculum materials. The survey included question panels related to the K-12 science instructional materials adoption.

84% of science teachers at grades 6-8 responded to the survey. Survey data showed that over 75% of middle school teachers reported that they felt confident in engaging students in each of the eight science practices in NGSS instructional practices, and 96% reported that they felt confident having their students use technology in the service of gathering scientific evidence. Further questions were asked of teachers both about the professional development they have already received, as well as the professional development they would like to receive in the future. Data indicated that a high proportion of teachers in middle school (89%, n=81) have received specific NGSS professional development. An analysis of open-ended responses about types of professional development found some unifying themes, specifically that middle school teachers want access to quality, NGSS-aligned materials as well. They also want guidance on facilitating culturally responsive student discourse in the classroom, for example, by focusing on talk moves.

This timely data collected directly from middle school science teachers by the SPS R&E Department underscores teacher need for high-quality instructional science materials and science instructional practices at middle school to support alignment to standards.

### 2. EdReports.org Middle School Science Instructional Materials Review, February 2019

13

CONFIDENTIAL

CHERKIN_033924

EdReports.org is a nonprofit that provides free reviews of instructional materials in multiple academic content areas. An EdReports.org report released on February 28, 2019 announced the results of its first round of science instructional materials program reviews for grades 6-8. Content Review Teams, comprised of expert science educators from across the country, analyzed six instructional materials programs for standards alignment and usability, including supports for educators, multiple strategies for meeting the needs of a range of learners, strong student assessment practices, and effective use of technology.

Of the 6 programs reviewed, the report determined that only AmplifyScience (Amplify), fully met expectations for alignment to NGSS. HMH Science Dimensions Grades 6-8 (Houghton Mifflin Harcourt) partially met expectations for alignment to NGSS, and Bring Science Alive! Program (Teachers' Curriculum Institute - TCI) did not meet expectations for alignment to NGSS.

### 3. SPS Middle School Science Student and Teacher Survey, May 2018

Following the commitment by the School Board to fund a middle school science instructional materials adoption, the Science Department, with approval from SPS Research and Evaluation, leveraged their existing research practice partnership with the University of Washington Department of Education to develop and implement a survey of middle school science students and teachers. Between April and May 2018, 4486 students in grades 6-8 and 61 middle school science teachers in the district responded to the survey to provide a robust set of baseline data around students' engagement in critical standards-aligned science practices, including: constructing explanations for scientific phenomena, developing and using explanatory models, participating in student-to-student discourse for sensemaking, and conducting science investigations. Questions were also asked about checking for student understanding, effective use of assessments, and attitudes about equity in science learning, identity, and disposition. The data was also disaggregated for Seattle Public Schools' diverse demographics, including gender, race, socioeconomic status, English Language Learners, Special Education, and Highly Capable.

This data will allow the SPS Science Department to: 1) effectively and efficiently identify specific areas of science pedagogy and teacher practice to target for professional development following the instructional materials adoption in order to maximize effectiveness of a standards-aligned curriculum; 2) provide pre-adoption data to measure teacher and student growth as part of a data-based evaluation plan following implementation of the adopted instructional materials in addition to the analysis of student growth data and teacher/student/community input and feedback.

## C. Alternatives

### 1. Maintain the current middle school science kits (FOSS, STC and SEPUP) adopted in 2001-2002
This alternative is *not recommended* by the adoption committee who is comprised of middle school instructional materials experts who have spent over 60 hours engaged in professional development around the Next Generation Science Standards, evaluation of

14

CHERKIN_033925

middle school instructional materials, and analysis of teacher and student data collected from the field test of these materials.

### a. Pros:
- Many teachers are familiar with the existing kit systems

### b. Cons:
- The current SPS adopted middle school science materials are not aligned, even minimally, to the 2013 WA State Science and Engineering Standards. These materials were developed to align to the 1996 National Science Learning Standards.
- The adopted kits were created by 3 different vendors, STC (Science and Technology Corporation), FOSS (Full Option Science System), and SEPUP (Science Education for Public Understanding) with no consistency in sequence within or across grade levels
- Publication dates range from 1988 to 2000 - most of these titles are out of print and replacement equipment is no longer available for purchase or is prohibitively expensive.
- Inconsistent and inequitable supplementation of outdated curriculum across the district to achieve standards-alignment and/or ongoing completion and approval of instructional materials waivers
- Kits are provided in large plastic crates ranging from 2 to 8 crates per kit. The Science Materials Center does not own or maintain a sufficient number of these kits to supply the 80+ middle schools science teachers in our district, even with a rotation delivery model
- The rotation pattern creates a minimum 3-week black-out time during which all middle school teachers are without science materials while the semester 1 kits are being refurbished for semester 2 delivery.
- There are no embedded formative nor summative assessments, no embedded discourse for sense-making, no differentiated or multilingual reading materials, and no opportunities to use technological tools to deepen the science experience.
- No engineering design instructional materials
- Lack of standards-alignment does not prepare middle school students for high school science coursework or the WCAS State high stakes science assessment in grade 8

## 5.    FISCAL IMPACT/REVENUE SOURCE

The nine-year cost of this adoption is $2,069,686, which includes $1,503,829 in curriculum and science kits, which would be purchased from the vendor, another $437,331 for related professional development, and $128,526 for a 1.0 FTE Science Curriculum Specialist. All costs are over a nine-year period.

The vendor was asked to provide pricing that included science kits and a price without science kits. Based on an analysis of the most recent budgets for the Science Materials Center, it would be most cost effective to purchase the science kits from the vendor.

15

CONFIDENTIAL

CHERKIN_033926

The cost comparison below shows a conservative estimate of current annual middle school kits using the Science Materials Center, where only kit materials were compared, and no costs for facilities/transportation or staffing was included:

| Use Vendor Kits | Year 1 | Years 2-9 | Total All Years 1-9 |
|---|---|---|---|
| Amplify 6-8 – Includes Vendor Kits | $ 1,317,846 | $ 185,983 | $ 1,503,829 |
| In-House PD | $ 141,490 | $ 295,841 | $ 437,331 |
| 1.0 FTE Curriculum Specialist | $ - | $ 128,526 | $ 128,526 |
| Total – Option A | $ 1,459,336 | $ 610,650 | $ 2,069,686 |

| No Vendor Kits, Use SMC | Year 1 | Years 2-9 | Total All Years 1-9 |
|---|---|---|---|
| Amplify 6-8 – No Vendor Kits | $ 1,317,846 | $ - | $ 1,317,846 |
| In-House PD | $ 141,490 | $ 295,841 | $ 437,331 |
| 1.0 FTE Curriculum Specialist | $ - | $ 128,526 | $ 128,526 |
| SMC Kits | $ - | $ 239,673 | $ 239,673 |
| SMC Facilities/Transportation | $ - | $ - | $ - |
| SMC Staffing Costs | $ - | $ - | $ - |
| Total – Option B | $ 1,459,336 | $ 664,041 | $ 2,123,376 |

The fiscal impact to this action can be broken down to following costs:

1. $1,317,846 – Adoption of new materials from Amplify Education, Inc. to align with the new standards. Includes nine years of unlimited access to, and support for, the program, including annual incremental updates and upgrades to the curriculum.

2. $185,983 – Purchase of Refill Kits from Amplify Education, Inc. to support the replenishment of consumable science materials for each classroom over the nine-year period, at an estimated cost of $26,569 per year, for years three through nine of the contract.

3. $437,331 – In-house professional development and collaboration.

4. $128,526 – 1.0 FTE Science Curriculum Specialist to implement the Adoption.

The revenue source for Middle School science costs is the curriculum budget in the general fund.

16

CONFIDENTIAL

CHERKIN_033927

| Expenditure: | ☐ One-time | ☐ Annual | ☒ Multi-Year | ☐ N/A |
|---|---|---|---|---|
| Revenue: | ☐ One-time | ☐ Annual | ☐ Multi-Year | ☒ N/A |

## 6.    <u>COMMUNITY ENGAGEMENT</u>

With guidance from the District's Community Engagement tool, this action was determined to merit the following tier of community engagement (See Attachment C):

☐ Not applicable

☐ Tier 1: Inform

☐ Tier 2: Consult/Involve

☒ Tier 3: Collaborate

Throughout the duration of the Adoption Process, community, family, and teacher stakeholders received regular communications and updates, and were informed of all opportunities to provide input and participate in the process, including:

- Apply to serve on the Adoption Committee
- Submit input via a paper or online survey as part of the needs assessment conducted at the outset of the process to inform the development of the Review criteria used to evaluate the vendor programs submitted for consideration
- Review the instructional materials for the three finalist candidates online or in person at one of the five public display locations across the district and submit a Community Input Form with their feedback
- Attend an open house Science Adoption information session to review instructional materials and ask questions of Science Dept. staff and the Adoption Committee
- Follow the outcomes of all Adoption Committee meetings on the SPS Science Adoption webpages through publication of meeting notes
- Updates and announcements via SPS Communications on the SPS website and via emails to SPS families and staff
- Communications were translated into Spanish, Chinese, Somali, Tagalog, and Vietnamese

This input and participation was solicited by the Science Department through multiple communication pathways, including multiple emails via SPS Communications, announcements on the SPS website and SPS social media, a robust website presence providing links to online versions of the finalists candidate materials, communications to SPS middle school principals and middle school science teachers, and family letters and curriculum night/open house announcements. The Science Department also provided community engagement touch-points to reach stakeholders including speaking engagements with community organizations, such as the South Seattle Education Coalition, and hosting two full-day open house information sessions in the north and south end of the district, respectively.

17

CHERKIN_033928

Textual and online instructional materials for the three candidate vendor programs were made available for public review and input online on the SPS Science Adoption webpage and the following physical locations across the district:

- Hazel Wolf K-8
- Salmon Bay K-8
- Pathfinder K-8
- South Shore K-8
- John Stanford Center for Education Excellence

All stakeholders were provided with an opportunity to participate collaboratively during the adoption process through the following pathways:

- Serve as a member of the adoption committee as a teacher, administrator, or community member in the review, evaluation, data collection, analysis, and decision-making to select a final candidate for recommendation for adoption to the board
- Review the three candidate vendor programs online, at an open house event, or at the public display locations and offer feedback data about the materials using the Community Input Form, which was considered by the adoption committee members in their evaluation and scoring of the adoption candidate finalists and used as evidence in the selection process
- All middle school science teachers were invited to participate in the teacher field test of one of the finalist candidate programs to provide data in the form report at outcomes and feedback for the adoption committee to use as evidence in the selection process
- Students participating in the field test participated in student focus group interviews to provide data to the committee about their experience with the field test unit, which was used as evidence to support the selection of a finalist candidate for recommendation for adoption to the board

## 7.    EQUITY ANALYSIS

"There is no doubt that science and science education are central to the lives of all Americans. Never before has our world been so complex and science knowledge so critical to making sense of it all. When comprehending current events, choosing and using technology, or making informed decisions about one's health care, understanding science is key. Science is also at the heart of the ability of the United States to continue to innovate, lead, and create the jobs of the future. ALL students no matter what their future education and career path must have a solid K-12 science education in order to be prepared for college, careers, and citizenship." (*Appendix A: Conceptual Shifts in the Next Generation Science Standards.* National Research Council. 2013. Next Generation Science Standards: For States, By States*)*

Prior to beginning the Middle School Science Adoption process, a Racial Equity Analysis of the adoption process and expected outcomes was completed by the Adoption Coordinator and the SPS Science Department and reviewed and approved by the Instructional Materials Committee to ensure the promotion of racial equity as a result of this initiative. (See Attachment K). The Science Department has used this tool to ensure that the Science Materials Adoption Committee

18

CONFIDENTIAL

CHERKIN_033929

members represent Seattle's diverse population. This tool was also used to ensure the Adoption Committee evaluated materials using a racial equity lens.

Seattle Public Schools is committed to eliminating opportunity gaps to ensure access and provide excellence in education for every student. *Board Policy #0030 - Ensuring Racial and Educational Equity* was developed to work toward the district's mission to eliminate opportunity gaps. Goals of this policy that will be supported through the adoption of a standards-aligned K-5 science instructional materials program include equitable access to a high-quality curriculum and educational resources, and professional development to strengthen teachers' knowledge and skills for eliminating opportunity gaps and other disparities in achievement. The last middle school science adoption in Seattle Public Schools was in 2001-2002. In the absence of an updated, standards-aligned science curricula, schools with heavy PTSA involvement, lower teacher turnover, and low free-and-reduced lunch, have used building funds to purchase supplemental materials for their schools. This has resulted in highly varied instructional resources in both quality and quantity across our district and a lack of common scope and sequence in curriculum and assessment. This patchwork of disjointed and supplemental science curricula is not replicable or sustainable at a systems level and, most importantly, is profoundly inequitable for Seattle Public School's underserved populations. As a result of this inequitable access to science instructional materials, low-income students and students of color are far more likely to be inadequately prepared for high-school level science courses, as evidenced by the achievement gaps in SPS between white students and students of color reported for grade 8.

Nationally, there is a crisis in equity in STEM fields, and in Washington state there is great disparity between the concentration of STEM-related jobs and a prepared labor pool. By 2030 in Washington State, 67% of job openings will require a STEM credential or training. Currently, 37% of students in the class of 2021 are expected to lack adequate training, preparation, or credentials for entry into STEM careers or post-secondary opportunities (Washington STEM, *STEM by the Numbers: Equity and Opportunity,* 2019. http://www.washingtonstem.org/STEMbythenumbers). The data below quantifies the manifestation of the opportunity gap for students of color locally and nationally at both K-12 and in the workforce:

- Washington State's 4th grade Black and Latino students, respectively, score 31 and 29 points lower on the National Assessment of Educational Progress in Science. (*2015 National Assessment of Educational Progress (NEAP) Nation's Report Card,* http://nces.ed.gov/nationsreportcard/states/)

- In the first year of the 5th grade WCAS, Washington State's new statewide science assessment, SPS White students in grade 5 had a passing rate of 81.2%, while their Black counterparts had a passing rate of 28.6% and Latino counterparts a passing rate of 44.6% (WA State Report Card, 2017-18).

- Washington's achievement gaps in math and science have not improved in over a decade and are the 12th largest in the nation. If efforts to improve the achievement gap continue at this current rate, it would take 150 years for Black students to realize the same level of achievement as their peers (Center for Education Policy, *The Achievement Gap: Slow and Uneven Progress for Students,* 2010).

19

CONFIDENTIAL

CHERKIN_033930

Inequitable access to science instruction and materials has been particularly impactful to our underserved populations of students, including English language learners and students with special needs. Historically, K-12 science has focused on direct instruction and an overemphasis on confirmation labs (activities for which the outcome is known and used as an exercise to confirm an idea), devoid of opportunities to engage in authentic science practices or engineering design activities, pedagogically making it difficult for many learners to access and engage meaningfully with the science content. The adoption of new science materials will address the need to provide science learning that will include multiple modalities in both instruction and assessment.

The adoption of new science materials will help prepare middle school students and prepare them for success in core science courses in high school and college preparatory science courses, which is particularly important as Washington State moves to a 24-credit graduation requirement necessitating the successful completion of 3 years of science coursework for all high school students in 2021. In addition, the class of 2020 will be the first for whom passing the new statewide science assessment, the WCAS, will be a requirement.

By increasing access to quality science instructional materials and instruction for all students to science, particularly students of color, English language learners, and students with special needs to science, Seattle Public Schools will be able to successfully prepare ALL students for STEM fields.

In order to help ameliorate the gender, racial, cultural, religious, and/or sexual orientation bias frequently experienced by students, all materials programs submitted for review were thoroughly and carefully reviewed for evidence of an anti-bias lens using the Evaluation of Bias Content category of the Review Criteria which includes the criteria from the Board Policy 2015 Anti-Bias Screening tool and the Washington Models for the Evaluation of Bias Content in Instructional Materials (publ. Sept. 2009). Committee members scrutinized the texts for examples of materials containing bias and/or stereotyping based on gender, race, religion and/or sexual orientation. Committee members reviewed texts and recorded all findings, drawing from evidence from the instructional materials. Any instructional materials program that failed to achieve an acceptable score in this category were eliminated from consideration.

## 8.    **STUDENT BENEFIT**

Based on all the evidence gathered during the course of the 12-month adoption process, the Adoption Committee's recommendation to adopt the Amplify instructional materials for all middle school science classrooms in Seattle Public Schools will provide a substantial benefit to students, as measured by student academic growth, engagement in standards-aligned practices, availability of teacher instructional scaffolds and supports, and greater equity and consistency in students experience across the district as a result of a common curricular scope and sequence and common assessments. The student data on page 8 of this BAR details the benefit to student learning and student engagement provided by the Amplify Science Program. A summary of these benefits are outlined below.

- **Common Instructional Materials and Unit Scope and Sequence**

20

CONFIDENTIAL

CHERKIN_033931

Regardless of school assignment, students in all schools across the district will have access to current, high-quality, standards-aligned science instructional materials in a common scope sequence and will be held to common expectations for learning outcomes for the first time in the history if Seattle Public Schools. Having common science instructional materials and assessments in all grades 6-8 will maximize the benefit of Science Department supports and professional development opportunities.

In addition, students will receive instruction from teachers that have received adequate professional development in implementation and effective use of the instructional materials. The 2019-24 Strategic Plan vision is Every Seattle Public Schools' student receives a high-quality, world-class education and graduates prepared for college, career, and community. An excerpt from the Theory of Action is as follows: WHEN WE FOCUS on ensuring racial equity in our educational system, unapologetically address the needs of students of color who are furthest from educational justice, and work to undo the legacies of racism in our educational system...

BY doing the following:
- Allocating resources strategically through a racial equity framework
- Delivering high-quality, standards-aligned instruction across all abilities and a continuum of services for learners

- **Educational Excellence and Equity for Every Student**

Goals of *Board Policy #0030 - Ensuring Racial and Educational Equity* that will be supported through the adoption of a standards-aligned middle school science instructional materials program that includes equitable access to a high-quality curriculum and educational resources, and professional development to strengthen teachers' knowledge and skills for eliminating opportunity gaps and other disparities in achievement.

## 9.    WHY BOARD ACTION IS NECESSARY

☒ Amount of contract initial value or contract amendment exceeds $250,000 (Policy No. 6220)

☐ Amount of grant exceeds $250,000 in a single fiscal year (Policy No. 6114)

☐ Adopting, amending, or repealing a Board policy

☐ Formally accepting the completion of a public works project and closing out the contract

☒ Legal requirement for the School Board to take action on this matter

☒  Board Policy No. 2015, Selection and Adoption of Instructional Materials, provides the Board shall approve this item

☐ Other: _____

21

CONFIDENTIAL

CHERKIN_033932

## 10.    POLICY IMPLICATION

The motion is in compliance with Policy No. 2015, Selection and Adoption of Instructional Materials. In addition, Policy No. 6220, requires Board action because the contract exceeds $250,000. This process followed all of the requirements outlined in this policy.

## 11.    BOARD COMMITTEE RECOMMENDATION

This motion was discussed at the Curriculum and Instruction Policy Committee meeting on April 23, 2019 and the Curriculum and Instruction Policy Committee of the Whole on April 30, 2019. The Committee reviewed the motion and moved the item forward for consideration by the full board.

## 12.    TIMELINE FOR IMPLEMENTATION

Upon approval of this motion, adoption of Amplify as the official science curriculum for all 6th, 7th, and 8th grade science classrooms, Seattle Public Schools will purchase instructional resources and materials from Amplify Education, Inc. with student use beginning in the 2019-2020 school year.

The implementation will follow this general timeline:

- May 2019: Communications to families, community, staff, and school and central leaders

- May-June 2019: SPS Science Department will work with the SPS Purchasing department to finalize the contract between Seattle Public Schools and *Amplify Science* and ensure that orders for all schools are accurately placed.

- May 2019: The Science Department and the Department of Curriculum, Assessment, and Instruction will develop a schedule and goals and outcomes for initial and ongoing professional development.

- May 2019: The Science Department will work with the Department of Technology Services to provide devices to middle school science classrooms not yet equipped with student computers or laptops carts at a 2:1 ratio.

- May-July 2019: Department of Technology Services will work with Amplify to develop a pathway to compliance for all online components of the adopted program with the Americans with Disabilities Act (ADA).

- July-August 2019: Instructional materials will be delivered to all SPS science classrooms in grades 6-8.

22

CONFIDENTIAL

CHERKIN_033933

- July-August 2019: Amplify will work with the SPS Science Department and Department of Technology to establish systems for creating teacher and student online accounts and responding to ongoing needs for technical support.

- August 2019: All SPS science teachers who teach grades 6-8 will receive 3 days of in-depth professional development in the format, pedagogy, and implementation of the adopted instructional materials.

- September 2019-June 2020: Three additional days of science teacher professional development distributed throughout the school year plus implementation of online professional development opportunities including Schoology-based resources and Skype-based webinars.

- June 2020: The Science Department will conduct an evaluation of the first year implementation of the adopted instructional materials, including analysis of student growth data and teacher/student/community input and feedback.

- August 2020: Science teachers in grades 6-8 will participate in district-level collaborative professional growth activities in science instruction and assessment using the Amplify program to continue to increase student academic achievement and narrow the achievement gap

- September 2020-2028: Provide annual initial use training for new middle school science teachers and ongoing supplemental professional development for all middle school science teachers to continue to maximize the science teaching and learning using Amplify in grades 6-8 in SPS. Continue to implement a robust data collection plan that includes the collection and analysis of student growth data and teacher/student/community input and feedback.

## 13.    ATTACHMENTS

- Attachment A: Final Candidate Vendor Proposal (Partial report, full report available upon request)
- Attachment B: Middle School Science Adoption Communications Plan
- Attachment C: Middle School Science Adoption Community Engagement Plan
- Attachment D: Middle School Science Adoption Committee Membership
- Attachment E: Middle School Science Adoption Instructional Materials Review Criteria
- Attachment F: Middle School Science Adoption Process Timeline, Summary, and Outcomes
- Attachment G: Summary of Community and Family Input and Feedback
- Attachment H: Field-Test Schools and Participating Teachers
- Attachment I: Field-Test Data and Analysis: Field Test Teacher Input & Feedback, Student Growth Data, Classroom Observation Data, Student Interview and Survey Data
- Attachment J: Analysis of Feedback & Data Collected
- Attachment K: Racial Equity Analysis Tool
- Attachment L: ADA/Consent Decree Compliance Ratings

23

CONFIDENTIAL

- Attachment M: SPS Research & Evaluation Teacher Adoption Survey, February 2019
- Attachment N: EdReports.org MS Science Instructional Materials Review, February 2019

24

CONFIDENTIAL

CHERKIN_033935

Attachment:

D.  School Board Action Report on May 29, 2019 to approve action item #3 of Section IX of the

School Board agenda to approve and purchase "instructional materials for all elementary

school science classrooms in grades K-5" at a cost of $2,368,870 for materials and

$5,040,674 for "in-house professional development and collaboration"

CONFIDENTIAL

CHERKIN_033936



# SEATTLE PUBLIC SCHOOLS

# School Board Action Report

## Elementary School Science Instructional Materials Adoption, April 2019

Seattle Public Schools is committed to making its online information accessible and usable to all people, regardless of ability or technology. Meeting web accessibility guidelines and standards is an ongoing process that we are consistently working to improve.

While Seattle Public Schools endeavors to only post documents optimized for accessibility, due to the nature and complexity of some documents, an accessible version of the document may not be available. In these limited circumstances, the District will provide equally effective alternate access.

For questions and more information about this document, please contact the following:

Brad Shigenaka
Curriculum Specialist – Curriculum, Assessment, and Instruction
bjshigenaka@seattleschools.org

This Board Action will approve the recommendation of the Elementary School Science Instructional Materials Adoption Committee for instructional materials for all elementary school science classrooms in grades K-5. This Report includes a set of supporting documents, some of which, by their nature, are not fully ADA-compliant.

CONFIDENTIAL

CHERKIN_033937



SEATTLE
PUBLIC
SCHOOLS

# SCHOOL BOARD ACTION REPORT

**DATE:**  April 5, 2019
**FROM:**  Ms. Denise Juneau, Superintendent
**LEAD STAFF:**  MaryMargaret Welch, Science Program Manager
(mmwelch@seattleschools.org)
Kyle Kinoshita, Executive Director of Curriculum, Assessment, and
Instruction (kdkinoshita@seattleschools.org)
Diane DeBacker, Chief Academic Officer
(dmdebacker@seattleschools.org)

**For Introduction:**  ~~May 1,~~ May 15, 2019
**For Action:**  ~~May 15,~~ May 29, 2019

## 1.    TITLE

Elementary School Science Instructional Materials Adoption

## 2.    PURPOSE

This Board Action will approve the recommendation of the Elementary School Science
Instructional Materials Adoption Committee for instructional materials for all elementary school
science classrooms in grades K-5.

## 3.    RECOMMENDED MOTION

I move that the Seattle School Board approve the Elementary School Science Adoption
Committee's recommendation to adopt AmplifyScience for instructional materials for all grade
K-5 Seattle Public Schools science classrooms.

I further move that the Seattle School Board authorize the Superintendent to purchase
AmplifyScience as the core instructional materials for all grade K-5 Seattle Public Schools
classrooms for an amount not to exceed $2,368,870 in a three-year phased-in purchase and
implementation plan out of the FY2020 (2019-20), FY2021 (2020-21), and FY2022 (2021-22)
budgets, covering licensing through school years 2019-2020 through 2027-28, and an amount not
to exceed $5,040,674 for in-house professional development and collaboration.

If the state legislature does not address current funding concerns, the District is authorized to
fund a phased-in purchase and implementation plan within funding limitations, beginning with
the 2020-21 budget, identifying when expenditures for this adoption can proceed as a part of the
2020-21 school year, and when the purchase and implementation plan can continue in the 2021-
22 and 2022-23 school years.

1

CONFIDENTIAL

CHERKIN_033938

4.    **BACKGROUND INFORMATION**

A. **Background**

**1. Previous Adopted K-5 Science Instructional Materials, 1995-Present**
The last elementary school science instructional materials adoption in Seattle Public Schools was in 1995. Three different programs were included in the adoption: FOSS (Full Option Science System), STC (Smithsonian Science and Technology Concepts), and Insights, rather than adopting a comprehensive program from a single vendor. This resulted in a unit scope and sequence that created difficulties due to using formats from different vendors. The printed materials have publication dates that range from 1994-2005. The Curriculum Specialists had to create Teacher Guides for all the units to align to the 2009 State Science Standards and now nearly all vendor materials have been discontinued.

Current, relevant, and important science topics such as space science, engineering design, and inheritance are entirely absent from the current adopted curriculum. Other important topics such as the particulate nature of matter, earth science, and waves and energy are also not included. The lesson activities are primarily observations and "cookbook" investigations, in which students follow an experimental procedure with no embedded opportunities for sense-making. This has resulted in decades of science instruction characterized by "hands-on", but not "minds-on."

**2. 2013 WA State K-12 Science Learning Standards, 2013-Present & Washington Comprehensive Assessment of Science (WCAS)**
In 2013, the Washington State legislature officially adopted the national science standards called the Next Generation Science Standards (NGSS) as the Washington State K-12 Science Learning Standards (WSSLS). The new science and engineering standards call for a significant shift in instruction that will engage more students in science. The shift in science pedagogy called for in the new standards provides all students with 21st century skills not previously embedded within science coursework.

The 2013 Washington State Science Learning Standards are organized into three dimensions: science content, science and engineering practices, and cross-cutting concepts. The pedagogy called for in the new standards focuses on students "figuring out" instead of simply "learning about," by engaging students in gathering evidence to explain scientific phenomena, discourse and argumentation, data analysis, supporting claims from evidence, and integrating technology into science education and engineering design. The new standards also include an entire strand focused on the engineering design process, both in practice and in the context of science content.

In spring of 2018, the new Washington Comprehensive Assessment of Science (WCAS) was implemented statewide for the first time at grades 5, 8, and 11. This is the first state assessment to assess student proficiency around the 2013 Washington State Science Learning Standards. The new test is an entirely digital assessment, requiring students to engage interactively with technology to manipulate elements on the screen to

2

CHERKIN_033939

demonstrate understanding of scientific principles and practices. Each assessment item explicitly integrates at least two or three of the dimensions (Disciplinary Core Ideas, Cross-Cutting Concepts, and Science and Engineering Practices) that comprise the science standards. The test will be administered annually to all grade 5, 8, and 11 students across the state and will be a graduation requirement beginning in 2021.

### 3. K-5 Adoption Process and Committee Work, May 2018-Present

The School Board instructed the science content area of Curriculum, Assessment, and Instruction to launch an elementary school science instructional materials adoption in April 2018. The adoption process was carried out over a 12-month period and proceeded according to guidelines outlined in School Board Policy 2015. The process occurred in three phases: Stage 1, Field Test, and Stage 2 (see Attachment F).

#### 3a. Stage 1: Committee Determines Finalists for Field Test, June 2018-December 2018

An Elementary School Science Adoption Committee comprised of teachers, school leaders, parents, professionals in STEM fields, and other community members was selected through an application process to ensure a committee that represented the diversity of stakeholders diverse in SPS, including geography, race, ethnicity, gender, and age (see Attachment D).

The committee members identified five categories and 74 specific criteria for evaluation, based on the needs, priorities, data, and research that emerged from the following sources:

- 2013 Washington State Science Learning Standards (adopted from the 2013 Next Generation Science Standards)

- Preliminary Family/Community and Teacher/Staff needs assessment and input survey, which identified the priorities around science materials, instruction, and learning in our district

- A Framework for K-12 Science Education: Practices, Crosscutting Concepts, and Core Ideas (National Research Council [NRC] of the National Academy of Sciences)

- The Educators Evaluating the Quality of Instructional Products Rubric (EQuIP) for Science

- Anti-Bias Criteria Screening Tool outlined in Board Policy 2015

- WA OSPI Equity & Civil Rights Task Force

- SPS Formula for Success

The categories were weighted, and a draft of the Science Adoption Review Criteria was presented to the SPS Instructional Materials Committee (IMC) for feedback and the final draft approved for use as the committee's evaluation tool of candidate programs (see Attachment E). The weighted review criteria categories, as voted by the committee included:

3

CHERKIN_033940

- Category 1: Standards Alignment (22%)
- Category 2: Assessments (17%)
- Category 3: Inclusive Educational Practices (20%)
- Category 4: Evaluation of Bias Content (20%)
- Category 5: Instructional Planning and Support (21%)

Eleven curriculum vendors completed and submitted a Request for Proposal (RFP) for consideration in response to the SPS Purchasing Department's Request for Proposals.

Between September and December 2018, committee members worked collaboratively in small review teams, composed of both teachers and community members, to examine each of the eleven vendor instructional programs using the Review Criteria. The review teams assigned each criteria and category a quantitative score along with annotations based on evidence collected directly from the program materials.

Each of the eleven vendor instructional programs were reviewed a minimum of two times. Due to the breadth and depth of the criteria contained within the five categories within the Review Criteria, a protocol was proposed in which a vendor program could be eliminated from consideration if two separate review teams, independent from each other and without knowledge of each other's work, reaching consensus that the candidate materials did not meet the minimum alignment for science standards alignment or anti-bias content.

After each candidate vendor program was reviewed by two independent review teams, the Adoption Committee members eliminated seven of the eleven candidate vendor programs from consideration based on examination using the Review Criteria. The committee members then focused its efforts on the four remaining programs in depth. Using the Review Criteria, committee members were asked to reexamine the four remaining programs using the following guiding question: Would this instructional material ensure the academic success of all students? Additionally, the committee reviewed the materials once again against the Review Criteria.

Based on this reexamination, which included the Review Criteria scores the committee had assigned, as well as evidence the committee collected throughout Stage One, the committee voted unanimously to eliminate one of the remaining four programs and continue to review three of the remaining vendor programs, which were advanced to the Field Test Round of the Elementary School Science Adoption process as finalist candidates:

- Houghton Mifflin Harcourt, *HMH Science Dimensions*
- Amplify Education, Inc., *AmplifyScience*
- Teachers' Curriculum Institute (TCI), *Bring Science Alive!*

4

CONFIDENTIAL

CHERKIN_033941

### 3b. Field Test, January – March 2019

All SPS science teachers of 1st and 4th grades were invited to apply to participate in the Elementary School Science Adoption field test, pending principal approval. From the applications, 24 teachers with a diversity of years in the profession, science background, gender, and ethnicity were selected by the Adoption Coordinator to teach the field test unit in their classrooms. The 24 field test classrooms comprised approximately 600 students from 16 SPS elementary school buildings located in multiple regions of the district and represented Seattle Public Schools' diverse racial, ethnic, and socioeconomic groups and student populations, including English Language Learners, Special Education, Highly Capable, Language Immersion, and general education (see Attachment H). The 24 field test teachers were instructed to implement and teach a pre-selected unit from one of the three candidate programs. A unit topic common to all three programs and aligned to the same science standards was selected from each candidate program to allow for a common frame of reference for evaluation. Field test teachers received a full day of training from the vendor including follow-up time to plan and calendar their unit with their field test colleagues.

Field test teachers (see Attachment H) were given the following guidelines and expectations for field test participation in order to ensure the validity of the field test and provide multiple data collection opportunities about each candidate program:

- Implement the unit with as much fidelity as possible
- Submit feedback via a digital survey platform on a weekly basis about the effectiveness of learning activities, standards alignment, and student engagement.
- Work with the Adoption Coordinator and Science Department Specialists to schedule a lesson observation and participate in a post-observation interview
- Select a small student focus group to be interviewed about their experience with the field test unit
- Have all students participating in the field test complete an end-of-unit student survey around the following attributes:
    - Engagement in standards-aligned science practices
    - Using instructional materials that are organized around a conceptual storyline and anchored by a puzzling science phenomena or problem to solve
    - Sharing science ideas through student discourse
    - Relevance and accuracy in science content learning
    - Equity, Identity, and Disposition

5

CHERKIN_033942

- Administer and score the provided pre-unit and post-unit assessments and record student scores to quantify student growth
- Participate in a panel interview session with the Adoption Committee

### 3c. Stage 2: Analysis, March 2019

Prior to beginning the final review and analysis of all data collected for each candidate program, Adoption Committee members completed a survey in which they provided input about how each category of data collected during Stage 1 and the Field Test Stage of the adoption process should be weighted (see Attachment J). When the committee member input was averaged, the weights were assigned to each data set as follows:

- Science Instructional Materials Review Criteria scores generated from Stage 1 – 46.7%
- Field Test Data - 42.6%
- Public Display and Open House Community Input Forms – 10.7%

The Adoption Committee reconvened on March 22, 2019 at the conclusion of the field test period for a panel interview session with the field test teachers from each candidate program. The field test teachers reported to the Adoption Committee about their experience implementing the candidate program they field tested and their perception of their students' experience, and to provide input and feedback about the instructional materials in that program. In the panel interview, field test teachers were asked a set of 23 questions aligned with Science Instructional Materials Review Criteria categories and criteria by the Adoption Coordinator. Adoption Committee members asked follow-up questions of the field test panels throughout the session. Committee members were instructed to record notes during each panel interview. Following each panel interview session, committee members analyzed their notes for evidence of alignment with the five categories in the Review Criteria and assigned a value between 0 and 4. These documents were collected for the next day's deliberations.

On March 23, 2019, the Adoption Committee worked in small teams to review additional data sources generated from the Field Test stage for evidence of alignment with the Science Instructional Materials Review Criteria, including post-observation teacher interviews, student focus group interviews, end-of-unit student attribute surveys, and student growth data as measured by pre- and post-unit assessments. Combining this new data with their notes from the Field Test teacher panels, the Committee members collaborated in their teams to collectively synthesize and review all the data for each program to reach consensus on a Field Test score between 0 and 4 in each of the five categories detailed in the Science Instructional Materials Review Criteria (see Attachment E). The score for each category was weighted as previously determined on the Review Criteria, then tallied and reported as a consensus score.

6

CHERKIN_033943

Committee members then reviewed Community Input Forms submitted by members of school communities and the public who reviewed instructional materials from each vendor program under consideration for adoption. Twelve Community Input Forms were submitted. Although the amount of data generated for each vendor program was very small, the committee review teams analyzed the input forms for each finalist vendor program and assigned a Public Input score between 0 and 4 in each of the five categories in the Science Instructional Materials Review Criteria (see Attachment E). The score for each category was weighted then tallied and reported as a consensus score.

Each Adoption Committee review team calculated their weighted consensus scores for the Review Criteria scores from Stage 1, the Field Test data, and the Public Input data including annotated evidence collected from the data to support their scores.

Based on the synthesis and summary of all data reviewed by the committee and the reporting of final scores, Amplify Science emerged as the top candidate.

After examining all the procedures and steps in the adoption process and ensuring that all steps in Board Policy 2015 were met, the Instructional Materials Committee approved the sole recommendation of Amplify for adoption on March 23, 2019.

### 4. Analysis of Data
In addition to the results of the Adoption Committee's evaluation of each of the three finalist candidate programs in Stage 1 using the Science Instructional Materials Review Criteria, the committee also reviewed multiple data sources to inform their selection and recommendation of the most suitable candidate for adoption. These data were collected from the classroom field test of the candidate programs, which included teacher and student feedback, and input collected during the public display of the instructional materials.

#### 4a. Summary of Committee Scoring at end of Stage 1
At the end of Stage 1, the Adoption Committee members completed their evaluation and scoring review of the three finalist programs instructional materials, TCI, Amplify, and HMH, using the Science Instructional Materials Review Criteria described above in Section 3a and Attachment J. At the conclusion of Stage 1, the total average weighted scores as measured by the Science Instructional Materials Review Criteria for each of the finalist vendor programs were as follows:

- Amplify Education, Inc., *AmplifyScience* – 56.0
- Houghton Mifflin Harcourt, *HMH Science Dimensions* – 58.0
- Teachers' Curriculum Institute (TCI), *Bring Science Alive!* – 43.5

The composite score was based on a rubric designed to result in a 75-point score for an instructional program that exhibited strong evidence for alignment to the standards in every criterion. The only categories TCI scored above 50 were Category 1 (Standards) at 61.7, and Category 5 (Instructional Supports) at 52.5. TCI received the

7

CHERKIN_033944

lowest score for Category 4 (Anti-Bias) at 26.3 compared to HMH at 48.8 and Amplify at 40.0.

HMH was strongest in Category 2 (Assessments) at 73.4, compared to Amplify at 52.6 and TCI at 40.7.

Amplify ranked highest in both Category 1 (Standards Alignment) at 73.4 and Category 5 (Instructional Supports) at 70.0. For Category 1, Amplify's scores were 9.2 points higher than HMH and 11.7 points higher than TCI. For Category 5, Amplify's scores were 14.6 points higher than HMH and 17.5 points higher than TCI.

## 4b. Field Test Data Summary

The field test portion of the adoption process provided an opportunity to see the candidate programs enacted in the classroom and to collect data about alignment to the science standards, assessment systems, inclusive educational practices, instructional planning and support, and student and teacher attitudes and dispositions, as well as collect student growth data.

**4bi.) Field Test Teacher Panel Interview Data:** On March 22, 2019, all teachers participating in the field test of the three candidate vendor programs attended a panel interview session conducted by the Adoption Committee members and responded to a set of questions about their experience with, and attitudes around, the candidate program they field tested in their classroom. The questions addressed the following topics: Standards Alignment, Assessments, Inclusive Educational Practices, Evaluation of Bias Content, and Teacher Supports for Planning and Usability. Following each panel interview, committee review teams reflected on, discussed, and then performed a quantitative analysis of the data they collected from the field test teachers.

Data analysis showed a more positive experience for Amplify and TCI field test teachers when compared with HMH.

**4bii.) Field Test Classroom Observation Data and Teacher Interviews:** Observations were conducted in each field test classroom and post-observation interviews of the field test teacher were conducted. A qualitative analysis of the data was performed to identify evidence of 10 characteristics: evidence of science practices within the unit, presence of authentic phenomena in the unit storyline, revisiting the phenomena during the unit, evidence of engaging phenomena within the unit, multiple types of evidence gathered during the unit, student engagement around the evidence gathered, opportunities of students to engage in sense-making discourse, self-assessment, quality of student explanations, and usefulness of the materials.

8

CONFIDENTIAL

CHERKIN_033945

Data analysis of the HMH classroom observation and teacher interview data showed "strong evidence" for only 1 of the 10 characteristics, Usefulness of Materials. The data analysis of the TCI classroom observation and teacher interview data showed "strong evidence" for 1 of the 10 characteristics: Presence of a Phenomenon. Data analysis of the Amplify 1st grade classroom observation and teacher interview data showed "strong evidence" for 5 of the 10 characteristics, and in 4th grade observations 6 of the 10 characteristics.

**4biii.) Student Focus Group Interview Data:** A student focus group from each field test classroom was selected by the field test teacher to be interviewed by the Adoption Coordinator or Science Department Specialists who conducted the classroom observation responses.

Student data was collected from the student focus group interviews that followed the field test classroom observations for all three programs. A qualitative analysis of the data was performed to identify evidence of 8 characteristics for 1st grade and 9 characteristics that closely aligned with the interview questions: discourse for sense-making, consensus building, phenomenon presence and helpfulness, elicitation of initial models, if evidence collected helped understand the phenomenon, tools to track ideas through the unit, assessments that were fair and helped know if you were learning, the unit helped you learn science, and whether the students would recommend these materials.

Students in the Amplify field test reported strong evidence of a phenomenon and that it was helpful to their learning. TCI students would strongly recommend these materials be used in other 1st grade classes, data which was not captured for HMH or Amplify.

The interviews with the 4th grade Amplify students showed they strongly felt the evidence collected helped them to understand the phenomenon. HMH and TCI students did not report any of the characteristics as strong evidence of their learning and reported there was moderate to minimal evidence collected that helped them to understand the phenomenon. The Amplify students also reported they would strongly recommend using these materials with other 4th grade students, TCI reported strong to moderate, while HMH students reported a moderate recommendation.

**4biv.) Student Growth Data:** All teachers participating in the field test of the three candidate vendor programs were asked to administer the vendor-provided pre-unit assessment at the beginning of the field test and the vendor-provided end-of unit assessment at the conclusion of the field test in order to collect student growth data for the standards addressed in the field test unit as a result of instruction. The average student growth data

9

CONFIDENTIAL

CHERKIN_033946

for each field test teacher was calculated and compared between candidate vendor programs.

The student growth data consistently showed greater academic growth for students participating in the Amplify program field test compared to those participating in the HMH or the TCI programs, regardless of student demographics or academic background.

The average student growth scores for each vendor were as follows:

Amplify Education, Inc., *AmplifyScience*

- 1st grade: 89.7%
- 4th grade: 73.6%

Houghton Mifflin Harcourt, *HMH Science Dimensions*

- 1st grade: 65.9%
- 4th grade: 31.1%

Teachers' Curriculum Institute (TCI), *Bring Science Alive!*

- 1st grade: 28.6%
- 4th grade: 24.8%

**4v.) Student End-of-Unit Survey:** All students who participated in the field test were asked to complete an end-of unit survey that asked them to reflect on their learning and engagement during the field test unit. 448 students completed the survey and responses were tallied and aggregated. The committee identified the following trends in the quantitative data collected from the end-of unit student attribute survey data.

207 1st grade students were asked to choose facial icons that corresponded with strongly agree, somewhat agree, neither agree nor disagree, somewhat disagree, or strongly disagree, for 10 statements.

- Amplify responses, 1st grade: $n = 75$
- HMH responses, 1st grade: $n = 53$
- TCI responses, 1st grade: $n = 79$

Among students that field tested Amplify:
- 61.3% reported strongly agreeing *they felt confident they could do science,*
- 57.3% strongly agreed that they *collected evidence to help them understand science*
- 56% strongly agreed their *teacher listened to their ideas*

Among students that field tested HMH:

CONFIDENTIAL

CHERKIN_033947

- 50.9% reported strongly agreeing *they felt confident they could do science,*
- 43.3% strongly agreed that they *collected evidence to help them understand science*
- 58.4% strongly agreed their *teacher listened to their ideas*

Among students that field-tested TCI:
- 59.4% reported strongly agreeing *they felt confident they could do science,*
- 36.7% strongly agreed that they *collected evidence to help them understand science*
- 41.7% strongly agreed their *teacher listened to their ideas*

241 4th grade students were asked to complete a survey about their learning, attitudes, and experience with the field test unit. The survey included questions on the topics:

- Learning Opportunities
- Working with science phenomenon
- Sequencing of lessons for sense-making
- Using and revising models
- Their science ideas and attitudes about doing science
- Computational Thinking
- Sharing and listening to peer's ideas
- Learning modalities
- Science Talk
- Connecting to the Science

- Amplify responses, 4th grade: $n = 91$
- HMH responses, 4th grade: $n = 49$
- TCI responses, 4th grade: $n = 101$

The following summary is of the highest ranked prompts from the 4th grade student survey:

81.3% of Amplify students reported they often used data as evidence to support a claim, whereas 71.2% and 30.6% of TCI and HMH students felt the same, respectively.

68.1% of Amplify students said they were often given the opportunity to share their ideas compared to 62.3% of TCI students and 40.8% HMH students.

11

CONFIDENTIAL

CHERKIN_033948

61.5% of Amplify students strongly agreed it was important to have opportunities to make sense of their science ideas together, whereas 48.9% and 37.6% of HMH and TCI students strongly agreed, respectively.

59.1% of HMH students felt they learn better when they have time to think before talking, whereas 52.5% and 43.5% of Amplify and TCI students agreed, respectively.

5. **Input from Instructional Materials Public Displays and Information Sessions**
Community and family stakeholders were invited and encouraged via multiple communications and community engagement methods to review the three adoption candidate programs and submit a Community Input Form (see Attachment G).

Textual versions of the three candidate programs were publicly displayed for nine weeks and links to the candidate programs' online materials were available for public review via the District website. In addition, two "open house" public information and materials review sessions were held in the north and south end of the district, respectively, and were open from 9:00am-3:00pm. The Adoption Coordinator, Science Department Staff, members of the Adoption Committee, and Science Adoption Field Test teachers were available to answer questions about the three candidate programs and to provide guidance in reviewing the materials. Over 25 community members attended these "open house" public information sessions.

Community Input Forms were available electronically on the District website, at the five public display locations, and the open house events for community members to review the three candidate programs and provide feedback. The Community Input Form included criteria selected from the five categories in the Science Adoption Review Criteria used by the Adoption Committee to review and assess all the candidate materials, including Standards Alignment, Assessments, Inclusive Educational Practices, Evaluation of Bias Content, and Instructional Planning and Support. Translated versions of the Community Input Form were made available in the District's top five languages: Spanish, Chinese, Somali, Tagalog, and Vietnamese.

In total, 12 Community Input Forms were submitted by community members from public display sites, open house information sessions, and online via the District website. A qualitative analysis of the data collected for the question: *How well do you feel this program meets the high expectations we have set to provide all our students with an equitable, authentic science experience?* showed that community members rated the AmplifyScience program as very well to well, compared to HMH, rated mostly well, and TCI, which received a well and a poor rating.

The actual volume of Community Input Forms submitted belies the community engagement efforts made by the Adoption Committee to collect data from community stakeholders. Unfortunately, informal and anecdotal input about the candidate programs could not be analyzed or evaluated because the communication methods

12

CHERKIN_033949

could not be compared reliably with data collected legitimately from the Community Input Forms.

**6. Synthesis of All Data Collection Results (see Attachment J)**

Based on the committee's findings from the field test outcomes and data collected, the Amplify program was the top candidate based on its strong storyline and rigor. Although the HMH program received positive feedback around usability and differentiation, field test data, including teacher input, revealed that it did not have an overarching phenomenon, therefore no storyline, and very little student growth of understanding. Adoption Committee members were concerned that this lack of rigor may result in lost opportunities to include all students in developing their science literacy; therefore, the committee chose not to recommend the second-place candidate, HMH, for board approval.

Additionally, Amplify field test teachers (both 1st and 4th grades) reported that there was strong evidence of phenomena, storylines, gathering multiple types of evidence, and student discourse for sense-making. Student growth data from the field test units showed that 1st graders had 89.7% growth and 4th graders had 73.6% growth. Whereas students for HMH showed that 1st graders had 65.9% growth and 4th graders had 31.1% growth; for TCI, 1st graders had 28.6% and 4th graders had 24.8% growth.

The committee then reached their decision as a result of field test results, clear stakeholder data, and Adoption Committee approval that Amplify would be the final and only recommendation for the Seattle Public Schools Elementary School Science Instructional Materials Adoption. After examining all of the procedures and steps in the adoption process and ensuring that all steps in Board Policy 2015 were met, the Instructional Materials Committee approved the sole recommendation of Amplify for adoption on March 23, 2019.

**B. Alternatives**

**Not approve the motion and instead maintain the current elementary school science kits adopted in 1995.**

**a. Pros:**

- Many teachers are familiar with the current kit systems
- The Science Materials Center has optimized processes for the current rotation of materials

**b. Cons:**

- Not aligned to the 2013 WA State Science and Engineering Standards (currently aligned only to the 2009 standards)

13

CONFIDENTIAL

CHERKIN_033950

- The adopted kits were created by four different vendors: STC (Science and Technology Corporation), FOSS (Full Option Science System), Insights, and EDC (Education Development Center), with no consistency in sequence within or across grade levels
- Publication dates range from 1994 to 2005, and most of these titles are out of print
- Inconsistent and inequitable supplementation of outdated curriculum across the district to achieve standards-alignment and/or ongoing completion and approval of instructional materials waivers
- Transportation challenges: The rotation pattern creates a black-out time during which a teacher is without science materials. *Note: The black-out time gives the Science Materials Resource center time to restock the kits*
- Because we rely on a rotation system, teachers are limited in time for each kit, regardless of school closures and delayed shipments
- No embedded formative nor summative assessments, no embedded discourse for sense-making, no differentiated or multilingual reading materials, and no opportunities to use technological tools to deepen the science experience
- No engineering design instruction
- Lack of standards-alignment does not prepare elementary school students for middle school science, nor align with the WA State science assessment (WCAS) in grade 5
- Current science resources are not based on the latest brain-based research about how students learn, do not contain best practices used in literacy and mathematics, nor address cultural relevancy

## C. Research

### SPS Research and Evaluation Department Curriculum Adoption Teacher Survey, February 2019

A critical part of the district's process for adopting and implementing new curriculum materials is learning how to best support teachers, for example by providing professional development, support, and resources where they are most needed. Accordingly, the SPS Research & Evaluation (R&E), in partnership with the Curriculum, Assessment and Instruction (CAI) department administered a survey in February 2019 to certificated classroom teachers regarding their experiences with new or planned curriculum materials. The survey included a panel of questions related to the K-12 science instructional materials adoption.

In February 2019, the SPS Research and Evaluation Department administered the Curriculum Adoption Teacher Survey for all elementary school teachers, including K-12 science, as well as middle school math and K-5 ELA teachers (see Attachment M). 20% of teachers at grades K-5 responded to the survey. The survey provided important data for the Adoption Committee and SPS Science Department about the need for high-quality

14

CONFIDENTIAL

CHERKIN_033951

instructional science materials at elementary school to support alignment to standards and close the opportunity gap in science learning for students of color in the District. 69% of responding teachers reported that they use the current science materials, with the remainder reporting the use of other materials. 43% of responding teachers said they "moderately" or "extremely" modify the curriculum currently in place. Of all the grade bands, including middle school and high school, elementary teachers felt the least confidence with the NGSS Science and Engineering Practices, having students use technology in the service of gathering scientific evidence, and that their students can engage in scientific discourse with their peers to make sense of complex scientific ideas. The survey also asked teachers to identify the types of systems, structures, and supports needed to transition to a new instructional materials program following adoption. Elementary teachers reported the need for student-centered units, assessments, analyzing data, and deepening their content knowledge.

5.  **FISCAL IMPACT/REVENUE SOURCE**

The nine-year cost to adopt AmplifyScience and provide professional development for Science in Grades K-5 is $7,409,544.

|  | Year 1 | Year 2 | Year 3 | Years 4-9 | Total All Years 1-9 |
|---|---|---|---|---|---|
| AmplifyScience | $ 739,617 | $ 1,241,425 | $ 387,828 | $ - | $ 2,368,870 |
| In-House PD | $ 403,344 | $ 1,290,659 | $ 1,804,662 | $ 1,542,009 | $ 5,040,674 |
| **TOTAL** | $ 1,142,961 | $ 2,532,084 | $ 2,192,490 | $ 1,542,009 | $ 7,409,544 |

**D.**  This nine-year total includes:

1.  $2,368,870 – Adoption of new materials from Amplify Education, Inc. to align with the new standards. Includes nine years of unlimited access to, and support for, the program, including annual incremental updates and upgrades to the curriculum.

2.  $5,040,674 – In-house professional development and collaboration for 1,400 Elementary teachers.

There is currently no confirmed budget for Elementary Science. When budget is confirmed, the revenue source will be the curriculum budget in the general fund.

Expenditure:   ☐ One-time   ☐ Annual   ☒ Multi-Year   ☐ N/A

Revenue:   ☐ One-time   ☐ Annual   ☐ Multi-Year   ☒ N/A

6.  **COMMUNITY ENGAGEMENT**

15

CONFIDENTIAL

CHERKIN_033952

With guidance from the District's Community Engagement tool, this action was determined to merit the following tier of community engagement (See Attachment C):

☐ Not applicable

☐ Tier 1: Inform

☐ Tier 2: Consult/Involve

☒ Tier 3: Collaborate

Throughout the duration of the Adoption Process, community, family, and teacher stakeholders received regular communications and updates, and were informed of all opportunities to provide input or participate in the process, including:

- Applying to serve on the Adoption Committee
- Submitting input via a paper or online survey as part of the Needs Assessment conducted at the outset of the process to inform the development of the Review criteria used to evaluate the vendor programs submitted for consideration
- Reviewing the instructional materials for the three finalists' candidates online or in person at one of the five public display locations across the district and submitting a Community Input Form with their feedback
- Attending an open house Science Adoption information and materials reveiw session
- Following the outcomes of all Adoption Committee meetings on the SPS Science Adoption webpages through publication of meeting notes
- Receiving updates and announcements via SPS Communications on the SPS website and via emails to SPS families and staff
- Note: Communications were translated into Spanish, Chinese, Somali, Tagalog, and Vietnamese

This input and participation was solicited by the Science Department through multiple communication pathways including multiple emails via SPS Communications, announcements on the District website and SPS social media, through a robust website presence providing links to online versions of the finalists candidate materials, communications to SPS elementary school principals and elementary school teachers, and family letters. The Science Department also provided community engagement touch-points to reach stakeholders, including speaking engagements with community organizations and hosting two full-day open house information and materials review sessions in the north and south end of the district, respectively.

16

CONFIDENTIAL

CHERKIN_033953

Textual and online instructional materials for the three candidate vendor programs were made available for public review and input online on the SPS Science Adoption webpage, as well as at the following physical locations across the district:

- Hazel Wolf K-8
- Salmon Bay K-8
- Pathfinder K-8
- South Shore K-8
- John Stanford Center for Education Excellence

Community and family stakeholders were invited, and encouraged, to review the three candidate vendor programs and provide feedback through the submission of an electronic or paper version of a Community Input Form.

7. **EQUITY ANALYSIS**

"There is no doubt that science and science education are central to the lives of all Americans. Never before has our world been so complex and science knowledge so critical to making sense of it all. When comprehending current events, choosing and using technology, or making informed decisions about one's health care, understanding science is key. Science is also at the heart of the ability of the United States to continue to innovate, lead, and create the jobs of the future. ALL students no matter what their future education and career path must have a solid K–12 science education in order to be prepared for college, careers, and citizenship." (*Appendix A: Conceptual Shifts in the Next Generation Science Standards*. National Research Council. 2013. *Next Generation Science Standards: For States, By States*)

Seattle Public Schools is committed to eliminating opportunity gaps to ensure access and provide excellence in education for every student. *Board Policy #0030 - Ensuring Racial and Educational Equity* was developed to work toward the district's mission to eliminate opportunity gaps. Goals of this policy that will be supported through the adoption of a standards-aligned K-5 science instructional materials program include equitable access to a high-quality curriculum and educational resources, and professional development to strengthen teachers' knowledge and skills for eliminating opportunity gaps and other disparities in achievement. The last elementary science adoption in Seattle Public Schools was in 1995. In the absence of an updated, standards-aligned science curricula, schools with heavy PTSA involvement, lower teacher turnover, and low free-and-reduced lunch, have used building funds to purchase supplemental materials for their schools. This has resulted in highly varied instructional resources in both quality and quantity across our district and a lack of common scope and sequence in curriculum and assessment. This patchwork of disjointed and supplemental science curricula is not replicable or sustainable at a systems level and, most importantly, is profoundly inequitable for Seattle Public School's underserved populations. As a result of this inequitable access to science instructional materials, low-income students and students of color are far more likely to

17

CHERKIN_033954

be inadequately prepared for middle school science, as evidenced by the achievement gaps in SPS between white students and students of color reported for grade 5.

Nationally, there is a crisis in equity in STEM fields, and in Washington state there is great disparity between the concentration of STEM-related jobs and a prepared labor pool. By 2030 in Washington State, 67% of job openings will require a STEM credential or training. Currently, 37% of students in the class of 2021 are expected to lack adequate training, preparation, or credentials for entry into STEM careers or post-secondary opportunities (Washington STEM, *STEM by the Numbers: Equity and Opportunity*, 2019. http://www.washingtonstem.org/STEMbythenumbers). The data below quantifies the manifestation of the opportunity gap for students of color locally and nationally at both K-12 and in the workforce:

- Washington State's 4th grade Black and Latino students, respectively, score 31 and 29 points lower on the National Assessment of Educational Progress in Science. (*2015 National Assessment of Educational Progress (NEAP) Nation's Report Card*, http://nces.ed.gov/nationsreportcard/states/)

- In the first year of the 5th grade WCAS, Washington State's new statewide science assessment, SPS White students in grade 5 had a passing rate of 81.2%, while their Black counterparts had a passing rate of 28.6% and Latino counterparts a passing rate of 44.6% (WA State Report Card, 2017-18).

- Washington's achievement gaps in math and science have not improved in over a decade and are the 12th largest in the nation. If efforts to improve the achievement gap continue at this current rate, it would take 150 years for Black students to realize the same level of achievement as their peers (Center for Education Policy, *The Achievement Gap: Slow and Uneven Progress for Students*, 2010).

Inequitable access to science instruction and materials has been particularly impactful to our underserved populations of students, including English language learners and students with special needs. Historically, K-12 science has focused on direct instruction and an overemphasis on confirmation labs (activities for which the outcome is known and used as an exercise to confirm an idea), devoid of opportunities to engage in authentic science practices or engineering design activities, pedagogically making it difficult for many learners to access and engage meaningfully with the science content. The adoption of new science materials will address the need to provide science learning that will include multiple modalities in both instruction and assessment.

The adoption of new science materials will help prepare K-5 students and prepare them for success in core science courses in high school and college preparatory science courses, which is particularly important as Washington State moves to a 24-credit graduation requirement necessitating the successful completion of 3 years of science coursework for all high school students in 2021. In addition, the class of 2021 will be the first for whom passing the new statewide high stakes science assessment, the WCAS, will be a requirement.

18

CONFIDENTIAL

CHERKIN_033955

By increasing access of all students to science, particularly students of color, English language learners, and students with special needs to science, Seattle Public Schools will continue to prepare students for STEM fields.

In order to help ameliorate the gender, racial, cultural, religious, and/or sexual orientation bias frequently experienced by students, all programs submitted for review were thoroughly and carefully reviewed for evidence of an anti-bias lens using the Evaluation of Bias Content category of the Review Criteria which includes the criteria from the Board Policy 2015 Anti-Bias Screener tool and the Washington Models for the Evaluation of Bias Content in Instructional Materials (publ. Sept. 2009). Committee members scrutinized the texts for examples of materials containing bias and/or stereotyping based on gender, race, religion and/or sexual orientation. Committee members reviewed texts and recorded all findings, drawing from evidence from the instructional materials. Any instructional materials program that failed to achieve an acceptable score in this category were eliminated from consideration.

## 8.   STUDENT BENEFIT

Based on all the evidence gathered during the course of the 12-month adoption process, the Adoption Committee firmly believes that adopting the Amplify instructional materials program for all elementary school science classrooms will provide a substantial benefit to students, as measured by student academic growth, engagement in standards-aligned practices, availability of teacher instructional scaffolds and supports, and greater equity and consistency in students experience across the district as a result of a common curricular scope and sequence and common assessments. The student data on pages 9-12 of this BAR details the benefit to student learning and student engagement provided by the AmplifyScience program.

### A.  Common Instructional Materials and Unit Scope and Sequence

Regardless of school assignment, students in all schools across the district will have access to current, high-quality, standards-aligned science instructional materials in a common scope and sequence and will be held to common expectations for learning outcomes for the first time in the history of Seattle Public Schools. Having common science instructional materials and assessments in all grades K-5 will maximize the benefit of Science Department supports and professional development opportunities.

- In addition, students will receive instruction from teachers that have received adequate professional development in implementation and effective use of the instructional materials. The 2019-24 Strategic plan vision is Every Seattle Public Schools' student receives a high-quality, world-class education and graduates prepared for college, career, and community. An excerpt from the Theory of Action is as follows: WHEN WE FOCUS on ensuring racial equity in our educational system, unapologetically address the needs of students of color who are furthest from educational justice, and work to undo the legacies of racism in our educational system...

19

CONFIDENTIAL

CHERKIN_033956

BY doing the following:
- Allocating resources strategically through a racial equity framework
- Delivering high-quality, standards-aligned instruction across all abilities and a continuum of services for learners

- **Educational Excellence and Equity for Every Student**
  Goals of Policy No. 0030 will be supported through the adoption of a standards-aligned middle school science instructional materials program that includes equitable access to a high-quality curriculum and educational resources, and professional development to strengthen teachers' knowledge and skills for eliminating opportunity gaps and other disparities in achievement.

The common instructional materials and scope and sequence will offer assurances that all children will have equitable access to current, engaging, and relevant science experiences.

## 9.    WHY BOARD ACTION IS NECESSARY

☒ Amount of contract initial value or contract amendment exceeds $250,000 (Policy No. 6220)

☐ Amount of grant exceeds $250,000 in a single fiscal year (Policy No. 6114)

☐ Adopting, amending, or repealing a Board policy

☐ Formally accepting the completion of a public works project and closing out the contract

☒ Legal requirement for the School Board to take action on this matter

☒ Board Policy No. 2015, Selection and Adoption of Instructional Materials, provides the Board shall approve this item

☐ Other:

## 10.    POLICY IMPLICATION

The motion is in compliance with Policy No. 2015, Selection and Adoption of Instructional Materials. In addition, Policy No. 6220, requires Board action because the contract exceeds $250,000. This process followed all of the requirements outlined in these policies.

## 11.    BOARD COMMITTEE RECOMMENDATION

20

CONFIDENTIAL

CHERKIN_033957

This motion was discussed at the Curriculum and Instruction Policy Committee meeting on April 23, 2019 and the Curriculum and Instruction Policy Committee of the Whole on April 30, 2019. The Committee reviewed the motion and moved the item forward for consideration by the full board.

12. **TIMELINE FOR IMPLEMENTATION**

Upon approval of this motion, Adoption of Amplify as the official science curriculum for all Kindergarten through 5th grade science classrooms, Seattle Public Schools will purchase instructional resources and materials from Amplify Education, Inc. with student use beginning in the 2019-2020 school year.

The following implementation will follow this general timeline:

- May 2019: Communications to families, community, staff, and school and central leaders
- May-June 2019: SPS Science Department will work with the SPS Purchasing department to finalize the contract between Seattle Public Schools and Amplify Education, Inc. and ensure that orders for all schools are accurately placed.
- May 2019: The Science Department and the Department of Curriculum, Assessment, and Instruction will develop a schedule and goals and outcomes for initial and ongoing professional development.
- May 2019: The Science Department will work with the Department of Technology Services to provide devices to elementary school science classrooms not yet equipped with student computers or laptops carts at a 2:1 ratio.
- May-July 2019: Department of Technology Services will work with Amplify Education, Inc. to develop a pathway to compliance for all online components of the adopted program with the Americans with Disabilities Act (ADA).
- July-August 2019: Instructional materials will be delivered to all SPS science classrooms in grades K-5 participating in the Year 1 Rollout.
- July-August 2019: Amplify will work with the SPS Science Department and Department of Technology to establish systems for creating teacher accounts and student logins and responding to ongoing needs for technical support.
- August 2019: Participating Year 1 Rollout SPS teachers who teach grades K-5 will receive 3 days of in-depth professional development in the format, pedagogy, and implementation of the adopted instructional materials.
- September 2019-June 2020: Three additional days of science teacher professional development distributed throughout the school year plus implementation of online professional development opportunities including Schoology-based resources and Skype-based webinars. Buildings will also utilize PLC time to analyze student assessments to determine best pathways to student growth.
- June 2020: The Science Department will conduct an evaluation of the first-year implementation of the adopted instructional materials, including analysis of student growth data and teacher/student/community input and feedback.

21

CONFIDENTIAL

CHERKIN_033958

- August 2020: Year 1 Rollout SPS teachers who teach grades K-5 will receive 3 days of in-depth professional development in the format, pedagogy, and implementation of the adopted instructional materials and Year 2 Rollout K-5 teachers will participate in district-level collaborative professional growth activities in science instruction and assessment using the Amplify program to continue to increase student academic achievement and narrow the achievement gap.

- September 2020-2028: Provide annual initial use training for new elementary school teachers in Year 1 and Year 2 buildings and ongoing supplemental professional development for all elementary school science teachers to continue to maximize the science teaching and learning using Amplify in grades K-5 in SPS. Continue to implement a robust data collection plan the includes the collection and analysis of student growth data and teacher/student/community input and feedback.

- August 2021 Complete the Year 3 Rollout with all remaining elementary schools, receiving 3 days of in-depth professional development in the format, pedagogy, and implementation of the adopted instructional materials.

## 13.    ATTACHMENTS

- Attachment A: Final Candidate Vendor Proposal (Partial report, full report available upon request)

- Attachment B: K-8 Science Adoption Communications Plan

- Attachment C: K-5 Science Adoption Community Engagement Plan

- Attachment D: Elementary School Science Adoption Committee Membership

- Attachment E: K-8 School Science Adoption Instructional Materials Review Criteria

- Attachment F: K-8 Science Adoption Process Timeline, Summary, and Outcomes

- Attachment G: Summary of Community and Family Input and Feedback

- Attachment H: Field-Test Schools and Participating Teachers w/ distribution map

- Attachment I: Field-Test Data and Analysis: Field Test Teacher Input & Feedback, Student Growth Data, Classroom Observation Data, Student Interview and Survey Data

- Attachment J: Analysis Summary of Feedback & Data Collected
    - Includes all data collected from all sources (community, field test teachers, student surveys and interviews, and student assessment data, etc.)
    - How adoption committee used this to score and determine final candidates for the BAR

- Attachment K: Racial Equity Analysis Tool

- Attachment L: ADA/Consent Decree Compliance Ratings

- Attachment M: SPS Research & Evaluation Teacher Adaptation Survey, February 2019

**22**

CHERKIN_033959

Attachment:

    E.  A copy of RCW 28A.320.230, "Instructional materials – instructional materials committee"

CONFIDENTIAL

CHERKIN_033960

## RCW 28A.320.230

## Instructional materials—Instructional materials committee.

Every board of directors, unless otherwise specifically provided by law, shall:

(1) Prepare, negotiate, set forth in writing and adopt, policy relative to the selection or deletion of instructional materials. Such policy shall:

(a) State the school district's goals and principles relative to instructional materials;

(b) Delegate responsibility for the preparation and recommendation of teachers' reading lists and specify the procedures to be followed in the selection of all instructional materials including text books;

(c) Establish an instructional materials committee to be appointed, with the approval of the school board, by the school district's chief administrative officer. This committee shall consist of representative members of the district's professional staff, including representation from the district's curriculum development committees, and, in the case of districts which operate elementary school(s) only, the educational service district superintendent, one of whose responsibilities shall be to assure the correlation of those elementary district adoptions with those of the high school district(s) which serve their children. The committee may include parents at the school board's discretion: PROVIDED, That parent members shall make up less than one-half of the total membership of the committee;

(d) Provide for reasonable notice to parents of the opportunity to serve on the committee and for terms of office for members of the instructional materials committee;

(e) Provide a system for receiving, considering and acting upon written complaints regarding instructional materials used by the school district;

(f) Provide free text books, supplies and other instructional materials to be loaned to the pupils of the school, when, in its judgment, the best interests of the district will be subserved thereby and prescribe rules and regulations to preserve such books, supplies and other instructional materials from unnecessary damage.

Recommendation of instructional materials shall be by the district's instructional materials committee in accordance with district policy. Approval or disapproval shall be by the local school district's board of directors.

Districts may pay the necessary travel and subsistence expenses for expert counsel from outside the district. In addition, the committee's expenses incidental to visits to observe other districts' selection procedures may be reimbursed by the school district.

Districts may, within limitations stated in board policy, use and experiment with instructional materials for a period of time before general adoption is formalized.

Within the limitations of board policy, a school district's chief administrator may purchase instructional materials to meet deviant needs or rapidly changing circumstances.

(2) Establish a depreciation scale for determining the value of texts which students wish to purchase.

[ 1989 c 371 § 1; 1979 ex.s. c 134 § 2; 1975 1st ex.s. c 275 § 109; 1971 c 48 § 29; 1969 ex.s. c 223 § 28A.58.103. Prior: 1969 c 53 § 1, part; 1967 ex.s. c 29 § 1, part; 1967 c 12 § 1, part; 1965 ex.s. c 49 § 1, part; 1963 c 104 § 1, part; 1963 c 5 § 1, part; 1961 c 305 § 1, part; 1961 c 237 § 1, part; 1961 c 66 § 1, part; 1955 c 68 § 2, part. Formerly RCW 28A.58.103, 28.58.100 (8) and (9).]

## NOTES:

Severability—1971 c 48: See note following RCW 28A.310.250.

*Disposal of obsolete or surplus reading materials by school districts and libraries: RCW 39.33.070.*

CONFIDENTIAL

CHERKIN_033961

*Surplus texts and other educational aids, notice of availability—Student priority as to texts: RCW 28A.335.180.*

https://apps.leg.wa.gov/rcw/default.aspx?cite=28A.320.230

CONFIDENTIAL

CHERKIN_033962

Attachment:

F.  A copy of Seattle School Board Policy No. 2015 "selection & adoption of Instructional

materials"

CONFIDENTIAL                                                        CHERKIN_033963



| | SELECTION &<br>ADOPTION OF<br>INSTRUCTIONAL<br>MATERIALS | Policy No. 2015<br><br>April 19, 2017<br><br>Page 1 of 6 |
|---|---|---|
| SEATTLE<br>PUBLIC<br>SCHOOLS | | |

It is the policy of the Seattle School Board to create an *Instructional Materials Committee*, pursuant to RCW 28A.320.230, and to direct the Superintendent or designee to create *Adoption Committees* for each specific adoption.

After a thorough process that solicits input from the community on their opinions and values, and after looking at a range of instructional materials, adoption committees are directed to recommend for adoption books and other instructional materials that are selected to:

- Enable teachers to implement the district's curriculum
- Provide an effective basic education, including providing materials and/or support to help students outside of the instructional day, as appropriate
- Insure flexibility and clarity sufficient to meet the special needs of individuals and groups
- Meet applicable standards as a minimum level of rigor
- Provide a coherent instructional sequence and stimulate student growth in conceptual thinking and factual knowledge
- Be easily understood by students, taking into consideration the varied instructional needs, abilities, interests, and maturity levels of the students served
- Be based on best practices and research including benchmarking from similar districts and other sources
- Have a common baseline while ensuring that different learning and teaching styles are represented
- Provide sufficient variety so as to present opposing views of controversial issues in order that students may develop the skills of critical analysis and informed decision making
- Be culturally relevant to represent the diversity of students and contribute to the development of understanding issues of gender, ethnic, cultural, occupational and religious groups
- Reflect community expectations and values
- Eliminate in all textbooks and instructional materials including reference materials and audio-visual materials, bias pertaining to sex (gender); race; creed; color; religion; ancestry; national origin; age;

Board Policy No. 2015                                                          Page 1 of 6

CONFIDENTIAL

CHERKIN_033964

economic status; sexual orientation including gender expression or identity; pregnancy; marital status; physical appearance; the presence of any sensory, mental or physical disability; honorably discharged veteran or military status; or the use of a trained dog guide or service animal by a person with a disability.

The process used for all adoptions shall be designed to gather input from multiple stakeholders. Input shall be reflected back to the School Board when specific instructional materials are recommended for adoption. The adoption committee should include reflections not only on why the particular materials were recommended for adoption, but also why the other reviewed materials were not recommended.

Materials adoptions shall occur pursuant to an established materials adoption cycle as set by the Superintendent. Prior to beginning each adoption, the Chief of Curriculum, Assessment and Instruction or equivalent position shall inform the Instructional Materials Committee and the Curriculum & Instruction Policy Committee of the School Board that the adoption is beginning, and the proposed timeline for the adoption.

Each adoption shall be accompanied by an appropriate professional development schedule. After the materials are implemented, it is expected that staff shall systematically collect and evaluate student performance data to determine if the outcomes sought by the adoption were successful, and report that information to the School Board.

## Definitions:

1. School Board-adopted Instructional Materials, regardless of medium, are the primary instructional resource(s) to support the curriculum as outlined in state and college readiness standards.

2. Adoption is the process of evaluating and selecting basic instructional materials that culminates with formal action by the School Board.

3. Supplemental Instructional Materials, regardless of medium, are selected for classroom use in addition to School Board-adopted instructional materials because they contain additional material or present material at a different level of difficulty or in a different fashion or medium. Supplemental Instructional Materials are chosen pursuant to Superintendent Procedure 2015SP.C.

## The Instructional Materials Committee:

The Instructional Materials Committee (IMC) is established in conformance with state law (RCW 28A.320.230). The IMC shall consist of the following standing positions: the Director of Curriculum & Instructional Supports, the Manager of

Board Policy No. 2015                                                           Page 2 of 6

CONFIDENTIAL

CHERKIN_033965

Library Services, and an Instructional Materials Specialist. In addition, the Director of Curriculum & Instructional Supports shall appoint two principals (one elementary and one secondary) and two parents (one elementary and one secondary) to staggered two-year terms. The School Board shall be informed of the committee members each fall.

Within the structure of the established adoption schedule, the purpose of the IMC is to:

- Approve the timeline of each specific adoption;
- Approve the membership of the Adoption Committee;
- Approve the selection criteria to be used by the Adoption Committee and ensure that the criteria are aligned with the principles outlined in this policy;
- Certify to the School Board that the final recommendation of the Adoption Committee was reached by following the process outlined in this policy and in any related Superintendent Procedures; and
- Ensure that a Professional Development cycle is developed.

The Instructional Materials Office shall be the repository of all materials being evaluated during a specific adoption and made available to the public.

**The Adoption Committees:**

In addition to the IMC, Seattle Public Schools completes text adoption work through adoption committees. These committees are appointed by the Adoption Coordinator charged with leading the adoption. The purpose of the adoption committee is to provide subject matter expertise and to provide the perspectives of family members who have current and/or past students in the grades for which the adoption is being contemplated.

For each adoption, an Adoption Coordinator is appointed by the Chief of Curriculum, Assessment and Instruction or equivalent position. The Adoption Coordinator shall be an employee of Seattle Public Schools and shall have background in the particular subject of the adoption.

The Superintendent or designee shall send formal notice of the anticipated adoption to the Washington-Oregon-Alaska Textbook Representatives Association (WOATRA) roster and to any other publishers who have requested notification. The publishers are invited to submit materials to the Instructional Materials Office for evaluation.

The Adoption Coordinator shall solicit members for the Adoption Committee. Members of the Committee shall represent the levels and subject area scheduled for adoption. Additional members, as appropriate, may include paraprofessionals; representatives from the English Language Learner, Special Education, or Advanced Learning departments; representatives from institutions of higher learning; families; and community members. When selecting members

Board Policy No. 2015

CONFIDENTIAL

CHERKIN_033966

of the committee, consideration will be given to the need for a vertically-aligned perspective. The Adoption Committee should reflect the diversity of the district. Its membership is proposed by the Adoption Coordinator and approved by the IMC. The committee is facilitated by the Adoption Coordinator.

The Adoption Committee shall use the Seattle Public Schools document "General Criteria for Evaluating Textual Materials for Cultural Relevancy and Anti-bias" as a guiding document, and shall identify which specific criteria outlined in that document shall be used for the specific adoption.

The Adoption Coordinator shall develop a written communication strategy for public notification regarding the adoption, adoption timeline, and review opportunities. Such strategy shall be developed under the guidelines outlined in the superintendents procedures connected to this policy.

The adoption timeline will be posted on the Curriculum & Instruction website, and through any other method defined in the communication strategy. District administrators, educators, parents, families and community members are encouraged to communicate their concerns and suggestions to the Adoption Coordinator and to be aware of the materials review period.

The Adoption Committee's Responsibilities Include:

- Develops Selection Criteria (using the "General Criteria for Evaluating Textual Materials for Cultural Relevancy and Anti-bias" document), before any materials are reviewed for adoption consideration. The Selection Criteria will satisfy both the State and District requirements of the subject and grade ranges for the adoption and the Criteria for Evaluating Textual Materials for Cultural Relevancy and Anti-bias. Only after the Selection Criteria are approved by the IMC are the publishers' submissions considered and reviewed.
- Reviews the materials submitted by publishers for cohesiveness with the Selection Criteria, as stated above.
- Solicits feedback through a variety of media. Materials will be displayed, or be made available, in accordance with the established communication strategy as outlined in the superintendents procedures connected to this policy.
- Reviews responses from administrators, educators, parents, families and community members.
- Recommends instructional materials for a District-wide adoption after taking into consideration feedback from all interested parties.
- Provides the fiscal assessment including the procurement and on-going cost of the adoption (i.e. consumables and professional development cost).

Board Policy No. 2015                                    Page 4 of 6

CONFIDENTIAL

CHERKIN_033967

The Adoption Coordinator submits the recommendation to the IMC. The IMC shall approve that the appropriate process was followed and shall forward the recommendation to the Superintendent.

The Superintendent shall forward the recommendation to the School Board. The materials are available for School Board review and then voted on by the School Board members.

The adoption is announced via the District website, a formal press release, and through any other method defined in the communication strategy. The Adoption Coordinator provides information regarding orientation and training for the new materials to SPS staff.

The Adoption Coordinator creates an implementation plan for principals suggesting ways to include implementation within a school's annual planning process.

The IMC may approve a revision in procedure in the case of adoption for courses with total District enrollment of fewer than 1,000 students. Any revision must satisfy both the State and District requirements of the subject and grade ranges for the adoption and the "Criteria for Evaluating Textual Materials for Cultural Relevancy and Anti-bias" and the principles outlined in this policy.

When a new edition/version of an adopted instructional material is published, the appropriate curriculum administrator may request approval from the IMC to recommend purchase of the new edition/version rather than a complete adoption process if there are compelling reasons to alter the normal adoption schedule and process. For example, the adopted edition/version is no longer available and the next adoption year is several years away. The IMC will grant the approval of the bypass if the materials satisfy both the State and District requirements of the subject and grade ranges for the adoption and the "Criteria for Evaluating Textual Materials for Cultural Relevancy and Anti-bias."

Based on the judgment of the Chief of Curriculum, Assessment and Instruction or equivalent position, materials replaced by the new adoption will either be moved from buildings to surplus or used as supplementary or classroom reference materials. The Adoption Committee will make a recommendation about this, which will be included in the implementation plan the Adoption Coordinator provides to the appropriate principals. Surplus instructional materials not utilized shall be disposed of according to law.

## Provisions of Instructional Materials to Students:

It is the policy of the Seattle School Board to provide or loan initial copies of School Board-adopted instructional materials and supplemental instructional materials to students free of charge. Each student shall be required to exercise reasonable care in the use of such materials.

Board Policy No. 2015

Page 5 of 6

CONFIDENTIAL

CHERKIN_033968

The School Board may adopt additional guiding principles as appropriate.

Adopted: December 2011
Revised: September 2014; October 2013 (previously numbered as Policy No. 2020); April 2017
Cross Reference: Policy No. 6881
Related Superintendent Procedures: 2015SP. A; 2015SP.B; 2015SP.C
Previous Policies: C21.00; Policy No. 2020
Legal References: RCW 28A.405.060 Course of study and regulations; RCW 28A.320.230
Instructional materials — Instructional materials committee; RCW 28A.150.230 Basic Education
Act of 1977 — District school directors as accountable for proper operation of district — Scope —
Responsibilities — Publication of Guide; RCW 28A.640 Sexual Equality Mandated for Public
Schools; WAC 392-190-055 Textbooks and instructional materials; WAC 180-44-010
Responsibilities related to instruction
Management Resources:

CONFIDENTIAL                                          CHERKIN_033969

Attachment:

    G.  A copy of RCW 28A.645

CONFIDENTIAL

CHERKIN_033970

Chapter Listing

## Chapter 28A.645 RCW

## APPEALS FROM BOARD

### Sections

| | |
|---|---|
| 28A.645.010 | Appeals—Notice of—Scope—Time limitation. |
| 28A.645.020 | Transcript filed, certified. |
| 28A.645.030 | Appeal to be heard de novo and expeditiously. |
| 28A.645.040 | Certified copy of decision to county assessor when school district boundaries changed. |

### NOTES:

*Educational employment relations act: Chapter 41.59 RCW.*

---

### RCW 28A.645.010

### Appeals—Notice of—Scope—Time limitation.

(1) Any person, or persons, either severally or collectively, aggrieved by any decision or order of any school official or board, within thirty days after the rendition of such decision or order, or of the failure to act upon the same when properly presented, may appeal the same to the superior court of the county in which the school district or part thereof is situated, by filing with the secretary of the school board if the appeal is from board action or failure to act, otherwise with the proper school official, and filing with the clerk of the superior court, a notice of appeal which shall set forth in a clear and concise manner the errors complained of.

(2)(a) Appeals by teachers, principals, supervisors, superintendents, or other certificated employees from the actions of school boards with respect to discharge or other action adversely affecting their contract status, or failure to renew their contracts for the next ensuing term shall be governed by the appeal provisions of chapters 28A.400 and 28A.405 RCW therefor and in all other cases shall be governed by chapter 28A.645 RCW.

(b) Appeals from nonrenewal or discharge by employees of school districts that are dissolved due to financial insolvency shall be as provided in RCW 28A.315.229.

[ 2012 c 186 § 22; 1990 c 33 § 544; 1971 ex.s. c 282 § 40; 1969 ex.s. c 34 § 17; 1969 ex.s. c 223 § 28A.88.010. Prior: 1961 c 241 § 9; 1909 c 97 p 362 § 1; RRS § 5064. Formerly RCW 28A.88.010, 28.88.010.] [SLC-RO-1.]

### NOTES:

**Effective date—2012 c 186:** See note following RCW 28A.315.025.

**Rule-making authority—2012 c 186:** See RCW 28A.315.902.

CONFIDENTIAL                                                                      CHERKIN_033971

Severability—1971 ex.s. c 282: See note following RCW 28A.310.010.

*RCW 28A.645.010 not applicable to contract renewal of school superintendent: RCW 28A.400.010.*

## RCW 28A.645.020

### Transcript filed, certified.

Within twenty days of service of the notice of appeal, the school board, at its expense, or the school official, at such official's expense, shall file the complete transcript of the evidence and the papers and exhibits relating to the decision for which a complaint has been filed. Such filings shall be certified to be correct.

[ 1971 ex.s. c 282 § 41. Formerly RCW 28A.88.013.]

### NOTES:

Severability—1971 ex.s. c 282: See note following RCW 28A.310.010.

## RCW 28A.645.030

### Appeal to be heard de novo and expeditiously.

Any appeal to the superior court shall be heard de novo by the superior court. Such appeal shall be heard expeditiously.

[ 1971 ex.s. c 282 § 42. Formerly RCW 28A.88.015.]

### NOTES:

Severability—1971 ex.s. c 282: See note following RCW 28A.310.010.

## RCW 28A.645.040

### Certified copy of decision to county assessor when school district boundaries changed.

In cases of appeal resulting in the change of any school district boundaries the decision shall within five days thereafter be also certified by the proper officer to the county assessor of the county, or to the county assessors of the counties, wherein the territory may lie.

[ 1969 ex.s. c 223 § 28A.88.090. Prior: 1909 c 97 p 364 § 8; RRS § 5071. Formerly RCW 28A.88.090, 28.88.090.]

CONFIDENTIAL

CHERKIN_033972

June 23, 2019
File: science curriculum letter to atty gen

TO:    State Attorney General
       P.O. Box 40100
       Olympia WA  98504

FROM:  Chris Jackins, Coordinator
       Seattle Committee to Save Schools
       P.O. Box 84063, Seattle WA 98124
       206-521-3288

REGARDING:  The Seattle School Board's May 29, 2019 three decisions to adopt science materials for elementary, middle, and high schools, and a request for examination of the issue that RCW 28A.320.230 appears to require that a School Board appoint members of the Instructional Materials Committee (IMC) and the Seattle School Board did not do so

Dear State Attorney General;

1.  We are writing to request that the State Attorney General's office examine the Seattle School Board's May 29, 2019 three decisions to adopt science materials for elementary, middle, and high schools, without the School Board's having approved the members of the Instructional Materials Committee (IMC).

2.  This action appears to violate RCW 28A.320.230(1)(c).

3.  We understand that state regulations require that the Attorney General first decline to address an issue in order for interested members of the public to seek standing for judicial review of issues as taxpayers.

4.  Attached is a copy of the minutes of the May 29, 2019 Seattle School Board meeting which includes School Board action to approve action items #1, #2, and #3 of Section IX of the School Board agenda, which are the three decisions to adopt science materials for elementary, middle, and high schools.

5.  RCW 28A.320.230(1)(c) states that the School Board "shall ... adopt ... policy relative to the selection or deletion of instructional materials.  Such policy shall: ... Establish an instructional materials committee to be appointed, with the approval of the school board, by the school district's chief administrative officer."

6.  RCW 28A.320.230(1)(f) states "Recommendation of instructional materials shall be by the district's instructional materials committee in accordance with district policy.  Approval or disapproval shall be by the local school district's board of directors."

7.  At an April 30, 2019 School Board work session, Ronald Boy the School District's acting Chief Counsel indicated that the Board had adopted a curriculum adoption policy as called for by RCW 28A.320.230 but had not approved the members of the Instructional Materials Committee (IMC) as referenced by RCW 28A.320.230. Ronald Boy the School District's acting Chief Counsel stated that RCW 28A.320.230 required such a School Board policy but that it was reasonable to interpret RCW 28A.320.230 as either not requiring (the District's preferred interpretation) or requiring that the School Board actually appoint the members of the IMC.

8.  We would appreciate es early a response as possible, as we are examining our options for obtaining review of these concerns.

Thank you for your help.

Sincerely,

*[signature: Chris Jackins]*

1

CONFIDENTIAL

CHERKIN_033973

IN THE SUPERIOR COURT, IN AND FOR THE COUNTY OF KING, STATE OF WASHINGTON

| | | |
|---|---|---|
| **EMILY CHERKIN** | | Cause No.: **19-2-17046-8 SEA** |
| | Plaintiff/Petitioner | Hearing Date: |
| vs. | | |
| **SEATTLE SCHOOL DISTRICT #1** | | DECLARATION OF SERVICE OF |
| | Defendant/Respondent | **COVER LETTER; CASE ASSIGNMENT AREA DESIGNATION AND CASE INFORMATION COVER SHEET; NOTICE OF APPEAL OF SCHOOL DISTRICT DECISION PURSUANT TO RCW 28A.645.010; ORDER SETTING THE PETITION FOR REVIEW (ALR) CASE SCHEDULE** |

The undersigned hereby declares: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the 27th day of June, 2019 at 4:18 PM at the address of 2445 3RD AVE S, SEATTLE, King County, WA 98124; this declarant served the above described documents upon SEATTLE SCHOOL DISTRICT #1 c/o RONALD BOY, GENERAL COUNSEL by then and there personally delivering 1 true and correct copy(ies) thereof, by then presenting to and leaving the same with Roxane O'Connor , ASSISTANT LEGAL COUNSEL , PERSON AUTHORIZED TO ACCEPT, who accepted service, with identity confirmed by subject stating their name, a white female approx. 25-35 years of age, 5'6"-5'8" tall, weighing 120-140 lbs with brown hair..
No information was provided or discovered that indicates that the subjects served are members of the United States military.

Service Fee Total: $140.00

Declarant hereby states under penalty of perjury under the laws of the State of Washington that the statement above is true and correct.

DATED _____6/28/19_____.

James Bradford, Reg. # 204960, King County

**ORIGINAL PROOF OF SERVICE**
PAGE 1 OF 1

Tracking #: 0039128644

For: CHRIS JACKINS
Ref #: 19-2-17046-8 SEA

CONFIDENTIAL

CHERKIN_033974

**FILED**
2019 JUN 27
KING COUNTY
SUPERIOR COURT CLERK

CASE #: 19-2-17046-8 SEA

## IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
## FOR THE COUNTY OF KING

| | |
|---|---|
| EMILY CHERKIN, ET. AL.<br><br>vs.<br><br>SEATTLE SCHOOL DISTRICT NO. 1 | No. 19-2-17046-8  SEA<br><br>**ORDER SETTING THE PETITION FOR REVIEW**<br>**(ALR) CASE SCHEDULE**<br><br>ASSIGNED JUDGE: Richardson, Dept. 52<br>FILED DATE: 06/27/2019<br>REVIEW HEARING DATE: 12/27/2019 |

A Petition for Review of a decision of an administrative agency or appeal board has been filed in King County Superior Court and will be conducted according to the Case Schedule on Page 3 as ordered by the King County Superior Court Presiding Judge.

### I. NOTICES

**THE PARTY (PETITIONER) SEEKING JUDICIAL REVIEW OF A DECISION OF AN ADMINISTRATIVE AGENCY/ OR APPEAL BOARD MUST:**

1. Serve a copy of the Petition for Review on the administrative agency/or appeal board within the timeframe required by the applicable statutes.

2. Serve a copy of the Petition for Review and a copy of this *Order Setting Case Schedule* on all other parties as required by the applicable statutes. You, as the party who started this review request, must make sure all other parties and the agency are notified of your action and receive a copy of the Case Schedule. You may serve the documents by certified mail, personal delivery by someone other than you, or a "process serving service" or as otherwise permitted by statue within the service timeframe required.

**You are required to give a copy of these documents to all parties in this case.**

CONFIDENTIAL

CHERKIN_033975

## I.    NOTICES (continued)

All attorneys and parties should be familiar with the rules of the court – especially those referred to in this Schedule.

King County Local Rules (KCLR) are available at **www.kingcounty.gov/courts/clerk/rules.aspx**

### TIMELINESS AND DISMISSAL:

In order to comply with the Case Schedule, it will be necessary for attorneys and parties to pursue their petitions for review timely from the day they are filed. All events must occur promptly.

### REMAINING DUE DATES CANCELED BY FILING PAPERS THAT RESOLVE THE CASE:
When a final decree, judgment, or order of dismissal of all claims is filed with the Superior Court Clerk's Office, and a courtesy copy is delivered to the assigned judge, all remaining due dates in this Schedule are automatically canceled, including the scheduled Final Hearing Date. It is the responsibility of the parties to 1) file dispositive documents within 45 days of the resolution of the case, and 2) strike any pending motions by notifying the bailiff for the assigned judge.

Parties may also authorize the Superior Court to strike all remaining due dates and the Final Hearing Date by filing a Notice of Settlement pursuant to KCLCR 41, and forwarding a courtesy copy to the assigned judge. If a final decree, judgment or order of dismissal of all claims is not filed by 45 days after a Notice of Settlement, the case may be dismissed with notice.

If the petitioner fails to appear in court for the scheduled FINAL HEARING DATE, the Superior Court Clerk is authorized by KCLCR 41(b)(2)(A) to present an Order of Dismissal, without further notice, for failure to appear.

### NOTICES OF APPEARANCE OR WITHDRAWAL AND ADDRESS CHANGES:
All parties to this action must keep the court informed of their current addresses. When a Notice of Appearance/Withdrawal or Notice of Change of Address is filed with the Superior Court Clerk's Office, the party must provide a courtesy copy to the bailiff for the assigned judge as well as provide a copy to all other parties in the case.

### NOTICE OF NON-COMPLIANCE FEES:
All parties will be assessed a fee authorized by King County Code 4A.630.020 whenever the Superior Court Clerk must send notice of non-compliance of schedule requirements and/or Local Rule 41.

CONFIDENTIAL

CHERKIN_033976

## II. CASE SCHEDULE

| | CASE EVENT DESCRIPTION | DATE |
|---|---|---|
| | Party files Petition for Review and Case Schedule Issued. | 06/27/2019 |
| * | Attorney files of Notice of Appearance (if applicable). | 07/25/2019 |
| * | Agency files Administrative Agency Record. | 08/29/2019 |
| * | DEADLINE for any party filing a motion for expedited hearing | 08/29/2019 |
| * | Petitioner files Petitioner's Opening Brief. | 11/08/2019 |
| * | Respondent files Response Brief. | 12/06/2019 |
| * | Petitioner files Reply Brief. | 12/20/2019 |
| | Final Hearing [See KCLCR 40] (Friday morning at 9 AM, unless parties are notified by the assigned court that a new date/time is set. | 12/27/2019 |

The * indicates a document that must be filed with the Superior Court Clerk's Office by the event date. The party filing any document is responsible for serving all parties of record and the assigned court as required in the court rules.

## III. ORDER

Pursuant to King County Local Rule 4, it is ORDERED that all parties shall comply with the case schedule listed above and that absent a proper amendment of the Case Schedule, failure to meet these event due dates may result in the dismissal of the petition.

It is FURTHER ORDERED that the party filing this action **must** serve this *Order Setting Petition for Review Case Schedule* and attachment on all other parties.

DATED:    06/27/2019

_____

PRESIDING JUDGE

CONFIDENTIAL

CHERKIN_033977

## IV. ORDER ON CIVIL PROCEEDINGS FOR ASSIGNMENT TO JUDGE

**READ THIS ORDER BEFORE CONTACTING YOUR ASSIGNED JUDGE.**
This case is assigned to the Superior Court Judge whose name appears in the caption of this case schedule. The assigned Superior Court Judge will preside over and manage this case for all pretrial matters.

**COMPLEX LITIGATION:** If you anticipate an unusually complex or lengthy trial, please notify the assigned court as soon as possible.

**APPLICABLE RULES:** Except as specifically modified below, all the provisions of King County Local Civil Rules 4 through 26 shall apply to the processing of civil cases before Superior Court Judges. The local civil rules can be found at www.kingcounty.gov/courts/clerk/rules/Civil.

**CASE SCHEDULE AND REQUIREMENTS:** Deadlines are set by the case schedule, issued pursuant to Local Civil Rule 4.

**THE PARTIES ARE RESPONSIBLE FOR KNOWING AND COMPLYING WITH ALL DEADLINES IMPOSED BY THE COURT'S LOCAL CIVIL RULES.**

### A. Joint Confirmation regarding Trial Readiness Report
No later than twenty one (21) days before the trial date, parties shall complete and file (with a copy to the assigned judge) a joint confirmation report setting forth whether a jury demand has been filed, the expected duration of the trial, whether a settlement conference has been held, and special problems and needs (e.g., interpreters, equipment).

The Joint Confirmation Regarding Trial Readiness form is available at www.kingcounty.gov/courts/scforms. If parties wish to request a CR 16 conference, they must contact the assigned court. Plaintiff's/petitioner's counsel is responsible for contacting the other parties regarding the report.

### B. Settlement/Mediation/ADR
a. Forty five (45) days before the trial date, counsel for plaintiff/petitioner shall submit a written settlement demand. Ten (10) days after receiving plaintiff's/petitioner's written demand, counsel for defendant/respondent shall respond (with a counter offer, if appropriate).

b. Twenty eight (28) days before the trial date, a Settlement/Mediation/ADR conference shall have been held. FAILURE TO COMPLY WITH THIS SETTLEMENT CONFERENCE REQUIREMENT MAY RESULT IN SANCTIONS.

### C. Trial
Trial is scheduled for 9:00 a.m. on the date on the case schedule or as soon thereafter as convened by the court. The Friday before trial, the parties should access the court's civil standby calendar on the King County Superior Court website www.kingcounty.gov/courts/superiorcourt to confirm the trial judge assignment.

## MOTIONS PROCEDURES

### A. Noting of Motions

**Dispositive Motions:** All summary judgment or other dispositive motions will be heard with oral argument before the assigned judge. The moving party must arrange with the hearing judge a date and time for the hearing, consistent with the court rules. Local Civil Rule 7 and Local Civil Rule 56 govern procedures for summary judgment or other motions that dispose of the case in whole or in part. The local civil rules can be found at www.kingcounty.gov/courts/clerk/rules/Civil.

**Non-dispositive Motions:** These motions, which include discovery motions, will be ruled on by the assigned judge without oral argument, unless otherwise ordered. All such motions must be noted for a date by which the ruling is requested; this date must likewise conform to the applicable notice requirements. Rather than noting a time of day, the Note for Motion should state "Without Oral Argument." Local Civil Rule

CONFIDENTIAL

CHERKIN_033978

7 governs these motions, which include discovery motions. The local civil rules can be found at www.kingcounty.gov/courts/clerk/rules/Civil.

**Motions in Family Law Cases not involving children:** Discovery motions to compel, motions in limine, motions relating to trial dates and motions to vacate judgments/dismissals shall be brought before the assigned judge. All other motions should be noted and heard on the Family Law Motions calendar. Local Civil Rule 7 and King County Family Law Local Rules govern these procedures. The local rules can be found at www.kingcounty.gov/courts/clerk/rules.

**Emergency Motions:** Under the court's local civil rules, emergency motions will usually be allowed only upon entry of an Order Shortening Time. However, some emergency motions may be brought in the Ex Parte and Probate Department as expressly authorized by local rule. In addition, discovery disputes may be addressed by telephone call and without written motion, if the judge approves in advance.

**B. Original Documents/Working Copies/ Filing of Documents: All original documents must be filed with the Clerk's Office.** Please see information on the Clerk's Office website at www.kingcounty.gov/courts/clerk regarding the requirement outlined in LGR 30 that attorneys must e-file documents in King County Superior Court. The exceptions to the e-filing requirement are also available on the Clerk's Office website. The local rules can be found at www.kingcounty.gov/courts/clerk/rules.

The working copies of all documents in support or opposition must be marked on the upper right corner of the first page with the date of consideration or hearing and the name of the assigned judge. The assigned judge's working copies must be delivered to his/her courtroom or the Judges' mailroom. Working copies of motions to be heard on the Family Law Motions Calendar should be filed with the Family Law Motions Coordinator. Working copies can be submitted through the Clerk's office E-Filing application at www.kingcounty.gov/courts/clerk/documents/eWC.

**Service of documents:** Pursuant to Local General Rule 30(b)(4)(B), e-filed documents shall be electronically served through the e-Service feature within the Clerk's eFiling application. Pre-registration to accept e-service is required. E-Service generates a record of service document that can be e-filed. Please see the Clerk's office website at www.kingcounty.gov/courts/clerk/documents/efiling regarding E-Service.

**Original Proposed Order:** Each of the parties must include an original proposed order granting requested relief with the working copy materials submitted on any motion. **Do not file the original of the proposed order with the Clerk of the Court.** Should any party desire a copy of the order as signed and filed by the judge, a pre-addressed, stamped envelope shall accompany the proposed order. The court may distribute orders electronically. Review the judge's website for information: www.kingcounty.gov/courts/SuperiorCourt/judges.

**Presentation of Orders for Signature:** All orders must be presented to the assigned judge or to the Ex Parte and Probate Department, in accordance with Local Civil Rules 40 and 40.1. Such orders, if presented to the Ex Parte and Probate Department, shall be submitted through the E-Filing/Ex Parte via the Clerk application by the attorney(s) of record. E-filing is not required for self-represented parties (non-attorneys). If the assigned judge is absent, contact the assigned court for further instructions. If another judge enters an order on the case, counsel is responsible for providing the assigned judge with a copy.

**Proposed orders finalizing settlement and/or dismissal by agreement of all parties shall be presented to the Ex Parte and Probate Department.** Such orders shall be submitted through the E-Filing/Ex Parte via the Clerk application by the attorney(s) of record. E-filing is not required for self-represented parties (non-attorneys). Formal proof in Family Law cases must be scheduled before the assigned judge by contacting the bailiff, or formal proof may be entered in the Ex Parte Department. **If final order and/or formal proof are entered in the Ex Parte and Probate Department, counsel is responsible for providing the assigned judge with a copy.**

**C. Form**
Pursuant to Local Civil Rule 7(b)(5)(B), the initial motion and opposing memorandum shall not exceed 4,200 words and reply memoranda shall not exceed 1,750 words without authorization of the court. The word count

CONFIDENTIAL

CHERKIN_033979

includes all portions of the document, including headings and footnotes, except 1) the caption; 2) table of contents and/or authorities, if any; and 3): the signature block. Over-length memoranda/briefs and motions supported by such memoranda/briefs may be stricken.

*IT IS SO ORDERED. FAILURE TO COMPLY WITH THE PROVISIONS OF THIS ORDER MAY RESULT IN DISMISSAL OR OTHER SANCTIONS. PLAINTIFF/PEITITONER SHALL FORWARD A COPY OF THIS ORDER AS SOON AS PRACTICABLE TO ANY PARTY WHO HAS NOT RECEIVED THIS ORDER.*

_____
PRESIDING JUDGE

CONFIDENTIAL

CHERKIN_033980



JUN 27 2019

## KING COUNTY SUPERIOR COURT
## CASE ASSIGNMENT AREA DESIGNATION and CASE INFORMATION COVER SHEET
### (CICS)

Pursuant to King County Code 4A.630.060, a faulty document fee of $15 may be assessed to new case filings missing this sheet.

## 19-2-17046-8 SEA

CASE NUMBER:

(Provided by the Clerk)

CASE CAPTION: _EMILY CHERKIN V. SEATTLE School District #1_
(New case: Print name of person starting case vs. name of person or agency you are filing against.)
(When filing into an existing family law case, the case caption remains the same as the original filing.)

Please mark one of the boxes below:

☒ Seattle Area, defined as:

> All of King County north of Interstate 90 and including all of the Interstate 90 right-of-way; all the cities of Seattle, Mercer Island, Bellevue, Issaquah and North Bend; and all of Vashon and Maury Islands.

☐ Kent Area, defined as:

> All of King County south of Interstate 90 except those areas included in the Seattle Case Assignment Area.

I certify that this case meets the case assignment criteria, described in King County LCR 82(e).

_____   _____   _____
Signature of Attorney        WSBA-Number    Date

or

_____        _6/27/2019_
Signature of person who is starting case    Date

_9302- 46th Avenue SW, SEATTLE, WA 98136_
Address, City, State, Zip Code of person who is starting case if not represented by attorney

CONFIDENTIAL                                              CHERKIN_033981

**KING COUNTY SUPERIOR COURT**
**CASE ASSIGNMENT AREA DESIGNATION and CASE INFORMATION COVER SHEET**

## CIVIL

Please check the category that best describes this case.

**APPEAL/REVIEW**

☒ Administrative Law Review (ALR 2)*

(Petition to the Superior Court for review of rulings made by state administrative agencies.( e.g. DSHS Child Support, Good to Go passes, denial of benefits from Employment Security, DSHS)

☐ Board of Industrial Insurance Appeals – Workers Comp (ALRLI 2)*

(Petition to the Superior Court for review of rulings made by Labor & Industries.)

☐ DOL Revocation (DOL 2)*

(Appeal of a DOL revocation Implied consent-Test refusal ONLY.) RCW 46.20.308(9)

☐ Subdivision Election Process Review (SER 2)*

(Intent to challenge election process)

☐ Voter Election Process Law Review (VEP 2)*

(Complaint for violation of voting rights act)

☐ Petition to Appeal/Amend Ballot Title (BAT 2)

**CONTRACT/COMMERCIAL**

☐ Breach of Contract (COM 2)*

(Complaint involving money dispute where a breach of contract is involved.)

☐ Commercial Contract (COM 2)*

(Complaint involving money dispute where a contract is involved.)

☐ Commercial Non-Contract (COL 2)*

(Complaint involving money dispute where no contract is involved.)

☐ Third Party Collection (COL 2)*

(Complaint involving a third party over a money dispute where no contract is involved.)

**JUDGMENT**

☐ Abstract, Judgment, Another County (ABJ 2)

(A certified copy of a judgment docket from another Superior Court within the state.)

☐ Confession of Judgment (CFJ 2)*

(The entry of a judgment when a defendant admits liability and accepts the amount of agreed-upon damages but does not pay or perform as agreed upon.)

☐ Foreign Judgment (from another State or Country) (FJU 2)

(Any judgment, decree, or order of a court of the United States, or of any state or territory, which is entitled to full faith and credit in this state.)

☐ Tax Warrant or Warrant (TAX 2)

(A notice of assessment by a state agency or self-insured company creating a judgment/lien in the county in which it is filed.)

☐ Transcript of Judgment (TRJ 2)

(A certified copy of a judgment from a court of limited jurisdiction (e.g. District or Municipal court) to a Superior Court.)

**PROPERTY RIGHTS**

☐ Condemnation/Eminent Domain (CON 2)*

(Complaint involving governmental taking of private property with payment, but not necessarily with consent.)

Civil-CICS  Revised 04/2019

CONFIDENTIAL

CHERKIN_033982

☐ Foreclosure (FOR 2)*

(Complaint involving termination of ownership rights when a mortgage or tax foreclosure is involved, where ownership is not in question.)

☐ Land Use Petition (LUP 2)*

(Petition for an expedited judicial review of a land use decision made by a local jurisdiction.) RCW 36.70C.040

☐ Property Fairness Act (PFA 2)*

(Complaint involving the regulation of private property or restraint of land use by a government entity brought forth by Title 64.)

☐ Quiet Title (QTI 2)*

(Complaint involving the ownership, use, or disposition of land or real estate other than foreclosure.)

☐ Residential Unlawful Detainer (Eviction) (UND 2)

(Complaint involving the unjustifiable retention of lands or attachments to land, including water and mineral rights.)

☐ Non-Residential Unlawful Detainer (Eviction) (UND 2)

(Commercial property eviction.)

**OTHER COMPLAINT/PETITION**
☐ Action to Compel/Confirm Private Binding Arbitration (CAA 2)

(Petition to force or confirm private binding arbitration.)

☐ Assurance of Discontinuance (AOD 2)

(Filed by Attorney General's Office to prevent businesses from engaging in improper or misleading practices.)

☐ Birth Certificate Change(PBC 2)

(Petition to amend birth certificate)

☐ Bond Justification (PBJ 2)

(Bail bond company desiring to transact surety bail bonds in King County facilities.)

☐ Change of Name (CHN 5)

(Petition for name change, when domestic violence/anti-harassment issues require confidentiality.)

☐ Certificate of Rehabilitation (CRR 2)

(Petition to restore civil and political rights.)

☐ Certificate of Restoration Opportunity(CRP 2)

(Establishes eligibility requirements for certain professional licenses)

☐ Civil Commitment (sexual predator) (PCC 2)

(Petition to detain an individual involuntarily.)

☐ Notice of Deposit of Surplus Funds (DSF 2)

(Deposit of extra money from a foreclosure after payment of expenses from sale and obligation secured by the deed of trust.)

☐ Emancipation of Minor (EOM 2)

(Petition by a minor for a declaration of emancipation.)

☐ Foreign Subpoena (OSS 2)

(To subpoena a King County resident or entity for an out of state case.)

☐ Foreign Protection Order (FPO 2)

(Registering out of state protection order)

☐ Frivolous Claim of Lien (FVL 2)

(Petition or Motion requesting a determination that a lien against a mechanic or materialman is excessive or unwarranted.)

☐ Application for Health & Safety Inspection (HSI 2)

Civil-CICS  Revised 04/2019

CONFIDENTIAL

CHERKIN_033983

☐ Injunction (INJ 2)*

(Complaint/petition to require a person to do or refrain from doing a particular thing.)

☐ Interpleader (IPL 2)

(Petition for the deposit of disputed earnest money from real estate, insurance proceeds, and/or other transaction(s).)

☐ Malicious Harassment (MHA 2)*

(Suit involving damages resulting from malicious harassment.) RCW 9a.36.080

☐ Non-Judicial Filing (NJF 2)

(See probate section for TEDRA agreements. To file for the record document(s) unrelated to any other proceeding and where there will be no judicial review.)

☐ Other Complaint/Petition (MSC 2)*

(Filing a Complaint/Petition for a cause of action not listed)

☐ Minor Work Permit (MWP 2)

(Petition for a child under 14 years of age to be employed)

☐ Perpetuation of Testimony (PPT 2)

(Action filed under CR 27)

☐ Petition to Remove Restricted Covenant (RRC 2)
Declaratory judgment action to strike discriminatory provision of real property contract.

☐ Public records Act (PRA 2)*

(Action filed under RCW 42.56)

☐ Receivership (RCV 2)

(The process of appointment by a court of a receiver to take custody of the property, business, rents and profits of a party to a lawsuit pending a final decision on disbursement or an agreement.)

☐ Relief from Duty to Register (RDR 2)

(Petition seeking to stop the requirement to register.)

☐ Restoration of Firearm Rights (RFR 2)

(Petition seeking restoration of firearms rights under RCW 9.41.040 and 9.41.047.)

☐ School District-Required Action Plan (SDR 2)

(Petition filed requesting court selection of a required action plan proposal relating to school academic performance.)

☐ Seizure of Property from the Commission of a Crime-Seattle (SPC 2)*

(Seizure of personal property which was employed in aiding, abetting, or commission of a crime, from a defendant after conviction.)

☐ Seizure of Property Resulting from a Crime-Seattle (SPR 2)*

(Seizure of tangible or intangible property which is the direct or indirect result of a crime, from a defendant following criminal conviction. (e.g., remuneration for, or contract interest in, a depiction or account of a crime.))

☐ Structured Settlements- Seattle (TSS 2)

(A financial or insurance arrangement whereby a claimant agrees to resolve a personal injury tort claim by receiving periodic payments on an agreed schedule rather than as a lump sum.)

☐ Vehicle Ownership (PVO 2)*

(Petition to request a judgment awarding ownership of a vehicle.)

**TORT, ASBESTOS**
☐ Personal Injury (ASP 2)*

(Complaint alleging injury resulting from asbestos exposure.)

Civil-CICS  Revised 04/2019

CONFIDENTIAL

CHERKIN_033984

☐ Wrongful Death (ASW 2)*

(Complaint alleging death resulting from asbestos exposure.)

**TORT, MEDICAL MALPRACTICE**

☐ Hospital (MED 2)*

(Complaint involving injury or death resulting from a hospital.)

☐ Medical Doctor (MED 2)*

(Complaint involving injury or death resulting from a medical doctor.)

☐ Other Health care Professional (MED 2)*

(Complaint involving injury or death resulting from a health care professional other than a medical doctor.)

**TORT, MOTOR VEHICLE**

☐ Death (TMV 2)*

(Complaint involving death resulting from an incident involving a motor vehicle.)

☐ Non-Death Injuries (TMV 2)*

(Complaint involving non–death injuries resulting from an incident involving a motor vehicle.)

☐ Property Damages Only (TMV 2)*

(Complaint involving only property damages resulting from an incident involving a motor vehicle.)

☐ Victims Vehicle Theft (VVT 2)*

(Complaint filed by a victim of car theft to recover damages.) RCW 9A.56.078

**TORT, NON-MOTOR VEHICLE**

☐ Other Malpractice (MAL 2)*

(Complaint involving injury resulting from other than professional medical treatment.)

☐ Personal Injury (PIN 2)*

(Complaint involving physical injury not resulting from professional medical treatment, and where a motor vehicle is not involved.)

☐ Products Liability (TTO 2)*

(Complaint involving injury resulting from a commercial product.)

☐ Property Damages (PRP 2)*

(Complaint involving damage to real or personal property excluding motor vehicles.)

☐ Property Damages-Gang (PRG 2)*

(Complaint to recover damages to property related to gang activity.)

☐ Tort, Other (TTO 2)*

(Any other petition not specified by other codes.)

☐ Wrongful Death (WDE 2)*

(Complaint involving death resulting from other than professional medical treatment.)

**WRIT**

☐ Habeas Corpus (WHC 2)

(Petition for a writ to bring a party before the court.)

☐ Mandamus (WRM 2)**

(Petition for writ commanding performance of a particular act or duty.)

☐ Review (WRV 2)**

(Petition for review of the record or decision of a case pending in the lower court; does not include lower court appeals or administrative law reviews.)

*The filing party will be given an appropriate case schedule at time of filing.
** Case schedule will be issued after hearing and findings.

Civil-CICS  Revised 04/2019

CONFIDENTIAL

CHERKIN_033985

KING COUNTY CLERK'S OFFICE
SUPERIOR COURT CLERK

RECEIPT:    807885100
PAYOR:      ROBERT FEMIANO
DATE:       06/27/2019
TIME:       2:23 PM
CASHIER:    TB
LOCATION:   SEATTLE
COMMENTS:

19-2-17046-6
CHERKIN VS SEATTLE SCHOOL
DISTRICT NO. 1
Fee, Civil Filing
                        $240.00
     TOTAL:             $240.00

TENDERED
CHECK ~ 1420
                        $240.00

     CHANGE:             $0.00

CONFIDENTIAL

CHERKIN_033986