# Exhibit 48

UNITED STATES DEPARTMENT OF EDUCATION

OFFICE OF PLANNING, EVALUATION AND POLICY DEVELOPMENT

September 29, 2021

Ms. Ellen Zarian

███████████████████

Via email:  ELLEN@ELLENZAVIAN.com

Dear Ms. Zarian:

This letter is in response to your June 23, 2021, complaint filed with Student Privacy Policy Office (Office or SPPO), formerly the Family Policy Compliance Office, in which you allege that Montgomery County Public Schools (MCPS or District) violated your rights under the Family Educational Rights and Privacy Act (FERPA) with regard to the education records of your child, Justus (Student).  Due to the volume of correspondence received by this Office and limited resources, we are currently not able to respond to all complaints in as timely a manner as we would prefer.

FERPA is a federal law that protects the privacy of students' education records.  The term "education records" is defined under FERPA, with certain exclusions, as those records that are directly related to a student and which are maintained by an educational agency or institution (e.g., a school or postsecondary institution), or by a party acting for the agency or institution, to which funds have been made available under any program administered by the Secretary of Education.  FERPA affords parents certain rights with regard to their child's education records. When a child reaches 18 years of age or begins attending a postsecondary institution at any age, he or she becomes an "eligible student," and all of the rights under FERPA once afforded the parent transfer to the student.  These rights include your right to inspect and review your child's education records, the right to seek to have the education records amended, the right to have some control over the disclosure of personally identifiable information from the education records, and the right to file a written complaint with SPPO regarding an alleged violation of FERPA.  Under FERPA, a school is prohibited from disclosing personally identifiable information from your child's education records, without consent, unless the disclosure meets an exception to FERPA's general consent requirement.

SPPO reviews and processes written complaints of alleged violations of FERPA.  This Office investigates written complaints filed by a parent alleging a violation of FERPA only if the complaint:

- Is filed by a parent who maintains FERPA rights over the education records which are the subject of the complaint;

- Is submitted to the Office within 180 days of the date of the alleged violation or of the date that the complainant knew or reasonably should have known of the alleged violation; and,

- Contains specific allegations of fact giving reasonable cause to believe that a violation of FERPA has occurred.

400 MARYLAND AVE., S.W. WASHINGTON, D.C. 20202-2110

*The Department of Education's mission is to promote student achievement and preparation for global competitiveness by fostering educational excellence and ensuring equal access.*

CONFIDENTIAL

CHERKIN_034826

Page 2 – Ms. Ellen Zarian

Under FERPA's enforcement provisions, this Office investigates timely complaints containing sufficient allegation of fact that would lead us to believe that a violation of FERPA may have occurred. In reaching this determination, SPPO reviews the information provided by the parent, and considers all relevant statutory and regulatory requirements and the Department's interpretation of those requirements, when reaching a decision as to whether there are sufficient facts of a potential violation of FERPA that supports our conducting a formal investigation of a complaint.

You allege in your complaint that the District violated the rights afforded you under FERPA when it denied you access to your child's education records.  Specifically, by letter dated      June 16, 2020, you requested that the District provide you "access to and a copy of all 'education records' relating to [the Student] in the possession of

- **Google**, to include any and all of its subsidiaries, as well as any vendors or other 3rd parties, holding or processing data on behalf of MCPS and relating to my child, as set forth above;
- **Zoom Video Communications, Inc.**, to include any and all of its subsidiaries, as well as any vendors or other 3rd parties holding or processing data on behalf of MCPS and relating to my child, as set above; and
- **Go Guardian, Brainpop, Canvas, Newsela, Scratch, etc**: to include any and all of its subsidiaries, as well as any vendors or other 3rd party holding or processing data on behalf of MCPS and relating to my child, as set forth above."  [Emphasis provided.]

Based on the facts you provided, we will not open an investigation into your complaint.  As stated above, a complaint must be submitted to this Office within 180 days of the date of the alleged violation or of the date that the complainant knew or reasonably should have known of the alleged violation. The date on which you filed your complaint is more than 180 days after which the alleged violation occurred.  Accordingly, this Office is dismissing your FERPA complaint as it was not filed in a timely manner.

Notwithstanding the fact that your complaint was not filed in a timely manner, the limited information you included in your complaint does not provide us with sufficient facts that would support our conducting a formal investigation.  In submitting your complaint to this Office, you did not adequately describe the alleged violation by providing us in a clear manner, all of the information requested on the complaint form that pertains to the nature of your complaint.  Specifically, we note that you did not describe any response that you received to your request from the District in response to your request.

Furthermore, under FERPA, a school must generally provide a parent with an opportunity to inspect and review his or her child's education records within 45 days of the receipt of a request.  While required to provide a parent with access to their child's education records, a school is not generally required by FERPA to provide *copies* of education records.  However, if circumstances effectively prevent a parent from exercising his or her right to inspect and review education records, the school would be required to either provide the parent with a copy of the records requested or make other arrangements that would allow for the parent to inspect and view the requested records.  A case in point would be a situation in which the parent does not live within commuting distance of the school.

Regarding your overall concern about access to information maintained by vendors, please note the following.  Under the school official provisions in FERPA, a school may also disclose personally identifiable information from education records without consent to an outside party who is not an

CHERKIN_034827

Page 3 – Ms. Ellen Zarian

employee of the school if the outside party qualifies as a "school official" with "legitimate educational interest."  The FERPA regulations permits schools to outsource institutional services or functions that involve the disclosure of education records to contractors, consultants, volunteers, or other third parties provided that the outside party:

1. Performs an institutional service or function for which the agency or institution would otherwise use employees;
2. Is under the direct control of the agency or institution with respect to the use and maintenance of education records;
3. Is subject to the requirements in the FERPA regulations which provides that personally identifiable information from education records may be used only for the purposes for which the disclosure was made, and which governs the redisclosure of personally identifiable information from education records; and
4. Meets the criteria specified in the school or school district's annual notification of FERPA rights for being a school official with a legitimate educational interest in the education records.

While not a requirement of FERPA, one way to ensure that vendors and other outside parties are aware of the FERPA requirements related to the use and disclosure of personally identifiable information obtained from education records is for an educational agency or institution to have a written agreement with a vendor company specifying their requirements and responsibilities to comply with FERPA.

You may find the following guidance helpful:  "The Family Educational Rights and Privacy Act Guidance for Parents" (*available at https://studentprivacy.ed.gov/resources/ferpa-general-guidance-parents), and "Protecting Student Privacy While Using Online Educational Services:  Requirements and Best Practices" (available at https://studentprivacy.ed.gov/resources/protecting-student-privacy-while-using-online-educational-services-requirements-and-best), for helpful information on inspection and review rights under FERPA and privacy and security considerations relating to online educational services provided by third parties to educational agencies and institutions.

For more information regarding your rights under FERPA please review the Guidance for Parents at https://studentprivacy.ed.gov/sites/default/files/resource_document/file/for-parents.pdf.  You also will find more information regarding FERPA on our website at:  https://studentprivacy.ed.gov/.  We regret that we are unable to assist you with your concerns.  This letter constitutes notice of a final agency action regarding this matter.

Sincerely,

Frank E. Miller Jr.
Deputy Director
Student Privacy Policy Office

CONFIDENTIAL

CHERKIN_034828