UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Civil Minutes

Date: August 13, 2026 Judge: Hon. James Donato

Time: 23 Minutes

Case No. **3:24-cv-02706-JD**
Case Name **Cherkin et al v. PowerSchool Holdings, Inc.**

Attorney(s) for Plaintiff(s): Leonard Aragon/Whitney Siehl/Andrew Liddell
Attorney(s) for Defendant(s): Martin Roth/Amelia Bailey/Christina Martinez Squiers/ Betthany Lobo

Deputy Clerk: Lisa R. Clark Court Reporter: Kendra Steppler

PROCEEDINGS

Motion Hearing -- Held

NOTES AND ORDERS

The amended complaint, Dkt. No. 131, is dismissed for failing to conform to the order of dismissal, Dkt. No. 65. Plaintiff Cherkin may file by August 21, 2026, a corrected amended complaint. No new claims or parties may be added without the Court's prior consent.

For the reasons stated on the record, the motion for class certification, Dkt. No. 119, and the related FRE 702 motions re witnesses O'Neil and Dr. Barber, Dkt. Nos. 132 and 134, are terminated. Cherkin may file by September 28, 2026, a new motion for certification consistent with the Court's statements during the hearing. Defendant PowerSchool may file an opposition to certification by October 19, 2026, that conforms to the Court's guidance on how to present an effective and useful brief. FRE 702 motions may be renewed with the Court's statements in mind.

The Court originally intended to provide Cherkin with two weeks to fix the certification request problems. Counsel for Cherkin requested a 30-day delay to permit settlement discussions. The delay is granted based on this representation, which counsel for both sides will be held to account for. Cherkin will serve on PowerSchool by August 21, 2026, a complete settlement demand. PowerSchool will serve on Cherkin by August 28, 2026, a substantive counteroffer. Both sides are directed to attend a mediation with their mediator to be held no later than September 18, 2026. For each side, the lead trial lawyer and a client representative with full settlement authority will attend the mediation in person. Counsel and parties are advised that a

failure to follow these directions will result in sanctions, including but not limited to monetary sanctions, issue, claim, and defense preclusion, and professional conduct sanctions.

PowerSchool may file a summary judgment motion and FRE 702 motions, if appropriate, by October 12, 2026.

The Court will issue an amended scheduling order with a trial date in March 2027.