Shana E. Scarlett (217895)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, California 94710
Telephone: (510) 725-3000
shanas@hbsslaw.com

Julie Liddell (*pro hac vice*)
Andrew Liddell (*pro hac vice*)
EDTECH LAW CENTER PLLC
904 Rio Grande Street, Suite 100
Austin, Texas 78701
Telephone: (512) 200-8028
julie.liddell@edtech.law
andrew.liddell@edtech.law

Leonard W. Aragon (*pro hac vice*)
E. Tory Beardsley (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
11 West Jefferson Street, Suite 1000
Phoenix, Arizona 85003
Telephone: (602) 840-5900
leonard@hbsslaw.com
toryb@hbsslaw.com

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

EMILY CHERKIN, et al.,

Plaintiffs,

v.

POWERSCHOOL HOLDINGS, INC.,

Defendant.

Case No.: 3:24-cv-02706-JD

**DECLARATION W. ANDREW LIDDELL IN SUPPORT OF MOTION FOR CLASS CERTIFICATION**

Judge: The Honorable James Donato

<u>Hearing</u>
Date: November 5, 2026
Time: 11:00 a.m.
Courtroom: 11, 19th Floor

I, W. Andrew Liddell, declare as follows:

1. I am a principal at The EdTech Law Center PLLC, and I represent Plaintiffs in the above-captioned litigation. I am duly licensed to practice in the State of Texas, and I have been admitted *pro hac vice* in this Court. I submit this declaration in support of Plaintiffs' Motion for Class Certification. I have personal knowledge of the facts stated within this Declaration. If called upon, I could and would testify competently to the facts contained in this Declaration.

2. Plaintiff and proposed Class Representatives S.G., by and through her mother, Emily Cherkin, and M.M.C. and L.M.C., by and through their father, David Concepcion, are jointly represented by Hagens Berman Sobol Shapiro LLP ("Hagens Berman") and the EdTech Law Center PLLC ("EdTech Law Center"). The firms have been working cooperatively in litigating this case and have divided this work so that tasks are accomplished efficiently and without duplications and will continue to do so in this case.

3. To my knowledge, the EdTech Law Center has no conflicts of interest that would prevent the firm from providing zealous representation to the class representatives and the classes.

4. To my knowledge, EdTech Law Center has not represented the Defendant.

5. I am aware of no practical and economic alternative procedure that is available to the parties that might be used to adjudicate the claims for relief asserted against the Defendant in this action in a fairer or more efficient manner than a class action.

6. My firm is ready, willing, and able to commit the resources required to vigorously litigate this case on behalf of the classes. My firm and I have already expended significant time and effort in researching, investigating and litigating the legal and factual issues in this case. To date Plaintiffs' counsel has: (1) identified and researched the claims giving rise to this case, (2) defeated a motion to dismiss and were able to proceed on the original complaint, (3) defeated a motion to intervene, (4) conducted substantial fact discovery, including all depositions permitted by the Court and the identification, collection, and review of nearly a terabyte of data, (5) defended depositions of all putative class representatives, including the in-person deposition of three minors, (6) resolved multiple discovery disputes with Defendant, (7) retained and supervised experts to address issues related to privacy and damages, (8) and have diligently represented the Class's interests.

7. The EdTech Law Center is a consumer protection law firm dedicated to vindicating the legal

rights of students and parents. The firm was founded with the specific mission of addressing the unique intersection of education, technology, and civil rights, ensuring that families have sophisticated legal representation against well-resourced corporate interests.

8. I, and principal Julie Liddell, make up the EdTech Law Center and we have both worked on this matter with Hagens Berman. We possess the specialized technical knowledge, appellate experience, and procedural expertise necessary to manage the complexities of class action litigation. Additional information regarding our qualifications are in our firm resumes attached as **Exhibit A.**

9. I am a highly skilled attorney with fifteen years of experience in high-stakes intellectual property and complex litigation. An honors graduate of the University of Texas School of Law with a background in mechanical engineering, I practiced at two global law firms where I represented clients in technical disputes involving semiconductors, digital security, and hydraulic fracturing technology. I am also particularly well-versed in complex procedural matters; notably, I drafted the successful briefing that led to the first multi-district litigation (MDL) assigned to Judge Rodney Gilstrap in the Eastern District of Texas.

10. Beyond my complex litigation background, I have particular expertise regarding youth civil rights and digital safety. Since 2019, I have served as pro bono counsel to Fairplay, a national grassroots organization dedicated to protecting children's wellbeing in the digital space. Through this experience, I decided to transition my practice to the EdTech Law Center in January 2025. I provide the legal team the specialized knowledge regarding children's rights necessary to challenge the Defendants' conduct and impact on students.

11. Julie U. Liddell, the founder of EdTech Law Center, is an honors graduate of the University of Texas School of Law with a career defined by high-level judicial service and a commitment to ethical standards. She spent a decade as a staff attorney for the Texas judiciary, including tenures at the Third Court of Appeals and the Texas Court of Criminal Appeals, the state's highest criminal court. In these roles, she handled a sophisticated docket ranging from complex commercial disputes to death-penalty appeals. Her background in the public sector also includes serving as an appellate attorney for the State Bar of Texas, where she focused on attorney professional conduct and the enforcement of ethical standards.

12. In addition to her judicial work, Julie has been a leader in shaping Texas law and representing vulnerable populations. She spearheaded the creation of the *Texas Mental Health and Intellectual*

*& Developmental Disabilities Law Bench Book* for the Judicial Commission on Mental Health, creating the definitive guide for judges and practitioners across the state. In private practice, she has dedicated herself to consumer protection and advocacy for the disadvantaged, representing survivors of toxic mold exposure, financially disadvantaged women in family court, and survivors of domestic abuse. This blend of appellate rigor and compassionate advocacy led her to found the EdTech Law Center in 2023.

13. Based on the foregoing, I respectfully request that the Court appoint the Ed Tech Law Center as one of the Class Counsel for the certified Class(es) under Rule 23(g).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

EXECUTED: September 28, 2026

W. Andrew Liddell

W. Andrew Liddell

# EXHIBIT A

EDTECH
LAW CENTER

**The EdTech Law Center** is a consumer protection law firm in Austin, Texas, founded to vindicate the legal rights of students and parents in court.

**Principal Julie U. Liddell** founded the firm in 2023 after a career of public service to the state of Texas. Julie is a 2009 honors graduate of the University of Texas School of Law. After graduation, Julie spent ten years cumulatively as a staff attorney for judges at the Texas Court of Criminal Appeals, the state's highest criminal court, and at the Third Court of Appeals, serving Austin and the surrounding region. In that role, she helped resolve both criminal and civil matters ranging from complex commercial disputes to death-penalty appeals.

In between her service to the judiciary, Julie worked as an appellate attorney for the State Bar of Texas, where she enforced the high standards of ethical conduct required of lawyers in her state. In her final role in public service, Julie was asked to join the Judicial Commission on Mental Health, a joint project of the Texas Supreme Court and the Texas Court of Criminal Appeals. There, she led the creation and development of the *Texas Mental Health and Intellectual & Developmental Disabilities Law Bench Book*, now the leading guide for judges and practitioners on all issues pertaining to mental health across the justice system in the state.

In private practice before founding the EdTech Law Center, Julie represented survivors of toxic mold exposure seeking recovery from substandard construction work, financially disadvantaged women fighting for their rights in family disputes, and survivors of domestic abuse.

**Principal W. Andrew Liddell** joined the EdTech Law Center in January 2025. Andrew is also an honors graduate of the University of Texas School of Law. A mechanical engineering major, Andrew spent nearly fifteen years as an intellectual property litigator at two global law firms. There, he represented both patent owners and accused infringers in high-stakes patent litigation involving deepsea drilling technology, hydraulic fracturing technology, semiconductors, and digital security products. In addition, he drafted the key briefing in support of consolidation that led to the first multi-district litigation being assigned to Judge Rodney Gilstrap in the Eastern District of Texas.

Andrew is a dedicated advocate for youth civil rights, including the right to privacy and the right to safe digital spaces. Since 2019, he has volunteered with and served as *pro bono* counsel to Fairplay, a national grassroots organization that works to enhance children's wellbeing in the digital world. Through those efforts, Andrew observed firsthand the harms inflicted on children through the computers they are made to use by their schools, which inspired the founding of the EdTech Law Center.