Robyn E. Bladow
KIRKLAND & ELLIS LLP
555 South Flower Street, Suite 3700
Los Angeles, CA 90071
Telephone: (213) 680-8400
robyn.bladow@kirkland.com

Martin L. Roth, P.C. (*pro hac vice*)
Alyssa C. Kalisky, P.C. (*pro hac vice*)
Amelia H. Bailey (*pro hac vice*)
KIRKLAND & ELLIS LLP
333 West Wolf Point Plaza
Chicago, IL 60654
Telephone: (312) 862-2000
martin.roth@kirkland.com
alyssa.kalisky@kirkland.com
amelia.bailey@kirkland.com

Olivia Adendorff, P.C. (*pro hac vice*)
Cristina Martinez Squiers (*pro hac vice*)
Eugene Temchenko (*pro hac vice*)
KIRKLAND & ELLIS LLP
4550 Travis Street
Dallas, TX 75205
Telephone: (214) 972-1770
olivia.adendorff@kirkland.com
cristina.squiers@kirkland.com
eugene.temchenko@kirkland.com

*Attorneys for the Defendant PowerSchool Holdings, Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| EMILY CHERKIN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>POWERSCHOOL HOLDINGS, INC.,<br><br>Defendant. | CASE NO. 3:24-CV-02706-JD<br><br>**DECLARATION OF OLIVIA ADENDORFF IN SUPPORT OF DEFENDANT POWERSCHOOL HOLDINGS, INC.'S MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(B)(1)** |

I, Olivia Adendorff, declare as follows:

1. I am an attorney at the law firm of Kirkland & Ellis LLP, a member in good standing of the bars of the State of Texas and the District of Columbia, and am admitted *pro hac vice* to practice before this Court. I am counsel for Defendant PowerSchool Holdings, Inc. ("PowerSchool") in this matter, and am one of the firm's attorneys chiefly responsible for this representation.

2. I submit this declaration in support of PowerSchool's Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(1).

3. I have personal knowledge of the matters in this declaration, and I am competent to testify as to the matters set forth below.

4. Attached hereto as **Exhibit 1** is a true and correct copy of excerpts of the February 25, 2026 deposition transcript of Catherine O'Neil in this matter.

5. Attached hereto as **Exhibit 2** is a true and correct copy of the Expert Report of David White submitted in this matter

6. Attached hereto as **Exhibit 3** is a true and correct copy of excerpts of the June 19, 2025 deposition transcript of Nicole Shinton in this matter.

7. Attached hereto as **Exhibit 4** is a true and correct copy of excerpts of the September 18, 2025 deposition transcript of Chris Cirillo in this matter.

8. Attached hereto as **Exhibit 5** is a true and correct copy of excerpts of the December 18, 2025 deposition transcript of Judith Jaeger in this matter.

9. Attached hereto as **Exhibit 6** is a true and correct copy of PWRSCHL_00008714, a document produced in discovery in this matter.

10. Attached hereto as **Exhibit 7** is a true and correct copy of a West Contra Costa Unified School District Regular Board of Education Meeting document, dated July 17, 2024.

11. Attached hereto as **Exhibit 8** is a true and correct copy of a West Contra Costa Unified School District Contract Services Summary dated September 9, 2020.

12. Attached hereto as **Exhibit 9** is a true and correct copy of the West Contra Costa Unified School District approval notice regarding its Amendment to Contract with PowerSchool for Pilot of Hoonuit Data Warehouse & Analytics Platform, dated June 23, 2021.

13. Attached hereto as **Exhibit 10** is a true and correct copy of PowerSchool's Responses and Objections to Plaintiffs' Request for Inspection.

14. Attached hereto as **Exhibit 11** is a true and correct copy of PWRSCHL_00702679, a document produced in discovery in this matter.

15. Attached hereto as **Exhibit 12** is a true and correct copy of PWRSCHL_00702680, a document produced in discovery in this matter.

16. Attached hereto as **Exhibit 13** is a true and correct copy of L.M.C.'s Responses and Objections to PowerSchool's First Set of Interrogatories.

17. Attached hereto as **Exhibit 14** is a true and correct copy of M.M.C.'s Responses and Objections to PowerSchool's First Set of Interrogatories.

18. Attached hereto as **Exhibit 15** is a true and correct copy of excerpts of the August 19, 2025 deposition transcript of David Concepción in this matter.

19. Attached hereto as **Exhibit 16** is a true and correct copy of excerpts of the November 24, 2025 deposition transcript of L.M.C. in this matter.

20. Attached hereto as **Exhibit 17** is a true and correct copy of excerpts of the November 24, 2025 deposition transcript of M.M.C. in this matter.

21. Attached hereto as **Exhibit 18** is a true and correct copy of a Seattle Public Schools' School Board Action Report dated August 10, 2020, marked as Exhibit 10 to the September 12, 2025 deposition of Emily Cherkin in this matter.

22. Attached hereto as **Exhibit 19** is a true and correct copy of PWRSCHL_00702678, a document produced in discovery in this matter.

23. Attached hereto as **Exhibit 20** is a true and correct copy of PWRSCHL_00702665, a document produced in discovery in this matter.

24. Attached hereto as **Exhibit 21** is a true and correct copy of PWRSCHL_00702666, a document produced in discovery in this matter.

25. Attached hereto as **Exhibit 22** is a true and correct copy of PWRSCHL_00702667, a document produced in discovery in this matter.

26. Attached hereto as **Exhibit 23** is a true and correct copy of PWRSCHL_00702668, a document produced in discovery in this matter.

27. Attached hereto as **Exhibit 24** is a true and correct copy of PWRSCHL_00702669, a document produced in discovery in this matter.

28. Attached hereto as **Exhibit 25** is a true and correct copy of PWRSCHL_00702682, a document produced in discovery in this matter.

29. Attached hereto as **Exhibit 26** is a true and correct copy of PWRSCHL_00702683, a document produced in discovery in this matter.

30. Attached hereto as **Exhibit 27** is a true and correct copy of PWRSCHL_00702671-PWRSCHL_00702676, a document produced in discovery in this matter.

31. Attached hereto as **Exhibit 28** is a true and correct copy of PWRSCHL_00702677, a document produced in discovery in this matter.

32. Attached hereto as **Exhibit 29** is a true and correct copy of excerpts of the September 12, 2025 deposition transcript of Emily Cherkin in this matter.

33. Attached hereto as **Exhibit 30** is a true and correct copy of a Seattle Public Schools' School Board Action Report, dated April 4, 2019, marked as Exhibit 11 to the September 12, 2025 deposition of Emily Cherkin in this matter.

34. Attached hereto as **Exhibit 31** is a true and correct copy of S.G.'s Responses and Objections to PowerSchool's First Set of Interrogatories.

35. Attached hereto as **Exhibit 32** is a true and correct copy of excerpts of the August 26, 2025 deposition transcript of S.G. in this matter.

36. Fact discovery in this action lasted more than 16 months. During that period, the parties produced hundreds of thousands of documents, took 17 depositions, and served 16 third-party subpoenas. Once fact discovery closed, the parties exchanged expert reports.

37. Attached hereto as **Exhibit 33** is a true and correct copy of excerpts of the Expert Report of Catherine O'Neil submitted in this matter.

38. Attached hereto as **Exhibit 34** is a true and correct copy of excerpts of the Expert Report of K. Suzanne Barber submitted in this matter.

39. Attached hereto as **Exhibit 35** is a true and correct copy of excerpts of the March 2, 2026 deposition transcript of K. Suzanne Barber in this matter.

40. Attached hereto as **Exhibit 36** is a true and correct copy of excerpts of the Expert Report of Christopher Schulte submitted in this matter.

41. Attached hereto as **Exhibit 37** is a true and correct copy of excerpts of the February 26, 2026 deposition transcript of Christopher Schulte in this matter.

42. Attached hereto as **Exhibit 38** is a true and correct copy of excerpts of the July 31, 2025 deposition transcript of Brian Sharp in this matter.

43. Attached hereto as **Exhibit 39** is a true and correct copy of excerpts of the September 17, 2025 deposition transcript of Shahzad Ahmad in this matter.

44. Attached hereto as **Exhibit 40** is a true and correct copy of excerpts of the September 24, 2025 deposition transcript of Sujit Maharana in this matter.

45. Attached hereto as **Exhibit 41** is a true and correct copy of excerpts of the December 1, 2025 deposition transcript of Darron Flagg in this matter.

DATED: October 12, 2026

Respectfully submitted,

KIRKLAND & ELLIS LLP

*/s/ Olivia Adendorff*
Olivia Adendorff, P.C.