Robyn E. Bladow
KIRKLAND & ELLIS LLP
555 South Flower Street, Suite 3700
Los Angeles, CA 90071
Telephone: (213) 680-8400
robyn.bladow@kirkland.com

Martin L. Roth, P.C. (*pro hac vice*)
Alyssa C. Kalisky, P.C. (*pro hac vice*)
Amelia H. Bailey (*pro hac vice*)
KIRKLAND & ELLIS LLP
333 West Wolf Point Plaza
Chicago, IL 60654
Telephone: (312) 862-2000
martin.roth@kirkland.com
alyssa.kalisky@kirkland.com
amelia.bailey@kirkland.com

Olivia Adendorff, P.C. (*pro hac vice*)
Cristina Martinez Squiers (*pro hac vice*)
Eugene Temchenko (*pro hac vice*)
KIRKLAND & ELLIS LLP
4550 Travis Street
Dallas, TX 75205
Telephone: (214) 972-1770
olivia.adendorff@kirkland.com
cristina.squiers@kirkland.com
eugene.temchenko@kirkland.com

*Attorneys for Defendant PowerSchool Holdings, Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | | |
|---|---|---|
| EMILY CHERKIN, et al<br><br>Plaintiffs,<br><br>v.<br><br>POWERSCHOOL HOLDINGS, INC.,<br><br>Defendant. | ) | CASE NO. 3:24-cv-02706-JD<br><br>**DEFENDANT POWERSCHOOL HOLDINGS, INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br>Judge: Hon. James Donato |

Pursuant to Local Rule 79-5(f), Defendant PowerSchool Holdings, Inc. ("PowerSchool") hereby files this Administrative Motion to Consider Whether Another Party's Material Should Be Sealed.

PowerSchool filed under seal Exhibits 23, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 36, and 37 to its Motion for Summary Judgment on October 12, 2026 (ECF 201). The sealed Exhibit 23 was designated confidential by Plaintiffs. PowerSchool takes no position as to whether Exhibit 23 should remain under seal or what portions, if any, should be made available on the public docket. The sealed Exhibits 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 36, and 37 contain certain educational records concerning Plaintiffs. Exhibits 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 36, and 37 are submitted under seal with this motion in accordance with Civil Local Rule 79-5. PowerSchool takes no position as to whether Exhibits 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 36, and 37 should remain under seal or what portions, if any, should be made available on the public docket.[1] PowerSchool files this motion solely to comply with Local Rule 79-5.

Pursuant to Civil Local Rule 79-5(f)(3), Plaintiffs must file a statement and/or declaration within seven days establishing that the designated material is sealable.

[1] PowerSchool produced a copy of this information that, consistent with its agreements with West Contra Costa Unified School District and Seattle Public School District and applicable state and federal law, is the property of and under the control of the respective school districts. Out of abundance of caution, PowerSchool designated the information as "Highly Confidential." To the extent any party wishes to challenge the filing of this information under seal, due notice should be given to the respective school districts.

DATED: October 12, 2026

Respectfully submitted,

KIRKLAND & ELLIS LLP

*/s/ Olivia Adendorff*

Olivia Adendorff, P.C.

Robyn E. Bladow
KIRKLAND & ELLIS LLP
555 South Flower Street, Suite 3700
Los Angeles, CA 90071
Telephone: (213) 680-8400
robyn.bladow@kirkland.com

Martin L. Roth, P.C. (*pro hac vice*)
Alyssa C. Kalisky, P.C. (*pro hac vice*)
Amelia H. Bailey (*pro hac vice*)
KIRKLAND & ELLIS LLP
333 West Wolf Point Plaza
Chicago, IL 60654
Telephone: (312) 862-2000
martin.roth@kirkland.com
alyssa.kalisky@kirkland.com
amelia.bailey@kirkland.com

Olivia Adendorff, P.C. (*pro hac vice*)
Cristina Martinez Squiers (*pro hac vice*)
Eugene Temchenko (*pro hac vice*)
KIRKLAND & ELLIS LLP
4550 Travis Street
Dallas, TX 75205
Telephone: (214) 972-1770
olivia.adendorff@kirkland.com
cristina.squiers@kirkland.com
eugene.temchenko@kirkland.com

*Attorneys for Defendant PowerSchool Holdings, Inc.*