# Exhibit A

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CALIFORNIA NORTHERN DISTRICT**

| | |
|---|---|
| CHERKIN, ET AL.,<br><br>Plaintiff,<br>v.<br><br>POWERSCHOOL HOLDINGS, INC.,<br><br>Defendant. | CASE NO. 3:24-CV-02706-JD |

# EXPERT REPORT OF K. SUZANNE BARBER

## Table of Contents

**Page**

I. EXECUTIVE SUMMARY ........ 1

II. INTRODUCTION ........ 3

III. BACKGROUND AND QUALIFICATIONS ........ 4

IV. DOCUMENTS AND OTHER MATERIALS RELIED UPON ........ 9

V. OPINIONS AND REASONING ........ 10

A. Personally Identifiable Information is Sensitive. ........ 10

1. PowerSchool’s Student Information Solutions hold Sensitive PII. ........ 13

2. PowerSchool’s Personalized Learning Solutions hold Sensitive PII. ........ 15

3. PowerSchool’s College, Career & Life Readiness Solutions hold Sensitive PII. ........ 19

4. PowerSchools’ Student Success Solutions hold Sensitive PII. ........ 21

5. PowerSchool’s Data, Analytics & Insights hold Sensitive PII. ........ 25

6. PowerSchool’s Connected Intelligence solution holds Sensitive PII. ........ 26

B. PII is under Constant Attack and must be Protected. ........ 28

C. There are different causes for PII exposure. ........ 29

D. PowerSchool was hacked in 2024, exposing the sensitive information of parents, students, and teachers. ........ 29

E. PII can cause Harm. ........ 30

1. Harms can be diverse. ........ 30

2. Harms can be longstanding. ........ 31

3. Harms can produce a “domino effect” of Harms. ........ 31

F. PowerSchool products hold PII that is (a) at Risk of Exposure, (b) Vulnerable to exposure when other PII are exposed, (c) influential in discovering other PII to compound harm and (d) has monetization value. ........ 37

VI. APPENDIX A: PII MEASURES FOR POWERSCHOOL PRODUCTS– RISK OF EXPOSURE, INFLUENCE, VULNERABILITY AND MONETARY VALUE ........ 38

VII. APPENDIX B: CURRICULUM VITA AND EXPERIENCE ........ 46

# I. EXECUTIVE SUMMARY

1. This report opines on the case of Cherkin, et al., v PowerSchool Holdings, Inc., Case 3:24-CV-02706-JD, considering the issues regarding data controlled, shared and processed by PowerSchool products.
2. I have over 35 years of experience working in the software industry that began during my work at the Robotics Institute at Carnegie Mellon University in Pittsburgh, PA and has been carried through my research as a Professor at The University of Texas and in my former role as a Senior Advisor to the U.S. Department of Homeland Security. My experience relevant to this case includes my work in software engineering, digital identity, cybersecurity, digital trust and information security and privacy.
3. Based on my review of the materials in this case and as a technical expert, I opine that:
   - PowerSchool products control and process highly sensitive Personally Identifiable Information (PII).
   - The PII controlled and processed by PowerSchool products is under constant attack by a variety of threats so this PII requires diligent and dedicated protection.
   - There are numerous possible causes for exposure of the PII controlled and processed by PowerSchool products, including malicious threats and business practices aimed to monetize the PII. Indeed, PowerSchool experienced a data breach where massive amounts of PII was infiltrated.

- The exposure of the PII controlled and processed by PowerSchool products can cause diverse, longstanding, and significant harms.
- By controlling and processing student PII, without permission and informed consent, students and parents are exposed to the risk of diverse, longstanding, and significant harm, and to the extent that student PII was infiltrated in the PowerSchool data breach,[1] research suggests those individuals have been harmed and are experiencing elevated risks to their PII.

[1] PowerSchool reported its 2024 data breach announcing that individual's name, contact information, date of birth, limited medical alert information, Social Security Number, and other related information had been exfiltrated. https://www.powerschool.com/security/sis-incident/notice-of-united-states-data-breach/. U.S. Attorney Leah Foley wrote that the threat actor accessed student and teacher data including names, email addresses, phone numbers, Social Security numbers, dates of birth, medical information, residential addresses, parent and guardian information and passwords. In related reporting, the leaked sensitive data impacted over 60 million students and 10 million teachers." https://www.k12dive.com/news/college-student-charged-in-connection-with-powerschool-data-breach/748747/

## II. INTRODUCTION

4. My name is Suzanne Barber. I have been retained as a technical expert by Hagens Berman Sobol Shapiro LLP and the EdTech Law Center on behalf of the Plaintiffs Cherkin provide my opinions regarding Case 3:24-CV-92706-JD.

5. Specifically, I was requested to consider issues regarding data controlled, shared and processed by PowerSchool products.

6. I reserve the right to modify or supplement my opinions, as well as the basis for my opinions, based on the nature and content of the documentation, data, proof and other evidence or testimony that the Court, the Plaintiff or its experts may present or based on any additional discovery or other information provided to me or found by me in this matter.

7. My opinions in this regard are set forth in this Report.

8. I am being compensated for my time at the rate of $750 per hour. This compensation is not contingent upon my performance, the outcome of this matter, or any issues involved in or related to this matter.

## III. BACKGROUND AND QUALIFICATIONS

9. I have extensive experience in the field of cybersecurity, artificial intelligence, information security, privacy, digital identity, digital trust, and software engineering.

10. I am currently the AT&T Endowed Professor in Electrical and Computer Engineering at The University of Texas, Founding Director of the Center for Identity at The University of Texas, and Founding Director of the Masters Degree Program in Information Security and Privacy at The University of Texas.

11. I have over 35 years of experience working in the software industry that began during my work at the Robotics Institute at Carnegie Mellon University in Pittsburgh, PA and has been carried through my research as a Professor at The University of Texas and in my former role as a Senior Advisor to the U.S. Department of Homeland Security. My experience relevant to this case includes my work in software engineering, digital identity, cybersecurity, digital trust and information security and privacy.

12. I graduated with honors in 1985 with a B.S. degree in Engineering Science from Trinity University in San Antonio, TX. After working at the Robotics Institute at Carnegie Mellon in Pittsburgh, PA, I began my Masters degree in Electrical Engineering at The University of Texas at Arlington where I graduated with honors after completing in 1988. I continued my education and research combining software engineering and artificial intelligence to complete my PhD degree at The University of Texas at Arlington in 1992.

13. I began my career as a Research Associate at The Robotics Institute at Carnegie Mellon in Pittsburgh PA where I specialized in artificial intelligence for smart

robotic assembly in manufacturing facilities. In 1986, I began work at the Automation and Robotics Research Institute (ARRI) in Fort Worth, Texas as a Faculty Associate where I combined expertise in software engineering, artificial intelligence, control theory to advance smart planning and scheduling of manufacturing operations. ARRI is a research institute established by the University of Texas System and operates as a research unit of The University of Texas at Arlington. While highly unusual for a top tier university to hire within its own University System, I was fortunate to be hired as an Assistant Tenure Track Professor in the Electrical and Computer Engineering Department at The University of Texas in Austin in September 1992. At this time, I launched the Laboratory for Intelligent Processes and Systems focusing on agent-based artificial intelligence systems for a wide range of applications including manufacturing, unmanned aerial vehicles, healthcare, emergency response management, epidemiological surveillance, maritime domain awareness, and others. In 1995, I co-founded the Executive Masters degree program in Software Engineering for working professionals with degree granted by the Electrical and Computer Engineering Department at The University of Texas. Professionals from over 200 companies received M.S. degrees under this M.S. degree program while I was Director and responsible for the academic curriculum, scheduling, fiscal planning, budget oversight, and student academic counseling. I also taught Requirements Engineering and Software Architecture classes in this Software Engineering M.S. degree program. In September of 1997, I was granted tenure and promoted to the rank of Associate Professor in Electrical and Computer Engineering at The

University of Texas. In September 2002, I was promoted to the rank of Professor and awarded the honor of the AT&T Endowed Professorship. Between 2004 and 2010, I served as the Director of Software Engineering at The University of Texas where I was responsible for strategic planning for educational and research programs, faculty and student recruiting and mentorship. I also served as Director of Software Engineering Research Center as part of my responsibilities as Director of Software Engineering.

14. To address the significant challenges posed by use and abuse of personal data, I founded the Center for Identity at The University of Texas (UT CID) in 2010. The Center for Identity serves as a research center of excellence empowering individuals and organizations to make well-informed and intentional decisions with regard to the personal data they collect, use, share, and protect with the aim of increasing trust, convenience security and privacy. The Center is a public-private partnership bringing together partners from corporations, government, and academia. As the founding and current Director of the UT CID, I am responsible for strategic vision, fund raising, fiscal oversight, recruiting, and building partnerships with faculty, corporate, and government leaders. In 2015, I founded the Executive M.S. degree program in Identity Management and Security, renamed the M.S. degree program in Information Security and Privacy (MSISP) in 2019. The MSISP was designed for working professionals to provide a multi-disciplinary curriculum encompassing technology, policy, legal, business and social science disciplines. The MSISP degree is granted by the School of Information at The University, ranked in the Top 5 in the Nation. As the MSISP Director, I am the strategic vision, academic

curriculum, scheduling, fiscal planning, budget oversight, and student academic counseling. In 2019, I was appointed by the Department of Homeland Security as a Senior Advisor to offer expertise and guidance related to identity management, biometrics and software engineering. During my time at The University of Texas from 1992 to present, I have taught Introduction to Electrical and Computer Engineering, Control Theory, Manufacturing Systems, Requirements Engineering, Software Architectures, and Information Security and Privacy. I have also taught short courses and certificate programs including an 8-week Cybersecurity Security Bootcamp and a 3-day Identity Leadership Certificate program. My research has been sponsored by Verizon, U.S. Army, National Science Foundation, Office of Naval Research, State of Texas, U.S. Congress, Central Intelligence Agency, Defense Threat Reduction Agency (DTRA), Department of Defense, Defense Advanced Research Projects Agency (DARPA), Naval Surface Warfare Agency, TransUnion, Schlumberger and others. This sponsored research has resulted in publications in the fields of cybersecurity, artificial intelligence, information security, privacy, digital identity, digital trust, and software engineering totaling 65 refereed journals, 26 book chapters and over 239 refereed conference proceedings. My research advances at the Center for Identity have also been featured in over 70 popular media articles in Forbes, Austin American Statesman, Dallas Morning News, Austin Business Journal, San Antonio Express News, Texas CEO Monthly, Credit Union Times, Christian Science Monitor, CBS Austin, CNBC.com, Wall Street Journal, and others. Additionally, my research products have been implemented, copyrighted and patented.

15. I am a Senior member of the Institute of Electrical and Electronics Engineers (IEEE), Senior member of the IEEE Computer Society Golden Core and member of the Advanced Computing Machinery (ACM). American Association for Artificial Intelligence, American Society of Engineering Education, and Society of Women Engineers.
16. I am a lifetime member of honor societies including the Sigma Xi and Phi Kappa Phi.
17. Further details on my education and work experience, including a list of publications authored by me and a list of current and prior professional engagements and positions are contained in my curriculum vitae (CV), which is attached to this Report as Appendix B.

# IV. DOCUMENTS AND OTHER MATERIALS RELIED UPON

18. In forming the opinions set forth in this Report, I have reviewed and considered the documents in the below table in addition to the documents cited in this Report that are not listed here.

| Name |
|---|
| 1. PowerSchool Global Privacy Statement |
| 2. PowerSchool Analytics and Insights DPIA Report Version 1-2025 |
| 3. PowerSchool Connected Intelligence DPIA Report Version 2-2025 |
| 4. PowerSchool SIS DPIA Report Version 2-2025 |
| 5. PowerSchool Schoology DPIA Report |
| 6. PowerSchool Naviance DPIA Report Version 2-2025 |
| 7. PowerSchool MTSS DPIA Report |
| 8. PowerSchool Behavior Support DPIA Report |
| 9. PowerSchool Attendance Intervention Suite DPIA Report |
| 10. Student Data Privacy Agreement, Seattle School District No 1 and PowerSchool Group LLC, September 16, 2020 |
| 11. Videotaped Deposition of Darron James Flagg, Case No. 3:24-CV-02706-JD |
| 12. Identity Theft Resource Center (ITRC) 2025 Consumer Impact Report |
| 13. California Consumer Privacy Act (CCPA) |
| 14. California Age-Appropriate Design Code Act (CAADCA) |
| 15. General Data Protection Regulation (GDPR) |
| 16. Family Education Rights and Privacy Act (FERPA) |
| 17. National Institute of Standards and Technology (NIST) Digital Identity Guidelines. https://pages.nist.gov/800-63-4/sp800-63.html |
| 18. IBM Cost of a Data Breach 2025 |
| 19. CrowdStrike 2025 Global Threat Report |
| 20. CrowdStrike Investigation Report, February 28, 2025 |
| 21. Niu, Haoran and K.S. Barber, "Privacy Risk Predictions Based on Fundamental Understanding of Personal Data and an Evolving Threat Landscape," International Conference on Agents and Artificial Intelligence, Marbella, Spain, March 5-7, 2026. |
| 22. PowerSchool.com. |
| 23. https://uc.powerschool-docs.com/?l=en. |
| 24. PowerSchool Responses and Objection to Non-Uniform Interrogatories; Supplemental Responses and Objections to Non-Uniform Interrogatories 2, 3, 7, 8; PowerSchool Supplemental Responses and Objections to Non-Uniform Interrogatories 1, 4, 5. |
| 25. Other Publications found on K. Suzanne Barber CV and https://identity.utexas.edu/publications |

## V. OPINIONS AND REASONING

19. I opine on issues regarding data collected, controlled, shared and processed by PowerSchool products.

### A. Personally Identifiable Information is Sensitive.

20. Sensitive data is information that, if exposed, shared, misused, or accessed without authorization, can cause significant harm, discrimination, financial loss, or privacy violations for individuals or organizations.

21. PowerSchool products hold "Child PII" which has an elevated sensitivity. Laws and regulations recognize the need for special PII protections based on an individual's age. California Age-Appropriate Design Code Act (CAADCA) define a "child" as anyone 18 or younger for broader online service requirements. Children Online Privacy Protection Act (COPPA) defines a child as an individual 13 years or younger. General Data Protection Regulation (GDPR) defines a child as an individual 16 years or younger.

22. There are different ways to categorize PII. Three descriptive categories of PII according to the National Institute of Standards and Technology Digital Identity Guidelines (NIST SP 800-63) include: What you KNOW (e.g. name, address, mother's maiden name, answers to security questions like "What is your pet's name?", social security number, phone number), What you HAVE (e.g. drivers license, social security card, student ID, credit card), What you ARE (e.g. physical biometrics such as fingerprints, facial image, iris scan). A fourth category can be added to include What you DO (e.g. behavioral patterns, often called "patterns of life" such as web sites you visit, geolocations, shopping patterns) according to UTCID research (Niu and Barber, 2026). While different PII data elements may

have varying degrees of sensitivity, all are considered sensitive and have shown to produce harm. All four PII categories are sought after by threats and commercial business operations, and consequently are often found in data breaches.

23. According to the IBM 2025 Cost of a Data Breach Report, customer personally identifiable information (PII) is the most frequently compromised type of data in data breaches, involved in 53% of studied breaches, and used for identity theft, financial fraud, and further, more targeted attacks. Employee PII (37% of breaches) are often stolen to gain internal access to corporate networks. The rise in stolen credentials allows attackers to "log in" as seemingly legitimate, authorized users making it the primary method for accessing PII in 2024 (which was the case for the 2024 PowerSchool data breach).

24. PowerSchool products hold a wide range of customer and employee PII across the described categories of PII according to PowerSchool Data Protection Impact Assessment (DPIA) documents, discovery responses, and PowerSchool's website. According to the PowerSchool Global Privacy Statement website, "The types of personal information we collect depends on which PowerSchool Product(s) and/or Websites you utilize can include: (1) Basic identifying information (e.g., name, address, email, phone number), (2) Demographic data (e.g., age, date of birth, gender), (3) Device information and other unique identifiers (e.g., device ID, IP address, cookies), (4) Network activity, and (5) User-generated content, including student-generated content" https://www.powerschool.com/privacy/.

25. PowerSchool also collects, derives and uses sensitive behavioral biometrics data (i.e. PII category of "What you DO" data). "PowerSchool also may use data relating

to your usage of our products, usage analytics, to improve our products, including research and development, etc. According to PowerSchool, such Transaction Data is owned by PowerSchool." https://www.powerschool.com/privacy/

26. PowerSchool products also hold data from PowerSchool products and Non-PowerSchool Products which is the case for the PowerSchool Connected Intelligence product (Connected Intelligence DPIA Version 2-2025).

27. The PowerSchool DPIA associated with different PowerSchool products appear to provide only a subset of the PII held by PowerSchool and their sub-processors. The DPIA documents offer a minimal list of data and do not include all the data controlled and processed by PowerSchool products.

28. In some cases, it is difficult to ascertain all the PII data elements held by PowerSchool products when abstract names reflecting a collection of data versus actual data elements are provided in the PowerSchool DPIA reports. [redacted]

29. [redacted]

30. Below, I discuss the minimum data elements processed by PowerSchool products

pursuant to each product's respective Data Privacy Impact Assessment Report (DPIA), as well as additional data elements processed by each product.

### 1. ***PowerSchool's Student Information Solutions hold Sensitive PII.***

31. **PowerSchool SIS.** One of PowerSchool's Student Information Solutions, the PowerSchool Student Information System ("PowerSchool SIS"), serves approximately 17 million students and is described as "the most widely used K-12 student information system." According to PowerSchool, PowerSchool SIS assists schools with scheduling classes, grading, maintaining student records and demographics, and communicating with families and allows instant access to data relating to "attendance, behavior, health, graduation progress, assets, and student demographics." https://www.powerschool.com/solutions/student-information/powerschool-sis/

32. According to PowerSchool's website, PowerSchool SIS enables "results-driven reporting," "unlock[s] critical insights with powerful ad hoc reporting tools that deliver clear, customizable reports," and allows people to "[a]ccess data instantly on attendance, behavior, health, graduation progress, assets, and student demographics[.]" https://www.powerschool.com/solutions/student-information/powerschool-sis/ (under Manage School Operations from Anywhere, then Results-Driven Reporting")

33. [redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

34. This data is sensitive because (1) the data can be used to identify individuals and/or their devices; (2) the data can be used to locate individuals in cyberspace and the physical world; (3) the data is valuable and its monetization by threat actors can result in significant financial, emotional and reputational harms; (4) much of the data is used extensively in our society, often called a "digital currency" offering many opportunities for threat actors to exploit the data, (5) the data can be used to discover other valuable PII to compound harm; (6) much of the data does not change or changes infrequently allowing it to be used over time to produce longitudinal harm.

**2. *PowerSchool's Personalized Learning Solutions hold Sensitive PII.***

35. **Schoology Learning.** One of PowerSchool's Personalized Learning Solutions, Schoology Learning, is a learning management system that "[c]onnects . . . teachers, students and families in a single, centralized hub for personalized teaching and learning."

https://www.powerschool.com/solutions/personalized-learning/

36. [redacted]

[redacted]

[redacted]

37. This data is sensitive because (1) the data can be used to identify individuals and/or their devices; (2) the data can be used to locate individuals in cyberspace and the physical world; (3) the data is valuable and its monetization by threat actors can result in significant financial, emotional and reputational harms; (4) much of the data is used extensively in our society, often called a "digital currency" offering many opportunities for threat actors to exploit the data, (5) the data can be used to discover other valuable PII to compound harm; (6) much of the data does not change or changes infrequently allowing it to be used over time to produce longitudinal harm.

38. **Performance Matters.** Another of PowerSchool's Personalized Learning Solutions, Performance Matters, allows schools to "[e]asily administer both classroom level and common district assessments to identify instructional opportunities with sophisticated analyses of assessment results and whole-child student metrics." https://www.powerschool.com/solutions/personalized-learning/

39. [redacted]

[redacted]

[redacted]

40. This data is sensitive because (1) the data can be used to identify individuals and/or their devices; (2) the data can be used to locate individuals in cyberspace and the physical world; (3) the data is valuable and its monetization by threat actors can result in significant financial, emotional and reputational harms; (4) much of the data is used extensively in our society, often called a "digital currency" offering many opportunities for threat actors to exploit the data, (5) the data can be used to discover other valuable PII to compound harm; (6) much of the data does not change or changes infrequently allowing it to be used over time to produce longitudinal harm.

### ***3. PowerSchool's College, Career & Life Readiness Solutions hold Sensitive PII.***

41. **Naviance.** One of PowerSchool's College, Career & Life Readiness Solutions, Naviance, uses student data to "create tailored future plans" based on the "strengths, interests, and career goals" of students, and leverages this data to "assess college and career readiness." https://www.powerschool.com/solutions/college-career-and-life-readiness/

42. [redacted]

[redacted]

44. This data is sensitive because (1) the data can be used to identify individuals and/or their devices; (2) the data can be used to locate individuals in cyberspace and the physical world; (3) the data is valuable and its monetization by threat actors can result in significant financial, emotional and reputational harms; (4) much of the data is used extensively in our society, often called a "digital currency" offering many opportunities for threat actors to exploit the data, (5) the data can be used to discover other valuable PII to compound harm; (6) much of the data does not change or changes infrequently allowing it to be used over time to produce longitudinal harm.

***4. PowerSchool's Student Success Solutions hold Sensitive PII.***

45. **MTSS.** One of PowerSchool's Student Success Solutions, MTSS, allows schools to "[i]dentify, track, and support student needs with extensive inputs; conduct and monitor interventions; and review MTSS framework efficacy for continuous improvement." https://www.powerschool.com/solutions/student-success/

46. [redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

47. This data is sensitive because (1) the data can be used to identify individuals and/or their devices; (2) the data can be used to locate individuals in cyberspace and the physical world; (3) the data is valuable and its monetization by threat actors can result in significant financial, emotional and reputational harms; (4) much of the data is used extensively in our society, often called a “digital currency” offering many opportunities for threat actors to exploit the data, (5) the data can be used to discover other valuable PII to compound harm; (6) much of the data does not change or changes infrequently allowing it to be used over time to produce longitudinal harm.

48. **Behavior Support.** Another of PowerSchool’s Student Success Solutions, Behavior Support, “[n]urture[s] the whole child with the only evidence-based behavior solution proven to reduce suspensions and referrals and increase school positivity.”

https://www.powerschool.com/solutions/student-success/

49. [redacted]

[redacted]

50. This data is sensitive because (1) the data can be used to identify individuals and/or their devices; (2) the data can be used to locate individuals in cyberspace and the physical world; (3) the data is valuable and its monetization by threat actors can result in significant financial, emotional and reputational harms; (4) much of the data is used extensively in our society, often called a "digital currency" offering many opportunities for threat actors to exploit the data, (5) the data can be used to discover other valuable PII to compound harm; (6) much of the data does not change or changes infrequently allowing it to be used over time to produce longitudinal harm.

51. **Attendance Intervention.** Another of PowerSchool's Student Success Solutions, Attendance Intervention, product is an "all-in-one solution for boosting attendance

and improving communication between school and home."

https://www.powerschool.com/solutions/student-success/attendance-intervention/

52. [redacted]

[redacted]

53. This data is sensitive because (1) the data can be used to identify individuals and/or their devices; (2) the data can be used to locate individuals in cyberspace and the physical world; (3) the data is valuable and its monetization by threat actors can result in significant financial, emotional and reputational harms; (4) much of the data is used extensively in our society, often called a "digital currency" offering many opportunities for threat actors to exploit the data, (5) the data can be used to

discover other valuable PII to compound harm; (6) much of the data does not change or changes infrequently allowing it to be used over time to produce longitudinal harm.

### 5. ***PowerSchool's Data, Analytics & Insights hold Sensitive PII.***

54. **Analytics & Insights.** PowerSchool's Data, Analytics & Insights Solutions provide "an end-to-end solution with data, analytics, visualization and embedded tools and workflows all in one." https://www.powerschool.com/solutions/data/ These solutions purport to "[b]ring together essential data to unlock powerful insights, drive actions, and fuel AI-powered personalization" and "[u]ncover trends and patterns over time to drive student growth and improve educational outcomes." https://www.powerschool.com/solutions/data/

55. According to its Data Privacy Impact Assessment (DPIA) Report, "Analytics and Insights is a comprehensive K-12 student data analytics platform that brings together an organization's disparate data from multiple sources to create a dashboard and analytics related to the aggregated data. The Platform includes multiple modules/products, each with their own focus for analyzing various trends within the data. Analytics and Insights may collect personal data, including some highly sensitive data, and therefore may be considered to have high risk processing activities." Flagg Exhibit 7, PWRSCHL_00645530 at 532.

56. According to the DPIA, the Analytics and Insights product collects at least the following student information: [redacted] Flagg Exhibit 7, PWRSCHL_00645530 at 535.

57. [redacted]

[redacted] Flagg Exhibit 7, PWRSCHL_00645530 at 535.

58. This data is sensitive because (1) the data can be used to identify individuals and/or their devices; (2) the data can be used to locate individuals in cyberspace and the physical world; (3) the data is valuable and its monetization by threat actors can result in significant financial, emotional and reputational harms; (4) much of the data is used extensively in our society, often called a "digital currency" offering many opportunities for threat actors to exploit the data, (5) the data can be used to discover other valuable PII to compound harm; (6) much of the data does not change or changes infrequently allowing it to be used over time to produce longitudinal harm.

### 6. ***PowerSchool's Connected Intelligence solution holds Sensitive PII.***

59. **Connected Intelligence** PowerSchool's Connected Intelligence product "[i]ngest[s] data from any source and format (structured, semi-structured, and unstructured) to make the most efficient and effective use of all data," provides "unparalleled performance data integration, processing, accessibility, ad-hoc reporting, and analytics," and provides "[s]calable AI-ML data analysis, eliminating data redundancy and security risks by bringing AI to your data in a secure data lake[.]" https://www.powerschool.com/solutions/data/connected-intelligence/

60. [redacted] Flagg

Exhibit 6, PWRSCHL_00645470 at 472.

61. According to the DPIA, [redacted] Flagg Exhibit 6, PWRSCHL_00645470 at 474.

62. [redacted] Flagg Exhibit 6, PWRSCHL_00645470 at 475.

63. [redacted] Flagg Exhibit 6, PWRSCHL_00645470 at 476.

64. [redacted]

[redacted] This data is sensitive because (1) the data can be used to identify individuals and/or their devices; (2) the data can be used to locate individuals in cyberspace and the physical world; (3) the data is valuable and its monetization by threat actors can result in significant financial, emotional and reputational harms; (4) much of the data is used extensively in our society, often called a "digital currency" offering many opportunities for threat actors to exploit the data, (5) the data can be used to discover other valuable PII to compound harm; (6) much of the data does not change or changes infrequently allowing it to be used over time to produce longitudinal harm.

**B. PII is under Constant Attack and must be Protected.**

65. According to IBM report titled "2025 Cost of a Data Breach," (1) Education is in the top 15 market sectors of most costly data breaches, (2) 53% of all data breaches across all market sectors involve customer PII, and (3) if the threat uses stolen PII to conduct an attack, it takes the longest time to identify and contain the breach, on average 292 days to identify and contain breaches using compromised PII (i.e. credentials).

66. PII is often used as credentials (e.g. usernames, passwords, last four of your SSN, date of birth, phone number, ID card) and the exposure this PII can be very harmful to the individual and organizations since this PII (used as credentials) can be subsequently used to access accounts, systems, and infrastructure.

67. In fact, compromised credentials enabled the PowerSchool data breach in 2024.

According to the Crowd Strike Investigation Report (dated February 28, 2025) commissioned by PowerSchool, "…the Threat Actor performed Maintenance Remote Support operations in PowerSource, which enabled the Threat Actor to access the individual customer organizations' SIS instances." Per PowerSchool's website, "PowerSource is a community-focused customer support portal for all PowerSchool products." https://support.powerschool.com/. As such, CrowdStrike reported that "PowerSource allows a support technician with sufficient permissions to gain access to customer SIS database instances for maintenance purposes."

**C. There are different causes for PII exposure.**

68. PII exposure can be executed by malicious criminals, insider threat and human mistakes. As an example and according to the Crowd Strike Investigation Report (dated February 28, 2025) commissioned by PowerSchool, Threat Actor performed Maintenance Remote Support operations in PowerSource, which enabled the Threat Actor to access the individual customer organizations' SIS instances.

69. PII exposure can also be the result of planned business practices due to data sharing between organizations and applications. Planned data sharing is part of the PowerSchool business model as school districts, PowerSchool, data vendors, and sub-processors share data between products. In fact, PowerSchool lists 151 third parties with whom PowerSchool shares data in its initial interrogatory responses and supplemented that list in its June 30, 2025, Supplemental Responses and Objections to Non-Uniform Interrogatories 1, 4, 5.

**D. PowerSchool was hacked in 2024, exposing the sensitive information of parents, students, and teachers.**

70. The harms of exposed sensitive and personal information due to PowerSchool's

data processing activities are not speculative: in 2024, PowerSchool was hacked, exposing both student and teacher data according to the CrowdStrike Investigation Report dated February 28, 2025.

71. Michael Klein, a former senior advisor for cybersecurity at the U.S. Department of Education and now the senior director for preparedness and response at the Institute for Security and Technology wrote, "… there was literally nothing districts could have done to prevent the data breach." https://www.k12dive.com/news/college-student-charged-in-connection-with-powerschool-data-breach/748747/

## E. PII can cause Harm.

### 1. ***Harms can be diverse.***

72. Exposed, used, or misused PII can cause financial harm. According to UT CID reports analyzing impact of identity theft and fraud cases, over 50% of victims experiencing some financial loss.

73. Key findings published by the Identity Theft Resource Center in their 2025 Consumer Impact Report document that "Criminals are monetizing stolen identities at a higher rate, successfully stealing larger sums from all types of victims."

74. Exposed, used, or misused PII can cause reputational harm. According to UT CID analysis of the impact of identity theft, fraud and abuse cases, over 80% of victims experience some degree of reputational damage.

75. Exposed, used, or misused PII can cause emotional distress. The most alarming finding from the ITRC survey of victims published in the ITRC 2025 Consumer Impact Report, reflects the human cost of these crimes where victims were directly asked if their experience had caused them to consider self-harm. "The answer was a staggering and heartbreaking 67.8 percent (67.8%) among victims in the general

population."

### 2. ***Harms can be longstanding.***

76. "Longitudinal harm" of PII exposure, uses and/or misuses can result in adverse effects or damage that accumulate over time.

77. The ITRC 2025 Consumer Impact reported that "Criminals are increasingly targeting previous victims multiple times."

78. Longitudinal harms can result when PII is used in social, employment, and educational settings to damage current reputations, impose emotional distress, and introduce barriers to future opportunities or create bias and discrimination. The ITRC 2025 Consumer Impact documented that the "General population victims in 2025 report disproportionately severe secondary financial consequences – such as being denied loans or housing – and a shocking increase in emotional and physical distress." The ITRC reported identity theft victims were "denied loans, housing and other basic necessities, all stemming from an initial compromise that many would dismiss as minor." Additionally, identity theft victims assisted by the ITRC, consistently suffered a high rate of such repeat victimization; "in 2024, 21.4 percent (21.4%) had been victimized four or more times, and in 2025, that figure, while lower, was still a significant 15.2 percent (15.2%)." ITRC 2025 Consumer Impact

### 3. ***Harms can produce a "domino effect" of Harms.***

79. The exposed, use, or misuse of one respective PII data element can increase the probability of exposing additional PII data elements. As a simple example, the exposure of a person's PII such as postal address can lead to the exposure of other PII such the person's phone number or date of birth.

80. The UTCID Identity Ecosystem research project studied over 5000 identity theft,

fraud and abuse cases and the cases resulted in the exposure of over hundreds of different types of PII from the four categories of PII – What you KNOW, What you HAVE, What you ARE and What you DO. From this empirical study of the processes by which PII is exposed, used and abused, these cases demonstrate that the exposure of one PII data element increases the risk of exposing another PII data element and those exposures increase the risk of harm.

81. To quantify the influences, vulnerabilities, and consequences of PII exposures, the UTCID Identity Ecosystem model was created from over 5000 cases of identity theft, fraud and abuse, where each node in the graph is a respective data element that was involved (e.g. used, exposed) in these studied cases and an arrow from one node (e.g. PII_A) to another (e.g. PII_B) exists to show that PII_A was used to expose PII_B in one or more cases. The "strength" (e.g. probability/likelihood measure) of the arrow is an indicator of how many times PII_A was used to expose PII_B in the cases studied. The picture below depicts the nodes and dependencies between the four types of PII (What you KNOW, What you ARE, What you HAVE and What you DO) found in the identity theft, fraud and abuse cases studied.




*Graphical representation of the UTCID Identity Ecosystem displaying different types of PII used in identity theft and fraud cases (Purple - What you ARE, Cyan – What you HAVE, Green – What you KNOW, Red – What you DO) with each directed arrow from a given node_A (e.g. Password) pointing to another PII node_B (e.g. Address) indicates there is evidence in the studied cases that node_A has been used to discover node_B. The strength of the connection or the probability of discovery between the two nodes (probability that node_A can be used to discover node_B) is given by the frequency of occurrence in the identity theft and fraud cases studied.*

82. For example, in the UTCID Identity Ecosystem graph above, the arrows originating from the PII "Date of Birth" to the following PII nodes ("Name," "Social Security Number," "Phone Number," "Address," "Name," "Credit Card Information," "Debit Card Information," and "Drivers License Number) indicate there is evidence of "Date of Birth" being used to discover those respective PII.

83. Also, in the UTCID Identity Ecosystem graph above, the arrows pointing to PII "Date of Birth" from, for example, "Social Security Number" indicate there is empirical evidence that "Date of Birth" was discovered using "Social Security Number." Likewise, "Name," "Phone Number," "Credit Card Information" are among other PII that were shown to be used to discover "Date of Birth."

84. In the identity theft, fraud and abuse cases studied by the UTCID and represented in

the UTCID Ecosystem, the PII "Email address" is linked to a significant amount of PII including but not limited to "Bank Account Information," "Name," "Social Security Number," "W-2 form information," "Login credential," "Password," "City of Residence," Passport information," "Phone number," "Address," "Credit Card Expiration data", "Credit Card number," "CVV code," "Date of Birth," "Mother Maiden Name," "Debit Card information," "IP address," "Registration Date".

85. In the identity theft, fraud and abuse cases studied by the UTCID and represented in the UTCID Ecosystem, PII "Gender" is linked to a significant amount of PII including but not limited to "Therapist Name", "Social Security number," "Phone number," "Name," "Medical ID number," "Date of Birth," "Address," "Bank account".

86. In the identity theft, fraud and abuse cases studied by the UTCID and represented in the UTCID Ecosystem, PII "Student Transcript" is linked to a significant amount of PII including but not limited to "Address," "Date of Birth," "Name," "Parent or Guardian name," "Social Security number".

87. This quantification of PII exposures show that (1) some PII are the more frequent targets of identity theft, fraud and abuse, (2) some PII, if exposed, are more "influential" than others since some PII are more likely to lead to the exposure of other PII and (3) some PII are more "vulnerable" or likely to be exposed as a result of other PII data elements being exposed.

88. The Risk of Exposure metric for respective PII in the UTCID Identity Ecosystem quantifies the frequency the respective PII was involved in the studied identity theft, fraud and abuse cases. In Appendix A, a set of PII identified in PowerSchool

documents are listed in each table and the Risk of Exposure value for each respective PII indicates the percentage of studied identity theft, fraud and abuse cases the respective PII was targeted or used in the studied cases.

89. For the PII listed in the Appendix A, the mapping of PII named in the PowerSchool documents [redacted] to PII named in the UTCID Identity Ecosystem [redacted] is often exact. Sometimes similar PII are also listed [redacted] If PII named in the PowerSchool documents cannot be found in the UTCID Identity Ecosystem, "—" is included in those fields in the tables found in Appendix A.

90. For the PII listed in the Appendix A, the Influence metric for respective PII quantifies the influence of the respective PII (e.g. PII_A) on the exposure of additional PII. In other words, PII_A's Influence measures the likelihood that exposure of PII_A will lead to the exposure of additional PII and additional harms. To provide a relative, more intuitive value of the Influence measures for those PII listed in Appendix A, the Influence measure for each respective PII is ranked as compared to other PII identified in the identity theft, fraud and abuse cases studied. An Influence measure of 1 means the respective PII has the most Influence as compared to all the PII identified in the cases studied and will lead to most exposure of other PII. As the Influence measurement ranking increases for a respective PII data element, its Influence leading to the exposure of other PII lessens.

91. For the PII listed in the Appendix A, the Vulnerability metric for a respective PII data element quantifies the likelihood that the respective PII data element will be exposed if other PII are exposed. Specifically, PII_A's vulnerability is based on

cases when other exposed PII led to the exposure of PII_A. To provide a relative, more intuitive value of the Vulnerability measure for those PII listed in Appendix A, the Vulnerability measure for each respective PII is ranked as compared to other PII identified in the identity theft, fraud and abuse cases studied. A Vulnerability measure of 1 means the PII is the most vulnerable as compared to all the PII identified in the cases studied. As the Vulnerability measurement ranking increases for a respective PII data element, its Vulnerability to exposure due to the exposure of other PII lessens.

92. The Monetization Value of a respective PII data element is quantified based on its monetization in the identity theft, fraud and abuse cases studied. The financial loss documented in each studied case is divided by the number of PII involved in the case and assigned to each of the involved PII. For example, the monetization value of each PII data element is $20k for a case with a $100k financial loss involving five PII data elements (e.g. "Name," "Address," "Date of Birth," "Social Security Number," and School ID Number"). The monetization value assigned to each PII data element for each studied case in which the PII was involved, is then summed to provide a cumulative monetary value of the PII data element in terms of the degree to which the respective PII data element was monetized across the cases studied. In some of the cases studied, the monetization of the exposed PII is unknown.

93. There are different methods for calculating the financial impact of exposed PII. As reported in the IBM 2025 Cost of a Data Breach report, Customer PII was involved in 53% of all data breaches and overall average cost for each exposed record of this type was $160 while Employee PII was involved in 37% of all data breaches and

overall average cost for each exposed record of this type was $168.

## F. PowerSchool products hold PII that is (a) at Risk of Exposure, (b) Vulnerable to exposure when other PII are exposed, (c) influential in discovering other PII to compound harm and (d) has monetization value.

94. The data elements identified in the DPIA Reports for PowerSchool products including PowerSchool SIS, Naviance, Schoology, Performance Matters, Connected Intelligence, Behavior Support, Attendance Intervention Suite, and MTSS indicate the PII held by these PowerSchool products have a Monetary Value, Risk of Exposure (frequency respective PII appear in the studied identify theft and fraud cases), Vulnerability (Likelihood respective PII will be exposed due to exposure of other PII where degree of respective PII vulnerability is given by its ranking among all the PII in the UT CID Identity Ecosystem) and Influence (Likelihood a respective PII will expose other PII when the respective PII is exposed represented by its ranking among all the PII in the UT CID Identity Ecosystem) documented in the table found in Appendix A.

Dated: January 20, 2026

By ______________________________
K. Suzanne Barber

## VI. APPENDIX A: PII MEASURES FOR POWERSCHOOL PRODUCTS– RISK OF EXPOSURE, INFLUENCE, VULNERABILITY AND MONETARY VALUE

[redacted]

| PII Name | RISK OF EXPOSURE -- Likelihood of Target for Identity Theft, Fraud and Abuse | VULNERABILITY -- Likelihood This PII will be Exposed due to Exposure of Other PII | INFLUENCE -- Likelihood to Expose Other PII when This PII is Exposed | MONETIZATION VALUE |
|---|---|---|---|---|
| **Data from UTCID Identity Ecosystem** | | | | |
| P Address | 0.69% | 123 | 425 | $ 7,304,349 |
| ookie | 0.04% | 942 | 243 | Unknown |
| --- | --- | --- | --- | --- |
| xam score | 0.04% | 488 | 338 | Unknown |
| --- | --- | --- | --- | --- |
| --- | --- | --- | --- | --- |
| --- | --- | --- | --- | --- |
| --- | --- | --- | --- | --- |
| mail Address | 11.59% | 9 | 20 | $ 60,377,857 |
| log Account | 0.23% | 306 | 74 | $ 11,364 |
| --- | --- | --- | --- | --- |
| ate of Birth | 24.21% | 3 | 3 | $ 48,600,060 |
| ocation of Birth | 0.06% | 567 | 779 | Unknown |
| ender | 1.69% | 34 | 192 | $ 187,429 |
| thnicity | 0.40% | 192 | 693 | $ 1 |
| ace | 0.06% | 539 | 779 | Unknown |
| anguage Spoken | 0.02% | 646 | 779 | Unknown |
| nrollment date | 0.02% | 819 | 779 | Unknown |
| rade level | 0.06% | 611 | 486 | Unknown |
| --- | --- | --- | --- | --- |
| --- | --- | --- | --- | --- |
| ourse Information | 0.08% | 574 | 779 | Unknown |
| --- | --- | --- | --- | --- |
| --- | --- | --- | --- | --- |
| --- | --- | --- | --- | --- |
| ast name | 0.02% | 790 | 779 | Unknown |
| ame | 63.61% | 1 | 1 | $ 112,563,704 |
| tudent class chedule | 0.02% | 855 | 779 | Unknown |
| eacher name | 5.48% | 941 | 102 | Unknown |
| --- | --- | --- | --- | --- |
| ncome level | 0.12% | 241 | 779 | $ 28,440 |
| ncome information | 0.25% | 146 | 223 | $ 185,637 |
| ental health ondition | 0.27% | 614 | 779 | $ 1 |
| hysical health nformation | 0.02% | 941 | 284 | Unknown |
| rotected Health nformation | 0.02% | 941 | 769 | Unknown |
| ealth Information | 0.10% | 269 | 779 | Unknown |
| edical Record | 0.10% | 229 | 603 | $ 572 |
| ental health nformation | 7.74% | 41 | 16 | $ 27,612,244 |
| isability | 0.13% | 388 | 779 | Unknown |
| --- | --- | --- | --- | --- |
| iving situation | 0.04% | 445 | 779 | Unknown |
| ail Address | 11.61% | 942 | 622 | $ 60,379,377 |
| mail Address | 11.59% | 9 | 20 | $ 60,377,857 |
| hone Number | 13.14% | 7 | 34 | $ 40,615,556 |
| chool District | 0.06% | 552 | 779 | Unknown |
| rivers license # | 3.46% | 21 | 79 | $ 13,913,102 |
| tudent ID number | 0.60% | 116 | 266 | $ 74,277 |
| sername | 3.18% | 12 | 25 | $ 32,233,393 |
| assword | 6.24% | 10 | 12 | $ 67,691,993 |
| --- | --- | --- | --- | --- |
| ast name | 0.02% | 790 | 779 | $ - |
| ame | 63.61% | 1 | 1 | $ 112,563,704 |
| --- | --- | --- | --- | --- |
| --- | --- | --- | --- | --- |
| cademic nformation | 1.15% | 143 | 551 | $ 145,457 |
| --- | --- | --- | --- | --- |
| urvey | 0.02% | 679 | 779 | $ 107,692 |
| --- | --- | --- | --- | --- |
| --- | --- | --- | --- | --- |
| --- | --- | --- | --- | --- |
| rade | 0.13% | 941 | 125 | $ 47,643 |
| ourse grade | 0.94% | 156 | 565 | $ 145,456 |
| --- | --- | --- | --- | --- |
| xam score | 0.04% | 488 | 338 | Unknown |
| cademic score | 0.02% | 941 | 454 | Unknown |
| us route number | 0.04% | 645 | 779 | Unknown |
| tudent pickup & ropoff location | 0.02% | 659 | 779 | Unknown |
| tudent pickup & rop-off time | 0.02% | 659 | 779 | Unknown |
| --- | --- | --- | --- | --- |

[redacted]

| PII Name | RISK OF EXPOSURE -- Likelihood of Target for Identity Theft, Fraud and Abuse | VULNERABILITY-- Likelihood This PII will be Exposed due to Exposure of Other PII | INFLUENCE -- Likelihood to Expose Other PII when This PII is Exposed | MONETIZATION VALUE |
|---|---|---|---|---|
| Data from UTCID Identity Ecosystem | | | | |
| Name | 63.61% | 1 | 1 | $ 112,563,704 |
| Username | 3.18% | 12 | 25 | $ 32,233,393 |
| Password | 6.24% | 10 | 12 | $ 67,691,993 |
| Age | 0.69% | 367 | 35 | $ 31,696 |
| Date of Birth | 24.21% | 3 | 3 | $ 48,600,060 |
| Gender | 1.69% | 34 | 192 | $ 187,429 |
| Billing address | 0.02% | 710 | 779 | Unknown |
| Address | 35.95% | 4 | 4 | $ 91,087,415 |
| Physical Address | 2.33% | 61 | 295 | $ 382,861 |
| Mail Address | 11.61% | 942 | 622 | $ 1,405,137 |
| Phone number | 13.14% | 7 | 34 | $ 40,615,556 |
| Postal code | 0.06% | 505 | 779 | Unknown |
| Zip code | 3.27% | 151 | 13 | $ 43,513 |
| Ethnicity | 0.40% | 192 | 693 | $ 1 |
| Race | 0.10% | 269 | 779 | Unknown |
| Nationality | 0.10% | 532 | 164 | Unknown |
| Email | 0.17% | 257 | 157 | $ 4,179 |
| IP address | 0.69% | 123 | 425 | $ 7,304,349 |
| Device Identifiable Information | 0.02% | 920 | 779 | $ 0 |
| GPS location | 0.02% | 838 | 779 | Unknown |
| Location | 5.14% | 245 | 379 | $ 14,393,076 |
| Cookie | 0.04% | 942 | 243 | Unknown |
| Grade | 0.13% | 941 | 125 | $ 47,643 |
| Course grade | 0.94% | 156 | 565 | $ 145,456 |
| Exam score | 0.04% | 488 | 338 | Unknown |
| Academic score | 0.02% | 941 | 454 | Unknown |
| --- | --- | --- | --- | --- |
| Credential | 0.12% | 366 | 664 | $ 142,934 |
| Login credential | 5.04% | 42 | 36 | $ 52,922,247 |
| Employee login credential | 3.31% | 77 | 6 | $ 18,490,454 |
| | | | | |
| Hire data | 0.02% | 592 | 779 | $ - |
| Enrollment date - student | 0.02% | 819 | 779 | Unknown |
| --- | --- | --- | --- | --- |
| Job title | 0.04% | 465 | 779 | Unknown |
| --- | --- | --- | --- | --- |
| --- | --- | --- | --- | --- |

[redacted]

| PII Name | RISK OF EXPOSURE -- Likelihood of Target for Identity Theft, Fraud and Abuse | VULNERABILITY-- Likelihood This PII will be Exposed due to Exposure of Other PII | INFLUENCE -- Likelihood to Expose Other PII when This PII is Exposed | MONETIZATION VALUE |
|---|---|---|---|---|
| **Data from UTCID Identity Ecosystem** | | | | |
| Name | 63.61% | 1 | 1 | $ 112,563,704 |
| Username | 3.18% | 12 | 25 | $ 32,233,393 |
| Date of Birth | 24.21% | 3 | 3 | $ 48,600,060 |
| Age | 0.69% | 367 | 35 | $ 31,696 |
| Gender | 1.69% | 34 | 192 | $ 187,429 |
| Billing address | 0.02% | 710 | 779 | Unknown |
| Address | 35.95% | 4 | 4 | $ 91,087,415 |
| Physical Address | 2.33% | 61 | 295 | $ 382,861 |
| Mail Address | 11.61% | 942 | 622 | $ 60,379,377 |
| Postal code | 0.04% | 941 | 702 | Unknown |
| Zip code | 3.27% | 151 | 13 | Unknown |
| IP address | 0.69% | 123 | 425 | $ 7,304,349 |
| Race | 0.06% | 539 | 779 | Unknown |
| Ethnicity | 0.40% | 192 | 693 | $ 1 |
| Email | 0.17% | 257 | 157 | $ 4,179 |
| Nationality | 0.02% | 499 | 779 | Unknown |
| Grade | 0.13% | 941 | 125 | $ 47,643 |
| Course grades | 0.94% | 156 | 565 | $ 145,456 |
| Exam score | 0.04% | 488 | 338 | Unknown |
| Academic score | 0.02% | 941 | 454 | Unknown |
| --- | --- | --- | --- | --- |
| Username | 3.18% | 12 | 25 | $ 32,233,393 |
| Password | 6.24% | 10 | 12 | $ 67,691,993 |
| --- | --- | --- | --- | --- |
| --- | --- | --- | --- | --- |
| Course Information | 0.08% | 574 | 779 | Unknown |
| Transcript | 0.02% | 941 | 256 | $ 1,387,170 |
| --- | --- | --- | --- | --- |
| Survey | 0.02% | 679 | 779 | $ 107,692 |
| Phone Number | 13.14% | 7 | 34 | $ 40,615,556 |
| --- | --- | --- | --- | --- |
| Job title | 0.04% | 465 | 779 | Unknown |
| Photograph - person | 0.04% | 753 | 779 | Unknown |
| Facial recognition information | 0.02% | 878 | 334 | Unknown |

[redacted]

| PII Name | RISK OF EXPOSURE -- Likelihood of Target for Identity Theft, Fraud and Abuse | VULNERABILITY-- Likelihood This PII will be Exposed due to Exposure of Other PII | INFLUENCE -- Likelihood to Expose Other PII when This PII is Exposed | MONETIZATION VALUE |
|---|---|---|---|---|
| **Data from UTCID Identity Ecosystem** | | | | |
| Name | 63.61% | 1 | 1 | $ 112,563,704 |
| --- | --- | --- | --- | --- |
| Last name | 0.02% | 790 | 779 | Unknown |
| Billing address | 0.02% | 710 | 779 | Unknown |
| Address | 35.95% | 4 | 4 | $ 91,087,415 |
| Physical Address | 2.33% | 61 | 295 | $ 382,861 |
| Mail Address | 11.61% | 942 | 622 | $ 60,379,377 |
| Phone number | 13.14% | 7 | 34 | $ 40,615,556 |
| Student ID number | 0.60% | 116 | 266 | $ 74,277 |
| --- | --- | --- | --- | --- |
| Transcripts | 0.02% | 941 | 256 | $ 1,387,170 |
| Grade point | 0.02% | 855 | 779 | Unknown |
| Gender | 1.69% | 34 | 192 | $ 187,429 |
| Income level | 0.12% | 241 | 779 | $ 28,440 |
| Income information | 0.25% | 146 | 223 | $ 185,637 |
| Ethnicity | 0.40% | 192 | 693 | $ 1 |
| Race | 0.06% | 539 | 779 | Unknown |
| Language spoken | 0.02% | 646 | 779 | Unknown |
| Disability | 0.13% | 388 | 779 | Unknown |
| --- | --- | --- | --- | --- |
| Immigration document | 0.04% | 941 | 302 | Unknown |
| Citizenship status | 0.15% | 357 | 569 | $ 64,700 |
| Grade | 0.13% | 941 | 125 | $ 47,643 |
| Date of Birth | 24.21% | 3 | 3 | $ 48,600,060 |
| --- | --- | --- | --- | --- |
| --- | --- | --- | --- | --- |
| Parent or Guardian Name | 0.02% | 941 | 763 | Unknown |
| Father last name | 0.40% | 182 | 203 | Unknown |
| Mother last name | 0.02% | 885 | 779 | Unknown |
| Name | 63.61% | 1 | 1 | $ 112,563,704 |
| Email | 0.17% | 257 | 157 | $ 4,179 |
| Name | 63.61% | 1 | 1 | $ 112,563,704 |
| --- | --- | --- | --- | --- |
| Last name | 0.02% | 790 | 779 | Unknown |
| --- | --- | --- | --- | --- |
| --- | --- | --- | --- | --- |
| --- | --- | --- | --- | --- |
| --- | --- | --- | --- | --- |
| --- | --- | --- | --- | --- |

[redacted]

| PII Name | RISK OF EXPOSURE -- Likelihood of Target for Identity Theft, Fraud and Abuse | VULNERABILITY-- Likelihood This PII will be Exposed due to Exposure of Other PII | INFLUENCE -- Likelihood to Expose Other PII when This PII is Exposed | MONETIZATION VALUE |
|---|---|---|---|---|
| **Data from UTCID Identity Ecosystem** | | | | |
| Name | 63.61% | 1 | 1 | $ 112,563,704 |
| Location of birth | 0.06% | 567 | 779 | Unknown |
| Gender | 1.69% | 34 | 192 | $ 187,429 |
| Phone Number | 13.14% | 7 | 34 | $ 40,615,556 |
| Grade | 0.13% | 941 | 125 | $ 47,643 |
| Grade point | 0.02% | 855 | 779 | $ 53,803,816 |
| Course grade | 0.94% | 156 | 565 | $ 145,456 |
| -- | -- | -- | -- | -- |
| Course information | 0.08% | 574 | 779 | Unknown |
| Course schedule | 0.06% | 744 | 779 | Unknown |
| Medication list | 0.02% | 939 | 777 | Unknown |
| Medication history | 0.04% | 714 | 779 | Unknown |
| Medication | 0.15% | 440 | 779 | Unknown |
| Student transcript | 0.02% | 738 | 779 | Unknown |
| School admission record | 0.02% | 941 | 283 | Unknown |
| Account credential | 0.02% | 463 | 779 | Unknown |
| Employee credential | 0.29% | 121 | 19 | $ 1,546 |
| Employee logon credential | 3.31% | 77 | 6 | $ 18,490,454 |
| Login credential | 5.04% | 42 | 36 | $ 52,922,247 |
| User credential | 1.17% | 96 | 54 | $ 752,993 |
| Date of Birth | 24.21% | 3 | 3 | $ 48,600,060 |
| Birth year | 0.02% | 301 | 779 | Unknown |
| Child date of birth | 0.35% | 142 | 779 | Unknown |
| Ethnicity | 0.40% | 192 | 693 | $ 1 |
| Height | 0.04% | 511 | 582 | Unknown |
| Weight | 0.06% | 285 | 582 | Unknown |
| -- | -- | -- | -- | -- |
| -- | -- | -- | -- | -- |
| Treatment information | 0.08% | 543 | 300 | Unknown |
| Physical health information | 0.02% | 941 | 779 | Unknown |
| Medical treatment plan | 0.02% | 733 | 779 | Unknown |
| Health plan group number | 0.02% | 941 | 276 | Unknown |
| Health insurance policy number | 0.02% | 746 | 421 | Unknown |
| Health insurance card | 0.02% | 619 | 779 | $ 13,409 |
| Health plan ID card | 0.02% | 480 | 779 | Unknown |
| Billing address | 0.02% | 710 | 779 | Unknown |
| Address | 35.95% | 4 | 4 | $ 91,087,415 |
| Physical Address | 2.33% | 61 | 295 | $ 382,861 |
| Mail Address | 11.61% | 942 | 622 | $ 60,379,377 |
| Social Security number | 39.86% | 2 | 7 | $ 70,703,156 |
| Age | 0.69% | 367 | 35 | $ 31,696 |
| Race | 0.06% | 539 | 779 | Unknown |
| Username | 3.18% | 12 | 25 | $ 32,233,393 |
| Email address | 11.59% | 9 | 20 | $ 60,377,857 |
| -- | -- | -- | -- | -- |
| -- | -- | -- | -- | -- |
| -- | -- | -- | -- | -- |
| Medical condition | 0.02% | 639 | 758 | Unknown |
| Postal Code | 0.04% | 941 | 702 | Unknown |
| Username | 3.18% | 12 | 25 | $ 32,233,393 |
| Password | 6.24% | 10 | 12 | $ 67,691,993 |

[redacted]

| PII Name | RISK OF EXPOSURE -- Likelihood of Target for Identity Theft, Fraud and Abuse | VULNERABILITY-- Likelihood This PII will be Exposed due to Exposure of Other PII | INFLUENCE -- Likelihood to Expose Other PII when This PII is Exposed | MONETIZATION VALUE |
|---|---|---|---|---|
| Data from UTCID Identity Ecosystem | | | | |
| Name | 63.61% | 1 | 1 | $ 112,563,704 |
| Username | 3.18% | 12 | 25 | $ 32,233,393 |
| Email | 11.59% | 9 | 20 | $ 60,377,857 |
| Password | 6.24% | 10 | 12 | $ 67,691,993 |

| PII Name | RISK OF EXPOSURE -- Likelihood of Target for Identity Theft, Fraud and Abuse | VULNERABILITY-- Likelihood This PII will be Exposed due to Exposure of Other PII | INFLUENCE -- Likelihood to Expose Other PII when This PII is Exposed | MONETIZATION VALUE |
|---|---|---|---|---|
| Data from UTCID Identity Ecosystem | | | | |
| Name | 63.61% | 1 | 1 | $ 112,563,704 |
| Username | 3.18% | 12 | 25 | $ 32,233,393 |
| -- | -- | -- | -- | -- |
| Job Title | 0.04% | 465 | 779 | Unknown |
| Device ID information | 0.02% | 920 | 779 | Unknown |
| IP Address | 0.69% | 123 | 425 | $ 7,304,349 |
| Student transcript | 0.02% | 738 | 779 | Unknown |
| School admission record | 0.02% | 941 | 283 | Unknown |
| Survey | 0.02% | 679 | 779 | $ 107,692 |
| Phone number | 13.14% | 7 | 34 | $ 40,615,556 |
| Email | 11.59% | 9 | 20 | $ 60,377,857 |

| PII Name | RISK OF EXPOSURE -- Likelihood of Target for Identity Theft, Fraud and Abuse | VULNERABILITY-- Likelihood This PII will be Exposed due to Exposure of Other PII | INFLUENCE -- Likelihood to Expose Other PII when This PII is Exposed | MONETIZATION VALUE |
|---|---|---|---|---|
| Data from UTCID Identity Ecosystem | | | | |
| Name | 63.61% | 1 | 1 | $ 112,563,704 |
| Email | 11.59% | 9 | 20 | $ 60,377,857 |
| Survey | 0.02% | 679 | 779 | $ 107,692 |
| Username | 3.18% | 12 | 25 | $ 32,233,393 |
| Phone Number | 13.14% | 7 | 34 | $ 40,615,556 |
| Date of Birth | 24.21% | 3 | 3 | $ 48,600,060 |
| Birth year | 0.02% | 301 | 779 | Unknown |
| Child date of birth | 0.35% | 142 | 779 | Unknown |
| IP Address | 0.69% | 123 | 425 | $ 7,304,349 |

[redacted]

| PII Name | RISK OF EXPOSURE -- Likelihood of Target for Identity Theft, Fraud and Abuse | VULNERABILITY-- Likelihood This PII will be Exposed due to Exposure of Other PII | INFLUENCE -- Likelihood to Expose Other PII when This PII is Exposed | MONETIZATION VALUE |
|---|---|---|---|---|
| Data from UTCID Identity Ecosystem | | | | |
| Name | 63.61% | 1 | 1 | $ 112,563,704 |
| Email | 11.59% | 9 | 20 | $ 60,377,857 |
| -- | -- | -- | -- | -- |
| Grade | 0.13% | 941 | 125 | $ 47,643 |
| Course grade | 0.94% | 156 | 565 | $ 145,456 |
| -- | -- | -- | -- | -- |
| -- | -- | -- | -- | -- |
| Age | 0.69% | 367 | 35 | $ 31,696 |
| Student ID number | 0.60% | 116 | 266 | $ 74,277 |
| School District | 0.06% | 552 | 779 | Unknown |
| -- | -- | -- | -- | -- |
| -- | -- | -- | -- | -- |
| Grade | 0.13% | 941 | 125 | $ 47,643 |
| Course grade | 0.94% | 156 | 565 | $ 145,456 |
| -- | -- | -- | -- | -- |
| Transcripts | 0.02% | 941 | 256 | $ 1,387,170 |
| Grade point | 0.02% | 855 | 779 | Unknown |
| -- | -- | -- | -- | -- |
| incident report | 0.04% | 640 | 318 | Unknown |
| incident description | 1.08% | 167 | 39 | $ 2,140,824 |

## VII. APPENDIX B: CURRICULUM VITA AND EXPERIENCE

# K. SUZANNE BARBER

sbarber@identity.utexas.edu
512.656.6152 (cell)

## EDUCATION:

| *Degree* | *School* | *Date* |
|---|---|---|
| B.S. Engineering Science | Trinity University | 1985 |
| M.S. Electrical Engineering | The University of Texas at Arlington | 1988 |
| Ph.D. Electrical Engineering | The University of Texas at Arlington | 1992 |

## ACADEMIC APPOINTMENTS:

**The University of Texas at Austin**

**AT&T Endowed Professor, Electrical and Computer Engineering Department** — **September 2002 - present**

**Associate Professor, Electrical and Computer Engineering Department** — **September 1997 – August 2002**

**Assistant Professor, Electrical and Computer Engineering Department** — **September 1992 – August 1997**

Teaching portfolio includes: Information Security and Privacy, Identity Management and Security, Information Repositories, Introduction to Programming, Requirements Management, Software Architectures and Software Design.

**Founding Director, Center for Identity** — **September 2010 – present**

The Center for Identity serves as a research center of excellence empowering individuals and organizations to make well-informed and intentional decisions with regard to the personal data they collect, use, share, and protect with the aim of increasing trust, convenience security and privacy. The Center is a public-private partnership bringing together the depth and breadth of knowledge and talent at The University of Texas with partners from corporations, government, and academia. Responsible for strategic vision, fund raising, fiscal oversight, recruiting, and building partnerships with faculty, corporate, and government leaders.

**Founding Director, Masters Degree in Information Security and Privacy (MSISP)** — **September 2015 – present**

(formerly the MS Degree program in Identity Management and Security (MSIMS)

This M.S. degree program is offered by the School of Information at The University of Texas, ranked Top 5 in the Nation, in conjunction with the Center for Identity. The MSISP program aims to educate professionals who are responsible for information security and privacy at all levels of responsibility by offering a holistic, interdisciplinary education ensuring that professionals from multiple market sectors, roles, and levels of responsibility acquire the knowledge and skills necessary to be effective stewards of information and leaders of technological, policy, legal and societal initiatives. Responsible for strategic vision, academic curriculum, scheduling, fiscal planning, budget oversight, and student academic counseling.

**Director, Software Engineering** — **April 2004 – September 2010**

Directed the Software Engineering academic and research programs to include faculty recruiting and mentorship, served Director of Software Engineering Research Center, and served Director of M.S. Degree Program for working professionals.

**Director, The Laboratory for Intelligent Processes and Systems (UT:LIPS)** — **September 1992 – present**

Originally established as a personal research group and now a laboratory within the Center for Identity focusing on the following research areas: 1) online trust and cyber security, 2) formal systems and software systems analysis for design methods and tools; and, 2) distributed, intelligent decision-support systems. Federal agencies, state agencies, and industrial concerns have invested in the advancement and application of UT:LIPS research for identity management, privacy, cyber-security, cyber-trust, social networks, e-commerce, first responder emergency response, bio-surveillance for epidemics, UAV reconnaissance, military command and control, radar interference management, maritime domain awareness, and intelligence operations for the global war on terror. Responsible for funding acquisition, strategic research planning, research investigations, graduate student oversight, and publications.

**Founding Director, Executive Program in Software Engineering** — **December 2002 – September 2015**
**September 1996 – November 1999**

This program offers an advanced software engineering education with scheduling that allows working professionals to obtain a Master's Degree from the Department of Electrical and Computer Engineering. Professionals from over 200 companies have received M.S. degrees under this program since 1997. Responsible for the academic curriculum, scheduling, fiscal planning, budget oversight, and student academic counseling.

**Chair of Board, Systems and Software Engineering Institute** **September 1996 – September 1999**

The Institute provided short courses and a certificate program for software engineering techniques and practices in preparation for quality metrics and management. Courses offered at industrial sites or transmitted via distance learning facilities. Responsible for strategic planning, program management, and fiscal planning.

**Automation and Robotics Research Institute (ARRI)** **June 1986 – August 1992**
**The University of Texas at Arlington**

**Faculty Associate**

Proposed, supervised and conducted intelligent decision-support systems research funded by federal and industrial agencies. Represented ARRI in industrial and federal consortia and meetings. Contributed to research and standards for federally-sponsored Next Generation Control Project to improve robotic and machine tool manufacturer's competitiveness.

**The Robotics Institute, Carnegie-Mellon University** **May 1985 – June 1986**

**Research Associate**

Since its founding in 1979, the Robotics Institute has been leading the world in integrating robotic technologies into everyday life. Responsible for Rapidly Programmable Robotic Assembly research project that developed an interactive robotic programming language teaching robots assembly tasks through interactive instruction (i.e., human dialog) rather than manual programming.

## BOARD OF DIRECTORS AND ADVISORS:

- Department of Homeland Security (DHS), Senior Advisor, Clearance: Secret, February 2020– October 2025.
- IP Match U, November 2024 - present
- Department of Homeland Security (DHS) Data Privacy and Integrity Advisory Committee appointed by and in service to the Secretary of the Department of Homeland Security, June 2012 – December 2019.
- Metroplex Technology Business Council (MTBC), Board of Directors, Fall 2008 – 2012.
- Center for Applied Identity Management Research (CAIMR), Board of Directors, Spring 2009 – Fall 2010.
- Army Science Board, 2005 – 2016.
- Defense Science Study Group, DARPA and Institute of Defense Analysis (IDA) —Consultant.
- ANCA TECH, Board of Advisors. Spring 1999 – Fall 2004.
- ALVE L.C. Communications Software, Board of Advisors, Spring 1999 – Fall 2004.

## OTHER PROFESSIONAL EXPERIENCE:

- **CyberSecurity blogger, Wall Street Journal** – contribute to the Wall Street Journal online blog addressing topics related to cybersecurity, information security and privacy.
- **Expert Witness –** Served as an expert witness for successful software-related cases in telecommunications, manufacturing, travel, and retail industries in support of law firms in Georgia, Texas, California, New York, and Washington, DC.
- **Institute for Defense Analysis (IDA), Alexandria, VA. –** Consultant for technology reviews and advice.
- **University XXI and Central Technical Support Facility (CTSF), Fort Hood, TX. –** Consultant for technology reviews and advice.
- **Asyst Technologies, Austin, TX. –** Consultant to direct requirements management efforts and support system architecture development.
- **U.S. Army Simulation Training and Instrumentation Command (STRICOM), Orlando, FL. –** Consultant to teach course regarding Systems Engineering methods and implementation strategies for web-accessible tools supporting collaborative system analysis, design, development and deployment.
- **US Army CECOM, Fort Monmouth, NJ. –** Consultant to perform system engineering analysis and design for command and control applications, components and interfaces as part of an effort to verify and validate a comprehensive architecture. Performed consultant services to assess available enterprise tools and methodologies that will improve the system engineering approach used in the development of embedded systems.
- **Applied Research Laboratory, Austin, TX. –** Consultant to assist in the specification of next generation systems architectures for Army training centers to include hardware, software and communications systems specifications to support Military Command and Control.

- **Institute of Advanced Technology, Austin, TX. –** Consultant to teach courses to Senior Army Officers regarding systems engineering methods and implementation strategies.
- **Tracor, (now BAE Systems), Austin, TX. –** Consultant to direct initial system specification and modeling effort defining Defense Logistics Systems.
- **Automation Engineering, Dallas, TX. –** Consultant providing instructional courses regarding user-centered methods for acquiring, specifying and maintaining requirements driving system design, development and deployment.
- **Texas Instruments, Dallas, TX. –** Consultant to review, evaluate and comment on products (knowledge acquisition reports, domain models and reference architecture) related to the development and deployment of military and civilian trauma care information systems.
- **National Center for Manufacturing Sciences, Ann Arbor, MI. –** Consultant to review research, government initiatives, and commercial software systems addressing planning in manufacturing environments.
- **Naval Surface Warfare Center, Dahlgren, VA. –** Consultant to teach courses regarding systems engineering methods and implementation strategies.

## Refereed Archival Journal Publications

1. Chang, K.C. and K. S. Barber, "Entropy-Based Correlation Analysis for Privacy Risk Assessment in IoT Identity Ecosystem, Entropy 2025, 27(7), 723; https://doi.org/10.3390/e27070723
2. Chang, K.C. and K. S. Barber, "IoT Privacy Risks Revealed," Entropy, *26*(7), 561, 2024.
3. Tyagi, A. R.N. Zaeem, and K.S. Barber, "Proactive Identity Knowledge and Mitigation System," International Journal of Cyber Forensics and Advanced Threat Investigations, 2024.
4. Chang, K.C. and K. S. Barber, "Personalized Privacy Assistant: Identity Construction and Privacy in the Internet of Things," Special Issue on Security and Privacy, Entropy Journal, 25(5), 717, 2023.
5. Huang, T. C., R.N. Zaeem, and K.S. Barber, "Identifying Real-world Credible Experts in the Financial Domain," ACM Digital Threats: Research and Practice, (DTRAP) Special Issue on Fake News Research, 2(2), pp. 1-14, 2021.
6. Zaeem, R. N., and K. S. Barber, "The Effect of the GDPR on Privacy Policies: Recent Progress and Future Promise," ACM Transactions on Management Information Systems (TMIS) Special Issue on Analytics for Cybersecurity and Privacy. 12(1), pp. 1-20, 2020.
7. Barber, K. S., "The Future Needs Identity Professionals," Keesing Journal of Documents & Identity p. 19, February 2020.
8. Barber, K. S., "Privacy in the Digital Age," Keesing Journal of Documents & Identity p. 48, October 2019.
9. Huang, T., R.N. Zaeem, and K.S. Barber, "It Is an Equal Failing to Trust Everybody, and to Trust Nobody: Stock Price Prediction Using Trust Filters and Enhanced User Sentiment on Twitter," ACM Transactions on Internet Technology (TOIT), 19(4), 48, June 2019.
10. Barber, S., R. Anderson, R.N. Zaeem, and J. Zaiss, "Identity Threat Assessment and Prediction (ITAP): "Analysing identity crime to prevent identity crime," Keesing Journal of Documents & Identity, Issue 58, pp.14-19, 2019.
11. Zaiss, J., R.N. Zaeem, and K.S. Barber, "Identity Threat Assessment and Prediction," Journal of Consumer Affairs: Trends and Applications, 53(1), pp. 58-70, 2019.
12. DeAngelis, D., R. N. Zaeem, and K. S. Barber, "Finding and Motivating Trusted Expert Participation in Online Communities," invited submission to Applications of Agent Models and Architectures, IGI Global, 2018.
13. Nokhbeh Zaeem, R., German, R. L., and Barber, K. Suzanne, "PrivacyCheck: Automatic Summarization of Privacy Policies Using Data Mining," ACM Transactions on Internet Technology (TOIT), 18 (4), Article 53. May 2018.
14. Nokhbeh Zaeem, R., M. Manoharan, M., Y. Yang, and K. Suzanne Barber, "Modeling and Analysis of Identity Threat Behaviors through Text Mining of Identity Theft Stories," Journal of Computers and Security Vol. 65, pp. 50-63, 2017.
15. Budalakoti, S., R. Nokhbeh Zaeem, and K.S. Barber, "Tournament Models for Authority Identification in Online Communities," International Journal of Computer and Information Technology (IJCIT) (ISSN: 2279 – 0764) 6 (2), pp. 75--83, 2017.
16. Nokhbeh Zaeem, R. and K. Suzanne Barber, "A Study of Web Privacy Policies Across Industries," Journal of Information Privacy and Security 13(4), pp. 169--185, Nov. 2017.
17. DeAngelis, D. and K.S. Barber, "Systematic Reciprocal Rewards: Motivating Expert Participation in Online Communities with a Novel Class of Incentives," *International Journal of Agent Technologies and Systems (IJATS)*, Vol. 6(2), pp. 30-50, 2014.

18. Golden, R. and K.S. Barber, "Supporting Identity Risk Identification and Analysis Through Text Mining of News Stories," *International Journal of Computer and Information Technology (IJCIT)*, Vol. 3(5), pp. 850-859, 2014.

19. DeAngelis, D. and K.S. Barber, "Incentives in Online Communities," *International Journal of Computer and Information Technology (IJCIT)*, vol. 3(6), pp. 1229-1240, 2014

20. Jones, C.L.D., and K. S. Barber, "Robust Coalition Formation in a Dynamic, Contractless Environment," submitted March 2012 and under review by Journal of Autonomous Agents and Multi-Agent Systems.

21. DeAngelis, D. and K.S. Barber, "Systematic Reciprocal Rewards: Motivating Expert Participation in Online Communities with a Novel Class of Incentives," International Journal of Agent Technologies and Systems (IJATS), Vol. 6(2), pp. 30-50, 2014.

22. Golden, R. and K.S. Barber, "Supporting Identity Risk Identification and Analysis Through Text Mining of News Stories," International Journal of Computer and Information Technology (IJCIT), Vol. 3(5), pp. 850-859, 2014.

23. DeAngelis, D. and K.S. Barber, "Incentives in Online Communities," *International Journal of Computer and Information Technology (IJCIT)*, vol. 3(6), pp. 1229-1240, 2014.

24. Han, D. and K. S. Barber. "Simulating UAV Surveillance for Analyzing Impact of Commitments in Multi-Agent Systems," International Journal of Agent Technologies and Systems, Vol. 4, Issue 1, pp. 1-16, 2012.

25. Kadaba, R., S. Budalakoti, D. DeAngelis, and K. S. Barber. " Modeling Virtual Footprints," International Journal of Agent Technologies and Systems, IGI Publishers, Volume 3, Issue 2, pp. 1-17, 2011.

26. Kadaba, R., S Budalakoti, D. DeAngelis, and K. S. Barber, "Modeling Virtual Footprints: Impact on Security and Identity," ACM Transactions on Intelligent Systems and Technology, Special Issue on Trust in Multiagent Systems; 2011.

27. DeAngelis, D. and K. S. Barber. "Security Applications of Trust in Multi-Agent Systems," Journal of Computer Security, IOS Press. Vol. 19, Issue 1, pp. 57-99, 2011.

28. Jones, C.L.D., and K. S. Barber. "Combining Job and Team Selection Heuristics," LNCS: Coordination, Organizations, Institutions and Norms in Agent Systems IV: COIN 2008 International Workshops. p. 33-47, 2009.

29. Han, D., J. Park, K. Fullam, and K. S. Barber. "Application of Action Selection, Information Gathering, and Information Evaluation Technologies to UAV Target Tracking," Defense Applications of Multi-Agent Systems: International Workshop, DAMAS 2005, Utrecht, The Netherlands, July 25, 2005, Revised and Invited Papers, S. Thompson and R. Ghanea-Hercock, Eds., Springer, pp. 66-79. 2006.

30. Lam, D.N., J. Ahn, and K. S. Barber. "Software Engineering Tools for Designing and Comprehending Agent Systems," Journal Special Issue on Agent-oriented Software Development Methodologies (AOSDM) in an International Journal of Multi-Agent and Grid Systems, IOS Press, Amsterdam, The Netherlands; pp. 1-17, 2006.

31. Lam, D.N. and K. S. Barber. "Automated Interpretation of Agent Behavior," Springer-Verlag Lecture Notes in Artificial Intelligence (LNAI): Agent-Oriented Information Systems III: 7th International Bi-Conference AOIS 05 Workshop, Editors: Manuel Kolp, Paolo Bresciani, Brian Hendersen-Sellers, and Michael Winikoff, pp. 1-15, December 2006.

32. C.E. Martin and K.S. Barber. "Adaptive Decision-Making Frameworks for Dynamic Multi-Agent Organizational Change," International Journal on Multi-Agent and Autonomous Agent Systems, Vol. 13, No. 3, ISSN: 1387-2532 (print) or 1573-7454 (online), Vol. 13, No. 3, pp. 391-428, Springer Netherlands, 2006.

33. D. N. Lam, J. Ahn, and K. S. Barber. "Software Engineering Tools for Designing and Comprehending Agent Systems," International Journal of Multiagent and Grid Systems, H. Zhu and R. Unland, Eds., IOS Press, Volume 2, Number 4, pp. 473-489, 2006.

34. Fullam, K., T. Klos, G. Muller, J. Sabater, Z. Topol, K. S. Barber, J. Rosenschein, and L. Vercouter. "The Agent Reputation and Trust (ART) Testbed Architecture," Artificial Intelligence Research and Development, B. López, J. Meléndez, P. Radeva, and J. Vitrià, Eds., Vol. 131 of Frontiers in Artificial Intelligence and Applications, pp. 389-396, IOS Press, 2006.

35. Park, J., K. Fullam, D. Han, and K. S. Barber. "Agent Technology for Coordinating UAV Target Tracking," Knowledge-Based Intelligent Information and Engineering Systems, R. Khosla, R. Howlett, and L. Jain, Eds, pp. 831-837, Springer, 2005.

36. Fullam, K. and K. S. Barber. "A Temporal Policy for Trusting Information," Trusting Agents for Trusting Electronic Societies, R. Falcone, K. S. Barber, J. Sabater, and M. Singh, Eds., pp. 75-94, Springer, 2005

37. Fullam, K., J. Sabater, and K. S. Barber. "A Design Foundation for a Trust-Modeling Experimental Testbed," Trusting Agents for Trusting Electronic Societies, R. Falcone, K. S. Barber, J. Sabater, and M. Singh, Eds., pp. 95-109. Springer, 2005.

38. Park, J., Karen Fullam, David Han, K. S. Barber. “Agent Technology for Coordinating UAV Target Tracking,” Knowledge-Based Intelligent Information and Engineering Systems, Lecture Notes in Computer Science, p. 831-837, Springer-Verlag, 2005.

39. Park, J. and K.S. Barber. "Information Quality Assurance by Lazy Exploration of Information Sources Combination Space in Open Multi-Agent Systems," Journal of Universal Computer Science, Vol. 11, Issue 1, pp. 193-209, 2005.

40. Barber, K.S. and M. MacMahon. “Analyzing Application Characteristics Motivating Adaptive Organizational Capabilities within Multi-Agent Systems,” Journal of Autonomous Agents and Multi-Agent Systems, Special Issue on Application Science, Kluwer Academic Publishers, 2005.

41. Barber, K.S. and J. Park. “Agent Belief Autonomy in Open Multi-Agent Systems,” Agents and Computational Autonomy: Potential, Risks and Solutions, Lecture Notes in Computer Science, Springer-Verlag, Vol. 2969, pp. 7-16, 2004.

42. Barber, K.S. and M. MacMahon. “Quantifying the Search Space for Multi-Agent System (MAS) Decision-Making Organizations,” (**Invited**) Connection Science, Special Issue: Agent Autonomy and Groups, Vol. 14, No. 4, 2003.

43. Barber, K.S., G. Baker, T.J. Graser, and J.C. Holt. “Arcade: Early Dynamic Property Evaluation of Requirements Using Partitioned Software Architecture Models,” Requirements Engineering Journal, Special Issue on Model-based Requirements Engineering, editors: Peri Loucopoulos and Colin Potts, Springer-Verlag, London, Vol. 8, No. 4, pp. 222-235, 2003.

44. Barber, K.S., T.J. Graser, J.C. Holt. “Evaluating Dynamic Correctness Properties of Domain Reference Architectures,” (**Invited**) Journal of Systems and Software, Vol. 68, Issue 3, pp. 217-231, December 2003.

45. Barber, K. S., A. Goel, D. C. Han, J. Kim, D. N. Lam, T. H. Liu, M. MacMahon, R. McKay, C. E. Martin. “Infrastructure for Design, Deployment and Experimentation of Distributed Agent-based Systems: The Requirements, The Technologies and An Example,” Journal of Autonomous Agents and Multi-Agent Systems, Special Issue on Infrastructure and Requirements for Building Research Grade Multi-Agent Systems, editors: Thomas Wagner and Omer Rana, Kluwer Academic Publishers, Vol. 7, No. 1 and 2, pp. 49-69, July 2003.

46. Barber, K.S. and J. Holt. “Software Architecture Correctness,” (**Invited**) IEEE Software, Vol. 18, No. 6, pp. 64-65, November 2002.

47. Barber, K. S. and C. E. Martin. “Dynamic Adaptive Autonomy in Multi-Agent Systems: Representation and Justification,” (**Invited**) International Journal of Pattern Recognition and Artificial Intelligence (IJPRAI), Special Issue on Intelligent Agent Technology, World Scientific Publishing Company, Vol. 15, No. 3, pp.405-433, 2001.

48. Barber, K. S. and Cheryl E. Martin. “Flexible Problem-Solving Roles for Autonomous Agents,” (invited) Integrated Journal on Computer-aided Engineering, Agent-Based Manufacturing Special Issue, Vol. 8, pp. 1–15, 2001.

49. Barber, K. S., T. H. Liu, S. Ramaswamy. “Conflict Detection During Plan-Integration for Multi-Agent Systems,” IEEE Transactions on Systems, Man, and Cybernetics Part B: Cybernetics, Vol. 31, No. 4, pp. 616-628, 2001.

50. Barber, K. S., P. S. Grisham, S. R. Jernigan, T. J. Graser. “Requirements Evolution and Reuse Using the Systems Engineering Process Activities (SEPA),” Australian Journal of Information Systems (AJIS) Special Issue on Requirements Engineering, Vol. 7, No. 1, pp. 75–97, 2001.

51. Barber, K. S., R. McKay, A. Goel, D. Han, J. Kim, T. H. Liu, C. E. Martin. “Sensible Agents: The Distributed Architecture and Testbed,” IEEE and IEICE (The Institute of Electronics, Information and Communication Engineers) Joint Special Issue on Autonomous Decentralized Systems. Vol. E83-B, No. 5, pp. 951–960, 2000.

52. Barber, K. S. and J. Kim. “Toward Flexible and Fault Tolerant Intelligent Manufacturing: Sensible Agents in Shop-Floor Control,” (invited) Journal of Artificial Intelligence in Engineering Design and Manufacturing, Vol. 14, pp. 337–354, 2000.

53. Barber, K. S., A. Goel, C. E. Martin. “Dynamic Adaptive Autonomy in Multi-Agent Systems,” Journal of Experimental & Theoretical Artificial Intelligence, Special Issue on Autonomy Control Software, Publisher: Taylor and Francis Ltd, London, Vol. 12, No. 2, pp. 129–147, April, 2000.

54. Barber, K. S., A. Goel, D. Han, J. Kim, T. H. Liu, C. E. Martin, R. M. McKay. “Simulation Testbed for Sensible Agent-based Systems in Dynamic and Uncertain Environments,” (Invited) Transactions: Quarterly Journal of the Society for Computer Simulation International, Special Issue on Modeling and Simulation of Manufacturing Systems, Guest Editors: Michael Marefat and John Olson, Guest Editors, Vol. 16, No. 4, pp. 186–203, December, 1999.

55. Barber, K. S., T. H. Liu, A. Goel, and S. Ramaswamy. “Flexible Reasoning Using Sensible Agent-based Systems: A Case Study in Job Flow Scheduling,” Special Issue of Production Planning and Control, Vol. 10, No. 7, pp. 606–615, 1999.

56. Ramaswamy, S. and K. S. Barber. “A Design Architecture for Modeling, Analysis and Design of Manufacturing Control Software,” Journal of Intelligent Control and Systems, Vol. 2, No. 4, pp. 485–510, 1999.

57. Swaminathan, A., S. A. Shaikh, and K. S. Barber. “Design of an Experience-based Assembly Sequence Planner for Mechanical Assemblies,” Robotica: International Journal of Information, Education, and Research in Robotics and Artificial Intelligence, Special Issue on Intelligent Robotic Assembly, Vol. 16, No. 3, pp.265–283. May–June 1998.

58. Jernigan, S. R., S. Ramaswamy, and K. S. Barber. “A Distributed Search and Simulation Method for Job Flow Scheduling Simulation,” Simulation, Vol. 68, No. 6, pp. 377–401, June 1997.

59. Ramaswamy, S., K. P. Valavanis, K. S. Barber, “Petri Net Extensions for the Development of MIMO Net Models of Automated Manufacturing Systems,” Journal of Manufacturing Systems, Vol. 16, No. 3, pp. 175–191, May–June 1997.

60. Barcio, B.T., S. Ramaswamy, K. S. Barber. “An Object-Oriented Modeling and Simulation Environment for Reactive Systems Development,” Citation for Excellence Highest Quality Rating, International Journal of Flexible Manufacturing Systems, Vol. 9, No. 1, pp. 51–80, January 1997.

61. Suraj, A., S. Ramaswamy, and K. S. Barber, “Extended State Charts for the Modeling and Specification of Manufacturing Control Software Systems,” International Journal of Computer Integrated Manufacturing Systems, Special issue on Design and Implementation of Computer-Integrated Manufacturing Systems: Integration and Adaptability Issues, Vol. 10, No. 1–4, pp.160–171, 1997.

62. Barber, K. S. “A Knowledge-based System Enabling Application Perspectives for CAD/CAM Integration,” International Journal of Expert Systems: Research and Applications, Special Issue on Knowledge-based Planning, JAI Press, Vol. 9, No. 3, pp. 409–444, 1996.

63. Swaminathan, A. and K. S. Barber. “An Experience-based Assembly Sequence Planner for Mechanical Assemblies,” IEEE Transactions on Robotics and Automation, Special Issue on Assembly and Task Planning for Manufacturing, Vol. 12, No. 2, pp. 252–267, April 1996.

64. Barcio, B. T., S. Ramaswamy, R. Macfadzean, K. S. Barber, “Object-Oriented Analysis, Modeling and Simulation of a Notional Air Defense System,” Simulation, Vol. 66, No. 1, pp. 5–21, January 1996.

65. Barber, K. S., O. R. Mitchell, and K. A. Harbison-Briggs, “An Object-based System Incorporating Representations and Reasoning Mechanisms to Plan Manufacturing Applications,” Journal of Systems Engineering, Vol. 5, pp. 36–47, 1995.

## Book Chapters

1. Zaeem, R. N. and K. S. Barber, “Human and Privacy Rights” (Invited) In Realizing Complex Integrated Systems. Sheppard J.W. and Ambler A. P. (eds). CRC Press, February 2025, ISBN 1032036532.

2. Zaeem, R. N. and K. S. Barber, “Economics of Cybercrime: Identity Theft and Fraud,” (**Invited**) In Encyclopedia of Cryptography, Security and Privacy. Jajodia S., Samarati P., Yung M. (eds), Springer, Berlin, Heidelberg. https://doi.org/10.1007/978-3-642-27739-9_1613-1, 2021.

3. Zaeem, R. N. and K. S. Barber, “Economics of Privacy: Privacy, a Machine Learning Perspective,” (**Invited**) In Encyclopedia of Cryptography, Security and Privacy. Jajodia S., Samarati P., Yung M. (eds), Springer, Berlin, Heidelberg. https://doi.org/10.1007/978-3-642-27739-9_1612-1, 2020.

4. DeAngelis, D., R. Nokhbeh Zaeem, and, K. S. Barber, “Finding and Motivating Trusted Expert Participation in Online Communities,” (**Invited**) Applications of Agent Models and Architectures, IGI Global, 2018.

5. Graser, T.J. and K.S. Barber. “Systematic Derivation and Evaluation of Domain-Specific, Implementation-Independent Software Architecture," Advances in Management Information Systems (AMIS) Monograph Series volume entitled Information Systems Analysis and Design: Foundation, Methods and Practices. Series Editor: Vladimir Zwass, Publisher M.E. Sharpe, Inc., April 2009.

6. Ahn, J, D. DeAngelis, and K. S. Barber. “Teammate Selection Using Multi-dimensional Trust and Attitude Models,” Trust in Agent Societies, Springer Lecture Notes in Computer Science on 11th International Workshop, TRUST 2008, Estoril, Portugal, May 12 -13, 2008, Falcone, R.; Barber, K.S.; Sabater-Mir, J.; Singh, M.P. (Eds.) Series: Subseries: Lecture Notes in Artificial Intelligence, Vol. 5396 (ISBN: 978-3-540-92802-7), pp. 1-24, 2008.

7. Fullam, K. and K. S. Barber. “Information Valuation Policies for Explainable Trustworthiness Assessment in E-Services,” Trust in E-Services: Technologies, Practices and Challenges, R. Song, L. Korba, and G. Yee, Eds., Idea Group, Chapter VII, pp. 168-197, 2007.

8. Fullam, K., T. Klos, G. Muller, J. Sabater, K. S. Barber, and L. Vercouter. ”The Agent Reputation and Trust (ART) Testbed,” Trust Management, Lecture Notes on Computer Science, Eds: K. Stølen, W. Winsborough, F. Martinelli, and F. Massacci, Springer Berlin / Heidelberg, Volume 3986/2006, pp. 439-442, 2006.

9. Fullam, K. and K. S. Barber. “A Temporal Policy for Trusting Information,” Trusting Agents for Trusting Electronic Societies, R. Falcone, K. S. Barber, J. Sabater, and M. Singh, (Eds.), Lecture Notes in Computer Science, Springer Verlag, ISBN: 978-3-540-28012-5, Vol. 3577, pp. 75-94, 2005.
10. Fullam, K., J. Sabater, and K. S. Barber. “Toward a Testbed for Trust and Reputation Models,” Trusting Agents for Trusting Electronic Societies, R. Falcone, K. S. Barber, J. Sabater, and M. Singh, (Eds.), Lecture Notes in Computer Science, Springer Verlag, pp. 95-109, 2005.
11. Vanzin, Marcelo M. and K.S. Barber. “Decentralized Partner Finding in Multi-Agent Systems,” (**Invited**) Coordination of Large Scale Multi-agent Systems, ISBN: 978-0-387-26193-5, pp. 75-98, 2006.
12. Han, D. C. and K. S. Barber. “Desire-space Analysis and Action Selection for Multiple, Dynamic Goals,” Computational Logic in Multi-Agent Systems, Lecture Notes in Artificial Intelligence, Edited by Leite, João; Torroni, Paolo, Springer-Verlag, ISBN: 3-540-28060-X, Vol. 3487, pp. 249-264, 2005.
13. Lam, D. N. and K. S. Barber. "Debugging Agent Behavior in an Implemented Agent System,” Programming Multi-Agent Systems, Bordini, R.H.; Dastani, M.; Dix, J.; Seghrouchni, A.E.F. (Eds), Lecture Notes in Computer Science, Springer-Verlag, Vol. 3346, pp. 104-125, Spring 2005.
14. Barber, K.S. and M. MacMahon. “Application Characteristics Motivating Adaptive Organizational Capabilities within Multi-Agent Systems,” An Application Science for Multi-Agent Systems, Edited by Thomas Wagner, Kluwer Academic Publishers, pp. 175-198, 2004.
15. Barber, K. S., K. Fullam, and J. Kim. “Challenges for Trust, Fraud, and Deception Research in Multi-agent Systems,” () Trust, Reputation, and Security: Theories and Practice, Lecture Notes in Artificial Intelligence, Edited by R. Falcone, K.S. Barber, L. Korba, and M. Singh, Springer Press, pp. 8-14, 2003.
16. Barber, K. S. and J. Kim. “Soft Security: Isolating Unreliable Agents from Society,” (**Invited**) Trust, Reputation, and Security: Theories and Practice, Lecture Notes in Artificial Intelligence, Edited by R. Falcone, K. S. Barber, L. Korba, and M. Singh, Springer Press, pp. 224-234, 2003.
17. Barber, K.S. and J. Kim. “Belief Revision Process based on Trust: Agent Evaluating Reputation of Information Sources,” Trust in Cyber-societies: Integrating the Human and Artificial Perspectives, Lecture Notes in Computer Science, Edited by R. Falcone, M. Singh, and Y.H. Tan, Springer Press, Vol. 2246, pp. 73-82, 2002.
18. Barber, K.S., C. E. Martin, and R. M. McKay. “A Communication Protocol Supporting Dynamic Autonomy Agreements,” Advances in Artificial Intelligence. PRICAI 2000 Workshop Reader, Lecture Notes in Computer Science, Edited by R. Kowalczyk, S.W. Loke, N.E. Reed, and G. Williams, Springer-Verlag Heidelberg press (ISSN: 0302-9743), Vol. 2112/2001, pp. 303-320, 2001.
19. Barber, K.S. and C. E. Martin. “Autonomy as Decision-Making Control,” Intelligent Agents VII: Agent Theories, Architectures and Languages, Editors: Cristiano Castelfranchi and Yves Lesperance, Lecture Notes in Artificial Intelligence: Sub-series of Lecture Notes in Computer Science, Edited by J.G. Carbonell and J. Siekmann, Springer Press, Vol. 1986, pp. 343-345, 2001.
20. Barber, K.S., C. E. Martin, N. Reed, D. Kortenkamp, and G. Dorais. “Dimensions of Adjustable Autonomy: Panel Discussion,” Advances in Artificial Intelligence. PRICAI 2000 Workshop Reader, Lecture Notes in Artificial Intelligence, ISBN: 978-3-540-42597-7, Berlin, pp. 353-361, 2001.
21. Barber, K. S., D. C. Han, T. H. Liu. “Strategy Selection-based Meta-level Reasoning for Multi-Agent Problem Solving,” Agent Oriented Software Engineering, Editors: Paolo Ciancarini and Michael J. Wooldridge, Lecture Notes in Computer Science, Springer Press, Vol. 1957, pp. 269-284 of a 321 page book, January 2001.
22. Barber, K. S. and C.E. Martin. “The Motivation for Dynamic Decision-Making Frameworks in Multi-Agent Systems,” Agent Engineering, World Scientific Publishing, pp. 59-92, 2001.
23. Barber, K. S., T. H. Liu, D. C. Han. “Agent-Oriented Design,” Multi-Agent System Engineering: Proceedings of the 9th European Workshop on Modeling Autonomous Agents in a Multi-Agent World, MAAMAW'99 Valencia, Spain, June/July 1999, Springer Press, pp. 28–40, 1999.
24. Computer Science and Telecommunications Board, Manufacturing Studies Board, and National Research Council, Information Technology for Manufacturing: A Research Agenda, National Academic Press, pp. 92–94 and pp. 132–134, 1995.
25. Jernigan, S. R., S. Ramaswamy, and K. S. Barber. “Evaluation of On-line Schedules by Distributed Simulation,” Balanced Automation Systems: Architectures and design methods, IFIP and Chapman & Hall, pp. 195–202, 1995.
26. Barber, K. S., J. C. M. Tiernan, K. A. Harbison-Briggs, and O. R. Mitchell. “Symbolic Representation and Planning for Robot Control Systems in Manufacturing,” Artificial Intelligence: Applications in Manufacturing, American Association for Artificial Intelligence (AAAI) and MIT press, pp. 293–326, 1992.

**Refereed Conference Proceedings**

1. Niu, Haoran and K. Suzanne Barber, "Privacy Risk Predictions Based on Fundamental Understanding of Personal Data and an Evolving Threat Landscape" accepted for the Proceedings of the International Conference on Agents and Artificial Intelligence (ICAART), Porto, Portugal, February 23-25, 2021
2. Murrugarra-Llerena, Jeffri, Haoran Niu, K. Suzanne Barber, Hal Daume III, Yang Trista Cao, Paola Cascante-Bonilla, "Beyond Blanket Masking: On the Role of Granularity for Privacy Protection in Images Captured by Low Vision Users," In the Proceedings of the Conference on Language Modeling (COLM), Montreal, Canada, October 7-10, 2025.
3. Kim, B., Y. Cao, and K.S. Barber, "A Longitudinal Look at GDPR Compliance," In the Proceedings of the IEEE International Conference on Privacy, Security & Trust (PST), Fredericton, Canada, August 26-28, 2025.
4. Huang, T., W. Song, B. Kim, and K.S. Barber, "TrustLab: An Interactive Tool for Evaluating Online Trustworthiness Across Diverse Domains," In the Proceedings of the International Conference on Intelligent Systems and Applications, ISBN: 978-1-68558-236-4, Lisbon, Portugal, pp. 51-58, March 9-13, 2025.
5. Wenting Song and K. S. Barber, "TWCF: Trust Weighted Collaborative Filtering based on Quantitative Modeling of Trust," In the Proceedings of the IEEE International Conference on Trust, Security and Privacy in Computing and Communications, Sanya, China, pages: 986 – 993, December 17-21, 2024.
6. Huang, T.C. and K.S. Barber, "Using Historical Social Media Retrieved Trust Attributes to Help Distinguishing Trustworthy Users," In the Proceedings of the International Conference on Intelligent Systems and Applications, Barcelona, Spain, March 13, 2023.
7. Kai Chih Chang and K. Suzanne Barber, "An Identity Score Model in Self-Sovereign Identities," In the Proceedings of the 43rd IEEE Symposium on Security and Privacy, San Francisco, CA, May 23-26, 2022.
8. Huang, T.C. Razieh Nokhbeh Zaeem and K. Suzanne Barber. "Social Media Trustworthy User Identification Across Politics and Finance Domains," In the Proceedings of 12th International Conference on Social Media & Society, online, July 18-20, 2022.
9. Zaeem, R. N., and K. S. Barber, "What Makes a Privacy Policy Need Automatic Summarization? Investigation of Readability, Length, and Category in Usage Patterns of Privacy Enhancing Technologies", In the Proceedings of the 22nd Privacy Enhancing Technologies Symposium. Sydney, Australia, July 18–23, 2022.
10. Zaeem, R. N., A. Ahbab, J. Bestor, H.H. Djadi, S. Kharel, V. Lai, N. Wang, and K.S. Barber, "PrivacyCheck v3: Empowering Users with Higher-Level Understanding of Privacy Policies," In the Proceedings of the 15th ACM International Conference on Web Search and Data Mining (WSDM) 2021, pp. 1593–1596, https://doi.org/10.1145/3488560.3502184, February 21-25, 2022.
11. Huang, T.C. Razieh Nokhbeh Zaeem, and K. Suzanne Barber. "Finding Trustworthy Users: Twitter Sentiment Toward US Presidential Candidates in 2016 and 2020," In the Proceedings of SAI Intelligent Systems Conference, online, pp. 804-821, September 2-3, 2021.
12. Song, Wenting, Razieh Nokhbeh Zaeem, David Liau, Kai Chih Chang, Michael R. Lamison, Manah M. Khalil, and K. Suzanne Barber. "Self-Sovereign Identity and User Control for Privacy-Preserving Contact Tracing." In the Proceedings of IEEE/WIC/ACM International Conference on Web Intelligence and Intelligent Agent Technology, pp. 438-445. 2021.
13. Nokhbeh Zaeem, Razieh, Kai Chih Chang, Teng-Chieh Huang, David Liau, Wenting Song, Aditya Tyagi, Manah Khalil, Michael Lamison, Siddharth Pandey, and K. Suzanne Barber. "Blockchain-Based Self-Sovereign Identity: Survey, Requirements, Use-Cases, and Comparative Study." In the Proceedings of IEEE/WIC/ACM International Conference on Web Intelligence and Intelligent Agent Technology, pp. 128-135. 2021.
14. Song, Wenting, Razieh Nokhbeh Zaeem, David Liau, Kai Chih Chang, Michael R. Lamison, Manah M. Khalil, and K. Suzanne Barber. "Self-Sovereign Identity and User Control for Privacy-Preserving Contact Tracing." In the Proceedings of IEEE/WIC/ACM International Conference on Web Intelligence and Intelligent Agent Technology (WI-IAT 2021), Melbourne, Australia, pp. 438-445, December 14-17, 2021.
15. Nokhbeh Zaeem, Razieh, Kai Chih Chang, Teng-Chieh Huang, David Liau, Wenting Song, Aditya Tyagi, Manah Khalil, Michael Lamison, Siddharth Pandey, and K. Suzanne Barber. "Blockchain-Based Self-Sovereign Identity: Survey, Requirements, Use-Cases, and Comparative Study." In IEEE/WIC/ACM International Conference on Web Intelligence and Intelligent Agent Technology, pp. 128-135. 2021.
16. Tyagi, A., R.N. Zaeem and K.S. Barber, "Early Warning Identity Threat and Mitigation System," In the Proceedings of the 1st International Workshop on Cyber Forensics and Advanced Threat Investigations in Emerging Technologies, September 13-16, 2021. (Accepted. **Best Student Paper Award**)
17. Huang, T.C., R.N. Zaeem R.N., and K. S. Barber, "Finding Trustworthy Users: Twitter Sentiment Towards US Presidential Candidates in 2016 and 2020," In the Proceedings of the Intelligent Systems and Applications (IntelliSys 2021), Lecture

Notes in Networks and Systems, vol 295. Springer, Cham. https://doi.org/10.1007/978-3-030-82196-8_59, September 2-3, 2021.

18. Huang, T. C., R.N. Zaeem and K.S. Barber, "Finding Trustworthy Users: Twitter Sentiment Toward US Presidential Candidates in 2016 and 2020," n the Proceedings of the IEEE International Conference on Intelligent Systems (IntelliSys), Amsterdam, The Netherlands, pp. 804-821, September 2-3, 2021.
19. Zaeem, R. N., and K. S. Barber, "A Large Publicly Available Corpus of Website Privacy Policies Based on DMOZ," In the Proceedings of the ACM Conference on Data and Applications Security (CODASPY), pp. 143-148, April 26-28, 2021.
20. Zaeem, R. N., and K.S. Barber, "Comparing Privacy Policies of Government Agencies and Companies: A Study using Machine-learning-based Privacy Policy Analysis Tools," In the Proceedings of the International Conference on Agents and Artificial Intelligence (ICAART), (2) pp. 29-40, February 4-6, 2021.
21. Chang, K. C., R.N. Zaeem and K.S. Barber, "Is Your Phone You? How Privacy Policies of Mobile Apps Allow the Use of Your Personally Identifiable Information," In the Proceedings of the Second IEEE International Conference on Trust, Privacy and Security in Intelligent Systems and Applications (TPS-ISA), pp. 256-262, Atlanta, GA, October 28-31, 2020.
22. Zaeem, R. N., C. Li, and K.S. Barber, "On Sentiment of Online Fake News," In the Proceedings of the IEEE/ACM International Conference on Advances in Social Networks Analysis and Mining (ASONAM), pp. 760-767, December 7-10, 2020.
23. Chang, K. C., R.N. Zaeem, and K.S. Barber, "A Framework for Estimating Privacy Risk Scores of Mobile Apps," In the Proceedings of the 23rd International Conference on Information Security, Springer, pp. 217-233, December 16-20, 2020.
24. Liau, D., R.N. Zaeem, and K.S. Barber, "Survival Game Analysis to Personal Identity Protection Strategies," In the Proceedings of the 2nd IEEE International Conference on Trust, Privacy and Security in Intelligent Systems and Applications (TPS-ISA), pp. 209-217, December 1-3 2020.
25. Zaeem, R. N., S. Anya, A. Issa, J. Nimergood, I. Rogers, and K.S. Barber, "PrivacyCheck's Machine Learning to Digest Privacy Policies: Competitor Analysis and Usage Patterns," In the Proceedings of the 19th IEEE/WIC/ACM International Conference on Web Intelligence and Intelligent Agent Technology (WI-IAT 2020), pp. 291-298, December 14-17, 2020.
26. Zaeem, R.N., S. Anya, A. Issa, J. Nimergood, I. Rogers, V. Shah, A. Srivastava, and K.S. Barber, "PrivacyCheck v2: A Tool that Recaps Privacy Policies for You", In the Proceedings of the 29th ACM International Conference on Information and Knowledge Management (CIKM2020), pp. 3441-3444, October 19-23, 2020.
27. Zaeem, R. N., and K. S. Barber, "How Much Identity Management with Blockchain Would Have Saved Us? A Longitudinal Study of Identity Theft," In the Proceedings of the 3rd Workshop on Blockchain and Smart Contract Technologies (BSCT 2020), Colorado Springs, USA, p.158-168, June 8-10, 2020.
28. Liau, D., R.N. Zaeem, and K.S. Barber, "An Evaluation Framework for Future Privacy Protection Systems: A Dynamic Identity Ecosystem Approach," In the Proceedings of the International Conference on Agents and Artificial Intelligence, Valletta, Malta, pp. 136-143, February 22-24, 2020.
29. Chen, C., R. N. Zaeem, and K.S. Barber, "Statistical Analysis of Identity Risk of Exposure and Cost Using the Ecosystem of Identity Attributes," In the Proceedings of the European Intelligence and Security Informatics Conference (EISIC), Oulu, Finland, pp. 32-39, November 26-27, 2019.
30. Rana, R., R.N. Zaeem, and K.S. Barber, "US-Centric vs. International Personally Identifiable Information: A Comparison Using the UT CID Identity Ecosystem," In the Proceedings of the 2019 IEEE International Carnahan Conference on Security Technology (ICCST), Montreal, Quebec, Canada, pp. 1-5. October 22-25, 2019.
31. Rana, R., R.N. Zaeem, and K.S. Barber, "An Assessment of Blockchain Identity Solutions: Minimizing Risk and Liability of Authentication," In the Proceedings of the IEEE/WIC/ACM International Conference on Web Intelligence (WI 2019). Thessaloniki, Greece, pp. 26-33, October 14-17, 2019.
32. Liau, D., R.N. Zaeem, and K.S. Barber, "An Evaluation Framework for Future Privacy Protection Systems: A Dynamic Identity Ecosystem Approach," In the Proceedings of the IEEE International Conference on Privacy, Security and Trust, Fredericton, NB, Canada, pp. 339-341, August 26-28, 2019.
33. Liau, D., R.N. Zaeem, and K.S. Barber, "An Evaluation Framework for Future Privacy Protection Systems: A Dynamic Identity Ecosystem Approach," In the Proceedings of the IEEE International Conference on Privacy, Security and Trust, Fredericton, NB, Canada, pp. 339-341, August 26-28, 2019Zaeem, R. N., D. Liau, and K.S. Barber, "Predicting Disease Outbreaks Using Social Media: Finding Trustworthy Users," In Proceedings of the IEEE Future Technologies Conference, pp. 369-384, Springer, November 15-16, 2018
34. Chang, K. C., R.N. Zaeem, and K.S. Barber, "Enhancing and Evaluating Identity Privacy and Authentication Strength by Utilizing the Identity Ecosystem," In the Proceedings of the ACM Proceedings of the 2018 Workshop on Privacy in the Electronic Society (WPES),Toronto, ON, Canada, pp. 114-120, October 15, 2018.

35. Chang, K.C., R. Nokhbeh Zaeem, and, K. S. Barber, “Internet of Things: Securing the Identity by Analyzing Ecosystem Models of Devices and Organizations,” In the Proceedings of the AAAI Spring Symposia, Palo Alto, CA, USA, March 26-28, 2018.
36. Lin, G., R. Nokhbeh Zaeem, H. Sun, and K. Suzanne Barber, “Trust filter for Disease Surveillance: Identity, In the Proceedings of the IEEE International Conference on Intelligent Systems (IntelliSys), London, UK, pp.1059--1066, September 7-8, 2017.
37. Lacey, David, James Zaiss, and K. Suzanne Barber, “Understanding Victim-enabled Identity Theft: Perpetrator and Victim Perspectives,” In the Proceedings of the IEEE International Privacy, Security and Trust Conference, Auckland, New Zealand, pp. 196 – 202, December 12-14, 2016.
38. Zaeem, R. Nokhbeh, S. Budalakoti, M. Rasheed, C. Bajaj, K. Suzanne Barber, “Predicting and Explaining Identity Risk, Exposure and Cost Using Ecosystem of Identity Attributes,” In the Proceedings of the IEEE International Carnahan Conference on Security Technology (ICCST), Orlando, Florida, pp. 176—183, October 24-27, 2016.
39. Zaeem, R. Nokhbeh, M. Manoharan, and K.S. Barber, “Risk Kit App: Highlighting Vulnerable Identity Assets for Specific Age Groups,” In the Proceedings of the European Intelligence and Security Informatics Conference (EISIC), Uppsala, Sweden, pp. 32-38, August 15-19, 2016.
40. Hallenbeck, P. and K. Suzanne Barber, “Modeling and Enforcing Realism Requirements for Simulations,” ITEC 2017, Rotterdam, Netherlands, May 16-18, 2017.
41. Barber, K.S., “Identity Workforce Education,” In the Proceedings of the Global Identity Summit, Tampa, FL, September 19-22, 2016.
42. Barber, K.S., “Identity as an Asset,” In the Proceedings of the Global Identity Summit, Tampa, FL, September 19-22, 2016.
43. K. Suzanne Barber, “The Identity of the Insider Threat,” In the Proceedings of the Defense Innovation Summit, Austin Texas, November 29 - December 1, 2016.
44. Zaeem, R. Nokhbeh and K. Suzanne Barber, “Trust Filtering to find the Best Sources in Social Media,” In the Proceedings of the Defense Innovation Summit, Austin Texas, November 29 - December 1, 2016.
45. Zaiss, James and K. Suzanne Barber, “Identity Threat Assessment and Prediction,” In the Proceedings of the Defense Innovation Summit, Austin Texas, November 29 - December 1, 2016.
46. Lacey, David, James Zaiss, and K. Suzanne Barber, “Understanding Victim-enabled Identity Theft: Perpetrator and Victim Perspectives,” In the Proceedings of the IEEE International Privacy, Security and Trust Conference, Auckland, New Zealand, December 12-14, 2016.
47. Zaeem, R. Nokhbeh and K.S. Barber, “Risk Kit App: Highlighting Vulnerable Identity Assets for Specific Age Groups”, In the Proceedings of the European Intelligence and Security Informatics Conference EISIC 2016, Uppsala, Sweden, August 15-19, 2016.
48. Barber, K.S., “Learning from the Criminal: Processes and Patterns of Identity Crimes,” In the Proceedings of the Global Identity Summit, Tampa, FL, September 21-24, 2015.
49. Barber, K.S., “The Emerging Identity Workforce,” In the Proceedings of the Global Identity Summit, Tampa, FL, September 21-24, 2015.
50. Soeder, B., and K.S. Barber, “A Model for Calculating User-Identity Trustworthiness in Online Transactions,” In the Proceedings of the International Conference on Privacy, Security, and Trust, Izmir, Turkey, pp. 177-185, July 21-23, 2015.
51. Yang, Y., M. Manoharan, and K.S. Barber, “Modelling and Analysis of Identity Threat Behaviors Through Text Mining of Identity Theft Stories,” In the Proceedings of the IEEE Joint Intelligence and Security Informatics Conference (JISI), the Hague, the Netherlands, pp. 184-191, September 24-26, 2014.
52. Soeder, B. and K.S. Barber, “Trustworthiness of Identity Attributes,” In Proceedings of the ACM 7th International Conference on Security of Information and Networks, Glasgow, Scotland, UK, Sept. 9-11, 2014, pp. 4-9.
53. Hallenbeck, P. and K.S. Barber, “Near Real Time Certainty in Requirements Engineering,” In the Proceedings of the IEEE Software Technology Conference, Long Beach, CA, April 1-3, 2014.
54. Soeder, B. and K.S. Barber, “Towards a Metric for Identity Confidence using an Agent Approach,” In the Proceedings of the International Conference on Agents and Artificial Intelligence (ICAART), March 6-8, 2014, ESEO, Angers, Loire Valley, France.
55. Budalakoti, S. and K. S. Barber. “Tournament-based Reputation Models for Aggregating Relative Preferences,” In the Proceedings of the ASE/IEEE International Conference on Social Computing (SocialCom 2013), September 8-14, 2013, Washington, DC.

56. Budalakoti, S. and K. S. Barber. “Reputation Models for Aggregating Relative Preferences,” In the Proceedings of The Eleventh International Conference on Autonomous Agents and Multiagent Systems (AAMAS-2013), May 7, 2013, Minneapolis, MN.
57. Budalakoti, S. and K. S. Barber. “Reputation Estimation based on Online Social Network Structure: A Relational Capital Model,” In the Proceedings of The Workshop on Trust in Agent Societies at The Eleventh International Conference on Autonomous Agents and Multiagent Systems (AAMAS-2012), June 5, 2012, Valencia Spain.
58. Budalakoti, S. and K. S. Barber. “The Potential of Online Social Network Data in Identity Management,” In the Proceedings of ID360, April 23-24, 2012, Austin, TX.
59. Budalakoti, S., D. DeAngelis, and K. S. Barber. “Unbiased Trust Estimation in Content-Oriented Social Networks,” In the Proceedings of The Workshop on Trust in Agent Societies at The Tenth International Conference on Autonomous Agents and Multiagent Systems (AAMAS-2011), pp. 13-24, May 2, 2011, Taipei, Taiwan.
60. Budalakoti, S. and K. S. Barber. “Authority vs Affinity: Modeling User Intent in Expert Finding,” In Proceedings of the International Symposium on Social Intelligence and Networking (SIN-10) at The 2010 IEEE Conference on Social Computing (SocialCom-10), August 20-22 2010, Minneapolis, MN.
61. Kadaba, R., S Budalakoti, D. DeAngelis, and K. S. Barber. “Modeling Virtual Footprints,” In the Proceedings of The Workshop on Trust in Agent Societies at The Ninth International Conference on Autonomous Agents and Multiagent Systems (AAMAS-2010), May 10-14, 2010, Toronto, Canada.
62. Budalakoti, S., D DeAngelis, and K. S. Barber. “Expertise Modeling and Recommendation in Online Question and Answer Forums,” In the Proceedings of the International Symposium on Social Intelligence and Networking (SIN-09) at The 2009 IEEE Conference on Social Computing (SocialCom-09), August 29-31, 2009, Vancouver, Canada.
63. Budalakoti, S., D. DeAngelis, and K. S. Barber. “Expertise Modeling and Recommendation in Online Question and Answer Forums,” In the Proceedings of the 12th IEEE International Conference on Computer Science and Engineering (CSE-09), Vol. 4, pp. 481 – 488, August 29-31, 2009, Vancouver, Canada.
64. Jones, C.E., and K.S Barber. “Dross into Diamonds: Efficient Use of Untrustworthy Agents in a Large Scale Environment,” In Proceedings of the Third International Workshop on Massively Multi-Agent Systems: Models, Methods and Tools (MMAS’09), May 12, 2009, Budapest, Hungary.
65. Ahn, J., X. Sui, D. DeAngelis, and K. S. Barber. “Identifying Beneficial Teammates using Multi-Dimensional Trust,” In Proceedings of Seventh International Joint Conference on Autonomous Agents and Multi-Agent System, pp. 1469-1472, May 12-16, 2008, Estoril, Portugal.
66. Jones, C.L.D., and K. S. Barber. “Combining Job and Team Heuristics,” Workshop on Coordination, Organization, Institutions, and Norms; In Proceedings of the Seventh International Joint Conference on Autonomous Agents and Multi-Agent System, May 12, 2008, Estoril, Portugal.
67. Budalakoti, S., D. DeAngelis, and K.S. Barber. “Expertise Modeling and Recommendation in Online Question and Answer Forums,” In Proceedings of the 2009 IEEE International Conference on Social Computing, Symposium on Social Intelligence and Networking (SIN-09), pp.481-488, August 29-31, 2009, Vancouver, Canada.
68. Fullam, K. and K.S. Barber. "Dynamically Learning Sources of Trust Information: Experience vs. Reputation," In Proceedings of The Sixth International Joint Conference on Autonomous Agents and Multiagent Systems (AAMAS-2007), ISBN:978-81-904262-7-5, Article 164, May 14-18, 2007, Honolulu, HI.
69. DeAngelis, D. and K. S. Barber. "Applying Trust to a Secure Message Passing Domain," In Proceedings of The Workshop on Trust in Agent Societies at The Sixth International Joint Conference on Autonomous Agents and Multiagent Systems (AAMAS-2007), pp. 39-43, May 14-18, 2007, Honolulu, HI.
70. Budalakoti, S., Daiqian Zhan, K. S. Barber. "Reputation-based Security for Agent Communities in a Rapidly Evolving Environment,” In Proceedings of Workshop on Trust in Agent Societies at The Seventh International Joint Conference on Autonomous Agents and Multi-agent Systems, May 14-18, 2007, Honolulu, Hawaii.
71. Barber, K.S., J. Ahn, S. Budalakoti, D. DeAngelis, K. K. Fullam, C. L.D. Jones, and X. Sui. “Agent Trust Evaluation and Team Formation in Heterogeneous Organizations,” In Proceedings of The Sixth International Joint Conference on Autonomous Agents and Multiagent Systems (AAMAS-2007) Demonstration Track, May 14-18, 2007, Honolulu, HI.
72. Barber, K.S. and C.L.D. Jones. "Bottom-up Team Formation in a Dynamic Environment,” In Proceedings of the CCMMS 2007 Workshop at The Seventh International Joint Conference on Autonomous Agents and Multi-agent Systems, May 14-18, 2007, Honolulu, HI.
73. Ahn, J., D. DeAngelis, and K. S. Barber. "Attitude Driven Team Formation using Multi-Dimensional Trust," In Proceedings of the 2007 IEEE WIC ACM International Conference on Intelligent Agent Technology, November 2-5, 2007, San Jose, CA.

74. Ahn, J., C. L. D. Jones, and K. S. Barber. "Identifying Optimal Jobs to Work On: The Role of Attitude in Job Selection," In Proceedings of the 2007 IEEE / WIC / ACM International Conference on Intelligent Agent Technology, Nov 2-5, 2007, Silicon Valley, CA.

75. Jones, C.L.D. and K. S. Barber. "Exploiting Untrustworthy Agents in Team Formation," In Proceedings of the 2007 IEEE / WIC / ACM International Conference on Intelligent Agent Technology, Nov 2-5, 2007, Silicon Valley, CA.

76. Bosse, T., D. N. Lam, and K. S. Barber. "Automated Analysis and Verification of Agent Behavior," In Proceedings of the 5th International Conference on Autonomous Agents and Multiagent Systems, pp. 1317-1319, May 8-12, 2006, Hakodate, Japan.

77. Gujral, N., D. DeAngelis, K. K. Fullam and K. S. Barber. "Modeling Multi-Dimensional Trust," In Proceedings of the Workshop on Trust in Agent Societies at The 5th International Conference on Autonomous Agents and Multiagent Systems, pp. 35-41, May 8-12, 2006, Hakodate, Japan.

78. Bosse, T., D. N. Lam, and K. S. Barber. "Empirical Analysis for Agent System Comprehension and Verification," In Proceedings of the 2006 IEEE/WIC/ACM International Conference on Intelligent Agent Technology (IAT 2006), December 2006, Hong Kong.

79. Park, J. and K.S. Barber. "Collaboration among Competitve Agents in Information Sharing Networks," In Proceedings of the 2nd International Workshop on Coordination and Organisation (CoOrg 2006), in conjunction with Distributed Computing Techniques (DisCoTec06), June 13, 2006, Bologna, Italy.

80. Fullam, K., T. Klos, G. Muller, J. Sabater, K. S. Barber, and L. Vercouter. "The Agent Reputation and Trust (ART) Testbed," In Proceedings of The BeNeLux? Conference on Artificial Intelligence (BNAIC 2006), pp. 449-450, October 5-6, 2006, Namur, Belgium.

81. Fullam, K. and K.S. Barber. "Learning Trust Strategies in Reputation Exchange Networks," In Proceedings of The Fifth International Joint Conference on Autonomous Agents and Multiagent Systems (AAMAS-2006), pp. 1241-1248, May 8-12, 2006, Hakodate, Japan.

82. Han, D., J. Park, K. Fullam, and K. S. Barber. "Application of Action Selection, Information Gathering, and Information Evaluation Technologies to UAV Target Tracking," In Proceedings of the Defence Applications of Multi-Agent Systems: International Workshop, DAMAS 2005, Invited Papers, S. Thompson and R. Ghanea-Hercock, Eds., Springer, pp. 66-79, July 25, 2005, Utrecht, The Netherlands.

83. Lam, D. N. and K. S. Barber. "Automated Interpretation of Agent Behavior," In Proceedings of the Workshop for Agent-Oriented Information Systems (AOIS-2005) at International Joint Conference on Autonomous Agents and Multi-Agent Systems, pp. 74-81, July 26, 2005, Utrecht, Netherlands.

84. Park, J., J. Ahn, D. DeAngelis, K. K. Fullam, N. Gujral, D. C. Han, D. N. Lam, and K. S. Barber. "Design, Runtime, and Analysis of Multi-Agent Systems," In Proceedings of the 4th International Joint Conference on Autonomous Agents and Multi-Agent Systems (AAMAS-2005), pp. 157-158, July 26, 2005, Utrecht, Netherlands.

85. Fullam, K., T. Klos, G. Muller, J. Sabater, A. Schlosser, Z. Topol, K. S. Barber, J. Rosenschein, L. Vercouter, and M. Voss. "A Specification of the Agent Reputation and Trust (ART) Testbed: Experimentation and Competition for Trust in Agent Societies," In Proceedings of The Fourth International Joint Conference on Autonomous Agents and Multiagent Systems (AAMAS-2005), pp. 512-518, July 25-29,2005, Utrecht, Netherlands.

86. Fullam, K., T. Klos, G. Muller, J. Sabater, Z. Topol, K. S. Barber, J. Rosenschein, and L. Vercouter. "Le banc d'essais ART (Agent Reputation and Trust) pour les modèles de confiance," In Proceedings of the Actes des Journées Francophones sur les Systèmes Multi-Agents, A. Drogoul and É. Ramat, Eds., pp. 175-179, Hermès: Calais, France.

87. Barber, K.S., J. Ahn, D. DeAngelis, K. Fullam, N. Gujral, D. Han, D. Lam, and J. Park. "Design, Runtime, and Analysis of Multi-Agent Systems," In Proceedings of The Fourth International Joint Conference on Autonomous Agents and Multiagent Systems (AAMAS-2005) Industry Track, pp. 157-158, July 25-29, 2005, Utrecht, Netherlands.

88. Fullam, K., J. Park, and K. S. Barber. "Trust-driven Information Acquisition for Secure and Quality Decision-Making," In Proceedings of The International Conference on Integration of Knowledge Intensive Multi-Agent Systems (KIMAS-2005), pp. 303-310, April 18-21, 2005, Waltham, MA.

89. Fullam, K., T. Klos, G. Muller, J. Sabater, Z. Topol, K. S. Barber, J. Rosenschein, and L. Vercouter. "The Agent Reputation and Trust (ART) Testbed Architecture," In Proceedings of the Workshop on Trust in Agent Societies at The Fourth International Joint Conference on Autonomous Agents and Multiagent Systems (AAMAS-2005), pp. 50-62, July 25-29, 2005, Utrecht, The Netherlands.

90. DeAngelis, D., K. Fullam, and K. S. Barber. "Effects of Communication Disruption in Mobile Agent Trust Assessments for Distributed Security," In the Proceedings of the Workshop on Trust in Agent Societies at The Fourth International Joint

Conference on Autonomous Agents and Multiagent Systems (AAMAS-2005), pp. 27-37, July 25-29, 2005, Utrecht, The Netherlands.

91. Park, J. and K. S. Barber. “Fault-Tolerant Information Sharing Networks,” In Proceedings of the 2nd International Workshop on Safety and Security in Multi-Agent Systems (SASEMAS 2005), 4th International Joint Conference on Autonomous Agents and Multi-Agent Systems (AAMAS 2005), pp. 76-88, July 25-29, 2005, Utrecht, The Netherlands.

92. Han, D., J. Park, K. Fullam, and K. S. Barber. “Application of Action Selection, Information Gathering, and Information Evaluation Technologies to UAV Target Tracking,” In Proceedings of the Workshop on Defense Applications of Multi-Agent Systems (DAMAS 05), 4th International Joint Conference on Autonomous Agents and Multi-Agent Systems (AAMAS 2005), pp. 43-54, July 25-29, 2005, Utrecht, The Netherlands.

93. Fullam, K., T. Klos, G. Muller, J. Sabater, Z. Topol, K. S. Barber, J. Rosenschein, and L. Vercouter. “A Demonstration of The Agent Reputation and Trust (ART) Testbed: Experimentation and Competition for Trust in Agent Societies,” In the Proceedings of The Fourth International Joint Conference on Autonomous Agents and Multiagent Systems (AAMAS-2005) Industry Track, pp. 151-152, July 25-29, 2005, Utrecht, The Netherlands.

94. Barber, K.S., J. Ahn, D. DeAngelis, K. Fullam, N. Gujral, D. C. Han, D. N. Lam, J. Park. “Design, Runtime, and Analysis of Multi-Agent Systems,” In Proceedings of the 4th International Joint Conference on Autonomous Agents and Multi-Agent Systems (AAMAS 2005), pp. 157-158, July 25-29, 2005, Utrecht, The Netherlands.

95. Gujral, N., J. Ahn, and K.S. Barber. “Architectural Model for Designing Agent-based System,” In Proceedings of the 17th International Conference on Software Engineering and Knowledge Engineering, pp. 753-760, July 14-15, 2005, Taipei, Taiwan, Republic of China.

96. Fullam, K., T. Klos, G. Muller, J. Sabater, A. Schlosser, Z. Topol, K. S. Barber, J. Rosenschein, L. Vercouter, and M. Voss. “A Competition Testbed for Trust in Agent Societies,” In Proceedings of the International Joint Conference on Autonomous Agents and Multiagent Systems (AAMAS-2005), pp. 512-518, July 25-29, 2005, Utrecht, Netherlands.

97. Lam, D. N. and K.S. Barber. "Comprehending Agent Software,” In Proceedings of The International Joint Conference on Autonomous Agents and Multiagent Systems (AAMAS 2005), pp. 586-593, July 25-29, 2005, Utrecht, Netherlands.

98. Lam, D. N. and K. S. Barber. "Automated Interpretation of Agent Behavior,” In Proceedings of the Workshop for Agent-Oriented Information Systems (AOIS-2005) at The International Joint Conference on Autonomous Agents and Multiagent Systems (AAMAS 2005), pp. 74-81, July 26, 2005, Utrecht, Netherlands.

99. Han, D. C. and K. S. Barber. “Determining Task Valuations for Task Allocation,” In Proceedings of the International Conference on Automated Planning & Scheduling, Workshop on Multi-agent Planning & Scheduling, AAAI Press, pp. 73-79, June 5-10, 2005, Monterey, CA.

100. Han, D. C. and K. S. Barber. “Responding to Uncertainty in UAV Surveillance through Desire Analysis,” In Proceedings of the International Conference on Automated Planning & Scheduling, Workshop on Planning under Uncertainty for Autonomous Systems, AAAI Press, pp. 49-56, June 5-10, 2005, Monterey, CA.

101. Fullam, K., J. Park, and K. S. Barber. “Trust-driven Information Acquisition for Secure and Quality Decision-Making,” Proceedings of The International Conference on Integration of Knowledge Intensive Multi-Agent Systems (KIMAS-2005), pp. 303-310, April 18-21, 2005, Waltham, MA.

102. Ahn, J., T. Graser, D. Lam, and K.S. Barber. "System Engineering Processes Activities for Agent System Design: Component-based Development for Rapid Prototyping,” In Proceedings of International Conference on Enterprise Information Systems, pp. 196-202, May 24-28, 2005, Miami, FL.

103. Fullam, K. and K. S. Barber. “Evaluating Approaches for Trust and Reputation Research: Exploring a Competition Testbed,” In Proceedings of the Workshop on Reputation in Agent Societies, Intelligent Agent Technology (IAT-2004), pp. 1-6, September 20-23, 2004, Beijing, China.

104. Han, D.C. and K. S. Barber. “Desire-space Analysis and Action Selection for Multiple, Dynamic Goals,” In Proceedings of CLIMA V, Fifth Workshop on Computational Logic in Multi-agent Systems, pp 182-195, September 29-30, 2004, Lisbon, Portugal.

105. Fullam, K. and K. S. Barber. “A Temporal Policy for Trusting Information,” In Proceedings of the Workshop on Trust in Agent Societies, The Third International Joint Conference on Autonomous Agents and Multi-Agent Systems (AAMAS2004), pp. 47-57, July 19-23, 2004, New York City, NY.

106. Barber, K.S., N. Gujral, D. N. Lam, J. Ahn, and T. J. Graser. “Agent Technology Portfolio Manager,” In Proceedings of the 16th International Conference on Software Engineering and Knowledge Engineering, pp. 37-44, June 20-24, 2004, Banff, Canada.

107. Fullam, K. and K. S. Barber. "Using Policies for Information Valuation to Justify Beliefs," In Proceedings of The Third International Joint Conference on Autonomous Agents and Multi Agent Systems, pp. 404-411, July 19-23, 2004, New York City, NY.

108. Lam, D.N. and K. S. Barber. "Verifying and Explaining Agent Behavior in an Implemented Agent System," In Proceedings of The Third International Joint Conference on Autonomous Agents and Multi Agent Systems, pp. 2336 – 7, July 19-23, 2004, New York City, NY.

109. Lam, D. N. and K. S. Barber. "Debugging Agent Behavior in an Implemented Agent System," In Proceedings of The Third International Joint Conference on Autonomous Agents and Multi Agent Systems, Workshop on Programming Multi-Agent Systems Languages and Tools, pp. 45-56, July 20, 2004, New York City, NY.

110. Vanzin, M. and K. S. Barber. "Decentralized Partner Finding in Multi-Agent Systems," In Proceedings of The Third International Joint Conference on Autonomous Agents and Multi Agent Systems, Workshop on Challenges in the Coordination of Large Scale Multi-Agent Systems, July 20, 2004, New York City, NY.

111. Park, J. and K. S. Barber. "Finding Information Sources by Model Sharing in Open Multi-Agent Systems," In Proceedings of the Workshop on Agents for Ubiquitous Computing (UbiAgents), The Third International Joint Conference on Autonomous Agents and Multi Agent Systems, pp. 21-28, July 20, 2004, New York City, NY.

112. Barber, K.S., J. Park, R. McKay, J. Ahn, K. Fullam, D. N. Lam, M. M. Vanzin, T. J. Graser, D. C. Han, and N. Gujral. "Multi-agent System Development: Design, Runtime, and Analysis," In Proceedings of the 19th National Conference on AI (AAAI-2004) Intelligent Systems Demonstration. pp. 1006-1007, July 25-29, 2004, San Jose, CA.

113. Barber, K.S. and J. Park. "Robust Partner Selection Scheme for Information Quality Assurance despite Uncertainty in Open Multi-Agent Systems," In Proceedings of the IEEE International Conference on Information Technology (ITCC04), Vol. 1, pp.430-434, April 5-7, 2004, Las Vegas, NV.

114. Barber, K. S. and J. Park. "Finding Partners to Form Information Sharing Networks in Open Multi-Agent Systems," In Proceedings of Florida Artificial Intelligence Research Society (FLAIRS 2004), pp. 412-417, May 14-20, 2004, Miami, FL

115. Kasputis, S., I. Oswalt, R. McKay, and K. S. Barber. "Semantic Descriptors of Models and Simulations," In Proceedings of the Simulation Interoperability Workshop, April 18-23, 2004, http://www.sisostds.org/, Arlington, VA.

116. Barber, K. S., K. Fullam, T.J. Graser, D.C. Han, J. Kim, D.N. Lam, R.M. McKay, J. Park, and M. Vanzin. "Distributed Biosurveillance Systems using Sensible Agent Technology to Improve Coordination and Communication among Decision-makers," In Proceedings of the 2003 Joint Scientific Conference on CB Defense, p. 40, November 17-20, 2003, Baltimore, MD.

117. Barber, K. S., D. Faith, K. Fullam, T. Graser, D. C. Han, J. Jeong, J. Kim, D. Lam, R. McKay, M. Pal, J. Park, and M. Vanzin. "Sensible Agent Technology Improving Coordination and Communication in Biosurveillance Domains," In Proceedings of the Eighteenth International Joint Conference on Artificial Intelligence, pp. 1631-1632, August 9-15, 2003, Acapulco, Mexico.

118. Barber, K. S. and D. N. Lam. "Enabling Abductive Reasoning for Agent Software Comprehension" In Proceedings of the Agents and Automated Reasoning Workshop, Eighteenth International Joint Conference on Artificial Intelligence, pp. 7-13, August 11, 2003, Acapulco, Mexico.

119. Barber, K. S. and D. N. Lam. "Motivating Abductive Explanation for Multi-Agent System Comprehension," (**Invited**) In Proceedings of the 7th World Multi-conference on Systemics, Cybernetics and Informatics (SCI 2003), Session on Scientific and Mathematical Foundations of Agent-Based Computing, pp. 484-489, July 27-30, 2003, Orlando, FL.

120. Barber, K. S. and J. Park. "Autonomy Affected by Beliefs: Building Information Sharing Networks with Trustworthy Providers," In Proceedings of the Workshop on Autonomy, Delegation, and Control: From Inter-agent to Organizations and Institutions, The Second International Joint Conference on Autonomous Agents and Multi-Agent Systems (AAMAS 2003), pp. 11-16, July 14–18, 2003, Melbourne, Australia.

121. Barber, K. S., T.J. Graser, and M.M. Vanzin. "Challenges in Dynamic Coalition Formation Observations from the Coalition Agents eXperiments," In Proceedings of the Workshop on Representation and Approaches for Time-Critical Decentralized Resource/Role/Task Allocation Workshop, The Second International Joint Conference on Autonomous Agents and Multi-agent Systems (AAMAS 2003), pp. 7-13, July 14–18, 2003, Melbourne, Australia.

122. Barber, K. S., D. C. Han, K. Fullam, J. Jeong, J. Kim, J, Park, and M, Vanzin. "Identically Handling Interactions with Human and Software Agents," (**Invited**) In Proceedings of the Second International Joint Conference on Autonomous Agents and Multi-Agent Systems (AAMAS 2003), Workshop on Humans and Multi-Agent Systems, pp. 36-42, July 14–18, 2003, Melbourne, Australia.

123. Barber, K. S. and K. Fullam. “Applying Reputation Models to Continuous Belief Revision,” Workshop on Deception, Fraud and Trust in Agent Societies, In Proceedings of The Second International Joint Conference on Autonomous Agents and Multi-Agent Systems (AAMAS-2003), pp. 6-15, July 14–18, 2003, Melbourne, Australia.

124. Barber, K. S. and D. N. Lam. "Specifying and Analyzing Agent Architectures using the Agent Competency Framework," In Proceedings of the 15th International Conference in Software Engineering and Knowledge Engineering, pp. 232-239, July 1-3, 2003, Redwood City, CA.

125. Barber, K.S. and J. Kim. “Soft Security: Isolating Unreliable Agents from Society,” (**Invited**) In Proceedings of the 1st International Joint Conference on Autonomous Agents and Multi-Agent Systems (AAMAS 2002), 5th Workshop on Deception, Fraud and Trust in Agent Societies, pp. 8-17, July 15-19, 2002, Bologna, Italy.

126. Barber, K.S. and M. MacMahon. “Analyzing Factors Influencing Decision making Frameworks and Impacting Agent and Multi-Agent System Performance,” (**Invited**) In Proceedings of the 1st International Joint Conference on Autonomous Agents and Multi-Agent Systems (AAMAS 2002), Workshop on "Toward an Application Science: MAS Problem Spaces and Their Implications to Achieving Globally Coherent Behavior,” pp. 20-27, July 15-19, 2002, Bologna, Italy.

127. Barber, K.S. and M. MacMahon. “Quantifying the Search Space for Multi-Agent Systems (MAS) Decision Making Organizations,” In Proceedings of the18th National Conference on Artificial Intelligence (AAAI 2002), Workshop on Autonomy, Delegation, and control: From Inter-agent to Groups, pp. 1-7, July 28 – August 1, 2002, Edmonton, Alberta, Canada.

128. Barber, K.S. and M. MacMahon. “Challenges in Identifying the Best Agent Organizations,” In Proceedings of the 1st International Joint Conference on Autonomous Agents and Multi-Agent Systems (AAMAS 2002), Teamwork and Coalition Formation Workshop, pp. 45-52, July 15-19, 2002, Bologna, Italy.

129. Barber, K. S. and D. N. Lam. “Architecting Agents Using Core Competencies,” In Proceedings of the 1st International Joint Conference on Autonomous Agents and Multi-Agent Systems, pp. 90-91, July 15-19, 2002, Palazzo Re Enzo, Bologna, Italy.

130. Barber, K.S., J. Holt and G. Baker. “Early Multi-Level Software Architecture Performance Evaluations,” In Proceedings of the 15th International Conference on Software & Systems Engineering and their Applications (ICSSEA 2002), December 3 -5, 2002, Paris, France.

131. Barber, K.S., T. Graser and J. Holt. “Enabling Iterative Software Architecture Derivation Using Early Non-Functional Property Evaluation,” In Proceedings of the IEEE International Conference on Automated Software Engineering (ASE2002), September 23-27, 2002, Edinburgh, UK.

132. Barber, K.S., G. Baker and J. Holt. “Performance Evaluation of Domain Reference Architectures,” In Proceedings of the 14th International Conference in Software Engineering and Knowledge Engineering (SEKE 2002), pp. 225-232, July 15-18, 2002, Ischia, Italy.

133. Barber, K.S. and J. Holt. “Supporting Separation of Concerns During Software Architecture Performance Evaluations,” In Proceedings of the 6th World Multi-conference on Systemics, Cybernetics and Informatics (SCI2002), pp. 333-338, July 14-18, 2002, Orlando, FL.

134. Barber, K.S. and C. Martin. “Autonomy of Decision-Makers in Coalitions,” In Proceedings of the Second International Conference on Knowledge Systems for Coalition Operations (KSCO-2002), pp. 22-24, April 23-24, 2002, Toulouse, France.

135. Barber, K.S., T. Graser and J. Holt. “Evolution of Requirements and Architectures: An Empirical-based Analysis,” In Proceedings of the First International Workshop on Model-based Requirements Engineering (MBRE'01), pp. 9-16, November 30, 2001, San Diego, CA.

136. Barber, K. S., A. Goel, J. Kim, C.E. Martin, D.C. Han, D.N. Lam, M. MacMahon, and R. McKay, “Sensible Agents: Augmenting and Empowering Human Decision Makers,” In Proceedings of the Annual Conference of the European Chapter of Human Factors and Ergonomics Society, pp. 1-14, November 7-9, 2001, Torino, Italy.

137. Barber, K.S., T. Graser, and K. Henry. “Advanced Consequence Management Program: Challenges and Recent Real World Implementations,” In Proceedings of the SPIE's 16th Annual International Symposium on Aerospace/Defense Sensing, Simulation, and Controls - Track on Enabling Technologies for Law Enforcement and Security,” Proceedings on CD-ROM, April 1-5, 2002, Orlando, FL.

138. Barber, K.S., T. Graser and J. Holt. “Providing Early Feedback in the Development Cycle through Automated Application of Model Checking to Software Architectures,” In Proceedings of the IEEE International Conference on Automated Software Engineering Conference (ASE2001), pp. 341-345, November 26-29, 2001, San Diego, CA.

139. Barber, K.S., T. Graser, A. Bingham and J. Holt. “Reliability Estimation Techniques for Domain Reference Architectures,” In Proceedings of the 14th International Conference on Software & Systems Engineering and their Applications (ICSSEA 2001), Vol. 3, section 12-4, pp. 1-8, December 4-6, 2001, Paris, France.

140. Barber, K.S. and A. Lakshmanan. “Analysis of Software Architectures to Generate Test Sequences,” In Proceedings of the 14th International Conference on Software & Systems Engineering and their Applications (ICSSEA 2001), Vol. 3, section 11-5, pp.1-8, December 4-6, 2001, Paris, France.

141. Barber, K. S., I.M. Gamba, and C.E. Martin. “Analysis of Adaptive Decision-Making Frameworks: Motivation for Adjusting Autonomy through Decision-Making Control,” In Proceedings of the IJCAI-01 Workshop on Autonomy, Delegation, and Control: Interacting with Autonomous Agents, pp. 9-13, August 4-10, 2001, Seattle, WA.

142. Barber, K. S., D.N. Lam and R. McKay. “Application of Sensible Agents Supporting Electronic Commerce within the Supply Chain,” In Proceedings of the 17th International Joint Conference on Artificial Intelligence, Workshop on Artificial Intelligence and Manufacturing: New AI Paradigms for Manufacturing, pp. 9-15, August 4-10, 2001, Seattle, WA.

143. Barber, K. S., T. Graser, S. Bhattacharya, and J. Holt. “A Multi-Level Software Architecture Metamodel to Support the Capture and Evaluation of Stakeholder Concerns,” In Proceedings of the 5th World Multi-conference on Systematics, Cybernetics and Informatics (SCI2000), **Best Paper Award**, pp. 337-342, July 22–25, 2001, Orlando, FL.

144. Barber, K. S., T. Graser, and J. Holt. “Evaluating Dynamic Correctness Properties of Domain Reference Architectures Using a Combination of Simulation and Model Checking,” In Proceedings of the International Conference on Software Engineering & Knowledge Engineering (SEKE2001), **Best Paper Award**, pp. 19-28, June 12–14, 2001, Buenos Aires, Argentina.

145. Barber, K. S., I.M. Gamba, and C.E. Martin. "Analysis of Adaptive Decision-Making Frameworks," (**Invited**) In Proceedings of the Workshop on Autonomy Oriented Computation (AOC), 5th International Conference on Autonomous Agents, pp. 12-20, May 28-June 1, 2001, Montreal, Canada.

146. Barber, K. S. and J. Kim. "Belief Revision Process based on Trust: Simulation Experiments," (**Invited**) In Proceedings of the Workshop for Fraud, Deception and Trust in Agent Societies, Autonomous Agents 2001, pp. 1-12, May 28-June 1, 2001, Montreal, Canada.

147. Barber, K. S. and C.E. Martin. "Dynamic Reorganization of Decision-Making Groups," In Proceedings of the Autonomous Agents 2001, pp. 513-520, May 28-June 1, 2001, Montreal, Canada.

148. Barber, K. S., R. McKay, M. MacMahon, C.E. Martin, D.N. Lam, A. Goel, D.C. Han, and J. Kim, "Sensible Agents: An Implemented Multi-Agent System and Testbed," In Proceedings of The 5th International Conference on Autonomous Agents 2001: Implemented Systems Track, pp. 92-99, May 28-June 1, 2001, Montreal, Canada.

149. Barber, K. S., M. MacMahon, R. McKay, A. Goel, D.C. Han, J. Kim, D.N. Lam, and C.E. Martin. "An Agent Infrastructure Implementation for Leveraging and Collaboration in Operational and Experimental Environments," (**Invited**) In Proceedings of the 5th International Conference on Autonomous Agents, Workshop on Infrastructure for Agents, MAS, and Scalable MAS, pp. 41-46, May 28-June 1, 2001, Montreal, Canada.

150. Barber, K. S., T.J. Graser, and Col. John Silva, M.D. “Developing a Traceable Domain Reference Architecture to Support Clinical Trials at the National Cancer Institute – An Experience Report,” In Proceedings of the 8th Annual IEEE International Conference and Workshop on the Engineering of Computer Based Systems (ECBS 2001), pp. 144-151, April 18–19, 2001, Washington, D.C.

151. Barber, K. S. and S. Bhattacharya. “A Representational Framework for Technology Component Reuse,” In Proceedings of the 13th International Conference on Software & Systems Engineering and their Applications (ICSSEA'2000), December 5–8, 2000 Paris, France.

152. Barber, K. S. and T. Graser. “Tool Support for Systematic Class Identification in Object-Oriented Software Architectures,” In Proceedings of the 37th International Conference on Technology of Object-Oriented languages and Systems (TOOLS-37), pp. 82-93, November 20–23, 2000, Sydney, Australia.

153. Barber, K. S. and S. Bhattacharya. “Representing Technology to Promote Reuse in the Software Design Process,” In Proceedings of the 15th IEEE International Conference on Automated Software Engineering (ASE 2000), No. 11–15, pp. 285–288, September 11–15, 2000, Grenoble, France.

154. Barber, K. S., D. C. Han, and T. H. Liu. “Coordinating Distributed Decision Making Using Reusable Interaction Specifications,” In Proceedings of the 3rd Pacific Rim International Workshop on Multi-Agents (PRIMA 2000), Zhang, C. and Soo, V.W., Eds. New York: Springer, pp. 1 – 15, August 28–29, 2000, Melbourne, Australia.

155. Barber, K. S., C. E. Martin and R. McKay. “A Communication Protocol Supporting Dynamic Autonomy Agreements,” (**Invited**) In Proceedings of the Sixth Pacific Rim International Conference on Artificial Intelligence (PRICAI), Workshop on Teams with Adjustable Autonomy, pp. 1 –10, August 28–29, 2000, Melbourne, Australia.

156. Barber, K. S. "Sensible Agents Capable of Dynamic Adaptive Autonomy: An Architecture and Infrastructure to Support Reconfiguration of Problem Solving Frameworks for Electronic Commerce Applications," (**Invited**) In Proceedings of the International Conference on Advances in Infrastructure for Electronic Business, Science, and Education on the Internet," CD ROM, August 5, 2000, L'Aquila, Italy.

157. Barber, K. S., A. Goel, D. C. Han, J. Kim, D. N. Lam, T. H. Liu, C. E. Martin, and R. McKay. "Sensible Agents: Demonstration of Dynamic Adaptive Autonomy," (**Invited**) In Proceedings of the National Conference on Artificial Intelligence (AAAI), pp. 1115-1116, July 30 – August 3, 2000, Austin, TX.

158. Barber, K. S., T. Graser, P. Grisham, S. Jernigan, and S. Bhattacharya. "The Systems Engineering Process Activities (SEPA) Methodology and Tool Suite," (**Invited**) In Proceedings of the National Conference on Artificial Intelligence (AAAI), pp. 1117–1118, July 30 – August 3, 2000, Austin, TX.

159. Barber, K. S. and D. N. Lam. "Tracing Dependencies of Strategy Selections in Agent Design," In Proceedings of the 17th National Conference on Artificial Intelligence, p. 1082, July 30-August 3, 2000, Austin, TX.

160. Barber, K. S. and T. Graser. "Reference Architecture Representation Environment (RARE) – A Tool to Support Object-Oriented Software Architecture Derivation and Evaluation," In Proceedings of the 4th World Multi-conference on Systematics, Cybernetics and Informatics (SCI2000), Vol. 2, pp. 389–394, July 23–26, 2000, Orlando, FL.

161. Barber, K .S. and Joon Kim. "Constructing and Dynamically Maintaining Perspective-based Agent Models for Command and Control Applications in a Multi-Agent Environment," In Proceedings of the Sixth International Conference on Intelligent Autonomous, pp. 725–735, July 25–27, 2000, Venice, Italy.

162. Barber, K. S., T. Graser, J. Holt, and J. Silva. "Representing Domain Reference Architectures by Extending the UML Metamodel," In Proceedings of the Twelfth International Conference on Software Engineering (SEKE 2000), pp. 256–265, July 6–8, 2000, Chicago, IL.

163. Barber, K. S. and Joon Kim. "Belief Revision Process based on Trust: Agents Evaluating Reputation of Information Sources," In Proceedings of the International Conference on Autonomous Agents 2000 Workshop on Deception, Fraud, and Trust in Agent Societies, pp. 15–26, June 2–6, 2000, Barcelona, Spain.

164. Barber, K. S. and T. H. Liu. "Conflict Detection During Plan Integration based on the Extended PERT Diagram," In Proceedings of the International Conference on Autonomous Agents (Agents 2000), ACM, Inc. pp. 106–107, June 3–7, 2000, Barcelona, Catalonia, Spain.

165. Barber, K. S., D. N. Lam, C. E. Martin, and R. M. McKay. "Sensible Agent Testbed Infrastructure for Experimentation," In Proceedings of the International Conference on Autonomous Agents, Workshop on Infrastructure for Scalable Multi-agent Systems, pp. 17–22, June 2–6, 2000, Barcelona, Spain.

166. Barber, K. S. and S. R. Jernigan. "Hybrid Domain Representation Archive (HyDRA) for Requirements Model Synthesis across Viewpoints," In Proceedings of the International Conference on Software Engineering, p. 780, June 4–5, 2000, Limerick, Ireland.

167. Barber, K. S. and T. Graser. "Effective Representation and Search in Intelligent Requirements Management and Query Tools Supporting System Stakeholders," (**Invited**) In Proceedings of the International Conference on Software Engineering, Third International Workshop on Intelligent Software Engineering, pp. 70–79, June 4, 2000, Limerick, Ireland.

168. Barber, K. S., R. McKay, A. Goel, D. Han, J. Kim, T. H. Liu, C. E. Martin. "Sensible Agents Capable of Adaptive Autonomy: The Distributed Architecture and Testbed," (**Invited**) In Proceedings of the Virtual World and Simulation Conference, The Society for Computer Simulation International, pp 127–132, January 24–27, 2000, San Diego, CA.

169. Barber, K. S., A. Goel, and C. E. Martin. "The Motivation for Dynamic Adaptive Autonomy in Agent–Based Systems," In Proceedings of the First Asia-Pacific Conference on Intelligent Agent Technology (IAT '99), **Best Paper Award**, pp. 131–140, December 14–17, 1999, Hong Kong.

170. Barber, K. S., T. J. Graser, P. Grisham, S. R. Jernigan, L. Mantock, and J. Silva. "The Knowledge-based Integrated Design and Development Environment (KIDDE): Integrating a Formal KA Process and Requirements Representation with a JAD/RAD Development Approach," In Proceedings of the Twelfth Workshop on Knowledge Acquisition, Modeling, and Management (KAW '99), pp. 1–7–1 through 1–7–18, October 16–21, 1999, Banff, Alberta, Canada.

171. Barber, K. S., R. M. McKay, C. E. Martin, T. H. Liu, J. Kim, D. Han, and A. Goel. "Sensible Agents in Supply Chain Management: An Example Highlighting Procurement and Production Decisions," In Proceedings of the Internet-Aided Design, Manufacturing, and Commerce Technical Committee, 19th ASME Computers and Information in Engineering Conference, paper number CIE-9078 (Compact Disc), pp. 1-9, September 12–15, 1999, Las Vegas, NV.

172. Barber, K. S., T. J. Graser, and S. R. Jernigan. "The Systems Engineering Process Activities: Supporting Early Requirements Integration prior to Implementation Design," In Proceedings of the Software Technology and Engineering Practice (STEP99), pp. 50–59. August 30–September 2, 1999, Pittsburgh, PA.

173. Barber, K. S., A. Goel, and C. E. Martin. “The Motivation for Dynamic Adaptive Autonomy in Agent - Based Systems,” In Proceedings of the 1999 International Joint Conference on Artificial Intelligence (IJCAI), Workshop on Adjustable Autonomy Systems, pp. 1–6, July 31–August 6, 1999, Stockholm, Sweden.

174. Barber, K. S. and S. R. Jernigan. “Changes in the Model Creation Process to Ensure Traceability and Reuse,” In Proceedings of the International Conference on AI – Software Engineering Track (IC-AI99), pp. 591–597, June 28–July 1, 1999, Las Vegas, NV.

175. Barber, K. S., A. Goel, D. Han, T. H. Liu, C. E. Martin, R. McKay, and J. Kim. “Problem-Solving Frameworks for Sensible Agents in an Electronic Market,” (**Invited**) In Proceedings of the Applications of Agent-based Systems Technology Workshop at the Twelfth International Conference on Industrial & Engineering Applications of Artificial Intelligence & Expert Systems (IEA/AIE-99), pp. 470–479, May 31–Jun 3, 1999, Cairo, Egypt.

176. Barber, K. S., S. R. Jernigan, and T. J. Graser. “Integrating Third Party Artificial Intelligence Components into Mainstream Applications,” In Proceedings of the Twenty-First International Conference on Software Engineering (ICSE99) - Workshop Ensuring Successful COTS Development, pp. 1-6, May 16–22, 1999, Los Angeles, CA.

177. Barber, K. S., R. McKay, and T. H. Liu. “Group Membership Services for Dynamically Organized Sensible Agent-based Systems,” In Proceedings of the Twelfth International Florida Artificial Intelligence Research Society (FLAIRS'99), pp. 160–165, May 1–5, 1999, Orlando, FL.

178. Barber, K. S., T. H. Liu, A. Goel, and C. E. Martin. “Conflict Representation and Classification in a Domain-Independent Conflict Management Framework,” In Proceedings of the Third International Conference on Autonomous Agents, Agents’99, pp. 346–347, May 1–5, 1999, Seattle, WA.

179. Barber, K. S. and J. Kim. “Constructing and Dynamically Maintaining Perspective-based Agent Models in a Multi-agent Environment,” In Proceedings of the Third International Conference on Autonomous Agents, Agents’99, pp. 416–417, May 1–5, 1999, Seattle, WA.

180. Barber, K. S. and C. E. Martin. “Agent Autonomy: Specification, Measurement, and Dynamic Adjustment,” In Proceedings of the Autonomy Control Software Workshop, Agents '99, pp. 8–15, May 1–5, 1999, Seattle, WA.

181. Barber, K. S., T. J. Graser, S. R. Jernigan, and J. Silva, M.D. “Increasing Opportunities for Reuse through Tool and Methodology Support for Enterprise-Wide Requirements Reuse and Evolution,” In Proceedings of the First International Conference on Enterprise Information Systems (ICEIS'99), Vol. 2, pp. 383–390, March 27–30, 1999, Setúbal, Portugal.

182. Barber, K. S., and C. E. Martin. “Applying Dynamic Planning Frameworks to Agent Goals,” In Proceedings of the AAAI Spring Symposium Series 1999, Agents with Adjustable Autonomy, pp. 1–8, March 22–25, 1999, Stanford University, Stanford, CA.

183. Barber, K. S. “Dynamic Adaptive Autonomy in Agent-based Systems,” (**Invited**) In Proceedings of the Fourth International Symposium on Autonomous Decentralized Systems (ISADS 99), pp. 402–405, March 21–23, 1999, Tokyo, Japan.

184. Barber, K. S., T. J. Graser, and S. R. Jernigan “Increasing Opportunities for Reuse through Tool and Methodology Support for Enterprise-Wide Requirements Reuse and Evolution,” (**Invited**) In Proceedings of the 1999 Workshop on Institutionalizing Software Reuse (WISR 99), pp. 19–24, January 7–9, 1999, Austin, TX.

185. Barber, K. S., T. J. Graser, S. R. Jernigan, B. J. McGiverin, and J. Silva. “Application of the SEPA Methodology and Tool Suite to the National Cancer Institute,” In Proceedings of the Thirty-Second Hawaiian International Conference on System Sciences, Special Track on Information Technology in Health Care, pp. 1-15 (Compact Disc), January 5–8, 1999, Maui, HI.

186. Barber, K. S., E. White, A. Goel, D. Han, J. Kim, H. Li, T. H. Liu, C. E. Martin, and R. McKay. “ Dynamic, Self-Organizing, Multi-Agent based Shop Floor Control,” (**Invited**) In Proceedings of the Fourth Joint International Conference on Information Sciences (IJCIS), Workshop on Intelligent Control, pp. 306–312, October 23–28, 1998, Research Triangle Park, NC.

187. Barber, K. S. and D. C. Han. “Multi-Agent Planning under Dynamic Adaptive Autonomy,” In Proceedings of the IEEE International Conference on Systems, Man, and Cybernetics, Vol. 1, pp. 399–404, October 11–14, 1998, San Diego, CA.

188. Barber, K. S. and R. M. McKay. “Allocating Goals and Planning Responsibility in Dynamic Sensible Agent Organizations,” In Proceedings of the IEEE International Conference on Systems, Man, and Cybernetics, Vol. 1, pp. 405–410, October 11–14, 1998, San Diego, CA.

189. Barber, K. S., T. H. Liu, A. Goel, and S. Ramaswamy. “A Flexible Reasoning Mechanism for the Trade-off of System Versus Local Goals in Sensible Agents,” In Proceedings of the International Conference on Agile, Intelligent and Computer–Integrated Manufacturing. CD ROM, October 7–9, 1998, Troy, NY.

190. Barber, K. S., E. R. White, A. Goel, D. Han, J. Kim, T.H. Liu, C. E. Martin, and R. McKay. “Sensible Agent Problem Solving Simulation for Manufacturing Environments,” (**Invited**) In Proceedings of the AAAI Artificial Intelligence and

Manufacturing Research Planning Workshop: State of the Art and State of the Practice, pp. 1–8, August 31 – September 2, 1998, Albuquerque, NM.

191. Barber, K. S., T. J. Graser, S. R. Jernigan, and B. J. McGiverin. "Features of the Systems Engineering Process Activities (SEPA) Methodology," (**Invited**) In Proceedings of the AAAI Artificial Intelligence and Manufacturing Research Planning Workshop: State of the Art and State of the Practice, pp. 9–15, August 31 – September 2, 1998, Albuquerque, NM.

192. Barber, K. S., T.J. Graser, S.R. Jernigan, B.J. McGiverin, and E. R. White. "The Application of the Systems Engineering Process Activities in the Population of Conceptual Models of the Mission Space," In Proceedings of the Conference of the Society of Computer Simulation, pp. 111–117, July 19–22, 1998, Reno, NV.

193. Barber, K. S. and A. Goel. "The Classification and Specification of a Domain Independent Agent Architecture," (**Invited**), In Proceedings of the Eleventh International Conference on Industrial & Engineering Applications of Artificial Intelligence & Expert Systems (IEA/AIE-98), Vol. 1, pp. 568–576, June 1–4, 1998, Benicassim, Castellon, Spain.

194. Martin, C. E. and K. S. Barber. "Flexible Organizational Roles for Autonomous Agents," In Proceedings of the Workshop on Agent-based Manufacturing at the Second International Conference Autonomous Agents, Agents'98, pp. 79–86, May 10, 1998, Minneapolis, MN.

195. Goel, A., K. S. Barber, T. H. Liu, and E. White. "Implementing Sensible Agents in a Distributed Simulation Environment," In Proceedings of the 1998 Conference on Virtual Worlds and Simulation, Society of Computer Simulation, pp. 206 – 211, January 11–14, 1998, San Diego, CA.

196. Barber, K. S. "Sensible Agents," (**Invited**) In Proceedings of the IEEE International Conference on Systems, Man and Cybernetics, Vol. 5, pp. 4146–4151, October 12–15, 1997, Orlando, FL.

197. Barber, K. S. "Adaptive Autonomy: The Key to Dynamic, Responsive Formation of Sensible Agent Organizations," (**Invited**) In Proceedings of the International Conference on Intelligent Systems and Semiotics, pp. 263-268, September 22–25, 1997, Gaithersburg, MD.

198. Graser, T., B. J. McGiverin, and K. S. Barber. "A Supply Chain Configuration Tool," In Proceedings of the ASME Design Engineering Technical Conferences, Internet Aided Design, Manufacturing, and Commerce, Paper Number: DETC97/CIE-4293, pp.1 – 9, September 14–17, 1997, Sacramento, CA.

199. Chuter, C., C. Chase, and K. S Barber. "Sensible Agents in Discrete Event Virtual Environment Simulation," In Proceedings of the ISMCR '97: Topical Workshop on Virtual Reality and Advanced Man-Machine Interfaces, Vol. IXB, topic 17, pp. 79–85, June 1–6, 1997, Tampere, Finland.

200. Liu, T.H., C. Chuter, and K. S. Barber. "Virtual Environment Simulation for Visualizing Conflict Resolution Strategies in Multiple Robot Systems," In Proceedings of the IASTED International Conference, Robotics and Manufacturing, pp. 154–158, May 29–31, 1997, Cancun, Mexico.

201. Ramaswamy, S., A. Suraj, and K. S. Barber. "An Approach for Monitoring and Control of Agent-based Systems," In Proceedings of the IEEE International Conference on Robotics and Automation, Vol. 4, pp. 3467–3472, April 20–25, 1997, Albuquerque, N.M.

202. Martin, C. E. and K.S. Barber. "Multiple, Simultaneous Autonomy Levels for Agent-based Systems," In Proceedings of the Fourth International Conference on Control, Automation, Robotics and Vision, Vol. 2, pp. 1318–1322, December 3–6, 1996, Singapore.

203. Suraj, A., S. Ramaswamy, and K. S. Barber. "Extended Statecharts: A Specification Formalism for High Level Design," In Proceedings of the Fourth International Conference on Control, Automation, Robotics and Vision, Vol. 1, pp. 53–57, December 3–6, 1996, Singapore.

204. Barber, K. S. "The Architecture for Sensible Agents," In Proceedings of the Semiotic Modeling for Sensible Agents Workshop, Intelligent Systems Conference, Vol. 2, pp. 49–54, October 23–25, 1996, Gaithersburg, MD.

205. Martin, C. E. and K. S. Barber. "Representation of Autonomy in Distributed Agent-based Systems," In Proceedings of the Semiotic Modeling for Sensible Agents Workshop, Intelligent Systems Conference, Vol. 2, pp. 67–72, October 23–25, 1996, Gaithersburg, MD.

206. Graser, T. and K. S. Barber. "Meta-Modeling of Sensible Agents," In Proceedings of the Semiotic Modeling for Sensible Agents Workshop, Intelligent Systems Conference, Vol. 2, pp. 61–66, October 23–25, 1996, Gaithersburg, MD.

207. Suraj, A., S. Ramaswamy, and K. S. Barber. "Behavioral Specification of Sensible Agents," In Proceedings of the Semiotic Modeling for Sensible Agents Workshop, Intelligent Systems Conference, Vol. 2, pp. 55–60, October 23–25, 1996, Gaithersburg, MD.

208. Goel, A., T.H. Liu, and K.S. Barber. "Conflict Resolution in Sensible Agents," In Proceedings of the Semiotic Modeling for Sensible Agents Workshop, Intelligent Systems Conference, Vol. 2, pp. 80–85, October 23–25, 1996, Gaithersburg, MD.

209. Macfadzean, R. and K. S. Barber. "Reasoning about Autonomy in Multi-Agent Systems," In Proceedings of the Semiotic Modeling for Sensible Agents Workshop, Intelligent Systems Conference, Vol. 2, pp. 73–79, October 23–25, 1996, Gaithersburg, MD.

210. Macfadzean, R. and K. S. Barber. "Radar Frequency Assignment in Mobile Radar Units," In Proceedings of the Semiotic Modeling for Sensible Agents Workshop, Intelligent Systems Conference, Vol. 2, pp. 86–91, October 23–25, 1996, Gaithersburg, MD.

211. Chuter, C., S. R. Jernigan, and K. S. Barber. "A Virtual Environment Simulator for Reactive Manufacturing Schedules," In Proceedings of the Symposium on Virtual Reality in Manufacturing Research and Education, pp. 197–209, October 7–8, 1996, Chicago, IL.

212. Martin, C. E., R. H. Macfadzean, and K. S. Barber. "Supporting Dynamic Adaptive Autonomy for Agent-based Systems," In Proceedings of the Artificial Intelligence and Manufacturing Research Planning Workshop, (Ed. George F. Luger), AAAI Press, pp. 112–120. June 24–26, 1996, Albuquerque, NM.

213. Ramaswamy, S., K. P. Valavanis, and K. S. Barber. "Model Development of MIMO Nets: A H-EPN Based Approach," In Proceedings of the 1995 IEEE International Conference on Decision and Control, Vol. 1, pp. 897–904, December 13–15, 1995, New Orleans, LA.

214. Suraj, A., S. Ramaswamy, and K. S. Barber. "An Integrated Approach to Design Reusability," In Proceedings of the Conference on Integrated Design and Process Technology, Vol. 1, pp. 326–331, December 7–9, 1995, Austin, TX.

215. Barcio, B. T., S. Ramaswamy, and K. S. Barber. "An Object-Oriented, Model-Based Approach to Software Systems Development," In Proceedings of the Fifth International Conference on Software Quality, pp. 30–41, October 23–26, 1995, Austin, TX.

216. Jernigan, S.R., S. Ramaswamy, and K. S. Barber. "On-Line Scheduling Using a Distributed Simulation Technique for Intelligent Manufacturing Systems," In Proceedings of the IEEE International Conference on Systems, Man, and Cybernetics, Vol. 3, pp. 2159–2164, October 22–25, 1995, Vancouver, Canada.

217. Barcio, B.T., S. Ramaswamy, R. H. Macfadzean, and K. S. Barber. "Object-Oriented Analysis, Modeling and Simulation of a Notional Air Defense System," In Proceedings of the IEEE International Conference on Systems, Man, and Cybernetics, Vol. 5, pp. 3983–3988, October 22–25, 1995, Vancouver, Canada.

218. Macfadzean, R.H. and K. S. Barber. "An Approach for Decision-making and Control in Geographically Distributed Systems," In Proceedings of the IEEE International Conference on Systems, Man, and Cybernetics, Vol. 4, pp. 3816–3821, October 22–25, 1995, Vancouver, Canada.

219. Ramaswamy, S. and K. S. Barber. "A High Level Specification Mechanism for Analysis and Design of Manufacturing Systems," In Proceedings of the IEEE International Conference on Systems, Man, and Cybernetics, Vol. 1, pp. 524–529, October 22–25, 1995, Vancouver, Canada.

220. Chuter, C., S. Ramaswamy and K. S. Barber. "A Virtual Environment for Construction and Analysis of Manufacturing Prototypes," In Proceedings of the ASME International Computers in Engineering Conference, Special Session on Virtual Environments and Systems for Product Development, pp. 927–932, September 17–21, 1995, Boston, MA.

221. Barber, K. S. "A Feature-based CAD Representation Enabling Case-based Planning Across Manufacturing Applications," In Proceedings of the 1995 IEEE International Symposium on Intelligent Control, pp. 345–350, August 27–29, 1995, Monterey, CA.

222. Macfadzean, R. H., K. S. Barber, and S. A. Szygenda. "Discrete Event Simulation of Radar Interference," In Proceedings of the 1995 Summer Computer Simulation Conference, pp. 489–494, July 24–26, 1995, Ottawa, Ontario, Canada.

223. Macfadzean, R. H. and K. S. Barber. "Simulation of Multi-Layer Belief Nets for Situation Assessment," In Proceedings of the 1995 Summer Computer Simulation Conference, pp. 483–488, July 24–26, 1995, Ottawa, Ontario, Canada.

224. Barcio, B. T., S. Ramaswamy, and K. S Barber. "OARS: An Object Oriented Architecture for Reactive Systems," In Proceedings of the 1995 IEEE International Conference on Robotics and Automation, Vol. 1, pp. 1093–1098, May 21–27, 1995, Nagoya, Japan.

225. Swaminathan, A., and K. S. Barber. "APE: An Experience-based Assembly Sequence Planner for Mechanical Assemblies," In Proceedings of the 1995 IEEE International Conference on Robotics and Automation, Vol. 2, pp. 1278–1283, May 21–27, 1995, Nagoya, Japan.

226. Shaikh, S., J. Bradley, S. A. Szygenda, and K. S. Barber. "Modeling Errors at a Hierarchical Level for Design Verification," In Proceedings of the IASTED International Conference on Modeling and Simulation, pp. 379–381, April 27–29, 1995, Pittsburgh, PA.

227. Barber, K. S. "A Feature-based CAD Representation Enabling Case-based Planning across Multiple Manufacturing Applications," In Proceedings of the IEEE International Conference on Systems, Man and Cybernetics, Vol. 1, pp. 142–147, October 2–5, 1994, San Antonio, TX.

228. Barber, K. S., O. R. Mitchell, and K. A. Harbison-Briggs. "Symbolic Feature-Based Representation and Planning for an Agent Based Robot Controller," In Proceedings of the IEEE International Symposium on Intelligent Controls, pp. 475–480, August 13, 1991, Arlington, VA.

229. Barber, K. S., J. C. M. Tiernan, and K. A. Harbison-Briggs. "A Process Model for an Intelligent Robotic Planning System," In Proceedings of the Modeling and Simulation Conference, Vol. 22, No. 2, pp. 1013–1020, May 4–5, 1991, Pittsburgh, PA.

230. Barber, K. S., L. Godwin, O. R. Mitchell, and R. Button. "CAD-Based Planning for Robot Control," In Proceedings of the Symposium on the Control of Robots and Manufacturing Systems, pp. 150–158, November 9, 1990, Fort Worth, TX.

231. Mullen, D., R. Duff, and K. S. Barber. "Part Design Data Driven Trajectory Planner using Parallel Processing," In Proceedings of the SME Aerospace Automation Conference, pp. MS90-275 - MS90-275-10, October 1990, Arlington, TX.

232. Tiernan, J. C. M., K. S Barber, and K. A. Harbison-Briggs. "Knowledge Acquisition of Process Knowledge for Intelligent Robotic Manufacturing Applications," In Proceedings of the Midcon 1990, pp. 240–243, September 11–13, 1990, Dallas, TX.

233. Tiernan, J. C. M., K. S Barber, and K. A. Harbison-Briggs. "Integration of Blackboard-Based Process Knowledge with Conventional Robot Control Functions on Parallel Hardware," In Proceedings of the AAAI Blackboard Systems Workshop, July 29 – August 3, 1990, Boston, MA.

234. Tiernan, J. C. M., K. S Barber, and K. A. Harbison-Briggs. "Using Process Knowledge for Intelligent Robotic Manufacturing Applications," In Proceedings of the AAAI Manufacturing Planning and Control Workshop, July 29 – August 3, 1990, Boston, MA.

235. Barber, K. S. and K. A. Harbison-Briggs. "The Structure of a Knowledge Base for Flexible Assembly," In Proceedings of the International Joint Conference on Artificial Intelligence Workshop on Integrated Architectures for Manufacturing, pp. 51–53, August 24, 1989, Detroit, MI.

236. Barber, K. S., D. Mullen, and O. R. Mitchell. "Design to Manufacturing Interface -- Intelligent Kinematic Engine," In Proceedings of the Robotics and Expert Systems Symposium (ROBEXS), Vol. 4, pp. 293–298, August 2–4, 1989, Palo Alto, CA.

237. Barber, K. S. and D. Mullen. "Intelligent Kinematic Engine (IKE) for a Robot Controller," In Proceedings of the Modeling and Simulation Conference, Vol. 20, No. 5, pp. 1805–1809, May 4–5, 1989, Pittsburgh, PA.

238. Barber, K. S. "Tutorial on Compliant Control of Robotic Manipulators for Assembly Tasks," In Proceedings of the Midcon 1988 , pp. 363–366, August 1988, Dallas, TX.

239. Barber, K. S. "Interactive Machine Learning Language (IML2) – Applications for Assembly Tasks," In Proceedings of the Modeling and Simulation Conference, Vol. 19, No. 2, pp. 583–589, May 4–5, 1988, Pittsburgh, PA.

240. Barber, K. S. and G. J. Agin. "Analysis of Human Communication During Assembly Tasks," In Proceedings of the IEEE International Conference on Robotics and Automation, Vol. 3, pp. 1524–1529, March 31–April 3, 1987, Raleigh, NC.

## Other Conference Proceedings

1. K. Suzanne Barber, "The Identity of the Insider Threat," Defense Innovation Summit, Austin Texas, November 29 - December 1, 2016.

2. Zaeem, R. Nokhbeh and K. Suzanne Barber, "Trust Filtering to find the Best Sources in Social Media," Defense Innovation Summit, Austin, Texas, November 29 - December 1, 2016.

3. Zaiss, James and K. Suzanne Barber, "Identity Threat Assessment and Prediction," Defense Innovation Summit, Austin, Texas, November 29 - December 1, 2016.

4. Brenner, J. and K.S. Barber, "Identity Threat Assessment and Prediction," ID360: The Global Forum on Identity, April 30-May 1, 2013, Austin, Texas.

5. Budalakoti, S. K.S. Barber, M. Rasheed, and C. Bajaj, "A Bayesian Network based Framework for Identity Risk Management," ID360: The Global Forum on Identity, April 30-May 1, 2013, Austin, Texas.

6. Soeder, B. and K.S. Barber, “Towards a Metric for Identity Confidence using an Agent Approach,” ID360: The Global Forum on Identity, April 30-May 1, 2013, Austin, Texas.
7. Yang, Y. and K.S. Barber, “Facebook Privacy Checker,” ID360: The Global Forum on Identity, April 30-May 1, 2013, Austin, Texas.
8. "The Financial Impact of Breached Protected Health Information: A Business Case for Enhanced PHI Security" ANSI. 2012. (Contributor: K. Suzanne Barber)
9. Fullam, K., T. Klos, G. Muller, J. Sabater, A. Schlosser, Z. Topol, K. S. Barber, J. Rosenschein, L. Vercouter, and M. Voss. “A Demonstration of The Agent Reputation and Trust (ART) Testbed: Experimentation and Competition for Trust in Agent Societies,” In Proceedings of International Joint Conference on Autonomous Agents and Multiagent Systems (AAMAS-2005) Demonstration Track, pp. 151-152, July 25-29, 2005, Utrecht, Netherlands.
10. Barber, K.S. “Trustworthiness Assessment, Information Valuation and Coordinated Action Selection for Multi-Agents Controlling UAV Surveillance,” Special Seminar on Defense Applications of Agent Systems (DAAS) at The Third International Joint Conference on Autonomous Agents and Multi Agent Systems, July 21, 2004, New York City, NY.
11. Barber, K.S., “Robust and Stable Decision-Making despite Operations in Chaotic Information and Kinetic Warfare Environments,” DARPA Augmented Cognition Program meeting, January 6, 2004, Orlando, FL.
12. Barber, K.S., K. Fullam, T. Graser, D. Han, J. Kim, D. Lam, M. MacMahon, and R. McKay. “Sensible Agent Technology Improving Coordination and Communication in Biosurveillance Domains,” 1st International Joint Conference on Autonomous Agents and Multiagent Systems (AAMAS2002), Demonstration Program, July 15-19, 2002, Bologna, Italy.
13. Barber, K. S., I.M. Gamba, A. Goel, D. C. Han, J. Kim, D. N. Lam, M. MacMahon, C. E. Martin, and R. McKay. “Sensible Agent Capabilities,” Proceedings on CD-ROM, DARPA TASK Principal Investigator meeting, April 17-19, 2001, Albuquerque, NM.
14. Arapostathis, A., K. S. Barber, L.A. Caffarelli, I.M. Gamba, A. Goel, D. C. Han, J. Kim, D. N. Lam, M. MacMahon, C. E. Martin, and R. McKay. “Planned Application of Sensible Agents to the Virtual Transportation Company Domain,” Proceedings on CD-ROM, DARPA TASK Principal Investigator meeting, April 17-19, 2001, Albuquerque, NM.
15. Barber, K. S., M. MacMahon, R. McKay, A. Goel, D. C. Han, J. Kim, D. N. Lam, and C. E. Martin. “An Agent Infrastructure Implementation for Leveraging and Collaboration in Operational and Experimental Environments,” Proceedings on CD-ROM, DARPA TASK Principal Investigator meeting, April 17-19, 2001, Albuquerque, NM.
16. Barber, K. S. and J. Kim. “Constructing and Dynamically Maintaining Perspective-based Agent Models for Command and Control Applications in a Multi-Agent Environment,” In Proceedings of the DARPA-JFACC Symposium on Advances in Enterprise Control, DARPA-ISO, pp. 161–170, November 15–16, 1999, San Diego, CA.
17. Barber, K. S. “Model for Constructing Manufacturing Virtual Environments,” In Proceedings of the 1996 NSF Design and Manufacturing Grantees Conference, pp. 111–112, January 2–5, 1996, Albuquerque, NM.
18. Barber, K. S. “The Stability Analysis of Autonomous Agents in Dynamic, Complex Manufacturing Environments,” In Proceedings of the 1996 NSF Design and Manufacturing Grantees Conference, pp. 181–182, January 2–5, 1996, Albuquerque, NM.
19. “The Automated Factory of the Future: Where Do We Go From Here?,” In Proceedings of the 1994 IEEE International Conference on Robotics and Automation (Eds. Dr. Suzanne Barber and Dr. Erik Mettala), May 9, 1994, San Diego, CA.

## Recent Technical Reports

1. “Privacy Threats: Real and Perceived,” Niu, Haoran, Y.T. Cao, and K. S. Barber, UT CID Report #25-071, July 2025.
2. “Privacy Risk Predictions Based on Fundamental Understanding of Personal Data and an Evolving Threat Landscape,” Niu, Haoran and K.S. Barber, UT CID Report #25-062, July 2025.
3. “From Regulation to Relevance: Integrating User Values into Privacy Policy Scoring,” Kim, B., Y. Cao, and K.S. Barber, UT CID Report #25-061, June 2025.
4. “A Longitudinal Look at GDPR Compliance,” Kim, B., Y. Cao, and K.S. Barber, UT CID Report #25-051, May 2025.
5. “Beyond Blanket Masking: On the Role of Granularity for Privacy Protection in Images Captured by Low Vision Users,” Murrugarra-Llerena, Jeffri, Haoran Niu, K. Suzanne Barber, Hal Daume III, Yang Trista Cao, Paola Cascante-Bonilla, UT CID Report #25-041, April 2025.
6. “Entropy-Based Correlation Analysis for Privacy Risk Assessment in IoT Identity Ecosystem,” Chih-Chang, K. and K.S. Barber, UT CID Report #25-031, March 2025.

7. "TrustLab: An Interactive Tool for Evaluating Online Trustworthiness Across Diverse Domains," T.C. Huang, W. Song, B. Kim, and K.S. Barber, UT CID Report #24-04, July 2024.
8. "Survey on Trust Quantification Modeling in Online Social Networks," W. Song and K.S. Barber, UT CID Report #24-03, June 2024.
9. "Proactive Identity Knowledge and Mitigation System," Aditya Tyagi, R.N. Zaeem, and K.S. Barber, UT CID Report #24-02, April 2024
10. "IoT Privacy Risks Revealed," K.C. Chang and K.S. Barber, UT CID Report #24-01, January 2024.
11. "TWCF: Hybrid Trust Weighted Collaborative Filtering Recommendation based on Quantitative Modeling of Trust," Wenting Song and K. S. Barber, UT CID Report #23-02, October 2023.
12. "Personalized Privacy Assistant: Identity Construction and Privacy in the Internet of Things" K.C. Chang and K. S. Barber, CID Report #23-03, September 2023.
13. "Using Historical Social Media Retrieved Trust Attributes to Help Distinguishing Trustworthy Users," Huang, T.C. and K.S. Barber, UT CID Report #23-01, January 2023.
14. "An Identity Score Model in Self-Sovereign Identities" K.C. Chang and K. S. Barber, UT CID Report #22-01, September 2022.
15. "How a Concentrate Set of Identity Attributes affect Users Privacy?" K.C. Chang and K. S. Barber, UT CID Report #21-08, August 2022.
16. "An Identity Asset Sensitivity Model in Self-Sovereign Identities," Zaeem, R.N., K. S. Barber, and K. C. Chang. UT CID Report #21-07, August 2022.
17. "Blockchain-Based Self-Sovereign Identity: Survey, Requirements, Use- Cases, and Comparative Study," Zaeem, R. N., K. S. Barber, K. C. Chang, T. Huang, D. Liau, W. Song, A. Tyagi, M. M. Khalil, M. R. Lamison, and S. Pandey. UT CID Report #21-06, August 2022.
18. "Early Warning Identity Threat and Mitigation System," Tyagi, A., R. N. Zaeem, and K. S. Barber. UT CID Report #21-05, August 2022.
19. "Personal Data Early Warning System: Machine Learning Models Extract Identity Theft and Fraud Trends from News," Zaeem, R. N., J. Cruz-Nagoski, L. Norrell, M. Sullivan, J. Walsh, D. Wolford, Y. Younus, and K. S. Barber. CID Report #21-04, August 2022.
20. "PrivacyCheck v3: Empowering Users with Higher-Level Understanding of Privacy Policies," Zaeem, R. N., A. Ahbab, J. Bestor, H.H. Djadi, S. Kharel, V. Lai, N. Wang, and K.S. Barber. UT CID Report #21-03, August 2022.
21. "On the Usability of Self Sovereign Identity Solutions," Zaeem, R.N., K.S. Barber, M.M. Khalil, M.R. Lamison, and S. Pandey. UT CID Report #20-02, August 2022.
22. "What Makes a Privacy Policy Need Automatic Summarization? Investigation of Readability, Length, and Category in Usage Patterns of Privacy Enhancing Technologies," Zaeem, R. N., and K. S. Barber. UT CID Report #21-01, August 2022.
23. "A Large Publicly Available Corpus of Website Privacy Policies Based on DMOZ," Zaeem, R. N., and K. S. Barber. UT CID Report #20-16, November 2020.
24. "Self-Sovereign Identity and User Control for Privacy-Preserving Contact Tracing," Song, W., R.N. Zaeem, D. Liau, K.C. Chang, M.R. Lamison, M.M. Khalil, and K.S. Barber. UT CID Report#: 20-15, July 2020.
25. "How Much Identity Management with Blockchain Would Have Saved Us? A Longitudinal Study of Identity Theft," Zaeem, R. N., and K. S. Barber. UT CID Report #20-14, July, 2020.
26. "On Sentiment of Online Fake News," Zaeem, R. N., C. Li, and K.S. Barber. UT CID Report #20-13, July, 2020.
27. "Survival Game Analysis to Personal Identity Protection Strategies," Liau, D., R.N. Zaeem, and K.S. Barber. UT CID Report #20-12, June 2020.
28. "A Framework for Estimating Privacy Risk Scores of Mobile Apps," Chang, K. C., R.N. Zaeem, and K.S. Barber. UT CID Report #20-11, June 2020.
29. "PrivacyCheck's Machine Learning to Digest Privacy Policies: Competitor Analysis and Usage Patterns," Zaeem, R. N., S. Anya, A. Issa, J. Nimergood, I. Rogers, and K.S. Barber. UT CID Report #20-10, June 2020.
30. "Election Prediction with Trust Filters," Huang, T., R. N. Zaeem, and K.S. Barber. UT CID Report#: 20-09, June 2020.
31. "PrivacyCheck v2: A Tool that Recaps Privacy Policies for You", Zaeem, R.N., S. Anya , A. Issa., J. Nimergood, I Rogers, V. Shah, A. Srivastava, and K.S. Barber. UT CID Report #20-08, June 2020.

32. "Economics of Privacy: Privacy, a Machine Learning Perspective," Zaeem, R. N. and K. S. Barber. UT CID Report #20-07, May 2020.
33. "Economics of Cybercrime: Identity Theft and Fraud," Zaeem, R. N. and K. S. Barber. UT CID Report # 20-06, May 2020.
34. "Comparing Privacy Policies of Government Agencies and Companies: A Study using Privacy Policy Analysis Tools," Zaeem, R. N., and K.S. Barber. UT CID Report #20-04, March 2020.
35. "The Effect of the GDPR on Privacy Policies: Recent Progress and Future Promise," Zaeem, R. N., and K. S. Barber. UT CID Report #20-03, March 2020.
36. "Is Your Phone You? How Privacy Policies of Mobile Apps Allow the Use of Your Personally Identifiable Information," Chang, K. C., R.N. Zaeem and K.S. Barber. UT CID Report #20-02, March, 2020.
37. "Identifying Real-world Credible Experts in the Financial Domain," Huang, T. C., R.N. Zaeem, and K.S. Barber. UT CID Report #20-01, March, 2020.
38. "Privacy in the Digital Age," K.S. Barber. UT CID Report#: 19-09, October 2019.
39. "The Identity Ecosystem," R.N. Zaeem, D. Liau, S. Budalakoti, and K.S. Barber. UT CID Report#: 19-08, July 2019
40. 2019 ITAP Report, J. Zaiss, R. Anderson. R. Nokhbeh Zaeem, K. Suzanne Barber, UT CID Report #19-07, July, 2019.
41. "An Assessment of Blockchain Identity Solutions: Minimizing Risk and Liability of Authentication," R. Rana, R.N. Zaeem, and K.S. Barber. UT CID Report#: 19-06, July 2019.
42. "An Evaluation Framework for Future Privacy Protection Systems: A Dynamic Identity Ecosystem Approach," D. Liau, R.N. Zaeem, and K.S. Barber. UT CID Report#: 19-05, July 2019.
43. "Statistical Analysis of Identity Risk of Exposure and Cost Using the Ecosystem of Identity Attributes," C. Chen, R. N. Zaeem, and K.S. Barber. UT CID Report#: 19-04, April 2019.
44. "Enhancing and Evaluating Identity Privacy and Authentication Strength by Utilizing the Identity Ecosystem," K.C. Chang , R.N. Zaeem, K. S. Barber. UT CID Report#: 19-03, April 2019.
45. "Internet of Things: Securing the Identity by Analyzing Ecosystem Models of Devices and Organizations," K.C. Chang , R.N. Zaeem, K. S. Barber. UT CID Report#: 19-02, April, 2019.
46. "US-Centric vs. International Personally Identifiable Information: A Comparison Using the UT CID Identity Ecosystem," R. Rana, R.N. Zaeem, and K.S. Barber. UT CID Report#: 19-01, April 2019.
47. "Predicting Disease Outbreaks Using Social Media: Finding Trustworthy Users," D. Liau, R.N. Zaeem, K. S. Barber. UT CID Report#: 18-07 November 2018.
48. "Identity Threat Assessment and Prediction," J. Zaiss, R.N. Zaeem, K. S. Barber. UT CID Report#: 18-06 September 2018.
49. "Understanding Victim-enabled Identity Theft: Perpetrator and Victim Perspectives," Lacey, D., K. S. Barber., and James Zaiss, May 4, 2018.
50. "Current Biometric Adoption and Trends," German, R., and K.S. Barber. May 1, 2018.
51. "Consumer Attitudes about Biometric Authentication," German, R., and K.S. Barber. May 1, 2018
52. "2017 Identity Threat Assessment and Prediction (ITAP) Report," April 20, 2017
53. "A study of Web Privacy Policies Across Industries," Zaeem, R. Nokhbeh and K.S. Barber. April 13, 2017.

## Other Publications – Invited Articles and Media Coverage of the Center for Identity

1. "We need to give more credence to personal data," Suzanne Barber and Susan Combs, https://thehill.com/opinion/technology/542484-we-need-to-give-more-credence-to-personal-data, March 10, 2021.
2. "We need to give more credence to personal data," Suzanne Barber and Susan Combs, https://news.utexas.edu/authors/suzanne-barber-susan-combs/ , March 16, 2021.
3. "Find out when your online accounts are compromised -- for free**"** https://cbsaustin.com/news/local/find-out-when-your-online-accounts-are-compromised-for-free. CBS News Austin, January 31, 2020.
4. "Facial Recognition's Arrival at DFW Airport Ushers in the Biometric Era," https://www.dallasnews.com/business/airlines/2019/09/25/facial-recognition-s-arrival-at-dfw-airport-ushers-in-the-biometric-era/, September 25, 1 2019
5. "2019 Identity Theft Report Released," https://www.itij.com/latest/news/2019-identity-theft-report-released, International

Travel and Health Insurance Journal, July 31, 2019

6. “Biometrics: Dismantling Myths Surrounding Facial Recognition,” https://www.securityweek.com/biometrics-dismantling-myths-surrounding-facial-recognition, SecurityWeek.com, Jul 18, 2019
7. “Digital Dilemma: Is Austin a Cybersecurity Hub? Depends on Who You Ask,” https://www.statesman.com/news/20190228/digital-dilemma-is-austin-cybersecurity-hub-depends-who-you-ask, Austin-American Statesman, February 28 2019
8. “Gartner: Future of identity management is mobile, SaaS,” https://securitboulevard.com/2019/02/gartner-future-of-identity-management-is-mobile-saas/, Security Boulevard, February 21, 2019
9. “New On Parent’s To-Do List: Checking Children’s Credit History,” https://www.wsj.com/articles/new-on-parents-to-do-list-checking-childrens-credit-history-1535457603, Wall Street Journal, January 17 2019
10. “How AI Can Help Stop Cyberattacks,” https://www.wsj.com/articles/how-ai-can-help-stop-cyberattacks-1537322940, Wall Street Journal, September 18, 2018
11. “Public embraces biometrics but with reservations,” https://www.meritalk.com/articles/study-public-embraces-biometrics-with-reservations/ Meritalk.com, May 21, 2018
12. “The ‘old-fashioned’ identity theft is just as dangerous as the cyber kind,” https://www.cnbc.com/2018/05/11/non-digital-identity-theft-can-be-as-damaging-as-breaches-from-hacking.html , CNBC.com, May 15, 2018.
13. “Report shows consumer comfort with biometrics increasing but uneven,” https://www.biometricupdate.com/201805/report-shows-consumer-comfort-with-biometrics-increasing-but-uneven Biometric Update.com, May 21, 2018
14. “New Survey on Biometric Technology Shows Consumers are OK with Some Forms and Wary of Others, https://news.utexas.edu/2018/05/03/new-survey-on-consumer-attitudes-toward-biometric-technology UT News, May 4, 2018
15. “What data are private companies collecting about you,” http://cbsaustin.com/news/local/what-data-are-private-companies-collecting-about-you CBS Austin, February 2, 2018.
16. “Nondigital, Analog Theft is Main Driver in Identity-Related Crimes,” https://news.utexas.edu/2017/04/24/nondigital-analog-theft-is-main-driver-in-identity-theft UT News, December 4, 2017
17. “Science delivers input for identity domain,” Keesing Journal of Documents and Identity, November 1, 2017
18. ”UT Center for Identity releases report on identity theft,” https://www.dailytexanonline.com/2017/05/01/ut-center-for-identity-releases-report-on-identity-theft, May 2, 2017.
19. “6 Factors Impacting Identity Theft Risks, Credit Union Times, http://www.cutimes.com/2017/04/21/6-factors-impacting-identity-theft-risks, April 21, 2017.
20. “6 factors impacting identity theft risks,” Property Casuality 360, http://www.propertycasualty360.com/2017/04/20/6-factors-impacting-identity-theft-risks?eNL=58f7ca23160ba0fd177366e7&utm_source=PC360_NewsFlash&utm_medium=EMC-Email_editorial&utm_campaign=04202017&page_all=1, April 20, 2017.
21. “8 Tips to Protect Your Identity Beyond the Computer, UTNews, https://news.utexas.edu/2017/04/28/8-tips-to-protect-your-identity-beyond-the-computer, April 28, 2017.
22. “Privacy Made Simple,” https://privacymadesimple.net/tag/university-of-texas-at-austin-center-for-identity/, May 5, 2017.
23. “How Social Security Numbers became Skeleton Keys for Fraudsters,” Christian Science Monitor, http://www.csmonitor.com/World/Passcode/Security-culture/2016/1121/How-Social-Security-numbers-became-skeleton-keys-for-fraudsters, November 21, 2016.
24. “How the Secret Service is fighting identity theft,”Practically Unhackable, https://medium.com/un-hackable/beyond-passwords-a-glimpse-into-the-world-of-offline-identity-theft-5340c3b046a8, May 5, 2016.
25. “Study: People with low health literacy don’t find health apps helpful,” http://www.dailytexanonline.com/2016/10/25/study-people-with-low-health-literacy-don%E2%80%99t-find-health-apps-helpful?platform=hootsuite, October 25, 2016.
26. “Tips to keep your Uber account secure,” http://keyetv.com/news/local/tips-to-keep-your-uber-account-secure, January 20, 2016.
27. “6 Factors Impacting Identity Theft Risks, Credit Union Times, http://www.cutimes.com/2017/04/21/6-factors-impacting-identity-theft-risks, April 21, 2017.

28. "6 factors impacting identity theft risks," Property Casuality 360, http://www.propertycasualty360.com/2017/04/20/6-factors-impacting-identity-theft-risks?eNL=58f7ca23160ba0fd177366e7&utm_source=PC360_NewsFlash&utm_medium=EMC-Email_editorial&utm_campaign=04202017&page_all=1, April 20, 2017.
29. "8 Tips to Protect Your Identity Beyond the Computer, UTNews, https://news.utexas.edu/2017/04/28/8-tips-to-protect-your-identity-beyond-the-computer, April 28, 2017.
30. "UT Center for Identity releases report on identity theft," https://www.dailytexanonline.com/2017/05/01/ut-center-for-identity-releases-report-on-identity-theft, May 2, 2017.
31. "Privacy Made Simple," https://privacymadesimple.net/tag/university-of-texas-at-austin-center-for-identity/, May 5, 2017.
32. "DNC hack part of a cyber war that's just begun," San Antonio Express, http://www.expressnews.com/news/local/article/DNC-hack-part-of-a-cyber-war-that-s-just-begun-8748798.php, July 30, 2016.
33. K. Suzanne Barber, "The link between identity theft and terrorism," Austin American Statesmen, http://www.mystatesman.com/news/news/opinion/barber-the-link-between-identity-theft-and-terrori/npZNm/, December 1, 2015.
34. "Center for Identity releases new browser extension to simplify terms of agreement contracts," Individual.com, http://www.individual.com/storyrss.php?story=204678874&hash=7a244c17474a397d04ddb4b094a7ee03 , May 6, 2015.
35. "University of Texas: Identity theft happens every 2 seconds," KXAN, http://kxan.com/2015/05/05/identity-theft-occurs-every-2-seconds-according-to-ut/, May 5, 2015.
36. K. Suzanne Barber, "The Age of the Data Breach: A Plan for CEOs," Texas CEO Monthly,http://texasceomagazine.com/departments/age-data-breach/, January 17, 2015. "UT launches new identity security masters program," Austin Business Journal, http://www.bizjournals.com/austin/blog/techflash/2015/05/ut-launches-new-identity-security-masters-program.html, May 15, 2015.
37. "Free Tax Help, Abbot Hopes to Reduces Taxes," KEYE, http://www.keyetv.com/news/features/top-stories/stories/free-tax-help-abbott-hopes-reduce-taxes-businesses-25333.shtml, April 15, 2015.
38. "6 steps to protect a very small business from ID theft," Credit Cards.com, http://www.creditcards.com/credit-card-news/6-steps-protect-small-business-id-theft-1269.php, March 9, 2015.
39. "Here's how to disable location tracking on your phone," Quartz, 01/20/15, qz.com/309226/heres-how-to-disable-location-tracking-on-your-phone/?=1, January 20, 2015.
40. "The Age of the Data Breach: A Plan for CEOs," Texas CEO Monthly, 01/17/15, http://texasceomagazine.com/departments/age-data-breach/, January 17, 2015.
41. K. Suzanne Barber, "Proving Your Identity At The Doctor's Office: An Imperfect System," CSID Blog, http://www.csid.com/2014/10/proving-identity-doctors-office-imperfect-system/, October 29, 2014.
42. "Credit card companies making strides in security," KXAN, http://kxan.com/2014/10/26/credit-card-companies-making-strides-in-security, October 26, 2014.
43. "ID Wise from the Center for Identity," Federation of Genealogical Societies, http://www.fgs.org/rpac/2014/10/23/id-wise-from-the-center-for-identity/, October 23, 2014.
44. "Comptroller Combs Lauds University of Texas Identity Protection Efforts," Texas Insider, 10/09/14, http://www.texasinsider.org/comptroller-susan-combs-lauds-the-university-of-texas-at-austins-identity-protection-efforts/, October 9, 2014.
45. K. Suzanne Barber, "Identity Management: Gain control over your personal data with IDWise," LexisNexis Fraud of the Day, http://www.fraudoftheday.com/2014/10/07/guest-writer-suzanne-barber/, October 7, 2014.
46. "UT launches identity theft resource center," The Daily Texan, http://www.dailytexanonline.com/2014/10/08/ut-launches-identity-theft-resource-center, October 8, 2014.
47. "Barber: We must develop better ways to stop cybersecurity threats," Austin-American Statesman, http://www.mystatesman.com/news/news/opinion/barber-we-must-develop-better-ways-to-stop-cyberse/nhdRw/?icmp=statesman_internallink_textlink_apr2013_statesmanstubtomystatesman_launch#a357b9a8.3859003.735514, October 7, 2014.
48. K. Suzanne Barber, "What You Should Know About Those Apps Your Kids Want to Download," Austin American-Statesman, October 2, 2014.

49. "They Grow Up So Fast! Why Kids Are Learning To Think Like Tech CEOs Under Cyber Attack," Fast Company, http://www.fastcompany.com/3036259/elasticity/they-grow-up-so-fast-why-kids-are-learning-to-think-like-tech-ceos-under-cyber-at, October 2, 2014.
50. "Credit monitoring becomes a standard offer after breaches," Marketplace, http://www.marketplace.org/topics/your-money/credit-monitoring-becomes-standard-offer-after-breaches, September 9, 2014.
51. UT Creates New Tool to Protect Against Identity Theft, KEYE-TV, http://www.keyetv.com/news/features/top-stories/stories/ut-creates-new-tool-protect-against-identity-theft-18529.shtml, June 4, 2014.
52. "Child Identity Theft on the Rise," KEYE, http://www.keyetv.com/news/features/top-stories/stories/child-identity-theft-rise-18049.shtml#.U3N9vF7Z70A, May 9, 2014.
53. "How to Protect Your Social Security Number," Tom's Guide, http://www.tomsguide.com/us/how-to-protect-social-security-number,news-18741.html, May 7, 2014.
54. "Identity Thieves targeting kids," KSAT ABC 12, http://www.ksat.com/news/defenders/identity-thieves-targeting-kids/25827276, April 23, 2014.
55. "Universities beef up cybersecurity, identity theft research," GCN, http://gcn.com/blogs/pulse/2014/04/ut-uconn-cybersecurity-research.aspx, April 15, 2014.
56. K. Suzanne Barber, "COMMENTARY: How to ward off identity theft," The Monitor, http://www.themonitor.com/opinion/commentary-how-to-ward-off-identity-theft/article_6233afce-c424-11e3-99bb-001a4bcf6878.html, April 15, 2014
57. Michael Theis, "UT launches anti-ID theft, fraud initiative," Austin Business Journal, http://www.bizjournals.com/austin/news/2014/04/14/ut-launches-anti-id-theft-fraud-initiative.html, April 15, 2014.
58. UT identity theft resource center to open in summer 2014," The Daily Texan, http://www.dailytexanonline.com/news/2014/04/15/ut-identity-theft-resource-center-to-open-in-summer-2014 , April 15, 2015.
59. K. Suzanne Barber, "How to Ward Off Identity Theft," The Monitor, April 15, 2014.
60. K. Suzanne Barber, "Looking for a Tax Refund? So Are Identity Thieves," The Alcalde, http://alcalde.texasexes.org/2014/04/looking-for-a-tax-refund-so-are-identity-thieves/ , April 14, 2014.
61. Larry Magid, "Nearly A Fifth Of Americans Suffer Data Breach -- Many Risk ID Theft," Forbes, April 14, 2014.
62. K. Suzanne Barber, "Beware, tax time is ideal time for identity theft," Austin-American Statesman, http://www.statesman.com/news/news/opinion/barber-beware-tax-time-is-ideal-time-for-identity-/nfZQB/, April 14, 2014.
63. Associated Press, "University of Texas building ID theft web site" (Appeared: Dallas Morning News, ABC 7-http://abclocal.go.com/ktrk/story?section=news/state&id=9500171, Statesman - http://www.statesman.com/ap/ap/texas/university-of-texas-building-id-theft-web-site/nfXwm/, MyFoxAustin, CBS Local - http://dfw.cbslocal.com/2014/04/11/ut-building-id-theft-website/), April 11, 2014.
64. Larry Magid, "Identity theft is a problem from cradle to grave," Contra Costa Times, http://www.contracostatimes.com/news/ci_25540509/magid-identity-theft-is-problem-from-cradle-grave, April 11, 2014.
65. K. Suzanne Barber, "Taxpayers, watch out for identity theft," San Antonio Express News, http://www.mysanantonio.com/opinion/commentary/article/Taxpayers-watch-out-for-identity-theft-5393145.php, April 10, 2014.
66. Omar L. Gallaga, "UT Center for Identity announces details for $5 million ID theft resource center," Austin 360 Blog, http://www.austin360.com/weblogs/digital-savant/2014/apr/10/ut-center-identity-announces-details-5-million-id-/, April 10, 2014.
67. Omar L. Gallaga, "UT Center for Identity to fight ID theft with $5 million resource center," Austin-American Statesman, http://www.mystatesman.com/news/technology/ut-center-for-identity-to-fight-id-theft-with-5-mi/nfXj6/?icmp=statesman_internallink_invitationbox_apr2013_statesmanstubtomystatesmanpremium , April 10, 2014.
68. "UT holds 2-day forum on personal identity information protection ," KLBJ News, http://www.newsradioklbj.com/News/story.aspx?ID=2153039, April 9, 2014.
69. "The Financial Impact of Breached Protected Health Information: A Business Case for Enhanced PHI Security" American National Standards Institute (ANSI). 2012. (Contributor: K. Suzanne Barber)
70. K. Suzanne Barber, "Your Connected Identity Assets," Texas Perspectives, March 2014.

## COPYRIGHTED SOFTWARE PACKAGES:

1. TrustLab, copyrighted 2017-2025.
2. PrivacyCheck, copyrighted 2017-2025. Downloadable at https://identity.utexas.edu/privacycheck-for-google-chrome.
3. ID360 Scorecard. copyrighted, 2017-2025. ID360 Scorecard system serves as benchmarking tool for identity management best practices.
4. Beat the Breach, copyrighted, 2017-2025. Beat the Breach is a game designed to educate users how to best design their human and technical defenses against data breaches.
5. Beat the Thief, copyrighted 2014-2025. Available on GooglePlay and AppStore (https://identity.utexas.edu/beat-the-thief-game).
6. IDWISE Risk Kit, copyrighted 2014-2025. https://identity.utexas.edu/risk-kit-app.
7. Requirements and Integration Verification Tool (RIVT), copyrighted 1997-2000.
8. Reference Architecture Representation Environment (RARE), copyrighted 1998-2002.
9. Hybrid Domain Representation Archive (HyDRA), copyrighted 1997-2000.
10. Architecture Analysis Dynamic Environment (ArcADE), copyrighted 2000-2002.
11. Application Specification Environment and Registration Tool (ASERT), copyrighted 2000-2002.
12. Sensible Agent Testbed, copyrighted 1998-2004.
13. Designer's Agent Creation and Analysis Tool Suite, copyrighted 2001-2005.

## RESEARCH GRANTS AND CONTRACTS:

1. "Digital Identity: Risks and Values," Center for Identity Strategic Partners, Industrial Affiliate Program, PI: K. Suzanne Barber, 9/1/23 – 8/31/26, $141,900.
2. "Information Security and Privacy," Center for Identity Strategic Research and Education Program, 9/1/23 – 8/31/28, $426,500.
3. "Identity Leadership," Identity Leadership Certificate Program, The University of Texas, 9/1/23 – 8/31/26, $57,000.
4. "Digital Identity: The Path to Digital Transformation," Microsoft, 2020-2026, $120,000.
5. "Longhorn CyberTraining: The University of Texas Naval ROTC Cybersecurity Training program," 1/15/2021 – 9/30/2022, $246,156.
6. "Digital Identity Uncovered: Learning to Generate and Evaluate Trusted Identities," General Dynamics and U.S. Army Special Operations Command, 12/1/22 – 1/31/23, $350,011. (awarded, not funded)
7. "DoD Electromagnetic and Cyber Research and Experiential Education (DECREE)," 1/1/2022 – 12/31/2023, Co-PIs: Seth Wilk, Suzanne Barber, and Art Markman, $276,517. (awarded, PIs declined contract terms)
8. "Viceroy," 1/1/2022 – 12/31/23, Co-PIs: K. Suzanne Barber, Art Markman, Seth Wilk, Northeastern, Office of Secretary of Defense (OSD) and Air Force Research Laboratory, $249,994. (awarded, PIs declined contract terms)
9. "Digital Identity: The Path to Digital Transformation," Microsoft, 2020-2025, $120,000
10. "UT CID Identity Ecosystem," Center for Identity Strategic Partners, Industrial Affiliate Program, PI: K. Suzanne Barber, 9/1/21 – 8/31/22, $50,000.
11. "Privacy Check," Center for Identity Strategic Partners, Industrial Affiliate Program, PI: K. Suzanne Barber, 9/1/21 – 8/31/22, $25,000.
12. "Identity in 5G," Experis with Verizon, 1/16/20 – 1/15/22, $835,761.
13. "UT CID Identity Ecosystem," Center for Identity Strategic Partners, Industrial Affiliate Program, PI: K. Suzanne Barber, 9/1/20 – 8/31/21, $75,000.
14. "Identity Threat Assessment and Prediction Project," Center for Identity Strategic Partners, Industrial Affiliate Program, PI: K. Suzanne Barber, 9/1/20 – 8/31/21, $75,000.
15. "Privacy Check," Center for Identity Strategic Partners, Industrial Affiliate Program, PI: K. Suzanne Barber, 9/1/20 – 8/31/21, $50,000.

16. "UT Privacy-preserving Contact Tracing App" ECE Research Seed Grant, 6/1/20 – 8/31/20, $8,125.
17. “UT CID Identity Ecosystem,” Center for Identity Strategic Partners, Industrial Affiliate Program, PI: K. Suzanne Barber, 9/1/19 – 8/31/20, $150,000.
18. “Identity Threat Assessment and Prediction Project,” Center for Identity Strategic Partners, Industrial Affiliate Program, PI: K. Suzanne Barber, 9/1/19 – 8/31/20, $100,000.
19. “Privacy Check,” Center for Identity Strategic Partners, Industrial Affiliate Program, PI: K. Suzanne Barber, 9/1/19 – 8/31/20, $110,000.
20. “Trust Filter,” Center for Identity Strategic Partners, Industrial Affiliate Program, PI: K. Suzanne Barber, 9/1/19 – 8/31/20, $176,000.
21. “Identity Leadership,” Identity Theft Resource Center, 3/1/19 – 3/31/19, $30,000.
22. “UT CID Identity Ecosystem,” Center for Identity Strategic Partners, Industrial Affiliate Program, PI: K. Suzanne Barber, 9/1/18 – 5/31/19, $100,000.
23. “Identity Threat Assessment and Prediction Project,” Center for Identity Strategic Partners, Industrial Affiliate Program, PI: K. Suzanne Barber, 9/1/18 – 5/31/19, $100,000.
24. “Privacy Check,” Center for Identity Strategic Partners, Industrial Affiliate Program, PI: K. Suzanne Barber, 9/1/18 – 8/31/19, $60,000.
25. “Trust Filter,” Center for Identity Strategic Partners, Industrial Affiliate Program, PI: K. Suzanne Barber, 9/1/17 – 8/31/18, $50,000.
26. Digital Futures, “Personas and Threats in the Identity Ecosystem – Feedback and Refinement,” PI: K. Suzanne Barber, 10/1/17 – 6/31/18, $143,815.
27. Department of Homeland Security (DHS) Office of Biometric Identity Management (OBIM), “Biometrics Opportunity Architecture: Biometrics Improving Quality of Life,” PI: K. Suzanne Barber, 9/25/2017 – 12/26/2018, $573,390.
28. TransUnion, “Consumer Biometrics,” 12/1/15 – 5/31/17, $75,000.
29. Defense Threat Reduction Agency (DTRA), “Surety BioEvent App,” PI: K. Suzanne Barber, Co-PIs: Lauren Meyers and Andy Ellington, 5/1/14 - 4/30/17, $2,771,939. (KSB Portion: $1,441,408)
30. Island Financial, “Identity Values and Liabilities,” 11/1/2015 – 12/31/15, $20,000.
31. TransUnion, “Consumer Biometrics,” 12/1/15 – 5/31/17, $75,000.
32. MorphoTrust and National Institute of Standards and Technology (NIST), “Level of Assurance Evaluation,” PI: K. Suzanne Barber, 10/1/14 – 2/28/15, $66,351
33. State of Texas, “Trust Online: Identity Security & Privacy for Citizens & Businesses,” PI: K. Suzanne Barber, 9/1/13 – 8/31/15, $5M.
34. National Science Foundation (NSF), “IGERT: Sustainable Grid Integration of Distributed and Renewable Resources, National Science Foundation,” Co-PIs: Ross Baldick, Tom Edgar, Alexis Kwasinski, Michael Weber, 7/1/10 – 6/30/15, $1,227,203.
35. National Science Foundation (NSF), “Sustainable Grid Integration of Distributed and Renewable Resources,” Co-PIs: Ross Baldick, Tom Edgar, Alexis Kwasinski, Michael Weber, 7/01/10 - 06/30/15, $630,806.
36. “Systems Engineering for Test Evaluation Assessments,” U.S. Army Operational Test Command, $100,000, 6/1/13 – 5/31/14.
37. “IGERT: Sustainable Grid Integration of Distributed and Renewable Resources,” National Science Foundation, PIs: Ross Baldick, K. Suzanne Barber, Tom Edgar, Alexis Kwasinski, Michael Weber, $3,129,768, 7/1/10 – 6/30/15.
38. IBM, “Identity Analytics and Visualization,” 5/1/12 – 8/31/12, $48,000.
39. Department of Homeland Security (DHS), “Sensor and Social Networks Armed to Detect and Defend against Terrorist Attacks,” PI: K. Suzanne Barber, 9/1/09 – 11/30/09, $40,000.
40. Naval Undersea Warfare Center, “Wargaming and Investigations for Identifying Distributed Networking Technologies for Unmanned Distributed Networked Systems,” PI: K. Suzanne Barber, 10/1/09 – 9/30/09, $80,000.
41. DARPA, Building Problem Solving Teams for Dynamic Human and Agent Collaboration, 9/1/08 – 10/31/10, $189,000.
42. Cougaar Software, “Intelligent Expert Finding and Team Building,” 1/5/07 – 12/15/07, $50,000.
43. Lockheed Martin, “ConX: Getting Answers on Demand,” 8/1/07 – 1/31/08, $150,000.

44. Office of Naval Research, “Rational Explanation of Beliefs, Intentions, and Threats (REBIT) Tool for Maritime Domain Awareness,” 1/16/06 – 1/15/08, $627,736.
45. Office of Naval Research, “Support for Predicting Improvised Explosive Device Attacks (SPIED),” 8/15/05 – 9/30/08, $900,000.
46. Defense Advanced Research Projects Agency (DARPA), “Multi-Scale Behavioral Modeling and Analysis Promoting a Fundamental Understanding of Agent-based System Design and Operation,” 6/1/00 – 9/30/06, Co-PIs: Luis Carpinella, Irene Gamba, Ari Arapostathis, $1,597,288.
47. U.S. Army University XXI Program, “Sensible Agents for C3 Driver,” 12/1/03 – 9/30/05, $200,000.
48. U.S. Congress, “Systems Engineering and Distributed Agent-based Planning” National Consortium for Biological/Chemical Countermeasures administered through Institute of Advanced Technologies (IAT), Co-Investigators: Steve Kornguth (IAT), Gordon Boezer (Institute of Defense Analysis), Jim Chambers (UT-San Antonio), Andy Ellington (UT-Austin), George Georgiou (UT-Austin), Adam Heller (UT-Austin), Stephen Johnston (UT-Southwest Medical); Shelley Payne (UT-Austin), Michael Mastrangelo (BioD Communications), Dennis Perrotta (Texas Department of Health); Bob Shope (UT-Medical Branch), Eric Anslyn (UT-Austin), John McDevitt (UT-Austin), Mehmet Erengil (IAT), David Eaton (UT-Austin), Jerry Davis (UT-Center for Strategic Analysis), Steve Collier (State of Texas, Office of Emergency Management), 6/1/04 – 10/30/05, $82,000, (Barber Portion), Total Program Amount: $1,150,000.
49. Visitech and Defense Modeling and Simulation Office (DMSO), “Sensible Agents for Composable Simulations,” 4/29/03 – 4/19/04, $75,000.
50. ScenPro, Inc. and Air Force Research Laboratories, “Biological/Chemical Incident Response Monitor,” 6/1/02 - 5/31/04, $167,479.
51. IAT and U.S. Congress, “Information Systems for Distributed Chem-Bio Incident Response,” 1/1/03 – 12/31/03, $120,000 (Barber portion), Multi-University, Multi-PI grant totaling $3.5 M.
52. Defense Advanced Research Projects Agency (DARPA) and Army Research Laboratory (ARL), “Agents Augmenting Human Cognition for Measured Improved Performance, 3/1/02 – 09/30/04, $200,000.
53. Schlumberger, “Management and Analysis of Software Engineering Artifacts to Promote Collaboration and Reuse,” 7/1/01 – 8/30/06, $60,000.
54. Defense Advanced Research Projects Agency (DARPA), “Distributed Sensible Agents Supporting Human-Information System Interaction: Dynamic Adaptive Autonomy For Responsive Decision-making,” 1/1/00-5/17/03, $300,000.
55. Defense Advanced Research Projects Agency (DARPA and National Cancer Institute), “Distributed Sensible Agents Supporting Human–Information System Interaction: Dynamic Adaptive Autonomy For Responsive Decision-making,” 2/1/99 - 5/17/03, $1,752,131.
56. Texas Higher Education Coordinating Board Advanced Technology Program, “Dynamic Configuration of Agent-based Decision-Making Systems for Manufacturing Enterprises,” 1/1/00 – 12/31/01, $134,396. (Industry and Government Collaborators include: Harvard Manufacturing, MITRE, BBN/GTE Technologies, $IC^2$, Applied Research Laboratories, and Naval Surface Warfare Center)
57. U.S. Congress, “Agent Systems: Review and Projections,” University 21 Program administered through Institute of Advanced Technologies (IAT), Co-Investigators: Aubrey White (Institute of Advanced Technologies at UT-Austin), Bruce Porter (CS Department) at UT-Austin, Jim Wall (Texas A&M University) and John Stawasz (Applied Research Laboratories), 9/1/00 – 5/1/01, $50,000, (Barber Portion), Total Program Amount: $1,150,000.
58. U.S. Congress, “Information Systems for Distributed Chem-Bio Incident Response,” National Consortium for Biological/Chemical Countermeasures administered through Institute of Advanced Technologies (IAT), Co-Investigators: Steve Kornguth (IAT), Gordon Boezer (Institute of Defense Analysis), Jim Chambers (UT-San Antonio), Andy Ellington (UT-Austin), George Georgiou (UT-Austin), Adam Heller (UT-Austin), Stephen Johnston (Southwest Medical), Shelley Payne (UT-Austin); Michael Mastrangelo (Texas Department of Health), Dennis Perrotta (Texas Department of Health), Bob Shope (UT-Medical Branch); Ellen Wartella (UT-Austin), Eric Anslyn (UT-Austin), John McDevitt (UT-Austin), Mehmet Erengil (IAT), David Eaton (UT-Austin), Jerry Davis (UT-Center for Strategic Analysis), Steve Collier (State of Texas, Office of Emergency Management), 2/1/00 – 5/30/01, $120,551 (Barber Portion), Total Program Amount: $5M.
59. Defense Modeling and Simulation Office (DMSO), “System Engineering for Advanced, Distributed Simulation Environments,” 4/1/00 – 9/30/00, $60,000.
60. U.S. Congress, “Distributed Decision-Making in the Digital Battlefield,” University 21 Program administered through Institute of Advanced Technologies (IAT), Co-Investigators: Aubrey White (Institute of Advanced Technologies at UT-

Austin), Bruce Porter (CS Department) at UT-Austin, Jim Wall (Texas A&M University) and John Stawasz (Applied Research Laboratories), 9/1/99 – 3/1/00, $50,000 (Barber Portion), Total Program Amount: $924,000.

61. ScenPro, Inc. and Rome Laboratories, “Biological/Chemical Incident Response Monitor,” Co-Investigators from Prime Contractor, ScenPro: Mark Swenholt and Lisa Mantock, 8/1/99 – 7/31/00, $30,797 (Barber Portion), Total Program Amount: $100,000.
62. BBN Technologies/GTE and DARPA, “Architectures and System Configuration Evaluations of the Air Operations Enterprise Model,” Co-Investigators from Prime Contractor, BBN Technologies: Marty Brown, 9/15/99 – 1/31/01, $871,793 (Barber Portion), Total Program Amount: $5.3M.
63. Naval Surface Warfare Center, “Sensible Agents for Naval Command and Control,” 11/1/99 – 5/1/00, $170,000.
64. Army Research Laboratory, “Battlefield Digitization,” 8/1/99 – 12/1/99, $50,000.
65. Defense Advanced Research Projects Agency (DARPA and National Cancer Institute), “Distributed Sensible Agents Supporting Human-Information System Interaction: Dynamic Adaptive Autonomy For Responsive Decision-making,” 2/1/99 – 7/31/00, $910,000.
66. Allied Signal, “Software Engineering: Problems and Solutions,” 4/15/98 – 8/31/00, $10,000.
67. Applied Research Laboratory, “Java-based Simulation Frameworks,” 1/15/98 – 5/31/98, $50,000.
68. Defense Modeling and Simulation Office and Applied Research Laboratory, “Evaluation of Conceptual Modeling and Simulation Tool,” 12/10/97 – 8/31/98, $100,000.
69. Defense Advanced Research Projects Agency (DARPA), “Knowledge Engineering Assistance and System Configuration Evaluation for the Protocol-driven Health Care Domains, 5/1/98 – 9/30/98, $160,519.
70. Lockheed Martin, “Sensible Agent Planning for Conceptual Design Trade Studies,” 2/1/98 – 5/31/98, $50,000.
71. Texas Higher Education Coordinating Board Advanced Technology Program, “Adapting the Autonomy of Sensible Agents: Coordinated Systems Operating in Complex, Dynamic Environments,” 1/1/97 – 8/31/00, $300,000. (Industry and Government Collaborators include: Lockheed Martin, Eastman Kodak, $IC^2$, Applied Research Laboratories, and Naval Surface Warfare Center).
72. Defense Advanced Research Projects Agency (DARPA), “The Requirements and Integration Verification Tool (RIVT) Targeting Emergency Medical Care Applications,” 9/1/97 – 12/31/97, $99,959.
73. Defense Advanced Research Projects Agency (DARPA), “Intelligent Agent Research & Development for Collaboration in Virtual Worlds used in Training: An Architecture to Support Varying Levels of Autonomy,” 7/15/97–8/31/97, $49,991
74. Defense Advanced Research Projects Agency (DARPA), “Sensible Agent Research & Development in Support of Computer-Aided Education and Training Initiative Testbed Demonstrations,” 3/10/97 – 3/31/97, $52,500.
75. Sloan Foundation, “Construction 21st Century,” Co Investigators: Richard L. Tucker, Jim T. O’Connor, Carl T. Haas, Jonathan F. Bard, Richard F. Brose, Alison Davis-Blake, G. Edward Gibson, J.G. Voeller, 1/15/97 – 12/31/99, $250,000 (Barber portion), Total Amount Awarded $1,980,000.
76. Science Applications International Corporation (SAIC), “Tools and Technology for Affordable Multi-Missile Manufacturing,” 11/22/96 – 3/31/98, $235,536.
77. Texas Higher Education Coordinating Board Advanced Technology Program, “Controlling the Autonomy of Sensible Agents in Manufacturing Environments,” Co-Investigator from UT-Arlington: Karan Harbison, 1/1/96 – 12/31/97, $169,400 (Barber Portion), Total Program Award: $294,400. (Industry and Government Collaborators include: Texas Instruments, Eastman Kodak, Tracor, Reveille Technology, IBM, and Naval Surface Warfare Center).
78. Naval Surface Warfare Center, “Simulation-based Design of Combat Systems,” 8/15/95 – 2/1/97, $463,437 (Total Amount Received to Date: $71,200).
79. Office of Naval Research, “Dynamic Adaptive Autonomy for Multi-Agent Systems,” 12/1/95 – 12/31/97, $130,000.
80. L.L. and Ethel Dean Grants for Undergraduate Research, “A Visualization and Tracking System for a Virtual Decision Environment,” 5/1/95 – 5/31/96, $1,000.
81. National Science Foundation (NSF), “Engineering Research Equipment: Virtual Decision Environment,” 3/1/95 – 2/29/96, $30,100.
82. National Science Foundation (NSF), “The Stability of Autonomous Agents in Dynamic, Complex Manufacturing Environments,” 6/1/94 – 5/31/96, $49,999.
83. Texas Higher Education Coordinating Board Advanced Technology Research, “Sensible Agents for Planning and Control in Dynamic Manufacturing Environments,” Co-Investigator from UT-Arlington: Karan Harbison, 1/1/94 – 8/31/96, $171,537 (Barber Portion), Total Program Award: $300,000. (Industry and Government Collaborators include: Techsus

Medical Systems, National Center for Manufacturing Sciences, Quality Management Consortia, ScenPro, CTA, U.S. Air Force Wright-Patterson)

84. Texas Higher Education Coordinating Board Advanced Technology Development, “Multi-Tool Integration Kernel for Component-based Architecture Development,” Co-Investigator from UT-Arlington: Karan Harbison, 1/1/94 – 8/31/96, $124,888 (Barber Portion), Total Program Award: $300,000. (Industry and Government Collaborators include: National Center for Manufacturing Sciences, IBM, Sarcos Research Corp., Texas Instruments, General Motors, Quality Management Consortia, U.S. Air Force Wright-Patterson)
85. Vera Simons, “Virtual Reality for Intelligent Systems,” 6/9/93 – 6/8/96, $3,400.
86. Texas Higher Education Coordinating Board Advanced Technology Research, Supplement to “Sensible Agents for Planning and Control in Dynamic Manufacturing Environments” grant to support minority undergraduate student , 11/1/94 – 5/1/95, $5,000.
87. General Motors Foundation, “Intelligent Control,” 11/1/93 – 10/31/95, $20,000.
88. Intel, Development of Virtual Environments, One Pentium-based computer system, Fall 1995, $2,000.
89. Project QUEST “An Intuitive Interface for the Manipulation and Control of Virtual Environments,” One Macintosh 6100 and Laser Printer, Spring 1995, $3,000.
90. IBM Equipment Grant, “Intelligent Product Life Cycle Workbench (PLCW),” PowerPC workstation, 1994, $4,000.
91. Fluor Daniels, Inc., “Virtual Environments,” 10/1/93 – 9/30/94, $4,000.
92. Naval Surface Warfare Center, “The Identification of Research and Technology Appropriate to Naval Combat Systems,” 6/1/93 – 7/31/93, $2,455.
93. National Center for Manufacturing Sciences, “Intelligent Process Planning for Manufacturing Systems,” 5/29/93 – 8/31/93, $9,950.
94. The University Research Institute, “Fuzzy, Agent-based Resource Specification Incorporating Product and Process Knowledge for a Manufacturing Facility” 6/1/93 – 7/31/93, $12,556.
95. Martin Marietta, Inc., “Express Schema Development of the Information Base for Next Generation Controller Program,” Co-Investigator: K.A. Harbison-Briggs, 8/1/91–1/15/92, $16,500.
96. Martin Marietta, Inc., “Specification for the Information Base for the Next Generation Controller Program,” Co-Investigator: K.A. Harbison-Briggs, 8/1/91 – 1/15/92, $175,000.
97. Martin Marietta, Inc., “Requirements Analysis and Specification for the Information Base for the Next Generation Controller Program,” Co-Investigator: K.A. Harbison-Briggs, 2/7/91 – 2/10/92, $46,000.
98. Martin Marietta, Inc., “Evaluation, Testing, and Compliance for Platform Services in the Open Architecture for the Next Generation Controller Program,” Co-Investigators: K.A. Harbison-Briggs and J.C.M. Tiernan, 1/5/91 – 3/30/91, $60,000.
99. Automation and Robotics Research Institute (ARRI), “Product Data Driven Controller (PDDC),” 12/1/88 – 12/1/91, $150,000.

## ADMINISTRATIVE AND COMMITTEE SERVICE:

### Department Committees

- ECE Digital Trust Planning, 2024 – present.
- ECE Strategic Planning Committee, 2022 – present.
- ECE Inclusive Access, Representation, and Participation Visioning Committee, 2022 - present
- ECE Awards Committee, September 2021 – present.
- ECE Community Well-being and Support, Co-Chair, 2020 – present.
- Software Engineering Graduate Students Admissions Committee, 2004 – present.
- Software Engineering Prequalifying Committee, 2010 – present.
- Electrical and Computer Engineering, Faculty Advisor, September 1992 – present.
- ECE Peer Review Committee, 2021 – 2024.
- ECE Diversity, Equity and Inclusion Committee, 2020 – 2023.
- ECE Jr. Faculty Hiring Committee, 2022 – 2023.

- ECE Committee for Resolution for Baxter Womack, 2022 – 2023.
- ECE Partner Program, Faculty Mentor, 2021 – 2023.
- ECE Promotion & Tenure Committee, 2021 - 2022.
- Senior Faculty Search Committee, September 2016 – August 2017.
- Faculty Evaluation Committee, September 2015 – August 2016.
- Faculty Advisor, Software Engineering Executive M.S. (Option III) Degree Program, September 2002 – August 2015.
- ECE Faculty Hiring Committee, 2012-2013.
- Department Faculty Evaluation Committee, Fall 2011.
- Software Engineering Faculty Recruiting Committee, September 2007 – 2011
- ECE Graduate Student Recruiting Committee, 1992 – 2010.
- Software Engineering Area Committee, Chair, 2005 – 2010.
- Departmental Faculty Strategic Hiring Committee, Fall 2004 – 2009.
- Software Engineering Undergraduate Curriculum Committee, Chair, 2002 – 2008.
- Management and Production Course Area Committee, 1992 – 2005.
- Control Systems Area Committee, 1993 – 2004.
- Industry Liaison Committee, 1993 – 2004
- Minority Student Committee, 1992 – 2004.
- Freshman Course Area Committee, Chair: Spring 1997 – Fall 1998; member: Fall 1998-2003.
- Software Engineering Lecture Series, Organizing Committee, Summer-Fall 1998; Summer 1999 – Spring 1999.
- ENS Renovations Committee, Fall 1997 – Fall 1999.
- ECE Chair Search Committee, Spring 1997.
- Adhoc Committee to Review the Undergraduate Curriculum, 1994 – 1995.
- Software Design and Development (M.S. curriculum development), joint committee with Computer Sciences, 1993–1994.
- Circuits and Systems Course Area Committee, 1992 – 1994.

## School of Engineering Committees

- Diversity, Equity and Inclusion Committee, 2020 – 2023.
- Cultural Awareness Committee, Faculty Chair, 2020 - 2022.
- Engineering Equal Opportunity Advisory Committee, 2011 – 2016.
- Schlumberger Center of Excellence Team, 2001 – 2012.
- Hocott Award Committee, 1996, 1999, 2002, 2006, 2007, 2008.
- Women in Engineering Program Steering Committee, 1995 – Fall 2005.
- Manufacturing Steering Committee, 1994 – 2002.
- Review Committee for the Executive Software Engineering Program, Spring 1999.
- Ad Hoc Committee for Center in Manufacturing, August 1996 – 1999.
- Systems and Software Engineering Institute, Chairperson of the Board, August 1996 – September 1999.
- Consultative Committee for Director-Manufacturing Systems Engineering, June 1996 – 1998.
- Systems and Software Engineering Institute, Board Chair (1996 – present) and Program Committee (1995 –1999).

## University Committees

- Extended Campus Media and Marketing committee, 2023 – present.
- Academic Technology Council, ECE Faculty Liaison, 2021 – present.
- Texas Well-being and SHIFT Faculty member, 2020 – present.

- Global Internet, Media, and (Dis)Information cluster hire committee, 2020 – present.
- M.S. degree program in Information Security and Privacy, Admissions Committee Chair, September 2015 – present.
- M.S. degree program in Information Security and Privacy, Graduate Studies Committee, September 2015 – present.
- M.S. Degree Program in Information Security and Privacy, Graduate Advisor, 2015 – present.
- Child Identity Protection Task Force, Center for Identity, Spring 2012 – 2016.
- Department Chair and Center Director Leadership Working Group, Spring 2005.
- Curricular initiative for Information Technology, Academic Year 2000-2001.
- Consultative Committee for Selection of The University of Texas VP-Research, September 1998 – May 1999.
- Ad-Hoc Search Committee for Information Technology Division Director, Applied Research Labs, April –May 1998.
- Intellectual Property Rights Committee, 1997 – 2000.
- Committee for the Support and Advancement of Women, Advisory Committee to the President, Fall 1997 – 2000.
- Research Infrastructure Enhancement Committee (RISE), 1995 – 2001.
- Women Leading Technology, Steering Committee, 1996 – 2001.
- Parking and Traffic Committee, 1997 – 1999.
- Committee on The University of Texas Core Values and Purpose, 1996 – 1997.

## Government Committees

- Department of Homeland Security (DHS), Biometric Working Group, 2025 – present.
- Department of Homeland Security (DHS) Data Privacy and Integrity Advisory Committee, Subcommittee on Biometric Technology and Policy serving DHS Secretary, 2017 – 2019.
- Department of Homeland Security (DHS) Data Privacy and Integrity Advisory Committee serving the Secretary of Homeland Security, June 2012 – December 2019.
- National Aviation Intelligence Integration Office, Insider Threat Advisory Committee, 2016 – 2019.
- Information Security Workforce Development Committee, commissioned by Department of Information Resources, State of Texas, 2013 – 2016.
- Army Science Board, September 2005 – 2016.
- Texas First Responder Advisory Committee (FRAC), September 2011 – 2016.
- U.S. Information Sharing Environment (http://ise.gov/), August 2011 – 2016.
- Texas Homeland Security IT Subcommittee on Identity, May 2011 – 2016.
- ANSI, Protected Health Information (PHI) Advisory Committee, April 2011 – September 2012.
- Institute of Defense Analysis Advisors and Consultants, September 2004 – August 2012.
- M.S. degree program in Information Security and Privacy, Admissions Committee Chair, September 2015 – present.
- DARPA Intelligent Processing Technology Office Working Group, 2005 – 2006.
- Defense Science Study Group, DARPA and Institute of Defense Analysis (IDA), 2002 –2003.
- Engineering for Design and Manufacturing Panel, Review of National Science and Technology Board Manufacturing Infrastructure Subcommittee directions, September 1994 – 2000.
- National Research Council, Site Visitor and Review Panelist, June 1994 –September 2002.
- Texas Higher Education Coordinating Board Advanced Research Program and Advanced Technology Program, Panel member reviewing ATP program, December 8, 1994.
- Computer Science and Telecommunications Board, Manufacturing Studies Board, National Research Council, March 1994 – September 1994.
- Intelligent Product Processing Initiative (IPPI) sponsored by U.S. Air Force, Technical Review Board, 1994 – 1995.
- Next Generation Controller (NGC) Program sponsored by the U.S. Air Force and National Center for Manufacturing Sciences, Technical Review Board, September 1990 to August 1994.
- Air Force Wright Laboratory Intelligent Machining Workstation (IMW) Program, Industrial Review Board, 1988 –1989.

**Conference Committees**

- International Conference on Intelligent Systems and Applications (INTELLI 2025), March 9-13, 2025 in Lisbon, Portugal, Technical Committee Member.
- ACM Knowledge Discovery and Data-mining (KDD), August 3 – 7, 2025, Toronto, ON, Canada, Program Committee.
- International Conference on Intelligent Systems and Applications (INTELLI), March 10 - 14, 2024 in Athens, Greece, Technical Committee Member.
- International Conference on Intelligent Systems and Applications (INTELLI), March 13-17, 2023, Barcelona, Spain, Program Committee.
- International Conference on Intelligent Systems and Applications (INTELLI), May 22-26, 2022, Venice, Italy Program Committee.
- International Conference on Intelligent Systems and Applications (INTELLI), July 18-22, 2021, Nice, France Program Committee.
- International Workshop on Trust in Agent Societies, International Conference on Autonomous Agents and Multiagent Systems, May 3-7, 202, London, UK, Program Committee.
- International Conference on Agents and Artificial Intelligence (ICAART), February 2-4, 2021, Online, Program Committee.
- International Conference on Intelligent Systems and Applications (INTELLI 2020), June 28 - July 02, 2020, Athens, Greece, Program Committee.
- International Conference on Agents and Artificial Intelligence (ICAART), February 22-24, 2020, Valleta, Malta, Program Committee.
- International Conference on Agents and Artificial Intelligence (ICAART), February 19-21, 2019, Prague, Czech Republic, Program Committee.
- International Conference on Industrial, Engineering & Other Applications of Applied Intelligent Systems, July 9-11, 2019, Graz, Austria, Program Committee.
- International Conference on Intelligent Systems and Applications (INTELLI 2019), June 30 - July 04, 2019, Rome, Italy, Technical Review Committee.
- Artificial Intelligence International Conference, November 21-23, 2018, Barcelona, Spain. Review Committee.
- International Conference on Agents and Artificial Intelligence (INTELLI 2018), June 24 - 28, 2018, Venice, Italy, Technical Review Committee.
- International Conference on Agents and Artificial Intelligence (ICAART), January 16-18, 2018, Funchal-Madeira, Portugal, International Program Committee.
- International Conference on Agents and Artificial Intelligence (ICAART), February 24-26, 2017, Porto, Portugal, International Program Committee.
- International Conference on Industrial, Engineering & Other Applications of Applied Intelligent System, June 27-30, 2017, Arras, France, Program Committee.
- IEEE International Conference on Privacy, Security and Trust (PST), December 12-14, 2016, Auckland, New Zealand, International Program Committee.
- Global Identity Summit, September 19-24, 2016, Program Planning Committee.
- Global Identity Summit STEM Showcase, September 19-24, 2016, Organizing Committee, Chair.
- International Conference on Industrial, Engineering & Other Applications of Applied Intelligent System, August 2-4, 2016, Morioka, Japan, Program Committee.
- AAAI Conference on Artificial Intelligence (AAAI), 5th AAAI Workshop on Incentives and Trust in E-Communities (WIT-EC) 2016, February 12–17 2016, Phoenix, Arizona, International Program Committee.
- International Conference on Agents and Artificial Intelligence (ICAART), February 24-26, 2016, Rome Italy, International Program Committee.
- Global Identity Summit, September 14-16, 2015, Tampa, FL, Planning Committee.
- 28th International Conference on Industrial, Engineering & Other Applications of Applied Intelligent System, June 10-12, 2015, Seoul, Korea, Program Committee.
- 4th Workshop on Incentive and Trust in Electronic Communities, 29th AAAI Conference on Artificial Intelligence (AAAI), January 25–29, 2015, Austin Texas, Program Committee.

- International Conference on Agents and Artificial Intelligence (ICAART), January 10-12, 2015, Lisbon, Portugal, International Program Committee.
- IEEE/WIC/ACM International Conference on Intelligent Agent Technology (IAT'14), August 11-14, 2014, Warsaw, Poland, Program Committee.
- ID360: Global Forum on Identity, April 9-10, 2014, Austin, TX, Chair, Organizing Committee.
- International Conference on Agents and Artificial Intelligence (ICAART), March 6-8, 2014, Angers, France, International Program Committee.
- International Conference on Industrial, Engineering & Other Applications of Applied Intelligent Systems, June 17-21, 2013, The Netherlands, Program Committee.
- ID360: Global Forum on Identity, April 30 and May 1, 2013, Austin, TX, Chair, Organizing Committee.
- Trust Workshop, International Conference on Autonomous Agents and Multiagent Systems (AAMAS-2013), May 7, 2013, Minneapolis, MN, Organizing Committee.
- ID360: Global Forum on Identity, April 23-24, 2012, Austin, TX, Chair, Organizing Committee.
- Trust Workshop, International Joint Conference on Autonomous Agents & Multi-Agent Systems (AAMAS), June 4-8, 2012, Valencia, Spain, Organizing Committee.
- International Joint Conference on Autonomous Agents & Multi-Agent Systems (AAMAS), June 4-8, 2012, Valencia, Spain, Program Committee.
- International Conference on Agents and Artificial Intelligence, February 6-8, 2011, Vilamoura - Algarve, Portugal, Program Committee.
- International Joint Conference on Autonomous Agents & Multi-Agent Systems (AAMAS 2011), Trust in Agent Societies Workshop, May 2, 2011, Taipei, Taiwan, Program Committee.
- International Joint Conference on Autonomous Agents & Multi-Agent Systems (AAMAS 2010), May 10, 2010, Toronto, Canada, Program Committee.
- Co-organizer and Program Committee, “Reputation and Trust Workshop, International Joint Conference on Autonomous Agents & Multi-Agent Systems (AAMAS 2010), Toronto, Canada, May 10, 2010, Program Committee.
- International Conference on Agents and Artificial Intelligence, Valencia, Spain, January 22-24, 2010, Program Committee.
- Third International Workshop on Massively Multi-Agent Systems: Models, Methods and Tools (MMAS’09), Budapest, Hungary, May 11 2009, Program Committee.
- Trust in Agent Societies Workshop, Autonomous Agents & Multi-Agent Systems (AAMAS 2009), Budapest, Hungary, May 11 2009, Co-organizer and Program Committee.
- International Joint Conference on Autonomous Agents & Multi-Agent Systems (AAMAS 2007), Lisbon, Portugal, Program Committee.
- Trust, Fraud and Deception Workshop, International Joint Conference on Autonomous Agents & Multi-Agent Systems Honolulu, Hawaii; 2007, Co-Organizer and Program Committee.
- IEEE/WIC/ACM International Joint Conference on Web Intelligence and Intelligent Agent Technology, (WI/IAT 2006), Hong Kong, China, December 2006, Program Committee.
- Programming Multi-Agent Systems (ProMAS), International Joint Conference on Autonomous Agents & Multi-Agent Systems, Hakodate, Japan, May 8-12, 2006, Program Committee.
- Defense Applications and Multi-Agent Systems Workshop, International Joint Conference on Autonomous Agents & Multi-Agent Systems, Hakodate, Japan, May 8-12, 2006, Program Committee.
- Trust, Fraud and Deception Workshop, International Joint Conference on Autonomous Agents & Multi-Agent Systems Hakodate, Japan, May 8-12, 2006, Co-Organizer and Program Committee.
- International Joint Conference on Autonomous Agents & Multi-Agent Systems (AAMAS 2006), Hakodate, Japan; May 8-12, 2006, Program Committee.
- IEEE Symposium on Multi-Agent Security and Survivability (MAS&S), Philadelphia, PA, August 30-31, 2005, Co-Chair.
- IEEE/WIC/ACM International Joint Conference on Web Intelligence and Intelligent Agent Technology Intelligent Agent Technology, (WI/IAT 2005), Compiègne University of Technology, France, September 19-22, 2005, Program Committee.
- Defense Applications and Multi-Agent Systems Workshop, International Joint Conference on Autonomous Agents & Multi-Agent Systems (AAMAS 2005), Utrecht, the Netherlands, July 25-29, 2005, Program Committee.

- Trust, Fraud and Deception Workshop, International Joint Conference on Autonomous Agents & Multi-Agent Systems (AAMAS 2005), Utrecht, the Netherlands, July 25-29, 2005, Co-Organizer and Program Committee.
- International Joint Conference on Autonomous Agents & Multi-Agent Systems (AAMAS 2005), Utrecht, the Netherlands, July 25-29, 2005, Program Committee.
- IEEE Symposium on Multi-Agent Security and Survivability (MAS&S), Philadelphia, PA, August 30-31, 2004, Program Committee.
- IEEE/WIC/ACM International Conference on Intelligent Agent Technology (IAT 2004), Beijing, China, September 20-24, 2004, Program Committee.
- Workshop on Trust, Privacy, Deception and Fraud in Agent Societies, International Joint Conference on Autonomous Agents & Multi-Agent Systems (AAMAS 2004), New York City, New York, July 2004, Co-Organizer.
- Workshop on Multiagent Planning and Scheduling, International Conference on Automated Planning and Scheduling, Monterey, CA, June 6, 2005, Program Committee.
- International Joint Conference on Artificial Intelligence (IJCAI 2003), Acapulco, Mexico, July 2003, Program Committee.
- International Joint Conference on Autonomous Agents & Multi-Agent Systems (AAMAS 2003), Melbourne, Australia, July 2003, Program Committee.
- Workshop on Autonomy, Delegation, and Control: From Inter-agent to Organizations and Institutions, International Joint Conference on Autonomous Agents & Multi-Agent Systems (AAMAS 2003), Melbourne, Australia, July 2003, Program Committee.
- International Workshop on Computational Autonomy (AUTONOMY 2003), Melbourne, Australia, July 2003, Program Committee.
- Workshop on Resource, Role, and Task Allocation in Multi-Agent Systems, International Joint Conference on Autonomous Agents & Multi-Agent Systems (AAMAS 2003), Melbourne, Australia, July 2003, Program Committee.
- Workshop on Trust, Privacy, Deception and Fraud in Agent Societies, International Joint Conference on Autonomous Agents & Multi-Agent Systems (AAMAS 2003), Melbourne, Australia, July 2003, Program Committee.
- RoboCup 2002 Conference, Fukuoka, Japan and Busan, South Korea, together with the RoboCup soccer and rescue competitions, June 19-25, 2002, International Program Committee.
- International Workshop on Agents in Design (WAID2002), MIT, Cambridge, August 28-30 2002, Program Committee.
- Eighteenth National Conference on Artificial Intelligence (AAAI-2002), Workshop on Autonomy, Delegation, and Control: From Inter-agent to Groups, Edmonton, Alberta, Canada, July 28, 2002, Program Committee.
- International Joint Conference on Autonomous Agents & Multi-Agent Systems (AAMAS 2002), Workshop on Toward an Application Science: MAS Problem Spaces and Their Implications, Bologna, Italy from July 15 - 19, 2002, Organizing Committee.
- International Joint Conference on Autonomous Agents & Multi-Agent Systems (AAMAS 2002), Workshop on Deception, Fraud and Trust in Agent Societies, Bologna, Italy from July 15 - 19, 2002, Organizing Committee.
- International Joint Conference on Autonomous Agents & Multi-Agent Systems - AAMAS 2002 (formerly AGENTS and ICMAS), Bologna, Italy from July 15 - 19, 2002, Program Committee.
- International Joint Conference on Artificial Intelligence (IJCAI 2001), Workshop on Artificial Intelligence and Manufacturing: New AI Paradigms for Manufacturing, Seattle, WA, August 5, 2001, Organizing Committee.
- International Joint Conference on Artificial Intelligence (IJCAI 2001), Autonomy, Delegation, and Control Workshop, Seattle, WA, August 2001, Program Committee.
- Second Asia-Pacific Conference on Intelligent Agent Technology (IAT'2001), Maebashi City, Japan, October 23-26, 2001, Program Committee.
- International Workshop on Agent Theories, Architectures, and Languages (ATAL-01), Seattle, WA, August 1-3, 2001, Program Committee.
- International Workshop for Fraud, Deception and Trust in Agent Societies, Autonomous Agents 2001, May 28, 2001, Montreal, Canada, Organizing Committee and Program Committee.
- International Conference on Autonomous Agents 2001, May 28-June 1, 2001, Montreal, Canada, Program Committee.
- International Workshop on Autonomy Oriented Computation (AOC), May 28, 2001, Montreal, Canada, Organizing Committee and Program Committee.

- International Workshop on Infrastructure for Agents, MAS, and Scalable Multi-Agent Systems, Autonomous Agents 2001, May 28, 2001, Montreal, Canada, Organizing Committee and Program Committee.
- The Fourteenth International Conference on Florida Artificial Intelligence Research Symposium (FLAIRS'01), Key West, FL., May 20–23, 2001, Program Committee.
- The Eleventh IFIP/IEEE International Workshop on Distributed Systems: Operations & Management (DSOM 2000), December 2000, Technical Program Committee and Session Chair.
- The Sixth International Conference on Intelligent Autonomous, Special Track for Multi-Agent Architectures for Intelligent Automation, Venice, Italy, July 25–27, 2000, Organizing Co-Chair.
- Pacific Rim International Conference on Artificial Intelligence (PRICAI), Workshop on Teams with Adjustable Autonomy, Melbourne, Australia, August 28–29, 2000, Organizing Committee.
- The Seventeenth National Conference on Artificial Intelligence (AAAI–2000), Intelligent Systems Demonstrations, Austin, TX., July 30 – August 3, 2000, Organizing Committee.
- The Fourth International Conference on Autonomous Agents (Agents 2000), Infrastructure for Research-Grade MAS Construction Workshop, Barcelona, Catalonia, Spain, June 3 – 7, 2000, Organizing Committee.
- The Twelfth International Conference on Software Engineering and Knowledge Engineering (SEKE2000), Chicago, IL, July 6–8, 2000, Program Committee.
- The Seventh International Workshop on Agent Theories, Architectures, and Languages (ATAL-2000), Boston, MA., July 7–9, 2000, Program Committee.
- The Fourth International Conference on Multi-Agent Systems, Infrastructure for Research-Grade MAS Construction Workshop, July 7–12, 2000, Boston MA., USA, Organizing Committee.
- The Fourth International Conference on Autonomous Agents (Agents 2000), Barcelona, Catalonia, Spain, June 3 – 7, 2000, Program Committee.
- The Twenty-Second International Conference on Software Engineering (ICSE), Intelligent Software Engineering (ISE3) Workshop, Limerick, Ireland, June 4–11, 2000, Organizing Committee.
- The Thirteenth International Conference on Florida Artificial Intelligence Research Symposium (FLAIRS'00), Orlando, FL., May 2000, Program Committee.
- The Twelfth International Conference on Industrial and Engineering Applications of Artificial Intelligence and Expert Systems (IEA/AIE99), Workshop on Intelligent Agents for Electronic Commerce, May 31 – June 3, 1999, Cairo, Egypt, Program Committee.
- The Twelfth Workshop on Knowledge Acquisition, Modeling and Management, KA for Requirements Engineering Track, October 16-21, 1999, Co-Chair.
- The Twelfth International Conference on Florida Artificial Intelligence Research Symposium (FLAIRS'99), Orlando, FL., May 1–5, 1999, Program Committee.
- ISADS99, The Fourth International Symposium on Autonomous Decentralized Systems, Emergent Approach session, Tokyo, Japan, March 21–23, 1999, Session Chair.
- International Conference on Agile, Intelligent and Computer-Integrated Manufacturing, Troy, NY, October 7–9, 1998, International Program Committee.
- Agent-Based Manufacturing Workshop, Autonomous Agents '98, Minneapolis, MN, May 9, 1998, Program Committee.
- AI and Manufacturing: State-of-the Art and State-of-the-Practice, AAAI SIGMAN (Special Interest Group in Manufacturing) Conference, Albuquerque, NM., August 31 – September 2, 1998, Program Organizing Committee.
- The Eleventh International Conference on Industrial & Engineering Applications of Artificial Intelligence & Expert Systems (IEA/AIE-98), Benicassim, Castellon, Spain, June 1–4, 1998, Invited Session Organizer.
- 1997 IEEE International Conference on Robotics and Automation, Albuquerque, NM, April 20–25, 1997, Program Committee.
- Intelligent Systems Conference, Workshop on Semiotic Modeling for Sensible Agents, Gaithersburg, MD, October 23–25, 1996, Workshop Co-Chair (Co-Chair: Srini Ramaswamy).
- AAAI SIGMAN (American Association for Artificial Intelligence Special Interest Group in Manufacturing) Research Planning Workshop, Albuquerque, NM, April 24–26, 1996, Working Group Chair.
- National Institute of Standards and Technology Manufacturing Process Planning Workshop and CAME (Computer Aided Manufacturing Engineering) Forum Workshop, Gaithersburg, MD, June 10–11, 1996, Session Chair.

- The Second Internal Federation for Information Processing (IFIP 5.10) Workshop on Virtual Prototyping, "CAD and Virtual Prototyping," May 6, 1996, Panel Member.
- The Fourth National Conference on "Diversity in the Scientific and Technological Workforce," sponsored by The National Science Foundation, Electrical, Computer, and Solid-State Engineering, Washington, D.C., September 22, 1995, Panel Co–Facilitator (Co-Facilitator: Carmen Menoni).
- 1995 IEEE International Symposium on Intelligent Control (ISIC), Monterey, CA., August 27–29, 1995, Co-Program Chair.
- 1994 IEEE International Conference on Robotics and Automation, San Diego, CA., May 17–21, 1994, Technical Committee.
- 1994 IEEE International Conference on Systems, Man and Cybernetics, San Antonio, TX, October 2–5, 1994, Session Chair.
- Workshop on Education for Manufacturing 2002 sponsored by UT College of Engineering Manufacturing Steering Committee and Gulf-Southwest Section of American Society for Engineering Education, Austin, TX, May 12, 1994, Program Committee.
- The Automated Factory of the Future: Where Do We Go From Here? Workshop at the 1994 IEEE International Conference on Robotics and Automation, San Diego, CA., May 9, 1994, Co-Chairperson (Co-Chairperson: Dr. Eric Mettala).
- Intelligent Manufacturing Workshop, American Association for Artificial Intelligence Conference conducted July 11, 1993, Invited Program Committee.

### External Advisory Committees and Boards

- Advisory Board, Computer Science Department, Concordia University, 2013 – 2023.
- Privacy and Security Committee, Pecan Street Consortium, Co-Chair.
- Metroplex Technology Business Council, 2008 – 2012, Cloud Security Committee.
- Center for Applied Identity Management Research (CAIMR), 2008 – 2010, Research Planning Committee.
- Center for Applied Identity Management Research (CAIMR), 2008 – 2010, Membership Committee.
- SEMATECH, 1997 – 2000, Factory Integration Technical Working Group.
- National Center for Manufacturing Sciences, 1993 – 1995, Factory Controls Tactical Action Committee.

### Professional Society Committees

- IEEE Technical Council on Software Engineering, 1995 – present.
- American Association for Artificial Intelligence Special Interest Group in Manufacturing, Academic Co-Chair.

### Editorial Boards

- International Journal of Agent Technologies and Systems, Editorial Board, 2010 – 2025.
- Journal of Database Management, Editorial Review Board, 2001- 2024.
- Journal of Experimental and Theoretical Artificial Intelligence, Special Issue: Agent-based Systems and Autonomy Control Software, 1999.
- Journal of Intelligent Automation and Soft Computing (IASC), Special Issue Editor, 1996.

## PROFESSIONAL SERVICE ACTIVITIES:

### Book Reviews

- Review for book titled "Trust in E-Services: Technologies, Practices and Challenges," publishers Idea Group, 2006.
- Review for the 2000 PRICAI Post-proceedings, Springer LNAI volume, Reviewer 2001.
- Review for Pearson Education (the company formed as a result of the merger between Addison-Wesley Longman and Prentice Hall) of the book titled Compositional Design of Intelligent Agent Systems by Frances Brazier, Catholijn Jonker and Jan Treur, 2001.

- PRICAI Workshop Reader of Agent-based Software Teams with Adjustable Autonomy, Post-Proceedings of the Pacific Rim International Conference on Artificial Intelligence (PRICAI 2000), Springer LNAI volume, 2001.

**Journal Reviews**

- International Journal of Information Privacy, Security and Integrity (IJIPSI), Reviewer, 2019 – present.
- ACM Transactions on Intelligent Systems and Technology, Guest Editor in 2014, Reviewer 2010 – 2025.
- Journal of Artificial Intelligence Research, 2010 – present.
- Journal of Applied Artificial Intelligence, Reviewer, 2003 – present.
- Journal of Autonomous Agents and Multi-Agent Systems, Reviewer, 2002 – present.
- IEEE Systems, Man and Cybernetics, 2002 – present.
- IEEE Computer, Reviewer, 2001 - present.
- Journal of Intelligent Information Systems, Reviewer, 1997 - present.
- ACM Transactions on Internet Technology, Reviewer, 2015.
- Encyclopaedia of Software Engineering, Reviewer, 2010 – 2016.
- Knowledge Engineering Review, Reviewer, 2005 – 2016.
- International Journal on Integrated Computer-Aided Engineering, Reviewer, 2005 – 2016.
- Journal of Software Maintenance and Evolution, Reviewer, 2005 – 2016.
- Journal of Software – Practice and Experience, Reviewer, 2002 – 2016.
- International Journal on Knowledge and Information Systems (KAIS), Reviewer, 2001 – 2016.
- IEEE Transactions on Software Engineering, Reviewer, 2001 – 2016.
- Journal of Production Planning and Control, Reviewer, 1998 - 2016
- Journal of Manufacturing Systems, Reviewer, 1997 - 2016.
- Requirements Engineering Journal, Reviewer, 2002.
- Journal of Artificial Intelligence in Engineering Design and Manufacturing (AIEDAM), Special Issue: on New AI Paradigms for Manufacturing, Reviewer, 2002.
- Journal of Integrated Computer-Aided Engineering, Reviewer, 2002, 1998 - 1999
- IEEE Transactions on Knowledge and Data Engineering (TKDE), Reviewer, 2001.
- International Journal on Artificial Intelligence Tools (IJAIT), Reviewer, December 2000 Special Issue.
- IEEE Transactions on Automation and Robotics, Reviewer, 1997.
- Journal of Engineering Education, 1996.

## SELECTED INVITED TALKS:

- "Future of Digital Identity," UT CID Board of Advisors, Austin TX, April 24, 2025.
- "Biometric Requirements and Architectures," Department of Homeland Security, Washington, D.C., January 28, 2025.
- "Identity Systems: System Engineering Modeling and Lifecycle Deliverables," Department of Homeland Security, Washington, D.C., January 17, 2025.
- "Digital Identity," Biometric Identity Working Group, Department of Homeland Security, Washington, D.C., November 19, 2024.
- "Digital Identity," Department of Homeland Security, Washington, DC., June 10, 2024.
- "Identity Leadership," Identity Leadership Certificate Program, The University of Texas, May 7-9, 2024.
- "Identity Research and the Way Ahead," Texas McCombs Business Foundations Program, November 29, 2023.
- "Biometric Requirements and Architectures," Department of Homeland Security, Washington, DC., November 9, 2023.
- "Future of Digital Identity," UT CID Board of Advisors, Austin TX, September 22, 2023.

- "Lifecycle Systems Engineering," Department of Homeland Security, Office of Biometric Identity Management, May 24, 2023.
- "Identity Theft and Fraud – Vulnerabilities and Consequences," Department of Homeland Security, Federal Emergency Management Agency, February 16, 2023.
- "Digital Trust," Microsoft, December 12, 2022.
- "Trusted Identity," Center for Naval Analysis, November 21, 2022.
- "Digital Identity," Microsoft, September 30, 2022.
- "Requirements Development and Management," Department of Homeland Security, September 26, 2022.
- "Identity as a Tool: Protecting against access to Your Information," ROTC, The University of Texas, September 21, 2022.
- "Identity as a Target: What information is worth protecting? And how to protect it?," ROTC, The University of Texas, September 19, 2022.
- "Center of National Excellence in Identity," UT CID Board of Advisors, September 14, 2022.
- "Vision for Personal Data Collection and Privacy," Department of Homeland Security, May 10, 2022.
- "Personal Data and Trust in Social Media," U.S. Army, February 10, 2022.
- "Data Protections, Regulations and Compliance" Privacy Entrepreneurs, online, April 14, 2022.
- "Model-based Systems Engineering," Department of Homeland Security, October 22, 2021.
- "The Center for Identity," The University of Texas System, Information Security Office, online, October 14, 2021
- "User Agency and Empowerment: Self Sovereign Identity," Verizon, online, September 23, 2021.
- "The Identity Wallet: A New Era of Users Controlling their Personal Data," Verizon, online, May 6, 2021.
- "The Path to Digital Transformation," Microsoft, online, July 28, 2021.
- "Identity Theft and Fraud: Threats, Vulnerabilities and Preventions," U.S. Pandemic Recovery Advisory Committee (PRAC), Invited by U.S. Treasury Inspector General of Tax Administration J. Russell George and Deputy Inspector General for Audit Mike McKenney, online, July 1, 2021.
- "Revitalization of Requirements Engineering Process," Department of Homeland Security, online, January 14, 2021.
- "Measuring Privacy: A Guide for Software Developers," HID Global, online, September 3, 2020.
- "Self Sovereign Identity," Verizon Partners, online, September 8, 2020.
- "The TrustLab: Scoring Trust in Social Media," SWRI, online, August 6, 2020.
- "Identity in 5G," U.S. Telecom Partners, online, March 2, 2020.
- "Biometric Systems – Requirements for the Future," Office of Biometric Identity Management, Department of Homeland Security, Washington, DC, February 5, 2020.
- "Trust is the Offense and Defense," CIA and ODNI, Austin, TX, February 12, 2020.
- "Identity 2040," International meeting hosted by the National Office of Identity Data, The Hague, Netherlands, December 1-2, 2019.
- The "Preparing for the Next Cyber Attack: Securing Agency Posturing," CyberSmart: Preparedness and Proactive Threat Response, Austin, TX, April 2, 2019.
- "Identity Leadership," Identity Theft Resource Center Coalition, Austin, TX, March 4-5, 2019
- "Privacy and Humanity: Terms and Condition May Apply," SXSW, Austin, TX, March 13, 2019.
- "ResearchMatch," Generali Global Assist, Austin, TX, March 12, 2019
- "UT CID Privacy Check," FIDO Alliance Privacy Workshop, Austin, TX, January 30, 2019.
- "Identity Asset Valuation," FIDO Alliance Conference, Austin, TX, January 28, 2019.
- "Future of Identity," CIA and ODNI, Austin TX, January 23, 2019.
- "Identity Access Management: The Keys to the Kingdom," Texas Association of State Systems for Computing and Communications, Austin, TX, December 14, 2018.
- "Investigating Identity Theft" Minnesota DPA Training Session (Minneapolis, MN), November 12, 2018
- "Trusted Identity," Digital Futures, Austin, TX, October 16, 2019.

- "Identity and CyberSecurity for State Agencies," Texas Cybersummit, San Antonio, TX, October 13, 2018
- "Identity and Tax Fraud," Identity Theft Tax Refund Fraud & Information Sharing and Analysis Center (IDTTRF ISAC), Austin TX, May 3, 2018.
- "Identity Science," CIA Office of Science and Technology, Austin TX, February 26, 2018.
- "Fraud Detection and Modern Day Identity Construction," Digital Futures, Austin TX, November 16, 2017.
- "Risk, Security, & Privacy," TTI/Vanguard, Washington DC September 12, 2017.
- "ID360 Scorecard Best Practices Measurement," CompTIA, Austin TX, May 9, 2017.
- "Data Breach Notification," Department of Homeland Security, Washington DC, February 21, 2017.
- "Finding Trusted Sources for BioSurveillance," Defense Threat Reduction Agency, Washington DC, February 14, 2017.
- "Trust Filtering in Social Media," Defense Innovation Summit, Austin Texas, November 29, 2016.
- "Identity Protection and Breach Response," Lifelock, Austin Texas, November 17, 2016.
- "The Identity Ecosystem," Digital Futures, Austin Texas, November 8, 2016.
- "The Insider Threat," JTFN, Washington DC, October 25, 2016.
- "Identity as an Asset - Business case for Identity Management Investments," Global Identity Summit, Tampa Florida, September 22, 2016.
- "Identity Workforce Education," Global Identity Summit, Tampa Florida, September 21, 2016.
- "Identity Intelligence," CIA Digital Futures, Austin, TX, August 12, 2016
- "Identity Management Measurement and Evaluation," LCRA, Austin, TX, June 28, 2016.
- "Belief in Identity," FBI, Austin, TX, May 24, 2016.
- "Trust in Social Media," Defense Threat Reduction Agency, Washington DC, May 10, 2016.
- "Consumer Identity Management and Biometrics," Office of Biometrics and Identity Management, Austin, TX, May 12, 2016.
- "Identity and Cybersecurity National Action Plan," U.S. Congressional Committee on Cybersecurity, Washington DC, April 20, 2016.
- "Researching How to Construct, Protect, and Detect Trusted Identities," National Security Agency Innovation Forum, Washington, D.C., March 29, 2016.
- "Identity and Security," NSA Innovation Event: Federal Labs Technology Demonstrations and Discussions, Hyattsville, Maryland, March 30, 2016.
- "Identity and Homeland Security," Office of Biometrics and Identity Management, Washington DC, February 10, 2016.
- "Surety BioEvent Application," Biosurveillance Ecosystem and Analytic Application Technical Interchange Meeting, Falls Church, Virginia, February 8, 2016.
- "The Medical Privacy Paradox, " A Symposium on Cybersecurity and Privacy, Texas Tribune, San Antonio, Texas, December 9, 2015.
- "The Identity Liabilities in Social Media," U.S. Veterans Affairs, October 28, 2015.
- "Identity Value and Risks: for you and your organization," Innotech, Austin, Texas, October 8, 2015.
- "Identity Value and Risks," North American Risk Executive Council, Austin, Texas, October 5, 2015.
- "The Emerging Identity Workforce," Global Identity Summit, Tampa Florida, September 22, 2015.
- "Learning from the Criminal: Processes and Patterns of Identity Crimes," *Global Identity Summit*, Tampa, FL, September 23, 2015.

"Who should I buy from? Identity management and security scorecards", ID360: Global Forum on Identity, Austin TX, May 5, 2015.

"Modeling and Analysis of Identity Threat Behaviors Through Text Mining of Identity Theft Stories," *IEEE Joint Intelligence and Security Informatics Conference (JISI),* the Hague, the Netherlands, September 24-26, 2014.

"Trustworthiness of Identity Attributes," *ACM 7th International Conference on Security of Information and Networks*, Glasgow, Scotland, UK, Sept. 9-11, 2014.

- "Identity Value and Risks: for you and your organization," National Association of Convenience and Fuel Retailing, Austin, TX, August 18, 2015.

- "Vital Statistics – Vital to Citizen Identity Protection," New York City Department of Vital Records, June 7, 2015.
- "Protect and Secure: Defending Vital Records Through Innovative Methods" Plenary Address, NAPHSIS's 2015 NAPHSIS Meeting, Pittsburg, PA, June 2, 2015.
- "Building a Global Firewall" Panel, The University of Texas System's Chancellor's Council Annual Meeting, Austin, TX, May 8, 2015.
- "Cybersecurity" Texas Bankers Association 131st Annual Convention and Exposition, Austin TX, April 17, 2015.
- "A Walk through the Identity Ecosystem in 3D," SXSW, Austin, TX, March 14, 2015.
- "Managing and Protecting your Personal and Business Identity," Osher Lifelong Learning Institute's UT NOVA Lecture Series, Austin, TX April 1, 2015.
- "Identity & Privacy: The Need for Texas Citizens and Businesses," Identity and Security Legislative Briefing, Texas Capitol, Austin, TX, February 16, 2015.
- "Identity Risks and Values over a Lifetime," Keynote at 60th Annual Conference on Vital Statistics hosted by the Department of State Health Services, Austin, TX, December 10, 2014.
- "Identity Management, Privacy, and Security," TechAmerica National State Government Affairs Committee Meeting, Austin, TX, November 14, 2014.
- "Developing the Next Big Thing in Security" Panel, Bloomberg Government's The Digital Trust Event, Austin, TX, October 21, 2014.
- "Managing and Protecting your Personal and Business Identity," Metropolitan Breakfast Club's Monthly Featured Speaker, Austin, TX, October 15, 2014.
- "Identity, Privacy, and the Internet: Q&A with Dr. Suzanne Barber." PBS Nova Labs, Webinar, October 14, 2014.
- "Privacy & Security" Panel, Austin Tecnology Council's Texas Big Data Conference, Austin, TX, September 26, 2014.
- "Future of Identity," Global Identity Summit, Tampa, FL, September 18, 2014.
- "Identity Intelligence and Security," Biometrics, Identity and Security Workshop, Global Identity Summit, Tampa, FL, September 16, 2014.
- "Identity Intelligence," Conference on the National Defense and Intelligence, June 16, 2014, Charlottesville, VA.
- "Identity Risks and Values over a Lifecycle – You might be surprised," ID360: Global Forum on Identity, Austin, TX, April 9, 2014.
- "The Multiple Dimensions of Online Trust," invited keynote at AAAI Spring Symposium, Stanford, CA, March 26, 2014.
- "Identity and Security," Deloitte Cybersecurity Forum, Austin, TX, February 19, 2014.
- "Building Trusted Identities," Visa Security Summit, Washington, D.C., October 2, 2013.
- "Identity Crimes – Vulnerabilities and Consequences in the Identity Ecosystem," US Secret Service Cyber Forensics Training, Austin, Texas, August 28, 2013.
- "Identity Threats – Risks and Values," FBI Law Enforcement Executive Development Association (LEEDA) Training, Austin, Texas, August 26, 2013.
- "Best Practices Business Processes for Secure Identity Management," U.S. Army Operational Test Command, Fort Hood, Texas, August 12, 2013.
- "Cyber Identity Threat Assessments and Risks," ID360: The Global Forum on Identity, Austin, Texas, April 30, 2013.
- "Recommendations for Biometric Security and Privacy," DHS Data Privacy and Integrity Advisory Committee, October 2, 2013.
- "Identity Management, Security and Privacy," Verizon, Austin, Texas, July 19, 2013.
- "Cybersecurity Threats," U.S. Army, Austin, Texas, July 12, 2013.
- "Identity Security and Privacy in the Smart Grid," Pecan Street Quarterly meeting, Austin, Texas, February 7, 2013.
- "Identity Crimes," US Secret Service, Austin, Texas January 30, 2013.
- "Center for Identity Ecosystem," Lucena, Austin Texas, September 28, 2012.
- "Identity Attributes and Threats," U.S. Department of Justice, Deputy Chief for Strategy and Policy, Washington, DC, August 16, 2012.
- "Mapping of the Identity Ecosystem – Identity Value and Risks," Department of Defense Chief Information Office, Washington, DC, August 15, 2012.

- "Identity Security and Privacy," Department of Treasury, Washington, DC, July 15, 2012.
- "Identity Threats Assessment and Prediction," US Secret Service, Washington, DC, July 17, 2012.
- "Technology for Identity Privacy and Integrity," Department of Homeland Security Chief Privacy Office, Washington, DC, June 12, 2012.
- "Protecting the Identity of Children," Austin, TX, April 25, 2012.
- "Mapping the Identity Ecosystem," ID360, Austin, TX, April 23, 2012.
- "No Rainy Days: Identity and Security in the Cloud," SXSW, Austin, TX, March 11, 2012.
- "Identity and Security," Privacy Day, Center for Identity, Austin, TX, February 1, 2012.
- "Digital Persona Protection," Department of Treasury, Washington, DC, January 26, 2012.
- "Identity: A New Asset Class," U.S. Department of Veteran Affairs Headquarters, Washington, DC, January 25, 2012.
- "Digital Persona Protection," Department of Defense, Office of the Inspector General, Washington, DC, December 5, 2011.
- "Digital Persona Protection," Office of Secretary of Defense, Pentagon, Washington, DC, July 11, 2011.
- "Identity, Privacy, and Security," The University of Texas, October 28, 2011.
- "Identity and Security," Freescale, Austin, TX, October 17, 2011.
- "Digital Persona Protection," Federal Cybersecurity Conference and Workshop, Washington, DC, October 4, 2011.
- "Identity Protection and Security," Texas Legislative staff, Austin, TX, September 2, 2011.
- "Trusting Virtual Footprints," International Conference on Autonomous Agents and Multi-agent Systems (AAMAS 2010), Toronto, Canada, May10, 2010.
- "Confronting Identity Management Challenges Through Applied Research," Computer Security Institute (CSI) 2009, National Harbor, Maryland, October 27, 2009.
- "Software Engineering for Identity Management Systems," CAIMR research planning workshop, Washington, DC. November 2-4, 2009.
- "Software Engineering at The University of Texas," Deloitte, EDGE Center, Austin, TX, December 10, 2009.
- "Software Engineering for Systems of Systems Testing and Deployment," Operational Test Command, Fort Hood Texas, January 4, 2010.
- "Excellence in Distributed Global Environments: Software Engineering supported by Models, Methods and Tools" Modeling and Simulation Coordination Office (MSCO), Washington, DC, January 20, 2010.
- "Software Engineering for Quality Lifecycle," International Test and Evaluation Association, January 21, 2010.
- "Software Engineering for Systems of Systems Testing and Deployment," Operational Test Command, Fort Hood Texas, February 2, 2010.
- "Quality Assurance for Rapid Development," Immersive Technology, Austin, TX, February 19, 2010.
- "Software Engineering for Trusted Computing," AMD , April 7, 2010.
- "Identity Models for Risk Assessment," Identity Management Summit, Austin, TX, May 25, 2010.
- "Software Engineering for Quality Identity Management Systems," Veterans Affairs, Washington, DC. June 3, 2010.
- "Veteran Identity Characterization and Fraud Detection," Veterans Affairs, Washington, DC. June 3, 2010.

## MEMBERSHIPS IN PROFESSIONAL AND HONORARY SOCIETIES:

- Institute of Electrical and Electronic Engineers, (Computer Society, Robotics & Automation Society, and Systems, Man, and Cybernetics Society), Senior member.
- IEEE Computer Society Golden Core, Senior member.
- American Association for Artificial Intelligence, member.
- Association for Computing Machinery (ACM), member.
- American Society of Engineering Education, member.
- Society of Women Engineers, member.
- Sigma Xi, member.

- Phi Kappa Phi, member.