Robyn E. Bladow (SBN 205189)
KIRKLAND & ELLIS LLP
555 South Flower Street, Suite 3700
Los Angeles, CA 90071
Telephone: (213) 680-8400
robyn.bladow@kirkland.com

Martin L. Roth, P.C. (*pro hac vice*)
Alyssa C. Kalisky, P.C. (*pro hac vice*)
Amelia H. Bailey (*pro hac vice*)
KIRKLAND & ELLIS LLP
333 West Wolf Point Plaza
Chicago, IL 60654
Telephone: (312) 862-2000
martin.roth@kirkland.com
alyssa.kalisky@kirkland.com
amelia.bailey@kirkland.com

Olivia Adendorff, P.C. (*pro hac vice*)
Cristina Martinez Squiers (*pro hac vice*)
Eugene Temchenko (*pro hac vice*)
KIRKLAND & ELLIS LLP
4550 Travis Street
Dallas, TX 75205
Telephone: (214) 972-1770
olivia.adendorff@kirkland.com
cristina.squiers@kirkland.com
eugene.temchenko@kirkland.com

*Attorneys for Defendant PowerSchool Holdings, Inc.*

Shana E. Scarlett (217895)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, California 94710
Telephone: (510) 725-3000
shanas@hbsslaw.com

Julie Liddellf (*pro hac vice*)
Andrew Liddell (*pro hac vice*)
EDTECH LAW CENTER PLLC
P.O. Box 300488
Austin, Texas 78705
Telephone: (737) 351-5855
julie.liddell@edtech.law
andrew.liddell@edtech.law

Leonard W. Aragon (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
11 West Jefferson Street, Suite 1000
Phoenix, Arizona 85003
Telephone: (602) 840-5900
rob@hbsslaw.com
leonard@hbsslaw.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

EMILY CHERKIN, et al.,

Plaintiffs,

v.

POWERSCHOOL HOLDINGS, INC.,

Defendant.

CASE NO. 3:24-CV-02706-JD

**JOINT STIPULATION AND [PROPOSED] ORDER MODIFYING BRIEFING SCHEDULE AND HEARING DATE**

Pursuant to Civil Local Rules 6-1 and 6-2, Plaintiffs Emily Cherkin, on behalf of herself and as parent and guardian of her minor child, S.G., and David Concepción, on behalf of himself and as parent and guardian of his minor children, L.M.C. and M.M.C. ("Plaintiffs"), and Defendant PowerSchool Holdings, Inc. ("PowerSchool," and together with Plaintiffs, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree as follows:

1. **WHEREAS**, on October 12, 2026, PowerSchool filed (1) a Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(1) (Dkt. No. 198), (2) a Motion for Summary Judgment (Dkt. No. 201), (3) a Motion to Exclude the Opinions of Dr. K. Suzanne Barber (Dkt. No. 204), and (4) a Motion to Exclude the Opinions of Catherine O'Neil (Dkt. No. 206) (collectively, "PowerSchool's Motions");
2. **WHEREAS**, PowerSchool's Motions are noticed for hearing on November 19, 2026 (Dkt. Nos. 198, 201, 204, 206);
3. **WHEREAS**, pursuant to Civil Local Rule 7-3(a), Plaintiffs' oppositions to PowerSchool's Motions are presently due on October 26, 2026;
4. **WHEREAS**, pursuant to Civil Local Rule 7-3(c), PowerSchool's replies in support of PowerSchool's Motions are presently due on November 2, 2026;
5. **WHEREAS**, Plaintiffs' Motion for Class Certification (Dkt. No. 197) is also pending, with PowerSchool's opposition due October 19, 2026, Plaintiffs' reply due October 26, 2026, and a hearing set for November 5, 2026;
6. **WHEREAS**, the Parties have agreed to a modest extension for each side, such that Plaintiffs' oppositions would be due November 3, 2026, and PowerSchool's replies would be due November 17, 2026;
7. **WHEREAS**, to afford the Court additional time to consider the briefs following the close of briefing, and to account for the Thanksgiving holiday, the Parties further agree to request that the hearing on PowerSchool's Motions be continued from November 19, 2026, to Thursday, December 3, 2026.

8. **WHEREAS**, Civil Local Rule 6-2(a)(2) requires the Parties to disclose all previous time modifications in this case, whether by stipulation or Court order, which include: (1) the Parties' stipulation setting a briefing schedule on PowerSchool's motion to dismiss the original complaint (Dkt. No. 21), which the Court approved (Dkt. No. 24); (2) the Court's continuance of the initial case management conference to November 7, 2024 (Dkt. No. 41); (3) the Parties' stipulated request to continue the mandatory settlement conference deadline (Dkt. No. 63), which the Court granted (Dkt. No. 64); (4) Plaintiffs' unopposed motion for an order changing time (Dkt. No. 74), which the Court addressed by entering an Amended Case Management Scheduling Order (Dkt. No. 78); (5) Plaintiffs' administrative and supplemental administrative motions for an order changing time and to conduct additional discovery (Dkt. Nos. 92, 97) and emergency administrative motion to extend expert disclosure deadlines (Dkt. No. 101), following which the Court stayed all discovery disclosure deadlines (Dkt. No. 103); (6) the Court's order continuing the hearings on the motions for class certification, *Daubert* motions, and summary judgment motion to August 13, 2026, and staying the remaining deadlines in the amended scheduling order (Dkt. No. 167); (7) PowerSchool's administrative motion to extend by 14 days its deadline to respond to Plaintiffs' summary judgment motion (Dkt. No. 168), which the Court granted (Dkt. No. 169); (8) the Parties' stipulation to change time for Plaintiffs to file their reply in support of their motion for summary judgment (Dkt. No. 173); and (9) the Court's Second Amended Case Management Scheduling Order (Dkt. No. 192);

9. **WHEREAS**, the requested modification will not affect any other date in the case schedule, including the November 5, 2026 hearing on Plaintiffs' Motion for Class Certification, the March 11, 2027 Pretrial Conference, or the March 29, 2027 jury selection and trial date (Dkt. Nos. 192, 197);

10. **WHEREAS**, this stipulated request is filed more than 14 days before the currently scheduled November 19, 2026 hearing, as required by Civil Local Rule 6-1(b);

**NOW THEREFORE**, the Parties hereby stipulate and agree, subject to Court approval, that the briefing schedule and hearing date for PowerSchool's Motions (Dkt. Nos. 198, 201, 204, 206) shall be modified as follows:

(a) Plaintiffs' oppositions to PowerSchool's Motions: due **November 3, 2026** (currently October 26, 2026);

(b) PowerSchool's replies in support of PowerSchool's Motions: due **November 17, 2026** (currently November 2, 2026); and

(c) Hearing on PowerSchool's Motions: continued to **Thursday, December 3, 2026, at 11:00 a.m.** (currently November 19, 2026, at 11:00 a.m.).

Jointly agreed and submitted,

DATED: October 16, 2026

HAGENS BERMAN SOBOL SHAPIRO LLP

*/s/ Leonard W. Aragon*

Leonard W. Aragon

*Attorney for Plaintiffs*

DATED: October 16, 2026

KIRKLAND & ELLIS LLP

*/s/ Olivia Adendorff*

Olivia Adendorff

*Attorney for Defendant*

**ATTESTATION PURSUANT TO CIVIL L.R. 5-1(I)(3)**

I, Olivia Adendorff, am the ECF user whose identification and password are being used to file this Stipulation. I hereby certify that all other signatories to this document have concurred in its filing.

*/s/ Olivia Adendorff*
Olivia Adendorff

PURSUANT TO STIPULATION, IT IS SO ORDERED:

DATED: ____________________

_______________________________________

Honorable James Donato
United States District Judge