Robyn E. Bladow
KIRKLAND & ELLIS LLP
555 South Flower Street, Suite 3700
Los Angeles, CA 90071
Telephone: (213) 680-8400
robyn.bladow@kirkland.com

Martin L. Roth, P.C. (*pro hac vice*)
Alyssa C. Kalisky, P.C. (*pro hac vice*)
Amelia H. Bailey (*pro hac vice*)
KIRKLAND & ELLIS LLP
333 West Wolf Point Plaza
Chicago, IL 60654
Telephone: (312) 862-2000
martin.roth@kirkland.com
alyssa.kalisky@kirkland.com
amelia.bailey@kirkland.com

Olivia Adendorff, P.C. (*pro hac vice*)
Cristina Martinez Squiers (*pro hac vice*)
Eugene Temchenko (*pro hac vice*)
KIRKLAND & ELLIS LLP
4550 Travis Street
Dallas, TX 75205
Telephone: (214) 972-1770
olivia.adendorff@kirkland.com
cristina.squiers@kirkland.com
eugene.temchenko@kirkland.com

*Attorneys for the Defendant PowerSchool Holdings, Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| EMILY CHERKIN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>POWERSCHOOL HOLDINGS, INC.,<br><br>Defendant. | CASE NO. 3:24-CV-02706-JD<br><br>**DECLARATION OF OLIVIA ADENDORFF IN SUPPORT OF DEFENDANT POWERSCHOOL HOLDINGS, INC.'S RENEWED OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |

I, Olivia Adendorff, declare as follows:

1. I am an attorney at the law firm of Kirkland & Ellis LLP, a member in good standing of the bars of the State of Texas and the District of Columbia, and am admitted *pro hac vice* to practice before this Court. I am counsel for Defendant PowerSchool Holdings, Inc. ("PowerSchool") in this matter, and am one of the firm's attorneys chiefly responsible for this representation.

2. I submit this declaration in support of PowerSchool's Opposition to Plaintiffs' Motion for Class Certification.

3. I have personal knowledge of the matters in this declaration, and I am competent to testify as to the matters set forth below.

4. Attached hereto as **Appendix A** is a summary chart concerning school districts' data processing practices, offered to prove the content of voluminous public records, namely a set of school district handbooks, official board policies, and public notices, each of which is cited therein.

5. Attached hereto as **Exhibit 1** is a true and correct copy of PWRSCHL_00644395, a document produced in discovery in this matter.

6. Attached hereto as **Exhibit 2** is a true and correct copy of PWRSCHL_00644386, a document produced in discovery in this matter.

7. Attached hereto as **Exhibit 3** is a true and correct copy of PWRSCHL_00644472, a document produced in discovery in this matter.

8. Attached hereto as **Exhibit 4** is a true and correct copy of PWRSCHL_00644375, a document produced in discovery in this matter.

9. Attached hereto as **Exhibit 5** is a true and correct copy of PWRSCHL_00646371, a document produced in discovery in this matter.

10. Attached hereto as **Exhibit 6** is a true and correct copy of PWRSCHL_00161580, a document produced in discovery in this matter.

11. Attached hereto as **Exhibit 7** is a true and correct copy of PWRSCHL_00162703, a document produced in discovery in this matter.

12. Attached hereto as **Exhibit 8** is a true and correct copy of excerpts of the September 17, 2025 deposition transcript of Shaz Ahmad in this matter.

13. Attached hereto as **Exhibit 9** is a true and correct copy of an excerpt of the Expert Report of Hristina B. Bartlett submitted in this matter.

14. Attached hereto as **Exhibit 10** is a true and correct copy of excerpts of the Expert Report of David White submitted in this matter.

15. Attached hereto as **Exhibit 11** is a true and correct copy of excerpts of the September 24, 2025 deposition transcript of Sujit Maharana in this matter.

16. Attached hereto as **Exhibit 12** is a true and correct copy of PWRSCHL_00644221, a document produced in discovery in this matter.

17. Attached hereto as **Exhibit 13** is a true and correct copy of excerpts of the September 18, 2025 deposition transcript of Christpher Cirillo in this matter.

18. Attached hereto as **Exhibit 14** is a true and correct copy of excerpts of the June 19, 2025 deposition transcript of Nicole Shinton in this matter.

19. Attached hereto as **Exhibit 15** is a true and correct copy of excerpts of the July 31, 2025 deposition transcript of Brian Sharp in this matter.

20. Attached hereto as **Exhibit 16** is a true and correct copy of excerpts of the December 5, 2025 deposition transcript of Judith Jaeger in this matter.

21. Attached hereto as **Exhibit 17** is a true and correct copy of excerpts of the December 1, 2025 deposition transcript of Darron Flagg in this matter.

22. Attached hereto as **Exhibit 18** is a true and correct copy of the Expert Rebuttal Report of David White submitted in this matter.

23. Attached hereto as **Exhibit 19** is a true and correct copy of excerpts of the February 26, 2026 deposition transcript of Christopher Schulte in this matter.

24. Attached hereto as **Exhibit 20** is a true and correct copy of excerpts of the March 2, 2026 deposition transcript of K. Suzanne Barber in this matter.

25. Attached hereto as **Exhibit 21** is a true and correct copy of excerpts of the February 25, 2026 deposition transcript of Catherine O'Neil in this matter.

26. Attached hereto as **Exhibit 22** is a true and correct copy of excerpts of the December 18, 2025 deposition transcript of Judith Jaeger in this matter.

27. Attached hereto as **Exhibit 23** is a true and correct copy of the West Contra Costa Unified School District approval notice regarding its Amendment to Contract with PowerSchool for Pilot of Hoonuit Data Warehouse & Analytics Platform, dated June 23, 2021.

28. Attached hereto as **Exhibit 24** is a true and correct copy of excerpts of the September 15, 2025 deposition transcript of Joseph Swingle in this matter.

29. Attached hereto as **Exhibit 25** is a true and correct copy of PWRSCHL_00162868, a document produced in discovery in this matter.

30. Attached hereto as **Exhibit 26** is a true and correct copy of PWRSCHL_00163869, a document produced in discovery in this matter.

31. Attached hereto as **Exhibit 27** is a true and correct copy of PWRSCHL_00163924, a document produced in discovery in this matter.

32. Attached hereto as **Exhibit 28** is a true and correct copy of excerpts of the August 26, 2025 deposition transcript of S.G. in this matter.

33. Attached hereto as **Exhibit 29** is a true and correct copy of excerpts of the November 24, 2025 deposition transcript of L.M.C. in this matter.

34. Attached hereto as **Exhibit 30** is a true and correct copy of excerpts of the November 24, 2025 deposition transcript of M.M.C. in this matter.

35. Attached hereto as **Exhibit 31** is a true and correct copy of a screen capture of the PowerSchool Terms of Use as of July 2015, obtained from the Internet Archive.

36. Attached hereto as **Exhibit 32** is a true and correct copy of excerpt of PWRSCHL_00008714, a document produced in discovery in this matter.

37. Attached hereto as **Exhibit 33** is a true and correct copy of an excerpt of the 2021-2022 Parent Student Handbook for West Contra Costa Unified School District.

38. Attached hereto as **Exhibit 34** is a true and correct copy of excerpts of the August 19, 2025 deposition transcript of David Concepción in this matter.

39. Attached hereto as **Exhibit 35** is a true and correct copy of a screen capture of Seattle Public Schools' PowerSchool Products webpage, last accessed March 9, 2026.

40. Attached hereto as **Exhibit 36** is a true and correct copy of Seattle Public Schools' Superintendent Procedure 2022SP Electronic Resources/Use of the Internet.

41. Attached hereto as **Exhibit 37** is a true and correct copy of PWRSCHL_00402348, a document produced in discovery in this matter.

42. Attached hereto as **Exhibit 38** is a true and correct copy of PWRSCHL_00403549, a document produced in discovery in this matter.

43. Attached hereto as **Exhibit 39** is a true and correct copy of PWRSCHL_00403684, a document produced in discovery in this matter.

44. Attached hereto as **Exhibit 40** is a true and correct copy of PWRSCHL_00403766, a document produced in discovery in this matter.

45. Attached hereto as **Exhibit 41** is a true and correct copy of PWRSCHL_00404273, a document produced in discovery in this matter.

46. Attached hereto as **Exhibit 42** is a true and correct copy of PWRSCHL_00393853, a document produced in discovery in this matter.

47. Attached hereto as **Exhibit 43** is a true and correct copy of excerpts of the October 16, 2025 deposition transcript of Sai Prasad Rangarajan in this matter.

48. Attached hereto as **Exhibit 44** is a true and correct copy of excerpts of the September 12, 2025 deposition transcript of Emily Cherkin in this matter.

49. Attached hereto as **Exhibit 45** is a true and correct copy of excerpts of the Expert Report of Christopher Schulte submitted in this matter.

50. Attached hereto as **Exhibit 46** is a true and correct copy of PWRSCHL_00191203, a document produced in discovery in this matter.

51. Attached hereto as **Exhibit 47** is a true and correct copy of PWRSCHL_00003235, a document produced in discovery in this matter.

DATED: October 19, 2026

Respectfully submitted,

KIRKLAND & ELLIS LLP

*/s/ Olivia Adendorff*

Olivia Adendorff, P.C.