# APPENDIX A: DATA ELEMENTS COLLECTED

| | Seattle (S.G.) | West Contra Costa (L.M.C., M.M.C.) | Anne Arundel County | Brownsville Independent | Colorado Springs | Fairfax County | Forest Hills | Georgetown County | Goshen County 1 | Los Angeles Unified |
|---|---|---|---|---|---|---|---|---|---|---|
| Achievement | ✓ | | | ✓ | | | ✓ | ✓ | ✓ | |
| Activities | ✓ | | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | |
| Address | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| Adjudication affirmation info. | | | | | | ✓ | | | | |
| Admission/enrollment | ✓ | ✓ | | ✓ | | | ✓ | | | |
| Aptitude | | | | ✓ | ✓ | | | | | |
| Athletic team | | | | | | | | ✓ | | |
| Attendance | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| Birth (date) | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| Birth (place) | | | ✓ | ✓ | ✓ | | ✓ | ✓ | ✓ | ✓ |
| Career pathway | | ✓ | | | | | | | | |
| Characteristics (appearance) | | | ✓ | ✓ | ✓ | | | | | |
| Class rank | | | | | | | | | ✓ | |
| Class Year | ✓ | | | ✓ | | | ✓ | ✓ | ✓ | |
| Conferences | | | | ✓ | | | | | | |
| Consents | | | ✓ | | | | | | | ✓ |
| Correspondence | | | | ✓ | | | | | | |
| Credits/Transcript | | ✓ | ✓ | | | ✓ | | ✓ | ✓ | ✓ |
| Current school | | | ✓ | | | ✓ | | ✓ | | ✓ |
| Degrees | | | | | | | ✓ | ✓ | ✓ | ✓ |
| Diploma/Graduation Detail | | ✓ | | | | ✓ | | | ✓ | ✓ |
| Directory information | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| Disciplinary response | ✓ | | | | | | | | | ✓ |
| Discipline | | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | ✓ | ✓ |
| DOB (verification document) | | ✓ | | | | ✓ | ✓ | ✓ | | ✓ |
| Drug/alcohol program | | | | | | | | | ✓ | |
| Email | ✓ | ✓ | | ✓ | ✓ | ✓ | ✓ | | ✓ | |
| Emergency contact info | ✓ | ✓ | ✓ | | | | | | | |
| Ethnicity | ✓ | ✓ | | | | | | | | |
| Evaluations (staff) | | ✓ | ✓ | ✓ | ✓ | | ✓ | | | ✓ |
| Family info | ✓ | ✓ | ✓ | ✓ | ✓ | | | | | |
| Fees | | | | ✓ | | | | | | |
| Foster system information | | ✓ | | | | | | | | |
| Gender | | ✓ | | | | | | | ✓ | |
| GPA/Grades | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | | ✓ | |

# APPENDIX A: DATA ELEMENTS COLLECTED

| | Seattle (S.G.) | West Contra Costa (L.M.C., M.M.C.) | Anne Arundel County | Brownsville Independent | Colorado Springs | Fairfax County | Forest Hills | Georgetown County | Goshen County 1 | Los Angeles Unified |
|---|---|---|---|---|---|---|---|---|---|---|
| **Health info** | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| **Height/weight** | | | | | | | | ✓ | | |
| **Height/weight of athletes** | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | ✓ | |
| **Homeless** | | ✓ | | ✓ | | | | | | |
| **Incidents** | ✓ | ✓ | | ✓ | ✓ | | ✓ | | | ✓ |
| **Intelligence test** | | | | ✓ | ✓ | | | | | |
| **Interests** | ✓ | | | ✓ | ✓ | | | | | |
| **Language training** | | ✓ | | | | | | | | ✓ |
| **Legal name** | | ✓ | | | | ✓ | | | | ✓ |
| **Major** | ✓ | | ✓ | ✓ | ✓ | | ✓ | ✓ | ✓ | |
| **Medical info** | | ✓ | ✓ | ✓ | ✓ | | ✓ | | | |
| **Military fam.** | | ✓ | | | | | | | | |
| **Mother's maiden name** | | ✓ | | ✓ | | | ✓ | | | |
| **Name (parent)** | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| **Name (student)** | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| **Parent address** | | ✓ | ✓ | ✓ | | ✓ | ✓ | | | ✓ |
| **Parental release** | | ✓ | | | | | | | ✓ | |
| **Personality** | | | | ✓ | | | | | | |
| **Photo/video** | ✓ | ✓ | ✓ | ✓ | | ✓ | ✓ | | ✓ | |
| **Physical evaluation** | | | | | | ✓ | | | | |
| **Programs** | ✓ | ✓ | | | | | | | | |
| **Progress** | | ✓ | | | ✓ | | | | | ✓ |
| **Proof of award** | | | | | | | ✓ | | | |
| **Proof of residence** | | | | | | | ✓ | | | |
| **Psychological evaluation** | ✓ | | ✓ | ✓ | ✓ | | | | | |
| **Psychological protocol** | | | | | | ✓ | | | | |
| **Race** | | ✓ | | | | | | | | |
| **Registration forms** | | | ✓ | | | | | | | |
| **Reports** | | | ✓ | ✓ | | | ✓ | | | |
| **Schools attended** | ✓ | | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| **Sex** | ✓ | ✓ | | | | ✓ | | | | ✓ |
| **Social adjustment score** | | | | ✓ | | | | | | |
| **Special programs** | | ✓ | ✓ | ✓ | | | | ✓ | ✓ | ✓ |
| **SSN** | | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | ✓ | |
| **Staff notes** | | | ✓ | | ✓ | | | | | |
| **Start/end date** | | ✓ | | | | ✓ | | | | ✓ |

# APPENDIX A: DATA ELEMENTS COLLECTED

| | Seattle (S.G.) | West Contra Costa (L.M.C., M.M.C.) | Anne Arundel County | Brownsville Independent | Colorado Springs | Fairfax County | Forest Hills | Georgetown County | Goshen County 1 | Los Angeles Unified |
|---|---|---|---|---|---|---|---|---|---|---|
| **Standardized test information** | | ✓ | ✓ | ✓ | ✓ | ✓ | | ✓ | ✓ | ✓ |
| **Student ID** | | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | ✓ | |
| **Suicide risk** | | | | | | ✓ | | | | |
| **Surveys** | | | | ✓ | | | ✓ | | | |
| **Telephone** | ✓ | ✓ | ✓ | ✓ | | | ✓ | ✓ | ✓ | |
| **Termination** | | | | | | ✓ | | | ✓ | |
| **Transfer info** | | | | ✓ | | | | | | |
| **User ID** | | | | | | | | | ✓ | |
| **Workplace education** | | ✓ | | | | | | | | |
| **Work sample** | | | ✓ | | | | ✓ | | | |
| **Other** | ✓ | | | ✓ | | | ✓ | ✓ | | |
| **TOTAL** | 28 data elements[i] | 43 data elements[ii] | 34 data elements[iii] | 45 data elements[iv] | 29 data elements [v] | 30 data elements [vi] | 34 data elements [vii] | 23 data elements [viii] | 32 data elements [ix] | 27 data elements [x] |

## APPENDIX A: DATA ELEMENTS COLLECTED

---

i **Data elements disclosed (Seattle)**: Seattle Policy 3231SP at 1-2, https://www.seattleschools.org/wp-content/uploads/2021/07/3231SP.pdf

ii **Data elements disclosed (WCCUSD)**: WCCUSD Regulation 5125, https://simbli.eboardsolutions.com/Policy/ViewPolicy.aspx?S=36030499&revid=32mJpAj9F9cXTfLS8uwm3g==&ptid=amIgTZiB9plushNjl6WXhfiOQ==&secid=9slshUHzTHxaaYMVf6zKpJz3Q==&isPndg=&PG=6; Parent Student Handbook at 134-35, 138, https://resources.finalsite.net/images/v1744668420/wccusdnet/eufuhpwkia5sgnxulp65/24-25Parent-StudentHandbook-English.pdf

iii **Data elements disclosed (Anne Arundel)**: Student Handbook at 21, https://files-backend.assets.thrillshare.com/documents/asset/uploaded_file/4458/Aacps/e164dc87-4da3-4ac0-bc0b-e9b9abb82669/AACPS-Student-Handbook-26-27.pdf?disposition=inline.; AACPS Regulation JH-RA at 1, 3, 5-6, https://aacpsschools.org/aacpsboardpolicies/wp-content/uploads/2023/02/FINAL-JH-RA-Student-Records-2021-v1.pdf

iv **Data elements disclosed (Brownsville)**: BISD Policy FL (Legal), https://pol.tasb.org/PolicyOnline/PolicyDetails?key=254&code=FL#legalTabContent; BISD Policy FL (Local): https://pol.tasb.org/PolicyOnline/PolicyDetails?key=254&code=FL#localTabContent; Student-Parent Handbook at 7-8, https://files-backend.assets.thrillshare.com/documents/asset/uploaded_file/5547/Bisd/4c96b978-7502-4f36-8efb-364ab165ecba/25-26_Student_Parent_Handbook.pdf?disposition=inline

v **Data elements disclosed (Colorado)**: CSSD Policy JRCB at 1, https://resources.finalsite.net/images/v1696345000/d11org/v65y3tm6z0v0yz3q5il1/JRCB.pdf; CSSD Policy JRA/JRC at 1-2, https://resources.finalsite.net/images/v1696344995/d11org/fdhibxsdleiwi1i4wyfd/JRAJRC.pdf

vi **Data elements disclosed (Fairfax)**: Management of the Student Scholastic Record at 7-8, 26-30, App. A, https://www.fcps.edu/sites/default/files/media/forms/Management%20of%20the%20Student%20Scholastic%20Record.pdf; Annual Opt-Out Booklet at 5-6, https://www.fcps.edu/system/files/forms/2025-08/division_superintendent-25-26_k-12_opt-out_booklet-english_0.pdf

vii **Data elements disclosed (Forest Hills)**: FHPS Policy 5309 at 1-2, https://meetings.boardbook.org/Public/Book/691?docTypeId=2997&file=4c63583b-13b0-455e-928a-a775991005e8; Elementary Student Handbook at 12, https://docs.google.com/document/d/10fGA1gvJsi5hm1FMhzUV9DZq2LH1WivI/edit; High School Student Handbook at 29, https://docs.google.com/document/d/1PMXNnmNuQVTqTpESh4XupyRIOFd5IQajG23ciitvygM/edit?tab=t.0; Middle School Student Handbook at 10-11: https://docs.google.com/document/d/1irkhk7mPN0aGGqQME0p_Qe7mHIvyijzs/edit

viii **Data elements disclosed (Georgetown)**: GCSD Regulation JO-R, https://www.boardpolicyonline.com/?b=georgetowncounty_boe&s=757442; GCSD Policy JO: https://www.boardpolicyonline.com/?b=georgetowncounty_boe&s=757441; Student Records and Transcript Webpage, https://www.gcsd.k12.sc.us/o/gcsd/page/student-records-and-transcripts

ix **Data elements disclosed (Goshen)**: GCSD-1 Administrative Regulation 5125-AR(1), https://simbli.eboardsolutions.com/Policy/ViewPolicy.aspx?S=36031920&revid=kH6mveVAaL07HUdjiNajXA==&ptid=hSGrPqF4gplus5plusbZ62PcQufA==&secid=DMf942vgiRpESO3KDurwRw==&PG=6&IRP=0&isPndg=false; GCSD-1 Administrative Regulation 5125-AR(2), https://simbli.eboardsolutions.com/Policy/ViewPolicy.aspx?S=36031920&revid=uKYwMxnOj8Jhd2NGTLRz4g==&ptid=hSGrPqF4gplus5plusbZ62PcQufA==&secid=DMf942vgiRpESO3KDurwRw==&PG=6&IRP=0&isPndg=false

x **Data elements disclosed (Los Angeles)**: LAUSD Policy BUL-6887.1 at 10, 14-15, https://media.edlio.net/05096915/e2a4f81f/6d95cf87/804da3f03cd74731b42376605d134009?_=BUL%206887.1%20Pupil%20Records.pdf