# Exhibits 1-7

# (Submitted Under Seal)