# Exhibit 8

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

------------------------------x
EMILY CHERKIN, et al., :
:
Plaintiffs, : Case No.
:
vs. : 3:24-cv-02706-JD
:
POWERSCHOOL HOLDINGS, INC., :
:
Defendant. :
------------------------------x

VIRTUAL VIDEOTAPED DEPOSITION OF
SHAHZAD AHMAD
Wednesday, September 17, 2025
8:05 a.m. Pacific Daylight Time

REPORTER: Dawn A. Jaques, CSR, CLR

---

DIGITAL EVIDENCE GROUP
1730 M Street, NW, Suite 812
Washington, D.C. 20036
(202) 232-0646

at PowerSchool?
A Yes.
Q Do you have information regarding the use of large language models at PowerSchool?
A Not detailed technical level, but I know of the solution.
Q Okay. Who would be the best person to talk to about the large language model used at PowerSchool?
A The technical details would be the engineering team that developed it, and the head of that is Shivani Stumpf, who is our Chief Product and Innovations Officer.
Q Okay. So PowerSchool hosts customer data; is that fair?
MS. ROTHMAN: Objection, form.
THE WITNESS: For some products, we host it; and for some other products, customer hosts it themselves.
BY MS. SIEHL:
Q Okay. What products would the

customer host the data themselves?

A Typically, PowerSchool SIS is the software that we offer both on our cloud platform and/or self-host option. Customers decide which way they would like to go.

[redacted]

Q Okay. Besides the PowerSchool SIS system, are there other applications that school districts self-host?

A There are a number of those, although smaller percentage.

Atrieve, we have some customers that self-host; eFinancePlus, we have some customers; Unified Insights; and BusinessPlus.

Q About what percentage of the Unified Insights customers self-host?

A It would be a smaller percentage. I don't know the percentage on top of my head,

but it will be the larger number of customers use the cloud platform.

Q When you say "small," you mean smaller than 30?

A Yeah.

Q Would it be much smaller than that, like smaller than 10%?

A I don't want to give you a wrong figure, but I think it could be in that region.

Q Okay. Who is PowerSchool's largest customer?

A Ooh, who could be? Today it could be the state of Alabama, I would hazard to guess. It changes. A new customer could come in tomorrow.

Q Sure, okay. So for the state of Alabama, what data does PowerSchool host for them?

MS. ROTHMAN: Objection, form.

THE WITNESS: It would be any data that they've sent us for applications

MS. ROTHMAN: Objection, form.

THE WITNESS: How as in the -- where you mean?

BY MS. SIEHL:

Q Sure, let's talk about where is that data kept for those four applications for the state of Alabama?

[redacted]

A The what I wouldn't know, but it will be whichever data they sent us to run inside Unified Insights.

Q Okay. So in your role as the cloud operations officer, you don't know what data

Unified Insights sends to AWS?

A We never see the data. Customers send it to us, we load it, and we give the application to customers. We don't look at it as part of our security and privacy policy.

Q So you have no idea what data endpoints Unified Insights is sending to AWS from the state of Alabama?

MS. ROTHMAN: Objection, asked and answered.

THE WITNESS: Any data that's needed from them to run that application, whether it's -- they're running -- it's an analytics product. So if there's attendance or assessments or grades, there could be a combination of all. It may change because they keep changing their dashboards, all customers do.

So they send it, we have pipes set up, we have dashboards set up, and we make sure that those dashboards stay up and the platform stays up.

defined requirements by the customer to view however they like to see that data, and those needs could change by the customers on an ongoing basis.

BY MS. SIEHL:

Q And your teams are involved in helping set up the dashboards for how the customer would like to view their data?

A We set up the technical infrastructure, we set up the environment, we make the application available, and then -- and then they have the ability to see the data and cross-reference how they like.

We don't -- to run the application, my team doesn't have to be on the front end of it to do our job.

Q Okay. And are there set default settings of certain data dashboards that your customers use when you initially set up the product?

MS. ROTHMAN: Objection, form.

THE WITNESS: Unified Insights, as I

understand it, is a very highly customized product where each customer's needs could be very different.

So the deployments for each customer are also very custom based on how they would like to see their data and what value it brings to them in whichever form.

BY MS. SIEHL:

Q Okay. So if a customer has some specific thing that they want to look at in Unified Insights, is that something that they would ask your team to set up for them?

A They would be -- there would be an implementation team. Once we've set up the base infrastructure and the plumbing, if you like, then the implementation team would work with the customer directly to customize the needs of the customer in the field and make sure that they can see it in that way.

Q Okay. And so would your team then know like what trends would be in schools of

like a new data input that everybody wanted to have if they were joining, and then adding something different?

MS. ROTHMAN: Objection, form, vague, ambiguous, and compound.

THE WITNESS: The schools control the data. Like I said, to do our job, we don't have to look at the data, per se.

And in terms of the requirements, each time a customer is set up, we get a set of requirements to go and set those things up for the customers. We don't -- we don't cross analyze what one customer is doing versus another.

BY MS. SIEHL:

Q What are the most common settings that a customer asks for for Unified Insights?

A I don't know top of my head.

Q Okay. Do you know who would know?

A Unified Insights' engineering team might know.

Q Okay. And who would be like the

will we recover from that? Cloud Operations has its own manual and run book and an established process to deal with those.

Similarly, we have disaster recovery procedures for all of our data centers, whether it's Azure or AWS as well, so in case our [redacted] region of AWS had floods, we will -- through preexisting processes, we will switch our customers to a different location so they can continue to do their business.

Q Got it, okay. I'd like to move to page 2937. (PDF page 22 of Exhibit 2)

Okay, so this is like kind of a pyramid, tip of the iceberg graph, and on the right, there's a list of a lot of companies, some of which we've already talked about today. Do you see what I'm talking about?

A Yes.

Q Okay. So we mentioned New Relic and Datadog for the 24/7 monitoring. There's also CrowdStrike, and I think you told me PagerDuty is what you would do to get people when

Q Yep. And did you investigate where data is stored for Seattle Public Schools and West Contra Costa?

A Yes.

Q And how did you investigate this?

[redacted]

[redacted]

[redacted]

Q And based on your investigation, does PowerSchool host any data for Seattle Public Schools in California?

A No.

Q So shifting from where the data is stored, let's talk a bit about how a data processing provider like PowerSchool gets access to student data.

So who decides whether a data processing provider gets access to student data?

## CERTIFICATE OF NOTARY PUBLIC

I, DAWN A. JAQUES, a Notary Public in and for the Commonwealth of Virginia, before whom the foregoing deposition was taken, do hereby certify that witness whose testimony appears in the foregoing pages was duly sworn by me; that the testimony of said witness was taken by me in shorthand at the time and place mentioned in the caption hereof and thereafter reduced to typewriting under my supervision; that said deposition is a true record of the testimony given by said witness; that I am neither counsel for, related to, nor employed by any of the parties to the action in which this deposition is taken; and, further, that I am not a relative or employee of any attorney or counsel employed by the parties thereto, nor financially or otherwise interested in the outcome of the actions.

Dawn A. Jaques

Dawn A. Jaques, CSR, CLR
Notary Public in and for
Commonwealth of Virginia

My commission expires:
August 31, 2027
Registration No. 132328