# Exhibit 9

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| EMILY CHERKIN, on behalf of herself and as parent and guardian of her minor child, S.G., and on behalf of all others similarly situated,<br><br>DAVID CONCEPCIÓN, on behalf of himself and as parent and guardian of his minor children, L.M.C. and M.M.C., and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>POWERSCHOOL HOLDINGS, INC.,<br><br>Defendant. | Case No. 3:24-cv-02706 |

**EXPERT REPORT OF HRISTINA B. BARTLETT**
**JANUARY 20, 2026**

**CONFIDENTIAL — SUBJECT TO PROTECTIVE ORDER**

Members for whom no data was shared with PowerSchool for only part of the Class Period.[122] In addition, parents' decisions to move their children from one school to another increases the variability in exposure to schools that use different PowerSchool products that may or may not share data with PowerSchool. Finally, both schools and Proposed Class Members vary in their choices regarding opt-outs over time—for schools, whether to offer them, and for parents and students, whether to exercise them. All of these choices and changes cumulatively affect when, if at all, data was shared about an individual Proposed Class Member and, therefore the extent of the harm to the Proposed Class Member, if any.

### 2. *Proposed Class Members interact with different types of PowerSchool products depending on their schools' and school employees' choices, leading to different types and amounts of data shared with PowerSchool*

57. Evidence suggests that, even when Proposed Class Members attend schools that use products that share data with PowerSchool, schools' and school-employees' choices on how to implement the products and input information cause significant variation in the type and amount of data shared for each Proposed Class Member. This variation occurs because schools may use a variety of different products to store different types of student and parent information, and may further customize how they use those product(s) and what data they store. As a result, the types and amount of student and/or parent information that may be shared with PowerSchool is dependent on the specific combination of PowerSchool products used at any given school and schools' customization choices.

---

[122] For example, some schools may have initially only purchased products that do not process student or parent data, such as PowerSchool's talent or resource planning solutions, but later added other products that could process student and/or parent data during the Class Period. [redacted] *See* PWRSCHL_00008714 ("2021-2023 PowerSchool Transaction Data," PowerSchool); 2022-2025 PowerSchool Transaction Data.

58. The variation in schools' and school employees' choices regarding the use and implementation of PowerSchool products is economically material to any assessment of alleged harm. From an economic standpoint, measuring harm requires identifying the specific data, if any, that was shared for each Proposed Class Member because the economic impact of data collection or disclosure depends on the type, quantity, and duration of the data at issue.

#### *a. Variation in PowerSchool's customers' choices of products to use*

59. As I described in **Section III.B.1**, there are many different PowerSchool products, each of which processes different categories of data based on its purpose. [redacted] As the number of students significantly varies across schools, the distribution of the number of schools across different product combinations does not represent the distribution of Proposed Class Members exposed to different products, which is even larger given some of the choices individual parents and students can make (discussed in **Section V.A.3**), as well as parents' and students' decisions to move schools over time (discussed in **Section V.A.1**).

60. Moreover, evidence suggest that there is significant variation in data stored and processed by each product, meaning what data was shared with PowerSchool from each Proposed Class Member depends greatly on the products their district or school used. This can be seen in **Exhibit 2**, which illustrates the data elements that PowerSchool products may process before accounting for any customization at the customer or school level. The exhibit shows that PowerSchool products may store as few as three possible data elements and, across its student- and parent-related products, there can be nearly 100 possible default data elements involved.

---

[123] *See* backup materials to this report, relying on 2022-2025 PowerSchool Transaction Data.

However, as I discuss below, PowerSchool customers control which data fields to use: one customer using a product could opt to use as many data elements as possible while another customer using the same product could use only a fraction of the available data elements.[124] Additionally, any customer can create new data fields as that customer sees fit, as addressed in more detail below.[125]

61. The differences in types and amounts of data categories shared with PowerSchool can be further illustrated by examining the differences between PowerSchool customers that subscribed to only one product. [redacted]

[124] *See, e.g.*, PWRSCHL_00644395-408 ("Data Privacy Impact Assessment (DPIA) Report: PowerSchool SIS," PowerSchool, January 7, 2025) at 407 ("[A] customer can decide what fields are required or not for both core and extended data. In general, data that can be utilized for specific features, say [redacted] is not required if the customer has no interest in utilizing it."); PWRSCHL_00644472-481 ("Data Privacy Impact Assessment (DPIA) Report: Naviance," PowerSchool, January 17, 2025) at 480 ("Nearly all data in the product is optional based on the needs of users, so users have control over how much data is provided."); PWRSCHL_00645429-437 ("Data Privacy Impact Assessment (DPIA) Report: Headed2 (B2B)," PowerSchool, January 23, 2025) at 435 ("The User has full control over their own data, including when to provide optional data[.]").

[125] Rangarajan Deposition, 39:10-14 ("[The] school district can collect any information they want. PowerSchool simply provides the platform and the ability, and they can customize it, extend the fields to store whatever they think they need."); Deposition Transcript of Darron James Flagg, *Emily Cherkin, et al., v. PowerSchool Holdings, Inc.*, 3:24-CV-02706-JD, December 1, 2025 ("Flagg Deposition"), 45:18-19 ("[A] school can customize and add a field if they wish.").

[126] [redacted]. *See* backup materials to this report, relying on PWRSCHL_00702684 ("2022-2025 PowerSchool Transaction Data," PowerSchool).

**Figure 2. Customers Subscribed to Only One Product that May Have Stored Student and/or Parent Data in 2024**[127]



62. For students and parents at these schools, the data that may have been shared varies depending on the product purchased. For example, in 2024:

a. [redacted] Communicate is one of these SchoolMessenger communications solutions that is "a multi-channel, mass notification platform that allows schools and districts to quickly and easily communicate with their school community."[129] Depending on each customer's specifications, [redacted] Evidence suggests that other SchoolMessenger software, such as SafeArrival and Presence, typically process even less student information. (*See* **Exhibit 2**.) [redacted]

[127] *See* backup materials to this report, relying on 2022-2025 PowerSchool Transaction Data.

[128] *See* backup calculations to this report, relying on 2022-2025 PowerSchool Transaction Data. SchoolMessenger customers include customers subscribing to "SM - Chat," "SM - CMA," "SM - Communicate," "SM - PermissionClick," "SM - Presence," or "SM - SafeArrival" in the "PRD_PRODUCT_FAMILY" field.

[129] PowerSchool, "Global Data Privacy Agreement Exhibit A," available at https://www.powerschool.com/wp-content/uploads/PowerSchool-Service-Agreements/EXHIBIT_A_Product_Descriptions.pdf.

[130] PowerSchool, "Global Data Privacy Agreement Exhibit B," available at https://www.powerschool.com/wp-content/uploads/PowerSchool-Service-Agreements/EXHIBIT_B_Total.pdf, pp. 25-28.

[redacted] As a result, students attending these schools would be unlikely to have had any of this information shared with PowerSchool.

b. [redacted] Naviance is a college, career, and life planning product that may be customized for elementary, middle, and high school-aged students.[133] [redacted] (*See* **Exhibit 2**.) Students attending these schools would therefore be unlikely to have had any of this information shared with PowerSchool.

c. [redacted] (*See* **Exhibit 2**.) However, customers may choose not to use PowerSchool's cloud hosting solutions to host the information, such that PowerSchool would not have access to the data, depending on whether the school hosted the data on premise or with PowerSchool, as described in **Section V.A.1**.

d. [redacted] (*See* **Exhibit 2**.) Students

[131] **Exhibit 2**; PowerSchool, "Global Data Privacy Agreement Exhibit B," available at https://www.powerschool.com/wp-content/uploads/PowerSchool-Service-Agreements/EXHIBIT_B_Total.pdf, pp. 25-28.

[132] *See* backup materials to this report, relying on 2022-2025 PowerSchool Transaction Data. Naviance customers include customers subscribing to "Naviance" in the "PRD_PRODUCT_FAMILY" field. The 2022-2025 Transaction Data's "PRD_PRODUCT_FAMILY" field also groups Headed2 and Do What You Are customers with Naviance customers.

[133] *See, e.g.*, PowerSchool, "Naviance for Elementary: Everything You Need to Know," August 18, 2022, available at https://www.powerschool.com/blog/naviance-for-elementary-everything-you-need-to-know/.

[134] *See* backup materials to this report, relying on 2022-2025 PowerSchool Transaction Data. SIS customers include customers subscribing to "SIS," "SIS - Gradespeed," or "SIS - SMS" in the "PRD_PRODUCT_FAMILY" field.

[135] *See* backup materials to this report, relying on 2022-2025 PowerSchool Transaction Data. Behavior Support customers include customers subscribing to "Behavior" or "CHK - Behavior" in the "PRD_PRODUCT_FAMILY" field.

[136] PWRSCHL_00644501-509 ("Data Privacy Impact Assessment (DPIA) Report: Behavior Support," PowerSchool, January 24, 2025) at 503, 505.

attending these schools would therefore likely have had very limited information shared with PowerSchool.[137]

***b. Variation in PowerSchool's customers' choices to customize data fields***

63. In addition to deciding which products to use, PowerSchool's customers also have the option to customize which of the student and parent data elements are stored for different student populations, reflecting differences in how customers deploy different PowerSchool products for their individual needs. According to testimony from PowerSchool representatives, "the school district determines what data it wants to collect," such that "if a school district wanted to create a field for a shoe size of a student, they could."[138] Similarly, PowerSchool explains on its website that certain features are "configured on a school-by-school basis," such that certain features may be disabled and inaccessible by Proposed Class Members at some schools. Further, schools may choose to store only a fraction of the data elements available by default through any given product.[139]

64. Schools' ability to customize fields is emphasized in PowerSchool's data import templates, which are worksheets for school officials to format data to import into PowerSchool

[137] PowerSchool, "Global Data Privacy Agreement Exhibit B," available at https://www.powerschool.com/wp-content/uploads/PowerSchool-Service-Agreements/EXHIBIT_B_Total.pdf, pp. 19-21. *See also* PWRSCHL_00644501-509 ("Data Privacy Impact Assessment (DPIA) Report: Behavior Support," PowerSchool, January 24, 2025) at 505.

[138] Shinton Deposition, 69:1-9 ("A. […] the school district determinates what data it wants to collect. Again, I'm not aware, when they do customize it, what they're using it for, other than the couple of examples I gave you. But if a school district wanted to create a field for a shoe size of a student, they could."). *See also* Flagg Deposition, 43:21-44:8 ("Q. And what are the mandatory data fields that are required for the PowerSchool SIS to operate? A. […] every school is so different. What's mandatory for one school is totally different for another school.").

[139] PowerSchool, "Parent & Student Resource Center," available at https://www.powerschool.com/community-support/parent-student-resource-center/ ("Q: When I try to look at a particular feature, such as GPA, I'm seeing a message stating the feature is 'disabled.' How can I fix this? A: Features such as GPA, assignment grades, and schedule are configured on a school-by-school basis by your school district's PowerSchool administrators.").

systems.[140] [redacted] However, only 11 fields are listed as required, while the other 23 fields are "commonly used fields" but are optional.[142] This suggests that over two-thirds of SIS fields concerning primary student information are optional and subject to variation across schools. Schools could also choose to customize SIS beyond this primary student information. For example, Ms. Judith Jaeger from SPS testified that the school district implemented "heavy customization" related to attendance information, along with other customizations, within the PowerSchool SIS product.[143]

65. Importantly, I understand the customer can also create an unlimited number of additional fields depending on their preferences and/or state reporting requirements,[144] which creates even further variation in the information that may be shared with PowerSchool. Indeed, PowerSchool customers point to product flexibility and customization as a key benefit, indicating that customization is not just a hypothetical option for customers, but one they are implementing. For example:

---

140 PWRSCHL_00199533 ("PowerSchool System Import Data Template Instructions," PowerSchool), tab "Instructions" ("Some fields are auto generated from the PowerSchool System and other fields are created by the user and are contained in the system.").

141 PWRSCHL_00199533 ("PowerSchool System Import Data Template Instructions," PowerSchool), tab "Students (B,S,A)."

142 [redacted] *See* PWRSCHL_00199533 ("PowerSchool System Import Data Template Instructions," PowerSchool), tab "Students (B,S,A)."

143 Jaeger December 18 Deposition, 149:3-11 ("Q. Okay. Are you aware of any customizations to the PowerSchool SIS product? A. Yes. Q. What customizations? A. I know there was a heavy customization routine done on attendance, that took many, many months to complete, that was overengineered. I think there are many other customizations that were done.").

144 PWRSCHL_00199533 ("PowerSchool System Import Data Template Instructions," PowerSchool), tab "Instructions."

a. Dustin Ludwig, an Information Specialist at Goshen County School District in Wyoming, stated: "PowerSchool's strength is ***flexibility***, and because of that flexibility, a school district can align PowerSchool's presentation of information more closely to its vision of what matters to students. The information [the school district] receive[d] from their SIS is presented ***not in a way that serves some prototype school district, but in a way that has been tailored to their specific school district***."[145]

b. Kendall Tankersley from Alabama State Department of Education stated: "PowerSchool is a gamechanger in terms of educational support and data. ***Providing support to districts throughout the state of Alabama has shown me how customizable PowerSchool truly is***. […] I have personal user experience; and I have had the unique experience of visiting ***multiple districts in our state to see how each school is using PowerSchool to benefit their own needs***."[146]

***c. Variation in school employees' choices to input data into PowerSchool products***

66. Evidence indicates that school employees can also influence the degree to which student and/or parent data is obtained by the school and shared with PowerSchool across the products that the school subscribes to. I understand that school staff directly input data into many PowerSchool products including SIS, Ecollect Forms, Behavior Support, SchoolMessenger, Predictive Enrollment Analytics, Special Programs, MyPowerHub,[147] Connected Intelligence, and Permission Click.[148] In addition to school staff members, teachers input data into products such as

---

[145] PWRSCHL_00701823-826 ("PowerSchool," Edsby) at 824-825 (emphasis added).

[146] PWRSCHL_00702371-377 ("PowerSchool in Alabama," PowerSchool) at 374 (emphasis added).

[147] I understand that MyPowerHub provides a platform for viewing existing data processed by a district, not submit new data. *See* PWRSCHL_00645449-458 ("Data Privacy Impact Assessment (DPIA) Report: MyPowerHub," PowerSchool, January 9, 2025) at 453 ("Data is fed into the application from other PowerSchool products (supporting applications) like PowerSchool SIS, Schoology, Naviance, School Messenger, PowerBuddy, Enrollment, and Ecollect.").

[148] *See, e.g.*, PWRSCHL_00644230-239 ("Data Privacy Impact Assessment (DPIA) Report: Ecollect Forms," PowerSchool, November 22, 2024) at 233-234; PWRSCHL_00644395-408 ("Data Privacy Impact Assessment (DPIA) Report: PowerSchool SIS," PowerSchool, January 7, 2025) at 398-399; PWRSCHL_00644501-509 ("Data Privacy Impact Assessment (DPIA) Report: Behavior Support," PowerSchool, January 24, 2025) at 507; PWRSCHL_00644528-536 ("Data Privacy Impact Assessment (DPIA) Report: SchoolMessenger SafeArrival," PowerSchool, February 3, 2025) at 531-532; PWRSCHL_00645398-407 ("Data Privacy Impact Assessment (DPIA) Report: Predictive Enrollment Analytics," PowerSchool, February 7, 2025) at 401-402; PWRSCHL_00645419-428 ("Data Privacy Impact Assessment (DPIA) Report: Special Programs," PowerSchool, January 17, 2025) at 422-423; PWRSCHL_00645470-478 ("Data Privacy Impact Assessment (DPIA) Report: Connected Intelligence," PowerSchool, January 7, 2025) at 473; PWRSCHL_00645493-501 ("Data Privacy Impact Assessment (DPIA) Report: SchoolMessenger Presence," PowerSchool, February 3, 2025) at 496; PWRSCHL_00646380-388 ("Data Privacy Impact Assessment (DPIA) Report: Permission Click," PowerSchool, May 23, 2025) at 383-384.

SIS and Schoology.[149] The many different individuals involved in inputting data may lead to variation in the level of detail and consistency of information shared with PowerSchool.

67. With respect to school staff, administrators may have discretion over which student or parent data fields to submit to PowerSchool. [redacted] Indeed, PowerSchool specifically discloses in its Privacy Statement that the types of data it retains on behalf of its customers depend on the products used by a particular customer, their product configurations, and the data input by the customer and/or product end users.[152]

68. With respect to teachers, information in the record suggests use of certain PowerSchool products can vary from classroom to classroom. For example, according to Ms. Jaeger at SPS, even though the goal was to have all SPS teachers use Performance Matters, the

---

[149] PWRSCHL_00644395-408 ("Data Privacy Impact Assessment (DPIA) Report: PowerSchool SIS," PowerSchool, January 7, 2025) at 399; PWRSCHL_00644375-385 ("Data Privacy Impact Assessment (DPIA) Report: Schoology Learning," PowerSchool, January 3, 2025) at 378.

[150] PWRSCHL_00692466 ("PowerSchool Implementation Template for New Parent Account Creation for Naviance," PowerSchool), tab "New Import Template."

[151] PWRSCHL_00692466 ("PowerSchool Implementation Template for New Parent Account Creation for Naviance," PowerSchool), tab "New Import Template."

[152] *See* PowerSchool, "Global Privacy Statement," August 19, 2025, available at https://www.powerschool.com/privacy/; PowerSchool, "Archived 2023 Privacy Statement," February 2, 2023, available at https://www.powerschool.com/legal/privacy-2023/; PowerSchool, "Privacy Policy (January 2020)," January 27, 2020, available at https://www.powerschool.com/legal/privacy-2023/january-2020/; PowerSchool, "Privacy Legacy," 2018, available at https://www.powerschool.com/privacy-legacy-120118/.

adoption rate as of late 2025 was in the 80-90 percent range.[153] Similarly, in her deposition, Ms. Cherkin acknowledged that teachers may vary in the extent to which they allow a student to opt-out of using EdTech tools,[154] or how they decide to input information when a student hands in an assignment on paper.[155]

69. These different possible combinations of product usage, customization, and individuals responsible for inputting information lead to different types and amounts of data shared with PowerSchool and necessitate individualized inquiries to determine what student and/or parent information was shared with PowerSchool, if any. Even if two students attend the same school (and, therefore, have access to the same PowerSchool products), the type and amount of data they share with PowerSchool may not be the same due to teachers and/or school officials' individual preferences and choices. This could result in substantially different economic harm for Proposed Class Members.

---

153 Jaeger December 18 Deposition, 58:4-25 ("Q. If a teacher wanted to administer an assessment, not through Performance Matters, but through a different system -- say Google Sheets -- is there a way for teachers to, I guess, opt out of using Performance Matters? […] A. I -- so last I heard, you know, for the first year of implementation, which was this past year, the goal -- and, you know, Seattle schools is such a huge, huge system, like to get an adoption of something new, like it takes some time. And so, what I had heard from our Regional Executive Director Team was their goal was to get like a hundred percent participation from schools using Performance Matters, for the curriculum-embedded assessments. I don't know exactly where they are at. Like several months ago, I think I had heard it was somewhere like in the eighties percentile. But that's the extent of my knowledge of participation, or required or not required.").

154 Cherkin Deposition, 158:24-159:4 ("Q. Okay. But it is your understanding that, even within a school, there may be variation from grade to grade, for instance, in whether or how much a student is able to opt out of EdTech? A. Yes, and even within two teachers of the same grade.").

155 Cherkin Deposition, 162:10-163:9 ("Q. Okay. And you would agree with me then that for an assignment that other students filled out directly on the PowerSchool product, but for which your daughter filled out in pencil and paper, PowerSchool would have less information about your daughter, right? A. I suppose, yes, that could be true. Again, I don't know what information the teachers independently would take from my daughter's written assignment and whether they manually entered that information. That was a concern we had with my son when we opted him out of Amplify. The teacher would manually enter that information, and I don't have – I don't know. Q. And it might vary, right. Some teachers may manually enter assignments in one school, but other teachers in another school may simply grade those papers by hand, right? A. Yes. And I think that is universally one of the biggest problems with this, that it is not done the same by the same schools, within the same teachers, or within the same schools or the same district. So there's challenges with – there isn't a continuity, perhaps, with how it's intended to be used.").

***d. Individual school examples demonstrate how variability in products necessitate individualized inquiry to determine what student/parent data could have been shared with PowerSchool, if any***

70. The following are three examples, including the two Named Plaintiffs' school districts, that demonstrate the variability in information shared with PowerSchool by virtue of the different products purchased by each customer:

a. *Seattle Public School District (nearly 50,000 students,[156] including Named Plaintiff S.G.)*: According to PowerSchool's produced transaction data, in 2024, SPS subscribed to PowerSchool SIS, Analytics & Insights, Enrollment, Special Programs, Schoology, Naviance, Performance Matters Student, SchoolMessenger, and TalentEd.[157] SPS did not use PowerBuddy or Connected Intelligence.[158] SPS purchased the on-premise version of PowerSchool SIS, and therefore maintained data for this product locally, rather than sending the information to PowerSchool.[159] I understand that information showing which schools make which products available to which students is unavailable, as is information that is necessary to assess how SPS customized the data fields associated with each product, what types of data were shared with PowerSchool by each product and across all of the products, and whether this type of information was consistent across Proposed Class Members. For example, Ms. Cherkin and S.G. testified to accessing Schoology, but they opted out of using Naviance and they provided no testimony on using the Parent or Student Portals to access PowerSchool SIS.[160]

b. *West Contra Costa Unified School District (over 28,000 students,[161] including Named Plaintiffs L.M.C and M.M.C.)*: According to PowerSchool's produced transaction data, in 2024, WCCUSD subscribed to Headed2, PowerSchool Ecollect Forms, PowerSchool Enrollment, BusinessPLUS, eFinancePLUS, TalentEd, and a hosted version of PowerSchool SIS.[162] Based on deposition testimony, Named Plaintiffs L.M.C., M.M.C., and their father, Mr. Concepción, did not personally use

---

[156] Seattle Public Schools, "About," available at https://www.seattleschools.org/about/.

[157] PWRSCHL_00702684 ("2022-2025 PowerSchool Transaction Data," PowerSchool).

[158] Jaeger December 18 Deposition, 108:10-22.

[159] Ahmad Deposition, 309:8-11 ("Q. And now as to Seattle Public Schools, does PowerSchool host SIS for Seattle, or is it on prem? A. It's on premise."); Shinton Deposition, 45:15-21 ("Q. What does 'on-premises' mean? A. On-premise means that the district has their own servers or hardware that they elect to maintain, and they own that. So they own that hardware and that – we call them also self-hosted, meaning that they elect to choose to basically house their own data.").

[160] Emily Cherkin's Responses and Objections to First Set of Interrogatories, p. 3.

[161] West Contra Costa Unified School District, "District Overview," available at https://www.wccusd.net/about-us/wccusd-at-a-glance.

[162] PWRSCHL_00702684 ("2022-2025 PowerSchool Transaction Data," PowerSchool). The 2022-2025 Transaction Data's "PRD_PRODUCT_FAMILY" field groups Headed2 customers with Naviance customers.

any of these products at WCCUSD.[163] Unlike SPS, WCCUSD did not purchase PowerSchool's classroom learning products (such as Schoology), and instead used other EdTech products (SeeSaw Learning and Google classroom).[164] WCCUSD also did not rely on PowerSchool for a communication platform, so student and parent communications would not have been shared with PowerSchool.[165] Additionally, limited information indicates that WCCUSD appears to have customized the data fields used in its products. [redacted] An individualized inquiry into WCCUSD's customization of each PowerSchool product it used is thus required to assess exactly how WCCUSD customized the data fields associated with each product, what types of data were shared with PowerSchool across these products, and whether this type of information was consistent across Proposed Class Members.

c. [redacted]

---

[163] As I discuss in **Section III.A**, the Concepción plaintiffs testified to using non-PowerSchool products. *See* L.M.C. Deposition, 12:18-13:14; M.M.C. Deposition, 10:12-11:5, 22:7-9; Concepción Deposition, 83:21-84:10.

[164] West Contra Costa Unified School District, "Learning Continuity and Attendance Plan (2020-21)," September 18, 2020, available at https://simbli.eboardsolutions.com//Meetings/Attachment.aspx?S=36030499&AID=65632, p. 8.

[165] According to their website, WCCUSD uses ParentSquare as their "official communication platform[.]" West Contra Costa Unified School District, "ParentSquare Resources," available at https://www.wccusd.net/resources/parentsquare-resources. Mr. Concepción also testified to using ParentSquare to communicate with the school. Concepción Deposition, 79:6-8.

[166] PWRSCHL_00644395-408 ("Data Privacy Impact Assessment (DPIA) Report: PowerSchool SIS," PowerSchool, January 7, 2025) at 399.

[167] PWRSCHL_00645386-397 ("Data Privacy Impact Assessment (DPIA) Report: Enrollment," PowerSchool, December 11, 2024) at 390.

[168] West Contra Costa Unified School District, "2025-2026 Parent Student Handbook," 2025, available at https://resources.finalsite.net/images/v1756423431/wccusdnet/tbvelvm3ybfhoqg8ok2j/25-26Parent-StudentHandbook-English.pdf, p. 171.

[169] Fairfax County Public Schools, "About Us," available at https://www.fcps.edu/about-fcps.

[170] 2022-2025 PowerSchool Transaction Data.

[171] FCPS's website indicates that the district uses ParentVue and StudentVue, which are components of the Synergy Student Information Suite, owned by Edupoint. PWRSCHL_00403686-691 ("Student Information System - SIS ParentVUE Account Registration," Fairfax County Public Schools); Fairfax County Public Schools, "Student Information System (SIS) - StudentVUE," available at https://www.fcps.edu/services/technology/tools/sis-studentvue; Fairfax County Public Schools, "Student Information System - SIS ParentVUE Account Overview," available at https://www.fcps.edu/resources/technology/student-information-system-sis-fcps/sis-parent-account-overview; Edupoint, "Your Student-Focused SIS for Today, Tomorrow, and Beyond," available at https://www.edupoint.com/Synergy-Education-Platform/Student-Information-Suite/Synergy-SIS.

[redacted]

71. These examples demonstrate how students attending different schools with different products lead to substantial variation in student and/or parent data that may be shared with PowerSchool. These examples further highlight how additional information, only available through individualized inquiry, is required to determine how individual schools may have customized their products and how individual decisions affected what data was inputted into these products. I understand that such information is not readily available in PowerSchool's systems in a single format or location (*see* **Section III.B.4**).[172] Given that there are thousands of PowerSchool customers and millions of students and parents, determining whose, what, and how much data, if any, is shared with PowerSchool is therefore necessarily a complex and individualized exercise.

### ***3. Proposed Class Members' preferences and choices on how they use the PowerSchool products offered by schools leads to further variation in the data schools share with PowerSchool***

72. Certain PowerSchool products introduce additional opportunity for variation by enabling students and parents to decide what data, if any, to enter. These products include:

[172] White Report, ¶ 43. *See also* Ahmad Deposition, 66:1-9 ("Q. Which three applications […] does PowerSchool use its own data center for? A. [e]SchoolPlus, eFinancePlus, and BusinessPlus. Q. And why does PowerSchool use its own data center for those three applications? A. We acquired a company called SunGard in 2017, I believe, and those applications came with that data center."); PWRSCHL_00645530-539 ("Data Privacy Impact Assessment (DPIA) Report: Analytics and Insight Platform," PowerSchool, December 11, 2024) at 535 [redacted]); PWRSCHL_00645386-397 ("Data Privacy Impact Assessment (DPIA) Report: Enrollment," PowerSchool, December 11, 2024) at 391.

Enrollment; Performance Matters; Schoology; Naviance; and Headed2.[173] Thus, even if student- and parent-related PowerSchool products are available at a school and the school staff and teachers have elected to input and share with PowerSchool all available data elements, there may still be substantial variation in the amount and type of data that is received and stored, driven by how students and parents choose to interact with these products and what data they choose to input. This is due to at least three sources of variability: (1) differences in information parents and students may input into a product; (2) differences in levels of engagement with PowerSchool products; and (3) differences in the applicability of different data categories to each individual Proposed Class Member.

73. *First*, evidence indicates that Proposed Class Members can choose the level of detail to enter when providing information that may be processed through PowerSchool products (assuming they do not opt out of using the product altogether, which I address in **Section V.A.1**). For example, with respect to medical information, parents may be able to choose whether and, if so, how much detail to provide on their child's allergies and medications to the child's school; the school may then store such data in the school's instance of SIS.[174] Moreover, as different students face different health circumstances, some information may not be entered altogether (e.g., because it may not be applicable), and parents can update the information at any time.[175] The variation

[173] PWRSCHL_00645375-384 ("Data Privacy Impact Assessment (DPIA) Report: Performance Matters Assessment," PowerSchool, January 9, 2025), at 379; PWRSCHL_00644472-481 ("Data Privacy Impact Assessment (DPIA) Report: Naviance," PowerSchool, January 17, 2025), at 476; PWRSCHL_00645429-437 ("Data Privacy Impact Assessment (DPIA) Report: Headed2 (B2B)," PowerSchool, January 23, 2025), at 434-435; PWRSCHL_00644375-385 ("Data Privacy Impact Assessment (DPIA) Report: Schoology Learning," PowerSchool, January 3, 2025), at 379; PWRSCHL_00645386-397 ("Data Privacy Impact Assessment (DPIA) Report: Enrollment," PowerSchool, December 11, 2024), at 390.

[174] *See, e.g.,* Modesto City Schools, "Student Information Update- Using PowerSchool Parent Portal," January 6, 2025, available at https://www.youtube.com/watch?v=HBtCULoNQVs at 2:00-2:40.

[175] *See, e.g.,* Dexter Community Schools, "District Nurse," available at https://www.dexterschools.org/parents/district-nurse ("Families can update student medical information at anytime by logging into PowerSchool […] and using the Student Health Update form.").

would be exacerbated for schools that choose to make certain data categories optional or provide open-text fields to fill out, such as during enrollment, registration, or other information gathering activities during the school year. As a result, this would create variation in the information that Proposed Class Members may have shared with their schools, and ultimately may have been processed in a PowerSchool product.

74. *Second*, Proposed Class Members vary in decisions on how to interact with available products. As interaction with products may result in the creation of data elements, more interaction would likely result in more data elements being processed, all else equal. For example, Naviance allows students to explore their interests by responding to surveys and questionnaires.[176] Certain students may be more engaged in filling out these surveys than others. In particular, students who are interested in attending a college after high school may be more likely to engage with Naviance, as "researching college options" was the top valued feature provided by Naviance in 2022, while students who are interested in other post-high school plans, such as joining the military or working, may be less likely to use Naviance, or to use it less extensively.[177]

75. Parents can also vary in the degree to which they engage with Naviance or other PowerSchool products. Ms. Cherkin, for instance, never used Naviance.[178] Lack of access to a computer and/or a reliable internet connection at home may also reduce parents' frequency of accessing PowerSchool products.[179] In 2021, Pew Research Center reported that 25 percent of

---

[176] PWRSCHL_00644472-481 ("Data Privacy Impact Assessment (DPIA) Report: Naviance," PowerSchool, January 17, 2025) at 476; PowerSchool, "Global Data Privacy Agreement Exhibit B," available at https://www.powerschool.com/wp-content/uploads/PowerSchool-Service-Agreements/EXHIBIT_B_Total.pdf, pp. 63-68.

[177] PowerSchool, "2022 Naviance Student Survey Report," available at https://www.fourpointeducation.com/wp-content/uploads/2023/02/Naviance_Student_Survey_2022.pdf, pp. 25, 27.

[178] Emily Cherkin's Responses and Objections to First Set of Interrogatories, p. 2 ("Plaintiff does not specifically recall using Naviance in the past except to opt her children out of using Naviance.").

[179] *See, e.g.*, West Contra Costa Unified School District, "PowerSchool SIS: Parent Sign In," available at https://wccusd.powerschool.com/public/.

surveyed parents reported having no computer access at home and 23 percent reported not having a reliable internet connection at home.[180]

76. As another example, PowerSchool's Schoology product allows students to communicate with teachers and submit their written assignments.[181] The content of those written assignments can vary wildly, from personal essays to numerical answers to math questions, resulting in different students inputting information of differing sensitivity.[182] For example, Named Plaintiff S.G. testified that she may have uploaded assignments to Schoology discussing her anxiety.[183] However, she agreed that this does not mean every student has similarly provided information about their emotional health.[184] Additionally, Ms. Cherkin noted that S.G. would sometimes choose to complete assignments in pencil and paper instead of using PowerSchool products like her classmates did, which could result in a lower baseline of data inputted into the PowerSchool product.[185]

---

[180] Schaeffer, Katherine, "What We Know about Online Learning and the Homework Gap amid the Pandemic," *Pew Research Center*, October 1, 2021, available at https://www.pewresearch.org/short-reads/2021/10/01/what-we-know-about-online-learning-and-the-homework-gap-amid-the-pandemic/.

[181] PWRSCHL_00644375-385 ("Data Privacy Impact Assessment (DPIA) Report: Schoology Learning," PowerSchool, January 3, 2025) at 378-379; PowerSchool, "Global Data Privacy Agreement Exhibit B," available at https://www.powerschool.com/wp-content/uploads/PowerSchool-Service-Agreements/EXHIBIT_B_Total.pdf, pp. 99-101.

[182] PowerSchool, "Guide to Schoology Assessments," available at https://uc.powerschool-docs.com/en/schoology/latest/guide-to-schoology-assessments.

[183] S.G. Deposition, 70:3-10 ("Q. Have you ever shared anything about your emotional health in a homework assignment that you uploaded to Schoology? […] A. Possibly. Q. What was it? A. I have anxiety, so I might have written about that.").

[184] S.G. Deposition, 70:17-71:2 ("Q. Would you agree with me that what you upload to Schoology will be different from what your classmates will upload? A. Yeah. Q. And so just because you've uploaded something relating to your emotional health doesn't mean everybody did, right? A. Yeah. Q. We'd really have to ask each student to figure it out? A. Yeah.").

[185] Cherkin Deposition, 162:3-20 ("Q. So last year, for instance, there were certain assignments that your daughter would fill out in pencil and paper, right? A. Yes. Q. And her classmates would submit or fill out directly onto a PowerSchool product; is that right? A. I believe so, or other products, yes. Q. Okay. And you would agree with me then that for an assignment that other students filled out directly on the PowerSchool product, but for which your daughter filled out in pencil and paper, PowerSchool would have less information about your daughter, right? A. I suppose, yes, that could be true. Again, I don't know what information the teachers independently would take from my daughter's written assignment and whether they manually entered that information.").

77. *Third*, some products may be more relevant to certain Proposed Class Members than others. As mentioned above, the type of information entered by students in Naviance likely varies by age: middle school-aged students may not enter as much information as a high school-aged student because college and career research is not as relevant to younger students.[186] The level of relevance and engagement with Naviance is reflected in student surveys conducted by PowerSchool: in 2022, 6,175 out of 9,692 surveyed students using Naviance were 12th graders (64 percent), while only 371 were 6th graders (4 percent).[187] Similarly, certain PowerSchool products are focused on specific student needs and may not be relevant to other students. For example, PowerSchool's Special Programs product is geared towards ensuring compliance reporting related to students with learning disabilities and would therefore not store data on students without learning disabilities.[188]

78. The variability discussed in this section further illustrates why individualized inquiry is necessary to determine the nature and amount of the data that may have been stored by schools for individual Proposed Class Members and shared with PowerSchool.

---

[186] For example, Los Angeles Unified School district explains on its website that Naviance for high school students focuses on fully supporting college research, application, and enrollment process through structured tasks and surveys, while Naviance for middle school students centers only on early self-discovery and career exploration through interest surveys and introductory lessons. *See* Los Angeles Unified School District, "A-G Intervention and Support," available at https://a-g.lausd.org/apps/pages/index.jsp?uREC_ID=4403119&type=d&pREC_ID=2628648&tota11y=true.

[187] PowerSchool, "2022 Naviance Student Survey Report," available at https://www.fourpointeducation.com/wp-content/uploads/2023/02/Naviance_Student_Survey_2022.pdf, p. 6.

[188] PowerSchool, "PowerSchool Special Programs," available at https://www.powerschool.com/solutions/student-information/special-programs/.

Members. This variation precludes the use of a common, classwide approach to assessing harm resulting from data sharing. Given there are millions of Proposed Class Members, determining what, if any, information was actually shared without notice or disclosure requires individualized analysis.

#### ***1. Variation exists in the information schools disclose to Proposed Class Members regarding data sharing with third parties, including PowerSchool***

83. Schools and school districts may share information about data sharing practices to a varying level of detail in student handbooks, school forms, policy documents, and/or on their websites. Information in the record suggests that there is substantial variation in the presence, type, and completeness of school disclosures to parents and students about the schools' data storage and sharing practices.

84. For instance, many schools publicly disclose that they may share "directory information" with third parties, such as PowerSchool. "Directory information" is a term derived from the Family and Education Rights and Privacy Act ("FERPA"), which allows schools to share such information with third parties without obtaining prior consent.[190] However, I understand that this term is not definitively defined in FERPA. Instead, individual states, districts, or schools, are given autonomy to determine which data categories are included in the definition of "directory information." **Figure 3** below illustrates the substantial variation in the types of data categories

[190] I understand that FERPA authorizes an educational institution to share student "directory information" with third parties without obtaining prior consent as long as "it has given public notice to parents of students in attendance and eligible students in attendance" of that school regarding (1) the types of personally identifiable information the school has designated as directory information, (2) a parent's or student's right to refuse, and (3) the period of time the parent or student has to notify the school of its refusal. U.S. Department of Education, "34 CFR § 99.31: Under What Conditions Is Prior Consent Not Required to Disclose Information?," available at https://studentprivacy.ed.gov/ferpa#0.1_se34.1.99_131; U.S. Department of Education, "34 CFR § 99.37: What Conditions Apply to Disclosing Directory Information?," available at https://studentprivacy.ed.gov/ferpa#0.1_se34.1.99_131.

that five school districts define as "directory information" in their student handbooks. Of these five school districts, SPS lists 17 data categories (including a student's address, telephone, photograph, and video) and also discloses to parents and students that it may share "other information that would not generally be considered harmful or an invasion of privacy if disclosed."[191] In contrast, Milwaukee Public Schools discloses they may share only six different categories of data. I understand that state law mandates can also impact the types of data schools designate as "directory information." For example, Cherry Creek School District specifies that "[s]tudent telephone numbers and addresses, including email addresses of current students, will not be disclosed pursuant to Colorado law," whereas these same data elements are disclosed as "directory information" by schools in other states.[192] These schools also vary in the degree to which parents and students are required to take affirmative action to indicate their understanding and agreement to the school's policies. For example, SPS asks parents to sign a form consenting to the release of their student's directory information each school year, while WCCUSD provides parents with the option to opt out of releasing their student's directory information on a form that parents are asked to sign acknowledging that they have received and read the Parent-Student handbook.[193]

---

[191] Seattle Public Schools, "Family Educational Rights and Privacy Act (FERPA) Annual Notification of Rights & Directory Information Opt-Out Form," 2025, available at https://www.seattleschools.org/wp-content/uploads/2021/08/FERPA-HS-English.pdf, p. 3.

[192] PWRSCHL_00399986-993 ("Board Policies: Student Records/Release of Information on Students," Cherry Creek School District, September 12, 2022) at 992; Cherry Creek School District, "Student Conduct and Discipline, Rights and Responsibilities," July 1, 2025, available at https://resources.finalsite.net/images/v1754519838/cherrycreekschoolsorg/efbxmshknwookjajf1aw/ccsdstudentconductmanual-25.pdf, p. 78.

[193] Seattle Public Schools, "Family Educational Rights and Privacy Act (FERPA) Annual Notification of Rights & Directory Information Opt-Out Form," 2025, available at https://www.seattleschools.org/wp-content/uploads/2021/08/FERPA-HS-English.pdf; Seattle Public Schools, "2025 Start of School Forms and Information," August 26, 2025, available at https://www.seattleschools.org/news/start-of-school-forms/; West Contra Costa Unified School District, "2025-2026 Parent Student Handbook," 2025, available at https://resources.finalsite.net/images/v1756423431/wccusdnet/tbvelvm3ybfhoqg8ok2j/25-26Parent-StudentHandbook-English.pdf, p. 8.

**Figure 3. "Directory Information" Disclosures Across Sample of School Districts**

| Categories of Student Information | SPS[194] | WCCUSD[195] | Cherry Creek School District[196] | Milwaukee Public Schools[197] | Savannah-Chatham County Public Schools[198] |
|---|---|---|---|---|---|
| Address | ✓ | ✓ | | | |
| Assigned Class | | | ✓ | | |
| Awards Received | ✓ | ✓ | ✓ | ✓ | ✓ |
| Class Lists | | | ✓ | | |
| Date of Birth | ✓ | ✓ | | | ✓ |
| Dates of Enrollment/Attendance | ✓ | ✓ | ✓ | | ✓ |
| Degrees/Diplomas Received | ✓ | ✓ | ✓ | ✓ | ✓ |
| Email Address | ✓ | ✓ | | | |
| Enrollment Status | ✓ | | | | |
| Grade Level | ✓ | | ✓ | | ✓ |
| Honors Received | | | | | ✓ |
| Major Field of Study | ✓ | ✓ | ✓ | | ✓ |
| Most Recent School or Program Attended | ✓ | ✓ | ✓ | ✓ | |
| Name | ✓ | ✓ | ✓ | ✓ | ✓ |
| Participation in Activities/Sports | ✓ | ✓ | ✓ | ✓ | ✓ |
| Photograph of Student | ✓ | | | | ✓ |
| Place of Birth | | | | | ✓ |
| Playbill Showing Student's Role in Drama Production | | | ✓ | | |
| Telephone Number | ✓ | ✓ | | | |
| Video of Student | ✓ | | | | |
| Weight and Height of Members of Athletic Teams | ✓ | ✓ | ✓ | ✓ | ✓ |
| Yearbook | | | ✓ | | |
| Other Information | ✓ | ✓ | | | |
| **Total Number of Categories** | **17** | **13** | **13** | **6** | **12** |

194 Seattle Public Schools, "Family Educational Rights and Privacy Act (FERPA) Annual Notification of Rights & Directory Information Opt-Out Form," 2025, available at https://www.seattleschools.org/wp-content/uploads/2021/08/FERPA-HS-English.pdf, p. 3.

195 PWRSCHL_00536444-613 ("2024-2025 Parent Student Handbook," West Contra Costa Unified School District, October 16, 2024) at 582.

196 PWRSCHL_00399986-993 ("Board Policies: Student Records/Release of Information on Students," Cherry Creek School District, September 12, 2022) at 992; Cherry Creek School District, "Student Conduct and Discipline, Rights and Responsibilities," July 1, 2025, available at https://resources.finalsite.net/images/v1754519838/cherrycreekschoolsorg/efbxmshknwookjajf1aw/ccsdstudentconductmanual-25.pdf, p. 78.

197 PWRSCHL_00393710-720 ("Administrative Policies of the Milwaukee Public Schools," Milwaukee Public Schools, October 30, 2024) at 715.

198 PWRSCHL_00394492-5239 ("Board Policy Manual," Savannah-Chatham County Public Schools, February 3, 2025) at 190.

85. Schools also vary in whether they specifically call out PowerSchool in parent and student-facing forms or websites as a third party with which the school shares information. For instance:

a. *Seattle Public School District (nearly 50,000 students).*[199] In the "Start of School Forms and Information" that SPS appears to provide to students and parents at the start of each school year, the district specifically mentions PowerSchool products.[200] It also provides information on the school's vetting of PowerSchool and the specific types of student data that will be "loaded to Naviance," including "student first and last name, username, proxy ID, school, grade, date of birth, transcripts, courses, GPA, ACT/SAT scores, ethnicity, and gender."[201] SPS also provides information on its website about the district's use of PowerSchool products, including SIS, PowerTeacher, Analytics and Insights, Enrollment Registration and Enrollment Languages, Schoology, Naviance, and SchoolMessenger, and the types of student information stored in PowerSchool products.[202]

b. *Fairfax County Public Schools (nearly 183,000 students).*[203] Fairfax County Public Schools provides information on its website about PowerSchool's products PowerBuddy, Schoology, and Naviance.[204] I also understand that it distributed a letter to parents in 2021, when they started using Schoology as its learning management system, describing Schoology and explaining that the platform stores information such as a student's calendar, classes, assignments, and participation as well as teachers' comments, scores, and feedback.[205]

c. *Brownsville Independent School District (approximately 37,000 Students).*[206] Brownsville Independent School District describes the types of data maintained in

---

[199] Seattle Public Schools, "About," available at https://www.seattleschools.org/about/.

[200] Seattle Public Schools, "2025 Start of School Forms and Information," August 26, 2025, available at https://www.seattleschools.org/news/start-of-school-forms/.

[201] Seattle Public Schools, "High School and Beyond Planning with Naviance," available at https://www.seattleschools.org/wp-content/uploads/2022/09/Naviance-Overview-ADA.pdf; Seattle Public Schools, "Naviance," available at https://www.seattleschools.org/resources/naviance/.

[202] Seattle Public Schools, "PowerSchool Products," available at https://www.seattleschools.org/departments/dots/software-information/powerschool-product/.

[203] Fairfax County Public Schools, "About Us," available at https://www.fcps.edu/about-fcps.

[204] Fairfax County Public Schools, "FCPS Digital Ecosystem Resource Search," available at https://del.fcps.edu/home; Fairfax County Public Schools, "Power Buddy for Learning," available at https://del.fcps.edu/details/1760454175624; PWRSCHL_00403684-685 ("Product Details: Schoology," Fairfax County Public Schools, December 4, 2024); PWRSCHL_00403692-694 ("What is Schoology," Fairfax County Public Schools); PWRSCHL_00403731-738 ("Schoology: Parent and Guardian," Fairfax County Public Schools); PWRSCHL_00403766-767 ("Product Details: Naviance," Fairfax County Public Schools, November 15, 2024).

[205] PWRSCHL_00310678-679 ("Letter to Parents: Adoption of Schoology," Fairfax County Public Schools, 2021) at 679.

[206] National Center for Education Statistics, "District Directory Information: Brownsville Independent School," 2024, available at https://nces.ed.gov/ccd/districtsearch/district_detail.asp?ID2=4811680.

student records in its Student-Parent Handbook, including "attendance records, test scores, grades, disciplinary records, counseling records, psychological records, applications for admissions, health and immunization information, teacher and school counselor evaluations and reports of behavioral patterns."[207] Neither the handbook nor the district's website mention "PowerSchool" nor "Student Information System" as recipients of the data.

86. Similar to the variation observed in schools' disclosures of "directory information," the types of data that schools disclose as processed by a specific PowerSchool product varies by school. For instance, SPS publicly explains on its website that its version of PowerSchool SIS "keeps comprehensive records of student enrollment, demographics, courses, schedules, attendance, disciplinary incidents, assignments, grades, GPAs, and transcripts."[208] Cherry Creek School District (which serves over 53,000 students) provides less detail, stating on its website that its PowerSchool SIS includes information on "student attendance and grade history, as well as notes and comments from teachers,"[209] and Forest Hills Public School (which serves nearly 10,000 students) discloses on its website that its version of PowerSchool SIS includes "demographics, enrollment, grades, health information, etc."[210] Houston Independent School District (which serves approximately 185,000 students) refers broadly to including "demographics" in its student information system "HISD Connect by PowerSchool," which is in contrast to other school districts, like WWCUSD (which serves over 28,000 students), that provide more detailed disclosures

[207] PWRSCHL_00390447-471 ("2024-2025 Student-Parent Handbook," Brownsville Independent School District, 2024) at 454.

[208] Seattle Public Schools, "PowerSchool Products," available at https://www.seattleschools.org/departments/dots/software-information/powerschool-product/.

[209] Cherry Creek School District, "Parent Resources," available at https://www.cherrycreekschools.org/academics/curriculum-and-instruction/digital-learning/parent-resources.

[210] Forest Hills Public Schools, "Digital Learning Resources," available at https://www.fhps.net/departments/technology/digital-resources/.

specifying which demographic data is stored in its student information system (e.g. ethnicity, race, gender, foster or homeless program participation, and armed forces family member status).[211]

87. Other districts may not mention PowerSchool specifically in their disclosures, but their policies indicate the possibility that the disclosures provided to parents and the types of acknowledgement required could vary on a product-to-product basis. For example, Chicago Public Schools (serving over 300,000 students)[212] has a policy for parents to "know which authorized software is being used in the classroom" and to "provide consent to the use of authorized software as outlined in the guidelines" as mandated "[u]nder SOPPA and the Chicago Board of Education's policy."[213] Further inquiry into Chicago Public School's communications with parents is required to determine whether they disclosed PowerSchool products specifically to parents and how they obtained parental consent. Similarly, Fairfax County Public Schools (serving nearly 183,000 students)[214] provides parents with a "Parent Digital Consent" system from which they can consent to certain vendor technologies.[215] Fairfax County Public Schools appears to vary their approach based on the type of technology. For example, it appears to require signed parental consent for students to use SeeSaw (a non-PowerSchool product),[216] but not PowerSchool's Schoology,

---

[211] West Contra Costa Unified School District, "District Overview," available at https://www.wccusd.net/about-us/wccusd-at-a-glance; PWRSCHL_00390764-838 ("2024-to-2025 Student Handbook," Houston Independent School District, 2024) at 775; PWRSCHL_00536444-613 ("2024-2025 Parent Student Handbook," West Contra Costa Unified School District, October 16, 2024) at 586; National Center for Education Statistics, "District Directory Information: Houston Independent School District," 2024, available at https://nces.ed.gov/ccd/districtsearch/district_detail.asp?Search=2&ID2=4823640.

[212] Chicago Public Schools, "Stats and Facts," available at https://www.cps.edu/about/stats-facts/.

[213] PWRSCHL_00402348-352 ("Parents' Rights," Chicago Public Schools), at 349-350.

[214] Fairfax County Public Schools, "About Us," available at https://www.fcps.edu/about-fcps.

[215] PWRSCHL_00403508-512 ("Parent Digital Consent Directions," Fairfax Digital Consent Directions) at 509-511.

[216] The "Parental Digital Consent" system asks for "signed parental consent" for the use of SeeSaw, stating: "Permission: Required, All Ages. Signed Parental consent for this application is required under FERPA for all students regardless of the student's age." *See* PWRSCHL_00403549-550 ("SeeSaw," Fairfax County Public Schools, July 29, 2024) at 549.

Naviance, or Performance Matters.[217] Further inquiry is required to determine whether Fairfax County Public Schools required signed parental consent for other PowerSchool products, such as SchoolMessenger and Personalized Learning (*see* **Section V.A.2.d** for the PowerSchool products used by Fairfax County Public Schools**)**.

88. Publicly available studies indicate that many parents review and are familiar with school data policies and practices, which emphasizes the need to examine each Proposed Class Members' understanding of relevant disclosures to assess economic harm, if any. For example, a 2020 online survey of U.S. parents of K-12 students conducted by the Center for Democracy & Technology[218] reported that nearly 60 percent of parents state that their school is transparent about how they collect, share, protect, and use student data and 55 percent of parents expressed familiarity with legal rights to protect their child's data privacy and security.[219] Similarly, a 2016 online survey of U.S. parents with children under the age of 18 enrolled in public schools conducted by the Future of Privacy Forum found that nearly 70 percent of parents believe their school "has clear policies" for collection and use of student data.[220] Moreover, 62 percent of

[217] For PowerSchool products, the "Parent Digital Consent" system states: "Permission: Not Required--Under FCPS Agreement. Parental consent is not required. FCPS has a data confidentiality agreement in place and is exchanging data with a third party designated by FCPS as a School Official under FERPA and as defined in the FCPS Annual Notice." *See* PWRSCHL_00403684-685 ("Product Details: Schoology," Fairfax County Public Schools, December 4, 2024) at 684; PWRSCHL_00403766-767 ("Product Details: Naviance," Fairfax County Public Schools, November 15, 2024) at 766; PWRSCHL_00404273-274 ("Performance Matters," Fairfax County Public Schools, September 16, 2024) at 273.

[218] CDT is a nonprofit organization that advocates for digital rights and freedom of expression. Center for Democracy & Technology, "Student Data and Information Privacy: A Survey of Parents of K-12 Students," September 2020, available at https://cdt.org/wp-content/uploads/2020/09/CDT-Parent-Student-Data-Privacy-Report-Slides.pdf, p. 2 ("An online survey of parents of K-12 students was fielded from May 19 to June 1, 2020. Samples were conducted among a U.S. representative sample and Hispanic and African-American oversamples: U.S. - 1,227, Hispanic - 530, African American - 522 [respondents].").

[219] Center for Democracy & Technology, "Student Data and Information Privacy: A Survey of Parents of K-12 Students," September 2020, available at https://cdt.org/wp-content/uploads/2020/09/CDT-Parent-Student-Data-Privacy-Report-Slides.pdf, pp. 18-19.

[220] Future of Privacy Forum, "Beyond One Classroom: Parental Support for Technology and Data Use in Schools," 2016, available at https://fpf.org/wp-content/uploads/2016/12/Beyond-One-Classroom.pdf, p. 4.

***

Signed on the 20th day of January, 2026, in Los Angeles, CA.



Hristina B. Bartlett