# Exhibit 10

***Emily Cherkin, et al. v. PowerSchool Holdings, Inc.***

# Expert Report of David White

PowerSchool to do so through [redacted] My investigation found that PowerSchool limits access to customer-specific data lakes to only those employees who are necessary for the service and maintenance of those databases. PowerSchool does not otherwise use or access data in customer-specific data lakes. All of this results in complete customer segregation and the customer's retention of control over its own data.

**2. PowerSchool Does Not Use Customer Data to Either Develop Insights for Its Own Use or to Improve Its Product Suite**

45. Another consequence of PowerSchool's practice of segregating data by customer is that PowerSchool's ability to use customer data for its own commercial purposes is significantly limited,[52] even assuming it had a desire to do so. PowerSchool does not commingle or combine raw data from multiple customers to deliver or monetize widescale analytics or reporting functionalities. It likewise does not commingle customer data to conduct product improvement, AI model training, nor for any other use that would benefit a broader set of customers. Instead, a customer's data is only ever utilized for that customer. No customer has access to another customer's data, and no customer receives insights or analytics that rely on any other customer's data. Further, PowerSchool utilizes only de-identified or synthetic datasets for troubleshooting, testing or demonstrating new product features.

46. As described above, PowerSchool's software provides analytics and reporting tools to fulfill a broad array of tasks and provide educators with the tools to generate insights about their students. Customers can use their own data to generate automated reports for state reporting compliance purposes or build dashboards to visualize trends among their own student body in real time.[53] In all instances, the underlying data originates exclusively from each customer's own database or instance within PowerSchool's infrastructure.[54] There is no process by which PowerSchool uses customer data from one school or district to create insights that are then

---

[52] *See* Deposition of Sujit Maharana at 71:1-72:9 (discussing how his team does not look across Unified Insights customer instances to determine what are the most popular metrics being implemented because data segregation makes it too time-consuming).
[53] *See* Deposition of Joseph Swingle at 103:11-104:2, 112:6-113:12; Deposition of Shahzad Ahmad at 287:11-289:1; 12/18/2025 Deposition of Judith Jaeger at 114:22-116:16.
[54] *See* Deposition of Shahzad Ahmad at 181:117-184:22.

shared with or applied to another customer. Further, no customer has the ability to run analytics using another customer's data.[55]

47. To give a concrete example, one of the analytic functions supported by Analytics & Insights is to identify students who may be at risk of not graduating on time by applying statistical modeling and machine learning techniques.[56] [redacted]

48. I have seen no evidence that PowerSchool is performing analytics on customer data for its own use. To the contrary, PowerSchool employee Shaz Ahmad testified that PowerSchool "never see[s] the data,"[60] the company doesn't "look at [the data] as part of our security and privacy policy,"[61] and that the "schools control the data."[62] Joseph Swingle likewise testified that there are "no reports built on top of customer data that . . . are viewed internally by PowerSchool."[63] And Sujit Maharana, the lead engineer for the Analytics & Insights product, testified that Analytics & Insights only provides analytics "define[d]" by a customer and that the customer,

---

[55] Deposition of Shaz Ahmad at 106:21-107:17; Deposition of Sujit Maharana at 54:8-55:16, 102:7-14, 161:10-19, 164:22-165:13, 168:3-11, 234:11-235:3; October 30, 2025 Sujit Maharana Interview.
[56] Deposition of Sujit Maharana at 41:18-42:15; October 30, 2025 Sujit Maharana Interview.
[57] Deposition of Sujit Maharana at 42:18-46:2; October 30, 2025 Sujit Maharana Interview.
[58] Deposition of Sujit Maharana at 42:18-46:2; October 30, 2025 Sujit Maharana Interview.
[59] Deposition of Sujit Maharana at 42:11-46:2; October 30, 2025 Sujit Maharana Interview.
[60] Deposition of Shaz Ahad at 103:21-104:5.
[61] *Id.*
[62] *Id.* at 110:21-111:14.
[63] Deposition of Joseph Swingle at 336:2-10.

not PowerSchool, "decide[s] the criteria for a school districts' analytics."[64] In short, PowerSchool does not "sell insights to the customers" but instead sells "the license to the platform or software," meaning "[t]he insights that they [i.e., the customers] gather [are] theirs."[65]

49. I have likewise seen no evidence that PowerSchool uses customer data to develop or improve its service offerings, including after a customer ceases using PowerSchool's products. Rather, multiple PowerSchool witnesses testified that data from one customer is never used to build or test a product used by another customer, and that customer data is permanently deleted as part of the offboarding process.[66]

50. In some circumstances, [redacted] Both are measures organizations can take to protect individuals' privacy by limiting the duplication, circulation, and exposure of personal data for purposes other than providing core services.

51. [redacted]

---

[64] Deposition of Sujit Maharana at 246:4-248:5, 289:15-290:13.
[65] Deposition of Sujit Maharana at 291:14-292:13, 293:2-19.
[66] Deposition of Sujit Maharana at 293:2-19; Deposition of Joseph Swingle at 84:13-85:7, 329:2-20; Deposition of Shazad Ahmad at 124:21-126:8; October 30, 2025 Interview with Sujit Maharana; October 30, 2025 Interview with Joseph Swingle.
[67] Deposition of Sai Rangarajan at 138:5-18; Deposition of Sujit Maharana at 289:15-290:13; Deposition of Darron Flagg at 385:5-399:1.
[68] *See* Deposition of Joseph Swingle at 357:6-10. The engineering teams of different PowerSchool products maintain de-identification scripts for their respective service offering. Deposition of Darron Flagg at 368:18-370:14, 379:4-21.

unauthorized access or comingling of customer data. Importantly, my investigation confirms that PowerSchool does not operate a central, unified data lake holding its customers' information. Indeed, PowerSchool has implemented internal controls that define and limit employee access to customer data by role based on the principle of least privilege.

71. Similarly, PowerSchool only utilizes data on behalf of the customer to which it pertains. It does not monetize customer information, either directly by making it available to third parties or indirectly by using it to power commercially available analytics features or conduct product development. For a limited number of use cases, PowerSchool instead uses synthetic or de-identified data for testing or development purposes, though only in response to specific customer requests.

72. Finally, PowerSchool's partnership program and integration models enhance platform capabilities while safeguarding customer data, with thorough review processes and security audits prior to authorizing any third-party APIs. Ultimately, customers retain full control over which integrations to utilize, which data to share, and the third parties with whom it is shared.

David White

David J. White,

AlixPartners LLP

January 20, 2026