# Exhibit 11

STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

EMILY CHERKIN, et al., )

Plaintiff, )

v ) Case No. 3:24-CV-02706-JD

POWERSCHOOL HOLDINGS, INC., )

Defendant. )

VIDEOTAPED DEPOSITION OF SUJIT MAHARANA

APPEARING REMOTELY

September 24, 2025

11:10 a.m. (Central Time)

Reported by: Eileen Mulvenna, CSR/RMR/CRR/RDR

Job No. 00170367

DIGITAL EVIDENCE GROUP
1730 M Street, NW, Suite 812
Washington, D.C. 20036
(202) 232-0646

integrating with other systems, what we do is we simply have a very efficient mechanism to just integrate with one system, which is Connected Intelligence.

Q. And when you say "we," do you mean Unified Insights?

A. Unified Insights.

Q. Okay.

A. Unified Insights, yes. Whenever I speak, I'm talking about Unified Insights.

Q. Got it. Okay.

So Unified Insights is using Connected Intelligence as its data source?

A. Correct.

Q. Going back to this bullet point on your LinkedIn, you mentioned predictive analytics. What are predictive analytics?

A. Predictive analytics -- risk analysis is a good example of it. For example, on-time graduation is providing those predictive analytics.

Q. What other predictive analytics is Unified Insights using for risk analysis?

A. That is the primary one. Others I don't think any customers are using or may not be using.

Q. Okay. What other capabilities does Unified Insights offer as far as risk analysis from predictive analytics?

A. Today, I can't think of others. There might be other modules, but that's the only one that we generally do. I can't remember others because it...

Q. Okay. So the main predictive analytics that Unified Insights is using for risk analysis is predicting on-time graduations for students?

A. That's the one, correct.

Q. Okay. So how does Unified Insights use predictive analytics to determine if a student will make an on-time graduation?

[redacted]

[redacted]

[redacted]

Q. Okay. So how does Unified Insights -- taking your example of how many days might predict if a student is not on time for graduation, that they're absent, for example, how does Unified Insights provide the school those other potential like date time periods that you mentioned to consider?

Because I know you said it might be 13 days, it might be 14 days. So how does Unified Insights take that information and report it back to the school?

[redacted]

[redacted]

[redacted]

Q. So does Unified Insights then utilize machine learning?

A. It does.

Q. Okay. Can you just define generally what machine learning is?

A. I'll repeat that again. We -- in machine learning we take a set of data, divide it into two parts. One part is for finding out the model itself, which -- and the second set of data we use to test whether the model is -- what was built is accurate or not. So it's a regression model.

Q. So the first set of data that's fed into the model, where does that come from?

[redacted]

[redacted]

Q. Okay. Then how does the second set of data for the regression model work?

A. There's no second set of data. They have to give one set of data. We break that into two parts. The first part is what we use to create the model. When we get the full dataset, the second part, we test whether the model is accuracy.

Because every model will give you a different percentage, and that's what we go and show the customers, is that, Hey, here is how it is looking like, and is there anything that you want to do in the model? What do you think?

don't know who on the customer side.

Q. Okay. So if there's multiple school districts that are using the risk analysis for on-time graduation and they're using a product, then is it up to the individual school district to work with the implementation team to make any tweaks or changes to the criteria that they're seeing?

[redacted]

Q. Okay. And how is it that each customer's data is kept separately within Unified Insights?

MS. ADENDORFF: Objection, vague.

THE WITNESS: Within Unified Insights, the data warehouse and database is totally separate. We do not have customer data in single database even. We are a single-tenant product. We are not even a multi-tenant

[redacted]

Q. Okay. But I want to go back to your example about the graduation rates.

A. Uh-huh.

Q. If the data that Unified Insights comes out and shows, say, a different amount of absenteeism that would then lead to a correlation and not being on time for graduation, how is that suggestion then made to the school district?

A. It's just numbers. It's just aggregation of numbers, right.

So, for example, a school teacher is taking attendance every day. They don't know how many days in that last month was a kid absent. So we can count that for them and tell them, Hey, so-and-so kid was absent for two days; or for a principal, this grade -- or this class had absent -- 10 percent were absent, or 20 percent were absent.

platform and be able to engage with Analytics and Insights?

A. Yes.

Q. Okay. And how does that work?

A. They upload it into an FTP location.

Q. Does the school also have to convert their information in a specific way?

A. Not all schools.

Q. Is that a specific service that's provided by PowerSchool for that individual school to not have to convert their data?

A. Correct. We do provide that. The implementation team can help with that.

Q. Okay. And now, for the Analytics and Insights platform to work, what types of documentation would you want an individual school that was uploading their information to provide?

MS. ADENDORFF: Objection to form.

THE WITNESS: For Analytics and Insights is a platform, analytics platform. For it to work as-is, it does not need any data at all. It's just a platform.

Just like Microsoft Excel can work on its own without any data, it is a platform, analytics platform.

BY MS. SIEHL:

Q. Okay. So, again, this example of the school that's uploading their own information --

A. Correct.

Q. -- what are, like, the key buckets of data that would be needed to be able to have predictive analytics, for example?

A. Correct. So depending on what data they give, they can ask questions of the data that they provide. But Analytics and Insights as such is independent of what data is uploaded and what questions or answers are being asked.

Q. Okay. Can you explain that to me a little bit more, what you mean by that?

A. So, for example, in Excel, you download your bank transaction data. You want to know how many -- how much you have spent last month. Excel itself can exist on its own. Excel does not need to exist without the bank transaction data or

any data.

Similarly, Analytics and Insights is an analytics platform which can exist on its own. If a customer wants to know the attendance trend, they have to provide that attendance data, load it into Analytics and Insights, and then they can see the trend, attendance trend.

If they do not load that attendance data and they want to see attendance trend, they cannot see the attendance trend because they have not provided that data.

Q. So would it be then the implementation team's role to tell that specific school district that's uploading their own data, Hey, here's the key buckets of information that we need in order to provide the analytics and insights that you would like to see?

MS. ADENDORFF: Objection to form.

THE WITNESS: It depends on what the customer wants. We do not go and tell the customer that this is what we need. So it is the customer's needs.

BY MS. SIEHL:

Q. Okay. And that makes sense. So if the customer is like, Hey, I would really like to see, for example, the attendance data, the assessment success rate, and whether or not students are on track to graduate, then would it be the implementations team that's telling them, Here's the key information that you need to provide us for our program to work?

MS. ADENDORFF: Objection, calls for speculation.

THE WITNESS: Not really, because the customers already know that information. If they want to see attendance data, they know where that data is. If they want to see assessment how -- how the assessment look like, they know where the assessment is.

We cannot tell them that, Hey, provide this data or that data. No. They already know that. And every customer is different. Every customer has that information what they know about. It's not one size fits all.

BY MS. SIEHL:

Q. But that conversation does take place, though, right, between the implementation team and the school as to what they want to see, how they want to see it, and so there's a bit of a back-and-forth?

A. Yes --

MS. ADENDORFF: Objection --

THE WITNESS: Yes, they --

MS. ADENDORFF: I'm sorry.

Objection, calls for speculation.

THE WITNESS: Yeah. As per my knowledge, yes. And that needs to happen. Automatically Analytics and Insights will not get the student data. They have to provide it.

BY MS. SIEHL:

Q. Okay. And when we're in a situation of a third-party SIS operating system that's not PowerSchool, does the team -- implementation team ask for specific inputs from the school to ensure that the data visualization the school wants will

of the data insights that it says Hoonuit can provide is predictive analytics to proactively prepare students, for example.

How can predictive analytics proactively prepare students?

A. Again, this is information that is provided to the customer. How the customer uses that information is up to them.

Q. Okay. But, again, there are things that are being marketed. So they are things that can be provided; right?

A. The decision is based on -- this decision is on the schools. The data -- the customers provide us the data. Customer asks these questions. They ask, how often did a user access LMS system in the past 90 days, or how often are students doing that?

Now, how they use it is up to the customer. And if you see the quote at the right-hand side bottom, it is a quote from the customer. It's not a PowerSchool quote.

Q. Okay. So if a customer came to your

team and said, We want to use predictive analytics to proactively prepare our students, what would your team do?

MS. ADENDORFF: Objection, calls for speculation.

THE WITNESS: We will have to ask what does that mean, right. They have to define what it means more as to what -- what they want to see. So we do not prescribe anything. So we do not do any prescriptive analytics at all.

BY MS. SIEHL:

Q. Okay. Well, this slide is talking about, like, for example, college and career readiness. So if a school administrator customer came to your team and said, We want to use predictive analytics to proactively prepare our students for X career, is that something that you could do, and what would you go about doing?

A. We don't -- we don't provide that consulting ring. It is up to the customer as to how they want to use that information. What we provide

is just the questions and answers that you see in that little picture there, and they can tweak it.

They can ask any questions that is relevant for their college and career readiness, if they think they can use this information.

Q. I'll direct your attention to page 15 of this document.

All right. Was this the org chart when PowerSchool acquired Hoonuit?

A. Yes.

Q. Okay. And at that time, then, were you reporting to Shivani Stumpf?

A. Yes.

Q. But you don't report to her any anymore?

A. No.

Q. That's all I have for this exhibit.

MS. ADENDORFF: Do you want to take a break, Whitney?

MS. SIEHL: Sure. Yeah, we can go off for about ten minutes.

THE VIDEOGRAPHER: The time is

parents?
A. No, we don't have parent data at all.
Q. Are you aware of any school districts --
(The reporter seeks clarification.)
THE WITNESS: We don't have parent data model or parent data at all, essentially. That data has to be provided by the schools. I'm not aware of any schools providing any parent data to Unified Insights. So we don't have parent data at all.
BY MS. ADENDORFF:
Q. Does PowerSchool decide the criteria for the school districts' analytics?
A. No, it's the customers.
Q. Let's talk about Risk Analysis specifically.
Does PowerSchool review a specific customer's historical data to decide what it means for a student to be at risk?
A. The decision is on the customer.

Q. As for the term "risk analytics," what risk are you talking about, typically?

A. An example would be on-time graduation, and it's up to the customer if they want to add any other analytics to it.

Q. Are there any analytics in Insights product that were developed, improved, or trained using student data?

A. No.

Q. And are there any analytics in Insights products that were developed, improved, or trained using parent data?

A. No.

Q. Does PowerSchool sell student data?

A. No.

Q. Does PowerSchool sell insights on students?

A. No.

Q. What if the plaintiffs' counsel asked you, But don't you sell insights back to the school that bought your Unified Insights --

(The reporter seeks clarification.)

STATE OF NEW YORK )

ss:

COUNTY OF WESTCHESTER )

I, EILEEN MULVENNA, CSR/RMR/CRR/RDR, a Certified Court Reporter, Registered Merit Reporter, Certified Realtime Reporter, Registered Diplomate Reporter, and Notary Public in and for the State of New York, do hereby certify:

That I reported the taking of the deposition of the witness, SUJIT MAHARANA, commencing on the 24th day of September, 2025, at the hour of 11:10 a.m.

That prior to being examined, the witness was duly sworn by me to testify to the truth, the whole truth, and nothing but the truth.

That I thereafter transcribed my said shorthand notes into typewriting and that the typewritten transcript of said deposition is a complete, true and accurate transcription of my said shorthand notes taken down at said time, and that a request has been made to review the transcript.

I further certify that I am not a relative or employee of an attorney or counsel of any of the parties, nor a relative or employee of any attorney or counsel involved in said action, nor a person financially interested in the action.

IN WITNESS WHEREOF, I have hereunto set my signature this 24th day of October, 2025.

____________________________________

EILEEN MULVENNA, CSR/RMR/CRR