# Exhibit 12
# (Submitted Under Seal)