# Exhibit 14

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

EMILY CHERKIN, et al., )
Plaintiff, )
v ) Case No. 3:24-CV-02706-JD
POWERSCHOOL HOLDINGS, INC., )
Defendant. )

VIDEOTAPED DEPOSITION OF NICOLE SHINTON

APPEARING REMOTELY

June 19, 2025

10:06 a.m.

Reported by: Eileen Mulvenna, CSR/RMR/CRR/RDR

DIGITAL EVIDENCE GROUP

1730 M Street, NW, Suite 812

Washington, D.C. 20036

(202) 232-0646

implementation, PowerSchool will do whatever the district asks it to?

MR. LEVINTON: Objection, misstates testimony.

THE WITNESS: No. PowerSchool gives guidance or best practices on how to set up the system. The school district thereafter is able to customize the system in order to collect and store whatever information they so choose.

BY MR. LIDDELL:

Q. And does PowerSchool have visibility into those customizations?

MR. LEVINTON: Objection to form, vague and ambiguous.

THE WITNESS: The only use case I could think of is if a school district called in to support and was having trouble with the customization, but I have no -- I have zero visibility into how a district customizes the product.

A. Not certain.
Q. You mentioned that sometimes products go through different naming conventions.
Do you recall that?
A. I don't, no.
Q. For example, that Hoonuit became Unified Insights earlier in this deposition; right?
A. Yes.
Q. Is it possible that a similar thing may have happened with Risk Analysis?
A. It's possible, but it doesn't sound like a product name to me. And, again, my best guess, maybe it's part of Unified Insights.
The same could be said for Student Readiness Analytics. I'm not familiar with that either.
Q. Okay. Well, then we can skip down to line 21, Predictive Enrollment Analytics is the product identified on that line.
Are you familiar with that product?
A. I am.
Q. And what is Predictive Enrollment

Analytics?

A. So PEA, Predictive Enrollment Analytics, is a product that districts purchase, sometimes consortiums, essentially school districts. What it does is it provides census data to determine whether or not enrollment is a specific geographic area might be growing to help determine if there's a need potentially to buy -- or sorry, to build an additional school.

Q. Does Predictive Enrollment Analytics do anything else?

A. No, its main purpose is, again, determining if there's growth -- conversely decline in a synergy graphic area as it relates to enrollment.

Q. Does Predictive Enrollment Analytics integrate with any of the other products that you're knowledgeable about?

A. I don't believe so.

Q. Or does it share data with any of the other products you're knowledgeable about?

A. No. My understanding is that it is a

EXAMINATION
BY MR. LEVINTON:
Q. Ms. Shinton, I just have a couple of quick questions here. I just want to clarify for the record. You are in charge of the product Predictive Enrollment; is that correct?
A. Correct.
Q. And Predictive Enrollment is an analytics product that uses publicly available data to determine needs for future school district openings or school openings; is that correct?
A. Correct.
MR. LEVINTON: Those are all the questions I have on my end.
MR. LIDDELL: No further questions from the plaintiffs.
THE VIDEOGRAPHER: Anybody else or any other statements for the record before we go off?
MR. LEVINTON: No.
THE VIDEOGRAPHER: Okay. Stand by them.

STATE OF NEW YORK )
ss:
COUNTY OF WESTCHESTER )

I, EILEEN MULVENNA, CSR/RMR/CRR/RDR, a Certified Court Reporter, Registered Merit Reporter, Certified Realtime Reporter, Registered Diplomate Reporter, and Notary Public in and for the State of New York, do hereby certify:

That I reported the taking of the deposition of the witness, NICOLE SHINTON, commencing on the 19th day of June, 2025, at the hour of 10:06 a.m.

That prior to being examined, the witness was duly sworn by me to testify to the truth, the whole truth, and nothing but the truth.

That I thereafter transcribed my said shorthand notes into typewriting and that the typewritten transcript of said deposition is a complete, true and accurate transcription of my said shorthand notes taken down at said time, and that a request has been made to review the transcript.

I further certify that I am not a relative or employee of an attorney or counsel of any of the parties, nor a relative or employee of any attorney or counsel involved in said action, nor a person financially interested in the action.

IN WITNESS WHEREOF, I have hereunto set my signature this 2nd day of July, 2025.



EILEEN MULVENNA, CSR/RMR/CRR