# Exhibit 15

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

EMILY CHERKIN, et al.,

Plaintiff, CASE NO. 3:24-cv-02706-JD

-against-

POWERSCHOOL HOLDINGS, INC.,

Defendant.

CONFIDENTIAL - UNDER THE PROTECTIVE ORDER

VIDEO-RECORDED DEPOSITION OF
BRIAN SHARP
Zoom Recorded Videoconference
07/31/2025
9:03 a.m. (MST)

REPORTED BY: MONIQUE CABRERA

---

DIGITAL EVIDENCE GROUP
1730 M Street, NW, Suite 812
Washington, D.C. 20036
(202) 232-0646

[redacted] I understand that.

But do you have a general understanding how each of the third-party partners use the student data that they obtain for PowerSchool SIS?

MS. ADENDORFF: Objection. Calls for speculation.

A. I don't know how they use that data. That would be at the discretion of the customer.

By MR. ARAGON:

Q. Okay. So once you facilitate the licensing of the data, PowerSchool does nothing to ensure that that data is not misused by the third-party partner; is that right?

MS. ADENDORFF: Objection. Misstates testimony.

A. And actually, that's not true. From the standpoint that when the vendor has [redacted]

[redacted]

[redacted]

So that is contracted with each vendor that we work with. So from a security standpoint, we do do a lot of things, but ultimately, it's the customer's data. The customer is authenticating the partner and choosing how that data is used within that third-party system.

Q. Anything else to ensure that PowerSchool SIS data that is received by a third party is not misused? Does PowerSchool do anything else?

A. We do not, that I'm aware of.

Q. So is it your testimony that each of the -- of the contracts that PowerSchool enters

information, how would I find it?

A. I am not certain that there is a comprehensive list that exists.

Q. If I wanted to create a list of vendors being partners with read/write capabilities within the PowerSchool SIS API, how would I find that?

A. Capabilities versus actual design of their plug-in to do so.

Q. Is there a difference?

A. Yes.

Q. What is the difference?

A. [redacted]

[redacted]

BY MR. ARAGON:

Q. Well, let's make it more concrete then. Let's say they use it in a product to help create an artificial intelligence product.

Does that help?

A. No, because I have no knowledge of how a customer might leverage a third party and what data they're sharing with them for what capacity.

Q. Yeah. Let's just assume it's all data, all data held by that school or school district, the maximum amount of data that can be -- that -- that any school district or school in PowerSchool's inventory collects. Okay? Let's just assume all that is shared with a -- with a partner to help create an AI product. Okay.

Can we just make that assumption?

A. No, sorry. I would like to clarify. So PowerSchool Student Information System because I believe that's where we're primarily focused on here --

Q. It is.

This is PowerSchool. This is you. You are the
vice president.
A. Well, a lot of the other things have
been opinion based or based on assumptions. And
so in this particular case, I hold to my answer
which is to my knowledge, the fields are blank
when they go out the door and the customer first
signs up. What information they populated within
those, I don't know.
Q. Okay. Next slide, "Do you agree
that PowerSchool should explain to parents and/or
legal guardians how the company uses the data it
collects?"
MS. ADENDORFF: Objection. Call for
legal conclusion.
A. PowerSchool does not collect data.
BY MR. ARAGON:
Q. Okay. How it uses the data it hold
on behalf of schools and school districts?
MS. ADENDORFF: The same objection.
A. I hold to the same in that
PowerSchool does not collect data and we also do

not authorize how the customer chooses to use that data. So I'm not sure how PowerSchool would explain that to anyone not having that basis of knowledge.

BY MR. ARAGON:

Q. So PowerSchool -- is it your testimony based on your experience at PowerSchool that PowerSchool never uses data that it holds in its PowerSchool SIS system?

A. To my knowledge, I wouldn't know how PowerSchool, if they even do, use that data.

What I am telling you is that the customer has the ability to access that data and share it should they choose to. And I would not know how to do that.

Q. Okay. So you are not aware of any use of student or parent data that is held by PowerSchool used directly by PowerSchool?

A. Can you define "use" for me, please.

Q. Yes. Anything. Create a product, inform a product, improve a product, dump into data lake, anything like that.

CERTIFICATE OF SHORTHAND REPORTER

NOTARY PUBLIC

I, Monique Cabrera, the Officer before whom the foregoing deposition was taken, do hereby certify that the foregoing transcript is a true and correct record of the testimony given; that said testimony was taken by me stenographically and thereafter/ reduced to typewriting under my direction; and that I am neither counsel for, related to, nor employed by any of the parties to this case and have no interest, financial Or otherwise, in its outcome.

IN WITNESS WHEREOF, I have hereunto set my hand this 31st day of July, 2025.

______________________________

MONIQUE CABRERA
Notary Public in and for
The State of New York
County of Suffolk
My Commission No. 01CA6043156
Expires: 06/12/2026