# Exhibit 16

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

---------------------------------------

EMILY CHERKIN, et al.,

Plaintiffs, Case No.

vs. 3:24-CV-02706-JD

POWERSCHOOL HOLDINGS, INC.,

Defendant.

---------------------------------------

REMOTE VIDEO DEPOSITION OF JUDITH JAEGER

Friday, December 5, 2025

9:36 a.m. (PST)

Reported by:
Jaclyn Urzia, RPR, CRR
Job No. 2025-1004246

Foundation.

Q. And does SPS control what data can be accessed?

A. Yes.

Q. Let's say an EdTech company is permitted by SPS to access student records, SPS controls what that EdTech company is able to access, right?

MR. ARAGON: Objection. Form. Foundation.

A. Yes.

Q. Does SPS also control how that EdTech company can use the data that it's permitted to access?

MR. ARAGON: Objection. Form. Foundation.

A. To the extent that the contract articulates that, yes.

Q. Would you say it's -- strike that.

How does SPS control what the EdTech company can access?

MR. ARAGON: Objection. Form. Foundation.

A. We have a very robust procurement

and contracting process at Seattle Public Schools which involves a data-sharing agreement, if there's data-sharing involved with the EdTech company. And all of the contracts go through review by our in-house legal office.

Q. Are there any other groups within SPS that reviews the contracts?

A. Yes.

Q. What are those other groups at SPS that review the contract with EdTech?

A. Technology, procurement, and sometimes other groups as well, depending on who's initiating the contract.

Q. And are there any elected representatives at SPS that reviews and makes the ultimate decision about contracts that SPS enters into with EdTech companies?

MS. AIRUT MURPHY: Objection. Form.

You can answer if you can.

A. Can you repeat the question, please?

Q. Sure. Let me ask you a better

mind in terms of customization would have been the attendance routine. And so we wanted the collective -- leadership wanted like a more granular view of attendance, like per period and different ways to like, like, a whole day. Or if a student was missing, like, you know, two periods a day pretty consistently, you know, that amounts to how many full days there were, just some different views that they wanted that it wasn't supported out of the box.

Q. Got it.

And can I ask you one more question before we finish for today?

A. Yes.

Q. Does your team customize the products -- customize the PowerSchool products itself without vendor involvement, so without PowerSchool getting involved with the customization?

MR. ARAGON: Objection. Form. Foundation.

A. My understanding is that has been done, yes.

Q. Okay. As a clarifying question,

if I'm understanding correctly, SPS independently takes the PowerSchool product and does the coding to customize, and the PowerSchool team is not involved with the customization at all?

MR. ARAGON: Objection. Form. Foundation.

A. The vendor is not involved with the customization at all...

I would need to talk to the team directly to better understand specifics, but generally, with software, in my various departments, we don't need to work with the vendor directly on a customization.

Oftentimes, you look at standard functionality, and if there's something that can't be configured and you have a need, you'll do a support ticket with a vendor, like, hey, you don't offer this, we really need it.

And then oftentimes, a vendor is like, well, it's not part of our standard product, it could be on our roadmap in the future. And then it's like, okay, well,

we can't wait. And so then we, you know, take the steps to do a customization.

Q. Got it.

A. I couldn't speak to exactly the contract with PowerSchool and the agreement, but I know as part of the implementation I recall hearing there were customizations done by independent contractors who did not work for PowerSchool directly.

Q. Got it. Thank you. Thank you for that explanation.

MS. YI: And with that, we can recess the remaining time.

THE WITNESS: Thank you.

MS. YI: Thank you so much for your time. We can go off the record.

THE VIDEOGRAPHER: Okay, yes. And before we go off the record, I'd like to take the transcript and video orders.

First the video orders. Ms. Yi, would you be ordering the video?

MS. YI: Yes, we will be.

THE VIDEOGRAPHER: And would you

REPORTER CERTIFICATE

I, JACLYN URZIA, do hereby certify:

That said proceedings were taken at the time and place herein named; and that the transcript is a true record of the testimony as reported by me, a disinterested person, and was thereafter transcribed.

I further certify that I am not interested in the outcome of the said action, nor connected with, nor related to any of the parties in said action, nor to their respective counsel.

IN WITNESS WHEREOF, I have hereunto set my hand this 12th day of December, 2025.

JACLYN URZIA, RPR, CRR