# Exhibit 17

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

EMILY CHERKIN, et al., )

Plaintiff, )

v ) Case No. 3:24-CV-02706-JD

POWERSCHOOL HOLDINGS, INC., )

Defendant. )

VIDEOTAPED DEPOSITION OF DARRON JAMES FLAGG

APPEARING REMOTELY

December 1, 2025

9:00 a.m. (Pacific Daylight Time)

Reported by: Eileen Mulvenna, CSR/RMR/CRR/RDR

DIGITAL EVIDENCE GROUP
1730 M Street, NW, Suite 812
Washington, D.C. 20036
(202) 232-0646

product, page No. 5 would have a listing of the general data elements that would be processed by that particular product.

Q. How many elements are there?

A. Oh, it lists 23 elements.

Q. I'm trying to pull up the document, but I'm not sure that Bates number was right. How many -- are there four zeros in the front of it?

A. Oh, sorry. It's zero, zero. Two zeros. So 00644375.

Q. Okay. I think I missed the 4 there.

A. I apologize.

Q. No, no, no, not your fault. I got it.

Let me share my screen.

A. And did we want Daniel to load that, as well?

Q. Yeah, but I'd have to send it to him, and it's going to take a long time.

A. Oh, okay.

Q. Let's just get it on the record. I have the document in front of me.

[redacted]

[redacted]

[redacted]

Q. In addition to these data elements -- and I don't see it on here -- a previous witness, Mr. Cirillo testified that Schoology also processes things such as homework submissions.

Is that -- is that a true or a false statement by Mr. Cirillo?

A. No, that's a true statement. I mentioned that earlier, that students can submit their -- some homework assignment through Schoology. So LMS, a learning management system, really is a means for the teacher and students to have their classroom interactions.

Q. Okay. But is that -- is that homework submission then processed, stored by -- by Schoology?

[redacted]

[redacted]

STATE OF NEW YORK )

ss:

COUNTY OF WESTCHESTER )

I, EILEEN MULVENNA, CSR/RMR/CRR/RDR, a Certified Court Reporter, Registered Merit Reporter, Certified Realtime Reporter, Registered Diplomate Reporter, and Notary Public in and for the State of New York, do hereby certify:

That I reported the taking of the deposition of the witness, DARRON JAMES FLAGG, commencing on the 1st day of December, 2025, at the hour of 9:00 a.m.

That prior to being examined, the witness was duly sworn by me to testify to the truth, the whole truth, and nothing but the truth.

That I thereafter transcribed my said shorthand notes into typewriting and that the typewritten transcript of said deposition is a complete, true and accurate transcription of my said shorthand notes taken down at said time, and that a request has been made to review the transcript.

I further certify that I am not a relative or employee of an attorney or counsel of any of the parties, nor a relative or employee of any attorney or counsel involved in said action, nor a person financially interested in the action.

IN WITNESS WHEREOF, I have hereunto set my signature this 4th day of December, 2025.

_____________________________________

EILEEN MULVENNA, CSR/RMR/CRR