# Exhibit 18

***Emily Cherkin, et al. v. PowerSchool Holdings, Inc.***

**Expert Rebuttal Report of David White**

Matters, Naviance, MTSS, Behavior Support, Attendance Intervention, Analytics & Insights, and Connected Intelligence.[2] In each case, the O'Neil Report cites various PowerSchool materials that describe each tool's functionalities and the types of data it may collect. The only conclusion the O'Neil Report explicitly draws from this examination is quite limited, namely that each PowerSchool tool would not function, or would have reduced functionality, without student data.[3]

9. The O'Neil Report also draws attention to supposed discrepancies between the Data Processing Impact Assessments ("DPIAs") for each SaaS tool, the marketing materials, and its associated product documentation regarding the data elements collected and software functionalities.[4] Here, the O'Neil Report seems to misinterpret the purpose of the DPIAs and PowerSchool's role in providing these tools.

10. As explained in my prior report, PowerSchool is a Business-to-Business SaaS vendor.[5] Its software solutions are designed to facilitate educational institutions' performance of their mission-critical tasks and comply with regulatory mandates more efficiently. To provide these services, PowerSchool's software products must necessarily at times access the operational and administrative educational data that their customers generate. However, it is important to emphasize that the customer ultimately decides whether to utilize a particular PowerSchool tool, the use cases for that tool, and who initiates the process of hosting that data through PowerSchool's systems. PowerSchool does not independently collect student data or process it for purposes other than those agreed with its customers and for the customer's benefit.

11. The DPIAs and product documentation cited in the O'Neil Report should be understood in this context. DPIAs are a framework for SaaS vendors to document how they have addressed privacy considerations in the tools they offer and to support their customers' own compliance programs. PowerSchool's product documentation assists customers to understand all the various features and functionalities available to them. References to the types of data that can

[2] O'Neil Report, pp. 2-24.
[3] *See, e.g.,* O'Neil Report p. 18 ("Behavior Support would not function without the student data set forth in the DPIA, and would have reduced functionality without the additional student data set forth on the product documentation page."). Indeed, this is arguably the extent of any conclusions that could be drawn from the materials examined by Dr. O'Neil.
[4] *See, e.g.,* O'Neil Report p. 17 ("According to the PowerSchool product documentation website, Behavior Support can be configured to process more student data than is set forth in the DPIA.").
[5] White Report, ¶ 29.

be "collected" and the ways it can be "processed" in these materials do not imply that PowerSchool leverages that data beyond its role as a software vendor, or even that those data elements are necessarily present in a given instance. Nor do minor differences between DPIAs and product documentation, both of which are available to customers and prospective customers,[6] indicate a lack of transparency on the part of PowerSchool.

12. The DPIAs and product documentation in fact confirm that PowerSchool's customers decide what fields to enable, what data to import, and which functions to activate. For example, the Analytics & Insights DPIA explains that the sources and mechanisms by which student data is imported into the system are selected "at the School/District's discretion."[7]

13. Thus, the O'Neil Report's statements that these tools would not function without student data set forth in the DPIA is based on a fundamental misunderstanding of the purpose of DPIA reports and PowerSchool's role as a service provider. PowerSchool's products offer various features and functionalities, and the company's customers—school districts and schools—decide which of these offerings to implement, what student data to collect and input into those selected products, and any risks that the various configurations and data elements may pose.

**B. The O'Neil Report incorrectly implies that the hosting of sensitive student data in PowerSchool's systems is necessarily inappropriate or risky.**

14. The O'Neil Report highlights the wide array of student data that could be collected by PowerSchool's SaaS products, including sensitive categories such as [redacted][8] Again, without stating so explicitly, the reader is left to infer that the presence of sensitive data in PowerSchool's systems is necessarily inappropriate or risky.

15. The implication is misplaced for several reasons. First, as a matter of methodology, simply noting that a system may contain sensitive personal data, without further examination of security protocols or context, is not indicative of anything in particular. Second, it again overlooks PowerSchool's business imperative as a SaaS vendor to develop software solutions that are responsive to the needs of its customers. In an educational context, those needs are

---

[6] https://www.powerschool.com/privacy/
[7] See PWRSCHL_00645530 (Analytics & Insights Platform (United Insights) – DPIA, p. 6.
[8] *See* O'Neil Report, pp. 7, 10.

difficulty, such testing might need to be conducted in the framework of local or state policies that differ from customer to customer. Moreover, that endeavor might even be impossible, given that PowerSchool may not have the ultimate outcome data required to test the accuracy of a given school's configuration of the product.

## V. Conclusion

27. In summary, the O'Neil Report's criticisms of PowerSchool's predictive algorithms and their potential risks to students are based on speculative interpretations of marketing materials rather than substantiated technical evidence, actual investigation, or real-world deployments. The report fails to demonstrate actual harms or algorithmic bias resulting from PowerSchool's products, overlooking the critical role that school districts play in configuring, implementing, and ensuring the fairness of predictive models. Ultimately, responsibility for mitigating risks and promoting equity lies primarily with individual districts, which control the data inputs, model parameters, and decisions based on predictive insights. Without direct analysis of deployed models and specific outcomes, the concerns raised in the O'Neil Report remain hypothetical and do not provide a sound basis for broad claims about PowerSchool's practices.

David White

David White

February 6, 2026