# Exhibit 20

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

```
--------------------------X
EMILY CHERKIN, et al.     )
                          )
         Plaintiffs,      )
                          )
    v.                    )  CASE NO. 3:24-CV-02706-JD
                          )
POWERSCHOOL HOLDINGS,     )
INC.,                     )
                          )
         Defendant.       )
--------------------------X
```

INCLUDES CONFIDENTIAL TESTIMONY

REMOTE VIDEOTAPED DEPOSITION OF

KATHLEEN SUZANNE BARBER SIMONS

Monday, March 2, 2026

9:04 a.m. CST to 6:12 p.m. CST

Reported by: Cindy L. Sebo, RMR, CRR, CLR, RPR, CCR, CSR, RSA, CA CSR 14409, NJ Certified CR 30XI0024460, NJ Certified RT 30XR00019500, NM CSR 589, NY Realtime Court Reporter, NY Association Certified Reporter, OR CSR 230105, TN CSR 998, TX CSR 12778, WA CSR 23005926, Remote Counsel Reporter, LiveLitigation Authorized Reporter, Notary Public

Job No. 2026-1012179

[redacted]

Q. So let -- let's take a concrete example. Let's look at the SIS example.

A. Okay.

Q. If we scroll to PDF Page 16, which is the beginning of the list of data elements for SIS.

(Scrolling.)

BY ATTORNEY Z. SHAH:

Q. Do you know, one way or another, whether the SIS instance for every single school has all of the data elements that are listed in Paragraph 33 of your report?

A. I do not.

Q. So in Paragraph 33, where you say SIS collects at least [redacted]

ATTORNEY L. ARAGON: Objection:

form; foundation.

THE WITNESS: That's not what I was asked to -- I don't have an opinion about that because I wasn't asked to evaluate that.

BY ATTORNEY Z. SHAH:

Q. So when you say SIS collects at least -- all of these data elements, that's not true, right?

ATTORNEY L. ARAGON: Objection: form; foundation.

THE WITNESS: I don't know if it's true. What I know is --

BY ATTORNEY Z. SHAH:

Q. You don't know.

A. -- but I know that PowerSchool said that these are the elements, these are the data that this product processes and controls.

That -- I was relying on information from PowerSchool --

Q. And I understand that. But I'm

not --

A. -- and then --

Q. -- asking whether these are the data elements that are processed. I am asking where your understanding comes from that these are minimum or at least the elements that are processed by every single PowerSchool product.

ATTORNEY Z. SHAH: Objection to form.

THE WITNESS: And I'm trying to explain that my definition of minimum is because things like performance on this list -- my expertise tells me that there [redacted]

BY ATTORNEY Z. SHAH:

Q. Okay. So let's take that --

A. -- and so that's what I mean -- but that's what I mean by minimum -- I mean --

Q. Okay.

A. -- you're taking minimum as a different definition that I don't really --

Q. And I -- I want to make sure I have your definition --

A. Okay.

Q. -- so when you say -- when you say that SIS collects at least [redacted]

Is that fair --

ATTORNEY L. ARAGON: Objection: form --

BY ATTORNEY Z. SHAH:

Q. -- that is not your opinion?

ATTORNEY L. ARAGON: -- form; foundation.

THE WITNESS: Yeah; I wasn't asked to look at every instance and see -- and evaluate that. I don't --

BY ATTORNEY Z. SHAH:

Q. Okay.

So you -- you were not -- you're not actually offering an opinion on whether every single instance of SIS collects all of the data elements that are listed in Paragraph 33 of your report.

Is that fair?

A. That is fair.

Q. Okay. Because you don't actually know if that's true for every single student whose data is stored in SIS, correct?

ATTORNEY L. ARAGON: Objection: form; foundation.

THE WITNESS: All I -- I wasn't asked to look at instances. I was asked to look at -- well, I think I --

BY ATTORNEY Z. SHAH:

Q. Yeah, I --

A. -- you keep repeating the same thing.

Q. -- I think -- I think we're on the same -- I think we're on --

A. Okay.

ATTORNEY Z. SHAH: Let's see.

Up a little further. Sorry.

(Scrolling.)

ATTORNEY Z. SHAH: Yeah, here we go.

Oh, that's B-3. All right. I got the wrong page number altogether.

All right. Perfect.

BY ATTORNEY Z. SHAH:

Q. Do you see, Dr. Barber, Exhibit B-2? This is a schedule of data for PowerSchool SIS, correct?

A. Yes.

Q. And you see that there's a column here that says: Check if used by your system.

Right?

A. Yes.

Q. And do you agree that not all of the categories of data that are listed in this table are used by Seattle Public School District?

A. Yes.

A. I did not do that investigation.

Q. And you've not seen any evidence that the data collected by PowerSchool has actually resulted in significant financial, emotional and reputational harms, correct?

ATTORNEY L. ARAGON: Objection: form; foundation.

THE WITNESS: I have -- I have not looked at -- I have not, no. It's not what I looked at.

BY ATTORNEY Z. SHAH:

Q. The fourth thing you say in this paragraph is: Much of the data collected by PowerSchool is used extensively in our society, often called a digital currency, offering many opportunities for threat actors to exploit the data.

Did I read that correctly?

A. Yes.

Q. And, again, when you say opportunities, you mean there's a possibility that data will be exploited at some point,

form; foundation.

THE WITNESS: I wasn't -- I wasn't asked to investigate that.

BY ATTORNEY Z. SHAH:

Q. Okay. You -- let's take a look at Paragraph 74. You say: Exposed, used or -- exposed, used or misused PII can cause reputational harm.

Do you see that?

A. I do.

Q. You have not seen any evidence of actual reputational harm in this case, correct?

A. That's right. I have -- have not investigated that.

Q. Okay. Let's look at Paragraph 75.

You say: Exposed, used or misused PII can cause emotional distress.

Do you see that?

A. Yes.

Q. You have not seen any evidence of

actual emotional distress in this case, correct?

A. Yeah. I did not investigate that, no.

Q. And you did not see anything, right?

A. It wasn't part of my analysis, and -- so I didn't see it.

Q. Let's look at Paragraph 78.

You say: Longitudinal harms can result when PII is used in social, employment and educational settings to damage current reputations, impose emotional distress and introduce barriers to future opportunities or create bias and discrimination.

Do you see that?

A. I do.

Q. You have not seen any evidence of PII from PowerSchool being used in -- in social, employment and educational settings, correct?

A. My analysis did not include that;

so I haven't seen it.

Q. And you have not seen any evidence of PII from PowerSchool being used to damage current reputations, impose emotional distress and introduce barriers to future opportunities or create bias and discrimination, true?

ATTORNEY L. ARAGON: Objection: form; foundation.

THE WITNESS: I -- it wasn't part of my analysis; so I did not see that, no.

BY ATTORNEY Z. SHAH:

Q. Let's look at Paragraph 79.

You say: The exposed -- I assume that's a typo and you mean exposure?

A. Yeah. Thank you.

Q. In Paragraph 79, you say: The exposure, use or misuse of one respective PII data element can increase the probability of exposing additional PII data elements.

Do you see that?

# C E R T I F I C A T E

I, Cindy L. Sebo, Nationally Certified Court Reporter herein, do hereby certify the foregoing deposition of KATHLEEN SUZANNE BARBER SIMONS was taken before me pursuant to notice at the time and place indicated; that said witness duly swore to tell the truth, the whole truth and nothing but the truth under penalties of perjury; that said testimony of witness was correctly recorded to the best of my abilities in machine shorthand, thereafter transcribed under my supervision with computer-aided transcription; that deposition is a true and accurate record of the testimony given by the witness; that I am neither counsel, nor kin to any party in said action, nor interested in the outcome; that a copy of this transcript obtained from a source other than the court reporting firm, including an adversary or cocounsel in the matter, is uncertified and may not be used or circulated at trial.

CINDY L. SEBO, RMR, CRR, CLR, RPR, CCR, CSR, RSA,
CA CSR 14409, NJ Certified CR 30XI0024460,
NJ Certified RT 30XR00019500, NM CSR 589,
NY Realtime Court Reporter, NY Association Certified
Reporter, OR CSR 230105, TN CSR 998,
TX CSR 12778, WA CSR 23005926, Notary Public