# Exhibit 23

# C. 16. Approve Amendment to Contract with PowerSchool for Pilot of Hoonuit Data Warehouse & Analytics Platform

### Item Type

Consent

### Contact Person

Tracey Logan, Chief Technology Officer & Dr. Tony Wold, Associate Superintendent Business Services

### Recommendation

Approve Supplemental Contract leveraging Sourcewell Contract to purchase the hosted Hoonuit Data Warehouse & Analytics Platform with Student Essentials & Risk Analysis modules through PowerSchool, and associated set-up and training services as a one-year pilot.

### Financial Impact

$131,190.00 using ESSER II Account 01-3212-5850-686-0000-7700-800100-0-0000

### Supporting Documents

Ex. D - PS Statement of Work

Ex. C-PS Hoonuit Essentials, Risk Analysis quote

Ex. B - PowerSchool Terms

Ex. A - PowerSchool Contract

WCCUSD - Cooperative Purchasing Agrmt_Sourcewell-PowerSchool

### Supporting Links

Slide Presentation

### Custom 1

Providing relevant student outcome data has continued to be a pressing need for the District.  The District utilizes PowerSchool as the ongoing depository of student data, but there have not been integrated assessment options requiring the District to look for stand-alone third party options. This lack of integration has limited the effectiveness of providing real-time and valuable performance data.

PowerSchool acquired Hoonuit in Fall 2020.  Hoonuit has multiple modules to create an integrated solution for data visualizations and intervention tracking as it relates to Annual Measurable Outcomes (AMOs).  The District will pilot this platform for the 2021 - 2022 school year for 1 year

to gather feedback from across the organization including site leaders, teachers, and central office staff. The primary goal is to save WCCUSD staff time and energy mining student data, and instead use that time to analyze and make meaning of the data to take actions that support our students.

Hoonuit's Data Warehouse & Analytics platform with Student Essentials & Risk Analysis modules is a comprehensive data analytics platform that brings together disparate student data from various sources into one reporting dashboard with visualizations that can be drilled down from the District level, school and grade level, teacher level all the way to the student level (Academic, discipline, SEL data) and can be rapidly deployed to be up and running in the fall of 2021 with approval of the pilot.

Created on 6/11/2021 at 1:05 PM PT by Wendy Pangelina
Last Modified on 6/17/2021 at 12:25 PM PT by Rosa Cornejo