# Exhibit 24

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

EMILY CHERKIN, et al.

Plaintiffs,

v.

Case No. 3:24-cv-02706-JD

POWERSCHOOL HOLDINGS, INC.,

Defendants.

___________________________________)

VIDEOTAPED DEPOSITION OF
JOSEPH SWINGLE

September 15, 2025

11:04 a.m. Eastern Time

Reported by: Lori J. Goodin, RPR, CRR, RSA, California CSR #13959

Job No. 00170381

answered.
BY MR. ARAGON:
Q. You never answered. Who? What is the name? And tell me and I will quit asking this question.
MS. BAILEY: Joe. Try one more time. You can give your answer. Yeah, you can --
THE WITNESS: Sorry.
BY MR. ARAGON:
Q. Tell me, it should be super easy. You have the name, you have given it to me apparently. I misheard it. Tell me.
Who at PowerSchool could give you that information?
A. Which information is it that you are asking?
Q. What data a typical school or top 50 or top 10 customers, I don't care, use to make insights about students?
A. The question assumes that we are tracking what -- and counting the types of

analysis questions the customers are asking.
And that is not something that PowerSchool does because in a way that is surveillance of their activities of what they are doing with their data.
And that is not for us.
Q. That is fair. So, no one, no one at PowerSchool could give me that information?
A. Correct.
Q. Okay. That is fair. That is all I need. So, if you can't provide that information and no one at PowerSchool can provide that information, how are you saying that you know that when creating insights about student B that they don't use data about student A?
MS. BAILEY: Objection, misstates testimony. You can answer, Joe.
MR. ARAGON: What did I misstate? Tell me what I misstated.
MS. BAILEY: Because he said to you --
MR. ARAGON: I am not asking you, I

reports.

Q. But to be clear, it wasn't that PowerSchool was internally running reports, you know, for its own use.

A. That's correct.

Q. Is that right?

A. That's correct. We were, we -- there are no PowerSchool -- there are no reports built on top of customer data that those reports are viewed internally by PowerSchool.

Q. Okay. And thinking about those [redacted]

Q. And did it ever use identifiable data in those data lake to make predictions about students?

A. There were no predictive models done with identifiable data.

Q. So, now I want to talk about the [redacted]

CERTIFICATE OF NOTARY

* * * * *

I, LORI J. GOODIN, RPR, CRR, RSA, CA CSR # 13959 the Notary for this proceeding, do hereby certify that the witness whose testimony appears in the foregoing proceeding was sworn by me; that I am neither counsel for, related to, nor employed by any of the parties to the action in which this deposition was taken; and, further, that I am not a relative or employee of any attorney or counsel employed by the parties hereto, or financially or otherwise interested in the outcome of this action.

LORI J. GOODIN, RPR, CRR, RSA
CA CSR# 13959

Notary Public in and for:

STATE OF FLORIDA, COUNTY OF SARASOTA
Notary Commission Number: GG987804
My Commission expires: May 12, 2028

STATE OF CALIFORNIA, CA CSR# 13959
My Commission expires: February 22, 2026

DISTRICT OF COLUMBIA, WASHINGTON DC
My Commission expires: June 1, 2026