# Exhibits 25-27

# (Submitted Under Seal)