# Exhibit 28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

---

EMILY CHERKIN, et al., )
Plaintiffs, )
vs. ) No. 3:24-CV-02706-JD
POWERSCHOOL HOLDINGS, INC., )
Defendant. )

---

Deposition Upon Oral Examination Of

S.G. MINOR CHILD

---

9:01 a.m.

August 26, 2025

1301 Second Avenue

Seattle, Washington

REPORTED BY: Yvonne A. Gillette, RPR, CCR No. 2129.

Q Can we please mark as Exhibit 3, tab 3.1.
(Exhibit No. 3 marked for identification.)
Q So Exhibit 3 is a screenshot of the web page with the web address www.PowerSchool.com. Just to confirm, you have not visited this website before, correct?
A I don't think so.
Q All right. Now we spoke earlier about Naviance. And if you wouldn't -- well, let me just back up. To your knowledge, what is Naviance?
A It's a program to help students learn about college and later degrees and, like, jobs and stuff, I think.
Q Can you think of any benefits to students from having a place where they can learn more about colleges and potential career paths?
MR. ARAGON: Objection. Form.
A Well, they get to know more about what they're going to be doing in college and where they want to go to college and stuff, so that's good.
Q Do you remember what device you used to access Naviance?
A It was a borrowed -- I think, from the library. Or I might have just looked over a friend's shoulder at what they were doing while not

C E R T I F I C A T E

State of Washington )
) ss.
County of King )

I, the undersigned Registered Professional Reporter and Washington Certified Court Reporter, hereby certify that the foregoing deposition upon Oral examination of S.G. MINOR CHILD was taken before me on August 26, 2025 and transcribed under my direction;

That the witness was duly sworn by me pursuant to RCW 5.28.010 to testify truthfully; that the transcript of the deposition is a full, true, and correct transcript to the best of my ability; that I am neither attorney for, nor a relative or employee of, any of the parties to the action or any attorney or counsel employed by the parties hereto, nor financially interested in its outcome.

I further certify that in accordance with CR 30(e), the witness was given the opportunity to examine, read, and sign the deposition, within 30 days, upon its completion and submission, unless waiver of signature was indicated in the record.

IN WITNESS WHEREOF, I have hereunto set my hand and seal this date, September 2, 2025:

/S/Yvonne A. Gillette

Yvonne A. Gillette

Washington Certified Court Reporter

License No. 2129