# Exhibit 29

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

----------------------------------------

EMILY CHERKIN, et al.,

Plaintiffs,

vs.

Case No.
3:24-CV-02706-JD

POWERSCHOOL HOLDINGS, INC.,

Defendant.

----------------------------------------

REMOTE VIDEO DEPOSITION OF L.M.C.

Monday, November 24, 2025

9:11 a.m. (PST)

Reported by:

Jaclyn Urzia, RPR, CRR

Job No. 2025-1004245

Q Okay. And why did you go on this web page?
A Because I -- because my dad wanted me to look at it.
Q Okay. So -- and I'm guessing then -- is -- okay.
MR. TEMCHENKO: Let's just go off the record for five minutes. I don't have a whole lot anyways, so I'm going to like double check. But I also just want to confer with Whitney so that I don't step into something that I shouldn't.
THE WITNESS: Okay.
MR. TEMCHENKO: Is that okay?
THE WITNESS: Yes.
THE VIDEOGRAPHER: The time is 9:50. We are going off the record.
(Whereupon, a brief recess was taken from 9:50 a.m. to 10:02 a.m.)
THE VIDEOGRAPHER: The time is 10:02, and we are back on the record.
BY MR. TEMCHENKO:
Q Okay. Right before the break, I was asking you a few questions about this

website, and you mentioned that you saw it on Thursday.

My understanding is that that's going to be -- that's part of a privileged discussion with your counsel for purposes of this deposition, so I'm not going to press about that.

So I want you to forget about you seeing this website last week.

Before last week, have you ever seen this website before?

A Not like in person, but I've seen the logo.

Q Okay. So you've seen the logo, but you haven't seen this website?

A Yeah.

Q Okay. Do you remember ever going on this website on your own personal laptop or school laptop, anything of the like?

A I remember on my nonpersonal laptop, my school laptop.

Q On your school laptop, you think you've gone on this website before?

A Yeah, like maybe two years ago.

REPORTER CERTIFICATE

I, JACLYN URZIA, do hereby certify:

That said deposition was taken at the time and place herein named; and that the transcript is a true record of the testimony as reported by me, a disinterested person, and was thereafter transcribed.

I further certify that I am not interested in the outcome of the said action, nor connected with, nor related to any of the parties in said action, nor to their respective counsel.

IN WITNESS WHEREOF, I have hereunto set my hand this 3rd day of December, 2025.



JACLYN URZIA, RPR, CRR