# Exhibit 30

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

-----------------------------------------

EMILY CHERKIN, et al.,

Plaintiffs,

vs.

Case No. 3:24-CV-02706-JD

POWERSCHOOL HOLDINGS, INC.,

Defendant.

-----------------------------------------

REMOTE VIDEO DEPOSITION OF M.M.C.

Monday, November 24, 2025

10:15 a.m. (PST)

Reported by:
Jaclyn Urzia, RPR, CRR
Job No. 2025-1004245

Q Okay. We can -- I'll just ask that -- the question about that later so you don't have to worry about it.
I'm going to go ahead -- oh, I can -- actually, I should have stopped sharing a long time ago. Somebody should have told me I was messing up so badly.
Okay. I'm going to go ahead and show you one other web page, and I just want to ask you if you're familiar with this web page.
MR. TEMCHENKO: For Whitney and Mr. Concepcion, this is going to be the PowerSchool web page.
Assuming there's no issue if I put it up on the screen?
MS. SIEHL: Yep, that's okay.
MR. TEMCHENKO: Okay.
BY MR. TEMCHENKO:
Q Okay. So what I'm showing you right now on the screen is the Power -- www.powerschool.com web page.
Have you ever seen this page before?
A No.

Q And I'm guessing then you've never -- you don't recall ever going on this web page before?
A Uh-uh.
MS. SIEHL: So no?
THE WITNESS: Yeah.
BY MR. TEMCHENKO:
Q So no. Okay.
What does the word "privacy" mean to you?
A The word "privacy" means to be like keeping it secret and not like sharing it with other people.
Q And what about data privacy, do you know what data privacy is?
A Not really.
Q Okay. Well, without telling me the information that is like secret or private, like what kind of information would you say -- like kinds, categories of information would you say is private information about you?
A My history, my like -- my stuff I do, and I guess -- I don't really know what it means, but I guess data, my data.

REPORTER CERTIFICATE

I, JACLYN URZIA, do hereby certify:

That said deposition was taken at the time and place herein named; and that the transcript is a true record of the testimony as reported by me, a disinterested person, and was thereafter transcribed.

I further certify that I am not interested in the outcome of the said action, nor connected with, nor related to any of the parties in said action, nor to their respective counsel.

IN WITNESS WHEREOF, I have hereunto set my hand this 3rd day of December, 2025.

JACLYN URZIA, RPR, CRR