# Exhibit 33

# 2021-2022

## WEST CONTRA COSTA UNIFIED SCHOOL DISTRICT

# PARENT STUDENT HANDBOOK



1108 BISSELL AVE. RICHMOND, CA 94801
510-231-1100 | WWW.WCCUSD.NET

WEST CONTRA COSTA UNIFIED SCHOOL DISTRICT

# 2. CURRICULUM

## 2.1 CHILD FIND SYSTEM/POLICIES AND PROCEDURES

Any parent suspecting that a child has exceptional needs may request an assessment for eligibility for special education through their school or school of attendance if they are not enrolled in the public school system. The school then sets up an SST to review the request for assessment. Policy and procedures shall include written notification to all parents of their rights pursuant to Education Code section 56300 et seq. (Ed. Code, §56301, 34 C.F.R. § 104.32(b))

## 2.2 CLASSWORK POLICY

**Students' Responsibilities:**

- Attend class regularly with an academic mindset.
- Respect the rights of other students to learn by not being disruptive.
- Come to class prepared with materials required to participate in the daily lessons.
- Seek assistance from the teacher when having difficulty understanding the class work.

**Parent/Guardians' Responsibilities:**

- Be aware of the student's progress in class by reviewing daily classwork, checking homework, and reviewing progress on Powerschool.
- Contact the teacher for a conference regarding any questions about the curriculum or the student's progress.
- Contact the counselor (secondary schools only) for a special report on the student's progress when concerned that the student is not achieving.
- Attend Back-to-School Night in the fall to learn about the course outline (syllabus), class procedures and expectations, and Open House in the spring, where student work is displayed.
- Be aware that Progress Reports are issued 15 days before the close of the marking period by teachers to students who may fail. Inquire to see if the student received a report.
- Review the report cards that are issued at the end of each quarter/trimester:
  Elementary: 3 Trimesters
  Secondary: 4 Quarters

**Teachers' Responsibilities:**

Provide an orderly culturally responsive learning environment based on the criteria outlined in the California Standards for the Teaching Profession (CSTP). Develop a syllabus outlining the expected topics to be covered. Provide major written assignments and grading criteria based on CA Content Standards and Next Generation Science Standards.

- Assign class work assignments that are aligned to grade level content standards, differentiated, and meaningful to the student's educational development.
- Maintain daily lesson plans. Explain course requirements and the way these requirements will be evaluated to students and to parents at Back to School Night.
- Explain the class work and due dates.
- Make appropriate comments and marks on assignments and return them in a timely manner to students or communicate achievement level to students.
- Keep a record of assignments and marks for the entire school year for each student. Assignments and marks are to be maintained in the PowerSchool system or a gradebook that must be turned in at the end of the school year.
- Provide assistance to students who have not mastered the content of the material adequately.
- Respond to requests for assignments missed because of absence and establish a due date for return of the make up work.
- Respond to a parent's concerns regarding the student's progress within 48 hours.
- For each class maintain seating charts and daily lesson plans in sufficient detail so that a substitute teacher can maintain continuity of instruction. In the event of an absence, teachers shall provide written lesson plans to the substitute teacher to assure continuity of instruction. These lesson plans could be special lesson plans created for the absence, the teacher's regular lesson plans, or emergency lesson plans. Teachers are to leave lesson plans in their classroom. Teachers will provide an electronic copy of emergency lesson plans to the principal at the beginning of each school year.

**Administrators' Responsibilities:**

- Supervise implementation of this policy.
- Assist teachers in providing an orderly learning environment.
- Monitor teacher records including Powerschool, grades, progress reports, seating charts, and lesson plans.

selected sequential course, i.e., Spanish 1 to Spanish 2, (See Section 7.0) the student may only repeat the course ONCE for graduation requirement credit. If a student does not receive a "C" or better the second time, the student may repeat the course to ensure sequence, but with elective credit only. The Superintendent's designee must approve any exceptions. Students who fail a quarter or semester of a course need repeat only the quarter/ semester, which they failed.

- **Special Education Students:** A student's IEP includes a statement of how the student's progress toward the annual goals will be measured and how the student's parents will be regularly informed of the student's progress toward those goals (by such means as periodic report cards) as often as parents are informed of their non-disabled student's progress.

**Students' Responsibilities:**

1. Deliver progress reports, if any and the report cards upon issuance to the parent/guardian.

**Parent/Guardians' Responsibilities:**

1. Review the progress report and call the school within one (1) week of the issuance to discuss concerns.
2. Be aware that report card marks will be issued usually in early November, early February, mid April, and late June. Find out if report cards are mailed or issued to students to bring home.
3. Check PowerSchool website for your child's most recent report cards. Contact your child's school to receive login access.
4. Call the school to request the report card if one has not been received by the expected date.
5. Make any appeal about a quarter or semester mark by the end of the subsequent quarter.

**Teachers' Responsibilities:**

1. Complete progress reports with comment(s) about those students who are achieving at the D or F level no later than twenty (20) days before the end of the quarter and issued to parents no later than fifteen (15) days before the end of the quarter. All coaches/sponsors of extra-curricular activities will circulate rosters to classroom teachers at progress report time for posting of D or F marks.
2. After the issuance of the progress report, should a student's mark change from a passing mark to an F, the teachers must issue another progress report signed by the principal or designee no later than ten (10) days before the end of the marking period.
3. Issue a report card mark after considering the following:
    a. Performance on tests, quizzes, major exams, and projects
    b. Completion of homework assignments
    c. Attendance in class
    d. Make up work for absences is required
    e. Classroom participation
    f. Requirements, which are unique to the subject area, i.e., art-music project, wood project, science laboratory experiment, etc.
4. Recognize that a student who does not demonstrate appropriate achievement in one or more of the above components listed in (a) to (f) may fail.
5. Keep all marked papers and/or projects not returned to the student for a period of time no less than one quarter beyond the end of a marking period in the event that a mark is challenged.

**Counselors' Responsibilities:**

- Maintain a file of the progress reports issued to his/her students.

**Administrators' Responsibilities:**

1. Supervise implementation of this policy.
2. Hold local Review Board/SST meetings on a quarterly basis to review the programs of students with two or more "F" marks and recommend adjustments in student programs to improve academic progress.
3. Respond during the school year to any parental appeal about a mark as soon as possible but no later than within ten (10) school days.
4. Should a student's mark be lowered to an "F" because of missing or incomplete work during the last twenty (20) days of the marking period, and if the student has not received a progress report, sign the progress report if issued ten (10) days before the end of the quarter. Should the teacher issue a progress report after ten (10) days before the end of the quarter, do not sign the progress report unless there are valid, extenuating circumstances

Parents or eligible students may ask the School to amend a record that they believe is inaccurate or misleading. They should write to the School principal, clearly identify the part of the record they want changed, and specify why it is inaccurate or misleading.

If the School decides not to amend the record as requested by the parent or eligible student, the School will notify the parent or eligible student of the decision and advise the parent or eligible student of the right to a hearing regarding the request for amendment. Additional information regarding the hearing procedures will be provided to the parent or eligible student when notified of the right to a hearing.

3. The right to consent to disclosures of personally identifiable information contained in the student's education records, except to the extent that FERPA authorizes disclosure without consent.

One exception, which permits disclosure without consent, is disclosure to school officials with legitimate educational interests. A school official is a person employed by the School as an administrator, supervisor, instructor, or support staff member (including health or medical staff and law enforcement unit personnel); a person serving on the School Board; a person or company with whom the School has contracted to perform a special task (such as an attorney, auditor, medical consultant, or therapist); or a parent or student serving on an official committee, such as a disciplinary or grievance committee, or assisting another school official in performing his or her tasks.

A school official has a legitimate educational interest if the official needs to review an education record in order to fulfill his or her professional responsibility.

Upon request, the School discloses education records, without prior consent, to officials of another school district in which a student seeks or intends to enroll.

4. The right to file a complaint with the U.S. Department of Education concerning alleged failures by the school to comply with the requirements of FERPA. The name and address of the Office that administers FERPA are:

Family Policy Compliance Office
U.S. Department of Education
400 Maryland Avenue, SW
Washington, DC 20202-5920

The general rule under FERPA is that personally identifiable information (PII) from education records cannot be disclosed without written consent. However, FERPA includes several exceptions that permit the disclosure of PII from education records without consent. Two of these exceptions are discussed in this document: the studies exception and the audit or evaluation exception. The two exceptions contain specific, and slightly different, requirements, described more fully in the implementing regulations (34 CFR Part 99).

***What is the purpose of this document?***

The audience for this document includes schools, school districts (also referred to as local educational agencies (LEAs)), postsecondary institutions, and State educational authorities (such as State educational agencies (SEAs)) that may disclose PII from education records. Our intent is to provide these entities with information about requirements and best practices for data disclosures under the studies exception and the audit or evaluation exception.

***What is the Studies Exception?*** *(see 20 U.S.C. §1232g(b)(1)(F) and §99.31(a)(6))*

The studies exception allows for the disclosure of PII from education records without consent to organizations conducting studies for, or on behalf of, schools, school districts, or postsecondary institutions. Studies can be for the purpose of developing, validating, or administering predictive tests; administering student aid programs; or improving instruction.

> **Example**: An SEA may disclose PII from education records without consent to an organization for the purpose of conducting a study that compares program outcomes across school districts to further assess what programs provide the best instruction and then duplicate those results in other districts.

What is the Audit or Evaluation Exception? (see 20 U.S.C. 1232g(b)(1)(C), (b)(3), and (b)(5) and §§99.31(a)(3) and 99.35)
The audit or evaluation exception allows for the disclosure of PII from education records without consent to authorized

representatives of the Comptroller General of the U.S., the Attorney General, the Secretary of Education, and State or local educational authorities (FERPA-permitted entities). Under this exception, PII from education records must be used to audit or evaluate a Federal- or State-supported education program, or to enforce or comply with Federal legal requirements that relate to those education programs (audit, evaluation, or enforcement or compliance activity). The entity disclosing the PII from education records is specifically required to use reasonable methods to ensure to the greatest extent practicable that its designated authorized representative complies with FERPA and its regulations.

> **Example**: An LEA could designate a university as an authorized representative in order to disclose, without consent, PII from education records on its former students to the university. The university then may disclose, without consent, transcript data on these former students to the LEA to permit the LEA to evaluate how effectively the LEA prepared its students for success in postsecondary education.

The audit or evaluation exception allows for the disclosure of PII from education records without consent to authorized representatives of the Comptroller General of the U.S., the Attorney General, the Secretary of Education, and State or local educational authorities (FERPA-permitted entities). Under this exception, PII from education records must be used to audit or evaluate a Federal- or State-supported education program, or to enforce or comply with Federal legal requirements that relate to those education programs (audit, evaluation, or enforcement or compliance activity). The entity disclosing the PII from education records is specifically required to use reasonable methods to ensure to the greatest extent practicable that its designated authorized representative complies with FERPA and its regulations.

> **Example**: An LEA could designate a university as an authorized representative in order to disclose, without consent, PII from education records on its former students to the university. The university then may disclose, without consent, transcript data on these former students to the LEA to permit the LEA to evaluate how effectively the LEA prepared its students for success in postsecondary education.

## 7.27 NUTRITION PROGRAM

The State Department of Education has established a statewide program to provide nutritious meals and milk at school for pupils, and to provide free meals to the neediest children. In some instances, nominal cash payments may be required. [Ed. Code § 49510, et seq.]

## 7.28 PUPIL FEES

A pupil enrolled in a public school must not be required to pay a pupil fee for participation in an educational activity. (Ed. Code, § 49011)

a. The following requirements apply to prohibited pupil fees:
   I. All supplies, materials, and equipment needed to participate in educational activities must be provided to pupils free of charge.
   II. A fee waiver policy shall not make a pupil fee permissible.
   III. School districts and schools shall not establish a two-tier educational system by requiring a minimal educational standard and also offering a second, higher educational standard that pupils may only obtain through payment of a fee or purchase of additional supplies that the school district or school does not provide.
   IV. A school district or school shall not offer course credit or privileges related to educational activities in exchange for money or donations of goods or services from a pupil or a pupil's parents or guardians, and a school district or school shall not remove course credit or privileges related to educational activities, or otherwise discriminate against a pupil, because the pupil or the pupil's parents or guardians did not or will not provide money or donations of goods or services to the school district or school.

b. Solicitation of voluntary donations of funds or property and voluntary participation in fundraising activities are not prohibited. School districts, schools, and other entities are not prohibited from providing pupils prizes or other recognition for voluntarily participating in fundraising activities. (Ed. Code, § 49010 et seq.)

A complaint of noncompliance may be filed under the District's Uniform Complaint Procedures and Title 5 of the California Code of Regulations. (Ed. Code, § 49013)

The West Contra Costa Unified School District does not store Social Security Numbers or Immigration Status.

The West Contra Costa Unified School District stores Country / State of Birth when that is provided by the family during enrollment.

Information Stored on our Student Information System:
Addresses (home and mailing)
Parent/Guardians contacts
Phones
Federal Ethnicity and Race
Gender
Foster Program
Homeless Program
Armed Forces Family Member
Email addresses
Emergency contacts and medical info
Health (immunizations etc.)
Attendance
Enrollment
Grades
Graduation Progress
Incidents
Educational Setting & Programs
Career Technical Education Pathway
Workplace Education

The Governing Board recognizes the importance of maintaining the confidentiality of directory information and therefore authorizes the release of such information only in accordance with law, Board policy, and administrative regulation. The Superintendent or designee may release student directory information to representatives of the news media or nonprofit organizations in accordance with Board policy and administrative regulation.

The Superintendent or designee may limit or deny the release of specific categories of directory information to any public or private nonprofit organization based on his/her determination of the best interests of district students. (Education Code 49073)

Colleges and prospective employers, including military recruiters, shall have access to directory information. Military recruiters shall have access to a student's name, address, and telephone number, unless the parent/guardian has specified that the information not be released in accordance with law and administrative regulation. (20 USC 7908; 10 USC 503; Education Code 49603) Under no circumstances shall directory information be disclosed to a private profit-making entity, except for representatives of the news media and prospective employers, in accordance with Board policy. Private schools and colleges may be given the names and addresses of 12th-grade students and students who are no longer enrolled provided that they use this information only for purposes directly related to the institution's academic or professional goals. (Education Code 49073)

The directory information does not include citizenship status, immigration status, place of birth, or any other information indicating national origin and the district will not release such information without parental consent or a court order.

The District will not release information to third parties for immigration enforcement purposes, except as required by law or court order. Unless the District is providing information for a legitimate educational purpose under FERPA and the California Education Code or directory information, the District shall notify parents or guardians and eligible students—and receive their written consent—before it releases a student's personally identifiable information. If the District decides to release directory information, the District shall provide an annual notice to parents and guardians, and "eligible students" in attendance, of the District's directory information policy that includes:

1. The categories of information that the District has classified as public directory information that may be disclosed without parental consent and which should only include the information specifically identified in Education Code section 49061, subdivision (c). 2. A statement that directory information does not include citizenship status, immigration status, place of birth, or any other information indicating national origin (except where the district receives consent as required under state law).
3. The recipients of the directory information.
4. Parents or guardians may refuse the release of the student's directory information by making such a request to the principal or the District office. Forms will be available for this purpose.
5. The deadline to notify the school in writing that he or she does not want the information designated as directory information to be released is October 1st of each school year.

District personnel must receive consent from the student's parent or guardian before a student can be interviewed or searched by any officer seeking to enforce the civil immigration laws at the school, unless the officer presents a valid, effective warrant signed by a judge, or presents a valid, effective court order.

District personnel shall immediately notify the student's parents or guardians if a law-enforcement officer requests or gains access to a student for immigration-enforcement purposes, unless such access was in compliance with a judicial warrant or subpoena that restricts the disclosure of the information to the parent or guardian.

## 8.12 STUDENT TECHNOLOGY ACCEPTABLE USE & INTERNET SAFETY POLICY

### WCCUSD STUDENT Technology Acceptable Use & Internet Safety Policy

WCCUSD strongly believes in the educational value of technology and the Internet. In this connected world, students must have access to tools that enable them to effectively communicate, collaborate, and create in order to prepare them to become effective, responsible global citizens.

**Chromebooks** WCCUSD is dedicated to ensuring access to learning for all students. As with textbooks, Chromebooks are available to all students to be checked out for take-home use. Once checked out, the student will keep the device from year to year. While off campus, content is filtered on the Chromebooks just as it would be if the device were at school.

Students are expected to take proper care of all district-issued devices and report any misuse immediately. In case of theft, the Stolen Device Reporting procedure must be followed. See the Student Device Handbook on the WCCUSD website.

**Google accounts** are provided for all WCCUSD students allowing them to use the Google suite of tools, including Google Drive, Docs, Classroom, Meet, to foster communication, collaboration and creativity.

- Gmail accounts enabling communication outside of WCCUSD are for students grades 9 to Adult
- Gmail accounts enabling communications only within WCCUSD are for students in middle school
- Gmail accounts will not be provided to elementary students (with few exceptions in grades 5 & 6)

Students shall use their Google accounts for video conferencing using Google Meet and Zoom. Video conferences may be recorded by the teacher to be posted for flexible, anytime learning by all students. It is recommended that students keep their cameras turned ON during video conferences to allow for maximum connection and engagement. Parents may opt their student out of having their camera on and shall discuss such exceptions with the student's teachers and school Principal.

**Internet safety** Teachers will instruct students in the proper use of the Internet and will guide them in digital citizenship. Outside of school, families bear the same responsibility for guiding students in their search for appropriate learning resources. It is a shared responsibility of district staff and parents/guardians to supervise student access to Internet content, and it is the student's responsibility to avoid accessing inappropriate material. Inappropriate content is filtered by WCCUSD's content filter in accordance with the Children's Internet Protection Act (CIPA).

**Student Data Privacy** WCCUSD has a duty to protect the privacy of our students and families when using electronic tools and resources. We take this responsibility seriously and have taken steps to secure the personally identifiable information (PII) both inside and outside our physical network. We take the approach that the information must be secured while it is stored in our servers, transits our network, and by limiting access to the information to staff who have a "need to know" in order to provide educational resources to our students. We take the same approach with our external providers and contracts.

- We require contract language that specifies that our providers have implemented the same type of specific safeguards that we have implemented with our internal systems to verify that no unauthorized third party will access our students' PII while the data resides in their systems.
- We require contract language that states that these providers comply with FERPA and COPPA rules.
- These contracts can be viewed on the California Student Data Privacy Alliance website
- A list of WCCUSD vetted and approved applications is available on our WCCUSD website

Under the Children's Online Privacy Protection Act (COPPA), third party service providers must provide parental notification and obtain parental consent before collecting personal information from children under the age of 13. The law permits school districts such as ours to consent to the collection of personal information on behalf of all of its students, thereby eliminating the need for individual parental consent given directly to the website operator.

COPPA also provides parents or guardians the right to opt their students aged 13 and younger out of online services. The Federal Educational Records Privacy Act (FERPA) and COPPA provide parents or guardians the right to inspect their student's records, including the PII that is contained in these electronic systems. If you are a parent or guardian of a student in the district, and you have concerns about your student's use of online electronic systems that store PII, we encourage you to speak with your school's principal or teachers to find out why we use the system and to inspect your student's stored work and information.

**Student agreements**

We value communication, collaboration, and creativity. We will:

- use thoughtful and appropriate words and be mindful of how they may be interpreted by others.
- help our classmates by using words to give directions instead of completing the task for them
- be open to different solutions to problems, and appreciate help that is offered.
- keep our cameras on during video conferences, unless there are exceptions discussed between our parent and teachers/administrators

We value privacy. We will:

- keep our login accounts secret from anyone other than our family and teachers.
- not give out any private information - such as full name, date of birth, address, phone number, or photos of ourselves or others - without family permission.
- understand that anything we do online is public and can be monitored.

We value honesty and safety. We will:

- access, post, submit, publish, and display appropriate, constructive, or educational content.
- represent ourselves honestly both online and offline.
- properly give credit to those whose work we reference in our own projects.
- stop talking to anyone who makes us feel pressured or uncomfortable online, and we will tell our family and/or teacher about it.

We value respect for self and others. We will:

- not bully, humiliate, or upset anyone online – whether through sharing photos, videos, or screenshots; spreading rumors or gossip; or setting up fake profiles – and stand up to those who do.
- use only our own district-issued Google accounts on district-issued devices at all times.
- take proper care of our devices and immediately report misuse or lost devices to adults. As with all school property, vandalism, misuse, and/or intentional damage will be subject to disciplinary action.
- Respect our devices for what they do and not attempt to install, run, or circumvent software on them.

We value learning. We will:

- use the internet responsibly and primarily for educational purposes.
- carefully evaluate the validity of information presented online.
- bring our devices to school fully charged every day

In exchange, our school community agrees to:

- recognize that using technology devices and digital media are important components of learning.
- talk with us about our concerns with digital media and technology use.
- talk with us about our interests and embracing our world, including helping us find tools that help us to learn, create, and collaborate.
- Take action to keep us safe online.

**Signatures**

- STUDENTS: I have read the Acceptable Use Policy and agree to follow these rules and guidelines when using technology. This applies while I am at WCCUSD as well as when I am off campus.

- PARENT / GUARDIANS: I have read the Acceptable Use Policy and agree to support my child in following these rules and guidelines when using technology. This applies while at WCCUSD as well as when off campus. I understand that WCCUSD encourages parents and guardians to supervise and monitor any online activity.

PARENT/GUARDIAN: If you **DO NOT** want your student to have access to district-provided Internet or devices and learning applications for school, please notify your student's Principal in written form to OPT OUT. This opt out process must take place at the beginning of every school year to remain in effect. **Warning:** Opting your student out of these services will make it more difficult for the school to properly assess your student's academic needs and meet them. Because we believe these tools are essential to a 21st Century learning experience, we encourage you to speak with your principal or teachers before you elect to opt your student out of these tools.