# Exhibit 37

Chicago Public Schools

MENU

# Parents' Rights

Learn about your rights as a parent under the Student Online Personal Protection Act, which regulates how student data is collected and shared in Illinois.

ON THIS PAGE

What SOPPA Means For You

Why Is Student Data Collected?

Your Parent Rights

Exercising Your Rights

Contact Us

Chicago Public Schools

regulates student data collection and use by the district, the Illinois State Board of Education and education technology operators. As a parent or guardian, the law means you have the right to inspect, correct, and delete your child's covered information, regardless of whether it is held by a district or a third-party operator.

## Why Is Student Data Collected?

Student data is collected for a variety of reasons. It helps to connect students to vital educational resources, supports growth and achievement in the classroom, and creates new opportunities for learning. Oftentimes, fulfilling our mission of delivering high-quality education means sharing student data with operators who provide the district with educational tools and other resources. Now you can learn more than ever about how your student's covered information is handled.

## Your Parent Rights

Under SOPPA and the Chicago Board of Education's policy, parents and guardians have the following rights **beginning July 1, 2021**:

1 **To inspect and review the student's covered information**

2 **To request from a school a paper or electronic copy of the student's covered information**

3 student's covered information when allowable by State or federal laws

4 To request deletion of covered information when allowable by State or federal records laws

5 To know which authorized software is being used in the classroom

6 To provide consent to the use of authorized software as outlined in the guidelines

7 To be notified by the district of a breach of covered information

## Exercising Your Rights

The Student Online Personal Protection Act allows you to take specific actions to understand how your student's covered information is managed. Here are a few ways you

Chicago Public Schools

## Discover what covered information is collected or shared, and with whom

SOPPA allows you to see which operators use your student's covered information. Before any third-party software is used in CPS, we formalize an agreement with an operator that ensures they understand rules governing student data privacy and protection. Under SOPPA, these agreements are public documents, meaning they are available for you to view. Find more information about operator agreements at the Vendor and Contracts page, where you can see what covered information is shared under the agreement.

## Request a copy of your student's covered information

SOPPA allows you to receive a copy of the covered information an operator has collected for your student. You may request an electronic or paper copy of the covered information. To request a copy, complete a SOPPA Request Form for the covered information that includes:

- Parent name
- Parent signature
- Parent address
- Parent phone number
- Student name
- School name
- Request date

You will also be asked to provide proof of identity and relationship to the student at the school before accessing the information. Requests for covered information are limited to one per quarter.

SOPPA requires covered information requests to be fulfilled within 45 days of receiving a completed request. The District SOPPA Representative will coordinate a

## Request corrections and deletions of your student's covered information



PWRSCHL_00402351

student's school by using a SOPPA Request Correction Form. After you submit the form, the school will share it with the District SOPPA Representative, who will review it to determine if the covered information is also a student record. In some cases, the representative may refer you to challenging student records as dictated by the Board's Policy on Parent and Student Rights of Access to and Confidentiality of Student Records.

If the covered information is not a student record, the District SOPPA Representative will coordinate a response with the operator. The school will then provide the operator's response to you.

## Know how long providers will keep your student's covered information

We require operators to delete or transfer covered information at the end of each term of the agreement or at the end of the school year, unless a student or parent consents to the maintenance of the covered information. If you want an operator to maintain the covered information instead of deleting it, you may contact the District SOPPA representative for next steps.

In addition, operators are required to delete covered information within seven calendar days of receiving a request from the SOPPA District Representative.

## Keep track of the software being used in your student's classroom

Your student's teacher should provide you with a list of authorized software that's being used in the classroom along with any necessary notice or consent forms from the operator. Please contact your student's school to learn more about what software is being used in the classroom.

# Frequently Asked Questions

Find answers to common questions about what the Student Online Personal Protection Act means for CPS students, parents, teachers and principals.

Chicago Public Schools

SOPPA

SECURING OUR STUDENTS' FUTURE

## Contact Us

If you have questions about the Student Online Personal Protection Act, please contact privacyoffice@cps.edu.

### Was this page helpful?

YES NO

CHICAGO PUBLIC SCHOOLS

Chicago Public Schools

Contact CPS
Department Directory
Networks
Leadership Team
Non-Discrimination Statement
What's New

Support CPS
Press Releases
Media
Careers
Procurement
Policies & Rules
Web Accessibility

FOLLOW US:

SUBSCRIBE:

Our Newsletter

© 2025 Chicago Public Schools | 1.0.9165 | K1