# Exhibit 45

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Case No. 3:24-cv-02706-JD

---

EMILY CHERKIN, ON BEHALF OF HERSELF AND AS PARENT AND GUARDIAN OF HER MINOR CHILD, S.G., AND DAVID CONCEPCION, ON BEHALF OF HIMSELF AND AS PARENT AND GUARDIAN OF HIS MINOR CHILDREN, L.M.C. AND M.M.C., AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,

*Plaintiffs,*

v.

POWERSCHOOL HOLDINGS, INC.,

*Defendant.*

---

EXPERT REPORT OF CHRISTOPHER L. SCHULTE

January 20, 2026

conduct may not be unlawful to the extent that this collection, storage, and processing does not exceed a reasonable expectation of privacy. Relatedly, I have been asked by Counsel to assume that the "solution offerings" that PowerSchool markets as its *Student Information Solutions* ("*SIS*"), *Personalized Learning Solutions* ("*Personalized Learning*"), and *College, Career, and Life Readiness Solutions* ("*CCLR*") may have functionalities that are lawful to the extent that they do not exceed a reasonable expectation of privacy. I have also been asked to assume that the PowerSchool products and product functionalities that provide purported "analytics," "insights," or "predictions" based on student or parent data exceed a reasonable expectation of privacy and are unlawful. In this way, I have been asked by Counsel to assume that this second product category would include, at a minimum, those that PowerSchool markets as *Data, Analytics & Insights*, *Performance Matters*, *Behavior Support*, and *Attendance Intervention*. Notwithstanding these assumptions, I understand that questions of liability are for the trier of fact.

- I have therefore analyzed PowerSchool's unjust enrichment attributable to the alleged wrongful conduct under the assumption that, in the absence of that conduct, PowerSchool would not have generated the revenues and attendant profits that it historically realized in connection with its *Data, Analytics & Insights*, *Performance Matters*, *Behavior Support*, and *Attendance Intervention* products.[3] As detailed in the attached exhibits and summarized in the figure below, I have determined that PowerSchool's unjust enrichment from these products in the United States totaled approximately $341.0 million over the period January 2019 through December 2025.

[3] While I have also quantified PowerSchool's revenues and attendant profits from its *SIS*, *Personalized Learning*, and *CCLR* products, I am not aware of information sufficient to apportion PowerSchool's historical revenues and profits from those products to the alleged wrongful conduct.

that the PowerSchool products and product functionalities that provide purported "analytics," "insights," or "predictions" based on student or parent data exceed a reasonable expectation of privacy and are unlawful. In this way, I have been asked by Counsel to assume that this second product category would include, at a minimum, those that PowerSchool markets as *Data, Analytics & Insights*, *Performance Matters*, *Behavior Support*, and *Attendance Intervention*.

66. Based on my analysis of the available record and directions from Counsel, I have analyzed PowerSchool's unjust enrichment attributable to the alleged wrongful conduct under the assumption that, in the absence of that conduct, PowerSchool would not have generated the revenues and attendant profits that it historically realized in connection with its *Data, Analytics & Insights*, *Performance Matters*, *Behavior Support*, and *Attendance Intervention* products. While I have also analyzed and quantified PowerSchool's revenues and attendant profits from its *SIS, Personalized Learning, and CCLR* products, I am not aware of information sufficient to apportion PowerSchool's historical revenues and profits from those products to the alleged wrongful conduct. My analyses in this regard are detailed in the sections below.

### 7.1. Analysis of PowerSchool's Relevant Product Revenues

67. Based on my review of the available record, I determined that the most appropriate starting point for the determination of PowerSchool's product-specific revenues are the contemporaneous financial documents related to the 2024 acquisition of PowerSchool by Bain Capital, PowerSchool's internal and publicly reported income statements and filings, and other internal documents probative of PowerSchool's product revenue projections.[103]

68. For example, an internal PowerSchool "Project Picasso" document represents the total measure of PowerSchool revenues, by product, for the period from 2019 through 2023:

[103] As previously discussed, PowerSchool's public-facing product categorizations do not necessarily align with the product categorization and segmentation evident in certain of PowerSchool's internal financial documents. I also note that PowerSchool's product naming and grouping conventions have evolved throughout the period for which I have quantified unjust enrichment. Therefore, and as detailed in the sections below, I have based my unjust enrichment analyses on PowerSchool's internal financial documents and the product categorization and segmentation evident therein.

70. Based on the apparent consistency of these records, I find it reasonable to rely on the above product-specific revenues as the starting point for my analyses of PowerSchool's potential unjust enrichment.

71. As the product-specific revenue detail pictured in Figure 25 only provides revenues through 2023, I relied on other PowerSchool documents to project product-specific revenues through 2025.

72. To determine revenues for 2024, I relied on a separate "Project Picasso" document that details annual recurring revenues ("ARR") by product for the period 2021 through 2024.[108] Mr. Flagg testified that PowerSchool's annual recurring revenue "*will closely track, but [will] not be the total revenue*," largely because ARR is "*the revenue related to subscription fees*" received by PowerSchool on an annualized basis.[109] As such, I first analyzed the relationship of PowerSchool's ARR to its total revenue.[110] As detailed in Exhibit 10.3, these ratios differ by product.[111] I therefore estimated PowerSchool's product-specific actual revenues by applying these product-specific ratios to the corresponding 2024 ARR values. I also found it necessary to allocate 2024 revenues into Subscription & Support, Services, and Licenses & Other. I relied on the 2023 revenue shares to perform this allocation. For each product, I calculated the share of Subscription & Support, Services, and Licenses & Other revenue relative to total revenue for that product.[112] These percentages were then used to allocate 2024 product revenues into the Subscription & Support, Services, and Licenses & Other revenue segments on a product-by-product basis.[113]

73. Having calculated PowerSchool's product-specific revenues for 2024, I then estimated the corresponding revenues for 2025 by applying PowerSchool's product-specific growth rates as indicated in a separate "Project Picasso" document entitled "Product Level ARR" that detailed management projections and product-specific growth rates for the period 2025 through 2029.[114]

74. As the above calculations of PowerSchool product-specific revenues are based on PowerSchool's global business, I made further adjustments to tailor the unjust enrichment calculation to the proposed class definitions. More specifically, and in the absence of product-specific revenue data specific to

---

[108] PWRSCHL_00001039 at tab "Costs by Product." 2024 revenues are described as "Budget."
[109] Deposition of Darron Flagg, December 1, 2025, pp. 274-275.
[110] PWRSCHL_00001039 at tab "Costs by Product."
[111] Exhibit 10.3.
[112] Exhibits 10.1,2.5, 3.5, 4.5, 5.5, 7.5, 8.5, and 9.5.
[113] See, for example, Exhibit 2.5.
[114] See, for example, Exhibit 2.4; PWRSCHL_00002784 at tab "Product Level." See also, Deposition of Darron Flagg, December 1, 2025, pp. 279-280.

PowerSchool's U.S. operations, I found it reasonable and appropriate to determine and apply apportionment factors to isolate the U.S. portion of PowerSchool's global revenues.

75. When operating as a public company, PowerSchool publicly reported the total annual revenues that it attributed to the United States.[115] As detailed in Exhibit 10.4, this percentage ranged from approximately 91.0% to 93.0% over the 2019 through 2023 period.[116] I therefore applied these percentages, on an annual basis, to my previous calculations of PowerSchool global revenues in order to isolate the portion of those revenues attributable to PowerSchool's U.S. operations.[117]

76. Taken together, and as detailed in Exhibit 1.2 and summarized in the figure below, I have quantified PowerSchool's revenues from its *Data, Analytics & Insights*, *Performance Matters*, *Behavior Support*, and *Attendance Intervention* products over the period 2019 through 2025 as follows:

**Figure 27**
**PowerSchool Product-Specific U.S. Revenues:**
***Data, Analytics & Insights*, *Performance Matters*,**
***Behavior Support*, and *Attendance Intervention*[118]**

[redacted]

### 7.2. Analysis of PowerSchool's Corresponding Expenses

77. As previously discussed, I have quantified unjust enrichment attributable to the alleged wrongful conduct under the assumption that, in the absence of that conduct, PowerSchool would not have been able to generate the revenues and attendant profits that it historically realized in connection with its *Data, Analytics & Insights*, *Performance Matters*, *Behavior Support*, and *Attendance Intervention*

[115] PowerSchool Holdings, Inc. Form 10-K for the Fiscal Year Ended December 31, 2021, p. 106; PowerSchool Holdings, Inc. Form 10-K for the Fiscal Year Ended December 31, 2022, p. 107; PowerSchool Holdings, Inc. Form 10-K for the Fiscal Year Ended December 31, 2023, p. 107.
[116] Exhibit 10.4.
[117] See, for example, Exhibit 2.4.
[118] Exhibit 1.2. I have also quantified revenues for *SIS*, *Personalized Learning*, and *CCLR* in the amount of approximately $1.98 billion. See Exhibit 6.2.

> *Q. Right. And is that true with other products, such as CCLR or Schoology? If those products were to disappear, you wouldn't necessarily close any offices, but certain staff member positions might be reduced?*
>
> *A. Yes, I would agree. And to the comment about the offices, we don't have that many offices currently. So I don't see us closing the remaining ones we have, given your hypothetical. But, yes, I would agree there may be some resource reductions as a function of your hypothetical.*[139]

83. Mr. Flagg went on to testify regarding the variability of expenses related to compliance reporting requirements, particularly those related to *Schoology and SIS*:

> *Q. So putting -- putting aside support positions where customers might need instructions on how to use a product, for example, would you agree with me generally that at least with respect to PowerSchool SIS, Schoology, Assessments and Analytics, and -- well, those three products, that the -- the -- the -- the costs are generally fixed and not -- and don't vary with incremental sales?*
>
> *A. They're not fixed. And I say that because with SIS, for example, there's a large activity around state compliance. And what that means is each state requires schools to provide certain reporting. And that reporting requirement, call it compliance reporting, changes all the time. So there is indeed a good amount of expense to stay current to make sure every customer, who's utilizing SIS in particular, feels comfortable that we're up to date with compliance. So that would be one concern. It's not just -- not just support. It's -- there's a large amount of work to maintain all the products, but SIS in particular, given the compliance reporting.*[140]

84. Mr. Flagg also testified that there could be variability with respect to PowerSchool's expenses relating to cloud storage requirements, particularly those associated with the *Connected Intelligence* product, as well as other expenses associated with product packaging and updates:

> *Q. Okay. And what other -- what other non-fixed costs are associated with SIS, Schoology, or Unified Insights?*
>
> *A. Non-fixed costs. Sorry, I want to make sure I'm clear. Schoology SIS and then the AI -- the A&I products; correct? That's what you said?*
>
> *Q. Yeah, right.*
>
> *A. Well, the cloud costs themselves aren't all fixed. There could be some variance, especially with Connected Intelligence, which is sort of a newer data sub-processor for us. And as we're expanding the use of Connected Intelligence, that's adjusting a bit. But outside of what I've said and the regular updates, updated patches and things --*

---

[139] Deposition of Darron Flagg, December 1, 2025, pp. 313-315 (objections omitted).
[140] Deposition of Darron Flagg, December 1, 2025, pp. 315-316 (objections omitted).

[redacted] [redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted] [redacted][141]

85. Based on my review of the available record, including my analysis of PowerSchool's detailed income statements, it appears that the operating expense categories that Mr. Flagg identified as variable are, in fact, largely subsumed within PowerSchool's previously discussed summary-level expense categories listed in the figures above (*i.e.*, within PowerSchool's accounting for the cost of revenues). Indeed, the line items underlying PowerSchool's summary-level cost of revenue expense categories generally include expenses relating to allocated support costs, hosting costs, client service costs, and various other allocated operating costs.[142] As such, these expenses would presumably be included in my previously-discussed deduction of the pro-rata portion of the expenses categorized under PowerSchool's cost of revenues.[143]

86. I also identified and considered potential nuances in PowerSchool's detailed income statements for partial-year 2024, which, as of the date of this report, only extend through the first and second quarters of 2024.[144] More specifically, and based on my analysis of the income statements produced in this matter to date, I determined that the cost of revenues as a percentage of sales reported for the first and second quarter of 2024 were relatively lower – and the corresponding profit margins relatively higher – than those represented on PowerSchool's income statements during the period 2019 through 2023. In light of this variance, I conservatively held constant the 2023 profit margins (*i.e.*, as a percentage of revenue) for each revenue category for 2024 and 2025.

87. As the above calculations of PowerSchool product-specific expenses are based on PowerSchool's global business, I made further adjustments to tailor the unjust enrichment calculation to the proposed

---

[141] Deposition of Darron Flagg, December 1, 2025, pp. 317-319 (objections omitted).
[142] See, for example, PWRSCHL_00003131 at tab "2023 IS."
[143] See, for example, Exhibits 2.6 – 2.8.
[144] PWRSCHL_00001064 at tab "1Q24 – IS TB" and PWRSCHL_00588458 at tab "Q2'24 IS."

class definitions. More specifically, and in the absence of PowerSchool expense data specific to its U.S. operations, I find it reasonable and appropriate to determine and apply apportionment factors to isolate the U.S. portion of PowerSchool's global expenses.

88. As previously discussed, when operating as a public company, PowerSchool publicly reported the total annual revenues that it attributed to the United States.[145] As detailed in Exhibit 10.4, this percentage ranged from approximately 91.0% to 93.0% over the 2019 through 2023 period.[146] I therefore applied these percentages, on an annual basis, to my calculations of PowerSchool's global expenses in order to isolate the portion of those expenses attributable to PowerSchool's U.S. operations.[147]

89. Taken together, and as detailed in Exhibit 1.3 and summarized in the figure below, I calculated the following cost of revenues for PowerSchool's *Data, Analytics & Insights*, *Performance Matters*, *Behavior Support*, and *Attendance Intervention* products:

**Figure 31**
**PowerSchool Product-Specific U.S. Cost of Revenues:**
***Data, Analytics & Insights*, *Performance Matters*,**
[148]

[redacted]

### 7.3. Conclusions Regarding Unjust Enrichment

90. As previously discussed, I have quantified unjust enrichment attributable to the alleged wrongful conduct under the assumption that, in the absence of that conduct, PowerSchool would not have been able to generate the revenues and attendant profits that it historically realized in connection with its

---

[145] PowerSchool Holdings, Inc. Form 10-K for the Fiscal Year Ended December 31, 2021, p. 106; PowerSchool Holdings, Inc. Form 10-K for the Fiscal Year Ended December 31, 2022, p. 107; PowerSchool Holdings, Inc. Form 10-K for the Fiscal Year Ended December 31, 2023, p. 107.
[146] Exhibit 10.4.
[147] See, for example, Exhibit 2.3.
[148] Exhibit 1.3. I have also quantified the corresponding expenses for *SIS, Personalized Learning,* and *CCLR* as approximately $638.2 million. See Exhibit 6.3.

*Data, Analytics & Insights*, *Performance Matters*, *Behavior Support*, and *Attendance Intervention* products.[149]

91. As detailed in Exhibits 1.1 through 1.3 and summarized in the figure below, I have determined that PowerSchool's unjust enrichment from its *Data, Analytics & Insights*, *Performance Matters*, *Behavior Support*, and *Attendance Intervention* products in the United States totaled approximately $341.0 million over the period January 2019 through December 2025:

**Figure 32**
**PowerSchool's Unjust Enrichment:**
***Data, Analytics & Insights*, *Performance Matters*,**
***Behavior Support*, and *Attendance Intervention***[150]

[redacted]

[149] I have also quantified PowerSchool's revenues and attendant profits from its *SIS*, *Personalized Learning*, and *CCLR* products, but I am not aware of information sufficient to apportion PowerSchool's historical revenues and profits from those products to the alleged wrongful conduct.

[150] Exhibit 1.1. I have also quantified the corresponding profits for *SIS*, *Personalized Learning*, and *CCLR* as approximately $1.34 billion. See Exhibit 6.1.

## 8. Actual Damages

92. As previously discussed, my assignment in this matter also included an assessment of the feasibility of identifying and quantifying measures of actual damages attributable to PowerSchool's alleged wrongful conduct.

93. In my opinion, the analysis of actual damages in this matter is reasonably based on the value of the student data that PowerSchool allegedly aggregated and used without consent from – or compensation to – Plaintiffs and Class Members. I therefore searched for and analyzed available indicators of the market value of data similar to that at issue in this matter. In my opinion, the best indicators of that value are derived from [redacted] – represents a conservative and reasonable indicator of the financial consideration each Plaintiff and Class Member would reasonably expect to receive in exchange for PowerSchool's alleged aggregation and use of their data without their knowledge or consent. It is therefore my opinion that actual damages in this matter can be conservatively calculated on a class-wide basis as no less than $0.40 per Class Member.

94. My analysis and conclusions in this regard are detailed in the sections below.

### 8.1. Analysis of PowerSchool Agreements Involving the Monetization of Student Data

95. In searching for indicators of the value of data similar to that at issue in this matter, I identified and considered the available evidence regarding PowerSchool's agreements involving the monetization of student data. I detail my understanding and analysis of these agreements in the sections below.

#### 8.1.1. 2021 Reseller Agreement between PowerSchool and EAB

96. [redacted]

---

151 [redacted]

[redacted][152] [redacted].[153] [redacted].[154]

97. [redacted].[155] [redacted][156] [redacted]

**Figure 33**

[redacted][157]

[redacted]

---

[152] PWRSCHL_00191203-241 at 203-206.
[153] PWRSCHL_00191203-241 at 208-209.
[154] PWRSCHL_00191203-241 at 219.
[155] PWRSCHL_00191203-241 at 214-215.
[156] PWRSCHL_00191203-241 at 215.
[157] PWRSCHL_00191203-241 at 230.

98. As shown in the figure below, [redacted]

**Figure 34**

[redacted][158]

[redacted]

99. [redacted][159] [redacted]

**Figure 35**

[redacted]”[160]

[redacted]

100. [redacted].[161] [redacted].[162]

---

[158] PWRSCHL_00191203-241 at 215.
[159] PWRSCHL_00191203-241 at 215.
[160] PWRSCHL_00191203-241 at 215.
[161] PWRSCHL_00191203-241 at 215.
[162] PWRSCHL_00191203-241 at 215-217.

101. [redacted].[163] [redacted].[164]

102. [redacted]

**Figure 36**

[redacted]”[165]

[redacted]

103. [redacted]

---

[163] PWRSCHL_00191203-241 at 203, 206, 215-216; PWRSCHL_00291629-633.
[164] PWRSCHL_00191203-241 at 203, 204, 215-216; PWRSCHL_00291629-633.
[165] PWRSCHL_00191203-241 at 216.

**Figure 37**

[redacted][166]

[redacted]

104. [redacted][167] [redacted][168] [redacted]

[166] PWRSCHL_00191203-241 at 234.
[167] PWRSCHL_00191203-241 at 214-215.
[168] PWRSCHL_00191203-241 at 234-235.

**Figure 38**

[redacted][169]

[redacted]

105. [redacted].[170] [redacted].[171] [redacted]

### 8.1.2. [redacted]

106. [redacted].[172] [redacted]

[169] Exhibit 11.1.
[170] PWRSCHL_00191203-241 at 203, 204, 215-216, 234-235; PWRSCHL_00291629-633.
[171] Calculated as $0.99 * 40%.
[172] PWRSCHL_00003235-274 at 235.

**Figure 39**

[redacted][173]

107. [redacted][174] [redacted][175]

108. [redacted].[176] [redacted][177] [redacted]

[173] PWRSCHL_00003235-274 at 235.
[174] PWRSCHL_00003235-274 at 235-236, 241. [redacted]
[175] PWRSCHL_00003235-274 at 241.
[176] PWRSCHL_00003235-274 at 247-248.
[177] PWRSCHL_00003235-274 at 248.

**Figure 40**

[redacted][78]

[redacted]

109. [redacted][179] [redacted][180] [redacted]

[178] PWRSCHL_00003235-274 at 263.
[179] PWRSCHL_00003235-274 at 248.
[180] PWRSCHL_00003235-274 at 248. [redacted]

**Figure 41**

[redacted][181]

[redacted]

110. [redacted]."[182]

111. [redacted][183] [redacted][184] [redacted].[185] [redacted].[186]

112. [redacted]

[181] PWRSCHL_00003235-274 at 248.
[182] PWRSCHL_00003235-274 at 248.
[183] PWRSCHL_00003235-274 at 249.
[184] PWRSCHL_00003235-274 at 250.
[185] PWRSCHL_00003235-274 at 236-239.
[186] PWRSCHL_00003235-274 at 235-236.

**Figure 42**

[redacted][187]

[redacted]

113. [redacted],[188] [redacted]

[187] PWRSCHL_00003235-274 at 268.
[188] PWRSCHL_00003235-274 at 247-248.

**Figure 43**

[redacted][189]

[redacted]

114. [redacted].[190] [redacted]

115. [redacted][191] [redacted]

**Figure 44**

[redacted][192]

[redacted]

[189] Exhibit 11.2.
[190] Calculated as $0.98 * 40%.
[191] PWRSCHL_00003235-274 at 250.
[192] PWRSCHL_00003235-274 at 236. [redacted] See PWRSCHL_00003235-274 at 237, 239.

**Figure 56**
**Student Count per PowerSchool Product as Represented on PowerSchool's Website**[235]

| Product | Student Count |
|---|---|
| SIS | 17,000,000 |
| Schoology Learning | 7,000,000 |
| Connected Intelligence | 7,000,000 |

139. Once determined, the dollar value resulting from my analyses of PowerSchool's unjust enrichment attributable to the alleged wrongful conduct or Plaintiffs' and Class Members' actual damages could then be distributed to the Classes and Class Members in the claims administration process.

## 10. Signature

Respectfully,

Christopher L. Schulte — January 20, 2026

Christopher L. Schulte | Date

[235] https://www.powerschool.com/solutions/student-information/powerschool-sis/; https://www.powerschool.com/solutions/personalized-learning/schoology-learning/; https://www.powerschool.com/solutions/data/connected-intelligence/. I note that PowerSchool does not currently represent student counts on its website for *Performance Matters*, *Behavior Support,* or *Attendance Intervention*. I also note that Figures 55 and 56 summarize student count by product, such that an individual student is presumably counted under more than one PowerSchool product. For clarity, and as discussed in Section 8.2, it is my opinion that class-wide actual damages in this matter can be calculated as no less than approximately $0.40 per Class Member. I do not propose that the calculation of class-wide actual damages would or should be increased to reflect a Class Member's association with multiple PowerSchool products.