Robyn E. Bladow
KIRKLAND & ELLIS LLP
555 South Flower Street, Suite 3700
Los Angeles, CA 90071
Telephone: (213) 680-8400
robyn.bladow@kirkland.com

Martin L. Roth, P.C. (*pro hac vice*)
Alyssa C. Kalisky, P.C. (*pro hac vice*)
Amelia H. Bailey (*pro hac vice*)
KIRKLAND & ELLIS LLP
333 West Wolf Point Plaza
Chicago, IL 60654
Telephone: (312) 862-2000
martin.roth@kirkland.com
alyssa.kalisky@kirkland.com
amelia.bailey@kirkland.com

Olivia Adendorff, P.C. (*pro hac vice*)
Cristina Martinez Squiers (*pro hac vice*)
Eugene Temchenko (*pro hac vice*)
KIRKLAND & ELLIS LLP
4550 Travis Street
Dallas, TX 75205
Telephone: (214) 972-1770
olivia.adendorff@kirkland.com
cristina.squiers@kirkland.com
eugene.temchenko@kirkland.com

*Attorneys for Defendant PowerSchool Holdings, Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| EMILY CHERKIN, et al<br><br>Plaintiffs,<br><br>v.<br><br>POWERSCHOOL HOLDINGS, INC.,<br><br>Defendant. | CASE NO. 3:24-cv-02706-JD<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT POWERSCHOOL HOLDINGS, INC.'S ADMINISTRATIVE MOTION TO SEAL** |

Before the Court is Defendant PowerSchool Holdings, Inc.'s Administrative Motion to File under Seal ("Motion") portions of Defendants' Opposition to Plaintiffs' Renewed Motion for Class Certification (the "Opposition"), and Exhibits 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 15, 17, 18, 19, 20, 21, 24, 25, 26, 27, 32, 43, 44, 45, 46 and 47 to the accompanying Declaration of Olivia Adendorff (the "Adendorff Exhibits").

The Court has reviewed the Motion, the supporting Declaration of Darron Flagg, and the proposed redactions. The Court finds that the portions of the documents identified below contain confidential technical, financial, and commercial information that is protectable under the law and that the disclosure of this information would cause competitive harm. The Court further finds that the requested redactions are narrowly tailored to seal only sealable material while preserving public access to the remainder of the filings.

Accordingly, the Court ORDERS that the following portions of the identified documents may be filed under seal:

**Defendants' Opposition to Plaintiffs' Renewed Motion for Class Certification**

| Portion to be Sealed | Reasoning | Declaration Citation | Order |
|---|---|---|---|
| Def. Ren. Opp. to Class Cert., p. 1, line 9 between "via servers in" and "PowerSchool's California" | Contains confidential and commercially sensitive information regarding PowerSchool's internal data processing and storage practices and privacy and security procedures, the disclosure of which would reveal details of PowerSchool's internal systems, processes, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | Flagg Decl. ¶¶ 6-7 | |
| Def. Ren. Opp. to Class Cert., p. 4, lines 4-5 between "relevant PowerSchool products," and "Mot. At 18," | Contains confidential and commercially sensitive information regarding PowerSchool's internal data processing and storage practices and privacy and security procedures, the disclosure of which would reveal details of PowerSchool's internal systems, | Flagg Decl. ¶¶ 6-7 | |

| Portion to be Sealed | Reasoning | Declaration Citation | Order |
|---|---|---|---|
| | processes, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | | |
| Def. Ren. Opp. to Class Cert., p. 4, lines 5-6 between "list do not track" and "and only 1" | Contains confidential and commercially sensitive information regarding PowerSchool's internal data processing and storage practices and privacy and security procedures, the disclosure of which would reveal details of PowerSchool's internal systems, processes, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | Flagg Decl. ¶¶ 6-7 | |
| Def. Ren. Opp. to Class Cert., p. 4, line 6 between "10 tracks" and footnote 10 | Contains confidential and commercially sensitive information regarding PowerSchool's internal data processing and storage practices and privacy and security procedures, the disclosure of which would reveal details of PowerSchool's internal systems, processes, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | Flagg Decl. ¶¶ 6-7 | |
| Def. Ren. Opp. to Class Cert., p. 4, fn 12 between "309:8-11." and "of schools host SIS" | Contains confidential and commercially sensitive information regarding PowerSchool's internal data processing and storage practices and privacy and security procedures, the disclosure of which would reveal details of PowerSchool's internal systems, processes, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design | Flagg Decl. ¶¶ 6-7 | |

| Portion to be Sealed | Reasoning | Declaration Citation | Order |
|---|---|---|---|
| | competing products that mirror PowerSchool's data processing framework. | | |
| Def. Ren. Opp. to Class Cert., p. 7, line 2 before footnote 24 | Contains confidential and commercially sensitive information regarding PowerSchool's internal data processing and storage practices and privacy and security procedures, the disclosure of which would reveal details of PowerSchool's internal systems, processes, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | Flagg Decl. ¶¶ 6-7 | |
| Def. Ren. Opp. to Class Cert., p. 22, line 7 after "a third party;" and after "related to" | Contains confidential terms of a non-public commercial agreement with a third-party partner, including non-public commercial arrangements and negotiation-related information. Disclosure would reveal sensitive partner relationship and negotiating details that could provide counterparties with leverage in future negotiations and disadvantage PowerSchool in discussions with vendors or business partners. | Flagg Decl. ¶¶ 12-13 | |
| Def. Ren. Opp. to Class Cert., p. 22, line 8 before footnote 67 and after "Beyond broader" | Contains confidential terms of a non-public commercial agreement with a third-party partner, including non-public commercial arrangements and negotiation-related information. Disclosure would reveal sensitive partner relationship and negotiating details that could provide counterparties with leverage in future negotiations and disadvantage PowerSchool in discussions with vendors or business partners. | Flagg Decl. ¶¶ 12-13 | |
| Def. Ren. Opp. to Class Cert., p. 22, line 9 before and after "the contract required" and "the PowerSchool to" | Contains confidential terms of a non-public commercial agreement with a third-party partner, including non-public commercial arrangements and negotiation-related information. | Flagg Decl. ¶¶ 12-13 | |

| Portion to be Sealed | Reasoning | Declaration Citation | Order |
|---|---|---|---|
| | Disclosure would reveal sensitive partner relationship and negotiating details that could provide counterparties with leverage in future negotiations and disadvantage PowerSchool in discussions with vendors or business partners. | | |
| Def. Ren. Opp. to Class Cert., p. 22, lines 9-14 | Contains confidential terms of a non-public commercial agreement with a third-party partner, including non-public commercial arrangements and negotiation-related information. Disclosure would reveal sensitive partner relationship and negotiating details that could provide counterparties with leverage in future negotiations and disadvantage PowerSchool in discussions with vendors or business partners. | Flagg Decl. ¶¶ 12-13 | |
| Def. Ren. Opp. to Class Cert., p. 22, line 16 between "Schulte's "comparator"—" and "—are not within any damages class" | Contains confidential terms of a non-public commercial agreement with a third-party partner, including non-public commercial arrangements and negotiation-related information. Disclosure would reveal sensitive partner relationship and negotiating details that could provide counterparties with leverage in future negotiations and disadvantage PowerSchool in discussions with vendors or business partners. | Flagg Decl. ¶¶ 12-13 | |
| Def. Ren. Opp. to Class Cert., p. 22, line 17 before "targeted set of students—" | Contains confidential terms of a non-public commercial agreement with a third-party partner, including non-public commercial arrangements and negotiation-related information. Disclosure would reveal sensitive partner relationship and negotiating details that could provide counterparties with leverage in future negotiations and disadvantage PowerSchool in discussions with vendors or business partners. | Flagg Decl. ¶¶ 12-13 | |
| Def. Ren. Opp. to Class Cert., p. 22, line 18 before and after "—and | Contains confidential terms of a non-public commercial agreement with a third-party partner, including non-public | Flagg Decl. ¶¶ 12-13 | |

| Portion to be Sealed | Reasoning | Declaration Citation | Order |
|---|---|---|---|
| focused on data relevant to” | commercial arrangements and negotiation-related information. Disclosure would reveal sensitive partner relationship and negotiating details that could provide counterparties with leverage in future negotiations and disadvantage PowerSchool in discussions with vendors or business partners. | | |
| Def. Ren. Opp. to Class Cert., p. 22, line 19 before footnote 72 | Contains confidential terms of a non-public commercial agreement with a third-party partner, including non-public commercial arrangements and negotiation-related information. Disclosure would reveal sensitive partner relationship and negotiating details that could provide counterparties with leverage in future negotiations and disadvantage PowerSchool in discussions with vendors or business partners. | Flagg Decl. ¶¶ 12-13 | |
| Def. Ren. Opp. to Class Cert., p. 22, line 20 before “Mot. at 1-3.” | Contains confidential terms of a non-public commercial agreement with a third-party partner, including non-public commercial arrangements and negotiation-related information. Disclosure would reveal sensitive partner relationship and negotiating details that could provide counterparties with leverage in future negotiations and disadvantage PowerSchool in discussions with vendors or business partners. | Flagg Decl. ¶¶ 12-13 | |
| Def. Ren. Opp. to Class Cert., p. 22, line 21 between “the” and “/PowerSchool arrangement.” | Contains confidential terms of a non-public commercial agreement with a third-party partner, including non-public commercial arrangements and negotiation-related information. Disclosure would reveal sensitive partner relationship and negotiating details that could provide counterparties with leverage in future negotiations and disadvantage PowerSchool in discussions with vendors or business partners. | Flagg Decl. ¶¶ 12-13 | |

| Portion to be Sealed | Reasoning | Declaration Citation | Order |
|---|---|---|---|
| Def. Ren. Opp. to Class Cert., p. 22, line 21 between "Finally the" and "/PowerSchool arrangement would" | Contains confidential terms of a non-public commercial agreement with a third-party partner, including non-public commercial arrangements and negotiation-related information. Disclosure would reveal sensitive partner relationship and negotiating details that could provide counterparties with leverage in future negotiations and disadvantage PowerSchool in discussions with vendors or business partners. | Flagg Decl. ¶¶ 12-13 | |
| Def. Ren. Opp. to Class Cert., p. 22, lines 22-23 before "While" | Contains confidential terms of a non-public commercial agreement with a third-party partner, including non-public commercial arrangements and negotiation-related information. Disclosure would reveal sensitive partner relationship and negotiating details that could provide counterparties with leverage in future negotiations and disadvantage PowerSchool in discussions with vendors or business partners. | Flagg Decl. ¶¶ 12-13 | |
| Def. Ren. Opp. to Class Cert., p. 23, line 3 between "value proposed by" and "would apply beyond" | Contains confidential terms of a non-public commercial agreement with a third-party partner, including non-public commercial arrangements and negotiation-related information. Disclosure would reveal sensitive partner relationship and negotiating details that could provide counterparties with leverage in future negotiations and disadvantage PowerSchool in discussions with vendors or business partners. | Flagg Decl. ¶¶ 12-13 | |
| Def. Ren. Opp. to Class Cert., p. 23, line 5 between "the" and "arrangement involved," | Contains confidential terms of a non-public commercial agreement with a third-party partner, including non-public commercial arrangements and negotiation-related information. Disclosure would reveal sensitive partner relationship and negotiating details that could provide counterparties with leverage in future negotiations and disadvantage PowerSchool in | Flagg Decl. ¶¶ 12-13 | |

| Portion to be Sealed | Reasoning | Declaration Citation | Order |
|---|---|---|---|
| | discussions with vendors or business partners. | | |
| Def. Ren. Opp. to Class Cert., p. 23, lines 5-6 between "Schulte's characterization, a" and footnote 73 | Contains confidential terms of a non-public commercial agreement with a third-party partner, including non-public commercial arrangements and negotiation-related information. Disclosure would reveal sensitive partner relationship and negotiating details that could provide counterparties with leverage in future negotiations and disadvantage PowerSchool in discussions with vendors or business partners. | Flagg Decl. ¶¶ 12-13 | |
| Def. Ren. Opp. to Class Cert., p. 23, line 7 between "say PowerSchool and" and "would have assigned" | Contains confidential terms of a non-public commercial agreement with a third-party partner, including non-public commercial arrangements and negotiation-related information. Disclosure would reveal sensitive partner relationship and negotiating details that could provide counterparties with leverage in future negotiations and disadvantage PowerSchool in discussions with vendors or business partners. | Flagg Decl. ¶¶ 12-13 | |
| Def. Ren. Opp. to Class Cert., p. 23, line 7-8 between "to data from" and footnote 74 | Contains confidential terms of a non-public commercial agreement with a third-party partner, including non-public commercial arrangements and negotiation-related information. Disclosure would reveal sensitive partner relationship and negotiating details that could provide counterparties with leverage in future negotiations and disadvantage PowerSchool in discussions with vendors or business partners. | Flagg Decl. ¶¶ 12-13 | |
| Def. Ren. Opp. to Class Cert., p. 23, line 11 between "basis to say that" and "would have assigned" | Contains confidential terms of a non-public commercial agreement with a third-party partner, including non-public commercial arrangements and negotiation-related information. Disclosure would reveal sensitive partner relationship and negotiating details that could provide counterparties | Flagg Decl. ¶¶ 12-13 | |

| Portion to be Sealed | Reasoning | Declaration Citation | Order |
|---|---|---|---|
| | with leverage in future negotiations and disadvantage PowerSchool in discussions with vendors or business partners. | | |

**Adendorff Exhibits**

| Exhibit to be Sealed | Reasoning | Declaration Citation | Order |
|---|---|---|---|
| Ex. 1: PWRSCHL_00644395; entire document | Contains confidential information regarding PowerSchool's internal data processing architecture, storage architecture, and privacy and security procedures. Disclosure would reveal non-public details of PowerSchool's internal systems, data flows, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | Flagg Decl. ¶¶ 6-7 | |
| Ex. 2: PWRSCHL_00644386; entire document | Contains confidential information regarding PowerSchool's internal data processing architecture, storage architecture, and privacy and security procedures. Disclosure would reveal non-public details of PowerSchool's internal systems, data flows, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | Flagg Decl. ¶¶ 6-7 | |
| Ex. 3: PWRSCHL_00644472; entire document | Contains confidential information regarding PowerSchool's internal data processing architecture, storage architecture, and privacy and security procedures. Disclosure would reveal non-public details of PowerSchool's internal systems, data flows, and service provider relationships that competitors could use to | Flagg Decl. ¶¶ 6-7 | |

| Exhibit to be Sealed | Reasoning | Declaration Citation | Order |
|---|---|---|---|
| | replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | | |
| Ex. 4: PWRSCHL_00644375; entire document | Contains confidential information regarding PowerSchool's internal data processing architecture, storage architecture, and privacy and security procedures. Disclosure would reveal non-public details of PowerSchool's internal systems, data flows, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | Flagg Decl. ¶¶ 6-7 | |
| Ex. 5: PWRSCHL_00646371; entire document | Contains confidential information regarding PowerSchool's internal data processing architecture, storage architecture, and privacy and security procedures. Disclosure would reveal non-public details of PowerSchool's internal systems, data flows, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | Flagg Decl. ¶¶ 6-7 | |
| Ex. 6: PWRSCHL_00161580; entire document | Contains confidential information identifying PowerSchool customers and non-public details of customer subscriptions or contractual relationships. Disclosure would reveal PowerSchool's customer relationships and commercially sensitive terms, which competitors could use to target those customers with competing services or pricing offers and thereby undermine PowerSchool's customer relationships and negotiating position. | Flagg Decl. ¶¶ 10-11 | |

| **Exhibit to be Sealed** | **Reasoning** | **Declaration Citation** | **Order** |
|---|---|---|---|
| Ex. 7: PWRSCHL_00162703; entire document | Contains confidential information identifying PowerSchool customers and non-public details of customer subscriptions or contractual relationships. Disclosure would reveal PowerSchool's customer relationships and commercially sensitive terms, which competitors could use to target those customers with competing services or pricing offers and thereby undermine PowerSchool's customer relationships and negotiating position. | Flagg Decl. ¶¶ 10-11 | |
| Ex. 8: Ahmad Dep. 100:6-10 | Contains confidential information regarding PowerSchool's internal data processing architecture, storage architecture, and privacy and security procedures. Disclosure would reveal non-public details of PowerSchool's internal systems, data flows, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | Flagg Decl. ¶¶ 6-7 | |
| Ex. 8: Ahmad Dep. 103:8-17 | Contains confidential information regarding PowerSchool's internal data processing architecture, storage architecture, and privacy and security procedures. Disclosure would reveal non-public details of PowerSchool's internal systems, data flows, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | Flagg Decl. ¶¶ 6-7 | |
| Ex. 8: Ahmad Dep. 218:7 | Contains confidential information regarding PowerSchool's internal data processing architecture, storage architecture, and privacy and security procedures. Disclosure would reveal non-public details of PowerSchool's internal | Flagg Decl. ¶¶ 6-7 | |

| Exhibit to be Sealed | Reasoning | Declaration Citation | Order |
|---|---|---|---|
| | systems, data flows, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | | |
| Ex. 8: Ahmad Dep. 307:6-309:11 | Contains confidential information regarding PowerSchool's internal data processing architecture, storage architecture, and privacy and security procedures. Disclosure would reveal non-public details of PowerSchool's internal systems, data flows, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework.<br><br>Contains confidential information identifying PowerSchool customers and non-public details of customer subscriptions or contractual relationships. Disclosure would reveal PowerSchool's customer relationships and commercially sensitive terms, which competitors could use to target those customers with competing services or pricing offers and thereby undermine PowerSchool's customer relationships and negotiating position. | Flagg Decl. ¶¶ 6-7<br><br>Flagg Decl. ¶¶ 10-11 | |
| Ex. 9: Bartlett Rep.<br>- p. 38; text in footnote 122 between "Class Period" and "*See* PWRSCHL_00008714" | Contains confidential information identifying PowerSchool customers and non-public details of customer subscriptions or contractual relationships. Disclosure would reveal PowerSchool's customer relationships and commercially sensitive terms, which competitors could use to target those customers with competing services or pricing offers and thereby undermine PowerSchool's customer relationships and negotiating position. | Flagg Decl. ¶¶ 10-11 | |

| **Exhibit to be Sealed** | **Reasoning** | **Declaration Citation** | **Order** |
|---|---|---|---|
| Ex. 9: Bartlett Rep. - p. 39; text in paragraph 59 between "its purpose" and "As the number" | Contains confidential information identifying PowerSchool customers and non-public details of customer subscriptions or contractual relationships. Disclosure would reveal PowerSchool's customer relationships and commercially sensitive terms, which competitors could use to target those customers with competing services or pricing offers and thereby undermine PowerSchool's customer relationships and negotiating position. | Flagg Decl. ¶¶ 10-11 | |
| Ex. 9: Bartlett Rep. - p. 40; text in paragraph 61 between "only one product" and "Figure 2" | Contains confidential information identifying PowerSchool customers and non-public details of customer subscriptions or contractual relationships. Disclosure would reveal PowerSchool's customer relationships and commercially sensitive terms, which competitors could use to target those customers with competing services or pricing offers and thereby undermine PowerSchool's customer relationships and negotiating position. | Flagg Decl. ¶¶ 10-11 | |
| Ex. 9: Bartlett Rep. - p. 40; text in footnote 124 between "say" and "is" | Contains confidential information regarding PowerSchool's internal data processing architecture, storage architecture, and privacy and security procedures. Disclosure would reveal non-public details of PowerSchool's internal systems, data flows, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | Flagg Decl. ¶¶ 6-7 | |
| Ex. 9: Bartlett Rep. - p. 40; all text in footnote 126 before "*See* backup materials" | Contains confidential information identifying PowerSchool customers and non-public details of customer subscriptions or contractual relationships. Disclosure would reveal PowerSchool's customer relationships and commercially sensitive terms, which competitors could use to target those customers with | Flagg Decl. ¶¶ 10-11 | |

| Exhibit to be Sealed | Reasoning | Declaration Citation | Order |
|---|---|---|---|
| | competing services or pricing offers and thereby undermine PowerSchool's customer relationships and negotiating position. | | |
| Ex. 9: Bartlett Rep. - p. 41; figure 2 (not including graphic title) | Contains confidential information identifying PowerSchool customers and non-public details of customer subscriptions or contractual relationships. Disclosure would reveal PowerSchool's customer relationships and commercially sensitive terms, which competitors could use to target those customers with competing services or pricing offers and thereby undermine PowerSchool's customer relationships and negotiating position. | Flagg Decl. ¶¶ 10-11 | |
| Ex. 9: Bartlett Rep. - p. 41; first sentence of paragraph 62(a) | Contains confidential information identifying PowerSchool customers and non-public details of customer subscriptions or contractual relationships. Disclosure would reveal PowerSchool's customer relationships and commercially sensitive terms, which competitors could use to target those customers with competing services or pricing offers and thereby undermine PowerSchool's customer relationships and negotiating position. | Flagg Decl. ¶¶ 10-11 | |
| Ex. 9: Bartlett Rep. - p. 41; text in paragraph 62(a) between "customer's specifications," and "Evidence suggests" | Contains confidential information regarding PowerSchool's internal data processing architecture, storage architecture, and privacy and security procedures. Disclosure would reveal non-public details of PowerSchool's internal systems, data flows, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | Flagg Decl. ¶¶ 6-7 | |
| Ex. 9: Bartlett Rep. - p. 41-42; text in paragraph 62(a) between | Contains confidential information regarding PowerSchool's internal data processing architecture, storage architecture, and privacy and security | Flagg Decl. ¶¶ 6-7 | |

| Exhibit to be Sealed | Reasoning | Declaration Citation | Order |
|---|---|---|---|
| "(*See* **Exhibit 2**.)" and "As a result" | procedures. Disclosure would reveal non-public details of PowerSchool's internal systems, data flows, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | | |
| Ex. 9: Bartlett Rep.<br>- p. 42; first sentence of paragraph 62(b) | Contains confidential information identifying PowerSchool customers and non-public details of customer subscriptions or contractual relationships. Disclosure would reveal PowerSchool's customer relationships and commercially sensitive terms, which competitors could use to target those customers with competing services or pricing offers and thereby undermine PowerSchool's customer relationships and negotiating position. | Flagg Decl. ¶¶ 10-11 | |
| Ex. 9: Bartlett Rep.<br>- p. 42; third sentence of paragraph 62(b) | Contains confidential information regarding PowerSchool's internal data processing architecture, storage architecture, and privacy and security procedures. Disclosure would reveal non-public details of PowerSchool's internal systems, data flows, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | Flagg Decl. ¶¶ 6-7 | |
| Ex. 9: Bartlett Rep.<br>- p. 42; all text in paragraph 62(c) before "(*See* **Exhibit 2**.)" | Contains confidential information regarding PowerSchool's internal data processing architecture, storage architecture, and privacy and security procedures. Disclosure would reveal non-public details of PowerSchool's internal systems, data flows, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design | Flagg Decl. ¶¶ 6-7 | |

| Exhibit to be Sealed | Reasoning | Declaration Citation | Order |
|---|---|---|---|
| | competing products that mirror PowerSchool's data processing framework. | | |
| Ex. 9: Bartlett Rep. - p. 42; all text in paragraph 62(d) before "(*See* **Exhibit 2**.)" | Contains confidential information regarding PowerSchool's internal data processing architecture, storage architecture, and privacy and security procedures. Disclosure would reveal non-public details of PowerSchool's internal systems, data flows, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | Flagg Decl. ¶¶ 6-7 | |
| Ex. 9: Bartlett Rep. - p. 44; text in paragraph 64 between footnote 140 and "However," | Contains confidential information regarding PowerSchool's internal data processing architecture, storage architecture, and privacy and security procedures. Disclosure would reveal non-public details of PowerSchool's internal systems, data flows, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | Flagg Decl. ¶¶ 6-7 | |
| Ex. 9: Bartlett Rep. - p. 44; all text in footnote 142 before "*See* PWRSCHL_00199533" | Contains confidential information regarding PowerSchool's internal data processing architecture, storage architecture, and privacy and security procedures. Disclosure would reveal non-public details of PowerSchool's internal systems, data flows, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | Flagg Decl. ¶¶ 6-7 | |

| Exhibit to be Sealed | Reasoning | Declaration Citation | Order |
|---|---|---|---|
| Ex. 9: Bartlett Rep. - p. 46; text in paragraph 67 between "PowerSchool" and "Indeed," | Contains confidential information regarding PowerSchool's internal data processing architecture, storage architecture, and privacy and security procedures. Disclosure would reveal non-public details of PowerSchool's internal systems, data flows, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | Flagg Decl. ¶¶ 6-7 | |
| Ex. 9: Bartlett Rep. - p. 49; text in paragraph 70(b) between "in its products" and "An individualized" | Contains confidential information regarding PowerSchool's internal data processing architecture, storage architecture, and privacy and security procedures. Disclosure would reveal non-public details of PowerSchool's internal systems, data flows, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | Flagg Decl. ¶¶ 6-7 | |
| Ex. 9: Bartlett Rep. - p. 49-50; all text in paragraph 70(c) | Contains confidential information regarding PowerSchool's internal data processing architecture, storage architecture, and privacy and security procedures. Disclosure would reveal non-public details of PowerSchool's internal systems, data flows, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | Flagg Decl. ¶¶ 6-7 | |
| Ex. 9: Bartlett Rep. - p. 50; text in footnote 172 between "535" and | Contains confidential information regarding PowerSchool's internal data processing architecture, storage architecture, and privacy and security | Flagg Decl. ¶¶ 6-7 | |

| Exhibit to be Sealed | Reasoning | Declaration Citation | Order |
|---|---|---|---|
| "PWRSCHL_00645386-397" | procedures. Disclosure would reveal non-public details of PowerSchool's internal systems, data flows, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | | |
| Ex. 10: White Expert Report; p. 16, text in paragraph 44 between "so through" and "My investigation" | Contains confidential information regarding PowerSchool's internal data processing architecture, storage architecture, and privacy and security procedures. Disclosure would reveal non-public details of PowerSchool's internal systems, data flows, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | Flagg Decl. ¶¶ 6-7 | |
| Ex. 10: White Expert Report; p. 17, all text in paragraph 47 after "learning techniques." | Contains confidential information regarding PowerSchool's internal data processing architecture, storage architecture, and privacy and security procedures. Disclosure would reveal non-public details of PowerSchool's internal systems, data flows, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | Flagg Decl. ¶¶ 6-7 | |
| Ex. 10: White Expert Report; p. 18, text in paragraph 50 between "In some circumstances" and "Both are measures" | Contains confidential information regarding PowerSchool's internal data processing architecture, storage architecture, and privacy and security procedures. Disclosure would reveal non-public details of PowerSchool's internal systems, data flows, and service provider relationships that competitors could use to | Flagg Decl. ¶¶ 6-7 | |

| Exhibit to be Sealed | Reasoning | Declaration Citation | Order |
|---|---|---|---|
| | replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | | |
| Ex. 10: White Expert Report; p. 18, all text in paragraph 51 | Contains confidential information regarding PowerSchool's internal data processing architecture, storage architecture, and privacy and security procedures. Disclosure would reveal non-public details of PowerSchool's internal systems, data flows, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | Flagg Decl. ¶¶ 6-7 | |
| Ex. 11: Maharana Dep. 42:19-44:7 | Contains confidential information regarding PowerSchool's internal data processing architecture, storage architecture, and privacy and security procedures. Disclosure would reveal non-public details of PowerSchool's internal systems, data flows, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | Flagg Decl. ¶¶ 6-7 | |
| Ex. 11: Maharana Dep. 44:19-46:2 | Contains confidential information regarding PowerSchool's internal data processing architecture, storage architecture, and privacy and security procedures. Disclosure would reveal non-public details of PowerSchool's internal systems, data flows, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror | Flagg Decl. ¶¶ 6-7 | |

| Exhibit to be Sealed | Reasoning | Declaration Citation | Order |
|---|---|---|---|
| | PowerSchool's data processing framework. | | |
| Ex. 11: Maharana Dep. 46:16-47:10 | Contains confidential information regarding PowerSchool's internal data processing architecture, storage architecture, and privacy and security procedures. Disclosure would reveal non-public details of PowerSchool's internal systems, data flows, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | Flagg Decl. ¶¶ 6-7 | |
| Ex. 11: Maharana Dep. 50:8-13 | Contains confidential information regarding PowerSchool's internal data processing architecture, storage architecture, and privacy and security procedures. Disclosure would reveal non-public details of PowerSchool's internal systems, data flows, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | Flagg Decl. ¶¶ 6-7 | |
| Ex. 11: Maharana Dep. 57:1-5 | Contains confidential information regarding PowerSchool's internal data processing architecture, storage architecture, and privacy and security procedures. Disclosure would reveal non-public details of PowerSchool's internal systems, data flows, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | Flagg Decl. ¶¶ 6-7 | |

| Exhibit to be Sealed | Reasoning | Declaration Citation | Order |
|---|---|---|---|
| Ex. 12: PWRSCHL_00644221; entire document | Contains confidential information regarding PowerSchool's internal data processing architecture, storage architecture, and privacy and security procedures. Disclosure would reveal non-public details of PowerSchool's internal systems, data flows, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | Flagg Decl. ¶¶ 6-7 | |
| Ex. 15: Sharp Dep. 53:1-2 | Contains confidential information regarding PowerSchool's internal data processing architecture, storage architecture, and privacy and security procedures. Disclosure would reveal non-public details of PowerSchool's internal systems, data flows, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | Flagg Decl. ¶¶ 6-7 | |
| Ex. 15: Sharp Dep. 53:19-55:8 | Contains confidential information regarding PowerSchool's internal data processing architecture, storage architecture, and privacy and security procedures. Disclosure would reveal non-public details of PowerSchool's internal systems, data flows, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | Flagg Decl. ¶¶ 6-7 | |
| Ex. 15: Sharp Dep. 111:13-112:22 | Contains confidential information regarding PowerSchool's internal data processing architecture, storage architecture, and privacy and security | Flagg Decl. ¶¶ 6-7 | |

| Exhibit to be Sealed | Reasoning | Declaration Citation | Order |
|---|---|---|---|
| | procedures. Disclosure would reveal non-public details of PowerSchool's internal systems, data flows, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | | |
| Ex. 17: Flagg Dep. 61:22-63:7 | Contains confidential information regarding PowerSchool's internal data processing architecture, storage architecture, and privacy and security procedures. Disclosure would reveal non-public details of PowerSchool's internal systems, data flows, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | Flagg Decl. ¶¶ 6-7 | |
| Ex. 17: Flagg Dep. 355:1-22 | Contains confidential terms of a non-public commercial agreement with a third-party partner, including non-public commercial arrangements and negotiation-related information. Disclosure would reveal sensitive partner relationship and negotiating details that could provide counterparties with leverage in future negotiations and disadvantage PowerSchool in discussions with vendors or business partners. | Flagg Decl. ¶¶ 12-13 | |
| Ex. 17: Flagg Dep. 428:1-22 | Contains confidential terms of a non-public commercial agreement with a third-party partner, including non-public commercial arrangements and negotiation-related information. Disclosure would reveal sensitive partner relationship and negotiating details that could provide counterparties with leverage in future negotiations and disadvantage PowerSchool in discussions with vendors or business partners. | Flagg Decl. ¶¶ 12-13 | |

| Exhibit to be Sealed | Reasoning | Declaration Citation | Order |
| --- | --- | --- | --- |
| Ex. 18: White Expert Rebuttal Report; p. 5, text in paragraph 14 between "such as" and "Again," | Contains confidential information regarding PowerSchool's internal data processing architecture, storage architecture, and privacy and security procedures. Disclosure would reveal non-public details of PowerSchool's internal systems, data flows, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | Flagg Decl. ¶¶ 6-7 | |
| Ex. 19: Schulte Dep. 179:23 | Contains confidential terms of a non-public commercial agreement with a third-party partner, including non-public commercial arrangements and negotiation-related information. Disclosure would reveal sensitive partner relationship and negotiating details that could provide counterparties with leverage in future negotiations and disadvantage PowerSchool in discussions with vendors or business partners. | Flagg Decl. ¶¶ 12-13 | |
| Ex. 19: Schulte Dep. 180:22-24 | Contains confidential terms of a non-public commercial agreement with a third-party partner, including non-public commercial arrangements and negotiation-related information. Disclosure would reveal sensitive partner relationship and negotiating details that could provide counterparties with leverage in future negotiations and disadvantage PowerSchool in discussions with vendors or business partners. | Flagg Decl. ¶¶ 12-13 | |
| Ex. 19: Schulte Dep. 186:3-187:5 | Contains confidential terms of a non-public commercial agreement with a third-party partner, including non-public commercial arrangements and negotiation-related information. Disclosure would reveal sensitive partner relationship and negotiating details that could provide counterparties with leverage in future negotiations and disadvantage | Flagg Decl. ¶¶ 12-13 | |

| Exhibit to be Sealed | Reasoning | Declaration Citation | Order |
|---|---|---|---|
| | PowerSchool in discussions with vendors or business partners. | | |
| Ex. 19: Schulte Dep. 187:18-188:25 | Contains confidential terms of a non-public commercial agreement with a third-party partner, including non-public commercial arrangements and negotiation-related information. Disclosure would reveal sensitive partner relationship and negotiating details that could provide counterparties with leverage in future negotiations and disadvantage PowerSchool in discussions with vendors or business partners. | Flagg Decl. ¶¶ 12-13 | |
| Ex. 19: Schulte Dep. 191:1-3 | Contains confidential terms of a non-public commercial agreement with a third-party partner, including non-public commercial arrangements and negotiation-related information. Disclosure would reveal sensitive partner relationship and negotiating details that could provide counterparties with leverage in future negotiations and disadvantage PowerSchool in discussions with vendors or business partners. | Flagg Decl. ¶¶ 12-13 | |
| Ex. 19: Schulte Dep. 192:14-25 | Contains confidential terms of a non-public commercial agreement with a third-party partner, including non-public commercial arrangements and negotiation-related information. Disclosure would reveal sensitive partner relationship and negotiating details that could provide counterparties with leverage in future negotiations and disadvantage PowerSchool in discussions with vendors or business partners. | Flagg Decl. ¶¶ 12-13 | |
| Ex. 19: Schulte Dep. 194:13-25 | Contains confidential terms of a non-public commercial agreement with a third-party partner, including non-public commercial arrangements and negotiation-related information. Disclosure would reveal sensitive partner relationship and negotiating details that could provide counterparties with leverage in future negotiations and disadvantage PowerSchool in discussions with vendors or business partners. | Flagg Decl. ¶¶ 12-13 | |

| **Exhibit to be Sealed** | **Reasoning** | **Declaration Citation** | **Order** |
|---|---|---|---|
| Ex. 19: Schulte Dep. 203:2-15 | Contains confidential information regarding PowerSchool's internal data processing architecture, storage architecture, and privacy and security procedures. Disclosure would reveal non-public details of PowerSchool's internal systems, data flows, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | Flagg Decl. ¶¶ 6-7 | |
| Ex. 19: Schulte Dep. 205:9 | Contains confidential information regarding PowerSchool's internal data processing architecture, storage architecture, and privacy and security procedures. Disclosure would reveal non-public details of PowerSchool's internal systems, data flows, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | Flagg Decl. ¶¶ 6-7 | |
| Ex. 19: Schulte Dep. 205:15-206:7 | Contains confidential information regarding PowerSchool's internal data processing architecture, storage architecture, and privacy and security procedures. Disclosure would reveal non-public details of PowerSchool's internal systems, data flows, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | Flagg Decl. ¶¶ 6-7 | |
| Ex. 19: Schulte Dep. 206:12-23 | Contains confidential terms of a non-public commercial agreement with a third-party partner, including non-public commercial arrangements and negotiation- | Flagg Decl. ¶¶ 12-13 | |

| Exhibit to be Sealed | Reasoning | Declaration Citation | Order |
|---|---|---|---|
| | related information. Disclosure would reveal sensitive partner relationship and negotiating details that could provide counterparties with leverage in future negotiations and disadvantage PowerSchool in discussions with vendors or business partners. | | |
| Ex. 20: Barber Dep. 103:1-3 | Contains confidential information regarding PowerSchool's internal data processing architecture, storage architecture, and privacy and security procedures. Disclosure would reveal non-public details of PowerSchool's internal systems, data flows, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | Flagg Decl. ¶¶ 6-7 | |
| Ex. 20: Barber Dep. 103:18-21 | Contains confidential information regarding PowerSchool's internal data processing architecture, storage architecture, and privacy and security procedures. Disclosure would reveal non-public details of PowerSchool's internal systems, data flows, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | Flagg Decl. ¶¶ 6-7 | |
| Ex. 20: Barber Dep. 105:14-17 | Contains confidential information regarding PowerSchool's internal data processing architecture, storage architecture, and privacy and security procedures. Disclosure would reveal non-public details of PowerSchool's internal systems, data flows, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror | Flagg Decl. ¶¶ 6-7 | |

| Exhibit to be Sealed | Reasoning | Declaration Citation | Order |
|---|---|---|---|
| | PowerSchool's data processing framework. | | |
| Ex. 20: Barber Dep. 106:7-10 | Contains confidential information regarding PowerSchool's internal data processing architecture, storage architecture, and privacy and security procedures. Disclosure would reveal non-public details of PowerSchool's internal systems, data flows, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | Flagg Decl. ¶¶ 6-7 | |
| Ex. 21, O'Neil Dep. O'Neil Dep. 71:2, 9-10, 15 | Contains confidential information regarding PowerSchool's internal data processing architecture, storage architecture, and privacy and security procedures. Disclosure would reveal non-public details of PowerSchool's internal systems, data flows, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | Flagg Decl. ¶¶ 6-7 | |
| Ex. 24: Swingle Dep. 336:12-15 | Contains confidential information regarding PowerSchool's internal data processing architecture, storage architecture, and privacy and security procedures. Disclosure would reveal non-public details of PowerSchool's internal systems, data flows, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | Flagg Decl. ¶¶ 6-7 | |

| Exhibit to be Sealed | Reasoning | Declaration Citation | Order |
| --- | --- | --- | --- |
| Ex. 24: Swingle Dep. 336:22 | Contains confidential information regarding PowerSchool's internal data processing architecture, storage architecture, and privacy and security procedures. Disclosure would reveal non-public details of PowerSchool's internal systems, data flows, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | Flagg Decl. ¶¶ 6-7 | |
| Ex. 25: PWRSCHL_00162868; entire document | Contains confidential information identifying PowerSchool customers and non-public details of customer subscriptions or contractual relationships. Disclosure would reveal PowerSchool's customer relationships and commercially sensitive terms, which competitors could use to target those customers with competing services or pricing offers and thereby undermine PowerSchool's customer relationships and negotiating position. | Flagg Decl. ¶¶ 10-11 | |
| Ex. 26: PWRSCHL_00163869; entire document | Contains confidential information identifying PowerSchool customers and non-public details of customer subscriptions or contractual relationships. Disclosure would reveal PowerSchool's customer relationships and commercially sensitive terms, which competitors could use to target those customers with competing services or pricing offers and thereby undermine PowerSchool's customer relationships and negotiating position. | Flagg Decl. ¶¶ 10-11 | |
| Ex. 27: PWRSCHL_00163924; entire document | Contains confidential information identifying PowerSchool customers and non-public details of customer subscriptions or contractual relationships. Disclosure would reveal PowerSchool's customer relationships and commercially sensitive terms, which competitors could use to target those customers with | Flagg Decl. ¶¶ 10-11 | |

| Exhibit to be Sealed | Reasoning | Declaration Citation | Order |
|---|---|---|---|
| | competing services or pricing offers and thereby undermine PowerSchool's customer relationships and negotiating position. | | |
| Ex. 32: PWRSCHL_00008714; entire document | Contains confidential information identifying PowerSchool customers and non-public details of customer subscriptions or contractual relationships. Disclosure would reveal PowerSchool's customer relationships and commercially sensitive terms, which competitors could use to target those customers with competing services or pricing offers and thereby undermine PowerSchool's customer relationships and negotiating position. | Flagg Decl. ¶¶ 10-11 | |
| Ex. 43: Rangarajan Dep. 39:1-4 | Contains confidential information regarding PowerSchool's internal data processing architecture, storage architecture, and privacy and security procedures. Disclosure would reveal non-public details of PowerSchool's internal systems, data flows, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | Flagg Decl. ¶¶ 6-7 | |
| Ex. 43: Rangarajan Dep. 39:6 | Contains confidential information regarding PowerSchool's internal data processing architecture, storage architecture, and privacy and security procedures. Disclosure would reveal non-public details of PowerSchool's internal systems, data flows, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | Flagg Decl. ¶¶ 6-7 | |
| Ex. 43: Rangarajan Dep. 39:16-17 | Contains confidential information regarding PowerSchool's internal data | Flagg Decl. ¶¶ 6-7 | |

| Exhibit to be Sealed | Reasoning | Declaration Citation | Order |
|---|---|---|---|
| | processing architecture, storage architecture, and privacy and security procedures. Disclosure would reveal non-public details of PowerSchool's internal systems, data flows, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | | |
| Ex. 45: Schulte Rep. - p. 32; figure 27 (not including the graphic title) | Contains confidential internal business and marketing information, including non-public pricing structures, commercialization strategy, and financial performance information. Disclosure would provide competitors insight into PowerSchool's pricing models and commercial strategy and allow them to tailor competing offerings or pricing structures in ways that could disadvantage PowerSchool in the marketplace. | Flagg Decl. ¶¶ 8-9 | |
| Ex. 45: Schulte Rep. - p. 37-38; all text in paragraph 84 after "testified that" | Contains confidential internal business and marketing information, including non-public pricing structures, commercialization strategy, and financial performance information. Disclosure would provide competitors insight into PowerSchool's pricing models and commercial strategy and allow them to tailor competing offerings or pricing structures in ways that could disadvantage PowerSchool in the marketplace. | Flagg Decl. ¶¶ 8-9 | |
| Ex. 45: Schulte Rep. - p. 39; figure 31 (not including the graphic title) | Contains confidential internal business and marketing information, including non-public pricing structures, commercialization strategy, and financial performance information. Disclosure would provide competitors insight into PowerSchool's pricing models and commercial strategy and allow them to tailor competing offerings or pricing structures in ways that could disadvantage PowerSchool in the marketplace. | Flagg Decl. ¶¶ 8-9 | |

| Exhibit to be Sealed | Reasoning | Declaration Citation | Order |
|---|---|---|---|
| Ex. 45: Schulte Rep. - p. 40; figure 32 (not including the graphic title) | Contains confidential internal business and marketing information, including non-public pricing structures, commercialization strategy, and financial performance information. Disclosure would provide competitors insight into PowerSchool's pricing models and commercial strategy and allow them to tailor competing offerings or pricing structures in ways that could disadvantage PowerSchool in the marketplace. | Flagg Decl. ¶¶ 8-9 | |
| Ex. 45: Schulte Rep. - p. 41; text in paragraph 93 between "derived from" and " – represents" | Contains confidential terms of a non-public commercial agreement with a third-party partner, including non-public commercial arrangements and negotiation-related information. Disclosure would reveal sensitive partner relationship and negotiating details that could provide counterparties with leverage in future negotiations and disadvantage PowerSchool in discussions with vendors or business partners. | Flagg Decl. ¶¶ 12-13 | |
| Ex. 45: Schulte Rep. - p. 41; all text in footnote 151 | Contains confidential terms of a non-public commercial agreement with a third-party partner, including non-public commercial arrangements and negotiation-related information. Disclosure would reveal sensitive partner relationship and negotiating details that could provide counterparties with leverage in future negotiations and disadvantage PowerSchool in discussions with vendors or business partners. | Flagg Decl. ¶¶ 12-13 | |
| Ex. 45: Schulte Rep. - p. 41-42; the graphic and all text in paragraphs 96- 97 except "Figure 33" | Contains confidential terms of a non-public commercial agreement with a third-party partner, including non-public commercial arrangements and negotiation-related information. Disclosure would reveal sensitive partner relationship and negotiating details that could provide counterparties with leverage in future negotiations and disadvantage PowerSchool in discussions with vendors or business partners. | Flagg Decl. ¶¶ 12-13 | |
| Ex. 45: Schulte Rep. | Contains confidential terms of a non-public commercial agreement with a third- | Flagg Decl. ¶¶ 12-13 | |

| Exhibit to be Sealed | Reasoning | Declaration Citation | Order |
|---|---|---|---|
| - p. 43; the graphic and all text in paragraph 98 after "figure below," except "Figure 34" | party partner, including non-public commercial arrangements and negotiation-related information. Disclosure would reveal sensitive partner relationship and negotiating details that could provide counterparties with leverage in future negotiations and disadvantage PowerSchool in discussions with vendors or business partners. | | |
| Ex. 45: Schulte Rep. - p. 43; the graphic and all text in paragraph 99 except "Figure 35" | Contains confidential terms of a non-public commercial agreement with a third-party partner, including non-public commercial arrangements and negotiation-related information. Disclosure would reveal sensitive partner relationship and negotiating details that could provide counterparties with leverage in future negotiations and disadvantage PowerSchool in discussions with vendors or business partners. | Flagg Decl. ¶¶ 12-13 | |
| Ex. 45: Schulte Rep. - p. 43-57; all graphics and all text in paragraphs 100-115 except figure numbers | Contains confidential terms of a non-public commercial agreement with a third-party partner, including non-public commercial arrangements and negotiation-related information. Disclosure would reveal sensitive partner relationship and negotiating details that could provide counterparties with leverage in future negotiations and disadvantage PowerSchool in discussions with vendors or business partners. | Flagg Decl. ¶¶ 12-13 | |
| Ex. 45: Schulte Rep. - p. 47; all text in footnote 174 after "241." | Contains confidential terms of a non-public commercial agreement with a third-party partner, including non-public commercial arrangements and negotiation-related information. Disclosure would reveal sensitive partner relationship and negotiating details that could provide counterparties with leverage in future negotiations and disadvantage PowerSchool in discussions with vendors or business partners. | Flagg Decl. ¶¶ 12-13 | |
| Ex. 45: Schulte Rep. - p. 48; all text in footnote 180 after "248." | Contains confidential terms of a non-public commercial agreement with a third-party partner, including non-public commercial arrangements and negotiation- | Flagg Decl. ¶¶ 12-13 | |

| Exhibit to be Sealed | Reasoning | Declaration Citation | Order |
|---|---|---|---|
| | related information. Disclosure would reveal sensitive partner relationship and negotiating details that could provide counterparties with leverage in future negotiations and disadvantage PowerSchool in discussions with vendors or business partners. | | |
| Ex. 45: Schulte Rep. - p. 51; text in footnote 192 between "236" and "See PWRSCHL_00003235-274" | Contains confidential terms of a non-public commercial agreement with a third-party partner, including non-public commercial arrangements and negotiation-related information. Disclosure would reveal sensitive partner relationship and negotiating details that could provide counterparties with leverage in future negotiations and disadvantage PowerSchool in discussions with vendors or business partners. | Flagg Decl. ¶¶ 12-13 | |
| Ex. 46: PWRSCHL_00191203; entire document | Contains confidential information regarding PowerSchool's internal data processing architecture, storage architecture, and privacy and security procedures. Disclosure would reveal non-public details of PowerSchool's internal systems, data flows, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework.<br><br>Contains confidential terms of a non-public commercial agreement with a third-party partner, including non-public commercial arrangements and negotiation-related information. Disclosure would reveal sensitive partner relationship and negotiating details that could provide counterparties with leverage in future negotiations and disadvantage PowerSchool in discussions with vendors or business partners. | Flagg Decl. ¶¶ 6-7<br><br>Flagg Decl. ¶¶ 12-13 | |
| Ex. 47: PWRSCHL_00003235; entire document | Contains confidential information regarding PowerSchool's internal data processing architecture, storage | Flagg Decl. ¶¶ 6-7 | |

| Exhibit to be Sealed | Reasoning | Declaration Citation | Order |
|---|---|---|---|
| | architecture, and privacy and security procedures. Disclosure would reveal non-public details of PowerSchool's internal systems, data flows, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework.<br><br>Contains confidential terms of a non-public commercial agreement with a third-party partner, including non-public commercial arrangements and negotiation-related information. Disclosure would reveal sensitive partner relationship and negotiating details that could provide counterparties with leverage in future negotiations and disadvantage PowerSchool in discussions with vendors or business partners. | <br><br><br><br><br><br><br><br><br><br>Flagg Decl. ¶¶ 12-13 | |

**IT IS SO ORDERED.**

DATED: _____________, 2026

_______________________________________
HON. JAMES DONATO
UNITED STATES DISTRICT JUDGE