Robyn E. Bladow
KIRKLAND & ELLIS LLP
555 South Flower Street, Suite 3700
Los Angeles, CA 90071
Telephone: (213) 680-8400
robyn.bladow@kirkland.com

Martin L. Roth, P.C. (*pro hac vice*)
Alyssa C. Kalisky, P.C. (*pro hac vice*)
Amelia H. Bailey (*pro hac vice*)
KIRKLAND & ELLIS LLP
333 West Wolf Point Plaza
Chicago, IL 60654
Telephone: (312) 862-2000
martin.roth@kirkland.com
alyssa.kalisky@kirkland.com
amelia.bailey@kirkland.com

Olivia Adendorff, P.C. (*pro hac vice*)
Cristina Martinez Squiers (*pro hac vice*)
Eugene Temchenko (*pro hac vice*)
KIRKLAND & ELLIS LLP
4550 Travis Street
Dallas, TX 75205
Telephone: (214) 972-1770
olivia.adendorff@kirkland.com
cristina.squiers@kirkland.com
eugene.temchenko@kirkland.com

*Attorneys for Defendant PowerSchool Holdings, Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| EMILY CHERKIN, et al<br><br>Plaintiffs,<br><br>v.<br><br>POWERSCHOOL HOLDINGS, INC.,<br><br>Defendant. | CASE NO. 3:24-cv-02706-JD<br><br>**[PROPOSED] ORDER REGARDING PLAINTIFF'S ADMINISTRATIVE MOTION TO SEAL (ECF 196)** |

Before the Court is Plaintiffs' Administrative Motion to File under Seal ("Motion") portions of Plaintiffs' Motion for Class Certification and Exhibits A, B, C (ECF 196-3); and Exhibits 2, 3, 5, 6, 7, 9, 10, 11, 16, 17, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 37, 38, 39, 40, 41, 43, 54, 55, 65, and 66 to the accompanying Declaration of Leonard W. Aragon (ECF 196-4) (the "Aragon Exhibits").

The Court has reviewed the Motion, the supporting Declaration of Darron Flagg, and the proposed redactions. The Court finds that the portions of the documents identified below contain confidential technical, financial, and commercial information that is protectable under the law and that the disclosure of this information would cause competitive harm. The Court further finds that the requested redactions are narrowly tailored to seal only sealable material while preserving public access to the remainder of the filings.

Accordingly, the Court ORDERS that the following portions of the identified documents may be filed under seal:

**Plaintiffs' Motion for Class Certification**

| Portion to be Sealed | Basis for Sealing | Supporting Declaration | Order |
|---|---|---|---|
| Plaintiffs' Motion – p. 2; text between "sensitive data such as:" and "PowerSchool then shares" | Contains confidential information regarding PowerSchool's internal data processing architecture, storage architecture, and privacy and security procedures. Disclosure would reveal non-public details of PowerSchool's internal systems, data flows, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | Flagg Decl. ¶¶ 6-7 | |
| Plaintiffs' Motion – p. 2; text in footnote 9 between "Connected Intelligence" and "Ex. 4," | Contains confidential information regarding PowerSchool's internal data processing architecture and security procedures. Disclosure would reveal proprietary system design and operational details that competitors could use to replicate PowerSchool's infrastructure, including to design competing products. | Flagg Decl. ¶¶ 6-7 | |

| Portion to be Sealed | Basis for Sealing | Supporting Declaration | Order |
|---|---|---|---|
| Plaintiffs' Motion – p. 2; all text in footnote 13 after "41-62" | Contains confidential terms of a non-public commercial agreement with a third-party partner, including non-public commercial arrangements and negotiation-related information. Disclosure would reveal sensitive partner relationship and negotiating details that could provide counterparties with leverage in future negotiations and disadvantage PowerSchool in discussions with vendors or business partners. | Flagg Decl. ¶¶ 12-13 | |
| Plaintiffs' Motion – p. 3; text in footnote 15 after "350:5-15" and "365:7-18" | Contains confidential terms of a non-public commercial agreement with a third-party partner, including non-public commercial arrangements and negotiation-related information. Disclosure would reveal sensitive partner relationship and negotiating details that could provide counterparties with leverage in future negotiations and disadvantage PowerSchool in discussions with vendors or business partners. | Flagg Decl. ¶¶ 12-13 | |
| Plaintiffs' Motion – p. 5; text in paragraph 2 between "opportunity" and "Indeed" | Contains confidential internal business and marketing information, including non-public pricing structures, commercialization strategy, and financial performance information. Disclosure would provide competitors insight into PowerSchool's pricing models and commercial strategy and allow them to tailor competing offerings or pricing structures in ways that could disadvantage PowerSchool in the marketplace. | Flagg Decl. ¶¶ 8-9 | |
| Plaintiffs' Motion – p. 7; all text in footnote 58 after "26, 28, 30, 32" | Contains confidential information regarding PowerSchool's internal data processing architecture and security procedures. Disclosure would reveal proprietary system design and operational details that competitors could use to replicate PowerSchool's infrastructure, including to design competing products. | Flagg Decl. ¶¶ 6-7 | |
| Plaintiffs' Motion – p. 9; text in footnote 72 between "269:10-270:1" and "This contrasts" | Contains confidential information regarding PowerSchool's internal data processing architecture, storage architecture, and privacy and security procedures. Disclosure would reveal non- | Flagg Decl. ¶¶ 6-7 | |

| Portion to be Sealed | Basis for Sealing | Supporting Declaration | Order |
|---|---|---|---|
| | public details of PowerSchool's internal systems, data flows, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | | |
| Plaintiffs' Motion – p. 18; text between "PowerSchool products, including" and "PowerSchool's products" | Contains confidential and commercially sensitive information regarding PowerSchool's internal data processing and storage practices and privacy and security procedures, the disclosure of which would reveal details of PowerSchool's internal systems, processes, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework | Flagg Decl. ¶¶ 6-7 | |
| Plaintiffs' Motion – p. 18; all text in footnote 94 after "Ex. 32" | Contains confidential and commercially sensitive information regarding PowerSchool's internal data processing and storage practices and privacy and security procedures, the disclosure of which would reveal details of PowerSchool's internal systems, processes, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework | Flagg Decl. ¶¶ 6-7 | |
| Plaintiffs' Motion – p. 23; text between footnote 107 and "This number can be attributed" | Contains confidential information identifying PowerSchool customers and non-public details of customer subscriptions or contractual relationships. Disclosure would reveal PowerSchool's customer relationships and commercially sensitive terms, which competitors could use to target those customers with competing services or pricing offers and thereby undermine PowerSchool's | Flagg Decl. ¶¶ 10-11 | |

| Portion to be Sealed | Basis for Sealing | Supporting Declaration | Order |
|---|---|---|---|
| | customer relationships and negotiating position. | | |
| Ex. A: Schulte Rep. - p. 5; figure 1 (not including the graphic title) | Contains confidential internal business and marketing information, including non-public pricing structures, commercialization strategy, and financial performance information. Disclosure would provide competitors insight into PowerSchool's pricing models and commercial strategy and allow them to tailor competing offerings or pricing structures in ways that could disadvantage PowerSchool in the marketplace. | Flagg Decl. ¶¶ 8-9 | |
| Ex. A: Schulte Rep. - p. 5; last 3 words | Contains confidential terms of a non-public commercial agreement with a third-party partner, including non-public commercial arrangements and negotiation-related information. Disclosure would reveal sensitive partner relationship and negotiating details that could provide counterparties with leverage in future negotiations and disadvantage PowerSchool in discussions with vendors or business partners. | Flagg Decl. ¶¶ 12-13 | |
| Ex. A: Schulte Rep. - p. 6; all text before "represents a conservative" | Contains confidential terms of a non-public commercial agreement with a third-party partner, including non-public commercial arrangements and negotiation-related information. Disclosure would reveal sensitive partner relationship and negotiating details that could provide counterparties with leverage in future negotiations and disadvantage PowerSchool in discussions with vendors or business partners. | Flagg Decl. ¶¶ 12-13 | |
| Ex. A: Schulte Rep. - p. 11; first sentence of paragraph 25 | Contains confidential and commercially sensitive information regarding PowerSchool's internal data processing and storage practices and privacy and security procedures, the disclosure of which would reveal details of PowerSchool's internal systems, processes, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design | Flagg Decl. ¶¶ 6-7 | |

| Portion to be Sealed | Basis for Sealing | Supporting Declaration | Order |
|---|---|---|---|
| | competing products that mirror PowerSchool's data processing framework | | |
| Ex. A: Schulte Rep. - p. 11; figure 4 (not including the graphic title) | Contains confidential and commercially sensitive information regarding PowerSchool's internal data processing and storage practices and privacy and security procedures, the disclosure of which would reveal details of PowerSchool's internal systems, processes, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework | Flagg Decl. ¶¶ 6-7 | |
| Ex. A: Schulte Rep. - p. 12; text in paragraph 27 between "DPIA Report," and footnote 32 | Contains confidential and commercially sensitive information regarding PowerSchool's internal data processing and storage practices and privacy and security procedures, the disclosure of which would reveal details of PowerSchool's internal systems, processes, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework | Flagg Decl. ¶¶ 6-7 | |
| Ex. A: Schulte Rep. - p. 13; figure 6 (not including the graphic title) | Contains confidential and commercially sensitive information regarding PowerSchool's internal data processing and storage practices and privacy and security procedures, the disclosure of which would reveal details of PowerSchool's internal systems, processes, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework | Flagg Decl. ¶¶ 6-7 | |

| **Portion to be Sealed** | **Basis for Sealing** | **Supporting Declaration** | **Order** |
|---|---|---|---|
| Ex. A: Schulte Rep. - p. 14; figure 7 (not including the graphic title) | Contains confidential and commercially sensitive information regarding PowerSchool's internal data processing and storage practices and privacy and security procedures, the disclosure of which would reveal details of PowerSchool's internal systems, processes, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework | Flagg Decl. ¶¶ 6-7 | |
| Ex. A: Schulte Rep. - p. 14; text in paragraph 31 after "*Instruction* and *ContentNav*." | Contains confidential and commercially sensitive information regarding PowerSchool's internal data processing and storage practices and privacy and security procedures, the disclosure of which would reveal details of PowerSchool's internal systems, processes, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework | Flagg Decl. ¶¶ 6-7 | |
| Ex. A: Schulte Rep. - p. 15; text between "*career readiness*" and footnote 44 | Contains confidential and commercially sensitive information regarding PowerSchool's internal data processing and storage practices and privacy and security procedures, the disclosure of which would reveal details of PowerSchool's internal systems, processes, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework | Flagg Decl. ¶¶ 6-7 | |
| Ex. A: Schulte Rep. - p. 16; figure 9 (not including the graphic title) | Contains confidential and commercially sensitive information regarding PowerSchool's internal data processing and storage practices and privacy and | Flagg Decl. ¶¶ 6-7 | |

| Portion to be Sealed | Basis for Sealing | Supporting Declaration | Order |
|---|---|---|---|
| | security procedures, the disclosure of which would reveal details of PowerSchool's internal systems, processes, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework | | |
| Ex. A: Schulte Rep. - p. 17; all text in paragraph 37 after footnote 53 | Contains confidential and commercially sensitive information regarding PowerSchool's internal data processing and storage practices and privacy and security procedures, the disclosure of which would reveal details of PowerSchool's internal systems, processes, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | Flagg Decl. ¶¶ 6-7 | |
| Ex. A: Schulte Rep. - p. 17-18; all text in paragraph 38 after footnote 56 | Contains confidential and commercially sensitive information regarding PowerSchool's internal data processing and storage practices and privacy and security procedures, the disclosure of which would reveal details of PowerSchool's internal systems, processes, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | Flagg Decl. ¶¶ 6-7 | |
| Ex. A: Schulte Rep. - p. 18; figure 11 (not including the graphic title) | Contains confidential and commercially sensitive information regarding PowerSchool's internal data processing and storage practices and privacy and security procedures, the disclosure of which would reveal details of PowerSchool's internal systems, processes, and service provider | Flagg Decl. ¶¶ 6-7 | |

| Portion to be Sealed | Basis for Sealing | Supporting Declaration | Order |
|---|---|---|---|
| | relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | | |
| Ex. A: Schulte Rep. - p. 18; all text in paragraph 40 after footnote 59 | Contains confidential and commercially sensitive information regarding PowerSchool's internal data processing and storage practices and privacy and security procedures, the disclosure of which would reveal details of PowerSchool's internal systems, processes, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | Flagg Decl. ¶¶ 6-7 | |
| Ex. A: Schulte Rep. - p. 18; figure 12 (not including the graphic title) | Contains confidential and commercially sensitive information regarding PowerSchool's internal data processing and storage practices and privacy and security procedures, the disclosure of which would reveal details of PowerSchool's internal systems, processes, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | Flagg Decl. ¶¶ 6-7 | |
| Ex. A: Schulte Rep. - p. 19; all text in paragraph 43 before footnote 64 | Contains confidential and commercially sensitive information regarding PowerSchool's internal data processing and storage practices and privacy and security procedures, the disclosure of which would reveal details of PowerSchool's internal systems, processes, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror | Flagg Decl. ¶¶ 6-7 | |

| Portion to be Sealed | Basis for Sealing | Supporting Declaration | Order |
|---|---|---|---|
| | PowerSchool's data processing framework. | | |
| Ex. A: Schulte Rep.<br>- p. 20; text between "as follows:" and footnote 69 | Contains confidential and commercially sensitive information regarding PowerSchool's internal data processing and storage practices and privacy and security procedures, the disclosure of which would reveal details of PowerSchool's internal systems, processes, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | Flagg Decl. ¶¶ 6-7 | |
| Ex. A: Schulte Rep.<br>- p. 21; figure 15 (not including the graphic title) | Contains confidential and commercially sensitive information regarding PowerSchool's internal data processing and storage practices and privacy and security procedures, the disclosure of which would reveal details of PowerSchool's internal systems, processes, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | Flagg Decl. ¶¶ 6-7 | |
| Ex. A: Schulte Rep.<br>- p. 22; text between "DPIA Report" and footnote 78 | Contains confidential and commercially sensitive information regarding PowerSchool's internal data processing and storage practices and privacy and security procedures, the disclosure of which would reveal details of PowerSchool's internal systems, processes, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | Flagg Decl. ¶¶ 6-7 | |
| Ex. A: Schulte Rep. | Contains confidential and commercially sensitive information regarding | Flagg Decl. ¶¶ 6-7 | |

| Portion to be Sealed | Basis for Sealing | Supporting Declaration | Order |
|---|---|---|---|
| - p. 22; figure 17 (not including the graphic title) | PowerSchool's internal data processing and storage practices and privacy and security procedures, the disclosure of which would reveal details of PowerSchool's internal systems, processes, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | | |
| Ex. A: Schulte Rep.<br>- p. 23; text in paragraph 51 between "discussed," and footnote 81 | Contains confidential and commercially sensitive information regarding PowerSchool's internal data processing and storage practices and privacy and security procedures, the disclosure of which would reveal details of PowerSchool's internal systems, processes, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | Flagg Decl. ¶¶ 6-7 | |
| Ex. A: Schulte Rep.<br>- p. 23; figure 18 (not including the graphic title) | Contains confidential and commercially sensitive information regarding PowerSchool's internal data processing and storage practices and privacy and security procedures, the disclosure of which would reveal details of PowerSchool's internal systems, processes, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | Flagg Decl. ¶¶ 6-7 | |
| Ex. A: Schulte Rep.<br>- p. 24; text in paragraph 54 between "indicates that" and "Figure 20" | Contains confidential internal business and marketing information, including non-public pricing structures, commercialization strategy, and financial performance information. Disclosure would provide competitors insight into | Flagg Decl. ¶¶ 8-9 | |

| Portion to be Sealed | Basis for Sealing | Supporting Declaration | Order |
|---|---|---|---|
| | PowerSchool's pricing models and commercial strategy and allow them to tailor competing offerings or pricing structures in ways that could disadvantage PowerSchool in the marketplace. | | |
| Ex. A: Schulte Rep. - p. 24; figure 20 (not including the graphic title) | Contains confidential internal business and marketing information, including non-public pricing structures, commercialization strategy, and financial performance information. Disclosure would provide competitors insight into PowerSchool's pricing models and commercial strategy and allow them to tailor competing offerings or pricing structures in ways that could disadvantage PowerSchool in the marketplace. | Flagg Decl. ¶¶ 8-9 | |
| Ex. A: Schulte Rep. - p. 24; text in paragraph 55 between "PowerSchool, testified that" and footnote 89 | Contains confidential internal business and marketing information, including non-public pricing structures, commercialization strategy, and financial performance information. Disclosure would provide competitors insight into PowerSchool's pricing models and commercial strategy and allow them to tailor competing offerings or pricing structures in ways that could disadvantage PowerSchool in the marketplace. | Flagg Decl. ¶¶ 8-9 | |
| Ex. A: Schulte Rep. - p. 24; text in paragraph 55 between "also testified that" and footnote 90 | Contains confidential internal business and marketing information, including non-public pricing structures, commercialization strategy, and financial performance information. Disclosure would provide competitors insight into PowerSchool's pricing models and commercial strategy and allow them to tailor competing offerings or pricing structures in ways that could disadvantage PowerSchool in the marketplace. | Flagg Decl. ¶¶ 8-9 | |
| Ex. A: Schulte Rep. - p. 24-25; all text in paragraph 55 after "went on to testify that" | Contains confidential internal business and marketing information, including non-public pricing structures, commercialization strategy, and financial performance information. Disclosure would provide competitors insight into PowerSchool's pricing models and commercial strategy and allow them to | Flagg Decl. ¶¶ 8-9 | |

| Portion to be Sealed | Basis for Sealing | Supporting Declaration | Order |
|---|---|---|---|
| | tailor competing offerings or pricing structures in ways that could disadvantage PowerSchool in the marketplace. | | |
| Ex. A: Schulte Rep. - p. 25; all text in paragraph 57 after "I understand that" | Contains confidential information identifying PowerSchool customers and non-public details of customer subscriptions or contractual relationships. Disclosure would reveal PowerSchool's customer relationships and commercially sensitive terms, which competitors could use to target those customers with competing services or pricing offers and thereby undermine PowerSchool's customer relationships and negotiating position. | Flagg Decl. ¶¶ 10-11 | |
| Ex. A: Schulte Rep. - p. 26; text in paragraph 58 between "further explained" and "Figure 22" | Contains confidential internal business and marketing information, including non-public pricing structures, commercialization strategy, and financial performance information. Disclosure would provide competitors insight into PowerSchool's pricing models and commercial strategy and allow them to tailor competing offerings or pricing structures in ways that could disadvantage PowerSchool in the marketplace. | Flagg Decl. ¶¶ 8-9 | |
| Ex. A: Schulte Rep. - p. 26; figure 22 (including the graphic title) | Contains confidential internal business and marketing information, including non-public pricing structures, commercialization strategy, and financial performance information. Disclosure would provide competitors insight into PowerSchool's pricing models and commercial strategy and allow them to tailor competing offerings or pricing structures in ways that could disadvantage PowerSchool in the marketplace. | Flagg Decl. ¶¶ 8-9 | |
| Ex. A: Schulte Rep. - p. 30; figure 25 (not including the graphic title) | Contains confidential internal business and marketing information, including non-public pricing structures, commercialization strategy, and financial performance information. Disclosure would provide competitors insight into PowerSchool's pricing models and commercial strategy and allow them to tailor competing offerings or pricing | Flagg Decl. ¶¶ 8-9 | |

| Portion to be Sealed | Basis for Sealing | Supporting Declaration | Order |
|---|---|---|---|
| | structures in ways that could disadvantage PowerSchool in the marketplace. | | |
| Ex. A: Schulte Rep. - p. 30; all text in paragraph 69 before "Figure 26" | Contains confidential internal business and marketing information, including non-public pricing structures, commercialization strategy, and financial performance information. Disclosure would provide competitors insight into PowerSchool's pricing models and commercial strategy and allow them to tailor competing offerings or pricing structures in ways that could disadvantage PowerSchool in the marketplace. | Flagg Decl. ¶¶ 8-9 | |
| Ex. A: Schulte Rep. - p. 32; figure 27 (not including the graphic title) | Contains confidential internal business and marketing information, including non-public pricing structures, commercialization strategy, and financial performance information. Disclosure would provide competitors insight into PowerSchool's pricing models and commercial strategy and allow them to tailor competing offerings or pricing structures in ways that could disadvantage PowerSchool in the marketplace. | Flagg Decl. ¶¶ 8-9 | |
| Ex. A: Schulte Rep. - p. 36-37; all text in paragraph 82 after "More specifically, I considered Mr. Flagg's testimony" | Contains confidential internal business and marketing information, including non-public pricing structures, commercialization strategy, and financial performance information. Disclosure would provide competitors insight into PowerSchool's pricing models and commercial strategy and allow them to tailor competing offerings or pricing structures in ways that could disadvantage PowerSchool in the marketplace. | Flagg Decl. ¶¶ 8-9 | |
| Ex. A: Schulte Rep. - p. 37; all text in paragraph 83 after "*SIS*:" | Contains confidential internal business and marketing information, including non-public pricing structures, commercialization strategy, and financial performance information. Disclosure would provide competitors insight into PowerSchool's pricing models and commercial strategy and allow them to tailor competing offerings or pricing structures in ways that could disadvantage PowerSchool in the marketplace. | Flagg Decl. ¶¶ 8-9 | |

| **Portion to be Sealed** | **Basis for Sealing** | **Supporting Declaration** | **Order** |
|---|---|---|---|
| Ex. A: Schulte Rep. - p. 37-38; all text in paragraph 84 after "testified that" | Contains confidential internal business and marketing information, including non-public pricing structures, commercialization strategy, and financial performance information. Disclosure would provide competitors insight into PowerSchool's pricing models and commercial strategy and allow them to tailor competing offerings or pricing structures in ways that could disadvantage PowerSchool in the marketplace. | Flagg Decl. ¶¶ 8-9 | |
| Ex. A: Schulte Rep. - p. 39; figure 31 (not including the graphic title) | Contains confidential internal business and marketing information, including non-public pricing structures, commercialization strategy, and financial performance information. Disclosure would provide competitors insight into PowerSchool's pricing models and commercial strategy and allow them to tailor competing offerings or pricing structures in ways that could disadvantage PowerSchool in the marketplace. | Flagg Decl. ¶¶ 8-9 | |
| Ex. A: Schulte Rep. - p. 40; figure 32 (not including the graphic title) | Contains confidential internal business and marketing information, including non-public pricing structures, commercialization strategy, and financial performance information. Disclosure would provide competitors insight into PowerSchool's pricing models and commercial strategy and allow them to tailor competing offerings or pricing structures in ways that could disadvantage PowerSchool in the marketplace. | Flagg Decl. ¶¶ 8-9 | |
| Ex. A: Schulte Rep. - p. 41; text in paragraph 93 between "derived from" and " – represents" | Contains confidential terms of a non-public commercial agreement with a third-party partner, including non-public commercial arrangements and negotiation-related information. Disclosure would reveal sensitive partner relationship and negotiating details that could provide counterparties with leverage in future negotiations and disadvantage PowerSchool in discussions with vendors or business partners. | Flagg Decl. ¶¶ 12-13 | |
| Ex. A: Schulte Rep. | Contains confidential terms of a non-public commercial agreement with a | Flagg Decl. ¶¶ 12-13 | |

| Portion to be Sealed | Basis for Sealing | Supporting Declaration | Order |
|---|---|---|---|
| - p. 41; all text in footnote 151 | third-party partner, including non-public commercial arrangements and negotiation-related information. Disclosure would reveal sensitive partner relationship and negotiating details that could provide counterparties with leverage in future negotiations and disadvantage PowerSchool in discussions with vendors or business partners. | | |
| Ex. A: Schulte Rep.<br>- p. 42; the graphic and all text in paragraphs 96-97 except "Figure 33" | Contains confidential terms of a non-public commercial agreement with a third-party partner, including non-public commercial arrangements and negotiation-related information. Disclosure would reveal sensitive partner relationship and negotiating details that could provide counterparties with leverage in future negotiations and disadvantage PowerSchool in discussions with vendors or business partners. | Flagg Decl. ¶¶ 12-13 | |
| Ex. A: Schulte Rep.<br>- p. 43; the graphic and all text in paragraph 98 after "figure below," except "Figure 34" | Contains confidential terms of a non-public commercial agreement with a third-party partner, including non-public commercial arrangements and negotiation-related information. Disclosure would reveal sensitive partner relationship and negotiating details that could provide counterparties with leverage in future negotiations and disadvantage PowerSchool in discussions with vendors or business partners. | Flagg Decl. ¶¶ 12-13 | |
| Ex. A: Schulte Rep.<br>- p. 43; the graphic and all text in paragraph 99 except "Figure 35" | Contains confidential terms of a non-public commercial agreement with a third-party partner, including non-public commercial arrangements and negotiation-related information. Disclosure would reveal sensitive partner relationship and negotiating details that could provide counterparties with leverage in future negotiations and disadvantage PowerSchool in discussions with vendors or business partners. | Flagg Decl. ¶¶ 12-13 | |
| Ex. A: Schulte Rep.<br>- p. 43-57; all graphics and all text in paragraphs | Contains confidential terms of a non-public commercial agreement with a third-party partner, including non-public commercial arrangements and | Flagg Decl. ¶¶ 12-13 | |

| **Portion to be Sealed** | **Basis for Sealing** | **Supporting Declaration** | **Order** |
|---|---|---|---|
| 99-123 except figure numbers | negotiation-related information. Disclosure would reveal sensitive partner relationship and negotiating details that could provide counterparties with leverage in future negotiations and disadvantage PowerSchool in discussions with vendors or business partners. | | |
| Ex. A: Schulte Rep. - p. 47; all text in footnote 174 after "241." | Contains confidential terms of a non-public commercial agreement with a third-party partner, including non-public commercial arrangements and negotiation-related information. Disclosure would reveal sensitive partner relationship and negotiating details that could provide counterparties with leverage in future negotiations and disadvantage PowerSchool in discussions with vendors or business partners. | Flagg Decl. ¶¶ 12-13 | |
| Ex. A: Schulte Rep. - p. 48; all text in footnote 180 after "248." | Contains confidential terms of a non-public commercial agreement with a third-party partner, including non-public commercial arrangements and negotiation-related information. Disclosure would reveal sensitive partner relationship and negotiating details that could provide counterparties with leverage in future negotiations and disadvantage PowerSchool in discussions with vendors or business partners. | Flagg Decl. ¶¶ 12-13 | |
| Ex. A: Schulte Rep. - p. 51; text in footnote 192 between "236" and "See PWRSCHL_00003235-274" | Contains confidential terms of a non-public commercial agreement with a third-party partner, including non-public commercial arrangements and negotiation-related information. Disclosure would reveal sensitive partner relationship and negotiating details that could provide counterparties with leverage in future negotiations and disadvantage PowerSchool in discussions with vendors or business partners. | Flagg Decl. ¶¶ 12-13 | |
| Ex. A: Schulte Rep. - p. 54; text in footnote 203 between "742" and "See PWRSCHL_00121950-958" | Contains confidential terms of a non-public commercial agreement with a third-party partner, including non-public commercial arrangements and negotiation-related information. Disclosure would reveal sensitive partner | Flagg Decl. ¶¶ 12-13 | |

| **Portion to be Sealed** | **Basis for Sealing** | **Supporting Declaration** | **Order** |
|---|---|---|---|
| | relationship and negotiating details that could provide counterparties with leverage in future negotiations and disadvantage PowerSchool in discussions with vendors or business partners. | | |
| Ex. A: Schulte Rep. - p. 55; text in footnote 203 between "521" and "See, for example," | Contains confidential terms of a non-public commercial agreement with a third-party partner, including non-public commercial arrangements and negotiation-related information. Disclosure would reveal sensitive partner relationship and negotiating details that could provide counterparties with leverage in future negotiations and disadvantage PowerSchool in discussions with vendors or business partners. | Flagg Decl. ¶¶ 12-13 | |
| Ex. A: Schulte Rep. - p. 57; all text in footnote 215 after "474-45." | Contains confidential terms of a non-public commercial agreement with a third-party partner, including non-public commercial arrangements and negotiation-related information. Disclosure would reveal sensitive partner relationship and negotiating details that could provide counterparties with leverage in future negotiations and disadvantage PowerSchool in discussions with vendors or business partners. | Flagg Decl. ¶¶ 12-13 | |
| Ex. A: Schulte Rep. - p. 57-58; the graphic and all text in paragraph 124 after "figure below," except "Figure 52" | Contains confidential terms of a non-public commercial agreement with a third-party partner, including non-public commercial arrangements and negotiation-related information. Disclosure would reveal sensitive partner relationship and negotiating details that could provide counterparties with leverage in future negotiations and disadvantage PowerSchool in discussions with vendors or business partners. | Flagg Decl. ¶¶ 12-13 | |
| Ex. A: Schulte Rep. - p. 58-60; all graphics and all text in paragraphs 125-127 | Contains confidential terms of a non-public commercial agreement with a third-party partner, including non-public commercial arrangements and negotiation-related information. Disclosure would reveal sensitive partner relationship and negotiating details that could provide counterparties with | Flagg Decl. ¶¶ 12-13 | |

| Portion to be Sealed | Basis for Sealing | Supporting Declaration | Order |
|---|---|---|---|
| | leverage in future negotiations and disadvantage PowerSchool in discussions with vendors or business partners. | | |
| Ex. A: Schulte Rep. - p. 60-61; all text in paragraph 128 after "I find that" except "These indicators include:" | Contains confidential terms of a non-public commercial agreement with a third-party partner, including non-public commercial arrangements and negotiation-related information. Disclosure would reveal sensitive partner relationship and negotiating details that could provide counterparties with leverage in future negotiations and disadvantage PowerSchool in discussions with vendors or business partners. | Flagg Decl. ¶¶ 12-13 | |
| Ex. A: Schulte Rep. - p. 61; footnote 228 | Contains confidential terms of a non-public commercial agreement with a third-party partner, including non-public commercial arrangements and negotiation-related information. Disclosure would reveal sensitive partner relationship and negotiating details that could provide counterparties with leverage in future negotiations and disadvantage PowerSchool in discussions with vendors or business partners. | Flagg Decl. ¶¶ 12-13 | |
| Ex. A: Schulte Rep. - p. 61-62; all text in paragraphs 129-130 after "testified that" | Contains confidential terms of a non-public commercial agreement with a third-party partner, including non-public commercial arrangements and negotiation-related information. Disclosure would reveal sensitive partner relationship and negotiating details that could provide counterparties with leverage in future negotiations and disadvantage PowerSchool in discussions with vendors or business partners. | Flagg Decl. ¶¶ 12-13 | |
| Ex. A: Schulte Rep. - p. 62; text in paragraph 132 between "Class members are" and "As detailed" | Contains confidential terms of a non-public commercial agreement with a third-party partner, including non-public commercial arrangements and negotiation-related information. Disclosure would reveal sensitive partner relationship and negotiating details that could provide counterparties with leverage in future negotiations and | Flagg Decl. ¶¶ 12-13 | |

| Portion to be Sealed | Basis for Sealing | Supporting Declaration | Order |
|---|---|---|---|
| | disadvantage PowerSchool in discussions with vendors or business partners. | | |
| Ex. A: Schulte Rep. - p. 62; text in paragraph 132 between "I calculated that" and "In my opinion" | Contains confidential terms of a non-public commercial agreement with a third-party partner, including non-public commercial arrangements and negotiation-related information. Disclosure would reveal sensitive partner relationship and negotiating details that could provide counterparties with leverage in future negotiations and disadvantage PowerSchool in discussions with vendors or business partners. | Flagg Decl. ¶¶ 12-13 | |
| Ex. A: Schulte Rep. - p. 62; text in paragraph 133 between "the following reasons:" and "does not reflect" | Contains confidential terms of a non-public commercial agreement with a third-party partner, including non-public commercial arrangements and negotiation-related information. Disclosure would reveal sensitive partner relationship and negotiating details that could provide counterparties with leverage in future negotiations and disadvantage PowerSchool in discussions with vendors or business partners. | Flagg Decl. ¶¶ 12-13 | |
| Ex. A: Schulte Rep. - p. 62-63; all text in paragraph 133 starting at and including bullet point 2 | Contains confidential terms of a non-public commercial agreement with a third-party partner, including non-public commercial arrangements and negotiation-related information. Disclosure would reveal sensitive partner relationship and negotiating details that could provide counterparties with leverage in future negotiations and disadvantage PowerSchool in discussions with vendors or business partners. | Flagg Decl. ¶¶ 12-13 | |
| Ex. A: Schulte Rep. - p. 65; figure 55 (including the graphic title) | Contains confidential internal business and marketing information, including non-public pricing structures, commercialization strategy, and financial performance information. Disclosure would provide competitors insight into PowerSchool's pricing models and commercial strategy and allow them to tailor competing offerings or pricing structures in ways that could disadvantage PowerSchool in the marketplace. | Flagg Decl. ¶¶ 8-9 | |

| **Portion to be Sealed** | **Basis for Sealing** | **Supporting Declaration** | **Order** |
|---|---|---|---|
| Ex. A: Schulte Rep. Exhibits 1.1-10.3 | Contains confidential internal business and marketing information, including non-public pricing structures, commercialization strategy, and financial performance information. Disclosure would provide competitors insight into PowerSchool's pricing models and commercial strategy and allow them to tailor competing offerings or pricing structures in ways that could disadvantage PowerSchool in the marketplace. | Flagg Decl. ¶¶ 8-9 | |
| Ex. A: Schulte Rep. Exhibits 11.1-11.2 | Contains confidential terms of a non-public commercial agreement with a third-party partner, including non-public commercial arrangements and negotiation-related information. Disclosure would reveal sensitive partner relationship and negotiating details that could provide counterparties with leverage in future negotiations and disadvantage PowerSchool in discussions with vendors or business partners. | Flagg Decl. ¶¶ 12-13 | |
| Ex. A: Schulte Rep. Exhibit 2.2; all text after "(2) Exhibit 2.1." | Contains confidential internal business and marketing information, including non-public pricing structures, commercialization strategy, and financial performance information. Disclosure would provide competitors insight into PowerSchool's pricing models and commercial strategy and allow them to tailor competing offerings or pricing structures in ways that could disadvantage PowerSchool in the marketplace. | Flagg Decl. ¶¶ 8-9 | |
| Ex. A: Schulte Rep. Exhibit 2.4; all text after "(2) Exhibit 10.4" | Contains confidential internal business and marketing information, including non-public pricing structures, commercialization strategy, and financial performance information. Disclosure would provide competitors insight into PowerSchool's pricing models and commercial strategy and allow them to tailor competing offerings or pricing structures in ways that could disadvantage PowerSchool in the marketplace. | Flagg Decl. ¶¶ 8-9 | |

| Portion to be Sealed | Basis for Sealing | Supporting Declaration | Order |
|---|---|---|---|
| Ex. A: Schulte Rep. Exhibit 4.2; all text after "(2) Exhibit 4.1 " | Contains confidential internal business and marketing information, including non-public pricing structures, commercialization strategy, and financial performance information. Disclosure would provide competitors insight into PowerSchool's pricing models and commercial strategy and allow them to tailor competing offerings or pricing structures in ways that could disadvantage PowerSchool in the marketplace. | Flagg Decl. ¶¶ 8-9 | |
| Ex. A: Schulte Rep. Exhibit 11.1; all text after before "Exhibit 11.1" | Contains confidential terms of a non-public commercial agreement with a third-party partner, including non-public commercial arrangements and negotiation-related information. Disclosure would reveal sensitive partner relationship and negotiating details that could provide counterparties with leverage in future negotiations and disadvantage PowerSchool in discussions with vendors or business partners. | Flagg Decl. ¶¶ 12-13 | |
| Ex. A: Schulte Rep. Exhibit 11.2; all text after before "Exhibit 11.2" | Contains confidential terms of a non-public commercial agreement with a third-party partner, including non-public commercial arrangements and negotiation-related information. Disclosure would reveal sensitive partner relationship and negotiating details that could provide counterparties with leverage in future negotiations and disadvantage PowerSchool in discussions with vendors or business partners. | Flagg Decl. ¶¶ 12-13 | |
| Ex B: O'Neil Rep. - p. 6; text below graphic | Contains confidential and commercially sensitive information regarding PowerSchool's internal data processing and storage practices and privacy and security procedures, the disclosure of which would reveal details of PowerSchool's internal systems, processes, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror | Flagg Decl. ¶¶ 6-7 | |

| Portion to be Sealed | Basis for Sealing | Supporting Declaration | Order |
|---|---|---|---|
| | PowerSchool's data processing framework. | | |
| Ex B: O'Neil Rep.<br>- p. 7; all text before "According" | Contains confidential and commercially sensitive information regarding PowerSchool's internal data processing and storage practices and privacy and security procedures, the disclosure of which would reveal details of PowerSchool's internal systems, processes, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | Flagg Decl. ¶¶ 6-7 | |
| Ex B: O'Neil Rep.<br>p. 8; text after "data is used" | Contains confidential and commercially sensitive information regarding PowerSchool's internal data processing and storage practices and privacy and security procedures, the disclosure of which would reveal details of PowerSchool's internal systems, processes, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | Flagg Decl. ¶¶ 6-7 | |
| Ex B: O'Neil Rep.<br>- p. 9; first paragraph | Contains confidential and commercially sensitive information regarding PowerSchool's internal data processing and storage practices and privacy and security procedures, the disclosure of which would reveal details of PowerSchool's internal systems, processes, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | Flagg Decl. ¶¶ 6-7 | |
| Ex B: O'Neil Rep. | Contains confidential and commercially sensitive information regarding | Flagg Decl. ¶¶ 6-7 | |

| Portion to be Sealed | Basis for Sealing | Supporting Declaration | Order |
|---|---|---|---|
| - p. 10; middle paragraph | PowerSchool's internal data processing and storage practices and privacy and security procedures, the disclosure of which would reveal details of PowerSchool's internal systems, processes, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | | |
| Ex B: O'Neil Rep.<br>- p. 11; all text below graphic | Contains confidential and commercially sensitive information regarding PowerSchool's internal data processing and storage practices and privacy and security procedures, the disclosure of which would reveal details of PowerSchool's internal systems, processes, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | Flagg Decl. ¶¶ 6-7 | |
| Ex B: O'Neil Rep.<br>- p. 12; first paragraph | Contains confidential and commercially sensitive information regarding PowerSchool's internal data processing and storage practices and privacy and security procedures, the disclosure of which would reveal details of PowerSchool's internal systems, processes, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | Flagg Decl. ¶¶ 6-7 | |
| Ex B: O'Neil Rep.<br>- p. 15; first paragraph | Contains confidential and commercially sensitive information regarding PowerSchool's internal data processing and storage practices and privacy and security procedures, the disclosure of which would reveal details of | Flagg Decl. ¶¶ 6-7 | |

| Portion to be Sealed | Basis for Sealing | Supporting Declaration | Order |
|---|---|---|---|
| | PowerSchool's internal systems, processes, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | | |
| Ex B: O'Neil Rep. - p. 17; middle paragraph | Contains confidential and commercially sensitive information regarding PowerSchool's internal data processing and storage practices and privacy and security procedures, the disclosure of which would reveal details of PowerSchool's internal systems, processes, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | Flagg Decl. ¶¶ 6-7 | |
| Ex B: O'Neil Rep. - p. 19; middle paragraph | Contains confidential and commercially sensitive information regarding PowerSchool's internal data processing and storage practices and privacy and security procedures, the disclosure of which would reveal details of PowerSchool's internal systems, processes, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | Flagg Decl. ¶¶ 6-7 | |
| Ex B: O'Neil Rep. - p. 22; second paragraph | Contains confidential and commercially sensitive information regarding PowerSchool's internal data processing and storage practices and privacy and security procedures, the disclosure of which would reveal details of PowerSchool's internal systems, processes, and service provider relationships that competitors could use to replicate aspects of PowerSchool's | Flagg Decl. ¶¶ 6-7 | |

| Portion to be Sealed | Basis for Sealing | Supporting Declaration | Order |
|---|---|---|---|
| | technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | | |
| Ex B: O'Neil Rep. - p. 24; all text after "refers to" | Contains confidential and commercially sensitive information regarding PowerSchool's internal data processing and storage practices and privacy and security procedures, the disclosure of which would reveal details of PowerSchool's internal systems, processes, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | Flagg Decl. ¶¶ 6-7 | |
| Ex B: O'Neil Rep. - p. 25; all text between "interim assessments" and "My conclusion" | Contains confidential and commercially sensitive information regarding PowerSchool's internal data processing and storage practices and privacy and security procedures, the disclosure of which would reveal details of PowerSchool's internal systems, processes, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | Flagg Decl. ¶¶ 6-7 | |
| Ex B: O'Neil Rep. - p. 26; text in 1. between "product," and "claims" | Contains confidential and commercially sensitive information regarding PowerSchool's internal data processing and storage practices and privacy and security procedures, the disclosure of which would reveal details of PowerSchool's internal systems, processes, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | Flagg Decl. ¶¶ 6-7 | |

| Portion to be Sealed | Basis for Sealing | Supporting Declaration | Order |
|---|---|---|---|
| Ex B: O'Neil Rep. - p. 26; text in 2. between "Mobility." and "3. As noted above" | Contains confidential and commercially sensitive information regarding PowerSchool's internal data processing and storage practices and privacy and security procedures, the disclosure of which would reveal details of PowerSchool's internal systems, processes, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | Flagg Decl. ¶¶ 6-7 | |
| Ex B: O'Neil Rep. - p. 26; text in 2. between footnote 64 and "Any" | Contains confidential and commercially sensitive information regarding PowerSchool's internal data processing and storage practices and privacy and security procedures, the disclosure of which would reveal details of PowerSchool's internal systems, processes, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | Flagg Decl. ¶¶ 6-7 | |
| Ex B: O'Neil Rep. - p. 28; first paragraph after heading X | Contains confidential and commercially sensitive information regarding PowerSchool's internal data processing and storage practices and privacy and security procedures, the disclosure of which would reveal details of PowerSchool's internal systems, processes, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | Flagg Decl. ¶¶ 6-7 | |
| Ex B: O'Neil Rep. - p. 30; text between "other data," and "I would want" | Contains confidential and commercially sensitive information regarding PowerSchool's internal data processing and storage practices and privacy and | Flagg Decl. ¶¶ 6-7 | |

| Portion to be Sealed | Basis for Sealing | Supporting Declaration | Order |
|---|---|---|---|
| | security procedures, the disclosure of which would reveal details of PowerSchool's internal systems, processes, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | | |
| Ex. C: Barber Rep. - ¶ 28; all text after "DPIA reports." | Contains confidential and commercially sensitive information regarding PowerSchool's internal data processing and storage practices and privacy and security procedures, the disclosure of which would reveal details of PowerSchool's internal systems, processes, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | Flagg Decl. ¶¶ 6-7 | |
| Ex. C: Barber Rep. - ¶ 29 | Contains confidential and commercially sensitive information regarding PowerSchool's internal data processing and storage practices and privacy and security procedures, the disclosure of which would reveal details of PowerSchool's internal systems, processes, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | Flagg Decl. ¶¶ 6-7 | |
| Ex. C: Barber Rep. - ¶ 33 | Contains confidential and commercially sensitive information regarding PowerSchool's internal data processing and storage practices and privacy and security procedures, the disclosure of which would reveal details of PowerSchool's internal systems, processes, and service provider | Flagg Decl. ¶¶ 6-7 | |

| Portion to be Sealed | Basis for Sealing | Supporting Declaration | Order |
|---|---|---|---|
| | relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | | |
| Ex. C: Barber Rep. - ¶ 36 | Contains confidential and commercially sensitive information regarding PowerSchool's internal data processing and storage practices and privacy and security procedures, the disclosure of which would reveal details of PowerSchool's internal systems, processes, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | Flagg Decl. ¶¶ 6-7 | |
| Ex. C: Barber Rep. - ¶ 39 | Contains confidential and commercially sensitive information regarding PowerSchool's internal data processing and storage practices and privacy and security procedures, the disclosure of which would reveal details of PowerSchool's internal systems, processes, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | Flagg Decl. ¶¶ 6-7 | |
| Ex. C: Barber Rep. - ¶¶ 42, 43 | Contains confidential and commercially sensitive information regarding PowerSchool's internal data processing and storage practices and privacy and security procedures, the disclosure of which would reveal details of PowerSchool's internal systems, processes, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror | Flagg Decl. ¶¶ 6-7 | |

| Portion to be Sealed | Basis for Sealing | Supporting Declaration | Order |
|---|---|---|---|
| | PowerSchool's data processing framework. | | |
| Ex. C: Barber Rep. - ¶ 46 | Contains confidential and commercially sensitive information regarding PowerSchool's internal data processing and storage practices and privacy and security procedures, the disclosure of which would reveal details of PowerSchool's internal systems, processes, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | Flagg Decl. ¶¶ 6-7 | |
| Ex. C: Barber Rep. - ¶ 49 | Contains confidential and commercially sensitive information regarding PowerSchool's internal data processing and storage practices and privacy and security procedures, the disclosure of which would reveal details of PowerSchool's internal systems, processes, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | Flagg Decl. ¶¶ 6-7 | |
| Ex. C: Barber Rep. - ¶ 52 | Contains confidential and commercially sensitive information regarding PowerSchool's internal data processing and storage practices and privacy and security procedures, the disclosure of which would reveal details of PowerSchool's internal systems, processes, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | Flagg Decl. ¶¶ 6-7 | |
| Ex. C: Barber Rep. | Contains confidential and commercially sensitive information regarding | Flagg Decl. ¶¶ 6-7 | |

| **Portion to be Sealed** | **Basis for Sealing** | **Supporting Declaration** | **Order** |
|---|---|---|---|
| - ¶ 56; text between “information:” and “Flagg” | PowerSchool’s internal data processing and storage practices and privacy and security procedures, the disclosure of which would reveal details of PowerSchool’s internal systems, processes, and service provider relationships that competitors could use to replicate aspects of PowerSchool’s technical infrastructure or design competing products that mirror PowerSchool’s data processing framework. | | |
| Ex. C: Barber Rep. - ¶ 57; all text before “Flagg Exhibit 7” | Contains confidential and commercially sensitive information regarding PowerSchool’s internal data processing and storage practices and privacy and security procedures, the disclosure of which would reveal details of PowerSchool’s internal systems, processes, and service provider relationships that competitors could use to replicate aspects of PowerSchool’s technical infrastructure or design competing products that mirror PowerSchool’s data processing framework. | Flagg Decl. ¶¶ 6-7 | |
| Ex. C: Barber Rep. - ¶ 60; all text before “Flagg Exhibit 6” | Contains confidential and commercially sensitive information regarding PowerSchool’s internal data processing and storage practices and privacy and security procedures, the disclosure of which would reveal details of PowerSchool’s internal systems, processes, and service provider relationships that competitors could use to replicate aspects of PowerSchool’s technical infrastructure or design competing products that mirror PowerSchool’s data processing framework. | Flagg Decl. ¶¶ 6-7 | |
| Ex. C: Barber Rep. - ¶ 61; all text between “DPIA,” and “Flagg Exhibit 6” | Contains confidential and commercially sensitive information regarding PowerSchool’s internal data processing and storage practices and privacy and security procedures, the disclosure of which would reveal details of | Flagg Decl. ¶¶ 6-7 | |

| Portion to be Sealed | Basis for Sealing | Supporting Declaration | Order |
|---|---|---|---|
| | PowerSchool's internal systems, processes, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | | |
| Ex. C: Barber Rep. - ¶ 62; all text before "Flagg Exhibit 6" | Contains confidential and commercially sensitive information regarding PowerSchool's internal data processing and storage practices and privacy and security procedures, the disclosure of which would reveal details of PowerSchool's internal systems, processes, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | Flagg Decl. ¶¶ 6-7 | |
| Ex. C: Barber Rep. - ¶ 63; all text before "Flagg Exhibit 6" | Contains confidential and commercially sensitive information regarding PowerSchool's internal data processing and storage practices and privacy and security procedures, the disclosure of which would reveal details of PowerSchool's internal systems, processes, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | Flagg Decl. ¶¶ 6-7 | |
| Ex. C: Barber Rep. - ¶ 64; all text before "This data" | Contains confidential and commercially sensitive information regarding PowerSchool's internal data processing and storage practices and privacy and security procedures, the disclosure of which would reveal details of PowerSchool's internal systems, processes, and service provider relationships that competitors could use to replicate aspects of PowerSchool's | Flagg Decl. ¶¶ 6-7 | |

| Portion to be Sealed | Basis for Sealing | Supporting Declaration | Order |
|---|---|---|---|
| | technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | | |
| Ex. C: Barber Rep. - ¶ 89; all text between "documents" and "to PII" | Contains confidential and commercially sensitive information regarding PowerSchool's internal data processing and storage practices and privacy and security procedures, the disclosure of which would reveal details of PowerSchool's internal systems, processes, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | Flagg Decl. ¶¶ 6-7 | |
| Ex. C: Barber Rep. - ¶ 89; all text between "Ecosystem" and "is often exact" | Contains confidential and commercially sensitive information regarding PowerSchool's internal data processing and storage practices and privacy and security procedures, the disclosure of which would reveal details of PowerSchool's internal systems, processes, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | Flagg Decl. ¶¶ 6-7 | |
| Ex. C: Barber Rep. - ¶ 89; all text between "also listed" and "If PII" | Contains confidential and commercially sensitive information regarding PowerSchool's internal data processing and storage practices and privacy and security procedures, the disclosure of which would reveal details of PowerSchool's internal systems, processes, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | Flagg Decl. ¶¶ 6-7 | |

| Portion to be Sealed | Basis for Sealing | Supporting Declaration | Order |
|---|---|---|---|
| Ex. C: Barber Rep. - p. 39; first three lefthand columns of chart | Contains confidential and commercially sensitive information regarding PowerSchool's internal data processing and storage practices and privacy and security procedures, the disclosure of which would reveal details of PowerSchool's internal systems, processes, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | Flagg Decl. ¶¶ 6-7 | |
| Ex. C: Barber Rep. - p. 40; first two lefthand columns of chart | Contains confidential and commercially sensitive information regarding PowerSchool's internal data processing and storage practices and privacy and security procedures, the disclosure of which would reveal details of PowerSchool's internal systems, processes, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | Flagg Decl. ¶¶ 6-7 | |
| Ex. C: Barber Rep. - p. 41; first two lefthand columns of chart | Contains confidential and commercially sensitive information regarding PowerSchool's internal data processing and storage practices and privacy and security procedures, the disclosure of which would reveal details of PowerSchool's internal systems, processes, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | Flagg Decl. ¶¶ 6-7 | |
| Ex. C: Barber Rep. - p. 42; first two lefthand columns of chart | Contains confidential and commercially sensitive information regarding PowerSchool's internal data processing and storage practices and privacy and | Flagg Decl. ¶¶ 6-7 | |

| Portion to be Sealed | Basis for Sealing | Supporting Declaration | Order |
|---|---|---|---|
| | security procedures, the disclosure of which would reveal details of PowerSchool's internal systems, processes, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | | |
| Ex. C: Barber Rep. - p. 43; first two lefthand columns of chart | Contains confidential and commercially sensitive information regarding PowerSchool's internal data processing and storage practices and privacy and security procedures, the disclosure of which would reveal details of PowerSchool's internal systems, processes, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | Flagg Decl. ¶¶ 6-7 | |
| Ex. C: Barber Rep. - p. 44; first two lefthand columns of chart | Contains confidential and commercially sensitive information regarding PowerSchool's internal data processing and storage practices and privacy and security procedures, the disclosure of which would reveal details of PowerSchool's internal systems, processes, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | Flagg Decl. ¶¶ 6-7 | |
| Ex. C: Barber Rep. - p. 45; first two lefthand columns of chart | Contains confidential and commercially sensitive information regarding PowerSchool's internal data processing and storage practices and privacy and security procedures, the disclosure of which would reveal details of PowerSchool's internal systems, processes, and service provider | Flagg Decl. ¶¶ 6-7 | |

| Portion to be Sealed | Basis for Sealing | Supporting Declaration | Order |
|---|---|---|---|
| | relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | | |

**<u>Aragon Exhibits</u>**

| Exhibit to be Sealed | Reasoning | Declaration Citation | Order |
|---|---|---|---|
| Exhibit 2 to Aragon Declaration – Entire Document | Contains confidential and commercially sensitive information regarding PowerSchool's internal data processing and storage practices and privacy and security procedures, the disclosure of which would reveal details of PowerSchool's internal systems, processes, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | Flagg Decl. ¶¶ 6-7 | |
| Exhibit 3 to Aragon Declaration – Entire Document | Contains confidential and commercially sensitive information regarding PowerSchool's internal data processing and storage practices and privacy and security procedures, the disclosure of which would reveal details of PowerSchool's internal systems, processes, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | Flagg Decl. ¶¶ 6-7 | |
| Exhibit 5 to Aragon Declaration – Entire Document | Contains confidential and commercially sensitive information regarding PowerSchool's internal data processing and storage practices and privacy and security procedures, the disclosure of which would reveal details of | Flagg Decl. ¶¶ 6-7 | |

| Exhibit to be Sealed | Reasoning | Declaration Citation | Order |
|---|---|---|---|
| | PowerSchool's internal systems, processes, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | | |
| Exhibit 6 to Aragon Declaration – Entire Document | Contains confidential and commercially sensitive information regarding PowerSchool's internal data processing and storage practices and privacy and security procedures, the disclosure of which would reveal details of PowerSchool's internal systems, processes, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | Flagg Decl. ¶¶ 6-7 | |
| Exhibit 7 to Aragon Declaration – Entire Document | Contains confidential and commercially sensitive information regarding PowerSchool's internal data processing and storage practices and privacy and security procedures, the disclosure of which would reveal details of PowerSchool's internal systems, processes, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | Flagg Decl. ¶¶ 6-7 | |
| Exhibit 9 to Aragon Decl.<br>- 173:13-19<br>- 173:21-174:10<br>- 181:10<br>- 181:14-182:5<br>- 183:6-7<br>- 183:11-12<br>- 183:14-19<br>- 230:14-22 | Contains confidential and commercially sensitive information regarding PowerSchool's internal data processing and storage practices and privacy and security procedures, the disclosure of which would reveal details of PowerSchool's internal systems, processes, and service provider relationships that competitors could use to replicate aspects of PowerSchool's | Flagg Decl. ¶¶ 6-7 | |

| Exhibit to be Sealed | Reasoning | Declaration Citation | Order |
|---|---|---|---|
| - 329:10-331:20<br>- 350:10-15<br>- 365:1-19<br>- 383:20-22 | technical infrastructure or design competing products that mirror PowerSchool's data processing framework.<br><br>Contains confidential internal business and marketing information, including non-public pricing structures, commercialization strategy, and financial performance information. Disclosure would provide competitors insight into PowerSchool's pricing models and commercial strategy and allow them to tailor competing offerings or pricing structures in ways that could disadvantage PowerSchool in the marketplace.<br><br>Contains confidential terms of a non-public commercial agreement with a third-party partner, including non-public commercial arrangements and negotiation-related information. Disclosure would reveal sensitive partner relationship and negotiating details that could provide counterparties with leverage in future negotiations and disadvantage PowerSchool in discussions with vendors or business partners. | <br><br><br><br>Flagg Decl. ¶¶ 8-9<br><br><br><br><br><br><br><br><br><br>Flagg Decl. ¶¶ 12-13 | |
| Exhibit 10 to Aragon Declaration – Entire Document | Contains confidential internal business and marketing information, including non-public pricing structures, commercialization strategy, and financial performance information. Disclosure would provide competitors insight into PowerSchool's pricing models and commercial strategy and allow them to tailor competing offerings or pricing structures in ways that could disadvantage PowerSchool in the marketplace. | Flagg Decl. ¶¶ 8-9 | |
| Exhibit 11 to Aragon Declaration – Entire Document | Contains confidential internal business and marketing information, including non-public pricing structures, commercialization strategy, and | Flagg Decl. ¶¶ 8-9 | |

| Exhibit to be Sealed | Reasoning | Declaration Citation | Order |
|---|---|---|---|
| | financial performance information. Disclosure would provide competitors insight into PowerSchool's pricing models and commercial strategy and allow them to tailor competing offerings or pricing structures in ways that could disadvantage PowerSchool in the marketplace. | | |
| Exhibit 16 to Aragon Decl.<br>- 269:1-270:1<br>- 270:18-21 | Contains confidential internal business and marketing information, including non-public pricing structures, commercialization strategy, and financial performance information. Disclosure would provide competitors insight into PowerSchool's pricing models and commercial strategy and allow them to tailor competing offerings or pricing structures in ways that could disadvantage PowerSchool in the marketplace. | Flagg Decl. ¶¶ 8-9 | |
| Exhibit 17 to Aragon Declaration<br>- 56:11-22<br>- 58:4-10 | Contains confidential and commercially sensitive information regarding PowerSchool's internal data processing and storage practices and privacy and security procedures, the disclosure of which would reveal details of PowerSchool's internal systems, processes, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | Flagg Decl. ¶¶ 6-7 | |
| Exhibit 19 to Aragon Declaration – Entire Document | Contains confidential and commercially sensitive information regarding PowerSchool's internal data processing and storage practices and privacy and security procedures, the disclosure of which would reveal details of PowerSchool's internal systems, processes, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror | Flagg Decl. ¶¶ 6-7 | |

| Exhibit to be Sealed | Reasoning | Declaration Citation | Order |
|---|---|---|---|
| | PowerSchool's data processing framework. | | |
| Exhibit 20 to Aragon Declaration – Entire Document | Contains confidential and commercially sensitive information regarding PowerSchool's internal data processing and storage practices and privacy and security procedures, the disclosure of which would reveal details of PowerSchool's internal systems, processes, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | Flagg Decl. ¶¶ 6-7 | |
| Exhibit 21 to Aragon Declaration – Entire Document | Contains confidential and commercially sensitive information regarding PowerSchool's internal data processing and storage practices and privacy and security procedures, the disclosure of which would reveal details of PowerSchool's internal systems, processes, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | Flagg Decl. ¶¶ 6-7 | |
| Exhibit 22 to Aragon Declaration – Entire Document | Contains confidential internal business and marketing information, including non-public pricing structures, commercialization strategy, and financial performance information. Disclosure would provide competitors insight into PowerSchool's pricing models and commercial strategy and allow them to tailor competing offerings or pricing structures in ways that could disadvantage PowerSchool in the marketplace. | Flagg Decl. ¶¶ 8-9 | |
| Exhibit 23 to Aragon Declaration – Entire Document | Contains confidential internal business and marketing information, including non-public pricing structures, commercialization strategy, and | Flagg Decl. ¶¶ 8-9 | |

| Exhibit to be Sealed | Reasoning | Declaration Citation | Order |
|---|---|---|---|
| | financial performance information. Disclosure would provide competitors insight into PowerSchool's pricing models and commercial strategy and allow them to tailor competing offerings or pricing structures in ways that could disadvantage PowerSchool in the marketplace. | | |
| Exhibit 24 to Aragon Declaration – Entire Document | Contains confidential information identifying PowerSchool customers and non-public details of customer subscriptions or contractual relationships. Disclosure would reveal PowerSchool's customer relationships and commercially sensitive terms, which competitors could use to target those customers with competing services or pricing offers and thereby undermine PowerSchool's customer relationships and negotiating position. | Flagg Decl. ¶¶ 10-11 | |
| Exhibit 25 to Aragon Declaration – Entire Document | Contains confidential information identifying PowerSchool customers and non-public details of customer subscriptions or contractual relationships. Disclosure would reveal PowerSchool's customer relationships and commercially sensitive terms, which competitors could use to target those customers with competing services or pricing offers and thereby undermine PowerSchool's customer relationships and negotiating position. | Flagg Decl. ¶¶ 10-11 | |
| Exhibit 26 to Aragon Declaration – Entire Document | Contains confidential information identifying PowerSchool customers and non-public details of customer subscriptions or contractual relationships. Disclosure would reveal PowerSchool's customer relationships and commercially sensitive terms, which competitors could use to target those customers with competing services or pricing offers and thereby undermine PowerSchool's customer relationships and negotiating position. | Flagg Decl. ¶¶ 10-11 | |

| Exhibit to be Sealed | Reasoning | Declaration Citation | Order |
|---|---|---|---|
| Exhibit 27 to Aragon Declaration – Entire Document | Contains confidential information identifying PowerSchool customers and non-public details of customer subscriptions or contractual relationships. Disclosure would reveal PowerSchool's customer relationships and commercially sensitive terms, which competitors could use to target those customers with competing services or pricing offers and thereby undermine PowerSchool's customer relationships and negotiating position. | Flagg Decl. ¶¶ 10-11 | |
| Exhibit 28 to Aragon Declaration – Entire Document | Contains confidential information identifying PowerSchool customers and non-public details of customer subscriptions or contractual relationships. Disclosure would reveal PowerSchool's customer relationships and commercially sensitive terms, which competitors could use to target those customers with competing services or pricing offers and thereby undermine PowerSchool's customer relationships and negotiating position. | Flagg Decl. ¶¶ 10-11 | |
| Exhibit 29 to Aragon Declaration – Entire Document | Contains confidential information identifying PowerSchool customers and non-public details of customer subscriptions or contractual relationships. Disclosure would reveal PowerSchool's customer relationships and commercially sensitive terms, which competitors could use to target those customers with competing services or pricing offers and thereby undermine PowerSchool's customer relationships and negotiating position. | Flagg Decl. ¶¶ 10-11 | |
| Exhibit 30 to Aragon Declaration – Entire Document | Contains confidential information identifying PowerSchool customers and non-public details of customer subscriptions or contractual relationships. Disclosure would reveal PowerSchool's customer relationships and commercially sensitive terms, which competitors could use to target those customers with competing services or pricing offers and thereby undermine | Flagg Decl. ¶¶ 10-11 | |

| Exhibit to be Sealed | Reasoning | Declaration Citation | Order |
|---|---|---|---|
| | PowerSchool's customer relationships and negotiating position. | | |
| Exhibit 31 to Aragon Declaration – Entire Document | Contains confidential information identifying PowerSchool customers and non-public details of customer subscriptions or contractual relationships. Disclosure would reveal PowerSchool's customer relationships and commercially sensitive terms, which competitors could use to target those customers with competing services or pricing offers and thereby undermine PowerSchool's customer relationships and negotiating position. | Flagg Decl. ¶¶ 10-11 | |
| Exhibit 32 to Aragon Declaration – Entire Document | Contains confidential information identifying PowerSchool customers and non-public details of customer subscriptions or contractual relationships. Disclosure would reveal PowerSchool's customer relationships and commercially sensitive terms, which competitors could use to target those customers with competing services or pricing offers and thereby undermine PowerSchool's customer relationships and negotiating position. | Flagg Decl. ¶¶ 10-11 | |
| Exhibit 37 to Aragon Declaration – Entire Document | Contains confidential information identifying PowerSchool customers and non-public details of customer subscriptions or contractual relationships. Disclosure would reveal PowerSchool's customer relationships and commercially sensitive terms, which competitors could use to target those customers with competing services or pricing offers and thereby undermine PowerSchool's customer relationships and negotiating position. | Flagg Decl. ¶¶ 10-11 | |
| Exhibit 38 to Aragon Declaration – Entire Document | Contains confidential information identifying PowerSchool customers and non-public details of customer subscriptions or contractual relationships. Disclosure would reveal PowerSchool's customer relationships and commercially sensitive terms, which competitors could use to target those | Flagg Decl. ¶¶ 10-11 | |

| **Exhibit to be Sealed** | **Reasoning** | **Declaration Citation** | **Order** |
|---|---|---|---|
| | customers with competing services or pricing offers and thereby undermine PowerSchool's customer relationships and negotiating position. | | |
| Exhibit 39 to Aragon Declaration – Entire Document | Contains confidential information identifying PowerSchool customers and non-public details of customer subscriptions or contractual relationships. Disclosure would reveal PowerSchool's customer relationships and commercially sensitive terms, which competitors could use to target those customers with competing services or pricing offers and thereby undermine PowerSchool's customer relationships and negotiating position. | Flagg Decl. ¶¶ 10-11 | |
| Exhibit 40 to Aragon Declaration – Entire Document | Contains confidential information identifying PowerSchool customers and non-public details of customer subscriptions or contractual relationships. Disclosure would reveal PowerSchool's customer relationships and commercially sensitive terms, which competitors could use to target those customers with competing services or pricing offers and thereby undermine PowerSchool's customer relationships and negotiating position. | Flagg Decl. ¶¶ 10-11 | |
| Exhibit 41 to Aragon Declaration – Entire Document | Contains confidential information identifying PowerSchool customers and non-public details of customer subscriptions or contractual relationships. Disclosure would reveal PowerSchool's customer relationships and commercially sensitive terms, which competitors could use to target those customers with competing services or pricing offers and thereby undermine PowerSchool's customer relationships and negotiating position. | Flagg Decl. ¶¶ 10-11 | |
| Exhibit 43 to Aragon Declaration – Entire Document | Contains confidential information identifying PowerSchool customers and non-public details of customer subscriptions or contractual relationships. Disclosure would reveal PowerSchool's customer relationships | Flagg Decl. ¶¶ 10-11 | |

| Exhibit to be Sealed | Reasoning | Declaration Citation | Order |
|---|---|---|---|
| | and commercially sensitive terms, which competitors could use to target those customers with competing services or pricing offers and thereby undermine PowerSchool's customer relationships and negotiating position. | | |
| Exhibit 54 to Aragon Declaration – Entire Document | Contains confidential information identifying PowerSchool customers and non-public details of customer subscriptions or contractual relationships. Disclosure would reveal PowerSchool's customer relationships and commercially sensitive terms, which competitors could use to target those customers with competing services or pricing offers and thereby undermine PowerSchool's customer relationships and negotiating position. | Flagg Decl. ¶¶ 10-11 | |
| Exhibit 55 to Aragon Declaration – Entire Document | Contains confidential information identifying PowerSchool customers and non-public details of customer subscriptions or contractual relationships. Disclosure would reveal PowerSchool's customer relationships and commercially sensitive terms, which competitors could use to target those customers with competing services or pricing offers and thereby undermine PowerSchool's customer relationships and negotiating position. | Flagg Decl. ¶¶ 10-11 | |
| Exhibit 65 to Aragon Declaration – Entire Document | Contains confidential information identifying PowerSchool customers and non-public details of customer subscriptions or contractual relationships. Disclosure would reveal PowerSchool's customer relationships and commercially sensitive terms, which competitors could use to target those customers with competing services or pricing offers and thereby undermine PowerSchool's customer relationships and negotiating position. | Flagg Decl. ¶¶ 10-11 | |
| Exhibit 66 to Aragon Declaration – Entire Document | Contains confidential and commercially sensitive information regarding PowerSchool's internal data processing and storage practices and privacy and | Flagg Decl. ¶¶ 6-7 | |

| Exhibit to be Sealed | Reasoning | Declaration Citation | Order |
|---|---|---|---|
| | security procedures, the disclosure of which would reveal details of PowerSchool's internal systems, processes, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | | |

**IT IS SO ORDERED.**

DATED: _____________, 2026

______________________________________

HON. JAMES DONATO
UNITED STATES DISTRICT JUDGE