# EXHIBIT B

# SUBMITTED UNDER SEAL

*Cherkin, et al. v. PowerSchool Holdings, Inc*.
Expert Report by Cathy O'Neil
January 20, 2026

## I. Background and qualifications

My name is Catherine O'Neil, and I am a mathematician and data scientist. I have been hired by the EdTech Law Center and Hagens Berman Sobol Shapiro LLP to look into and form an opinion on PowerSchool's claims of having built and offering to sell to school systems algorithms that will predict, among other things, a student's chances of graduating. I have found that there are various risks to students by the use algorithms by their schools or by third party entities given access to this tool. It is also my understanding that PowerSchool has not tested their algorithms for bias or accuracy. It is my opinion that it would be relatively easy to test the algorithms for bias or accuracy and that PowerSchool should do so.

In forming my opinions, I have relied on my expertise and experience. I have identified documents and materials that I have considered in the appendix and have cited to documents I considered in forming my opinion in the text below.

## II. More about my Background

I was an undergrad math major in college at UC Berkeley, and then I got a Ph.D. in mathematics in 1999 from Harvard University. I then taught mathematics at MIT and Columbia College, after which I worked in finance for 4 years as a quantitative analyst and risk researcher. I then became a data scientist and started an algorithmic auditing company called ORCAA in 2016. Since then, ORCAA has audited dozens of AI and other automated systems in high-stakes areas including credit, insurance, hiring, housing, and social media. ORCAA has assisted public officials investigating and overseeing these systems, including two state Insurance Commissioners, Attorney Generals in three states as well as three multistate AG investigations, two federal agencies, and state agencies in two states.

In the past two decades, my publications include *The Shame Machine: who profits in the new age of humiliation*, *Weapons of Math Destruction: how big data increases inequality and threatens democracy*, and *Doing Data Science: straight talk from the front line*. I was also a Bloomberg Opinion columnist until 2022. I started the non-profit OCEAN in 2025, which received 501(c)3 status in September 2025.

I was retained to evaluate PowerSchool's claims about its algorithms. I have testified in the past four years on two other cases, one for the California Department of Justice regarding the formulas in "Appendix J" and how they pertain to businesses that make loans to other businesses, and a wage theft case involving a class action law firm. [1]This report was written by

[1] *Small Business Finance Assn. v. Clothilde Hewlett, No*. 03301-135-SA2022803044 (C.D. Cal).

myself and Jake Appel, my ORCAA colleague working under my supervision. We are being compensated for our work on an hourly basis at the rate of $350 per hour for me, and $250 per hour for Jake.

## III. A General Discussion: What is an algorithm?

How do you decide what to wear in the morning? You look in your closet at the available clothes and, depending on your memories and how you think your day will unfold, you decide what to wear. If you need to look professional, you'll choose a different outfit than if you're merely trying to be maximally comfortable.

You are using a "getting dressed" algorithm. Let me explain.

An algorithm needs two ingredients to do pattern matching: historical data and a definition of "success." The data can be simply memories stored in your head or digitized records stored on a computer. The definition of success can likewise be personal feelings of "being comfortable" or "being professional" or they can be mathematical formulas that computers can understand.

The algorithm sifts through the historical data provided to it, looks at examples of "success" as defined, and identifies patterns from the past that distinguished the successful cases from the others. The algorithm learns from historical data what was successful in the past and predicts similar things to be successful in the future. In the examples of getting dressed, you could have a bad memory of wearing a particular pair of pants that ended up being uncomfortable, which would lead you to discard this choice (if the goal today is to be comfortable). If a computer is doing this pattern matching, the math behind these techniques is able to find subtle, complicated patterns that people often can't. In fact, they sometimes find patterns that aren't even explainable or understandable to people.

Two important points: first, the definition of success really matters. If you want to look professional day after day, you'll end up wearing very different outfits than if you are optimizing for comfort. Second, whomever decides what "success" looks like for a powerful algorithm is actually wielding an enormous amount of power. Algorithms deployed by businesses are given a definition of success that primarily optimizes to profit. That might not be - and quite often, isn't - what is best for the rest of us; imagine an algorithm that tells us to wear uncomfortable pants every single day.

## IV. What does PowerSchool offer?

PowerSchool represents that it offers end-to-end services, connecting administrators to classrooms to homes, and provides school districts with tools to "securely manage student data, enrollment, attendance, grades, instruction, assessments, human resources, talent, professional development, special education, data analytics and insights, communications, and college and career readiness."[2]

---

[2] https://www.powerschool.com/bain-capital/ dated October 1, 2024.

As of the date of this report, PowerSchool publicly represents that it is used by over 60 million students and 18,000 school organizations across more than 90 countries.[3]




**A. PowerSchool's analytics and insights products process student data.**

The following is a list of some of PowerSchool's products:

1. Student Information Solutions
2. Personalized Learning Solutions
3. Student Success Solutions
4. College, Career & Life Readiness Solutions
5. Analytics and Insights

These products are advertised on its website among other offerings, on the "Solutions" page.[4]

---

[3] https://www.powerschool.com/, screenshot from January 13, 2026.
[4] https://www.powerschool.com/solutions/, screenshot from January 13, 2026.




For each of the above products, we plan to look into first, what it is described as doing, and second, what it does with student data or what student data it offers access to. We will use as references the public-facing PowerSchool website, the Data Processing Impact Reports, and the company's internal wiki when relevant.

For each of the above products, we will conclude that the product would not function effectively without access to student data.

**B. PowerSchool's Student Information Solutions**

According to the website[5,6], the PowerSchool Student Information System ("PowerSchool SIS")

- serves approximately 17 million students,
- is described as "the most widely used K-12 student information system,"
- assists schools with flexible scheduling, attendance, grading, and calendaring, and
- gives instant access to "attendance, behavior, health, graduation progress, assets, and student demographics."

(screenshots taken January 13, 2026)

---

[5] https://www.powerschool.com/solutions/student-information/powerschool-sis/

[6] Unless otherwise noted, all websites and wiki pages were last accessed January 13, 2026.


powerschool.com/solutions/student-information/powerschool-sis/
MGH
ORCAA - Google...
dwm
OCEAN
All Bookma
Products
Your Needs
Support a Role
Customers
PowerSchool AI
Resources
Global Regions
Company
Get a Demo
The PowerSchool SIS Difference: Built for K-12. Backed by Experts. Proven to Deliver.
Configure to Your Specific Needs
Customize data fields, pages, and tables to collect exactly what you need. Plus, use flexible scheduling, attendance, grading, calendaring, and reporting to match your workflows.
Promote Family Engagement
Empower families with real-time access to grades, attendance, and progress through the mobile app or portals—driving stronger communication and accountability.
Ensure Data Security
Rely on our security and compliance experts to safeguard your information. Optional Microsoft Azure cloud hosting adds even more protection while cutting costs and maintenance —backed by ISO 27001 and SOC 2 certifications.
Maximize School Funding
Accurate compliance reporting ensures maximum school funding. Our compliance experts stay on top of education department requirements and reporting changes, to provide you a library of pre-built reports.


powerschool.com/solutions/student-information/powerschool-sis/
MGH
ORCAA - Google...
dwm
OCEAN
All Book
Products
Your Needs
Support a Role
Customers
PowerSchool AI
Resources
Global Regions
Company
Get a Demo
Manage School Operations from Anywhere
Results-Driven Reporting
Standards-Ready Gradebook
Enhanced Family Experience
Simple School Payments
Talk to Your Data
Master Scheduler
PowerSchool SIS
Advanced Reports
Results-Driven Reporting
Unlock critical insights with powerful ad hoc reporting tools that deliver clear, customizable reports. Access data instantly on attendance, behavior, health, graduation progress, assets, and student demographics —all protected by strict regulatory standards to keep your student data safe.







[redacted]

- [redacted]

[redacted]

[7] Flagg Ex. 2, PWRSCHL_00645479 at 482–483 (pages 4 and 5).

[redacted]

According to the PowerSchool wiki[8], PowerSchool SIS can be configured to collect more information than is set forth in the DPIA. For example, PowerSchool SIS also allows for the creation of:

- Discipline incident reports,[9] which collect information about behavioral incidents and code participants as Reporter, Victim, Witness and Offender.[10]
- "Student observations," under which teachers can select any student at the school and create an "observation" about them.[11]
- "Citizenship codes," which are "used when grading students."[12] Citizenship codes can be enabled or suppressed for parents and students, teachers, and administrators, meaning that administrators may be able to see citizenship codes in the PowerSchool Admin portal while parents and students are unable to see them in the PowerSchool Student and Parent portal.[13]

PowerSchool SIS would not function without the student data set forth in the DPIA, and would have reduced functionality without the additional student data set forth on the product documentation page.

**C. PowerSchool's Personalized Learning Solutions: Schoology Learning**

According to PowerSchool's website,[14] one of PowerSchool's Personalized Learning Solutions, Schoology Learning, is a learning management system that "[c]onnects . . . teachers, students and families in a single, centralized hub for personalized teaching and learning" and enables "personalized teaching and learning" by "integrat(ing) assessments, curriculum, learning management, and instructional content to improve student outcomes."

(screenshots taken January 14, 2026)

[8] https://ps.powerschool-docs.com/pssis-admin/latest/
[9] https://ps.powerschool-docs.com/pssis-admin/latest/work-with-incidents
[10] https://ps.powerschool-docs.com/pssis-admin/latest/incident-code-types
[11] https://ps.powerschool-docs.com/pssis-admin/latest/student-observation-setup
[12] https://ps.powerschool-docs.com/pssis-admin/latest/citizenship-codes
[13] https://ps.powerschool-docs.com/pssis-admin/latest/display-options
[14] https://www.powerschool.com/solutions/personalized-learning/







The above claims imply that the platform collects student data to personalize lessons for students. The website does not elaborate on how the personalization works or how the student data is used.

[redacted]

---

15 Flagg Ex. 3, PWRSCHL_00644375 at 377–379

[redacted]

According to the PowerSchool product documentation website,[16] Schoology Learning can be configured to process more information than is set forth in the DPIA. For example, PowerSchool Schoology Learning also allows for the creation of:

- Student Mastery Details,[17] which reflects "student achievement on any school or district-level learning objective aligned to course materials," and includes the "mastery level achieved for the objective based on your school or district's mastery scale" and "[t]he number of observations scored out of the number of materials aligned to the objective." The PowerSchool product documentation website does not disclose how the "mastery level" is calculated.
- Chat logs with PowerBuddy chat,[18] an "AI helper." These chats are stored indefinitely and can be "flagged for review by your teachers, school officials, and administrators" for containing "inappropriate content," including but not limited to "violent topics or profanity." The PowerSchool product documentation website does not disclose how it determines what content is "inappropriate."

Schoology Learning would not function without the student data set forth in the DPIA, and would have reduced functionality without the additional student data set forth on the product documentation page.

**D. PowerSchool's Personalized Learning Solutions: Performance Matters**

Another of PowerSchool's Personalized Learning Solutions, Performance Matters, allows schools to "[e]asily administer both classroom level and common district assessments to identify instructional opportunities with sophisticated analyses of assessment results and whole-child student metrics," according to its website.[19]

---

[16] https://uc.powerschool-docs.com/en/schoology/latest/
[17] https://uc.powerschool-docs.com/en/schoology/latest/district-mastery-student-mastery-details
[18] https://uc.powerschool-docs.com/en/schoology/latest/powerbuddy-chat-students
[19] https://www.powerschool.com/solutions/personalized-learning/, after clicking on "Performance Matters" button




The website does not elaborate on what those sophisticated analyses and metrics are, or which types of student data inform them.

[redacted]

According to the PowerSchool product documentation website,[21] Performance Matters can be configured to process more student data than is set forth in the DPIA.

- For example, Performance Matters can be configured to display "early warning indicators' for a category, including Attendance, Behavior, and Mobility,[22] a measurement of the number of schools a student has been in the past.
- Performance Matters can also be configured to display information about individual students,[23] which "analyzes assessments by students at the item level and compares class performance to school and district performance," allowing for a teacher to "identify areas of weakness and remediation needs."

---

[20] Flagg Ex. 5, PWRSCHL_00645375, 377–379
[21] https://uc.powerschool-docs.com/performance-matters/latest/
[22] https://uc.powerschool-docs.com/performance-matters/latest/early-warning-admin
[23] https://uc.powerschool-docs.com/performance-matters/latest/student-item-analysis

Performance Matters would not function without the student data set forth in the DPIA, and would have reduced functionality without the additional student data set forth on the product documentation page.

### E. PowerSchool's College, Career & Life Readiness Solutions: Naviance

One of PowerSchool's College, Career & Life Readiness Solutions, Naviance, uses student data to "create tailored future plans" based on the "strengths, interests, and career goals" of students, and leverages this data to "assess college and career readiness," according to its website.[24]

Also, according to its website, PowerSchool's Naviance product "[l]everage[s] data-driven insights to track growth, assess college and career readiness, and optimize strategies for future planning and improvement." PowerSchool's website does not explain what those "data-driven insights" are, does not define "growth," does not define "college and career readiness," and does not disclose the student data that informs those insights and metrics.

(Screenshot taken Jan 14, 2026)




[redacted]

---

[24] https://www.powerschool.com/solutions/college-career-and-life-readiness/

[25] Flagg Ex. 4, PWRSCHL_00644472, 474–476

[redacted]

According to the PowerSchool product documentation website,[26] Naviance can be configured to process more student data than is set forth in the DPIA.

- For example, Naviance processes specific information about students from Grade 6 to Grade 12, including information related to "Self Discovery," "College Planning," "Scholarships," and "Careers Planning."[27]
- Taking "CCLR Framework Grade 6 Objectives and Activities" as an example, Naviance purports to process student information relating to the "ASCA Behaviors and Mindsets," "Redefining Ready!," and "CASEL Competencies."[28]
    - The "ASCA Behaviors and Mindsets" appears to refer to the "American School Counselor Association Mindsets & Behaviors for Student Success."[29]
    - "Redefining Ready!" appears to refer to "a national initiative launched by the AASA (The School Superintendents Association) to introduce new research-based metrics to more appropriately assess that students are college ready, career ready and life ready."[30]
    - "CASEL Competencies" appears to refer to competencies developed by the Collaborative for Academic, Social, and Emotional Learning.[31]
- Naviance for Elementary can process information related to elementary students' career interests, their interests in life, and the lifestyle they want to lead.[32] This is meant for 3rd, 4th, and 5th graders.

Naviance would not function without the student data set forth in the DPIA, and would have reduced functionality without the additional student data set forth on the product documentation page.

**F. PowerSchool's Student Success Solutions: MTSS**

One of PowerSchool's Student Success Solutions, MTSS, allows schools to "[i]dentify, track, and support student needs with extensive inputs; conduct and monitor interventions; and review MTSS framework efficacy for continuous improvement," according to its website.[33]

---

[26] https://ps.powerschool-docs.com/naviance/latest/
[27] https://ps.powerschool-docs.com/naviance/latest/naviance-overview
[28] https://ps.powerschool-docs.com/naviance/latest/cclr-framework-grade-6-objectives-and-activities
[29] https://www.schoolcounselor.org/Standards-Positions/Standards/ASCA-Mindsets-Behaviors-for-Student-Success
[30] https://www.redefiningready.org/
[31] https://casel.org/fundamentals-of-sel/what-is-the-casel-framework/
[32] https://ps.powerschool-docs.com/naviance-elementary/latest/up-the-ladder
[33] https://www.powerschool.com/solutions/student-success/




According to its website, MTSS "[p]rovide[s] the rich, connected data educators need to proactively identify at-risk students and recommend additional and differentiated support" and allows "[a]ccess [to] whole-child data for any individual students and shared PowerSchool student groups."[34]




PowerSchool's website does not explain how students are identified as "at-risk," or what comprises "whole-child data."

[34] https://www.powerschool.com/solutions/data/mtss/

Also according to its website, MTSS is "[a] single solution to communicate with stakeholders and monitor progress from one location;" lets students be "[q]uickly and easily enroll[ed] . . . in an intervention;" and allows for the "[c]aptur[ing] [of] notes, artifacts, and observations, and [the] pull[ing] [of] attendance, grades, behavior, and assessment results."[35]







PowerSchool's website does not explain what the "interventions" are or what "artifacts" and "observations" can be captured.

[35] https://www.powerschool.com/solutions/data/mtss/ after clicking the "Execute and Monitor Interventions" button.

[redacted]

According to the PowerSchool product documentation website,[37] MTSS can be configured to process more student data than is set forth in the DPIA.

- For example, MTSS can be configured to process reasons a student is enrolled into an intervention and reasons a student is withdrawn from an intervention.[38]
- MTSS can be configured to compare up to ten students' progress in an intervention.[39]
- MTSS interventions must be configured with a "secure flag" to hide the results from other reports.[40]

MTSS would not function without the student data set forth in the DPIA, and would have reduced functionality without the additional student data set forth on the product documentation page.

**G. PowerSchool's Student Success Solutions: Behavior Support**

Another of PowerSchool's Student Success Solutions, Behavior Support, "Support the whole child with the only evidence-based (ESSA Level II) behavior solution proven to reduce suspensions and referrals and increase school positivity," according to its website.[41]

(screenshot January 14, 2026)

[36] PWRSCHL_00646371 at 373-375
[37] https://uc.powerschool-docs.com/unified-insights/latest/
[38] https://uc.powerschool-docs.com/unified-insights/latest/intervention-settings
[39] https://uc.powerschool-docs.com/unified-insights/latest/compare-students-progress
[40] https://uc.powerschool-docs.com/unified-insights/latest/intervention-settings
[41] https://www.powerschool.com/solutions/student-success/




According to its website, Behavior Support tracks a "Positivity Ratio" that "[k]eep[s] track of positivity and monitor[s] behavior interactions across student groups, classrooms, and schools to get a better sense of the overall school culture."[42]

(screenshot January 14, 2026)




The website does not explain what the "positivity" metric purports to measure, how "positivity" is calculated, or what student data is used to inform "positivity." Also, according to its website,

[42] https://www.powerschool.com/solutions/student-success/behavior-support/ after clicking the "Positivity Ratio" button.

Behavior Support implements student surveys that "[e]ncourage student participation and receive feedback aligned to SEL competencies and school climate with student surveys."[43]

(screenshot January 14, 2026)




[redacted]

According to the PowerSchool product documentation website,[45] Behavior Support can be configured to process more student data than is set forth in the DPIA.

- For example, Behavior Support can be configured to process "positive behavior by ethnicity" by school year, allowing for the "analy[sis of] the percentages of students and positive behaviors categorized by ethnicity for all student," including a list of "individual students."[46]
- Behavior Support can also be configured to process Positive Behavior by Ethnicity for Males and Positive Behavior by Ethnicity for Females.
- Behavior Support can also be configured to process "Negative behavior by ethnicity," including a list of students.

---

[43] https://www.powerschool.com/solutions/student-success/behavior-support/ after clicking the "Student Surveys" button.
[44] PWRSCHL_00644501 at 505.
[45] https://uc.powerschool-docs.com/unified-insights/latest/
[46] https://uc.powerschool-docs.com/unified-insights/latest/behavior-support-ethnicity-analysis

- Behavior Support can be configured to process Negative Behavior by Ethnicity for Males and Negative Behavior by Ethnicity for Females.
- The Behavior Support product documentation page does not describe how a behavior is categorized as positive or negative.

Behavior Support would not function without the student data set forth in the DPIA, and would have reduced functionality without the additional student data set forth on the product documentation page.

### H. PowerSchool's Student Success Solutions: Attendance Intervention

Another of PowerSchool's Student Success Solutions, Attendance Intervention, is an "all-in-one solution for boosting attendance and improving communication between school and home."[47]

(screenshot January 14, 2026)




Attendance Intervention "[e]nsure[s] students attend school consistently by automating data-driven attendance interventions and personalized communication," and "[e]mpower[s] your entire school community to spot early warning signs of absenteeism and implement timely interventions."

---

[47] https://www.powerschool.com/solutions/student-success/attendance-intervention/




The website does not explain what the "data-driven attendance interventions" are, or what data drives them. The website also does not explain what the "early warning signs of absenteeism" are, or how student data informs those warning signs.

[redacted]

According to the PowerSchool product documentation website,[49] Attendance Intervention can be configured to process more student data than is set forth in the DPIA. For example, Attendance Intervention can be configured to process student attendance by race, based on students' "ethnicity" or "primary racial background: American Indian/Alaska Native, Asian/Pacific Islander, Black, Hispanic, Unknown/Unspecified, White."[50]

Attendance Intervention would not function without the student data set forth in the DPIA, and would have reduced functionality without the additional student data set forth on the product documentation page.

[48] PWRSCHL_00644221 at 223–225.
[49] https://uc.powerschool-docs.com/unified-insights/latest/
[50] https://uc.powerschool-docs.com/unified-insights/latest/ais-overview

### I. PowerSchool's Data, Analytics & Insights

PowerSchool's Data, Analytics & Insights Solutions provide "an end-to-end solution with data, analytics, visualization and embedded tools and workflows all in one," according to its website.[51] These solutions purport to "[b]ring together essential data to unlock powerful insights, drive actions, and fuel AI-powered personalization" and "[u]ncover trends and patterns over time to drive student growth and improve educational outcomes."




---

[51] https://www.powerschool.com/solutions/data/

According to its website, PowerSchool's Data, Analytics & Insights product "is the only K-12 early warning system to identify students at risk of not graduating on time using predictive models unique to your specific school district,"[52] and "[m]onitor[s] student readiness for college or the workplace through three key components: student credits, graduation analytics, and National Clearinghouse data[.]"[53]







52 https://www.powerschool.com/solutions/data/ after clicking on the "Risk Analysis" button.
53 https://www.powerschool.com/solutions/data/ after clicking on the "Student Readiness Analytics" button.

The website does not explain the "predictive models" that identify whether a student is at risk of not graduating on time, and does not explain the "student credits," "graduation analytics," or "National Clearinghouse data" that are used to monitor "student readiness for college or the workplace[.]"

[redacted]

According to the PowerSchool product documentation website,[55] Analytics & Insights can be configured to process more student data than is set forth in the DPIA:

- Such data broadly includes information related to student analytics, enrollment, attendance, behavior academics, assessments, risk analysis, student readiness analysis, and engagement with learning management systems.[56]
- For example, Analytics & Insights can be configured to process a student's total number of logins to a Learning Management System (LMS).[57]
- Analytics & Insights can also be configured to process various measures and trends of students' time on the LMS each day.[58]
- Analytics & Insights can be configured to display a detailed profile of an individual student, including their attendance, behavior, academic record, assessment, risk analysis, student readiness, interventions, and behavior support.[59]

Analytics & Insights would not function without the student data set forth in the DPIA, and would have reduced functionality without the additional student data set forth on the product documentation page.

---

[54] Exhibit 7, PWRSCHL_00645530 at 532-535.
[55] https://uc.powerschool-docs.com/unified-insights/latest/
[56] https://uc.powerschool-docs.com/unified-insights/latest/student-analytics after expanding left menu from Dashboards and Student Analytics.
[57] https://uc.powerschool-docs.com/unified-insights/latest/student-activity-data-wall
[58] https://uc.powerschool-docs.com/unified-insights/latest/student-activity
[59] https://uc.powerschool-docs.com/unified-insights/latest/student-profile

### J. PowerSchool's Connected Intelligence

PowerSchool's Connected Intelligence product "[i]ngest[s] data from any source and format (structured, semi-structured, and unstructured) to make the most efficient and effective use of all data," provides "unparalleled performance data integration, processing, accessibility, ad-hoc reporting, and analytics," and provides "[s]calable AI-ML data analysis, eliminating data redundancy and security risks by bringing AI to your data in a secure data lake," according to its website.[60]




PowerSchool's Connected Intelligence purports to place district data "in a secure data lake" and offers "[a]ccess to all your data[.]"

---

[60] https://www.powerschool.com/solutions/data/connected-intelligence/




However, PowerSchool's website does not explain what "all" data truly means, or to whom "your" refers to.

[redacted]

[redacted]

[redacted]

[redacted]

---

[61] Flagg Exhibit 6, PWRSCHL_00645470 at 472-476.

There does not appear to be a publicly accessible product documentation website for Connected Intelligence.

Connected Intelligence would not function without the student data set forth in the DPIA.

**V. PowerSchool (PS) builds algorithms**

In some statements, it might seem that PowerSchool does not provide ready-made algorithms, but only provides a platform with which school systems can build their own predictions for graduation rates or likelihoods for individual students. However, there is also evidence that they do in fact provide algorithms. There are two sources of evidence for this. First, their own webpage, and second, a training process they describe that uses an anonymized dataset called Cumberland.

As an example, when you go to PowerSchool's Risk Analysis website[62] and click on "Machine Learning Individual Factors," the following statement appears (we have also attached a screenshot in the appendix):

> This tool uses multiple PowerSchool-designed algorithms to identify individual factors' connection to graduation—such as attendance, behavior, credits, GPA, and state and interim assessments.

[redacted]

[redacted]

[redacted]

My conclusion is that PowerSchool offers their customers ready-made algorithms that predict the chances an individual student will graduate based on an opaque scoring system that depends on data that the school is to provide related to attendance, behavior, grades, standardized tests, and school credits.

---

[62] https://www.powerschool.com/solutions/data/risk-analysis/

[63] Flagg 30(b)(6) deposition, 386:18-387:9.

Indeed there are other descriptions of product features that include predictive models.

Here are three examples of "early warning systems":

1. The Attendance Intervention product, [redacted] claims "to spot early warning signs of absenteeism and implement timely interventions."
2. Performance Matters, another PowerSchool product, can be configured to display "early warning indicators' for a category, including Attendance, Behavior, and Mobility. [redacted]
3. As noted above, PowerSchool's Data, Analytics & Insights product "is the only K-12 early warning system to identify students at risk of not graduating on time using predictive models unique to your specific school district."[64] [redacted]

Any "early warning system" incorporates an underlying mathematical model that purports to correlate to future actions or inactions. In other words, a predictive model.

To give an idea of why this matters, what the stakes are, and how things can go wrong, the next sections of this report will focus on graduation predictions.

## VI. Graduation Predictions are High Stakes

Whether someone graduates is really important. It's important to a given student and their parents, and to the school. But, crucially, they are important for different reasons.

For students and their parents, it is evident that their likelihood of graduating is important: a high school diploma increases their estimated life-time earnings by 57% for women, and 36% for men, over not having a high school diploma.

For the school, the graduation rate in a given year might be a publicly known statistic that influences the parents of potential future students, or the school's funding or resources, or even the leaderships' bonuses. For that reason they might want to keep it high. They might therefore use the PowerSchool algorithms to optimize their graduation rate.

[64] https://www.powerschool.com/solutions/data/ after clicking on the "Risk Analysis" button.

## VII. PowerSchool Algorithms Could be Accurate Yet Harmful

Both schools and students want high graduation rates. But that does not mean that students and school administrators are completely aligned when it comes to PowerSchool algorithms, even if those algorithms are 100% accurate, which no algorithm is.

For example, a school worried about their graduation rate could give up on a student who has apparently low chances of graduating. Instead of putting in extra time with a student, the algorithm might deem that student below some threshold for being worth worrying about. Indeed there is another tab on the same webpage as above which suggests exactly this purpose for the PowerSchool algorithms. Under District-Controlled Thresholds, a copy which we have placed as a screenshot in the appendix, the following text appears:

> Gain the flexibility to support district-specific data elements and goals. Districts can choose to keep machine learning-based thresholds or override them and choose their own.

If a school system wanted to attain a graduation rate of 85%, for example, the statements by PowerSchool supports a finding that the platform would allow the school system to set that threshold and bin all of the students, from highest risk to lowest risk, by their chances of graduating. The school system could then decide which students would no longer be viable (high risk) versus which students were close to graduating (moderate risk) and would therefore be more likely to graduate with extra attention. They could concentrate their efforts on the kids who are likely or very likely (moderate or low risk) to graduate and ignore the ones that are labeled high risk.

This of course would be great for those students who got extra attention and terrible for the ones that didn't make the cut-off. They would indeed end up less likely to graduate because the resources would be moved away from them.

In an extreme and grim use of such a tool, school administrators could even try to purge those students from their school, which quite obviously would not benefit them.

## VIII. PowerSchool Algorithms risk being Inaccurate and Racially Biased

The previous section contained an explanation of how individual graduation predictions could be harmful for students even if they are entirely accurate. But there's reason to think that such tools contain racial bias, simply because the ingredients in the algorithm do.

Namely, "behavior" factors probably relate to records of school discipline, which is known to contain racial bias. Namely, because of unintentional implicit bias, the same behaviors are given different treatments depending on the race of the student, and in particular students of color

get worse punishments for engaging in the same behavior as white students do. This will translate into harsher data, which will translate into higher risk scores for students of color.[65]

For that matter, test scores are also known to embody implicit racial bias, for similar reasons, and the outcomes again work against students of color: they will receive worse test scores for graduation because of their race, not their actual underlying abilities or behaviors.[66]

Given the above two well-known and documented sources of bias, this strongly suggests that the opaque predictive algorithms that PowerSchool provides to school systems are working against students of color in particular.

## IX. PowerSchool Does Not Test its Algorithms for Fairness

In one of the depositions, the PowerSchool representative suggested that there is no testing whatsoever on the accuracy or fairness of the predictive algorithms. Here is an excerpt from the deposition:[67]

> "Q. Has PowerSchool ever studied whether the risk analysis model contained in its Unified Insights products creates discriminatory outcomes settlement?
>
> A. No, we have not done that, again, because schools utilize it very differently. And the model is not something that we own. It's something that we're implementing. So no, we haven't done that."

This lack of interrogation is unreasonable given the high stakes nature of the prediction, and the possible risks as outlined above.

For that matter, there are all kinds of data quality problems that could arise for various reasons, such as mistaken inputs or missing inputs because of teacher absences, that could result in inaccurate risk scores and, as we saw above, unintentional harm to students. If there are no monitors in place for these algorithms, such data quality problems would not raise alarms.

## X. Data Sharing Poses More Risks for Students

[redacted]

For example, there was a Tampa Bay Times investigation where a school shared student data with a local Sheriff's Office, in particular sharing their attendance and grade data. Some of

---

[65] NAACP Legal Def. & Educ. Fund, Inc. (LDF) Thurgood Marshall Inst., *Locked Out of the Classroom: How Implicit Bias Contributes to Disparities in School Discipline* (2017–2018).

[66] Mark J. Chin, David M. Quinn, Tasminda K. Dhaliwal & Virginia S. Lovison, *Bias in the Air: A Nationwide Exploration of Teachers' Implicit Racial Attitudes, Aggregate Bias, and Student Outcomes*, 49 Educ. Researcher 566 (Nov. 2020), https://doi.org/10.3102/0013189X20937240.

[67] Flagg 30(b)(6) deposition, at 233:4-8.

those students were then deemed, after merging the data with other data, to be at high risk of committing crimes by the Sherriff's Office. According to the report, those students were not directly harmed; they were offered counseling and mentorship. But the risk remains that another school system could similarly share such data with outside third parties that take punitive action based on risk scores, causing harm to those students.

## XI. Public schools have purged low-performing students for more than a decade.

In 2015 at a Success Academy charter school in New York City, a list entitled "Got to Go" with the names of 16 students was leaked to the New York Times.[68] The students had repeated behavior issues, like being disruptive in class, and the school wanted them out. The article details how Success Academy did not formally expel the students, but made it untenable for them to stay: "[the families'] lives were upended by repeated suspensions and frequent demands that they pick up their children early or meet with school or network staff members." This approach proved effective: nine of the 16 students on the list withdrew from the school by the end of the academic year.

A decade later the same dynamic was playing out in Philadelphia. The Philadelphia Inquirer reported, "a dozen current and former district administrators … say some pupils with behavior problems are pushed by charters out to Philadelphia School District schools."[69]

These examples show that, where it appears a student does not align with the school's expectations, some administrators will try to nudge them out, even using questionable methods. Since some charter schools care deeply about having high graduation rates (e.g., to attract more students), having a low graduation prediction could target a student for exactly this kind of harm.

## XII. The PowerSchool Graduation Algorithm Could be Tested

I am an algorithmic auditor, and I get hired to audit algorithms for bias and accuracy.[70] PowerSchool has not provided the data necessary for me to do this testing on its algorithm, but I could do the following if I were given sufficient data:

1. I could test for accuracy if I were given all of the graduation predictions at whatever time(s) they were available to teachers and administrators of a given school, and if I was also given the information of whether the student graduated or not at the appropriate time.

---

[68] https://www.nytimes.com/2015/10/30/nyregion/at-a-success-academy-charter-school-singling-out-pupils-who-have-got-to-go.html

[69] https://www.inquirer.com/newsletters/morning/philly-principals-claim-charters-push-troubled-kids-to-district-schools-20251217.html

[70] *See* N.Y.C. Local Law No. 144 (2021) (governing Automated Employment Decision Tools). I regularly conduct bias audits under this law and could do so here applying a similar methodology. The methodology is described in the law and incorporated herein.

2. I could test for racial bias in the predictions if I were given the scores and the races of the students. This would give me raw "race gaps" in, for example, the percentage of students that are classified as "high risk."
3. I could test for ability bias in the predictions If I were given information on students' disability / IEP status. This would allow me to measure "disability gaps" in rates of flagging by the algorithm.
4. If I were given the above data, I could also test whether the algorithm makes less accurate predictions for certain groups (e.g., race, disability status) of students than for others.
5. If I were given the algorithm itself, as well as the information of all of the inputs for all of the students, I could trace back to those inputs where the racial differences originated, if indeed they exist.
6. Imagine that the predictions were shown to have a racial bias and that we traced that back to the fact that there's a gap in behavior related input data. We would want to understand the "ground truth" of this data, in other words we would want to measure the implicit bias. This would best be done with whatever extra information is available about the behavior itself - probably a written description of the behavior by the school representative.
7. If this prediction model were trained on other data, [redacted], I would want to test the bias existing in that data as well, which would likely propagate through to whichever school is using the algorithm.

It is my opinion that conducting the testing I describe above would be relatively easy and inexpensive and that PowerSchool should conducts such tests on its products.

**XIII. Limitations on the Use of this Report.**

This report was prepared in connection with *Cherkin, et al. v. PowerSchool Holdings, Inc.*, No. 3:24-cv-02706-JD (N.D. Cal.).

My report contains proprietary information designated as "CONFIDENTIAL" and "HIGHLY CONFIDENTIAL" under a Stipulated Protective Order entered in the United States District Court for the Northern District of California.

This report and its contents may not be used for any other purpose without the express written consent of ORCAA.

**XIV. Opinions Limited to Available Information**

My opinions in this report are based on the information that has been made available to me to date.

Attached as Appendix A is a list of materials considered. Attached as Appendix B is my CV.

Additional information relevant to the harms of algorithmic profiling by PowerSchool's products may become available at a later time.

Therefore, my opinions may change based on additional documents being made available, inspection access to the products or their source code, the testimony of other witnesses, and court rulings.

I reserve the right to prepare demonstrative exhibits to help me explain or illustrate concepts contained in this report at trial.

Signature

Catherine O'Neil

Appendix: Screenshot from PowerSchool website




https://www.powerschool.com/solutions/data/risk-analysis/
Products
Needs
Roles
Customers
PowerSchool AI
Resources
Regions
Company
Demo
Machine Learning Overall Probability
Machine Learning-Based Individual Factors
District-Controlled Thresholds
Analytics & Insights
Risk Analysis
Cut Scores
Cut Scores
Filter Data
Apple Grove Unified Schools
Clear All Filters
What cut scores are being utilized to determine risk?
District-Controlled Thresholds
Gain the flexibility to support district-specific data elements and goals. Districts can choose to keep machine learning-based thresholds or override them and choose their own.