# EXHIBIT 9

# SUBMITTED UNDER SEAL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

---

EMILY CHERKIN, et al., )

Plaintiff, )

v ) Case No. 3:24-CV-02706-JD

POWERSCHOOL HOLDINGS, INC., )

Defendant. )

_________________________________)

VIDEOTAPED DEPOSITION OF DARRON JAMES FLAGG

APPEARING REMOTELY

December 1, 2025

9:00 a.m. (Pacific Daylight Time)

Reported by: Eileen Mulvenna, CSR/RMR/CRR/RDR

---

DIGITAL EVIDENCE GROUP
1730 M Street, NW, Suite 812
Washington, D.C. 20036
(202) 232-0646

Intelligence?

A. I'm pausing. I'm really thinking here. No, I don't, again, have details on individual customer configurations and decisions.

And I believe there have been customers who have bought Connected Intelligence who didn't have SIS because they wanted to use it for something else. But to your question, I don't know of any specific customers who aren't using CI with SIS.

Q. What about Schoology?

A. Same thing with Schoology. It's -- customers vary. I don't know what products they're all pulling into CI. So I -- I can't answer that question, really. I don't know.

Q. Okay. So I understand that schools are able to add data into Connected Intelligence on their own, but according to -- if we go to page 4, the data flow map, it does appear that school districts also ask -- or are able to transmit that data or make available that data to third-party vendors; is that correct?

A. If they -- if they which -- wish, yeah. Again, it's the same notion. School districts -- schools and districts, it's their data. They can do what -- what -- whatever they wish with it. And if they have some third-party suppliers who want an ability to see it, they -- they have that ability to share it with them. It's -- it's their account, right.

Q. But -- but this is something that -- the transmittal of data or sharing of data with third-party partners, that is something that PowerSchool helps with; right?

[redacted]

Q. Correct.

[redacted]

[redacted]

Q. Okay. And so you're saying that customers are able to share data or allow access to data within Connected Intelligence without any input by PowerSchool?

A. Correct. I mean, once again, they're the data controllers. We -- we're taking orders and doing what they ask us to do. And ultimately, once they're set up, they can do what they want. It's their data.

Our -- our focus, and I'll tell you, is really about making sure the replication and the integrations and the updates are -- are actively

taking place and are -- and are correct. That's
where our focus is with CI.
Q. Okay.
MR. ARAGON: We can take down that --
that exhibit.
BY MR. ARAGON:
Q. Are there any audits or other efforts
by PowerSchool to ensure that data from one customer
is not used by another customer?
A. So I think you're asking me whether we
do a double-check that the barriers that are
natively put in place are actively still -- are
actively working. I think that's what I'm hearing
you sort of say.
Q. Sure. Or maybe I -- well, let me --
let me clarify the question, though. I mean, any
audit. Yeah, not just the barriers, but any
verification taken by PowerSchool. And it may be
one to make sure that those barriers are still in
place.
But I'm asking, are there any audits
or other efforts made by PowerSchool to make sure

that customers aren't using data from other customers?

A. So aside from our annual security reviews and an- -- and that means not just the company generally, but we also do a per product review in that context. We might sort of double-check to make sure everything is set up correctly.

Within the CI context, as I said, it's set up such that only that customer has access to it. So to your question, I think you're really -- said another way, are there instance -- are we checking to make sure everything is accurately set up?

There is a -- there is in the implementation of CI -- because of the replication, it's a really big deal obviously for us that we're putting it into the right location and the right instance. There is really -- that's a big concern.

So in answer to your question, as a function of doing our setup, there are double-checks that are done to make sure that we're replicating

data into the right location, we're setting up to, say, only for that particular school district. And the keys to the CI are only given to the right school.

So to your question, I think those are the ways by which we make sure that there is that separation, in terms of implementing it, doing the replication, and then making sure that the right school district has the keys. That's how I know of it.

More than that, there's not a -- you know, there's not more of a detailed review and double-check. We're not red teaming every single instance of the CI.

Q. Okay. Are there any audits or other efforts by PowerSchool to make sure that PowerSchool itself is not using customer data in any way?

A. Yes. So --

(Cross talk.)

THE WITNESS: So one way -- obviously, we have a number of policies that I'm sure our CISO talked about, a customer handling

policy, ICMS in terms of security.

And so to your question, there's strong training -- annual training that's required for every employee to make sure they're reminded of those policies.

Also, there's the role-based assignments. So only certain people have even access to even think of doing what you're talking or being able to do it. And those people's access are reviewed to make sure we're looking to see what are they doing, are they responding to support cases and -- and such.

There's been some additional narrowing of any of that type of access, as well. So those are the things we do. And every year there's a double-check of access that people have. So what does that mean?

So managers are asked, Hey, so-and-so has access to this. Are they supposed to? Please confirm.

So that's another way of

double-checking that the right people have
access to it.
BY MR. ARAGON:
Q. Okay. Let's talk about Unified Insights, which I believe is the historic name for the product, and it's now called Analytics and Insights; is that right?
A. Yes, sir.
Q. Okay. Can you tell the jury what Analytics and Insights, formerly known as Unified Insights, is?
A. Sure. Under the DPIA, it's a -- it's a platform of really different analytic features. And it's -- it brings together an organization's data from multiple sources to create dashboards and analytics off of them.
The purpose of the product is to really assist school districts in helping them understand their data. They -- they ask questions. They -- I remember one particular customer talked about this, saying, I spend so many hours responding to requests for analysis, and it's so helpful to

have A&I, Analytics and Insights, to help me in -- in processing those requests.

So in short, there are various subproducts, as are listed in the DPIA, but that's the purpose of the platform, to provide districts and schools with a tool that allows them to quickly do analysis that they get asked about every day on -- on their data.

Q. And what student and parent data -- or parent data does Unified Insights assess when making those Analytics and Insights?

A. Well, as we see on page 6 of the DPIA, for the A&I product, you'll notice Section 4A on page 6.

Q. One second, sir, let me interrupt you.

A. Oh, yes. I'm so sorry.

Q. Can we go to Exhibit 7, and pull that up?

And, sir, can you just verify that this is the document you're referring to?

A. Of course.

(Document review.)

THE WITNESS: Yes. I see the Bates stamp. Yes.
BY MR. ARAGON:
Q. Okay. I'm sorry. Yeah, just go on.
A. Yeah, yeah. That's all right.
Q. I asked, what data is considered?
A. Sure. So page 6 really is the answer to your question. Page 6, 4A, as you notice, normally we have these data elements, and it's sort of limited with [redacted]
(The reporter seeks clarification.)
THE WITNESS: If we look at page 6 of the DPIA for Analytics and Insights, [redacted]

[redacted]

BY MR. ARAGON:

Q. Okay. And so all -- all of the PowerSchool products that contain student or parent data, you would agree are a -- the data's able to be uploaded into Unified Insights to conduct an analysis; correct?

A. Yes.

Q. Okay. And are you aware of any school that utilizes Unified Insights that does not utilize PowerSchool SIS?

A. I -- I -- I don't know of individual school's configuration with A&I. So I -- I -- I don't have a -- I can't respond because I don't know. Some schools might have A&I and not have SIS, because they want to use it for some other reason -- you know, for other -- as it says, non-PowerSchool applications that the district at its discretion

wants to use.
But to your presumption, most are probably using it with SIS, I would think.
Q. Okay. And this might be too technical, and if it is, let me know. But my understanding was that [redacted]
Are -- are you aware of that process?
A. I am a little bit, yes. I think Sujit may have -- he's the designated person on -- on A&I. [redacted]
Q. Yeah.
[redacted]
Q. And do you know if that migration has been completed?
A. I -- I don't know if it's been

with the -- with that product.
BY MR. ARAGON:
Q. Okay. How does PowerSchool validate the accuracy of its predictive analytics?
A. Well, given the only predictive type of review that's done is the one we discussed earlier, right. And that is based on metrics that the school will define when saying what is their risk analysis that they want to do, how are they thinking about it, given that there is no confirmation that PowerSchool can do with regard to whether or not a prediction is accurate or not.
So there is no -- yeah, there's no confirmation PowerSchool does. Once we provide the tool, the school districts then util- -- you know, utilize that tool as they see fit. We are not coming back and saying we need to review what you've created in your metrics and -- and confirm them. So that's not what we do.
Q. Okay. But there were -- I believe you testified earlier that some of the risk analysis -- there was a standard set of information that's

considered in making that risk analysis. And we established that schools can alter that standard set. I'm talking about that standard set.

How do you know that that's accurate and -- and predictive of whatever risk it's trying to identify?

MS. ADENDORFF: Objection to form.

THE WITNESS: So, first of all, the standard does not state that if you follow this particular factor or look at this factor, it will generate an accurate prediction of the future.

What those standards are saying is these are the typical factors that school look -- that a school should look at, for example, in determining whether -- whether or not a student is at risk of not graduating.

These are the things that over years we would say would be important things to consider. So those standards and those factors that the -- that the standard board has decided, Hey, these are the important

things, this is what's called out in the -- in the application.

And then as you noted, the ranking of which factor is going to be strongly considered for a school in their analysis will vary.

So when you say, how is PowerSchool confirming the accuracy, it's not something that we would do, it's not something we can do. We're just implementing the basic framework for the standard. So the schools can then adjust to their particular needs.

BY MR. ARAGON:

Q. Okay. Well, let's be clear then. So PowerSchool has done nothing to validate the accuracy of the factors it considers important that it identifies in the risk analysis?

MS. ADENDORFF: Objection to form.

THE WITNESS: Correct. What our -- what our -- what we're doing is what I said earlier. We are implementing within our product well-known standards that then

schools can leverage as they wish.
BY MR. ARAGON:
Q. Right. And then --
(Cross talk.)
A. -- confirming.
Q. Yeah, right.
And then you said also that you can't validate the accuracy of the risk analysis, but that's not true. You could easily validate the accuracy of the risk analysis by going back to see how many people actually graduated; correct?
MS. ADENDORFF: Objection, form.
THE WITNESS: The school could do that, definitely. It's their data. What your question was, is whether or not PowerSchool is actually going in and doing that.
And when you say -- and when I said, you know, that's not something we can do, the reason I said that is because a school might have a metric that they're evaluating.

BY MR. ARAGON:
Q. Right.
A. They typically also have an expectation that they internally know. Hey, we're going to evaluate this. We expect 70 percent are going to graduate. They don't share that with us, and that's something that we ask.
So to your question, could PowerSchool confirm, yes, that metric has been met or not. We don't know what their target for that metric is. So that's -- that's also why I said we can't.
Because we don't actually have all of the information that would be needed, to your point, to be able to say that student -- or those sets of students did or did not graduate and, hence, met the school's goal. Because we don't know what their goal is.
Does that make sense?
Q. Right. Yeah, it does. But you could ask the school or school district. You could say, Could you share that information so we can validate our risk models and make sure that they're accurate;

right?

MS. ADENDORFF: Objection, calls for speculation.

THE WITNESS: We could, but then that would be different for every school, right. And then there would be no value to PowerSchool to do that. Because, again, we are not locking in the metric and the values. The schools can adjust it. So I hear your point.

BY MR. ARAGON:

Q. Right.

A. But no, PowerSchool is not doing that. And then, secondarily, there's no practical reason for us to do that, given the variability and how the -- the analysis or the product is used by the various schools.

Q. Well, just to be clear, you -- you could validate the -- the effectiveness of the risk analysis and report those findings, and schools could use it as they want; right? PowerSchool just chooses not to do that, or asked to do that?

MS. ADENDORFF: Objection to form.

THE WITNESS: In theory, yes, PowerSchool could take the time to generate a report, assuming we had consent from the schools to do that and all the -- but, yeah that's not what we do.

BY MR. ARAGON:

Q. Okay. And so just to be clear, PowerSchool has never attempted to receive consent for a school in order to test the validity of its risk analysis models?

MS. ADENDORFF: Objection to form.

MR. ARAGON: What's the objection to the form? Because that's not an ambiguous question.

MS. ADENDORFF: By effectiveness, he's already testified that it depends what the school -- what the goal was.

BY MR. ARAGON:

Q. Well, that's not -- well, that doesn't matter, sir, does it? I mean, I'm just asking you, have you ever asked a school for permission to

utilize their data in order to assess the effectiveness of your risk analysis?
A. And the .
Q. Okay.
A. And -- and -- because those aren't our risk analysis metrics, those are standards, and schools are then adjusting it. So it's not our standard. We're implementing in our product so that the schools can then do their own evaluation.
But to your point, no, we -- we have not done that.
Q. Okay. Okay. How about -- how about has PowerSchool ever tested its risk analysis, the standard one without being altered by schools, the reliability of that risk analysis?
MS. ADENDORFF: Objection to form.
THE WITNESS: Reliability of it. No, I mean -- so the answer is no. Ultimately, we're implementing a state -- or a standard that has been accepted in the industry, and we're putting that into our application.
Your -- your question seems to be, is

PowerSchool confirming that that standard is reliable? And the answer is no, PowerSchool is not doing that.
BY MR. ARAGON:
Q. What -- what's the standard in the industry that PowerSchool is implementing? What are you -- what are you referencing?
A. Oh, well, in this case we talked about for -- we talked about so many different things. So let me -- let me slow my mind. Let me give -- let me give an example. I think that --
Q. Okay.
A. -- would be helpful.
[redacted]

there's not been analysis done in that area.
BY MR. ARAGON:
Q. Okay. Are there any limits on how customers can use predictions generated by Unified Insights?
MS. ADENDORFF: Objection, calls for speculation.
THE WITNESS: So A&I, as we talked about earlier, is not really providing future predictions. So that's why I'm a little pause on your question.
Can you -- can you repeat that question for me, please?
BY MR. ARAGON:
Q. Yeah, I can even rephrase it.
Does PowerSchool limit customer's use of the risk analysis generated by Unified Insights?
A. No.
Q. Do they limit what type of insights can be generated by Unified Insights?
A. No. Customers can configure the analysis as they wish.

Q. Are there any other PowerSchool products that create insights about students?

MS. ADENDORFF: Objection to form.

THE WITNESS: No. No. I'm pausing on the word "generate insights." As we talked about before, products that we've discussed sort of provide an overview of the data that's available, aside from risk -- risk analysis, which does provide some predictiveness on -- on -- on risk metrics defined by the -- by the school or district.

BY MR. ARAGON:

Q. Right.

A. But no -- but nothing else I can think of, no.

Q. Are there -- I guess what I'm asking, is there also -- was there any other risk analysis product prior to Unified Insights or A&I?

A. No, we -- we acquired Unified Insights really for that reason, because we didn't have that product, didn't have that functionality. So we wanted to bring that into PowerSchool.

(Document review.)

THE WITNESS: So I see what the document is. I do not recognize it. As I testified earlier, I did not directly work on the Picasso project. I was a knower of it for sure but did not help create this document, nor did I review it previously. But I understand what it is, looking at it.

BY MR. ARAGON:

[redacted]

[redacted]

[redacted]

BY MR. ARAGON:

Q. Okay.

But if you don't mind restating your question, I'll do my best to answer.

BY MR. ARAGON:

Q. Sure.

Has PowerSchool or anyone else disclosed to students or parents that PowerSchool receives money, and I said in part, due to the transmittal of student data?

MS. ADENDORFF: Same objection.

[redacted]

BY MR. ARAGON:

Q. Can we go to page 4739 of this document, PWRSCHL_4739?

There is -- sorry, I got to find it.

A. No, it's fine.

Q. Oh, it's actually -- oh, I was on the wrong page. Yeah, 4739. The very bottom of the

[redacted]

MR. ARAGON: Okay. We should probably switch gears. Let's take just a five-minute break, and I want to see where we are on

products. So I -- I'm happy to go through, but at this point I think I would want to -- to state the general policy.

Q. Okay.

A. Yeah, because I -- I don't have each of the scripts with me. I can't -- I can't go through that as much as I would like to for you. So I will -- my testimony is that that's the general policy, that scrubs must remove what I stated earlier specific --

Q. And that's --

A. Yeah.

Q. Go ahead.

A. Yeah. Oh, I -- I think I'm done. Go ahead.

Q. Is that true for all of the products that we've discussed today, all the PowerSchool products --

A. Yes.

Q. -- your testimony would be the same?

A. Yes, it would be the same.

Q. Okay. And if I understand your

testimony correct, the -- the determination of what data fields are removed are made by the product engineer in consultation with yourself; is that right?

A. Yes.

Q. And are there any books, guidelines, websites, professionals, experts, or anyone else who helps guide what data elements must be removed in order to anonymize the data?

A. No, no. As the CPO, that's -- that's -- I take that really personal to make sure the de-ident- -- de-identification happens the way it should.

Q. And what training have you received regarding the de-identification of data and -- well, that -- that's it, the de-identification of data?

A. What training have I received? Well, as a function of my privacy certifications, one aspect of that is, you know, proper de-identification. The HIPAA standard is one that calls out certain requirements for de-identification. So, generally, that's training.

With regard to PowerSchool products, I've spoken to various engineers to show me what the scripts look like, show me the data that's being scrubbed so I'm -- I'm clear what we're doing.

Q. Anything else?

A. Nothing else in terms of training or communications that I can testify to at this point.

Q. Has PowerSchool ever attempted to reidentify previously anonymized data?

A. No.

Q. Has PowerSchool ever hired an expert or consultant to ensure that de- -- de-identified data cannot be reidentified?

A. No.

Q. Are you aware, other than the scrubbing of the data fields, any other technical processes that are used by PowerSchool to de-identify data, such -- such as hashing, tokenization, aggregation, masking, et cetera?

[redacted]

A. No.
And do we need to -- by the way, do we need to have this table still up?
Q. No, you can take it down. We can take it down, yeah. Thanks.
And are you aware of any anonymized data at PowerSchool -- I'm sorry. Do you -- do you -- are you -- are you aware of any risk of anonymized data at PowerSchool being de-anonymized?
A. No.
Q. What about the risk of re-identification when combining PowerSchool's de-identified data with external publicly available data, is that something that PowerSchool's ever considered?
A. No. No.
Q. Okay. Have you developed any written policies or technical specifications that govern how PowerSchool anonymizes data?
A. Aside from what I've already testified and my communications, no.
Q. Well, one second. I -- I don't

BY MR. ARAGON:
Q. And in addressing the data breach, have you had any discussion or analysis of the value of the student and parent data that was taken?
MS. ADENDORFF: Objection, calls for speculation, outside the noticed topics, and calls for potentially privileged communications.
So I instruct the witness not to answer to the extent it involves privileged communications.
THE WITNESS: Would you rephrase your question, sir?
BY MR. ARAGON:
Q. Sure.
Have you guys had any discussion about the value of student data that was taken in the -- in the -- in the data breach, the 2024 data breach?
MS. ADENDORFF: Same objections.
THE WITNESS: No, I will say as a chief private officer, every piece of data is priceless to me. So the incident, of course,

was, yeah, very painful. And no matter what we've done and continue to do to secure and respect the privacy of data, it -- it was a painless situation.

And in my mind, you know, data is very, very valuable, priceless. But no, there has not been any discussion of the actual value.

BY MR. ARAGON:

Q. Do you have any understanding of the value of student data unrelated to the data breach, just the value of student data, generally?

MS. ADENDORFF: Same objections, including instructing the witness not to answer to the extent that the answer would reveal attorney-client privileged communications.

THE WITNESS: The answer to your question is no.

BY MR. ARAGON:

Q. Is that no because of the objection, or no because you have no independent understanding

STATE OF NEW YORK )
ss:
COUNTY OF WESTCHESTER )

I, EILEEN MULVENNA, CSR/RMR/CRR/RDR, a Certified Court Reporter, Registered Merit Reporter, Certified Realtime Reporter, Registered Diplomate Reporter, and Notary Public in and for the State of New York, do hereby certify:

That I reported the taking of the deposition of the witness, DARRON JAMES FLAGG, commencing on the 1st day of December, 2025, at the hour of 9:00 a.m.

That prior to being examined, the witness was duly sworn by me to testify to the truth, the whole truth, and nothing but the truth.

That I thereafter transcribed my said shorthand notes into typewriting and that the typewritten transcript of said deposition is a complete, true and accurate transcription of my said shorthand notes taken down at said time, and that a request has been made to review the transcript.

I further certify that I am not a relative or employee of an attorney or counsel of any of the parties, nor a relative or employee of any attorney or counsel involved in said action, nor a person financially interested in the action.

IN WITNESS WHEREOF, I have hereunto set my signature this 4th day of December, 2025.

____________________________________

EILEEN MULVENNA, CSR/RMR/CRR