# EXHIBIT 16

# SUBMITTED UNDER SEAL

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

EMILY CHERKIN, et al.

Plaintiffs,

v.

Case No. 3:24-cv-02706-JD

POWERSCHOOL HOLDINGS, INC.,

Defendants.

_______________________________)

VIDEOTAPED DEPOSITION OF
JOSEPH SWINGLE

September 15, 2025

11:04 a.m. Eastern Time

Reported by: Lori J. Goodin, RPR, CRR, RSA,
California CSR #13959

Job No. 00170381

[redacted]

[redacted]

Q. Okay. Yeah, I guess I have that.
I guess I'm asking in the, in the Unified Insights database, what student data is in the Unified Insights database?
Not data that they accessed for a particular customer. I'm just saying the Unified Database, hard stop.
MS. BAILEY: Objection, form.
THE WITNESS: Yeah, I -- an individual data element, I could not tell you what they have in there.
BY MR. ARAGON:
Q. Okay.
A. Just as I couldn't tell you all of the data elements that SIS has.
Q. No, I understand that.
[redacted]
Q. Oh, okay. And I am not trying to be

store customer data, is what we do. We don't collect it. They know what we are storing.

Q. Does PowerSchool ever sell student or parent data?

A. No.

Q. So are you aware of any instance of PowerSchool selling data?

A. No.

Q. So, plaintiffs in this case also alleges that PowerSchool compiles the data it collects through each of its platforms and uses it to build, improve, and market its suite of products.

Do you agree with that allegation?

A. Please repeat the question.

Q. Yeah, yeah.

So, plaintiffs in this case, they allege that PowerSchool compiles the data it collects through each of its platforms and uses it to build, improve, and market its suite of products.

And maybe let me break it down and

CERTIFICATE OF NOTARY

* * * * *

I, LORI J. GOODIN, RPR, CRR, RSA, CA CSR # 13959 the Notary for this proceeding, do hereby certify that the witness whose testimony appears in the foregoing proceeding was sworn by me; that I am neither counsel for, related to, nor employed by any of the parties to the action in which this deposition was taken; and, further, that I am not a relative or employee of any attorney or counsel employed by the parties hereto, or financially or otherwise interested in the outcome of this action.

LORI J. GOODIN, RPR, CRR, RSA
CA CSR# 13959

Notary Public in and for:

STATE OF FLORIDA, COUNTY OF SARASOTA
Notary Commission Number: GG987804
My Commission expires: May 12, 2028

STATE OF CALIFORNIA, CA CSR# 13959
My Commission expires: February 22, 2026

DISTRICT OF COLUMBIA, WASHINGTON DC
My Commission expires: June 1, 2026