# EXHIBIT 17

# SUBMITTED UNDER SEAL

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

---------------------------------X
EMILY CHERKIN, ET AL., :
Plaintiffs, :
Case No.:
v. :
3:24-CV-02706-JD
POWERSCHOOL HOLDINGS, INC., :
Defendant. :
---------------------------------X

Deposition of MISHKA MCCOWAN
Conducted Remotely
Wednesday, July 2, 2025
10:30 a.m.

Reported by: Matthew Goldstein, RMR, CRR

DIGITAL EVIDENCE GROUP
1730 M Street, NW, Suite 812
Washington, D.C. 20036
(202) 232-0646

A. GRC, that's risk and compliance.
Q. Okay. GRC?
A. GRC, yes.
Q. Thank you.
Let's switch gears. I know you told me that you're not an expert on this subject, but can you tell me, based on your understanding and your experience at PowerSchool, how PowerSchool stores the data that it obtains from schools and school districts?
[redacted]

Q. Okay. Are there -- other than the cloud storage, of course, are there specific locations or data centers where PowerSchool stores its data?

[redacted]

Q. How does PowerSchool manage its data redundancy and backups?

A. So data redundancy. Data redundancy is going to depend on the architecture of what's happening. In some cases, let's say a cloud storage, like S3 or Azure Blob, that is managed by AWS or Azure. They're responsible for the redundancy there.

For a database, let's say, that we manage, we are responsible for architecting it in such a way that there's a sufficient amount of redundancy for it.

BY MR. ARAGON:
Q. Well, you weren't copied on an answer, you don't recall?
A. I don't. I don't remember this one or if there were subsequent back-and-forth.
Q. Is it your understanding that PowerSchool and/or Hobsons doesn't sell student information, use, or share it elsewhere?
A. It is my understanding that we do not sell student information.
Q. What if that information is de-identified, does PowerSchool then sell that information?
A. I've never heard it qualified. All I have -- my understanding is that we do not sell student data.
Q. So you don't know whether --
MR. ARAGON: You can take this exhibit down.
BY MR. ARAGON:
Q. You don't know whether PowerSchool sells student data that's de-identified?

STATE OF MARYLAND )
ss:
COUNTY OF MONTGOMERY )

I, Matthew Goldstein, Notary Public within and for the State of Maryland, do hereby certify:

That I reported the proceedings in the within entitled matter, and that the within transcript is a true record of said proceedings.

I further certify that I am not related to any of the parties to the action by blood or marriage, and that I am in no way interested in the outcome of this matter.

IN WITNESS WHEREOF, I have hereunto set my hand this 16th day of July, 2025.

________________________________

Matthew Goldstein, RMR, CRR