Shana E. Scarlett (217895)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, California 94710
Telephone: (510) 725-3000
shanas@hbsslaw.com

Leonard W. Aragon (*pro hac vice*)
E. Tory Beardsley (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
11 West Jefferson Street, Suite 1000
Phoenix, Arizona 85003
Telephone: (602)840-5900
leonard@hbsslaw.com
toryb@hbsslaw.com

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

EMILY CHERKIN, et al.,

Plaintiffs,

v.

POWERSCHOOL HOLDINGS, INC.,

Defendant.

Case No.: 3:24-cv-02706-JD

**DECLARATION OF LEONARD W. ARAGON IN SUPPORT OF PLAINTIFFS' RESPONSE TO ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED [DKT 200]**

Judge: The Honorable James Donato

I, Leonard W. Aragon, declare as follows:

1. I am a partner at the law firm Hagens Berman Sobol Shapiro LLP, and I represent Plaintiffs in the above-captioned litigation. I submit this declaration in support of Plaintiffs' Response to Defendant PowerSchool's Administrative Motion to Consider Whether Another Party's Materials Should be Sealed [Dkt. 200]. I have personal knowledge of the matters stated herein and, if called upon, could and would competently testify thereto.

2. There are compelling reasons to seal the below confidential materials. The privacy of a minor's personal and educational data outweighs the public's right to access on the docket. Under FERPA, there are heightened protections for minor's school records. As this case specifically focuses on the protection of student data privacy, maintaining these exhibits under seal protects the minor Plaintiffs and remains consistent with the privacy rights at issue in this case.

3. The specific and highly personal data contained in these exhibits, including but not limited to: S.G.'s full name, GPA, special education status, attendance records, enrollment, and test scores; and L.M.C.'s and M.M.C.'s full name, address, and contact information should be protected from public disclosure.

4. Additionally, the granular logs, including login times and IP addresses, which provide detail about a minor child's private life and location should also be protected from public disclosure.

5. The specific information Plaintiffs seek to seal is identified below for the Court's review:

| **Exhibit No.** | **Lines/Document To Be Sealed** | **Basis for Sealing** |
|---|---|---|
| 11<br>PWRSCHL_00702679 | Entire spreadsheet | This spreadsheet shows minor Plaintiffs L.M.C.'s and M.M.C.'s personally identifying information. Information includes full names, parent names, and emails. |
| 12<br>PWRSCHL_00702680 | Entire document | This document shows minor Plaintiffs L.M.C.'s and M.M.C.'s personally identifying information. Information includes their full names, parental information, and address. |

| | | |
|---|---|---|
| 19<br>PWRSCHL_00702678 | Entire spreadsheet | This spreadsheet shows account registration information for Emily Cherkin, S.G., and her minor children's names, and email addresses. Personally identifying information of minors. |
| 20<br>PWRSCHL_00702665 | Entire spreadsheet | This spreadsheet shows minor Plaintiff S.G.'s personally identifying information. Fields include name, School ID, gender, age, race, language, birth country, special education status, GPA, living with, and "at risk" indicator scores. Personally identifying information and school records of minors. |
| 21<br>PWRSCHL_00702666 | Entire spreadsheet | This spreadsheet shows minor plaintiff S.G.'s attendance at schools. Personally identifying information and school records of minors. |
| 22<br>PWRSCHL_00702667 | Entire spreadsheet | This spreadsheet shows minor plaintiff S.G.'s enrollment and at schools and dates. Personally identifying information and school records of minors. |
| 23<br>PWRSCHL_00702668 | Entire spreadsheet | This spreadsheet shows minor plaintiff S.G.'s test scores, percentiles, test subject, and the "primary result code" of the student showing whether they are "on track," "low average," "high average," etc. Personally identifying information and school records of minors. |
| 24<br>PWRSCHL_00702669 | Entire spreadsheet | This spreadsheet shows minor plaintiff S.G.'s grades. Personally identifying information and school records of minors. |
| 25<br>PWRSCHL_00702682 | Entire spreadsheet | This spreadsheet shows minor plaintiff S.G.'s PII, including email address and graduation |

| | | |
|---|---|---|
| | | date. Personally identifying information and school records of minors. |
| 26<br>PWRSCHL_00702683 | Entire spreadsheet | This spreadsheet shows minor plaintiff S.G.'s PII, Gitenstein including name, birthdate, email, gender, ethnicity. Personally identifying information and school records of minors. |
| 27<br>PWRSCHL_00702671-00702676 | Entire spreadsheet | These spreadsheets shows minor plaintiff S.G.'s login records with date, time, and IP address information. Personally identifying information, data, and school records of minors. |
| 28<br>PWRSCHL_00702677 | Entire spreadsheet | This spreadsheet shows minor plaintiff S.G.'s logins from various IP addresses, documenting HTTP requests for course materials, assignments, and external account logins and her account. Personally identifying information, data, and school records of minors. |

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

EXECUTED: October 19, 2026

/s/ Leonard W. Aragon
Leonard W. Aragon