Shana E. Scarlett (217895)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, California 94710
Telephone: (510) 725-3000
shanas@hbsslaw.com

Leonard W. Aragon (*pro hac vice*)
E. Tory Beardsley (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
11 West Jefferson Street, Suite 1000
Phoenix, Arizona 85003
Telephone: (602) 840-5900
leonard@hbsslaw.com
toryb@hbsslaw.com

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

EMILY CHERKIN, et al.,

Plaintiffs,

v.

POWERSCHOOL HOLDINGS, INC.,

Defendant.

Case No.: 3:24-cv-02706-JD

**DECLARATION OF LEONARD W. ARAGON IN SUPPORT OF PLAINTIFFS' RESPONSE TO ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED [DKT 211]**

Judge: The Honorable James Donato

I, Leonard W. Aragon, declare as follows:

1. I am a partner at the law firm Hagens Berman Sobol Shapiro LLP, and I represent Plaintiffs in the above-captioned litigation. I submit this declaration in support of Plaintiffs' Response to Defendant PowerSchool's Administrative Motion to Consider Whether Another Party's Materials Should be Sealed. I have personal knowledge of the matters stated herein and, if called upon, could and would competently testify thereto.

2. There is good cause to seal the below confidential materials. The privacy of a minor's personal and educational data outweighs the public's right to access on the docket. Under FERPA, there are heightened protections for minor's data. As this case specifically focuses on the protection of student data privacy, maintaining this exhibit under seal protects the minor plaintiff and remains consistent with the privacy rights at issue in this case.

3. The specific personal data contained in this exhibit, including S.G.'s and her sibling's educational history and a description of certain PowerSchool products they used at the school, should be protected from public disclosure.

4. The specific information Plaintiffs seek to seal is identified below for the Court's review:

| **Exhibit No.** | **Lines/Document To Be Sealed** | **Basis for Sealing** |
|---|---|---|
| 44<br>Deposition of Emily Cherkin | 149:7-8, 14-25. | Emily was asked about and testified regarding the years and school grades of her minor children, as well as their interactions with certain PowerSchool products. Personally identifying information of minors. |

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

EXECUTED: October 23, 2026

/s/ Leonard W. Aragon
Leonard W. Aragon