Shana E. Scarlett (217895)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, California 94710
Telephone: (510) 725-3000
shanas@hbsslaw.com

Leonard W. Aragon (*pro hac vice*)
E. Tory Beardsley (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
11 West Jefferson Street, Suite 1000
Phoenix, Arizona 85003
Telephone: (602) 840-5900
leonard@hbsslaw.com
toryb@hbsslaw.com

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

EMILY CHERKIN, et al.,

Plaintiffs,

v.

POWERSCHOOL HOLDINGS, INC.,

Defendant.

Case No.: 3:24-cv-02706-JD

**DECLARATION OF LEONARD W. ARAGON IN SUPPORT OF PLAINTIFFS' REPLY IN SUPPORT OF MOTION FOR CLASS CERTIFICATION**

Judge: The Honorable James Donato

Hearing
Date: November 5, 2026
Time: 11:00 a.m.
Courtroom: 11, 19th Floor

I, Leonard W. Aragon, declare as follows:

1. I am a partner at the law firm Hagens Berman Sobol Shapiro LLP, and I represent Plaintiffs in the above-captioned litigation. I am an attorney duly licensed to practice in Arizona, and I have been admitted *pro hac vice* in this Court. I submit this declaration in support of Plaintiffs' Motion for Class Certification. I have personal knowledge of the facts stated within this Declaration. If called upon, I could and would testify competently to the facts contained in this Declaration.

2. Attached hereto as **Exhibit 1** is a true and correct copy of a January 10, 2025, email from L.M.C. and M.M.C.'s school district notifying families of "a cybersecurity breach that has affected PowerSchool, the company that provides our student information system … [and t]he data that may have been compromised includes family and educator information." [CONCEPCION_000350].

3. Attached hereto as **Exhibit 2** are true and correct excerpts of Hristina Bartlett's Expert Rebuttal Report dated February 6, 2026.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

EXECUTED: October 26, 2026

/s/ Leonard W. Aragon
Leonard W. Aragon

# EXHIBIT 1

**From:** West Contra Costa Unified School District via ParentSquare <donotreply+49bc59c0-3e4f-5ad8-9558-93a70cd8d84b@parentsquare.com>
**To:** djardmore@gmail.com
**Subject:** Important Update on PowerSchool Cybersecurity Breach
**Date:** Fri, 10 Jan 2025 18:23:55 +0000 (UTC)

---

West Contra Costa Unified School District

West Contra Costa Unified School District posted in West Contra Costa Unified School District

## Important Update on PowerSchool Cybersecurity Breach

Dear WCCUSD Community,

We are writing to update you on a cybersecurity breach that has affected PowerSchool, the company that provides our student information system. PowerSchool recently discovered unauthorized access to its systems and is working to address the situation.

According to PowerSchool, an unauthorized party used a compromised credential to gain access to some user data. The company has shared that the breach has been contained and that no malware was involved. The data that may have been compromised includes family and educator information. PowerSchool is now working to prevent any compromised data from further unauthorized access or misuse. The company believes this data has been deleted and will not be publicly shared. It is worth noting that this breach is on PowerSchool's end and has not affected any of our other systems in the district.

In November, the WCCUSD IT team successfully completed implementing Single Sign-On (SSO). This proactive measure eliminated the risk of password exposure during this breach. Furthermore, it's important to note that the District does not input social security numbers into PowerSchool; thus, this highly sensitive information was not part of this breach.

We understand that questions may arise regarding this breach. We are committed to providing the most up-to-date information as we receive it from PowerSchool. Thank you for your attention to this important update.

Sincerely,

Kim Moses, Ed.D
Interim Superintendent
West Contra Costa Unified School District

View in ParentSquare

# EXHIBIT 2

# SUBMITTED UNDER SEAL