Shana E. Scarlett (217895)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, California 94710
Telephone: (510) 725-3000
shanas@hbsslaw.com

Leonard W. Aragon (*pro hac vice*)
E. Tory Beardsley (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
11 West Jefferson Street, Suite 1000
Phoenix, Arizona 85003
Telephone: (602) 840-5900
leonard@hbsslaw.com
toryb@hbsslaw.com

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| EMILY CHERKIN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>POWERSCHOOL HOLDINGS, INC.,<br><br>Defendant. | Case No.: 3:24-cv-02706-JD<br><br>**DECLARATION OF LEONARD W. ARAGON IN SUPPORT OF PLAINTIFFS' SUPPLEMENTAL ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>Judge: The Honorable James Donato<br>Complaint Filed: May 6, 2024 |

I, Leonard W. Aragon, declare as follows:

1. I am a partner at the law firm Hagens Berman Sobol Shapiro LLP, and I represent Plaintiffs in the above-captioned litigation. I submit this declaration in support of Plaintiffs' Supplemental Administrative Motion to File Under Seal. I have personal knowledge of the matters stated herein and, if called upon, could and would competently testify thereto.

2. Plaintiffs seek to seal the following materials, which were filed concurrently with the Motion for Class Certification [Dkt. 197]:

| Document | Description | Basis for Sealing |
|---|---|---|
| Aragon Decl. Ex. 56 | Spreadsheet containing S.G.'s data [PWRSCHL_00702665] | This exhibit includes educational records and personally identifying information for Plaintiff S.G., a minor. Defendant has designated this material "HIGHLY CONFIDENTIAL." Additionally, Plaintiffs have designated this information confidential to protect the privacy interests of S.G. |
| Aragon Decl. Ex. 57 | Spreadsheet containing S.G.'s assessment data [PWRSCHL_00702668] | This exhibit includes educational records and personally identifying information for Plaintiff S.G., a minor. Defendant has designated this material "HIGHLY CONFIDENTIAL." Additionally, Plaintiffs have designated this information confidential to protect the privacy interests of S.G. |
| Aragon Decl. Ex. 58 | Spreadsheet containing S.G.'s sensitive personal data [PWRSCHL_00702682] | This exhibit includes educational records and personally identifying information for Plaintiff S.G., a minor. Defendant has designated this material "HIGHLY CONFIDENTIAL." Additionally, Plaintiffs have designated this information confidential to protect the privacy interests of S.G. |
| Aragon Decl. Ex. 59 | Spreadsheet containing S.G.'s sensitive personal data [PWRSCHL_00702683] | This exhibit includes educational records and personally identifying information for Plaintiff S.G., a minor. Defendant has designated this material "HIGHLY CONFIDENTIAL." Additionally, Plaintiffs have designated this information confidential to protect the privacy interests of S.G. |
| Aragon Decl. Ex. 60 | Sample of PowerSchool's data regarding S.G.'s online activity [PWRSCHL_00702671] | This exhibit includes educational online activity and personally identifying information for Plaintiff S.G., a minor. Defendant has designated this material "HIGHLY CONFIDENTIAL." Additionally, Plaintiffs have designated this |

| | | |
|---|---|---|
| | | information confidential to protect the privacy interests of S.G. |

3. Plaintiffs seek to seal these exhibits in addition to sealing the portions of the Plaintiffs' Motion for Class Certification [Dkt. 197] and accompanying exhibits already subject to Plaintiffs' Administrative Motions to File Under Seal [Dkt. 196], and PowerSchool's Response in Support of Plaintiffs' Administrative Motion to File Under Seal. Dkt. 212.

4. Plaintiffs seek to file the exhibits referenced herein under seal because they contain confidential educational material and personally identifying information of a minor Plaintiff.

5. In recognition of the "strong presumption of access to judicial records," Plaintiffs have sought to limit sealing to only that information that would allow members of the public to identify the minor plaintiff. *Kamakana v. City and Cnty. of Honolulu*, 447 F.3d 1172, 1178-82 (9th Cir. 2006).

6. Good cause to grant Plaintiffs' sealing motion exists under *Kamakana* because the privacy interest of the minor Plaintiff outweighs the public interest in their personally identifying information.

7. Pursuant to the Protective Order in this case [Dkt. 53], Civil Local Rule 79-5, and subject to the Court's approval, Plaintiffs filed these documents under conditional seal and lodged unredacted copies with the Court pending a final ruling from the Court on Plaintiffs' Supplemental Administrative Motion. Plaintiffs filed the Declaration of Leonard W. Aragon in Support of Plaintiffs' Motion for Class Certification under conditional seal and redacted, in the publicly filed versions, the portions of the filings that reveal the contents of the foregoing conditionally sealed documents.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

EXECUTED: October 30, 2026

/s/ Leonard W. Aragon
Leonard W. Aragon