Robyn E. Bladow
KIRKLAND & ELLIS LLP
555 South Flower Street, Suite 3700
Los Angeles, CA 90071
Telephone: (213) 680-8400
robyn.bladow@kirkland.com

Martin L. Roth, P.C. (*pro hac vice*)
Alyssa C. Kalisky, P.C. (*pro hac vice*)
Amelia H. Bailey (*pro hac vice*)
KIRKLAND & ELLIS LLP
333 West Wolf Point Plaza
Chicago, IL 60654
Telephone: (312) 862-2000
martin.roth@kirkland.com
alyssa.kalisky@kirkland.com
amelia.bailey@kirkland.com

Olivia Adendorff, P.C. (*pro hac vice*)
Cristina Martinez Squiers (*pro hac vice*)
Eugene Temchenko (*pro hac vice*)
KIRKLAND & ELLIS LLP
4550 Travis Street
Dallas, TX 75205
Telephone: (214) 972-1770
olivia.adendorff@kirkland.com
cristina.squiers@kirkland.com
eugene.temchenko@kirkland.com

*Attorneys for Defendant PowerSchool Holdings, Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | | |
|---|---|---|
| EMILY CHERKIN, et al<br><br>Plaintiffs,<br><br>v.<br><br>POWERSCHOOL HOLDINGS, INC.,<br><br>Defendant. | ) | CASE NO. 3:24-cv-02706-JD<br><br>**[PROPOSED] ORDER REGARDING PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED (ECF 219)** |

Before the Court is Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should Be Sealed File ("Motion") portions of Plaintiffs' Reply in Support of their Renewed Motion for Class Certification ("Reply") and Exhibit 2 to the accompanying Declaration of Leonard W. Aragon (ECF 220-1) (the "Aragon Exhibit").

The Court has reviewed the Motion, the supporting Declaration of Darron Flagg, and the proposed redactions. The Court finds that the portions of the documents identified below contain confidential technical, financial, and commercial information that is protectable under the law and that the disclosure of this information would cause competitive harm. The Court further finds that the requested redactions are narrowly tailored to seal only sealable material while preserving public access to the remainder of the filings.

Accordingly, the Court ORDERS that the following portions of the identified documents may be filed under seal:

**Plaintiffs' Reply ISO Motion for Class Certification**

| Portion to be Sealed | Basis for Sealing | Supporting Declaration | Order |
|---|---|---|---|
| Plaintiffs' Reply – p. 3, line 11, text between "via servers in" and citation. | Contains confidential information regarding PowerSchool's internal data processing architecture, storage architecture, and privacy and security procedures. Disclosure would reveal non-public details of PowerSchool's internal systems, data flows, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | Flagg Decl. ¶¶ 6-7 | |
| Plaintiffs' Reply – p. 3, line 13, text between "region in" and citation. | Contains confidential information identifying PowerSchool customers and non-public details of customer subscriptions or contractual relationships. Disclosure would reveal PowerSchool's customer relationships and commercially sensitive terms, which competitors could use to target those customers with competing services or pricing offers and thereby undermine PowerSchool's | Flagg Decl. ¶¶ 10-11 | |

| Portion to be Sealed | Basis for Sealing | Supporting Declaration | Order |
|---|---|---|---|
| | customer relationships and negotiating position. | | |
| Plaintiffs' Reply – p. 3, line 14, text between "The" and "testimony concerns." | Contains confidential information regarding PowerSchool's internal data processing architecture, storage architecture, and privacy and security procedures. Disclosure would reveal non-public details of PowerSchool's internal systems, data flows, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | Flagg Decl. ¶¶ 6-7 | |
| Plaintiffs' Reply – p. 10, lines 2-3, text between citation and "Also, the DPIAs." | Contains confidential information identifying PowerSchool customers and non-public details of customer subscriptions or contractual relationships. Disclosure would reveal PowerSchool's customer relationships and commercially sensitive terms, which competitors could use to target those customers with competing services or pricing offers and thereby undermine PowerSchool's customer relationships and negotiating position. | Flagg Decl. ¶¶ 10-11 | |
| Plaintiffs' Reply – p. 14, line 21, text between "objections to the" and "comparator." | Contains confidential terms of a non-public commercial agreement with a third-party partner, including non-public commercial arrangements and negotiation-related information. Disclosure would reveal sensitive partner relationship and negotiating details that could provide counterparties with leverage in future negotiations and disadvantage PowerSchool in discussions with vendors or business partners. | Flagg Decl. ¶¶ 12-13 | |
| Plaintiffs' Reply – p. 15, line 12, text between "contemplated" and citation. | Contains confidential terms of a non-public commercial agreement with a third-party partner, including non-public commercial arrangements and negotiation-related information. Disclosure would reveal sensitive partner relationship and negotiating details that could provide counterparties with | Flagg Decl. ¶¶ 12-13 | |

| Portion to be Sealed | Basis for Sealing | Supporting Declaration | Order |
|---|---|---|---|
| | leverage in future negotiations and disadvantage PowerSchool in discussions with vendors or business partners. | | |
| Plaintiffs' Reply – p. 15, lines 14-15, text between "used by" and citation. | Contains confidential internal business and marketing information, including non-public pricing structures, commercialization strategy, and financial performance information. Disclosure would provide competitors insight into PowerSchool's pricing models and commercial strategy and allow them to tailor competing offerings or pricing structures in ways that could disadvantage PowerSchool in the marketplace. | Flagg Decl. ¶¶ 8-9 | |

**Aragon Exhibit**

| Exhibit to be Sealed | Reasoning | Declaration Citation | Order |
|---|---|---|---|
| Exhibit 2 to Aragon Declaration – Expert Rebuttal Report of Hristina B. Bartlett<br><br>p. 26, ¶ 50, all text between "according to Mr. Scrimshaw," and footnote 88. | Contains confidential internal business and marketing information, including non-public pricing structures, commercialization strategy, and financial performance information. Disclosure would provide competitors insight into PowerSchool's pricing models and commercial strategy and allow them to tailor competing offerings or pricing structures in ways that could disadvantage PowerSchool in the marketplace. | Flagg Decl. ¶¶ 8-9 | |
| Exhibit 2 to Aragon Declaration – Expert Rebuttal Report of Hristina B. Bartlett<br><br>p. 26, ¶ 50, all text between "Similarly, according to Mr. Scrimshaw" and "included in." | Contains confidential internal business and marketing information, including non-public pricing structures, commercialization strategy, and financial performance information. Disclosure would provide competitors insight into PowerSchool's pricing models and commercial strategy and allow them to tailor competing offerings or pricing structures in ways that could disadvantage PowerSchool in the marketplace. | Flagg Decl. ¶¶ 8-9 | |
| Exhibit 2 to Aragon Declaration – Expert | Contains confidential internal business and marketing information, including | Flagg Decl. ¶¶ 8-9 | |

| Exhibit to be Sealed | Reasoning | Declaration Citation | Order |
|---|---|---|---|
| Rebuttal Report of Hristina B. Bartlett<br><br>p. 26, n.85, all text between "conversation with Mr. Scrimshaw that" and citation. | non-public pricing structures, commercialization strategy, and financial performance information. Disclosure would provide competitors insight into PowerSchool's pricing models and commercial strategy and allow them to tailor competing offerings or pricing structures in ways that could disadvantage PowerSchool in the marketplace. | | |
| Exhibit 2 to Aragon Declaration – Expert Rebuttal Report of Hristina B. Bartlett<br><br>p. 28, ¶ 54, text between "incurred" and "in Incremental Costs." | Contains confidential internal business and marketing information, including non-public pricing structures, commercialization strategy, and financial performance information. Disclosure would provide competitors insight into PowerSchool's pricing models and commercial strategy and allow them to tailor competing offerings or pricing structures in ways that could disadvantage PowerSchool in the marketplace. | Flagg Decl. ¶¶ 8-9 | |
| Exhibit 2 to Aragon Declaration – Expert Rebuttal Report of Hristina B. Bartlett<br><br>p. 28, ¶ 54, text between "revenues of" and "for the At-Issue Products." | Contains confidential internal business and marketing information, including non-public pricing structures, commercialization strategy, and financial performance information. Disclosure would provide competitors insight into PowerSchool's pricing models and commercial strategy and allow them to tailor competing offerings or pricing structures in ways that could disadvantage PowerSchool in the marketplace. | Flagg Decl. ¶¶ 8-9 | |
| Exhibit 2 to Aragon Declaration – Expert Rebuttal Report of Hristina B. Bartlett<br><br>p. 28, ¶ 54, text between "unjust enrichment estimate of" and footnote 99. | Contains confidential internal business and marketing information, including non-public pricing structures, commercialization strategy, and financial performance information. Disclosure would provide competitors insight into PowerSchool's pricing models and commercial strategy and allow them to tailor competing offerings or pricing structures in ways that could disadvantage PowerSchool in the marketplace. | Flagg Decl. ¶¶ 8-9 | |

| Exhibit to be Sealed | Reasoning | Declaration Citation | Order |
|---|---|---|---|
| Exhibit 2 to Aragon Declaration – Expert Rebuttal Report of Hristina B. Bartlett<br><br>p. 28, ¶ 54, text between "Mr. Schulte's estimate of" and footnote 100. | Contains confidential internal business and marketing information, including non-public pricing structures, commercialization strategy, and financial performance information. Disclosure would provide competitors insight into PowerSchool's pricing models and commercial strategy and allow them to tailor competing offerings or pricing structures in ways that could disadvantage PowerSchool in the marketplace. | Flagg Decl. ¶¶ 8-9 | |
| Exhibit 2 to Aragon Declaration – Expert Rebuttal Report of Hristina B. Bartlett<br><br>p. 28, n.98, all text between "conversation with Mr. Scrimshaw that" and "I also understand." | Contains confidential internal business and marketing information, including non-public pricing structures, commercialization strategy, and financial performance information. Disclosure would provide competitors insight into PowerSchool's pricing models and commercial strategy and allow them to tailor competing offerings or pricing structures in ways that could disadvantage PowerSchool in the marketplace. | Flagg Decl. ¶¶ 8-9 | |
| Exhibit 2 to Aragon Declaration – Expert Rebuttal Report of Hristina B. Bartlett<br><br>p. 28, n.98, all text between "conversation that there is" and citation. | Contains confidential internal business and marketing information, including non-public pricing structures, commercialization strategy, and financial performance information. Disclosure would provide competitors insight into PowerSchool's pricing models and commercial strategy and allow them to tailor competing offerings or pricing structures in ways that could disadvantage PowerSchool in the marketplace. | Flagg Decl. ¶¶ 8-9 | |
| Exhibit 2 to Aragon Declaration – Expert Rebuttal Report of Hristina B. Bartlett<br><br>p. 28, n.99, all text between footnote 99 and citation. | Contains confidential internal business and marketing information, including non-public pricing structures, commercialization strategy, and financial performance information. Disclosure would provide competitors insight into PowerSchool's pricing models and commercial strategy and allow them to tailor competing offerings or pricing structures in ways that could | Flagg Decl. ¶¶ 8-9 | |

| Exhibit to be Sealed | Reasoning | Declaration Citation | Order |
|---|---|---|---|
| | disadvantage PowerSchool in the marketplace. | | |
| Exhibit 2 to Aragon Declaration – Expert Rebuttal Report of Hristina B. Bartlett<br><br>p. 28, n.100, all text between footnote 100 and citation. | Contains confidential internal business and marketing information, including non-public pricing structures, commercialization strategy, and financial performance information. Disclosure would provide competitors insight into PowerSchool's pricing models and commercial strategy and allow them to tailor competing offerings or pricing structures in ways that could disadvantage PowerSchool in the marketplace. | Flagg Decl. ¶¶ 8-9 | |
| Exhibit 2 to Aragon Declaration – Expert Rebuttal Report of Hristina B. Bartlett<br><br>p. 29, ¶ 55, text between "estimates would be" and "(a 91 percent reduction from Mr. Schulte's original estimates)." | Contains confidential internal business and marketing information, including non-public pricing structures, commercialization strategy, and financial performance information. Disclosure would provide competitors insight into PowerSchool's pricing models and commercial strategy and allow them to tailor competing offerings or pricing structures in ways that could disadvantage PowerSchool in the marketplace. | Flagg Decl. ¶¶ 8-9 | |
| Exhibit 2 to Aragon Declaration – Expert Rebuttal Report of Hristina B. Bartlett<br><br>p. 29, ¶ 56, all text between "negotiated through a" and footnote 102. | Contains confidential terms of a non-public commercial agreement with a third-party partner, including non-public commercial arrangements and negotiation-related information. Disclosure would reveal sensitive partner relationship and negotiating details that could provide counterparties with leverage in future negotiations and disadvantage PowerSchool in discussions with vendors or business partners. | Flagg Decl. ¶¶ 12-13 | |
| Exhibit 2 to Aragon Declaration – Expert Rebuttal Report of Hristina B. Bartlett<br><br>p. 29, ¶ 57, all text between "reliance on the" and "is flawed." | Contains confidential terms of a non-public commercial agreement with a third-party partner, including non-public commercial arrangements and negotiation-related information. Disclosure would reveal sensitive partner relationship and negotiating details that could provide counterparties | Flagg Decl. ¶¶ 12-13 | |

| Exhibit to be Sealed | Reasoning | Declaration Citation | Order |
|---|---|---|---|
| | with leverage in future negotiations and disadvantage PowerSchool in discussions with vendors or business partners. | | |

**IT IS SO ORDERED.**

DATED: ______________, 2026

_______________________________________
HON. JAMES DONATO
UNITED STATES DISTRICT JUDGE