Shana E. Scarlett (217895)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, California 94710
Telephone: (510) 725-3000
shanas@hbsslaw.com

Julie Liddell (*pro hac vice*)
Andrew Liddell (*pro hac vice*)
EDTECH LAW CENTER PLLC
904 Rio Grande Street, Suite 100
Austin, Texas 78701
Telephone: (512) 200-8028
julie.liddell@edtech.law
andrew.liddell@edtech.law

[Additional Counsel Listed n Signature Page]

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

EMILY CHERKIN, et al.,

Plaintiffs,

v.

POWERSCHOOL HOLDINGS, INC.,

Defendant.

Case No.: 3:24-cv-02706-JD

**PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**

Judge: The Honorable James Donato
Complaint Filed: May 6, 2024

Pursuant to the terms of the Protective Order governing this action [Dkt. 53], Civil Local Rule 79-5(f), and the Court's Standing Order on Administrative Motions to File Under Seal (the "Standing Order"), Plaintiffs submit this Administrative Motion to Consider Whether Another Party's Material Should Be Sealed.

Concurrently with this Motion Plaintiffs are filing under seal excerpts of (1) Plaintiffs' Opposition to Defendant PowerSchool Holdings, Inc.'s Motion for Summary Judgment, (2) Plaintiffs' Opposition to Defendant PowerSchool Holdings, Inc.'s Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(1), (3) Plaintiffs' Opposition to Defendant PowerSchool Holdings, Inc.'s Motion to Exclude the Opinions of Catherine O'Neil, and (4) Plaintiffs' Opposition to Defendant PowerSchool Holdings, Inc.'s Motion to Exclude the Opinions of Dr. K. Suzanne Barber (collectively the "Oppositions") under seal. Additionally, Plaintiffs are filing under seal Exhibit A and Exhibit B to Plaintiffs' Opposition to Motion for Summary Judgment.

The excerpts of the Oppositions reference, and are derived from, materials that Defendant PowerSchool Holdings, Inc. ("Defendant" or "PowerSchool") has designated as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL" under the Protective Order. Those portions of the Oppositions are indicated with yellow highlights in the under-seal Oppositions. The Exhibits were designated as confidential by Defendant. The materials at issue are identified below:

| Document | Description | Portion Sought to Be Sealed | Designating Party |
|---|---|---|---|
| Plaintiffs' Opposition to Motion to Dismiss | Excerpts of argument derived from materials Defendant designated "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL" | Yellow highlighted portions of the under-seal Opposition | Defendant |
| Plaintiffs' Opposition to Motion to Exclude the Opinions of Catherine O'Neil | Excerpts of argument derived from materials Defendant designated "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL" | Yellow highlighted portions of the under-seal Opposition | Defendant |
| Plaintiffs' Opposition to Motion to Exclude the Opinions of Dr. K. Suzanne Barber | Excerpts of argument derived from materials Defendant designated "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL" | Yellow highlighted portions of the under-seal Opposition | Defendant |

| Document | Description | Portion Sought to Be Sealed | Designating Party |
|---|---|---|---|
| Plaintiffs' Opposition to Motion for Summary Judgment | Excerpts of argument derived from materials Defendant designated "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL" | Yellow highlighted portions of the under-seal Opposition | Defendant |
| Exhibit A to Plaintiffs' Opposition to Motion for Summary Judgment | Darron Flagg, Rule 30(b)(6) Transcript excerpts. | Entire Exhibit | Defendant |
| Exhibit B to Plaintiffs' Opposition to Motion for Summary Judgment | PowerSchool PowerPoint titled "A New Frontier for Student Success: PowerSchool's New Solution's Strategy." PWRSCHL_00098945 | Entire Exhibit | Defendant |

Plaintiffs take no position as to whether the foregoing materials should remain under seal or what portions, if any, should be made available on the public docket. Plaintiffs file this Motion solely to comply with Civil Local Rule 79-5 and the Protective Order, and to provide Defendant with an opportunity to establish that its designated material is sealable before it is made publicly available.

Pursuant to Civil Local Rule 79-5(f)(3), Defendant, as the Designating Party, must file a statement and/or declaration as described in Civil Local Rule 79-5(c)(1) within seven days of the filing of this Motion establishing that all or part of the designated material is sealable. If Defendant does not do so, the material may be filed in the public record. Civ. L.R. 79-5(f)(3).

Pending the Court's ruling, Plaintiffs are lodging unredacted versions of the Oppositions and the accompanying Exhibits under conditional seal and will file publicly redacted versions that omit the portions of the filings that reveal the contents of the foregoing conditionally sealed materials.

Dated: November 3, 2026

Respectfully submitted,

HAGENS BERMAN SOBOL SHAPIRO LLP

By /s/ Leonard W. Aragon

Leonard W. Aragon (*pro hac vice*)
E. Tory Beardsley (*pro hac vice*)
11 West Jefferson Street, Suite 1000
Phoenix, Arizona 85003
Telephone: (602)840-5900
leonard@hbsslaw.com
toryb@hbsslaw.com

Julie Liddell (*pro hac vice*)
Andrew Liddell (*pro hac vice*)
EDTECH LAW CENTER PLLC
904 Rio Grande Street, Suite 100
Austin, Texas 78701
Telephone: (512) 200-8028
julie.liddell@edtech.law
andrew.liddell@edtech.law

Whitney Siehl (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
455 North Cityfront Plaza Drive, Suite2410
Chicago, Illinois 60611
Telephone: (708) 628-4949
whitneys@hbsslaw.com

Shana E. Scarlett (SBN 217895)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, California 94710
Telephone: (510) 725-3000
shanas@hbsslaw.com

Attorneys for Plaintiffs