Robyn E. Bladow
KIRKLAND & ELLIS LLP
555 South Flower Street, Suite 3700
Los Angeles, CA 90071
Telephone: (213) 680-8400
robyn.bladow@kirkland.com

Martin L. Roth, P.C. (*pro hac vice*)
Alyssa C. Kalisky, P.C. (*pro hac vice*)
Amelia H. Bailey (*pro hac vice*)
KIRKLAND & ELLIS LLP
333 West Wolf Point Plaza
Chicago, IL 60654
Telephone: (312) 862-2000
martin.roth@kirkland.com
alyssa.kalisky@kirkland.com
amelia.bailey@kirkland.com

Olivia Adendorff, P.C. (*pro hac vice*)
Cristina Martinez Squiers (*pro hac vice*)
Eugene Temchenko (*pro hac vice*)
KIRKLAND & ELLIS LLP
4550 Travis Street
Dallas, TX 75205
Telephone: (214) 972-1770
olivia.adendorff@kirkland.com
cristina.squiers@kirkland.com
eugene.temchenko@kirkland.com

*Attorneys for Defendant PowerSchool Holdings, Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| EMILY CHERKIN, et al<br><br>Plaintiffs,<br><br>v.<br><br>POWERSCHOOL HOLDINGS, INC.,<br><br>Defendant. | CASE NO. 3:24-cv-02706-JD<br><br>**[PROPOSED] ORDER REGARDING PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED (ECF 229)** |

Before the Court is Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should Be Sealed ("Motion") which seeks to seal portions of Plaintiffs' Opposition to Defendant's Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(1) ("MTD Opposition"), Plaintiffs' Opposition to Defendant's Motion for Summary Judgment ("MSJ Opposition"), and accompanying exhibits ("Exhibits").

The Court has reviewed the Motion, the supporting Declaration of Darron Flagg, and the proposed redactions. The Court finds that the portions of the documents identified below contain confidential technical, financial, and commercial information that is protectable under the law and that the disclosure of this information would cause competitive harm. The Court further finds that the requested redactions are narrowly tailored to seal only sealable material while preserving public access to the remainder of the filings.

Accordingly, the Court ORDERS that the following portions of the identified documents may be filed under seal:

**Plaintiffs' Opposition to Defendant's Motion to Dismiss**

| Portion to be Sealed | Basis for Sealing | Supporting Declaration | Order |
|---|---|---|---|
| Plaintiffs' Opp. to MTD –p. 3, all text in footnote 13 after "Exs. 2, 12, 31" | Contains confidential internal business and marketing information, including non-public pricing structures, commercialization strategy, and financial performance information. Disclosure would provide competitors insight into PowerSchool's pricing models and commercial strategy and allow them to tailor competing offerings or pricing structures in ways that could disadvantage PowerSchool in the marketplace. | Flagg Decl. ¶¶ 8-9 | |
| Plaintiffs' Opp. to MTD –p. 7, footnote 22, text between "Connected Intelligence" and "Ex. 4" | Contains confidential information regarding PowerSchool's internal data processing architecture, storage architecture, and privacy and security procedures. Disclosure would reveal non-public details of PowerSchool's internal systems, data flows, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design | Flagg Decl. ¶¶ 6-7 | |

| Portion to be Sealed | Basis for Sealing | Supporting Declaration | Order |
|---|---|---|---|
| | competing products that mirror PowerSchool's data processing framework. | | |

**Plaintiffs' Opposition to Defendant's Motion for Summary Judgment**

| Portion to be Sealed | Basis for Sealing | Supporting Declaration | Order |
|---|---|---|---|
| Plaintiffs' Opp. to MSJ – p. 3, line 17, all text after "at 15" | Contains confidential internal business and marketing information, including non-public pricing structures, commercialization strategy, and financial performance information. Disclosure would provide competitors insight into PowerSchool's pricing models and commercial strategy and allow them to tailor competing offerings or pricing structures in ways that could disadvantage PowerSchool in the marketplace. | Flagg Decl. ¶¶ 8-9 | |
| Plaintiffs' Opp. to MSJ – p. 4, lines 4-5, text between "Ex. 65" and "This" | Contains confidential information identifying PowerSchool customers and non-public details of customer subscriptions or contractual relationships. Disclosure would reveal PowerSchool's customer relationships and commercially sensitive terms, which competitors could use to target those customers with competing services or pricing offers and thereby undermine PowerSchool's customer relationships and negotiating position. | Flagg Decl. ¶¶ 10-11 | |
| Plaintiffs' Opp. to MSJ – p. 4, lines 18-19, text between "32" and "Dkt. 197-1" | Contains confidential information regarding PowerSchool's internal data processing architecture, storage architecture, and privacy and security procedures. Disclosure would reveal non-public details of PowerSchool's internal systems, data flows, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | Flagg Decl. ¶¶ 6-7 | |

| Portion to be Sealed | Basis for Sealing | Supporting Declaration | Order |
|---|---|---|---|
| | Contains confidential information identifying PowerSchool customers and non-public details of customer subscriptions or contractual relationships. Disclosure would reveal PowerSchool's customer relationships and commercially sensitive terms, which competitors could use to target those customers with competing services or pricing offers and thereby undermine PowerSchool's customer relationships and negotiating position. | Flagg Decl. ¶¶ 10-11 | |

**Exhibits**

| Exhibit to be Sealed | Reasoning | Declaration Citation | Order |
|---|---|---|---|
| Ex. A: Flagg Dep. 44:3-4 | Contains confidential information regarding PowerSchool's internal data processing architecture, storage architecture, and privacy and security procedures. Disclosure would reveal non-public details of PowerSchool's internal systems, data flows, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | Flagg Decl. ¶¶ 6-7 | |
| Ex. A: Flagg Dep. 45:2-5 | Contains confidential information regarding PowerSchool's internal data processing architecture, storage architecture, and privacy and security procedures. Disclosure would reveal non-public details of PowerSchool's internal systems, data flows, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | Flagg Decl. ¶¶ 6-7 | |
| Ex. A: Flagg Dep. 61:22 – 63:7 | Contains confidential information regarding PowerSchool's internal data | Flagg Decl. ¶¶ 6-7 | |

| Exhibit to be Sealed | Reasoning | Declaration Citation | Order |
|---|---|---|---|
| | processing architecture, storage architecture, and privacy and security procedures. Disclosure would reveal non-public details of PowerSchool's internal systems, data flows, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | | |
| Ex. A: Flagg Dep. 64:3-4 | Contains confidential information regarding PowerSchool's internal data processing architecture, storage architecture, and privacy and security procedures. Disclosure would reveal non-public details of PowerSchool's internal systems, data flows, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | Flagg Decl. ¶¶ 6-7 | |
| Ex. A: Flagg Dep. 64:7-8 | Contains confidential information regarding PowerSchool's internal data processing architecture, storage architecture, and privacy and security procedures. Disclosure would reveal non-public details of PowerSchool's internal systems, data flows, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | Flagg Decl. ¶¶ 6-7 | |
| Ex. A: Flagg Dep. 65:13 – 68:18 | Contains confidential information regarding PowerSchool's internal data processing architecture, storage architecture, and privacy and security procedures. Disclosure would reveal non-public details of PowerSchool's internal systems, data flows, and service provider relationships that competitors could use to replicate aspects of | Flagg Decl. ¶¶ 6-7 | |

| **Exhibit to be Sealed** | **Reasoning** | **Declaration Citation** | **Order** |
|---|---|---|---|
| | PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | | |
| Ex. A: Flagg Dep. 69:13 | Contains confidential information regarding PowerSchool's internal data processing architecture, storage architecture, and privacy and security procedures. Disclosure would reveal non-public details of PowerSchool's internal systems, data flows, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | Flagg Decl. ¶¶ 6-7 | |
| Ex. A: Flagg Dep. 69:17-19 | Contains confidential information regarding PowerSchool's internal data processing architecture, storage architecture, and privacy and security procedures. Disclosure would reveal non-public details of PowerSchool's internal systems, data flows, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | Flagg Decl. ¶¶ 6-7 | |
| Ex. A: Flagg Dep. 69:22 | Contains confidential information regarding PowerSchool's internal data processing architecture, storage architecture, and privacy and security procedures. Disclosure would reveal non-public details of PowerSchool's internal systems, data flows, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | Flagg Decl. ¶¶ 6-7 | |
| Ex. A: Flagg Dep. 72:15-17 | Contains confidential information regarding PowerSchool's internal data processing architecture, storage | Flagg Decl. ¶¶ 6-7 | |

| **Exhibit to be Sealed** | **Reasoning** | **Declaration Citation** | **Order** |
|---|---|---|---|
| | architecture, and privacy and security procedures. Disclosure would reveal non-public details of PowerSchool's internal systems, data flows, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | | |
| Ex. A: Flagg Dep. 73:18 – 74:2 | Contains confidential information regarding PowerSchool's internal data processing architecture, storage architecture, and privacy and security procedures. Disclosure would reveal non-public details of PowerSchool's internal systems, data flows, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | Flagg Decl. ¶¶ 6-7 | |
| Ex. A: Flagg Dep. 76:8-13 | Contains confidential information regarding PowerSchool's internal data processing architecture, storage architecture, and privacy and security procedures. Disclosure would reveal non-public details of PowerSchool's internal systems, data flows, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | Flagg Decl. ¶¶ 6-7 | |
| Ex. A: Flagg Dep. 77:16 | Contains confidential information regarding PowerSchool's internal data processing architecture, storage architecture, and privacy and security procedures. Disclosure would reveal non-public details of PowerSchool's internal systems, data flows, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure | Flagg Decl. ¶¶ 6-7 | |

| Exhibit to be Sealed | Reasoning | Declaration Citation | Order |
|---|---|---|---|
| | or design competing products that mirror PowerSchool's data processing framework. | | |
| Ex. A: Flagg Dep. 78:1 | Contains confidential information regarding PowerSchool's internal data processing architecture, storage architecture, and privacy and security procedures. Disclosure would reveal non-public details of PowerSchool's internal systems, data flows, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | Flagg Decl. ¶¶ 6-7 | |
| Ex. A: Flagg Dep. 78:3-4 | Contains confidential information regarding PowerSchool's internal data processing architecture, storage architecture, and privacy and security procedures. Disclosure would reveal non-public details of PowerSchool's internal systems, data flows, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | Flagg Decl. ¶¶ 6-7 | |
| Ex. A: Flagg Dep. 78:10 | Contains confidential information regarding PowerSchool's internal data processing architecture, storage architecture, and privacy and security procedures. Disclosure would reveal non-public details of PowerSchool's internal systems, data flows, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | Flagg Decl. ¶¶ 6-7 | |
| Ex. A: Flagg Dep. 80:11 – 81:3 | Contains confidential information regarding PowerSchool's internal data processing architecture, storage architecture, and privacy and security | Flagg Decl. ¶¶ 6-7 | |

| Exhibit to be Sealed | Reasoning | Declaration Citation | Order |
|---|---|---|---|
| | procedures. Disclosure would reveal non-public details of PowerSchool's internal systems, data flows, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | | |
| Ex. A: Flagg Dep. 81:7 | Contains confidential information regarding PowerSchool's internal data processing architecture, storage architecture, and privacy and security procedures. Disclosure would reveal non-public details of PowerSchool's internal systems, data flows, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | Flagg Decl. ¶¶ 6-7 | |
| Ex. A: Flagg Dep. 81:15-17 | Contains confidential information regarding PowerSchool's internal data processing architecture, storage architecture, and privacy and security procedures. Disclosure would reveal non-public details of PowerSchool's internal systems, data flows, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | Flagg Decl. ¶¶ 6-7 | |
| Ex. A: Flagg Dep. 82:17 | Contains confidential information regarding PowerSchool's internal data processing architecture, storage architecture, and privacy and security procedures. Disclosure would reveal non-public details of PowerSchool's internal systems, data flows, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror | Flagg Decl. ¶¶ 6-7 | |

| Exhibit to be Sealed | Reasoning | Declaration Citation | Order |
|---|---|---|---|
| | PowerSchool's data processing framework. | | |
| Ex. A: Flagg Dep. 83:3-4 | Contains confidential information regarding PowerSchool's internal data processing architecture, storage architecture, and privacy and security procedures. Disclosure would reveal non-public details of PowerSchool's internal systems, data flows, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | Flagg Decl. ¶¶ 6-7 | |
| Ex. A: Flagg Dep. 83:6-11 | Contains confidential information regarding PowerSchool's internal data processing architecture, storage architecture, and privacy and security procedures. Disclosure would reveal non-public details of PowerSchool's internal systems, data flows, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | Flagg Decl. ¶¶ 6-7 | |
| Ex. A: Flagg Dep. 85:10-17 | Contains confidential information regarding PowerSchool's internal data processing architecture, storage architecture, and privacy and security procedures. Disclosure would reveal non-public details of PowerSchool's internal systems, data flows, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | Flagg Decl. ¶¶ 6-7 | |
| Ex. A: Flagg Dep. 88:4 | Contains confidential information regarding PowerSchool's internal data processing architecture, storage architecture, and privacy and security | Flagg Decl. ¶¶ 6-7 | |

| Exhibit to be Sealed | Reasoning | Declaration Citation | Order |
|---|---|---|---|
| | procedures. Disclosure would reveal non-public details of PowerSchool's internal systems, data flows, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | | |
| Ex. A: Flagg Dep. 88:9-11 | Contains confidential information regarding PowerSchool's internal data processing architecture, storage architecture, and privacy and security procedures. Disclosure would reveal non-public details of PowerSchool's internal systems, data flows, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | Flagg Decl. ¶¶ 6-7 | |
| Ex. A: Flagg Dep. 88:15 | Contains confidential information regarding PowerSchool's internal data processing architecture, storage architecture, and privacy and security procedures. Disclosure would reveal non-public details of PowerSchool's internal systems, data flows, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | Flagg Decl. ¶¶ 6-7 | |
| Ex. A: Flagg Dep. 88:18-20 | Contains confidential information regarding PowerSchool's internal data processing architecture, storage architecture, and privacy and security procedures. Disclosure would reveal non-public details of PowerSchool's internal systems, data flows, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror | Flagg Decl. ¶¶ 6-7 | |

| Exhibit to be Sealed | Reasoning | Declaration Citation | Order |
|---|---|---|---|
| | PowerSchool's data processing framework. | | |
| Ex. A: Flagg Dep. 89:1 | Contains confidential information regarding PowerSchool's internal data processing architecture, storage architecture, and privacy and security procedures. Disclosure would reveal non-public details of PowerSchool's internal systems, data flows, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | Flagg Decl. ¶¶ 6-7 | |
| Ex. A: Flagg Dep. 89:12-13 | Contains confidential information regarding PowerSchool's internal data processing architecture, storage architecture, and privacy and security procedures. Disclosure would reveal non-public details of PowerSchool's internal systems, data flows, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | Flagg Decl. ¶¶ 6-7 | |
| Ex. A: Flagg Dep. 89:21 | Contains confidential information regarding PowerSchool's internal data processing architecture, storage architecture, and privacy and security procedures. Disclosure would reveal non-public details of PowerSchool's internal systems, data flows, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | Flagg Decl. ¶¶ 6-7 | |
| Ex. A: Flagg Dep. 90:3-4 | Contains confidential information regarding PowerSchool's internal data processing architecture, storage architecture, and privacy and security procedures. Disclosure would reveal | Flagg Decl. ¶¶ 6-7 | |

| Exhibit to be Sealed | Reasoning | Declaration Citation | Order |
|---|---|---|---|
| | non-public details of PowerSchool's internal systems, data flows, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | | |
| Ex. A: Flagg Dep. 90:16 | Contains confidential information regarding PowerSchool's internal data processing architecture, storage architecture, and privacy and security procedures. Disclosure would reveal non-public details of PowerSchool's internal systems, data flows, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | Flagg Decl. ¶¶ 6-7 | |
| Ex. A: Flagg Dep. 91:20 | Contains confidential information regarding PowerSchool's internal data processing architecture, storage architecture, and privacy and security procedures. Disclosure would reveal non-public details of PowerSchool's internal systems, data flows, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | Flagg Decl. ¶¶ 6-7 | |
| Ex. A: Flagg Dep. 92:3-18 | Contains confidential information regarding PowerSchool's internal data processing architecture, storage architecture, and privacy and security procedures. Disclosure would reveal non-public details of PowerSchool's internal systems, data flows, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror | Flagg Decl. ¶¶ 6-7 | |

| **Exhibit to be Sealed** | **Reasoning** | **Declaration Citation** | **Order** |
|---|---|---|---|
| | PowerSchool's data processing framework. | | |
| Ex. A: Flagg Dep. 93:6-16 | Contains confidential information regarding PowerSchool's internal data processing architecture, storage architecture, and privacy and security procedures. Disclosure would reveal non-public details of PowerSchool's internal systems, data flows, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | Flagg Decl. ¶¶ 6-7 | |
| Ex. A: Flagg Dep. 96:12-21 | Contains confidential information regarding PowerSchool's internal data processing architecture, storage architecture, and privacy and security procedures. Disclosure would reveal non-public details of PowerSchool's internal systems, data flows, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | Flagg Decl. ¶¶ 6-7 | |
| Ex. A: Flagg Dep. 97:8-12 | Contains confidential information regarding PowerSchool's internal data processing architecture, storage architecture, and privacy and security procedures. Disclosure would reveal non-public details of PowerSchool's internal systems, data flows, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | Flagg Decl. ¶¶ 6-7 | |
| Ex. A: Flagg Dep. 98:3-4 | Contains confidential information regarding PowerSchool's internal data processing architecture, storage architecture, and privacy and security procedures. Disclosure would reveal | Flagg Decl. ¶¶ 6-7 | |

| **Exhibit to be Sealed** | **Reasoning** | **Declaration Citation** | **Order** |
|---|---|---|---|
| | non-public details of PowerSchool's internal systems, data flows, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | | |
| Ex. A: Flagg Dep. 98:8-15 | Contains confidential information regarding PowerSchool's internal data processing architecture, storage architecture, and privacy and security procedures. Disclosure would reveal non-public details of PowerSchool's internal systems, data flows, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | Flagg Decl. ¶¶ 6-7 | |
| Ex. A: Flagg Dep. 98:20 – 99:7 | Contains confidential information regarding PowerSchool's internal data processing architecture, storage architecture, and privacy and security procedures. Disclosure would reveal non-public details of PowerSchool's internal systems, data flows, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework. | Flagg Decl. ¶¶ 6-7 | |
| Ex. A: Flagg Dep. 330:1 – 331:20 | Contains confidential internal business and marketing information, including non-public pricing structures, commercialization strategy, and financial performance information. Disclosure would provide competitors insight into PowerSchool's pricing models and commercial strategy and allow them to tailor competing offerings or pricing structures in ways that could disadvantage PowerSchool in the marketplace. | Flagg Decl. ¶¶ 8-9 | |

| **Exhibit to be Sealed** | **Reasoning** | **Declaration Citation** | **Order** |
|---|---|---|---|
| Ex. B PWRSCHL_00098945 (entire document) | Contains confidential information regarding PowerSchool's internal data processing architecture, storage architecture, and privacy and security procedures. Disclosure would reveal non-public details of PowerSchool's internal systems, data flows, and service provider relationships that competitors could use to replicate aspects of PowerSchool's technical infrastructure or design competing products that mirror PowerSchool's data processing framework.<br><br>Contains confidential internal business and marketing information, including non-public pricing structures, commercialization strategy, and financial performance information. Disclosure would provide competitors insight into PowerSchool's pricing models and commercial strategy and allow them to tailor competing offerings or pricing structures in ways that could disadvantage PowerSchool in the marketplace. | Flagg Decl. ¶¶ 6-7<br><br>Flagg Decl. ¶¶ 8-9 | |

**IT IS SO ORDERED.**

DATED: _____________, 2026

______________________________________

HON. JAMES DONATO
UNITED STATES DISTRICT JUDGE