# EXHIBIT A
# FILED UNDER SEAL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

EMILY CHERKIN, et al., )
Plaintiff, )
v ) Case No. 3:24-CV-02706-JD
POWERSCHOOL HOLDINGS, INC., )
Defendant. )
)

VIDEOTAPED DEPOSITION OF DARRON JAMES FLAGG

APPEARING REMOTELY

December 1, 2025

9:00 a.m. (Pacific Daylight Time)

Reported by: Eileen Mulvenna, CSR/RMR/CRR/RDR

DIGITAL EVIDENCE GROUP
1730 M Street, NW, Suite 812
Washington, D.C. 20036
(202) 232-0646

really our foundational product.

Q. And -- and what sort of student and parent data does PowerSchool SIS collect?

A. Well, I would refer you to the DPIA for SIS and we can look at that, which contains a lot of really great information on all products, but in this case the SIS product. I can flip to that and re- -- and we can talk about that particular DPIA.

Q. Yeah, we can do that. Here, let me pull it up.

MR. ARAGON: It's Tab 21. Let me pull it up myself.

THE VIDEOGRAPHER: This will be marked for the record as Exhibit 2?

MR. ARAGON: And we'll mark that as Exhibit 2, yes.

(Exhibit 2, Bates Nos. PWRSCHL_00645479-492, PowerSchool Data Privacy Impact Assessment (DPIA Report) PowerSchool SIS, received and marked.)

MS. ADENDORFF: We're seeing your

Outlook screen, as well.
THE WITNESS: Exhibit 2. Thank you, Daniel.
Yeah, I don't want to see -- I'm seeing -- on the Box URL, I'm seeing the DPIA for SIS. And on page 5, Section --
THE VIDEOGRAPHER: Yeah, I'm sorry, it's a Zoom share. Stand by. I've got too many screens. My apologies, stand by.
THE WITNESS: No problem.
So on page 5 of that document, Daniel, Section 4 would have data elements that schools can elect to process within the SIS product various types of data.
BY MR. ARAGON:
Q. Can we back up, though?
A. Oh, yes, sir.
Q. Can we tell -- like, the jury doesn't know what this is. Can we go to the title page?
Can you -- can you tell us what Exhibit 2, the data privacy impact statement, DPIA report for PowerSchool SIS is, just generally?

A. Sure. So this DPIA is a document that PowerSchool has created as a compliance document to help our customers prepare -- well, I should phrase it this way, to help our customers understand what products they might be interested in licensing and to address questions related to privacy compliance they may have about the product.

So in effect, this report was something that we created -- something I created to say, I want to help our customers answer some of the questions that they might have with regard to any of our products.

So it -- it attempts to address many of the standard questions that schools should be asking us about our products. That's really the spirit of it.

Q. Okay. And does this appear to be a true and accurate DPIA assessment for PowerSchool SIS?

A. Yes, as of January 7, 2025. Yes.

Q. Okay.

A. And I say that because any report

we're always looking to keep them updated and -- and do new versions of them. But as of that date, that -- that was the accurate DPIA for the product.

Q. Is there a newer version of this?

A. I don't believe so yet. Once we have them, then we immediately publish them on our password protected platform for customers to review.

Q. And just to be clear, you do a -- or you and your team do a data -- data privacy impact assessment for each product at PowerSchool?

A. Yes, that's a standard that I've set.

Q. Okay. Can we go to -- well, actually, you tell us where to go to find the data elements --

A. Sure.

Q. -- collected by PowerSchool SIS.

A. Sure, no problem.

On page 5 of the document, it's Section 4 there, there's a table which lists data elements that the product owners for this particular product provided to us to say these are the data elements that schools oftentimes will collect within the SIS.

So, again, the reason we have this table is we wanted to provide transparency to our customers who are interested in maybe licensing SIS, curious about it, say these are the type of data elements that are normally processed by other customers in this product.

BY MR. ARAGON:

Q. Okay. So these are the standard data fields in PowerSchool SIS?

A. Yes. I'm pausing only because many times there's a distinction between what I would call mandatory data elements that are needed to make the product work.

Q. Uh-huh.

A. But you're typically much fewer. You -- you sort of need a school name and that. But oftentimes there are optional fields that schools will ask to be added. This list is a combination of sort of the standard fields that -- that customers want to have in their SIS instance.

Q. And what are the mandatory data fields that are required for the PowerSchool SIS to

operate?

A. Yeah, great question. Oftentimes it's just something [redacted] That's typically what they need to just make -- make the thing work, start it. But oftentimes -- every school is so different. What's mandatory for one school is totally different for another school.

One of the things that we're working on is to -- the next version of these type of DPIAs will split out, to your question, what's really necessary to make it work versus what our optional fields that many schools might want to add.

So this particular version of DPIA hasn't split that out yet, but this is our best initial -- you know, one of the initial versions, Version 2, to try to get that list.

Q. So sitting here today, you can't tell me which is a necessary field and which is an optional field on this --

A. Not for this particular product, because that hasn't yet been delineated. But I do

know, having spoken with various members, that to really make the product work and to turn it on, [redacted] But future versions of the DPIA will call that out.

Q. What other fields are schools able to add to the PowerSchool SIS data field?

A. Schools have the ability to customize their SIS instance with fields that they want. So this is one of the advantages of the PowerSchool SIS. It's very configurable.

So in answer to your question, it really depends on what the school district really wants to have in their SIS. So, in fact, SISs in general really are developed on the notion of what does the school want to capture. And that changes all the time. So a school can customize and add a field if they wish.

Q. What are the fewest -- what school or school district, what customer of PowerSchool, uses the least number of data fields on this list?

A. That -- I don't know the answer to that. I would -- yeah, that would -- yeah, I don't -- so I don't know the answer to that off- -- offhand.

What I would say in general, to answer your question, is typically the larger school districts -- "larger" meaning, you know, tens of thousands of students, hundreds of thousands of students -- will have very, very detailed data element fields, but the smaller schools may not need all that information.

But a lot of that depends on the state. Now, why do I say that? The states require a lot of reporting from the school districts. And school districts oftentimes leverage their SIS as a means of generating those state-required reports.

So back to your question, I don't know offhand a particular school, but that would be my general response to your question.

Q. Okay. Are you aware of any school that doesn't at least use this basic list of data elements when collecting PowerSchool SIS data from

its students and parents?
A. I don't know for sure. What I can tell you is that this list was put in in answer to a question of what are the standard data fields that are utilized in SIS.
Again, the goal of the DPIA was to be transparent, and let a perspective customer have a feel of what type of data elements would normally be processed by a school in our product.
Q. What is the core educational function of the PowerSchool SIS product?
MS. ADENDORFF: Objection to form.
THE WITNESS: Well, the -- oop, sorry, the screen's -- okay.
The -- the core educational purpose is as defined by the school district. Our job has been to develop a tool that they can use, and then the school district decides what that educational purpose is.
As you can tell by the -- many of the fields here, they're all related to students and -- and supporting their activities in the

educational institution.

But really to your question, that's a -- a school's determination as to what the educational purpose is. Our job is to support them to do that with tools that are -- are helpful for them.

BY MR. ARAGON:

Q. Okay. I'm a little confused by that answer.

So can you give me examples of what schools have defined the core educational purpose of -- or function of PowerSchool SIS as?

MS. ADENDORFF: Objection, calls for speculation.

BY MR. ARAGON:

Q. And I'm not -- I'm not -- I'm asking -- I'm asking -- you just told me that they define it. How do they define core educational functions of the PowerSchool SIS product?

A. I'm sorry. Yeah, I don't -- it's sort of a compound question in ways. If you're asking me, what are schools' statements around their

educational purpose, in general I can say, when I speak to our customers, their goal is to provide the best education for their -- for their constituents.

With regard to SIS --

Q. Right.

A. -- and what the educational purpose is, school districts will say, SIS is an amazing product that allows us to support our students and our administrators and staff by being the database of record for us. That's what I've heard, and that's what they've told me.

Q. Okay. So can we see that the core educational function of PowerSchool SIS is provide -- is to provide an educational record repository for schools and school districts?

A. That's definitely a way to say it. I would look at 2C in the DPIA, which talks about the general functionality. If we can scroll up --

Q. Sure.

A. -- to page -- page 3, I believe, Section 2C, the general purpose of functionality. And I think that captures what we really view as

that. It's a -- it's an application that stores and manages the student data within a school district for their system. And I think that's really our expression for SIS, what the purpose of this product is.

Q. Okay. That's a better way of asking, the purpose of the product.

And you're saying that's -- that's generally defined in Section 2C of Exhibit 2; correct?

A. Yes.

Q. And does PowerSchool collect more data than is necessary for the general purpose of functionality for PowerSchool SIS?

A. So, first of all, again, PowerSchool doesn't collect --

Q. Process.

A. -- data.

Q. Process.

A. Yeah, we process.

MS. ADENDORFF: Sorry, hang on.

THE WITNESS: Yeah.

MS. ADENDORFF: Objection, vague.

THE WITNESS: Yes. So, again, PowerSchool doesn't collect data. The school districts decide what they want to use it for.

And also to your question, which is the data minimization principle question, that's also a topic for the school districts to say, are they only collecting in our product the data that they need.

It's really a school district's decision. It's not PowerSchool's role to manage with -- manage the school districts on how much they collect or their responsiveness to data minimization principles.

And if I may, I just -- I need a short bio break.

MR. ARAGON: Oh, yeah, I'm sorry, Mr. Flagg. If --

THE WITNESS: No, no, no, it's good.

MR. ARAGON: If you need a break, just tell me whenever you need a break. We --

THE WITNESS: Yeah.

MR. ARAGON: I'm happy to take one. Let's go off the record.

THE VIDEOGRAPHER: All right. Stand by.

The time is 9:43 a.m., and we're going off the record.

(Recess from the record.)

THE VIDEOGRAPHER: The time is 9:47 a.m., and we're back on the record.

BY MR. ARAGON:

Q. Mr. Flagg, you mentioned data minimization. Can you -- can you tell the jury what data minimization is?

MR. ARAGON: And we can take down the exhibit for now.

THE WITNESS: Surely. Data minimization is a principle of making sure that you only collect data that's really necessary for the expressed purpose of whatever the activity is.

So it's the idea of making sure that

entities aren't collecting more data than they need, and then they have data that they're not really using. And given that we're normally talking about personal information, that's one of the many principles that's out there.

BY MR. ARAGON:

Q. And does PowerSchool have a data minimization policy?

A. We have that principle expressly stated in our global privacy statement, yes.

Q. Okay.

A. We have policy around making sure where PowerSchool is collecting data, which is not in the school district cases because the schools are doing that, but for us as a company, that we're not obtaining more data than we need.

Q. And how specifically does PowerSchool implement that data minimization policy in its products?

A. Oh, in its products?

Q. Uh-huh.

A. Well, with regard to the products, the products are tools that the schools can elect to collect data that they decide. So the data minimization principle is something the schools obviously should comply with.

From a PowerSchool perspective, the products are customizable, as I mentioned before. So school districts might decide, Oh, I don't need a particular data field that PowerSchool made available to me if I want to use it.

I've decided from a minimization perspective, I don't need that. But I need some other data field that isn't already available, Hey, PowerSchool I'm going to create a separate field. And they'll do that.

So from a products perspective, given the flexibility to customers to decide what fields they need or don't is a means by which we support them for the data minimization.

Q. Okay. So it sounds to me like PowerSchool allows the customers, schools and school districts, to dictate the data minimization that

is -- that takes place, and PowerSchool itself does nothing; right?
A. You said the word "nothing." So I'm thinking.
Q. Yeah, sure.
A. I would say when we design our products, we are designing for a particular functionality or service that the customer might need. So when we design things, we're also thinking about data minimization. What's the least amount of data we need to do whatever the task might be.
So in that context, it's not that we're doing nothing. We think about it from a privacy by design perspective. But in our products that we license to customers, I think your question is really on the schools around how are they managing data minimization.
From a PowerSchool perspective, we're providing them a tool that they can customize to do that.
Q. Well, let me ask it this way.
Does PowerSchool ever review the data

it processes to determine whether it's still necessary to obtain that data from the schools?

A. No. And the reason we don't is, again, the school districts are the data controllers. Under the law they have the responsibility. Once they're collecting data, utilizing our tools or other means, they're responsible for the notion of data minimization, to your point.

From our perspective, we as a company, as stated in our global privacy statement, acknowledge that principle for us. But school districts, they have to make their own decisions of what they do.

Q. Are there any limits on what data PowerSchool will process if a school district requests it?

A. The -- that last part of your question, if a school district requests it. So I think you're asking me, just to be clear, is there a moment in time wherein a scenario could exist that PowerSchool would say, We are not going to allow a

school district to import some datasets.
Is that what you're saying? I just want to be --
Q. Correct.
A. No, would be my answer. I will say there might be unique solutions a customer might request of us that isn't in our products today that we might say, That's not something we do. That could be something we say.
Q. When a customer wants a -- a custom data fields that's not listed in the DPIA, is that something that PowerSchool has to create, or can the customer create that data field on its own?
A. The customer can create that data field on its own.
Q. Okay.
A. And so when I was saying the SIS in particular is very customizable, I'm sorry for not being clearer. The customer themselves can create it. If they have a question or a concern or they want help with it, we have a support team that can help them do that, as well.

Q. Can students and parents upload information into the PowerSchool SIS on their own, or do they have to go through the school?

A. They would have to be supported by the school. Let me explain briefly what I mean by that.

The school would be the one that would present to a parent a form, as an example, Please fill out this form. And the parents would, within their SIS application, fill in that form. So the school is presenting something for the parents then to fill it in.

PowerSchool itself is not unilaterally presenting anything to the -- the parents or the -- or the students. The school might utilize our system to collect other -- you know, different types of information. But it's not something that we're doing.

Q. Sure. And I guess that's what I was asking.

Can a student or parent current address access the PowerSchool SIS system and complete a form, and that information input by the

student or parent automatically go into the SIS?
A. Yes, that is something that is possible. Yes.
Q. Okay. And is that routine, or is that something that's unusual? Is that a default in the product or something that has to be customized?
A. One, it's a -- and multiple questions there. It's fairly routine. There are some functionalities that are in SIS that are standard, and the forms are already created.
Schools can also create their own new forms. And that data would be pulled into SIS, as well. So I'm trying to answer all of your sub-questions. I'm sorry.
Q. Okay. Let's switch gears.
What is -- what is Schoology?
A. Schoology is another product. It is a learning management system. It is a product, as we could look at in the DPIA -- in fact, I'll turn to that because that will be helpful.
Q. What's the date of the DPIA that you're looking at?

A. Oh, the -- the date of the DPIA I'm looking at is --

MS. ADENDORFF: Darron, do you want to just also read the Bates numbers?

THE WITNESS: Oh, yeah. So -- sorry about that. The Bates number is 00644375. And in answer to your question, it's dated -- completed January 3rd of 2025.

So back to your original question. Again 2.C is a really good section to look at in the DPIA.

BY MR. ARAGON:

Q. Uh-huh.

A. It is a learning management system that we provide that schools oftentimes use within the classroom and teachers leverage to provide their course material and as a means for students to provide their homework assignments related to whatever the course might be.

Q. And -- and what sort of data -- student or parent data does Schoology process?

A. Again, looking at the DPIA for that

product, page No. 5 would have a listing of the general data elements that would be processed by that particular product.

Q. How many elements are there?

A. Oh, it lists 23 elements.

Q. I'm trying to pull up the document, but I'm not sure that Bates number was right. How many -- are there four zeros in the front of it?

A. Oh, sorry. It's zero, zero. Two zeros. So 00644375.

Q. Okay. I think I missed the 4 there.

A. I apologize.

Q. No, no, no, not your fault. I got it.

Let me share my screen.

A. And did we want Daniel to load that, as well?

Q. Yeah, but I'd have to send it to him, and it's going to take a long time.

A. Oh, okay.

Q. Let's just get it on the record. I have the document in front of me.

[redacted]

[redacted]

[redacted]

Q. In addition to these data elements -- and I don't see it on here -- a previous witness, Mr. Cirillo testified that Schoology also processes things such as homework submissions.

Is that -- is that a true or a false statement by Mr. Cirillo?

A. No, that's a true statement. I mentioned that earlier, that students can submit their -- some homework assignment through Schoology. So LMS, a learning management system, really is a means for the teacher and students to have their classroom interactions.

Q. Okay. But is that -- is that homework submission then processed, stored by -- by Schoology?

A. Yes.
Q. Okay. And he also said that sometimes a school will make [redacted], and those [redacted] are also collected by Schoology.
You agree with that?
A. Yes.
Q. And he said that [redacted] were also collected by Schoology.
Is that true, as well?
MS. ADENDORFF: Objection to form.
THE WITNESS: Well, again, PowerSchool and its products aren't collecting. The school is the one who is presenting it to the students or whatever and saying, Please respond.
So with that caveat, yes, schools can utilize Schoology in that manner, as well, to collect other type of elements that they might want or put into their SIS.
BY MR. ARAGON:
Q. Okay.

A. And I should clarify. When you mention Mr. Cirillo's testimony, his testimony was also referencing Performance Matters, another product, that can have an integration perhaps with other products.

So Performance Matters is -- does have an assessment arm of it. That -- that is probably what he was talking about, not so much the LMS.

Q. Okay. Okay. Okay.

Does Schoology track when a student logs in and out of the -- of the program -- of the product?

A. [redacted]

[redacted]

[redacted]

[redacted]

Q. Does the -- does PowerSchool track how long students -- a student spends on an assignment?

A. No.

Q. Does it track how often it views

course materials or content?

A. No, that's not something that we, as a company, track or monitor.

Q. Does it track student browsing activity within the platform?

A. No.

Q. Does Schoology allow teachers to record observations about student's emotional states or behavior?

A. No, Schoology does not do that. No.

Q. Does -- but we do agree that Schoology stores student-generated context, such -- content, such as [redacted] or things like that; correct?

A. Yes, that's -- that's processed by the application, specifically homework assignments.

Q. What about [redacted], is that -- is that something that is processed?

A. Well, let me refer to the DP -- the DPIA. [redacted], for sure.

Q. Sure.
A. The reason I'm pausing is that in a classroom, a lot of things are going on. So an LMS is not recording everything going on in the classroom, no. But let's take a look at the DPIA for the answer to your question.
Q. Sure.
A. So Section 4C talks about the key functionality and the data uses there. I think, as I said earlier, the general purpose statement in 2C of the document can be helpful to your question.
And I think also the data flow map, page 4, which lists out for administrators -- administration of a school, staff of a school, students and parents, really calls out what's -- what's possible in terms of interaction with the product. And I think those three areas will answer your question.
Q. To the best of your knowledge, are the data flow statements in each DPIA truthful and accurate, at least as to the most recent iteration of the DPIA?

A. Yes.
Q. How long does PowerSchool store student-generated content that was obtained using Schoology?
A. So our general data retention policy is we will continue to store and process data that the school imports into our system for as long as their subscription is -- is active.
If after it's made inactive and they don't renew, whatever might be the situation, we will make sure that they have the opportunity to get the data returned, if they don't already have it.
Q. Uh-huh.
A. And then once that's cleared, then we will delete the instance and delete the data. So the retention policy is, as I stated, for as long as their subscription is in place.
Q. Is the information Schoology processes disclosed to parents and students?
MS. ADENDORFF: Objection to form.
THE WITNESS: Schools can enable parents to have some access, I believe, in

Schoology. And just -- I'm -- I want to check the DPIA, but my recollection is that there is an ability for the school to decide and grant parents access to their particular student.

But PowerSchool has no control over that. That's a -- that's a school decision.

BY MR. ARAGON:

Q. And are you -- are you aware of any school that gives access, that you just described?

A. Am I personally aware that a school has configured a -- their Schoology instance to offer parents a view? Not a particular school, but I do point to the data flow map where it clearly states [redacted].

So that is a method that we enable in the process.

Q. Are you able to identify any school that doesn't utilize the data elements listed at 4A in the DPIA for Schoology?

A. Well, the answer to that is no, I don't have access to know what configuration each school has in their Schoology instance. So I do not know.

Q. Let's talk about Naviance. What's Naviance?

A. Sure. Give me one second. I'm turning to the DPIA for that product.

Q. And can you give me the Bates number? We will mark these. It's just going to take me a little while to pull them up. I didn't have that prepared.

A. No problem. Yeah, the number is 006444 -- so three 4s -- 72.

So Naviance is a CCLR product, which means it's a product that supports career, college, and life readiness planning for students. As it states in 2C of the DPIA, [redacted]

[redacted] That's -- that's the gist of the product.

Q. Okay. And what student and parent data does Naviance collect?

A. So, again, the school districts are the one who will just -- set up what data can be processed within the Naviance platform. Again, I point you to the DPIA section in this case, 3A on page 5, for the different types of information that may be processed in that.

In general, Naviance allows students to, in effect, build their application record for a college or university, to do some career exploration and for their staff, if they have a recommendation from a teacher they want to obtain, to add to their application, they can -- they can manage that in Naviance, as well.

But all of the information about the data elements are in 3A, page 5, and the functionality description general purpose is in 2C, page 3 of the DPIA.

Q. And just to be clear, you are unable to distinguish between the -- between "necessary data elements" in 3A and "preferred data elements" in 3A, with respect Naviance?

A. I think you said "preferred"; is that correct? Did you --

Q. Well, I'm trying to say, which ones are absolutely necessary for the product to operate, and which ones are only preferred?

A. Yeah, yeah. As we've said before, the product could be enabled and on with nothing in it. But to your question, no, I'm not able to define that as, I'll call it, mandatory versus optional, maybe another terminology for it.

Q. Sure.

A. I appreciate the question, and we'll work on that in the next version of the DPIAs for all the products.

Q. Now, are you able to identify any school or school district that doesn't use this identified set of data elements in Section 3A of the DPIA for Naviance?

A. No, I cannot identify a particular school and whether or not they're not using all of those elements or just some. I -- I -- I have no visibility to that.

Q. Does -- does Naviance collect, as part of its metadata, IP addresses or browser types or operating system information from users?

A. [redacted]

But to answer your question, I don't know offhand specifically on this product.

Q. Do you know if Naviance collects information about which colleges or universities a student researches or expresses an interest in?

A. So, again, the school districts may leverage Naviance for whatever thing they wanted to, in terms of the CCLR goal.

To your question, the functionality of

Naviance does allow students to select and identify certain colleges they're really interested in. And so in that sense, the application does maintain that selection preference that the students identify.

Or as another example, a student might say, I'm interested in engineering. Oh, okay, great. So we will try to find schools for you that have a strong engineering program. And so in that sense, yes.

But your question was monitoring the selections that students might make. I'm unaware that a school is actively going into Naviance to do such monitoring, and PowerSchool would not do that at all.

Q. Do you know if Naviance processes [redacted] for students?

A. Naviance does hold that information if the student selects, Oh, I want to include that in the -- what I call it, the packet they're making that they want to eventually submit to a college that's a part of an application, yes. Yeah.

Q. And that also includes [redacted] and --

A. [redacted], yes.

Q. Is the information Naviance collects disclosed to students and parents?

A. So, again, Naviance isn't collecting anything. The school -- the students might add into Naviance the information, or staff may provide a [redacted].

So back to your question about parents, again, looking at the data flow map that's on page 4 of the DPIA for this product, it includes both students and parents can access the application to explore and plan postsecondary plans.

So to your question, yes, parents have the ability to look at their student's Naviance, I'll call it, user instance to see what are they building. And from person -- not personal experience, I should -- I shouldn't answer in that way.

I should say I have been told --

colleagues of mine have used Naviance with their children to apply for colleges. And so I know from discussions that they have had the chance to go into Naviance, as well, with their son or daughter and work on their applications.

Q. Okay. So just to be clear, the information Naviance processes for students and parents is -- is disclosed to students and parents by giving them access to the product itself?

A. Right. Based on the school's decision -- I mean, schools set up what configuration they want. So they could definitely say definitely to the students, oh, and who's the parent for that student, he or she, that parent or guardian, they also should have access.

So, again, schools can configure the product as we wish. But the capability to offer that viewing is in the product, which is why it's listed in the flow map.

And it's at the bottom left. There's a section that talks about the district and the student -- school admins, the staff, and then

students and parents. And that helps to explain the type of viewing access that parents might have.

Q. Okay. This data flow map is on page 4 of what we're going to mark as Exhibit 4; right? Is that what --

A. Yes, page 4. Yes, I'm sorry if I said something different. I meant --

Q. No, no, that's right. I'm just making a record.

The data goes to -- according to this data flow map, it can go to [redacted]. Who are those?

A. [redacted]

[redacted]

Q. And does that include [redacted]?

A. It's -- it's up to the school. They -- they -- they might select to do that, as it says there, through various integrations, such as [redacted] and such, that the -- these other third parties that the school selects might get some access to something. It's not something that PowerSchool manages directly.

Q. Well, what do you mean by it doesn't manage it directly?

A. Yeah, by that I mean we don't decide what third party is going to get access to any school's information. As it states there, [redacted].

So that's -- that's up to the school to make that decision. Yeah, this is what I want, this is what I want to do. Please, you know, give me the information on integration so I can give it to my third party. So that's up to the school.

Q. So then the -- the -- the school may choose to share information with a selected vendor, and PowerSchool facilitates that sharing of data with that vendor; correct?

A. Yes, based on the instructions from the school, since we're the data processor, we basically take orders. They say, Make this happen. Like, yes, sir. So that's -- that's our perspective about that.

Q. So I don't see universities and colleges in this data flow map. Is -- is -- it's my understanding that Naviance is used to share information with universities and colleges.

Is that incorrect?

A. There are functionalities in Naviance where a student can select to send their, what we talked about, [redacted] to school -- school districts. That is a decision that the -- the students and parents can decide to do within Naviance. So that's a functionality that -- that is there.

Q. Can you show me where that is in the

data flow map, though? It seems to be incomplete.
A. Well, if you look at the -- the section you were looking at, [redacted]
Q. Uh-huh.
A. -- [redacted]
Q. Okay. That's fair. Stanford would be a good one.
A. UT is not bad either.
Q. Performance Matters --
A. UT is not bad.
Q. UT is good. I agree.
Let's go to Performance Matters.
A. Performance Matters.
Q. Do you have a DPIA for Performance Matters?
A. Yes, we do, sir. I'll give you that

number. Tell me when you're ready.

Q. I'm ready.

A. 00645375.

Q. Okay. And can you tell the jury what Performance Matters is?

A. Sure. So Performance Matters is an assessment tool, and it supports the creation of administration and analysis of educational assessments. What's an assessment?

Assessment is any type of test, evaluation that a -- an educator might want to make of their students, let's say, for math assessment. I just got through teaching about algebra and multiplication. I want to assess how my students have learned that information.

So Performance Matters supports the ability for various types of assessments to be created and then disseminated to the students, and then the answers collected.

Q. And what sort of student and parent data does Performance Matters collect?

A. Well, first of all, again, Power --

the product doesn't itself collect --

Q. I'm sorry.

A. -- school -- it's okay. It's a -- it's a mantra, I guess, but it's just the truth. The schools can utilize Performance Matters to process and collect.

But to answer your question, again 2 -- the Section 4A, page 5 of the DPIA, lists sort of the commonly collected data elements into the product. We have there, it shows, [redacted]

Q. Again, are you able to distinguish between data elements in 4A of what we're going to mark as Exhibit 5 that are necessary for the product to function and those that are optional?

A. And my answer again is -- is no. The

product can turn on without any data elements in it, but the question of what's mandatory is something that we're going to try to augment in the future DPIAs, mandatory versus what the list is here, it's the commonly used elements. So they could be partially mandatory, partially optional.

Q. Are you aware of any school or school district, PowerSchool customer, that doesn't utilize the data elements that are identified in Table 4A?

A. No, I am not. And I would also say I'm not aware of whether a -- what school uses all of them either. So these are the common ones, as decided by the product engineers and managers. That's how we develop these DPIAs. We ask questions. So -- but I don't know what particular school would have which data elements.

Q. And is this, to the best of your knowledge, the most recent DPIA for Performance Matters?

A. Yes, I believe so. Yes.

Q. Any other DPIA we discuss today, will you tell me if there is a more recent version of

that DPIA for a particular product?
A. I definitely will.
I will say in -- for additional information, we are planning updates in the new year. So in my perspective, these 2025 DPIAs should be all the latest and greatest. But I will, to your question, let you know.
Q. Do you know what social and emotional learning is?
MS. ADENDORFF: Objection to form.
THE WITNESS: So social and emotional learning is a -- is a broad statement, a broad concept really talking about how are we understanding the -- the way students are feeling within the classroom. That's how I've understood it.
And from a general PowerSchool perspective, some of our customers have asked us to help them with -- not so much understanding their students, but with solutions that they can use to address social and emotional learning in -- in the

classroom.

BY MR. ARAGON:

Q. And does -- does Performance Matters [redacted] to help the schools or school districts?

A. Not Performance Matters. It's -- it's an assessment. But I say that schools can decide to create an assessment test that maybe isn't on math or English. [redacted]

I don't personally know if that's being done today. But in answer to your question, I would not view Performance Matters itself as a [redacted] tool. But because it's an assessment product --

Q. Yeah.

A. -- [redacted] put it that way.

Q. Okay. Okay. Is there a different product that maybe better collects or addresses the

[redacted] for schools or school districts?

A. I believe Behavioral Support may be that product. I -- again, I've reviewed them all, but it's been a bit. But let me give you that number, if you don't mind, sir.

Q. Sure.

A. That number is 00644502.

Q. Okay.

A. And that particular solution is the behavior management solution, and it enables educators to -- to [redacted]. That's --

Q. Right.

A. And, also, there's something called MTSS, multi-tiered systems of support. So that product is probably most apropos to your question, and I would point you to the DPIA on that product.

Q. Okay. Okay. A witness, I believe it was Mr. Cirillo, testified that Performance Matters collects [redacted]; is that accurate?

A. It is an assessment product. So when

he says that, I think he may be talking, like I was discussing, schools may create questionnaires or assessment that have that type of data. But an [redacted], in my mind, is really Behavioral Support.

And I don't know if you asked Mr. Cirillo that question. I don't remember that. But that would be Behavioral Support. But, again, it's possible that Performance Matters could be used to collect something like that.

Q. Is there a list of templates or standard assessments analytics created by Performance Matters?

A. Not a standard list. Oftentimes there are assessment packages. So what do I mean by that? PowerSchool can create assessments -- it has created assessments for [redacted]. And we offer those to customers if they want to buy our packet of standard assessments versus making their own.

And then sometimes customers license in assessments from third parties and bring them into Performance Matters to offer those assessments.

So your question was: Is there a

standard list of assessments? That's -- I think you're meaning out-of-the-box included. I think the answer would be no, but customers can license our -- our PowerSchool assessment tests that we've created or bring in others that they have licensed from elsewhere or create their own.

So those three options are what I understand to be the best answer to your question.

Q. No, I appreciate that.

What -- what are the PowerSchool assessments? Is there a name for that -- for that product or -- or documents?

A. I think it's really just called PowerSchool assessments, yes.

Q. And in PowerSchool assessments is a set of standardized assessments that schools or school districts can use to assess their students?

A. Yes. I have -- I -- I don't have that list with me, but yes, I know that that's what they do. We have [redacted] teachers who help create those assessments.

Q. And where -- where are those --

where's that -- where -- where are the PowerSchool assessments kept in the ordinary course of business?

[redacted]

But -- yeah, that's my answer to your question. If I needed to go get them or look at them, I would have to contact internal stakeholders. It's not something that I have regular access to or

need to.

Q. With respect to those standard assessments that PowerSchool can make available if a school purchases them, what data is used to create the assessments?

[redacted]

Q. Once a -- a student takes a -- a -- an assessment, is that information that the student inputs into the assessment aggregated with any other data?

MS. ADENDORFF: Objection to form.

THE WITNESS: The school might decide

to do something like that. But within the context of answering the question about Performance Matters assessment itself, that data comes into the application, and the school can look at that in terms of how the student has been doing.

To your aggregation question, that again could lead to discussion of Connected Intelligence or maybe Unified Insights, where a school might want to bring in data from other sources and themselves create a dashboard to aggregate that. That -- that could be what they want to do.

BY MR. ARAGON:

Q. Let -- let's put Connected Intelligence and Unified Insights to the side.

A. Okay.

Q. Just strictly within Performance Matters, are there any analytics that are created -- that are available after an assessment is -- is -- is taken?

MS. ADENDORFF: Objection to form.

THE WITNESS: Very basic analytics. I mean, very basic. Obviously, for a teacher who's issuing an assessment, they want to know have -- have all the students completed the assessment, and they might be able to look at their class to see how did everybody do.

Outside of that, real complicated detailed aggregation analysis isn't really the function of Performance Matters itself, assessment itself. So they have some, but not the extreme that we'll talk about later.

BY MR. ARAGON:

Q. Okay. Okay. Okay.

Are you aware of any analytics other than a teacher being able to see or -- or a staff member being able to see how well or not well a student did on a -- on a particular assessment, are you aware of any other analytics that Performance Matters can create, putting aside Unified Insights and Connected Intelligence?

MS. ADENDORFF: Objection to form.

THE WITNESS: No.

BY MR. ARAGON:

Q. Okay. Does Performance Matters and PowerSchool SIS, are those two products compatible?

MS. ADENDORFF: Objection to form.

THE WITNESS: When you say "compatible," I'm going to interpret that as is there any integration between those two products. Possible.

BY MR. ARAGON:

Q. That's fair.

A. Yes, there can be [redacted]

So that type of integration does

exist, as requested by our customers who wanted more -- more connectivity with the various products.

Q. And when Performance Matters and PowerSchool SIS are integrated by a customer, are there any additional analytics that are available to analyze the performance of a student?

A. For Performance Matters and SIS, no, it's really what I said. [redacted]

There's not, as a function of those integrations, additional analysis that one can do on any of that data.

Q. Is -- is the information that Performance Matters processes disclosed to parents and students?

A. That's one -- my answer is the school may elect to do something to provide notice and -- and disclosure to parents. As I look at the DPIA for -- let me get back to Performance Matters, one

second.

I immediately go to page 4 of the DPIA for Performance Matters, [redacted]

So my reaction would be that if the school wanted to share that with parents, got a request, the school could find a way to get that information to the parents based on the parents' request, [redacted]

[redacted]

Q. You said "probably," though.

Do you know whether that is the information collected by -- by Performance Matters is available in the PowerSchool SIS app?

A. [redacted]

[redacted]

Q. Can -- can you give me an example of any school that has done that?

A. Well, I don't know of a particular school. I know capabilities and functions that are possible, but the answer to your question is really on the individual school configuration level and I just -- I don't know.

Q. Let's talk about PowerBuddy. Do you know what PowerBuddy is?

A. Yes.

Q. Do you have a DPIA for PowerBuddy?

A. PowerBuddy -- actually, we don't have a DPIA for PowerBuddy. We have what's called an AIA for PowerBuddys. And let me explain what that means. AIA stands for algorithmic impact

assessment.

So similar idea for -- with the DPIA, but because PowerBuddy is the brand name for our AI-enabled products, we wanted to create an impact assessment that was more AI focused. So that's another document. Similar idea, but another type of document. And I don't have that one in my list, but I can generally talk about PowerBuddy.

Q. Okay. I mean, I'll let you do that. I just want to get a list of DPIA documents so I can get them at the break, because we're going to take one very soon to give the reporter -- court reporter a break.

A. A break.

Q. Can you give me the DPIA Bates number for Connected Intelligence?

A. Oh, yes, sir. That would be 00645470.

Q. Okay. And how about Unified Insights and Analytics?

A. Sure. That one is 00645530.

Q. Okay.

MR. ARAGON: Why don't we take a short

ten-minute break. I will pull these exhibits so we can actually look at them. I will also get these exhibits to the team -- to everyone here so you can just verify them, and we'll add those -- the previous ones we've talked about so they're in the record. Okay?

THE WITNESS: Sounds good.

MR. ARAGON: Okay. So let's go off the record for a short --

THE VIDEOGRAPHER: The time is 10:42 a.m. We're going off the record.

(Recess from the record.)

THE VIDEOGRAPHER: The time is 10:55 a.m., and we are back on the record.

BY MR. ARAGON:

Q. Sir, I'm going to put up what I have marked as Exhibit 3.

(Exhibit 3, Bates Nos. PWRSCHL_00644375-385, PowerSchool Data Privacy Impact Assessment (DPIA Report) Schoology Learning, received and marked.)

BY MR. ARAGON:
Q. Can you just review it and verify that that's the same DPIA that you were discussing regarding Schoology?
A. Okay. I'm doing a quick check now.
Yes, that is the one that I have, as well.
Q. Okay. Good.
I'm going to put up what we have marked as Exhibit 4. I believe it's the DPIA for Naviance.
(Exhibit 4, Bates Nos. PWRSCHL_00644472-481, PowerSchool Data Privacy Impact Assessment (DPIA Report) Naviance, received and marked.)
BY MR. ARAGON:
Q. Can you verify that?
A. Checking it right now.
Q. Sure.
A. Yes.
Q. Okay. We're going to put up what we have marked as Exhibit 5.

(Exhibit 5, Bates Nos. PWRSCHL_00645375-384, PowerSchool Data Privacy Impact Assessment (DPIA Report) Performance Matters Assessment, received and marked.)

BY MR. ARAGON:

Q. Can you verify that that's the most current DPIA for Performance Matters?

A. One second. I'm sorry.

Q. Take your time.

(Document review.)

THE WITNESS: Yes.

BY MR. ARAGON:

Q. Okay. We're also going to put up Exhibit 6, which I believe is the DPIA for Connected Intelligence.

(Exhibit 6, Bates Nos. PWRSCHL_00645470-478, PowerSchool Data Privacy Impact Assessment (DPIA Report) Connected Intelligence, received and marked.)

BY MR. ARAGON:

Q. Can you verify that it's the same DPIA

that you identified earlier?
A. One second. Let's see here.
(Document review.)
THE WITNESS: Yes.
BY MR. ARAGON:
Q. Okay. Good.
And then the last, you identified a DPIA for Analytics and Insights. And we've marked that as Exhibit 7.
(Exhibit 7, Bates Nos. PWRSCHL_00645530-539, PowerSchool Data Privacy Impact Assessment (DPIA Report) Analytics and Insight Platform, received and marked.)
BY MR. ARAGON:
Q. Can you verify that that's the same DPIA that you referred to earlier?
A. I'm going to do it right now.
(Document review.)
THE WITNESS: Yes.
MR. ARAGON: Okay. We can take those -- those exhibits down, because we're

going to talk a little bit about PowerBuddy first.

THE WITNESS: Okay.

BY MR. ARAGON:

Q. You stated that there is something called an AIA for PowerBuddy that's similar to a DPIA.

Is that something that you reviewed in preparation for this deposition?

A. I looked at -- yes, I -- I did look at the AIA for PowerBuddy briefly for this deposition, yes.

Q. Okay. And when you reviewed that AIA, did it have -- did it have a -- a Bates number attached to it?

A. No, I don't believe that was a part of this given to me. I just know the AIAs, and I wanted to check them out.

Q. Okay. And I -- and I haven't seen -- I'm not saying I don't have it. I haven't seen that AIA. If you guys can get one before this deposition is over, at least the one that you reviewed, I would

appreciate that, just so we have it in the record and can ask questions about it.

But I -- I don't -- I don't have that readily available in my records, like I did the DPIAs.

THE WITNESS: Understood.

MS. ADENDORFF: I believe it's a more recent document that we don't have in our collection. So I don't know that we can get the -- something that we get it for you today.

MR. ARAGON: Okay. If you can, do it; and if not, I understand.

BY MR. ARAGON:

Q. Okay. Can you tell the jury, what -- what is PowerBuddy?

A. Yeah, PowerBuddy is our brand name for AI-enabled technologies in our -- in -- in -- in products. So we have various PowerBuddys. So what I mean by that is PowerBuddy for this, PowerBuddy for that. There are different names that we have that's on our public website.

Q. Has PowerSchool ever studied whether the risk analysis model contained in its Unified Insight products creates discriminatory outcomes?

A. No, we have not done that, again, because schools utilize it very differently. And the model is not something that we own. It's something that we're implementing. So no, we haven't done that.

Q. Has PowerSchool ever studied the impact on students with respect to the collection of data using PowerSchool's products?

A. The impact of student --

Q. Let me ask that a little better. That's not the greatest question.

A. Okay.

Q. And let's just use Schoology. Has PowerSchool ever studied the impact of collecting student data using the Schoology platform?

MS. ADENDORFF: Objection to form.

THE WITNESS: So, again, PowerSchool doesn't collect data. The schools do, utilizing our tools. But no, we haven't done

[redacted]

[redacted]

BY MR. ARAGON:

Q. Okay.

flag for that type of anonymous activity that was in place.

There was definitely monitoring just general access, but not to your point, the level of automated extraction that was happening as a function of that incident.

BY MR. ARAGON:

Q. And -- and what was your role in addressing the 2024 data breach?

MS. ADENDORFF: Objection, outside the scope of the noticed topics.

THE WITNESS: Well, as a chief privacy officer, I was very involved in our reaction to that. It would be hours to me -- for me to explain everything that I've been doing, but definitely working with the security team as a function of the investigation, definitely working with counsel with regard to proper notification requirements pursuant to the -- the various regulations for each of the states, communicating with the customer, I mean, a plethora of activities around that.

BY MR. ARAGON:

Q. And in addressing the data breach, have you had any discussion or analysis of the value of the student and parent data that was taken?

MS. ADENDORFF: Objection, calls for speculation, outside the noticed topics, and calls for potentially privileged communications.

So I instruct the witness not to answer to the extent it involves privileged communications.

THE WITNESS: Would you rephrase your question, sir?

BY MR. ARAGON:

Q. Sure.

Have you guys had any discussion about the value of student data that was taken in the -- in the -- in the data breach, the 2024 data breach?

MS. ADENDORFF: Same objections.

THE WITNESS: No, I will say as a chief private officer, every piece of data is priceless to me. So the incident, of course,

was, yeah, very painful. And no matter what we've done and continue to do to secure and respect the privacy of data, it -- it was a painless situation.

And in my mind, you know, data is very, very valuable, priceless. But no, there has not been any discussion of the actual value.

BY MR. ARAGON:

Q. Do you have any understanding of the value of student data unrelated to the data breach, just the value of student data, generally?

MS. ADENDORFF: Same objections, including instructing the witness not to answer to the extent that the answer would reveal attorney-client privileged communications.

THE WITNESS: The answer to your question is no.

BY MR. ARAGON:

Q. Is that no because of the objection, or no because you have no independent understanding

of the value of student data?

A. No, because I have no independent valuation of student data. As I said in my answer previously, as a privacy professional, I -- data is very valuable, it's very important to me.

But from a valuation perspective, as a former finance professional, no, I don't have an answer to your question.

Q. Do you agree with me that the value of -- of student data is a nonzero number?

MS. ADENDORFF: Objection, calls for speculation, calls for expert testimony.

THE WITNESS: Yeah, I'm sorry, I can't -- I can't answer that.

BY MR. ARAGON:

Q. PowerSchool, a -- a company that holds and processes terabytes of student data, does it have any understanding of the value of student data, monetary value?

MS. ADENDORFF: Same objections.

THE WITNESS: I have no answer to that, which is more of a -- you know, I -- I

have no -- I have no means of answering that question for you.

BY MR. ARAGON:

Q. Are you aware of PowerSchool ever conducting any analysis whatsoever of the value of student data?

MS. ADENDORFF: Objection. Instruct -- instruct the witness not to answer to the extent that the answer would reveal attorney-client privileged communications.

THE WITNESS: Yeah, I have no answer to that question, I'm sorry.

BY MR. ARAGON:

Q. Do you -- do you not have an answer because of the objection so there is -- there may be information, but it's protected; or you don't have any understanding whatsoever of efforts by PowerSchool to value student data?

MS. ADENDORFF: Same objection.

THE WITNESS: Yeah, I have -- I would say it's -- it's the latter, not the former.

STATE OF NEW YORK )
ss:
COUNTY OF WESTCHESTER )

I, EILEEN MULVENNA, CSR/RMR/CRR/RDR, a Certified Court Reporter, Registered Merit Reporter, Certified Realtime Reporter, Registered Diplomate Reporter, and Notary Public in and for the State of New York, do hereby certify:

That I reported the taking of the deposition of the witness, DARRON JAMES FLAGG, commencing on the 1st day of December, 2025, at the hour of 9:00 a.m.

That prior to being examined, the witness was duly sworn by me to testify to the truth, the whole truth, and nothing but the truth.

That I thereafter transcribed my said shorthand notes into typewriting and that the typewritten transcript of said deposition is a complete, true and accurate transcription of my said shorthand notes taken down at said time, and that a request has been made to review the transcript.

I further certify that I am not a relative or employee of an attorney or counsel of any of the parties, nor a relative or employee of any attorney or counsel involved in said action, nor a person financially interested in the action.

IN WITNESS WHEREOF, I have hereunto set my signature this 4th day of December, 2025.

EILEEN MULVENNA, CSR/RMR/CRR