# Exhibits 45-48

# (Submitted Under Seal)