# Exhibit 49

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

```
---------------------------X
EMILY CHERKIN, et al.      )
                           )
         Plaintiffs,       )
                           )
    v.                     )  CASE NO. 3:24-CV-02706-JD
                           )
POWERSCHOOL HOLDINGS,      )
INC.,                      )
                           )
         Defendant.        )
---------------------------X
```

INCLUDES CONFIDENTIAL TESTIMONY

REMOTE VIDEOTAPED DEPOSITION OF

KATHLEEN SUZANNE BARBER SIMONS

Monday, March 2, 2026

9:04 a.m. CST to 6:12 p.m. CST

Reported by: Cindy L. Sebo, RMR, CRR, CLR, RPR, CCR, CSR, RSA, CA CSR 14409, NJ Certified CR 30XI0024460, NJ Certified RT 30XR00019500, NM CSR 589, NY Realtime Court Reporter, NY Association Certified Reporter, OR CSR 230105, TN CSR 998, TX CSR 12778, WA CSR 23005926, Remote Counsel Reporter, LiveLitigation Authorized Reporter, Notary Public

Job No. 2026-1012179

[redacted]

Q. So let -- let's take a concrete example. Let's look at the SIS example.

A. Okay.

Q. If we scroll to PDF Page 16, which is the beginning of the list of data elements for SIS.

(Scrolling.)

BY ATTORNEY Z. SHAH:

Q. Do you know, one way or another, whether the SIS instance for every single school has all of the data elements that are listed in Paragraph 33 of your report?

A. I do not.

Q. So in Paragraph 33, where you say SIS collects at least [redacted]

ATTORNEY L. ARAGON: Objection:

form; foundation.
THE WITNESS: That's not what I was asked to -- I don't have an opinion about that because I wasn't asked to evaluate that.
BY ATTORNEY Z. SHAH:
Q. So when you say SIS collects at least -- all of these data elements, that's not true, right?
ATTORNEY L. ARAGON: Objection: form; foundation.
THE WITNESS: I don't know if it's true. What I know is --
BY ATTORNEY Z. SHAH:
Q. You don't know.
A. -- but I know that PowerSchool said that these are the elements, these are the data that this product processes and controls.
That -- I was relying on information from PowerSchool --
Q. And I understand that. But I'm

not --

A. -- and then --

Q. -- asking whether these are the data elements that are processed. I am asking where your understanding comes from that these are minimum or at least the elements that are processed by every single PowerSchool product.

ATTORNEY Z. SHAH: Objection to form.

THE WITNESS: And I'm trying to explain that my definition of minimum is because things like performance on this list -- my expertise tells me that there [redacted]

BY ATTORNEY Z. SHAH:

Q. Okay. So let's take that --

A. -- and so that's what I mean -- but that's what I mean by minimum -- I mean --

Q. Okay.

A. -- you're taking minimum as a different definition that I don't really --

Q. And I -- I want to make sure I have your definition --

A. Okay.

Q. -- so when you say -- when you say that SIS collects at least [redacted]

Is that fair --

ATTORNEY L. ARAGON: Objection: form --

BY ATTORNEY Z. SHAH:

Q. -- that is not your opinion?

ATTORNEY L. ARAGON: -- form; foundation.

THE WITNESS: Yeah; I wasn't asked to look at every instance and see -- and evaluate that. I don't --

BY ATTORNEY Z. SHAH:

Q. Okay.

So you -- you were not -- you're not actually offering an opinion on whether every single instance of SIS collects all of the data elements that are listed in Paragraph 33 of your report.

Is that fair?

A. That is fair.

Q. Okay. Because you don't actually know if that's true for every single student whose data is stored in SIS, correct?

ATTORNEY L. ARAGON: Objection: form; foundation.

THE WITNESS: All I -- I wasn't asked to look at instances. I was asked to look at -- well, I think I --

BY ATTORNEY Z. SHAH:

Q. Yeah, I --

A. -- you keep repeating the same thing.

Q. -- I think -- I think we're on the same -- I think we're on --

A. Okay.

Q. -- the same page here, Dr. Barber.

You don't know if it's actually true for every single student whose data is stored in SIS whether each and every single one of these data elements is collected, correct?

ATTORNEY L. ARAGON: Objection: form; foundation.

THE WITNESS: I don't know about every instance, no.

BY ATTORNEY Z. SHAH:

Q. No.

And it's possible -- if we go back to [redacted]

ATTORNEY L. ARAGON: Objection: form; foundation.

THE WITNESS: I don't know.

BY ATTORNEY Z. SHAH:

Q. But it's possible, right, that

some schools do and some schools don't, right?

ATTORNEY L. ARAGON: Same objection.

THE WITNESS: I don't know.

BY ATTORNEY Z. SHAH:

Q. Well, that's what I'm asking.

A. I don't -- I don't know what the data collection --

Q. You don't know --

A. -- yeah.

Q. I'm sorry. I don't want to talk over you.

ATTORNEY Z. SHAH: I'm sorry, Cindy.

BY ATTORNEY Z. SHAH:

Q. Dr. Barber, is it fair to say that you don't know if it's actually true for every single student [redacted]

A. I don't know.

Q. Do you know if the West Contra Costa School District collects

[redacted]
A. I do not.
Q. You don't know if the Seattle Public School District collects [redacted]
A. I did do more evaluation on the Seattle School, but I don't remember if they collect [redacted]
Q. Okay. And -- but sitting here today, you can't tell me that, right?
A. I cannot.
Q. And you didn't do anything to investigate whether the named Plaintiffs' schools collect [redacted]
A. I was -- I really was evaluating the value and potential harms of this data.
Q. That's not my question.
My question was --
A. But that's -- I'm telling you -- you're asking me what I -- did I do, and I said on -- I'm just telling you what the scope

of my evaluation is, so --

Q. And -- and I hear you, but you've got to answer my questions.

So my question is, You didn't do anything to investigate whether the named Plaintiffs' schools collect [redacted]

A. I did not. I did not.

Q. Okay. And it's possible that some students will choose not to provide [redacted]

A. I don't know if they were given that option or not.

Q. So it's possible, right?

ATTORNEY L. ARAGON: Objection: form; foundation.

THE WITNESS: I don't know. I don't know if the school made them give -- I don't know any of that information.

BY ATTORNEY Z. SHAH:

Q. Okay. So when you say that

PowerSchool SIS collects at least [redacted] you don't know whether that's actually true or not, right?

ATTORNEY L. ARAGON: Objection: form; foundation.

THE WITNESS: I just -- I just know what the document said that this product controls and processes. That's all I know.

BY ATTORNEY Z. SHAH:

Q. Right. But you don't know whether that's actually -- the data field that was actually collected, correct?

ATTORNEY L. ARAGON: Same objection.

THE WITNESS: I do not know if -- yeah --

BY ATTORNEY Z. SHAH:

Q. Do you know if any of the --

A. -- for the -- the -- those data structures exist and whether they were populated, you're asking me whether they were

populated by the school, I don't know.

Q. And I want to be really clear: Is there a difference between collects and populated -- collects and populates, in your view?

A. I was just trying to give a better description.

No. I mean, I don't know if their business practices said they had to collect that. I don't know if they -- I -- I don't know about --

Q. Yeah; you don't know -- you don't know if they, in fact, do collect it, right?

A. Right.

I -- I know that this document says there's a data structure for it. Whether they populated it, I don't know.

Q. Right.

And you didn't do anything to investigate whether they actually populated it for every single student, correct?

ATTORNEY L. ARAGON: Objection:

one of the things that -- to realize is that [redacted]

Q. I get that. I get that, Dr. Barber, and we will get to your mapping exercise, but I want to understand this portion of your opinion. [redacted]

ATTORNEY L. ARAGON: Objection --

BY ATTORNEY Z. SHAH:

Q. -- and as I understand it, that is not your opinion, correct?

ATTORNEY L. ARAGON: -- object to form.

THE WITNESS: Right, because there's a difference between data

elements -- let's say, [redacted]
[redacted] and the actual instance
of that --

BY ATTORNEY Z. SHAH:

Q. Right.

A. -- and what I -- I wasn't asked to evaluate instances of data or instances of configurations.

Q. Okay. Let me ask you about the named Plaintiffs in this case.

You told me you don't know what their names are, right?

A. Well, other than --

ATTORNEY L. ARAGON: Objection: form.

THE WITNESS: -- listed on the Complaint.

BY ATTORNEY Z. SHAH:

Q. Okay. Sitting here today, do you know their names?

A. Yeah, as listed, Cherkin -- I mean, I -- I really have done no investigation

C E R T I F I C A T E

I, Cindy L. Sebo, Nationally Certified Court Reporter herein, do hereby certify the foregoing deposition of KATHLEEN SUZANNE BARBER SIMONS was taken before me pursuant to notice at the time and place indicated; that said witness duly swore to tell the truth, the whole truth and nothing but the truth under penalties of perjury; that said testimony of witness was correctly recorded to the best of my abilities in machine shorthand, thereafter transcribed under my supervision with computer-aided transcription; that deposition is a true and accurate record of the testimony given by the witness; that I am neither counsel, nor kin to any party in said action, nor interested in the outcome; that a copy of this transcript obtained from a source other than the court reporting firm, including an adversary or cocounsel in the matter, is uncertified and may not be used or circulated at trial.

CINDY L. SEBO, RMR, CRR, CLR, RPR, CCR, CSR, RSA,
CA CSR 14409, NJ Certified CR 30XI0024460,
NJ Certified RT 30XR00019500, NM CSR 589,
NY Realtime Court Reporter, NY Association Certified
Reporter, OR CSR 230105, TN CSR 998,
TX CSR 12778, WA CSR 23005926, Notary Public