# Exhibit 50

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

EMILY CHERKIN, et al.,

Plaintiff, CASE NO. 3:24-cv-02706-JD

-against-

POWERSCHOOL HOLDINGS, INC.,

Defendant.

CONFIDENTIAL - UNDER THE PROTECTIVE ORDER

VIDEO-RECORDED DEPOSITION OF
BRIAN SHARP
Zoom Recorded Videoconference
07/31/2025
9:03 a.m. (MST)

REPORTED BY: MONIQUE CABRERA

---

DIGITAL EVIDENCE GROUP
1730 M Street, NW, Suite 812
Washington, D.C. 20036
(202) 232-0646

to be AI. And so in that capacity, I would say there is not a -- to answer your question directly, however, I don't believe that we have done an agreement with any company that it claims to be exclusively AI.

Q. Do you recall any agreement with any company that desires PowerSchool student data to help fuel their AI products?

MS. ADENDORFF: Objection to form.

A. Can you repeat the question, Leonard?

BY MR. ARAGON:

Q. Yes, sure. Can you recall any agreement in the last year with any company that desires to use PowerSchool's student data to help fuel their AI products?

A. Not specifically, no. When we do partnership agreements with vendors -- for clarity, if I could just set table for you.

Q. Sure.

A. So there are 20 different PowerSchool products. Across that spectrum, 19

[redacted]

trying to clarify.

[redacted]

MS. ADENDORFF: Objection to form.

A. Can you clarify the last part of that statement, Leonard?

By MR. ARAGON:

[redacted]

Is there anything else you think would be important for the jury to understand about how PowerSchool APIs are used?

MS. ADENDORFF: Objection to form.

A. I guess for clarity's sake as a reminder, we've been very focused on APIs. [redacted]

No, I don't have anything else to add on that.

By MR. ARAGON:

Q. Okay. But it's my understanding that your API knowledge is limited to the PowerSchool SIS system, correct?

A. My personal API knowledge?

Q. Yes, your personal API knowledge as -- as the vice president of strategic partnerships.

A. [redacted]

CERTIFICATE OF SHORTHAND REPORTER

NOTARY PUBLIC

I, Monique Cabrera, the Officer before whom the foregoing deposition was taken, do hereby certify that the foregoing transcript is a true and correct record of the testimony given; that said testimony was taken by me stenographically and thereafter/ reduced to typewriting under my direction; and that I am neither counsel for, related to, nor employed by any of the parties to this case and have no interest, financial Or otherwise, in its outcome.

IN WITNESS WHEREOF, I have hereunto set my hand this 31st day of July, 2025.

______________________________

MONIQUE CABRERA
Notary Public in and for
The State of New York
County of Suffolk
My Commission No. 01CA6043156
Expires: 06/12/2026