# Exhibit C

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

-------------------------------------------

EMILY CHERKIN, et al.,

Plaintiffs,

vs.

Case No. 3:24-CV-02706-JD

POWERSCHOOL HOLDINGS, INC.,

Defendant.

-------------------------------------------

REMOTE VIDEO DEPOSITION OF CATHERINE O'NEIL

Wednesday, February 25, 2026

9:02 a.m. (PST)

Reported by:

Jaclyn Urzia, RPR, CRR

Job No. 2026-1013470

be more likely to get reprimanded if they're black.

So, you know, when I look at information such as, you know, early like behavioral data and early warning signs about behavior, I worry that it might be biased against black kids.

Q You mentioned the risk of being reprimanded.

Is that something the school would do?

A Presumably, yes.

Q So the risk of bias comes from, in part, the school, fair?

MR. LIDDELL: Objection. Form.

A This is a well-known fact about student behavioral data. So I would like to think about it at a holistic level.

Anybody who's dealing in behavioral statistics or students would be aware of this. I would have to monitor for this problem, would have to alert anybody who's using algorithms based on behavioral data, there's a likelihood of a racial bias here, we have to keep track of it. We have

REPORTER CERTIFICATE

I, JACLYN URZIA, do hereby certify:

That said deposition was taken at the time and place herein named; and that the transcript is a true record of the testimony as reported by me, a disinterested person, and was thereafter transcribed.

I further certify that I am not interested in the outcome of the said action, nor connected with, nor related to any of the parties in said action, nor to their respective counsel.

IN WITNESS WHEREOF, I have hereunto set my hand this 25th day of February, 2026.

JACLYN URZIA, RPR, CRR